# Exhibit C

## (Utility Companies List)

| Provider Name | Type of Service | Location | Account Number | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACC BUSINESS | Other Utility | Silver Lake | 1211797 | PO BOX 105306 | ATLANTA | GA | 105306 |
| AT&T IC | Telecomm | Silver Lake | 6262888772 | PO BOX5025 | CAROL STREAM | IL | 60197 |
| AT&T (DC) | Telecomm | Silver Lake | 6265738977 | PO BOX5025 | CAROL STREAM | IL | 60197 |
| ATHENS SERVICES | Other Utility | Silver Lake | 1M0714041 | PO BOX 600009 | INDUSTRY | CA | 91716 |
| CENTURYLINK (QWEST) | Telecomm | Silver Lake | 79193740 | PO BOX 600009 | INDUSTRY | CA | 91716 |
| CENTURYLINK (QWEST) | Telecomm | Silver Lake | 87741663 | PO BOX 52187 | PHOENIX | AZ | 85072 |
| GOLDEN STATE WATER COMPANY | Water | Silver Lake | 99891400006 | PO BOX 9016 | SAN DIMAS | CA | 91773 |
| GOLDEN STATE WATER COMPANY | Water | Silver Lake | 00991400003 | PO BOX 9016 | SAN DIMAS | CA | 91773 |
| GOLDEN STATE WATER COMPANY | Water | Silver Lake | 59891400000 | PO BOX 9016 | SAN DIMAS | CA | 91773 |
| GOLDEN STATE WATER COMPANY | Water | Silver Lake | 69891400009 | PO BOX 9016 | SAN DIMAS | CA | 91773 |
| GOLDEN STATE WATER COMPANY | Water | Silver Lake | 79891400008 | PO BOX 9016 | SAN DIMAS | CA | 91773 |
| GOLDEN STATE WATER COMPANY | Water | Silver Lake | 89891400007 | PO BOX 9016 | SAN DIMAS | CA | 91773 |
| L.A. DWP - 551 781 0000 | Electricity | Silver Lake | 551 781 0000 | PO BOX 30808 | LOS ANGELES | CA | 90030 |
| L.A. DWP - 751 781 0000 | Electricity | Silver Lake | 751 781 0000 | PO BOX 30808 | LOS ANGELES | CA | 90030 |
| L.A. DWP - 851 781 0000 | Electricity | Silver Lake | 851 781 0000 | PO BOX 30808 | LOS ANGELES | CA | 90030 |
| L.A. DWP - 951 781 0000 | Electricity | Silver Lake | 951 781 0000 | PO BOX 30808 | LOS ANGELES | CA | 90030 |
| L.A. DWP - 982 112 0000 | Electricity | Silver Lake | 982 112 0000 | PO BOX 30808 | LOS ANGELES | CA | 90030 |
| SOCALGAS - 022 202 1928 | Gas | Silver Lake | 022 202 1928 | PO BOX C | MONTEREY PARK | CA | 91756 |
| SOCALGAS - 026 517 9595 | Gas | Silver Lake | 026 517 9595 | PO BOX C | MONTEREY PARK | CA | 91756 |
| SOCALGAS - 028 617 9564 | Gas | Silver Lake | 028 617 9564 | PO BOX C | MONTEREY PARK | CA | 91756 |
| SOCALGAS - 100 0179737 | Gas | Silver Lake | 100 0179737 | PO BOX C | MONTEREY PARK | CA | 91756 |
| SOUTHERN CALIF. EDISON | Electricity | Silver Lake | 2315762138 | PO BOX 300 | ROSEMEAD | CA | 91772 |
| SOUTHERN CALIF. EDISON | Electricity | Silver Lake | 2310996129 | PO BOX 600 | ROSEMEAD | CA | 91771 |
| SPECTRUM BUSINESS | Telecomm | Silver Lake | 8245100100364340 | PO BOX 60229 | LOS ANGELES | CA | 91770 |
| SPECTRUM ENTERPRISE | Telecomm | Silver Lake | 79666601 | BOX 223085 | PITTSBURGH | PA | 15251 |
| T-MOBILE | Telecomm | Silver Lake | 926550858 | PO BOX 790047 | ST. LOUIS | O | 63179 |
| TELEGRATION, INC. | Telecomm | Silver Lake | 0000009994-0000 | PO BOX 3010 | BIRMINGHAM | MI | 48012 |
| WINDSTREAM (PAETEC) | Telecomm | Silver Lake | 4340878 | PO BOX 9001013 | LOUISVILLE | Y | 40290 |
