## Exhibit C

## List of Bank Accounts

| # | Bank | Acct # | Legal Entity | Common Account Name | Type of Account | Typical Deposit (Credit) | Typical Withdraw (Debit) | Bank Address | ZBA | Active/Inactive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | City National Bank | 5224 | Promise Properties of Lee, Inc. | Properties Of Lee Operating | Real Estate Operating Account | | Rel-Co | 1450 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 2 | City National Bank | 5237 | HLP Properties at the Villages, L.L.C. | Hlp Prop At Villages Operating | Real Estate Operating Account | | Rel-Co | 1451 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 3 | City National Bank | 5253 | Bossier Land Acquisition Corp. | Bossier Land Operating | Real Estate Operating Account | | Rel-Co | 1452 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Inactive |
| 4 | City National Bank | 5266 | Vidalia Real Estate Partners, LLC | Vidalia Real Estate Operating | Real Estate Operating Account | | Rel-Co | 1453 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Inactive |
| 5 | City National Bank | 5279 | Quantum Properties, L.P. | Quantum Properties Operating | Real Estate Operating Account | | Rel-Co | 1454 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 6 | City National Bank | 5282 | LH Acquisition, LLC | Lh Acquisition Operating | Real Estate Operating Account | | Rel-Co | 1455 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Inactive |
| 7 | City National Bank | 5295 | HLP of Shreveport, Inc. | Hlp Of Shreveport Operating | Real Estate Operating Account | | Rel-Co | 1456 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Inactive |
| 8 | City National Bank | 5305 | Promise Hospital of Dade, Inc. | Dade Operating | Operating Account | | AP Disbursements/Payroll | 1457 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 9 | City National Bank | 5321 | Promise Hospital of Dade, Inc. | Dade Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1458 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 10 | City National Bank | 5334 | Promise Hospital of Phoenix, Inc. | Phoenix Operating | Operating Account | | AP Disbursements/Payroll | 1459 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 11 | City National Bank | 5350 | Promise Hospital of Phoenix, Inc. | Phoenix Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1460 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 12 | City National Bank | 5363 | Promise Hospital of Florida at The Villages, Inc. | Villages Operating | Operating Account | | AP Disbursements/Payroll | 1461 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 13 | City National Bank | 5389 | Promise Hospital of Florida at The Villages, Inc. | Villages Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1462 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 14 | City National Bank | 5392 | Promise Healthcare, Inc. | Promise Master Disbursement | Promise 1 Master Disbursement | Received ABL Funds | Master ZBA Account | 1463 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 15 | City National Bank | 5402 | Promise Healthcare, Inc. | Promise Operating | Operating Account | | AP Disbursements/Payroll | 1464 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 16 | City National Bank | 5428 | Promise Healthcare, Inc. | Promise Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1465 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 17 | City National Bank | 5431 | Promise Healthcare, Inc. | Commercial Money Market Gold Deposit | Operating Account | | | 1466 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Inactive |
| 18 | City National Bank | 5444 | Promise Hospital of Vicksburg, Inc. | Vicksburg Operating | Operating Account | | AP Disbursements/Payroll | 1467 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 19 | City National Bank | 5460 | Promise Hospital of Vicksburg, Inc. | Vicksburg Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1468 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 20 | City National Bank | 5473 | Promise Hospital of Vicksburg, Inc. | Vicksburg Non Government | Non Government Lockbox | Non Government Deposits | | 1469 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 21 | City National Bank | 5486 | Promise Hospital of Florida at The Villages, Inc. | Villages Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1470 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 22 | City National Bank | 5499 | Promise Hospital of Florida at The Villages, Inc. | Villages Non Government | Non Government Lockbox | Non Government Deposits | | 1471 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 23 | City National Bank | 5509 | Promise Hospital of Dade, Inc. | Dade Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1472 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 24 | City National Bank | 5512 | Promise Hospital of Dade, Inc. | Dade Non Government | Non Government Lockbox | Non Government Deposits | | 1473 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 25 | City National Bank | 5525 | Promise Hospital of Phoenix, Inc. | Phoenix Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1474 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 26 | City National Bank | 5538 | Promise Hospital of Phoenix, Inc. | Phoenix Non Government | Non Government Lockbox | Non Government Deposits | | 1475 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 27 | City National Bank | 5567 | Promise Hospital of Overland Park, Inc. | Overland Park Operating | Operating Account | | AP Disbursements/Payroll | 1476 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 28 | City National Bank | 5583 | Promise Hospital of Dallas, Inc. | Dallas Operating | Operating Account | | AP Disbursements/Payroll | 1477 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 29 | City National Bank | 5622 | Promise Hospital of Vicksburg, Inc. | Vicksburg Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1478 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 30 | City National Bank | 5635 | Promise Hospital of Salt Lake, Inc. | Salt Lake Operating | Operating Account | | AP Disbursements/Payroll | 1479 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 31 | City National Bank | 5651 | Promise Hospital of Wichita Falls, Inc. | Wichita Falls Operating | Operating Account | | AP Disbursements/Payroll | 1480 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 32 | City National Bank | 5677 | Promise Hospital of East Los Angeles, L.P. | Suburban Campus Operating | Operating Account | | AP Disbursements/Payroll | 1481 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 33 | City National Bank | 5680 | Promise Hospital of East Los Angeles, L.P. | Suburban Campus Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1482 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 34 | City National Bank | 5703 | Promise Hospital of East Los Angeles, L.P. | East La Campus Operating | Operating Account | | AP Disbursements/Payroll | 1483 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 35 | City National Bank | 6595 | St. Alexius Hospital Corporation #1 | St Alexius Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1484 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 36 | City National Bank | 6605 | St. Alexius Hospital Corporation #1 | St Alexius Operating | Operating Account | | AP Disbursements/Payroll | 1485 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 37 | City National Bank | 6618 | Success Healthcare, LLC | Success Master Collection | Success Master Collection | ZBA from All Gov/Non-Gov | Wires to Wells ABL | 1486 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (In) | Active |
| 38 | City National Bank | 6621 | St. Alexius Hospital Corporation #1 | St Alexius Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1487 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 39 | City National Bank | 6650 | St. Alexius Hospital Corporation #1 | St Alexius Non Government | Non Government Lockbox | Non Government Deposits | | 1488 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 40 | City National Bank | 6663 | HLP of Los Angeles, LLC | Hlp Of La Operating | Operating Account | | Rel-Co | 1489 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Inactive |

4827-3514-2758
EAST\162240421.1

| | Bank | Acct # | Legal Entity | Common Account Name | Type of Account | Typical Deposit (Credit) | Typical Withdraw (Debit) | Bank Address | ZBA | Active/Inactive |
|---|---|---|---|---|---|---|---|---|---|---|
| 41. | City National Bank | 6692 | Success Healthcare 1, LLC | Silver Lake Operating | Operating Account | | AP Disbursements/Payroll | 1492 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 42. | City National Bank | 6715 | Success Healthcare 1, LLC | Silver Lake Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1493 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Inactive |
| 43. | City National Bank | 6731 | Promise Hospital of Ascension, Inc. | Ascension Operating | Operating Account | | AP Disbursements/Payroll | 1494 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 44. | City National Bank | 6757 | Promise Hospital of Ascension, Inc. | Ascension Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1495 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 45. | City National Bank | 6760 | Promise Hospital of Louisiana, Inc. | Bossier Operating | Operating Account | | AP Disbursements/Payroll | 1496 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 46. | City National Bank | 6773 | Promise Hospital of Louisiana, Inc. | Bossier Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1497 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 47. | City National Bank | 6799 | Promise Hospital of Louisiana, Inc. | Shreveport Operating | Operating Account | | AP Disbursements/Payroll | 1498 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 48. | City National Bank | 6812 | Promise Hospital of Louisiana, Inc. | Shreveport Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1499 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 49. | City National Bank | 6825 | Promise Healthcare #2, Inc. | Promise 2 Master Disbursement | Promise 2 Master Disbursement | | ZBA Accounts/Interco | 1500 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 50. | City National Bank | 6838 | Promise Hospital of Baton Rouge, Inc. | Baton Rouge Operating | Operating Account | | AP Disbursements/Payroll | 1501 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 51. | City National Bank | 6854 | Promise Hospital of Baton Rouge, Inc. | Baton Rouge Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1502 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 52. | City National Bank | 6867 | Quantum Health, Inc. | San Diego Operating | Operating Account | | AP Disbursements/Payroll | 1503 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 53. | City National Bank | 6896 | Professional Rehabilitation Hospital, L.L.C. | Miss Lou Operating | Operating Account | | AP Disbursements/Payroll | 1504 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 54. | City National Bank | 6919 | Professional Rehabilitation Hospital, L.L.C. | Miss Lou Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1505 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 55. | City National Bank | 6922 | Success Healthcare, LLC | Success Operating | Operating Account | | AP Disbursements/Payroll | 1506 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 56. | City National Bank | 6935 | Promise Hospital of Louisiana, Inc. | Louisiana Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1507 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 57. | City National Bank | 6948 | Promise Hospital of Ascension, Inc. | Ascension Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1508 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 58. | City National Bank | 6951 | Promise Healthcare #2, Inc. | Promise 2 Master Collection | Promise 2 Master Collection | ZBA from All Gov/Non-Gov | Wires to Wells ABL | 1509 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (In) | Active |
| 59. | City National Bank | 6964 | Promise Hospital of Ascension, Inc. | Ascension Non Government | Non Government Lockbox | Non Government Deposits | | 1510 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 60. | City National Bank | 6977 | Promise Hospital of Louisiana, Inc. | Louisiana Non Government | Non Government Lockbox | Non Government Deposits | | 1511 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 61. | City National Bank | 7002 | Promise Hospital of East Los Angeles, L.P. | Suburban Campus Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1512 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 62. | City National Bank | 7015 | Promise Hospital of East Los Angeles, L.P. | Suburban Campus Non Government | Non Government Lockbox | Non Government Deposits | | 1513 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 63. | City National Bank | 7028 | Promise Hospital of East Los Angeles, L.P. | East La Campus Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1514 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 64. | City National Bank | 7031 | Promise Hospital of East Los Angeles, L.P. | East La Campus Non Government | Non Government Lockbox | Non Government Deposits | | 1515 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 65. | City National Bank | 7044 | Promise Hospital of Overland Park, Inc. | Overland Park Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1516 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 66. | City National Bank | 7057 | Promise Hospital of Overland Park, Inc. | Overland Park Non Government | Non Government Lockbox | Non Government Deposits | | 1517 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 67. | City National Bank | 7060 | Promise Hospital of Dallas, Inc. | Dallas Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1518 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 68. | City National Bank | 7073 | Promise Hospital of Dallas, Inc. | Dallas Non Government | Non Government Lockbox | Non Government Deposits | | 1519 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 69. | City National Bank | 7109 | Success Healthcare, LLC | Success Master Disbursement | Success Master Disbursement | | ZBA Accounts/Interco | 1520 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 70. | City National Bank | 7112 | Promise Hospital of Wichita Falls, Inc. | Wichita Falls Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1521 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 71. | City National Bank | 7125 | Promise Hospital of Wichita Falls, Inc. | Wichita Falls Non Government | Non Government Lockbox | Non Government Deposits | | 1522 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 72. | City National Bank | 7138 | Promise Hospital of Salt Lake, Inc. | Salt