# Exhibit D

**(Cash Management System Flow Chart)**

4827-3514-2758
EAST\162240421.1

