## Exhibit C

**(Schedule of Insurance Policies)**

### Promise Healthcare Group, LLC
### Promise Healthcare, Inc. & Success Healthcare, LLC
#### Schedule of Insurance

| Coverage | Carrier | Last 4 Digits of Policy No. | Expiration |
|---|---|---|---|
| Earthquake (CA) | United Specialty Insurance Company | 0842 | 11/18/2018 |
| Earthquake (CA) | General Security Indemnity Company of Arizona | 7417 | 11/18/2018 |
| Earthquake (CA) | Hudson Specialty Insurance Company | 5HS1 | 11/18/2018 |
| Primary Property (ALL LOCATIONS INCLUDING CA) | Continental Casualty Company | 8782 | 11/18/2018 |
| Hospital Professional Liability / GL / EBL | Steadfast Insurance Company | 0400 | 11/18/2018 |
| EBL | Steadfast Insurance Company | 0400 | 11/18/2018 |
| Excess Liability | Steadfast Insurance Company | 0403 | 11/18/2018 |
| Excess Liability | Ironshore Specialty Insurance Company | 0306 | 11/18/2018 |
| Workers' Compensation | United Heartland/Accident Find Insurance Co | 9114 (Promise) & 9101 (Success) | 3/21/2019 |
| Commercial Auto | Philadelphia Indemnity Insurance Co | 3524 | 11/18/2017 |
| Commercial Auto | Berkshire Hathaway | 3202 | 11/18/2018 |
| Executive Package | Hiscox Insurance Company | 8718 | 1/24/2019 |
| Excess Liabilty (Directors & Officers) | Navigators Insurance Company | 13IV | 1/24/2019 |
| Excess Liabilty (Directors & Officers) | RSUI Indemnity Company | 5401 | 1/24/2019 |
| Excess Liabilty (Directors & Officers) | Starr Indemnity & Liability Company | 8718 | 1/24/2019 |
| Excess Liabilty (Directors & Officers) | Ironshore Specialty Insurance Company | 8404 | 1/24/2019 |
| Excess Liabilty (Directors & Officers) | Illinois National Insurance Company | 1118 | 1/24/2019 |
| Crime | Hiscox Insurance Company | 5318 | 1/24/2019 |
| Bond - St Alexius Hospital | Hartford | 3576 | Until Cancelled |
| Bond - Witchita Falls | Hartford | 0703 | Until Cancelled |
| Bond - Overland Park | Hartford | 0702 | Until Cancelled |
| Bond - ELA - California Care Licensing | Western Surety Company | 9388 | Until Cancelled |
| Storage Tank Liability | Indian Harbour Insurance Company | 7745 | 6/20/2019 |