**<u>Exhibit D</u>**

**(Schedule of Financed Policies)**

| Policy Category | Last 4 Digits of Policy Numbers | Total Premiums, Taxes and Fees | Cash Down Payment / Fee | Monthly Payment | Months Outstanding | Prepetition amount due within 21 days of Petition Date |
|---|---|---|---|---|---|---|
| D&O | 8718; 13IV; 5401; 8718; 8404; 1118; 5318 | $ 616,071 | $ 103,048 | $ 51,302 | 2 | $ 102,605 |
| Excess Liability (PLGL) | 0403; 0306 | 938,673 | 156,730 | 78,194 | - | - |
| Hospital Professional Liability / GL / EBL | 0400; 0400; 0403; 0306 | 2,001,371 | 334,822 | 166,655 | - | - |
| Earthquake (CA) | 8782; 0842; 7417; 5HS1 | 891,624 | 149,014 | 74,261 | - | - |
| LAPCF | n/a | 588,833 | 98,444 | 49,039 | - | - |
| Workers' Compensation | 9114 (Promise) & 9101 (Success) | 3,882,752 | 113,466 | 376,928 | 1 | 376,928 |
| | | | | | Total | $ 479,533 |