UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | ) Case No. 18-12491 (CSS) <br> ) |
| Debtors. | ) (Joint Administration Pending) <br> ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that City National Bank of Florida ("CNB"), a creditor and party in interest in the cases of the above-captioned debtors and debtors in possession, hereby appears by their counsel, Berger Singerman LLP and Klehr Harrison Harvey Branzburg LLP (collectively, "Counsel"). Counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code,

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon CNB through service upon Counsel, at the address, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| **BERGER SINGERMAN LLP**<br>Paul Steven Singerman, Esq.<br>Ilyse M. Homer, Esq.<br>1450 Brickell Ave., Suite 1900<br>Miami, Florida 33131<br>Telephone:  (305) 755-9500<br>Facsimile:   (305) 714 4340 | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti, Esq. (DE Bar No. 3989)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware  19801-3062<br>Telephone:  (302) 426-1189<br>Facsimile:   (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-2700<br>Facsimile:  (215) 568-6603 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of CNB including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in

this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which CNB may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  November 5, 2018  
Wilmington, Delaware

*Domenic E. Pacitti*  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
Domenic E. Pacitti (DE Bar No. 3989)  
919 Market Street, Suite 1000  
Wilmington, Delaware  19801-3062  
Telephone:  (302) 426-1189  
Facsimile:   (302) 426-9193  
Email:  dpacitti@klehr.com

-and-

Morton Branzburg  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
Telephone:   (215) 569-2700  
Facsimile:   (215) 568-6603  
Email: mbranzburg@klehr.com

-and-

Paul Steven Singerman (*pro hac vice* admission pending)  
Ilyse M. Homer (*pro hac vice* admission pending)  
**BERGER SINGERMAN LLP**  
1450 Brickell Ave., Suite 1900  
Miami. Florida 33131  
Telephone:  (305) 755-9500  
Facsimile:   (305) 714 4340  
Email:  Singerman@bergersingerman.com  
            ihomer@bergersingerman.com

*Counsel to City National Bank of Florida*