# **EXHIBIT I**

**Post-Auction Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] : Case No. 18-12491 (CSS)
: 
Debtors. : (Joint Administration Requested)
---------------------------------------------------------------x

## NOTICE OF SUCCESSFUL BIDDER AND BACKUP BIDDER

**PLEASE TAKE NOTICE** that on [November 30], 2018, the Court entered an *Order (A) Establishing Bidding Procedures Relating to the Sale of Certain of the Debtors' Assets, Including Approving A Break-Up Fee and Expense Reimbursement, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, (D) Scheduling A Hearing To Consider the Proposed Sale, and (E) Granting Related Relief* [Docket No. __] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order approved, among other things, the implementation of the Bidding Procedures in connection with the disposition of the Purchased Assets.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),   Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

**PLEASE TAKE FURTHER NOTICE** that the deadline to bid on the Purchased Assets was established as 4:00 p.m. (prevailing Eastern Time) on December 21, 2018, and the Auction was scheduled for 10:00 a.m. (prevailing Eastern Time) on January 4, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors conducted the Auction for the Purchased Assets on January 4, 2019. At the conclusion thereof, the Debtors, in consultation with the Official Committee of Unsecured Creditors, the agent under the Debtors' debtor-in-possession financing facility, and the Silver Lake Debtors' secured lender, designated the following Qualified Bids as the Successful Bid and Backup Bid for the Purchased Assets:

|  | **Successful Bidder** | **Back-Up Bidder** |
|---|---|---|
| **Name** |  |  |
| **Proposed Purchase Price** |  |  |
| **Assumed Contracts** | *See* Exhibit 1 | *See* Exhibit 2 |
| **Contact Information for Adequate Assurance Purposes** |  |  |

**PLEASE TAKE FURTHER NOTICE** that Designated Contract Counterparties to the Designated Contracts[2] may submit objections on or prior to 12:00 p.m. (prevailing Eastern Time) on January 14, 2019 solely on the basis of adequate assurance of future performance by the Successful Bidder or Backup Bidder for the Purchased Assets.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to object with respect to conduct of the Auction, the designation of any Successful Bidder or Bid or Backup Bidder or Bid, the terms (including price) of such Bids, and the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Backup Bid must file such objection on or prior to 12:00 p.m. (prevailing Eastern Time) on January 4, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file the final purchase agreement and submit a proposed form of order approving the sale of the Purchased Assets prior to the Sale Hearing.

---

[2] The Debtors reserve the right to challenge whether any agreement listed on Exhibits 1-2 of this Notice is an executory contract or unexpired lease and by listing such agreement on the Exhibits hereto, the Debtors do not concede that any contract or lease remains executory or unexpired.

2