# SIGN-IN SHEET

**CASE NAME:** Promise Healthcare
**CASE NO:** (CSS) 18-12491
**COURTROOM LOCATION:** 6
**DATE:** 11/6/18 at 4:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Tribble / Tyler Layne | Waller Lansden Dortch & Davis | Debtors |
| Stuart Brown / Kaitlin McKenna | DLA Piper LLP (US) | Debtors |
| Mohsin Sayeed | DLA Piper | Debtors |
| John Knight | Richards Layton & Finger | Wells Fargo Bank |
| David Queroli | " | " |
| Brian Swett | McGuire Woods | " |
| Alexandra Shipley | " | " |
| Jeffrey Wisler | Connolly Gallagher | CVP |
| Domenic Pacitti | Klehr Harrison | City National Bank |
| Cory Falgowski | Burr Forman | National Health Investors |
| Jeremy Ryan | Potter Anderson Corroon | LAPMC |
| Brya Keilson | DOJ-OUST | UST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
#6

Calendar Date: 11/06/2018
Calendar Time: 04:00 PM ET

*Amended Calendar Nov 6 2018 12:44PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9420600 | Arielle Adler | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Interested Party, Arielle Adler / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9419090 | Gerald C. Bender | (212) 768-5317 ext. | Dentons US LLP | Creditor, BridgePoint / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9418540 | Wesley R. Bulgarella | (205) 254-1875 ext. | Maynard Cooper & Gale PC | Creditor, RXBebefit / LIVE |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9420396 | Bob Butler | (312) 429-7901 ext. | Berkeley Research Group | Interested Party, Berkeley Research Group / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9418888 | Mario Carballo | (305) 577-7690 ext. | City National Bank | Creditor, City National Bank of Florida / LIVE |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9418695 | Justin G. Cunningham | (212) 209-4946 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9418650 | Brian Greer | (212) 649-3536 ext. | Dechert LLP | Creditor, Select Medical Corporation / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9419433 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9420574 | Andrew V. Layden | (407) 649-4000 ext. | Baker & Hostetler, LLP | Interested Party, Promise Healthcare Group LLC / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9420767 | Michael R. Maizel | (212) 905-3667 ext. | Otterbourg P.C. | Interested Party, Michael R. Maizel / LISTEN ONLY |
| | | Promise Healthcare Group, LLC | 18-12491 | Hearing | 9420428 | David J. Mayo | (212) 457-5535 ext. | Arent Fox LLP | Interested Party, Arent Fox LLP / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Promise Healthcare Group, LLP | 18-12491 | Hearing | 9421929 | Kevin McColgan | (212) 792-4950 ext. | Baker Tilly Virchow Krause, LLP | Interested Party, Kevin McColgan / LISTEN ONLY |
| Promise Healthcare Group, LLC | 18-12491 | Hearing | 9419067 | Joshua Memon | (212) 257-4536 ext. | Hammond Hanlon & Camp | Interested Party, Wayne Weitz / LISTEN ONLY |
| Promise Healthcare Group, LLC | 18-12491 | Hearing | 9419661 | Mary H. Rose | (213) 891-5727 ext. | Buchalter, APC | Creditor, Peter Baronoff / LIVE |
| Promise Healthcare Group, LLC | 18-12491 | Hearing | 9418688 | Bennett S. Silverberg | (212) 209-4924 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| Promise Healthcare Group, LLC | 18-12491 | Hearing | 9418545 | Paul S. Singerman | (305) 714-4343 ext. | Berger Singerman LLP | Creditor, City National Bank of Florida / LIVE |
| Promise Healthcare Group, LLC | 18-12491 | Hearing | 9421418 | Katie G. Stenberg | (615) 850-8944 ext. | Waller Lansden Dortch & Davis, LLP | Debtor, Promise Healthcare Group, LLC / LIVE |
| Promise Healthcare Group, LLC | 18-12491 | Hearing | 9420924 | Gary F. Torrell | (310) 277-8011 ext. | Valensi Rose, PLC | Interested Party, LADMC, LLC. / LIVE |
| Promise Healthcare Group, LLC | 18-12491 | Hearing | 9421350 | Becky A. Yerak | (312) 543-1306 ext. | Wallstreet Journal | Interested Party, Becky Yerak / LISTEN ONLY |

Erika Orozco ext. 886    CourtConfCal2009