**Fill in this information to identify the case:**
Debtor name:  PROMISE HEALTHCARE GROUP, LLC, et al.
United States Bankruptcy Court for the:  District of Delaware
Case number (if known):  18-12491 (CSS) (Jointly Administered)

■ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 1 | HEB ABABA, RONALDOE GUTIERREZ, AND YOLANDA PENNEY<br>ATTN: Joseph Antonelli, Esq. & Janelle Carney, Esq.<br>C/O LAW OFFICE OF JOSEPH ANTONELLI<br>14758 PIPELINE AVE, SUITE E, 2ND FLOOR<br>CHINO HILLS, CA 91709 | HEB ABABA, RONALDOE GUTIERREZ, AND YOLANDA PENNEY<br>ATTN: Joseph Antonelli, Esq. & Janelle Carney, Esq.<br>PHONE: 909.393.0223<br>FAX: 909.393.0471<br>EMAIL: jantonelli@antonellilaw.com | Lititgation Settlement | | | | $3,324,801.00 |
| 2 | CARDINAL HEALTH PHARMA<br>ATTN: Tyronza Walton<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017 | CARDINAL HEALTH PHARMA<br>ATTN: Tyronza Walton<br>PHONE: 614.553.3154<br>FAX: 614.652.4117 fax<br>EMAIL: Tyronza.Walton@cardinalhealth.com | Trade Payable | | | | $1,750,290.49 |
| 3 | RXBENEFITS, INC<br>ATTN: Brian Friedenberg<br>3599 BLUE LAKE DRIVE<br>SUITE 200<br>BIRMINGHAM, AL 35243 | RXBENEFITS, INC<br>ATTN: Brian Friedenberg<br>PHONE: 205.789.5991<br>FAX: 205.980.2354<br>EMAIL: generalinfo@rxbenefits.com | Trade Payable | | | | $1,446,879.76 |
| 4 | PACIFIC NATIONAL GROUP<br>ATTN: Steve Matheson<br>2392 SOUTH BATEMAN AVENUE<br>IRWINDALE, CA 91010 | PACIFIC NATIONAL GROUP<br>ATTN: Steve Matheson<br>PHONE: 626.357.4400<br>FAX: (626) 256.9550<br>EMAIL: info@pacnatgroup.com | Lititgation Settlement | | | | $1,324,512.24 |
| 5 | MEDCENTRIS<br>ATTN: Pete Hartley<br>46 LOUIS PRIMA DRIVE<br>SUITE A<br>ATTN: LAURA BEGNAUD<br>COVINGTON, LA 70433 | MEDCENTRIS<br>ATTN: Pete Hartley<br>PHONE: 855 432.5328<br>FAX:<br>EMAIL: pete.hartley@medcentris.com | Trade Payable | | | | $1,303,347.59 |
| 6 | FREEDOM MEDICAL, INC.<br>ATTN: Eric S. Wenzel<br>219 WELSH POOL ROAD<br>EXTON, PA 19341 | FREEDOM MEDICAL, INC.<br>ATTN: Eric S. Wenzel<br>PHONE: 610 903.0200 Ext 153<br>FAX: 610.903.0180<br>EMAIL: ewenzel@freedommedical.com | Trade Payable | | | | $1,206,955.66 |
| 7 | CAREFUSION 211, INC.<br>ATTN: Audrey Spencer<br>88253 EXPEDITE WAY<br>CHICAGO, IL 60695 | CAREFUSION 211, INC.<br>ATTN: Audrey Spencer<br>PHONE: 217 568 6539 x118006<br>FAX:<br>EMAIL: Audrey.Spencer@vyaire.com | Trade Payable | | | | $1,036,882.83 |
| 8 | PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY<br>ATTN: KEVIN AUSTIN ASHLEY<br>C/O PETERSON AND MYERES, P.A.<br>242 W. CENTRAL AVENUE<br>WINTER HAVEN, FL 33880 | PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY<br>ATTN: KEVIN AUSTIN ASHLEY<br>PHONE: 863.294.3360<br>FAX: 863.293.4104<br>EMAIL: Kashley@petersonmyers.com | Litigation Settlement | | | | $955,612.05 |
| 9 | MORRISON<br>ATTN: Tracy Rogge<br>400 NORTHRIDGE ROAD<br>SUITE 600<br>ATLANTA, GA 30350 | MORRISON<br>ATTN: Tracy Rogge<br>PHONE: 404.236.7928<br>FAX: 404.660.9166<br>EMAIL: tracyrogge@iammorrison.com | Trade Payable | | | | $942,838.15 |
