**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Promise Healthcare Group, LLC et al. | : | Case No. 18-12491 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **HEB Ababa, Ronaldoe Guiterrez and Yolanda Penney,** Attn: Joseph Antonelli, Esq., Law office of Joseph Antonelli, 14758 Pipeline Avenue, suite E, 2nd floor, Chino Hills, CA 91709; Phone: 909-393-0223, Fax: 909-393-0471

2. **Cardinal Health**, Attn: Tyronza Walton, 7000 Cardinal Pl., Dublin, OH 43017, Phone: 614-553-3154, Fax: 614-652-4117

3. **Wound Care Management, LLC d/b/a MEDCENTRIS** Attn: Pete Hartley, 16065 Lamonte Drive, Hammond, LA 70403, Phone: 965-692-7070

4. **Freedom Medical, Inc**., Attn: Eric Wenzel, 219 Welsh Pool Road, Exton, PA 19341, Phone: 610-903-0200, Fax: 610-903-0177

5. **Morrison Management Specialists, Inc.,** Attn: Jerry Carpenter, 4721 Morrison Drive, suite 300, Mobile, AL 36609, Phone: 251-461-3020, Fax: 251-461-3193

6. **Efficient Management Resources Systems, Inc.,** Attn: William Palley, 19830 West Split Oak Road, Chatsworth, CA 91311, Phone: 818-307-6380

7. **Surgical Program Development,** Attn: Brendan Bakir, 18000 Studebaker Road, Suite 700, Cerritos, CA 90703, Phone: 310-748-8800, Fax: 310-861-5001


              ANDREW R. VARA
              Acting United States Trustee, Region 3


              */s/ Brya Keilson* for
              T. PATRICK TINKER
              ASSISTANT UNITED STATES TRUSTEE

DATED: November 14, 2018

Attorney assigned to this Case: Brya Keilson, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Stuart Brown, Esq., Phone: 302-468-5700, Fax: 302-394-2341