



# IN THE UNITED STATES BANKRUPTCY COURT

Delaware

| In re: | |
|---|---|
| PROMISE HEALTHCARE INC | Case Number: 18-12499 |
| | Chapter Number: 11 |
| Debtor | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, ETC.

**PLEASE TAKE NOTICE** that **IBM Credit LLC**, a creditor and party-in-interest in the captioned Chapter 11 case, **hereby appears in the case and requests** pursuant to Rule 2002 of the Rules of Bankruptcy Procedures that **all notices, motions, applications, petitions, pleadings and orders filed or served in the case be duly served on the following:**

> Paul Wearing
> Special Handling Group
> IBM Credit LLC
> 7100 Highlands Pkwy
> Smyrna, GA 30082

Dated: 11/19/2018

> IBM Credit LLC
> Smyrna, Georgia
>
> By: /s/ Paul Wearing
> Paul Wearing
> IBM Credit LLC

**Service List:**

Mr. James Hopwood
CFO
PROMISE HEALTHCARE INC
999 NW 51ST ST, Suite 300
Boca Raton, FL 33431-4476


Clerk of the Court,
United States Bankruptcy Court,
Delaware
824 N Market St # 500
Wilmington, DE 19801