IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2018 NOV 26 AM 10: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:
PROMISE HEALTHCARE GROUP, LLC.

DEBTOR

Chapter: 11
Case No. 18-12491-CSS

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services hereby requests that Wells Fargo Vendor Financial Services, LLC be added to the official mailing matrix and service lists in this case. Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions
c/o A Ricoh USA Program f/d/b/a IKON Financial Services
P. O. Box 13708
Macon, GA 31208-3708

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: *(signature)* Christine R. Etheridge

Christine R. Etheridge
Bankruptcy Administration
Wells Fargo Vendor Financial Services,
LLC fka GE Capital Information
Technology Solutions c/o A Ricoh USA
Program f/d/b/a IKON Financial
Services
1738 Bass Road
Macon, GA 31210
P. O. Box 13708
Macon, GA 31208-3708
(800) 480-6513

Dated: November 14, 2018

WFVFS Reference#:                                                                 1950