| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | |
| Allen A. Etish, Esquire<br>(NJ Bar ID # 007011974)<br>Earp Cohn, P.C.<br>20 Brace Rd., 4th Floor<br>Cherry Hill, NJ 08034<br>(856) 354-7700<br>(856) 354-0842(fax)<br>aetish@earpcohn.com | |
| IN RE:<br><br>PROMISE HEALTHCARE INC,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12499 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE AND PAPERS**

Please take notice that the undersigned is counsel for PMA Insurance Group, in the above-referenced case and hereby requests the entry of his appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

>Allen A. Etish, Esquire
>Earp Cohn P.C.
>20 Brace Road, Suite 400
>Cherry Hill, NJ 08034
>Telephone 856-354-7700

Facsimile: 856-354-0842
Email: aetish@earpcohn.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or made with regard to the referenced case and the proceeding.

Dated: November 27, 2018

 /s/Allen A. Etish
Allen A. Etish, Esquire
(NJ Bar No. 007011974)
**Earp Cohn P.C.**
20 Brace Road, Suite 400
Cherry Hill, NJ 08034
Telephone 856-354-7700
Facsimile: 856-354-0842
Email: aetish@earpcohn.com