**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : Case No. 18-12491 (CSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Related D.I.: 114** |
| | : |

-------------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING
DEBTORS' RETENTION AND COMPENSATION OF
CERTAIN PROFESSIONALS UTILIZED IN THE
ORDINARY COURSE OF BUSINESS**

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as proposed counsel to Promise

Healthcare Group, LLC and its affiliated debtors and debtors in possession (collectively,

the "Debtors") in the above-referenced chapter 11 cases, hereby certify the following:

1.      On November 15, 2018, the Debtors, by and through their proposed counsel, filed

the *Motion of the Debtors for Entry of an Order Authorizing Debtors' Retention and Compensation*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

*of Certain Professionals Utilized in the Ordinary Course of Business* [D.I. 114] (the "Motion")

with the United States Bankruptcy Court for the District of Delaware (the "Court"). The notice

filed with the Motion set the deadline to respond for November 27, 2018.

2.      While no formal responses have been filed, the Debtors have received various

comments from the Office of the United States Trustee and other interested parties, and have

incorporated certain comments in the proposed form of order (the "Order").  No party that has

provided informal comments has objected to the entry of the proposed revised Order.  A copy of

the proposed revised Order is attached hereto as **Exhibit A**. A redline comparing the original

proposed order filed as an exhibit to the Motion and the proposed revised Order, to which the

parties have agreed, is attached hereto as **Exhibit B**.


*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, the Debtors respectfully request that the Court enter the proposed revised

Order, attached hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: November 30, 2018          DLA PIPER LLP (US)
Wilmington, Delaware

/s/  *Stuart M. Brown*
Stuart M. Brown (#4050)
Kaitlin MacKenzie Edelman (#5924)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
        Kaitlin.Edelman@dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
        Katie.Stenberg@wallerlaw.com
        Blake.Roth@wallerlaw.com
        Tyler.Layne@wallerlaw.com

*Proposed Attorneys for the Debtors and*
*Debtors in Possession*

EAST\162732092.2