IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
                           :       Chapter 11

In re:                     :

                         :       Case No. 18-12491 (CSS)

PROMISE HEALTHCARE GROUP, LLC,  :

*et al.*,[1]               :       (Jointly Administered)

                         :

          Debtors.        :

-------------------------------------------------------x

## CERTIFICATION OF COUNSEL SEEKING ENTRY OF AN ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION BETWEEN DEBTORS AND THE UNITED STATES OF AMERICA

I, Stuart Brown, an attorney with DLA Piper, LLP (US), as proposed counsel to Promise Healthcare Group, LLC and its affiliated debtors and debtors in possession (collectively, the "***Debtors***") in the above-referenced chapter 11 cases, hereby certify the following:

1.      Prior to November 5, 2018 (the "***Petition Date***"), Success Healthcare 1, LLC, Promise Hospital of Baton Rouge, Inc., and St. Alexius Hospital Corporation 1 were making payments to the Centers for Medicare & Medicaid Services ("***CMS***") in satisfaction of Medicare

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),   Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

Overpayment Claims (the "***Prepetition Overpayment***").

2.        In accordance with *Citizen Bank of Maryland v. Strumpf*, 516 U.S. 16 (1995), the United States may administratively freeze any Medicare payments due from CMS to a Debtor on account of prepetition Medicare covered services (the "***Prepetition Payments***") pending the filing of a motion for relief from the stay to the extent necessary to protect the United States' right to set off such Prepetition Payments against Prepetition Overpayments.

3.        CMS instituted an administrative freeze with respect to Prepetition Payments owed to Success Healthcare 1, LLC, Promise Hospital of Baton Rouge, Inc., and St. Alexius Hospital Corporation 1.

4.        In connection with the foregoing, the parties have prepared the *Stipulation and Order* (the "***Stipulation***"), which is attached to the Proposed Order (defined below) as **Exhibit 1**.

5.        The Debtors have conferred with the Office of the United States Trustee, the Official Committee of Unsecured Creditors and Wells Fargo, Debtors' DIP Agent, respecting the Stipulation.  These parties have no objection to the entry of the Proposed Order.

6.        The Debtors respectfully request that the Court enter an order (the "***Proposed Order***"), attached hereto as **Exhibit A**, approving the Stipulation at the earliest convenience of the Court.

[<em>Remainder of Page Intentionally Left Blank</em>]

EAST\162792100.1

Dated: November 30, 2018                  DLA PIPER LLP (US)
Wilmington, Delaware

                                          /s/ *Stuart M. Brown*
                                          Stuart M. Brown (DE #4050)
                                          Kaitlin MacKenzie Edelman (DE #5924)
                                          1201 N. Market Street, Suite 2100
                                          Wilmington, DE 19801
                                          Telephone: (302) 468-5700
                                          Facsimile: (302) 394-2341
                                          Email: Stuart.Brown@dlapiper.com
                                                  Kaitlin.Edelman@dlapiper.com

                                          -and-

                                          WALLER LANSDEN DORTCH & DAVIS, LLP
                                          John Tishler (admitted *pro hac vice*)
                                          Katie G. Stenberg (admitted *pro hac vice*)
                                          Blake D. Roth (admitted *pro hac vice*)
                                          Tyler N. Layne (admitted *pro hac vice*)
                                          511 Union Street, Suite 2700
                                          Nashville, TN 37219
                                          Telephone: (615) 244-6380
                                          Facsimile: (615) 244-6804
                                          Email: John.Tishler@wallerlaw.com
                                                  Katie.Stenberg@wallerlaw.com
                                                  Blake.Roth@wallerlaw.com
                                                  Tyler.Layne@wallerlaw.com

                                          *Proposed Attorneys for the Debtors and*
                                          *Debtors in Possession*

3