**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **PROMISE HEALTHCARE GROUP, LLC**, *et al.*, | ) Case No. 18-12491 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket Nos. 9, 142 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF
CERTAIN UTILITY COMPANIES TO THE MOTION OF THE DEBTORS
FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS'
PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITYY
COMPANIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING
OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING UTILITY
COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE**

American Electric Power, Southern California Gas Company, Southern California Edison Company and Florida Power & Light Company (collectively, the "Utilities"), hereby withdraw their *Objection* (Docket No. 142) to the *Motion of the Debtors For Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* (Docket No. 9), pursuant to a settlement between the Debtors and the Utilities.

Dated: December 3, 2018          McCARTER & ENGLISH, LLP

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
Kate R. Buck (DE#5140)
Shannon D. Humiston (DE#5740)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com
E-mail: kbuck@mccarter.com
E-mail: shumiston@mccarter.com

*-and-*

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com
          john@russelljohnsonlawfirm.com

*Counsel for American Electric Power, Southern California Gas Company, Southern California Edison Company and Florida Power & Light Company*