**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**PROMISE HEALTHCARE GROUP, LLC,**<br>**et al.,**<br><br>    Debtors. | **Chapter 11**<br><br>**Case No. 18-12491 (CSS)**<br><br>**Jointly Administered** |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: December 4, 2018         **Respectfully Submitted,**
     Lake Success, New York

                    By:      /s/ Amish R. Doshi
                         Amish R. Doshi, Esq.
                    **DOSHI LEGAL GROUP, P.C.**
                    1979 Marcus Avenue, Suite 201E
                    Lake Success, NY 11042
                    Tel (516) 622-2335
                    E-Mail:    amish@doshilegal.com

                    **Attorneys for Oracle America, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| **PROMISE HEALTHCARE GROUP, LLC,** **et al.,** | ) Case No. 18-12491 (CSS) ) ) Jointly Administered ) |
| Debtors. | ) ) ) |

### CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on December 4, 2018, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                       /s/ Amish R. Doshi  
                                       Amish R. Doshi

## SERVICE LIST

| | |
|---|---|
| Stuart M. Brown, Esq.<br>Kaitlin MacKenzie Edelman, Esq.<br>**DLA Piper LLP**<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE   19801 | Prime Clerk LLC<br>**c/o Promise Healthcare Group Bankruptcy Team**<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232 |
| John Tishler, Esq.<br>Katie G. Stenberg, Esq.<br>Blake D. Roth, Esq.<br>Tyler N. Layne, Esq.<br>**Waller Lansden Dortch & Davis, LLP**<br>511 Union Street, Suite 2700<br>Nashville, TN   37219 | Brya Michele Keilson, Esq.<br>**Office Of US Trustee**<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19899 |