**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Promise Healthcare Group, LLC, *et al.*, | ) | Case No. 18-12491 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOTICE IS HEREBY GIVEN** pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Saul Ewing Arnstein & Lehr LLP appears as counsel for and on behalf of AmeriHealth Caritas Louisiana, Inc. ("AmeriHealth Caritas") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that AmeriHealth Caritas requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

> Lucian B. Murley, Esquire
> Saul Ewing Arnstein & Lehr LLP
> 1201 North Market Street, Suite 2300
> P.O. Box 1266
> Wilmington, DE  19899
> Telephone:  (302) 421-6898
> Facsimile:  (302) 421-5864
> luke.murley@saul.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Bankruptcy Rule 3017(a), AmeriHealth Caritas requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of (a) the rights of AmeriHealth (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which AmeriHealth may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of AmeriHealth Caritas, and that such service

must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

Dated: December 4, 2018

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:  (302) 421-6800
Facsimile:   (302) 421-5873
luke.murley@saul.com

*Attorneys for AmeriHealth Caritas Louisiana, Inc.*