# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*, ) | Case No. 18-12491 (CSS) |
| ) | |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Ascher & Associates, P.C. represents creditor, SOUTHLAND MANAGEMENT GROUP, INC. in the above-captioned Chapter 11 case. The undersigned hereby enters his appearance pursuant to § 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

Ralph Ascher, Esquire
**ASCHER & ASSOCIATES, P.C.**
11022 Acacia Parkway, Suite D
Garden Grove, CA 92840
Telephone: (714) 638-4300
Email: ralphascher@aol.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise filed with regard to the above case and proceedings therein.

Dated: December 5, 2018    **ASCHER & ASSOCIATES, P.C.**

By: _____
Ralph Ascher, Esquire
11022 Acacia Parkway, Suite D
Garden Grove, CA 92840
Telephone: (714) 638-4300
Email: ralphascher@aol.com

Attorney for:
*SOUTHLAND MANAGEMENT GROUP, INC.*