IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:  : Chapter 11

PROMISE HEALTHCARE GROUP, LLC, et al.,[1] : Case No. 18-12491 (CSS)

Debtors. : (Jointly Administered)

Related D.I.: 244 & 245

---

## ORDER SHORTENING NOTICE AND OBJECTION PERIODS ON THE MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT BETWEEN (I) CAM-MID AMERICA, LLC AND PROMISE HOSPITAL OF WITCHITA FALLS, INC., PROMISE SKILLED NURSING FACILITY OF WICHITA FALLS, INC., PROMISE HOSPITAL OF OVERLAND PARK, INC., AND PROMISE SKILLED NURSING FACILITY OF OVERLAND PARK, INC.; AND (II) CAM-DALLAS, LLC AND PROMISE HOSPITAL OF DALLAS, INC. TO EXTEND MATURITY OF LEASES

Upon consideration of the *Expedited Motion of the Debtors to Shorten Notice and Objection Periods on the Motion of the Debtors for Entry of an Order Approving the Settlement*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

EAST\162899945.1

*Between (I) (I) CAM-Mid America, LLC and Promise Hospital of Wichita Falls, Inc., Promise Skilled Nursing Facility of Wichita Falls, Inc., Promise Hospital of Overland Park, Inc., and Promise Skilled Nursing Facility of Overland Park, Inc.; and (II) CAM-Dallas, LLC and Promise Hospital of Dallas, Inc. to Extend Maturity of Leases* (the "<u>Motion to Shorten</u>")[2] and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion being adequate and appropriate under the particular circumstances; the Court having reviewed the Motion; after due deliberation, and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED, as set forth in this Order.

2. The hearing to consider the relief requested by the Motion shall be held on **December 11, 2018 at 11:00 a.m. (ET)**.

3. Any objections or responses to the relief requested by the Motion must be filed on or before, or presented at the hearing on, **December 11, 2018 at 11:00 a.m. (ET)**.

4. Within one business day after the entry of this Order, the Debtors shall serve notice of the Motion on the parties stated in the manner described in the Motion to Shorten.

Dated: _____, 2018
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT

---

[2] Capitalized terms used, but not defined herein have the meanings ascribed to them in the Motion to Shorten.

2