IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]

Debtors.

---

: Chapter 11
:
: Case No. 18-12491 (CSS)
:
: (Jointly Administered)
:
: Hearing Date: December 11, 2018 at 11:00 a.m. (ET)
: Obj. Deadline: December 11, 2018 at 11:00 a.m. (ET)
: Related D.I.s: 244, 245, 255

**NOTICE OF EXPEDITED HEARING ON THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING THE EXTENSION OF LEASES BETWEEN (I) CAM-MID AMERICA, LLC AND PROMISE HOSPITAL OF WICHITA FALLS, INC., PROMISE SKILLED NURSING FACILITY OF WICHITA FALLS, INC., PROMISE HOSPITAL OF OVERLAND PARK, INC., AND PROMISE SKILLED NURSING FACILITY OF OVERLAND PARK, INC.; AND (II) CAM-DALLAS, LLC AND PROMISE HOSPITAL OF DALLAS, INC.**

     **PLEASE TAKE NOTICE** that, on December 7, 2018, Promise Healthcare Group, LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of an Order Approving the Extension of Leases Between (I) Cam-Mid America, LLC and Promise Hospital of Wichita Falls, Inc., Promise Skilled Nursing Facility of Wichita Falls, Inc., Promise Hospital of Overland Park, Inc., and Promise Skilled Nursing*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

*Facility of Overland Park, Inc.; and (II) Cam-Dallas, LLC and Promise Hospital of Dallas, Inc.* [D.I. 244] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Contemporaneously with filing the Motion, the Debtors also filed the *Expedited Motion Of The Debtors To Shorten Notice And Objection Periods On The Motion Of Debtors For Entry Of An Order Approving The Extension Of Leases Between (I) Cam-Mid America, LLC And Promise Hospital Of Wichita Falls, Inc., Promise Skilled Nursing Facility Of Wichita Falls, Inc., Promise Hospital Of Overland Park, Inc., And Promise Skilled Nursing Facility Of Overland Park, Inc.; And (II) Cam-Dallas, LLC And Promise Hospital Of Dallas, Inc.* [D.I. 245] (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that, on December 7, 2018 the Bankruptcy Court entered the *Order Shortening Notice And Objection Periods On The Motion Of Debtors For Entry Of An Order Approving The Settlement Between (I) Cam-Mid America, LLC And Promise Hospital Of Wichita Falls, Inc., Promise Skilled Nursing Facility Of Wichita Falls, Inc., Promise Hospital Of Overland Park, Inc., And Promise Skilled Nursing Facility Of Overland Park, Inc.; And (II) Cam-Dallas, LLC And Promise Hospital Of Dallas, Inc. to Extend Maturity of Leases* [D.I. 255] (the "Order Shortening Notice").

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed, served, and received, you or your attorney must attend the hearing on the Motion scheduled to be held before The Honorable Judge Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **December 11, 2018 at 11:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order Shortening Notice, responses to the Motion, if any, must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before, or presented at the hearing on **December 11, 2018 at 11:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of Page Intentionally Left Blank]*

Dated: December 9, 2018  
      Wilmington, Delaware

Respectfully submitted,

DLA PIPER LLP (US)

/s/ *Stuart M. Brown*  
Stuart M. Brown (#4050)  
Kaitlin MacKenzie Edelman (#5924)  
1201 N. Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email: Stuart.Brown@dlapiper.com  
       Kaitlin.Edelman@dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP  
John Tishler (admitted *pro hac vice*)  
Katie G. Stenberg (admitted *pro hac vice*)  
Blake D. Roth (admitted *pro hac vice*)  
Tyler N. Layne (admitted *pro hac vice*)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804  
Email: John.Tishler@wallerlaw.com  
       Katie.Stenberg@wallerlaw.com  
       Blake.Roth@wallerlaw.com  
       Tyler.Layne@wallerlaw.com

*Attorneys for the Debtors and*  
*Debtors in Possession*