IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROMISE HEALTHCARE, INC., *et al.* | : | Case No. 18-12491 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for LEAF Capital Funding, LLC ("LEAF"), a creditor in the above-captioned cases and hereby requests, pursuant to United States Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§342 and 1109(b) of the United States Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

> **Deirdre M. Richards, Esquire**
> **Fineman Krekstein & Harris PC**
> **1300 N. King Street**
> **Wilmington, DE 19801**
> **Telephone: (302) 538-8331**
> **Facsimile: (302) 394-9228**
> **drichards@finemanlawfirm.com**

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in any way any rights or interest of any creditor or any party-in-interest in this case, including LEAF with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the

{01537068;v1}

possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by LEAF.

PLEASE TAKE FURTHER NOTICE that LEAF intends that neither this Entry of Appearance nor any later appearance, claim, or other pleadings shall waive (1) LEAF's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) LEAF's right to trial by jury in any proceeding related to this case; (3) LEAF's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defensives, set-offs or recruitments to which LEAF is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments LEAF hereby expressly reserves.

**FINEMAN KREKSTEIN & HARRIS PC**

By:   /s/*Deirdre M. Richards*
Deirdre M. Richards (No. 4191)
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
drichards@finemanlawfirm.com
*Attorneys for LEAF Capital Funding*