| AMEREN | Electricity | St. Alexius | 0070204114 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 1620000512 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 2620000619 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 3026704118 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 3620000716 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 5070204119 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 5180205124 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 5620000910 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 5820000910 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 6016116118 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 6620000018 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 6710602117 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 6820000018 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 8016116118 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN | Electricity | St. Alexius | 9970203117 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN-2630 POTOMAC | Electricity | St. Alexius | 141000819 | PO BOX 88068 | CHICAGO | IL | 60680 |
| AMEREN-3933 S BROADWAY | Electricity | St. Alexius | 9020000811 | PO BOX 88068 | CHICAGO | IL | 60680 |
| SPIRE-BROADWAY | Natural Gas | St. Alexius | 4935020000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE-JEFFERSON | Natural Gas | St. Alexius | 5036990000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE | Natural Gas | St. Alexius | 0481890000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE | Natural Gas | St. Alexius | 1118230000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE | Natural Gas | St. Alexius | 4142980000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE | Natural Gas | St. Alexius | 6142980000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE | Natural Gas | St. Alexius | 7142980000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE | Natural Gas | St. Alexius | 8142980000 | DRAWER 2 | ST. LOUIS | MO | 63171 |
| SPIRE | Natural Gas | St. Alexius | 9142980000 | DRAWER 2 | ST. LOUIS | MO | 63171 |

| Provider Name | Type of Service | Location | Account Number | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 103243-252148 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 374331-215474 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 374343-215478 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 374349-215480 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 374355-215482 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 374367-215488 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 377472-216480 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 377490-216492 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 676071-222146 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| DALY, GREGORY F.X.  WATERBILL | Water | St. Alexius | 802923-215490 | 1200 MARKET STREET | ST. LOUIS | MO | 63103 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 0162135-8 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050093-2 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050094-0 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050098-1 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050099-9 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050100-5 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050101-3 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050102-1 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050104-7 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1050105-4 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1051241-6 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| METROPOLITAN ST LOUIS SEWE/ST ALE | Water | St. Alexius | 1077526-0 | PO BOX 437 | ST. LOUIS | MO | 63166 |