Lake Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1523 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 73. | City National Bank | 7141 | Promise Hospital of Salt Lake, Inc. | Salt Lake Non Government | Non Government Lockbox | Non Government Deposits | | 1524 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 74. | City National Bank | 7154 | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Wichita Falls Snf Operating | Operating Account | | AP Disbursements/Payroll | 1525 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 75. | City National Bank | 7170 | Promise Skilled Nursing Facility of Overland Park, Inc. | Overland Park Snf Operating | Operating Account | | AP Disbursements/Payroll | 1526 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 76. | City National Bank | 7196 | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Wichita Falls Snf Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1527 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 77. | City National Bank | 7206 | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Wichita Falls Snf Non Government | Non Government Lockbox | Non Government Deposits | | 1528 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 78. | City National Bank | 7219 | Promise Healthcare, Inc. | Promise Master Collection | Promise 1 Master Collection | ZBA from All Gov/Non-Gov | Wires to Wells ABL | 1529 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (In) | Active |
| 79. | City National Bank | 7222 | Success Healthcare 1, LLC | Silver Lake Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1530 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 80. | City National Bank | 7235 | Success Healthcare 1, LLC | Silver Lake Non Government | Non Government Lockbox | Non Government Deposits | | 1531 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |

| | Bank | Acct # | Legal Entity | Common Account Name | Type of Account | Typical Deposit (Credit) | Typical Withdraw (Debit) | Bank Address | ZBA | Active/Inactive |
|---|---|---|---|---|---|---|---|---|---|---|
| 81. | City National Bank | 7248 | Promise Hospital of Baton Rouge, Inc. | Baton Rouge Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1532 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 82. | City National Bank | 7251 | Promise Hospital of Baton Rouge, Inc. | Baton Rouge Non Government | Non Government Lockbox | Non Government Deposits | | 1533 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 83. | City National Bank | 7264 | Promise Skilled Nursing Facility of Overland Park, Inc. | Overland Park Snf Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1534 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 84. | City National Bank | 7277 | Promise Skilled Nursing Facility of Overland Park, Inc. | Overland Park Snf Non Government | Non Government Lockbox | Non Government Deposits | | 1535 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 85. | City National Bank | 7280 | Professional Rehabilitation Hospital, L.L.C. | Miss Lou Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1536 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 86. | City National Bank | 7293 | Professional Rehabilitation Hospital, L.L.C. | Miss Lou Non Government | Non Government Lockbox | Non Government Deposits | | 1537 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 87. | City National Bank | 7303 | Quantum Health, Inc. | San Diego Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1538 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 88. | City National Bank | 7316 | Quantum Health, Inc. | San Diego Non Government | Non Government Lockbox | Non Government Deposits | | 1539 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 89. | City National Bank | 7523 | Promise Healthcare Holdings, Inc. | Fpd Holdings | Holding Account | | | 1540 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 90. | City National Bank | 7565 | Promise Hospital of Lee, Inc. | Lee Operating | Operating Account | | AP Disbursements/Payroll | 1541 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Inactive |
| 91. | City National Bank | 7578 | Promise Hospital of Lee, Inc. | Lee Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1542 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 92. | City National Bank | 7581 | Promise Hospital of Lee, Inc. | Lee Government | Government Lockbox | Medicare/Medicaid/Oth Gov | | 1543 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 93. | City National Bank | 7594 | Promise Hospital of Lee, Inc. | Lee Non Government | Non Government Lockbox | Non Government Deposits | | 1544 Brickell Ave., Suite 2800, Miami, FL 33131 | One Way ZBA (Out) | Active |