| 10 | INTERMOUNTAIN/LDS<br>ATTN: Monte Crockett<br>36 S. STATE STREET<br>SALT LAKE CITY, UT 84111 | INTERMOUNTAIN/LDS<br>ATTN: Monte Crockett<br>PHONE: 801 442.2000<br>FAX:<br>EMAIL: Monte.Crockett@imail.org | Trade Payable | | | | $873,559.84 |
| 11 | AMERIHEALTH CARITAS LOUSIANA, INC.<br>ATTN: Robert Lewis Rieger , Jr.<br>C/O ADAMS & REESE, LP-BR<br>450 LAUREL STREET, SUITE 1900<br>BATON ROGUE, LA 70801 | AMERIHEALTH CARITAS LOUSIANA, INC.<br>ATTN: Robert Lewis Rieger , Jr.<br>PHONE: 225.336.5200<br>FAX: 225.336.5200<br>EMAIL: robert.rieger@arlaw.com | Litigation Settlement | | | | $821,896.00 |
| 12 | M*MODAL SERVICES, LTD<br>ATTN: Kashyap Joshi<br>5000 MERIDIAN BOULEVARD<br>SUITE 200<br>FRANKLIN, TN 37067 | M*MODAL SERVICES, LTD<br>ATTN: Kashyap Joshi<br>PHONE: 615 798 3572<br>FAX:<br>EMAIL: kashyap.joshi@mmodal.com | Trade Payable | | | | $755,158.19 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 13 | ORACLE AMERICA INC<br>ATTN: David Trasatti<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 | ORACLE AMERICA INC<br>ATTN: David Trasatti<br>PHONE: +1 617 510 4922<br>FAX:<br>EMAIL: david.trasatti@oracle.com | Trade Payable | | | | $740,013.88 |
| 14 | WILLIS-KNIGHTON HEALTH SYSTEM<br>ATTN: Wendy Ward<br>CORPORATE OFFICE<br>2600 GREENWOOD ROAD<br>SHREVEPORT, LA 71103 | WILLIS-KNIGHTON HEALTH SYSTEM<br>ATTN: Wendy Ward<br>PHONE: 318 212.4030<br>FAX:<br>EMAIL: wward@wkhs.com | Trade Payable | | | | $627,497.39 |
| 15 | LEWIS BRISBOIS<br>ATTN: Jeff Ranen<br>633 W FIFTH STREET<br>SUITE 4000<br>LOS ANGELES, CA 90071 | LEWIS BRISBOIS<br>ATTN: Jeff Ranen<br>PHONE: 213.580.3921<br>FAX:<br>EMAIL: Jeffrey.Ranen@lewisbrisbois.com | Professional Services | | | | $615,560.13 |
| 16 | MEDLINE INDUSTRIES, INC.<br>ATTN: Lisa Foreman<br>3 LAKES DR<br>NORTHFIELD, IL 60093 | MEDLINE INDUSTRIES, INC.<br>ATTN: Lisa Foreman<br>PHONE: 847.643.4233<br>FAX: 847.9492287<br>EMAIL: lforeman@medline.com | Trade Payable | | | | $614,027.12 |
| 17 | CAREFUSION SOLUTIONS, LLC<br>ATTN: Sonya Sandsmark<br>25082 NETWORK PLACE<br>SUITE #205<br>CHICAGO, IL 60673-1250 | CAREFUSION SOLUTIONS, LLC<br>ATTN: Sonya Sandsmark<br>PHONE: 858.617.2812<br>FAX:<br>EMAIL: Sonya.Sandsmark@bd.com | Trade Payable | | | | $582,678.65 |
| 18 | ZURICH NORTH AMERICA<br>ATTN: Dale Wieczorek<br>P.O. BOX 6066-11<br>HERMITAGE, PA 16148 | ZURICH NORTH AMERICA<br>ATTN: Dale Wieczorek<br>PHONE: 800.236.2604<br>FAX: 800.621.7295<br>EMAIL: Dale.Wieczorek@recovery-group.com | Trade Payable | | | | $559,743.62 |
| 19 | PARAMOUNT GENERAL HOSPITAL<br>ATTN: Lynda Mecoli<br>21520 S. PIONEER BLVD.<br>SUITE # 205<br>HAWAIIAN GARDENS, CA 90716 | PARAMOUNT GENERAL HOSPITAL<br>ATTN: Lynda Mecoli<br>PHONE: 954.454.6640<br>FAX:<br>EMAIL: Lynda@immpco.com | Landlord | | | | $504,577.14 |