| MO AMERICAN WATER | Water | St. Alexius | 1017-210010019846 | PO BOX 790247 | ST. LOUIS | MO | 63179 |
| AT&T  A01-3006 | Telephone | St. Alexius | A01-3006 | PO BOX 5001 | CAROL STREAM | IL | 60197 |
| AT&T  A49-0102 | Telephone | St. Alexius | A49-0102 | PO BOX 5001 | CAROL STREAM | IL | 60197 |
| AT&T  121069851 | Telephone | St. Alexius | 121069851 | PO BOX 5001 | CAROL STREAM | IL | 60197 |
| AT&T  544-8099 | Telephone | St. Alexius | 544-8099 | PO BOX 5001 | CAROL STREAM | IL | 60197 |
| AT&T  831-000-5057-664 | Telephone | St. Alexius | 831-000-5057-664 | PO BOX 5019 | CAROL STREAM | IL | 60197 |
| NEX VORTEX | Telephone | St. Alexius | | 510 SPRING ST, SUITE 250 | HERNDON | VA | 20170 |
| NEXTEL | Telephone | St. Alexius | 494103316 | PO BOX 4181 | CHICAGO | IL | 60197 |
| NI SATELLITE INC | Telephone | St. Alexius | 12158475 | PO BOX 732541 | DALLAS | TX | 75373 |
| TOUCHTONE COMMUNICATIONS | Telephone | St. Alexius | 1100007699 | PO BOX 27772 | NEWARK | NJ | 07101 |
| WINDSTREAM COMMUNICATIONS | Telephone | St. Alexius | 7145241 | PO BOX 9001013 | LOUISVILLE | KY | 40290 |
| XO COMMUNICATIONS | Telephone | St. Alexius | 4000000698615 | PO BOX 15043 | ALBANY | NY | 12212 |
| WINDSTREAM | Data/Internet | Corporate | 5319322 | P.O. BOX 9001013 | LOUISVILLE | KY | 40290-1013 |
| WINDSTREAM | Phone | Corporate | 7128908 | P.O. BOX 9001013 | LOUISVILLE | KY | 40290-1013 |
| WINDSTREAM | Data/Internet | Suburban | 2625260 | P.O. BOX 9001013 | LOUISVILLE | KY | 40290-1013 |
| AT&T | Telecomm | Overland Park SNF | | PO BOX 105262 | ATLANTA | GA | 30348 |
| AT&T | Telecomm | Overland Park LTAC | | PO BOX 105262 | ATLANTA | GA | 30348 |
| AT&T | Telecomm | Wichita Falls LTAC | | PO BOX 105262 | ATLANTA | GA | 30348 |
| AT&T | Telecomm | San Diego | | PO BOX 105262 | ATLANTA | GA | 30348 |
| AT&T | Telecomm | Miss Lou | 318 336 5588 852 0518 | PO BOX 105262 | ATLANTA | GA | 30348 |
| AT&T | Telecomm | Miss Lou | 318 M51-0117 001 0515 | PO BOX 105262 | ATLANTA | GA | 30348 |
| AT&T | Telecomm | Miss Lou | 831-000-2891-444 | PO BOX 5019 | CAROL STREAM | IL | 60197 |
| AT&T | Telecomm | Corporate | | | | | |
| AT&T | Telecomm | Suburban | 050 922 7291 001 | 16453 COLORADO AVEUE | PARAMOUNT | CA | 90723-5011 |
| AT&T | Telecomm | Suburban | 562 529-6300 105 2 | 16453 COLORADO AVEUE | PARAMOUNT | CA | 90723-5011 |
| AT&T | Telecomm | Promise Entities | | | | | |
| FPL | Power | Ft. Myers | 27321-41227 | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL | Power | Miami | 96437-13374 | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |

| Provider Name | Type of Service | Location | Account Number | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SOUTHERN CALIFORNIA EDISON | Power | Suburban | 2-03-970-3020 | P.O. BOX 300 | ROSEMEAD | IL | 91772-0001 |
| SOUTHERN CALIFORNIA EDISON | Power | Suburban | 2-19-247-1035 | P.O. BOX 300 | ROSEMEAD | IL | 91772-0001 |