| 94. | City National Bank | 7604 | Promise Healthcare Group, LLC | Fp Designee Operating | Operating Account | | | 1545 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 95. | City National Bank | 8014 | Promise Properties of Dade, Inc. | Properties Of Dade Operating | Operating Account | | Rel-Co | 1546 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 96. | City National Bank | 8894 | Success Healthcare 1, LLC | Success 1 Disaster Relief | Holding Account | | | 1547 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 97. | City National Bank | 9000 | Promise Hospital of Salt Lake, Inc. | Salt Lake Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 1548 Brickell Ave., Suite 2800, Miami, FL 33131 | No | Active |
| 98. | City National Bank | 5979 | Promise Healthcare, Inc. | Promise Payroll | Promise Payroll and 401(k) Funding Account | | Payroll Funding and 401k for Promise entities only | 1549 Brickell Ave., Suite 2800, Miami, FL 33131 | Two-Way ZBA | Active |
| 99. | Wells Fargo N.A. | 8688 | Success Healthcare 1, LLC | Silver Lake Deposit | Café Deposit Account | MOB Rents | | 420 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 100. | Wells Fargo N.A. | 4975 | Promise Hospital of Phoenix, Inc. | Phoenix Deposit | Café Deposit Account | Café Deposits | | 422 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 101. | Wells Fargo N.A. | 2316 | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Wichita Snf Deposit | N/A | | | 424 Montgomery Street, San Francisco, CA 94104 | No | Inactive |
| 102. | Wells Fargo N.A. | 2407 | Promise Skilled Nursing Facility of Overland Park, Inc. | Overland Snf Petth Cash | Petty Cash Account | | | 425 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 103. | Wells Fargo N.A. | 2415 | Promise Hospital of Overland Park, Inc. | Overland Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 426 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 104. | Wells Fargo N.A. | 2423 | Promise Hospital of Wichita Falls, Inc. | Wichita Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 427 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 105. | Wells Fargo N.A. | 2449 | Promise Hospital of Dallas, Inc. | Dallas Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 428 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 106. | Wells Fargo N.A. | 2456 | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Wichita Snf Petty Cash | Petty Cash Account | | Petty Cash Checks/ Debit Cards | 429 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 107. | Wells Fargo N.A. | 6331 | Promise Hospital of Dade, Inc. | Dade Cafe | Café Deposit Account | Café Deposits | | 430 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 108. | Wells Fargo N.A. | 8296 | Promise Hospital of Lee, Inc. | Lee Cafe | Café Deposit Account | Café Deposits | | 431 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 109. | Wells Fargo N.A. | 6726 | Promise Hospital of Wichita Falls, Inc. | Rfms- Wichita Trust | RFMS Accounts | | | 432 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 110. | Wells Fargo N.A. | 8130 | Promise Skilled Nursing Facility of Overland Park, Inc. | Rfms-Overland Trust | RFMS Accounts | | | 433 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 111. | Wells Fargo N.A. | 1372 | Promise Skilled Nursing Facility of Overland Park, Inc. | Rfms-Overland Care Cost | RFMS Accounts | | | 435 Montgomery Street, San Francisco, CA 94104 | One Way ZBA (Out) | Active |
| 112. | Wells Fargo N.A. | 1385 | Promise Skilled Nursing Facility of Overland Park, Inc. | Rfms-Overland Petty Cash | RFMS Accounts | | SNF Resident Funds | 436 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 113. | Wells Fargo N.A. | 1398 | Promise Hospital of Wichita Falls, Inc. | Rfms-Wichita Care Cost | RFMS Accounts | | | 437 Montgomery Street, San Francisco, CA 94104 | One Way ZBA (Out) | Active |
| 114. | Wells Fargo N.A. | 1408 | Promise Hospital of Wichita Falls, Inc. | Rmfs- Wichita Petty Cash | RFMS Accounts | | SNF Resident Funds | 438 Montgomery Street, San Francisco, CA 94104 | No | Active |
| 115. | Chase Bank | 9042 | Promise Hospital of Louisiana, Inc. | Louisiana Café (Bossier) | Café Deposit Account | Café Deposits | | 270 Park Avenue, New York, NY 10017 | No | Active |
| 116. | Chase Bank | 5740 | Promise Hospital of Louisiana, Inc. | Louisiana Café (Shreveport) | Café Deposit Account | Café Deposits | | 270 Park Avenue, New York, NY 10017 | No | Active |
| 117. | Chase Bank | 4758 | Promise Hospital of Baton Rouge, Inc. | Baton Rouge Café | Café Deposit Account | Café Deposits | | 270 Park Avenue, New York, NY 10017 | No | Active |
| 118. | Concordia | 7609 | Professional Rehabilitation Hospital, L.L.C. | Miss Lou Café | Café Deposit Account | Café Deposits | | 904 Carter Street, Vidalia, LA 71373 | No | Active |
| 119. | Bank of America | 7479 | St. Alexius Hospital Corporation #1 | St Alexius Misc Ap | AP Disbursement Account | Misc | | 100 North Tyron Street, Charlotte, North Carolina 28255 | No | Active |
| 120. | Bank of America | 7592 | St. Alexius Hospital Corporation #1 | St Alexius Merchant Deposits | Operating Account | Merchant Depsotis | | 100 North Tyron Street, Charlotte, North Carolina 28255 | No | Active |