| 20 | PARKLAND HEALTH & HOSPITAL SYSTEMS<br>ATTN: Keri Disney-Story<br>5200 HARRY HINES BLVD<br>DALLAS, TX 75235 | PARKLAND HEALTH & HOSPITAL SYSTEMS<br>ATTN: Keri Disney-Story<br>PHONE: 214 590 4171<br>FAX:<br>EMAIL: keri.disney-story@phhs.org | Trade Payable | | | | $440,929.42 |
| 21 | EAST BATON ROUGE MED. CNTR-ANC SVCS<br>ATTN: Stephanie Bushart<br>17000 MEDICAL CENTER DRIVE<br>BATON ROUGE, LA 70816 | EAST BATON ROUGE MED. CNTR-ANC SVCS<br>ATTN: Stephanie Bushart<br>PHONE: 225 7522470<br>FAX:<br>EMAIL: stephanie.bushart@ochsner.org | Trade Payable | | | | $431,879.80 |
| 22 | IRON MOUNTAIN, INC<br>ATTN: Frank Willard<br>2000 LONE STAR DRIVE<br>DALLAS, TX 75235 | IRON MOUNTAIN, INC<br>ATTN: Frank Willard<br>PHONE: 610.427.9152<br>FAX:<br>EMAIL: Frank.Willard@ironmountain.com | Trade Payable | | | | $431,785.94 |
| 23 | BUCHALTER NEMER<br>ATTN: Mary Rose<br>1000 WILSHIRE BOULEVARD<br>SUITE 1500<br>LOS ANGELES, CA 90017 | BUCHALTER NEMER<br>ATTN: Mary Rose<br>PHONE: 213 891.5727<br>FAX: (213) 896.0400<br>EMAIL: mrose@buchalter.com | Professional Services | | | | $420,399.57 |
| 24 | QUESTCARE MEDICAL SERVICES, PLLC<br>ATTN:<br>7032 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | QUESTCARE MEDICAL SERVICES, PLLC<br>ATTN:<br>PHONE: 800 369 8397<br>FAX: 214.217.1901<br>EMAIL: | Trade Payable | | | | $407,816.12 |
| 25 | HURON CONSULTING GROUP, INC<br>ATTN: Holly Katz<br>1 BATTERYMARCH PARK<br>SUITE 311<br>QUINCY, MA 2169 | HURON CONSULTING GROUP, INC<br>ATTN: Holly Katz<br>PHONE: 312.235.8520<br>FAX:<br>EMAIL: hkatz@huronconsultinggroup.com | Professional Services | | | | $385,018.82 |
| 26 | STEALTH PARTNER GROUP<br>ATTN:<br>18940 NORTH PIMA ROAD<br>SUITE 210<br>SCOTTSDALE, AZ 85255 | STEALTH PARTNER GROUP<br>ATTN:<br>PHONE: 480.397.5800<br>FAX: 480.397.5811<br>EMAIL: contactus@stealthpartnergroup.com | Trade Payable | | | | $353,317.04 |
| 27 | VSH2008 LLC - RENT<br>ATTN: Danny Brown<br>PO Box 800<br>ST. FRANCISVILLE, LA 70775 | VSH2008 LLC - RENT<br>ATTN: Danny Brown<br>PHONE: 225 571 7133<br>FAX:<br>EMAIL: danbrown1957@yahoo.com | Landlord | | | | $340,175.26 |
| 28 | BOSTON SCIENTIFIC CORPORATION<br>ATTN: Emilia Correia<br>ONE BOSTON SCIENTIFIC PLACE<br>NATICK, MA 1760 | BOSTON SCIENTIFIC CORPORATION<br>ATTN: Emilia Correia<br>PHONE: 979-690-7799<br>FAX:<br>EMAIL: emilia.correia@bsci.com | Trade Payable | | | | $312,099.88 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 29 | EFFICIENT MANAGEMENT RESOURCE SYSTEMS, INC. ATTN: Craig Garner 13273 FIJI WAY SUITE 250 MARINA DEL RAY, CA 90292 | EFFICIENT MANAGEMENT RESOURCE SYSTEMS, INC. ATTN: Craig Garner PHONE: 310.694.9025 FAX: 310.458.1560 EMAIL: craig@garnerhealth.com | Litigation | Y | | | Unliquidated |
| 30 | SURGICAL PROGRAM DEVELOPMENT ATTN: Amin Al-Sarraf 333 SOUTH HOPE ST. SUITE 2610 LOS ANGELES, CA 90071 | SURGICAL PROGRAM DEVELOPMENT ATTN: Amin Al-Sarraf PHONE: 310.785.3586 FAX: 310.282.6286 EMAIL: aalsarraf@glaserweil.com | Litigation | Y | | | Unliquidated |