| TIME WARNER CABLE | Cable | Dallas | 8260 13 059 0782044 | PO BOX 60074 | CITY OF INDUSTRY | 0 | 91716-0074 |
| TIME WARNER CABLE | Internet | Dallas | 8260 13 208 1516089 | PO BOX 60074 | CITY OF INDUSTRY | 0 | 91716-0074 |
| TIME WARNER CABLE | Internet | Suburban | 8448 30 068 0439244 | PO BOX 60074 | CITY OF INDUSTRY | 0 | 91716-0074 |
| TIME WARNER CABLE | Cable | Overland Park LTAC | 20505-021474301-0001 | PO BOX 1104 | CAROL STREAM | IL | 60132-1104 |
| TIME WARNER CABLE | Internet | Overland Park LTAC | 20505-110605701-4001 | PO BOX 1104 | CAROL STREAM | IL | 60132-1104 |
| TIME WARNER CABLE | Cable | Corporate | 8260 17 001 0016649 | PO BOX 60074 | CITY OF INDUSTRY | CA | 91716-0074 |
| SOUTHWESTERN ELEC. POWER CO. | Power | Corporate | 961-988-297-6-2 | PO BOX 24422 | CANTON | OH | 44701-4422 |
| SOUTHWESTERN ELEC. POWER CO. | Power | Shreveport-Bossier | 965-623-311-0-6 | PO BOX 24422 | CANTON | OH | 44701-4422 |
| SOUTHWESTERN ELEC. POWER CO. | Power | Shreveport-Bossier | 965-933-311-0-9 | PO BOX 24422 | CANON | OH | 44701-4422 |
| SOUTHWESTERN ELEC. POWER CO. | Power | Shreveport-Bossier | 968-814-311-0-8 | PO BOX 24422 | CANTON | OH | 44701-4422 |
| SOUTHWESTERN ELEC. POWER CO. | Power | Shreveport-Bossier | 967-510-355-1-8 | PO BOX 24422 | CANTON | OH | 44701-4422 |
| CITY OF VIDALIA | Gas, Electric, Water | Miss Lou | 104-00105-01 | PO BOX 2010 | VIDALIA | GA | 71373 |
| CITY OF VIDALIA | Gas, Electric, Water | Miss Lou | 104-00110-01 | PO BOX 2010 | VIDALIA | GA | 71373 |
| SECO ENERGY | Electric | Corporate | 8011164002 | DEPT#3035 PO BOX 850001 | ORLANDO | FL | 32885-3035 |
| SECO ENERGY | Electric | Corporate | 8011164202 | DEPT#3035 PO BOX 850001 | ORLANDO | FL | 32885-3035 |
| SECO ENERGY | Electric | Villages | 8013745900 | DEPT#3035 PO BOX 850001 | ORLANDO | FL | 32885-3035 |
| CITY OF MESA | Electric, Gas, Water, Waste Water, Solid Waste | Phoenix | 925163-116717 | PO BOX 1878 | MESA | AZ | 85211-1878 |
| KCP&L | Power | Overland Park LTAC | 4929-85-8263 | PO BOX 219330 | KANSAS CITY | KS | 64121-9330 |
| KCP&L | Power | Overland Park LTAC | 0685-54-1130 | PO BOX 219330 | KANSAS CITY | KS | 64121-9330 |
| LEVEL(3) COMMUNICATIONS, LLC | Phone | Corporate | 5-FCT6MPD1 | PO BOX 910182 | DENVER | CO | 80291-0182 |
| JOHNSON COUNTY WASTEWATER | Wastewater | Overland Park LTAC | 20792554 | PO BOX 219948 | KANSAS CITY | KS | 64121-9948 |
| CITY OF SHREVEPORT | Water And Sewerage | Shreveport-Bossier | 168316300 | PO BOX 30065 | SHREVEPORT | LA | 71153-0065 |
| CITY OF SHREVEPORT | Water And Sewerage | Shreveport-Bossier | 135321300 | PO BOX 30065 | SHREVEPORT | LA | 71153-0065 |
| KANSAS GAS SERVICE | Gas | Overland Park LTAC | 512499574 1138026 09 | PO BOX 219046 | KANSAS CITY | KC | 64121-9046 |
| GRANITE TELECOMMUNICATIONS, LLC. | Telecomm | Corporate | 3095432 | PO BOX 983119 | BOSTON | MA | 02298-3119 |
| VERIZON WIRELESS | Telecomm | Corporate | 819615472-00010 | PO BOX 660108 | DALLAS | TX | 75266-0108 |
| ATMOS ENERGY CORP. | Power | Dallas | 3021490163 | PO BOX 790311 | ST. LOUIS | MO | 63179-0311 |
| ATMOS ENERGY CORP. | Power | Dallas | 3021490369 | PO BOX 790311 | ST. LOUIS | MO | 63179-0311 |
| ATMOS ENERGY CORP. | Power | Wichita Falls SNF | 3039181866 | PO BOX 790311 | ST. LOUIS | MO | 63179-0311 |
| CITY OF PARAMOUNT | Water | Suburban | 18-1570-03 | 16400 COLORADO AVENUE | PARAMOUNT | CA | 90723 |
| CITY OF PARAMOUNT | Water | Suburban | 18-1580-03 | 16400 COLORADO AVENUE | PARAMOUNT | CA | 90723 |
| CITY OF PARAMOUNT | Water | Suburban | 18-1350-03 | 16400 COLORADO AVENUE | PARAMOUNT | CA | 90723 |
| CITY OF PARAMOUNT | Water | Suburban | 20-6490-00 | 16400 COLORADO AVENUE | PARAMOUNT | CA | 90723 |
| CITY OF PARAMOUNT | Water | Suburban | 20-6500-00 | 16400 COLORADO AVENUE | PARAMOUNT | CA | 90723 |
| CITY OF PARAMOUNT | Water | Suburban | 18-1510-03 | 16400 COLORADO AVENUE | PARAMOUNT | CA | 90723 |
| XPEDITE SYSTEMS LLC | Fax2Mail | Corporate | 863468 | 29084 NETWORK PLACE | CHICAGO | IL | 60673-1290 |
| THE GAS COMPANY | Gas | Suburban | 046 305 9000 0 | 16453 COLORADO AVENUE | PARAMOUNT | CA | 90723-5011 |
| THE GAS COMPANY | Gas | Suburban | 042 105 9091 7 | 16415 COLORADO AVENUE | PARAMOUNT | CA | 90723-5035 |
| CENTURYLINK | Internet | Shreveport-Bossier | 408068413 | PO BOX 4300 | CAROL STREAM | IL | 60197-4300 |
| CENTURYLINK | Phone | Shreveport-Bossier | 400015061 | PO BOX 4300 | CAROL STREAM | IL | 60197-4300 |
| CENTURYLINK | Phone | Villages | 416494052 | PO BOX 1319 | CHARLOTTE | NC | 28201-1319 |
| CENTURYLINK | Phone | Ascension | 410651584 | PO BOX 4300 | CAOL STREAM | IL | 60197-4300 |
| CCS, LLC | Ccs Hosting | Corporate | | 3002 DOW AVENUE | TUSTIN | CA | 92780 |
| CITY OF FORT MYERS | Water/Sewer/Garbage | Ft. Myers | 5-009816-00 | PO BOX 30185 | TAMPA | FL | 33630-3185 |
| CITY OF FORT MYERS | Water/Sewer/Garbage | Ft. Myers | 5-009815-00 | PO BOX 30185 | TAMPA | FL | 33630-3185 |

| Provider Name | Type of Service | Location | Account Number | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SEND2FAX | Telecomm | Suburban | | 6922 HOLLYWOOD BLVD | HOLLYWOOD | CA | 90028 |
| PAETEC COMMUNICATIONS, INC | Telecomm | Corporate | | PO BOX 9001013 | LOUISVILLE | KY | 40290 |
| CITY OF WICHITA FALLS | Water | Wichita Falls SNF | 2690-41361 | 1101 GRACE STREET | WICHITA FALLS | TX | 76301-4414 |
| CITY OF WICHITA FALLS | Water | Wichita Falls SNF | 2689-2689 | 1101 GRACE STREET | WICHITA FALLS | TX | 76301-4414 |
| AT & T - DATALINKS | Telecomm | Shreveport-Bossier | 831-000-1384 525 | PO BOX 5019 | CAROL STREAM | IL | 60197-5019 |
| COMCAST | Cable | Shreveport-Bossier | 8396 30 001 0079027 | PO BOX 530098 | ATLANTA | GA | 30353-0098 |
| COMCAST | Cable | Shreveport-Bossier | 8396 30 001 2127774 | PO BOX 530098 | ATLANTA | GA | 30353-0098 |
| COMCAST | Internet | Shreveport-Bossier | 8396 30 001 2179593 | PO BOX 530098 | ATLANTA | GA | 30353-0098 |
| COMCAST | Cable/Internet | Ft. Myers | 8535 10 027 0961431 | PO BOX 530098 | ATLANTA | GA | 30353-0098 |
| COMCAST | Cable/Internet | Ft. Myers | 8535 10 027 0961472 | PO BOX 530098 | ATLANTA | GA | 30353-0098 |
| COMCAST | Cable/Internet | Promise Entities | | | | | |
| CITY OF DALLAS | Water/Sewer/Storm | Dallas | 100855798 | CITY HALL, 2D SOUTH | DALLAS | TX | 75277 |
| CITY OF DALLAS | Water | Dallas | 100857003 | CITY HALL, 2D SOUTH | DALLAS | TX | 75235-3305 |
| CITY OF BOSSIER CITY | Water/Sewer/Sanitation/ Sprinkler/Ambulance | Shreveport-Bossier | 129001-150256 | PO BOX 5337 | BOSSIER CITY | LA | 71171-5337 |
| MIAMI DADE WATER & SEWER DEPARTMENT | Water/Sewer | Miami | 4820009740 | PO BOX 026055 | MIAMI | FL | 33102-6055 |
| MIAMI DADE WATER & SEWER DEPARTMENT | Water/Sewer | Miami | 0458106752 | PO BOX 026055 | MIAMI | FL | 33102-6055 |
| MIAMI DADE WATER & SEWER DEPARTMENT | Water/Sewer | Miami | 0675503847 | PO BOX 026055 | MIAMI | FL | 33102-6055 |
| CENTERPOINT ENERGY | N/A | Corporate | | PO BOX 4583 | HOUSTON | TX | 77210-4583 |
| CENTERPOINT ENERGY | Power | Shreveport-Bossier | 7025132-7 | PO BOX 4583 | HOUSTON | TX | 77210-4583 |
| CENTERPOINT ENERGY | Power | Shreveport-Bossier | 497407-7 | PO BOX 4583 | HOUSTON | TX | 77210-4583 |
| CABLE ONE | Cable | Miss Lou | 106129349 | PO BOX 9001009 | LOUISVILLE | KY | 40290-1009 |
| CABLE ONE | Cable | Miss Lou | 106028640 | PO BOX 9001009 | LOUISVILLE | KY | 40290-1009 |
| NORTH SUMTER UTILITY COMPANY | Water/Sewer | Villages | N220-2876-00 | 984 OLD MILL RUN | THE VILLAGES | FL | 32162-1675 |
| FPL ENERGY SERVICES, INC. | Power | Ft. Myers | 1100226453 | PO BOX 25426 | MIAMI | FL | 33102-5426 |
| FPL ENERGY SERVICES, INC. | Power | Miami | 1100226435 | PO BOX 25426 | MIAMI | FL | 33102-5426 |
| FPL ENERGY SERVICES, INC. | Power | Villages | 1100226444 | PO BOX 25426 | MIAMI | FL | 33102-5426 |
| DIRECTV | Cable | Shreveport-Bossier | 5004608 | PO BOX 105249 | ATLANTA | GA | 30348-5249 |
| DIRECTV | Cable | Ft. Myers | 88103211 | PO BOX 105249 | ATLANTA | GA | 30348-5249 |
| NEXTEL COMMUNICATION | Telecomm | San Diego | | 12502 SUNRISE VALLEY DR | RESTON | VA | 20191 |
| TECO PEOPLES GAS | Gas | Villages | 211006870508 | PO BOX 31318 | TAMPA | FL | 33631-3318 |
| TECO PEOPLES GAS | Gas | Ft. Myers | 211009657282 | PO BOX 31318 | TAMPA | FL | 33631-3318 |
| FLORIDA CITY GAS COMPANY | Gas | Miami | 9812028255 | PO BOX 5410 | CAROL STREAM | IL | 60197-5410 |
| GATOR TELCOM | Telecomm | Corporate | 10-8596 | 9000 NW 55TH COURT | SUNRISE | 0 | 33351 |
| RELIANT | Power | Dallas | 11 675 654 - 5 | PO BOX 120954 | DALLAS | TX | 75312-0954 |
| RELIANT | Power | Dallas | 13 137 067-8 | PO BOX 650475 | DALLAS | TX | 75265-0475 |
| CITY OF LA-PUBLIC WORKS SANITATION | Sanitation | Suburban | | PO BOX 30749 | LOS ANGELES | CA | 90030-0749 |
| SUDDENLINK BUSINESS | Telecomm | Shreveport-Bossier | 1000001-3616-704873301 | PO BOX 742535 | CINCINNATI | OH | 45274-2535 |
| ENTERGY | Power | Ascension | 122208572 | PO BOX 8103 | BATON ROUGE | LA | 70891-8103 |
| ENTERGY | Power | Corporate | | PO BOX 8103 | BATON ROUGE | LA | 70891-8103 |
| EXTEL COMMUNICATIONS | Telecomm | Wichita Falls LTAC | | PO BOX 9088 | WICHITA FALLS | TX | 76308-9088 |
| COX COMMUNICATIONS | Telecomm | Ascension | 001 5711 085863101 | PO BOX 919243 | DALLAS | TX | 75391-9243 |
| COX COMMUNICATIONS | Telecomm | Phoenix | 001 8501 199323801 | PO BOX 53249 | PHOENIX | AZ | 85072-3249 |
| SPECTRUM-CHARTER COMM. HOLDINGS | Telecomm | Wichita Falls SNF | 8260 17 001 1230728 | PO BOX 60074 | CITY OF INDUSTRY | CA | 91716-0074 |
| SPEEDCAST CONNECT | Telecomm | Suburban | 205951-14 | 435 EAST MAIN STREET | GREENWOOD | IN | 46143 |
| WASTEWATER MANAGEMENT SERVICE | Wastewater | Miss Lou | | PO BOX 897 | JENA | LA | 71342 |