**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                : Chapter 11
:
Promise Healthcare Group, LLC, *et al.*,[1]  : Case No. 18-12491 (CSS)
:
                Debtors.          : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

      I, Alain B. Francoeur, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      At my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method and date set forth (1) on the Core/2002 Service List attached hereto as **Exhibit A** and (2) by the method set forth on the Attorneys General Service List attached hereto as **Exhibit B**, on December 10, 2018:

- Notice of Expedited Hearing on the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Assume and Assign an Unexpired Lease of Nonresidential Real Property Respecting San Diego Real Estate [Docket No. 270]

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

- Notice of Expedited Hearing on the Motion of Debtors for Entry of an Order Approving the Extension of Leases between (I) CAM-Mid America, LLC and Promise Hospital of Wichita Falls, Inc., Promise Skilled Nursing Facility of Wichita Falls, Inc., Promise Hospital of Overland Park, Inc., and Promise Skilled Nursing Facility of Overland Park, Inc.; and (II) CAM-Dallas, LLC and Promise Hospital of Dallas, Inc. [Docket No. 271]

On December 10, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on Crestwood Behavioral Health Inc, Attention: Maria Stefanou, 520 Capital Mall, Number 800 Sacramento, CA 95814:

- Notice of Expedited Hearing on the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Assume and Assign an Unexpired Lease of Nonresidential Real Property Respecting San Diego Real Estate [Docket No. 270]

On December 10, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on Cam Dallas LP, 7955 Harry Hines Blvd Dallas, TX 75235 and Cam Mid America LLC, 1103 Grace Street Wichita Falls, TX 76301:

- Notice of Expedited Hearing on the Motion of Debtors for Entry of an Order Approving the Extension of Leases Between (I) CAM-Mid America, LLC and Promise Hospital of Wichita Falls, Inc., Promise Skilled Nursing Facility of Wichita Falls, Inc., Promise Hospital of Overland Park, Inc., and Promise Skilled Nursing Facility of Overland Park, Inc.; and (II) CAM-Dallas, LLC and Promise Hospital of Dallas, Inc. [Docket No. 271]

Dated: December 10, 2018

_____
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 10, 2018, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF DATE AND SERVICE |
|---|---|---|---|---|---|
| Counsel to Medline Industries, Inc. | Arent Fox LLP | Attn: Robert M. Hirsh<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | | robert.hirsh@arentfox.com | Email on 12/09/2018 |
| Counsel to Southland Management Group, Inc. | Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire<br>11022 Acaia Parkway, Suite D<br>Garden Grove CA 92840 | | ralphascher@aol.com | Email on 12/09/2018 |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>1738 Bass Road<br>Macon GA 31210 | | | Overnight Mail on 12/10/2018 |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>P.O. Box 13708<br>Macon GA 31208-3708 | | | Overnight Mail on 12/10/2018 |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg LLP | Attn: David M. Powlen & Kevin G. Collins<br>1000 N. West Street<br>Suite 1500<br>Wilmington DE 19801 | | david.powlen@btlaw.com<br>kevin.collins@btlaw.com | Email on 12/09/2018 |
| Counsel to Freedom Medical, Inc. | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Email on 12/09/2018 |
| Counsel to Alamo Mobile X-Ray & EKG Services, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Email on 12/09/2018 |
| Counsel to City National Bank of Florida | Berger Singerman LLP | Attn: Paul Steven Singerman, Esq. and Ilyse M. Homer, Esq.<br>1450 Brickell Avenue<br>Suite 1900<br>Miami FL 33131 | | singerman@bergersingerman.com<br>ihomer@bergersingerman.com | Email on 12/09/2018 |
| Interested Party (Case No. 18-12492) | Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq.<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles CA 90017 | | pwebster@buchalter.com | Email on 12/09/2018 |
| Counsel to Nautilus Insurance Company | Buchanan Ingersoll & Rooney PC | Attn: Mary F. Caloway, Esquire<br>919 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | | mary.caloway@bipc.com | Email on 12/09/2018 |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire<br>1201 N. Market Street<br>Suite 1407<br>Wilmington DE 19801 | | jfalgowski@burr.com | Email on 12/09/2018 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF DATE AND SERVICE |
|---|---|---|---|---|---|
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | Attn: Patrick Warfield, Esquire<br>222 Second Avenue South<br>Suite 2000<br>Nashville TN 37201 | | pwarfield@burr.com | Email on 12/09/2018 |
| Top 30 Largest Unsecured Creditors | Cardinal Health Pharma | ATTN: TYRONZA WALTON<br>7000 CARDINAL PLACE<br>DUBLIN OH 43017 | | Tyronza.Walton@cardinalhealth.com | Email on 12/09/2018 |
| Counsel to Credit Value Partners, L.P. | Connolly Gallagher LLP | Attn: Jeffrey C. Wisler<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington DE 19801 | | jwisler@connollygallagher.com | Email on 12/09/2018 |
| Counsel to Efficient Management Resource Systems, Inc.. | Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq.<br>1299 Ocean Avenue<br>Suite 450<br>Santa Monica CA 90401 | | acornelius@costell-law.com<br>ssaad@costell-law.com | Email on 12/09/2018 |
| Counsel to Ally Bank | Cross & Simon, LLC | Attn: Joseph Grey, Esquire<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | | jgrey@crosslaw.com | Email on 12/09/2018 |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 North French Street , 6th Floor<br>Wilmington DE 19801 | | attorney.general@state.de.us | Email on 12/09/2018 |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 North French Street<br>Wilmington DE 19801 | | fasnotify@state.de.us | Email on 12/09/2018 |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | | dosdoc_ftax@state.de.us | Email on 12/09/2018 |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover  DE 19904 | | statetreasurer@state.de.us | Email on 12/09/2018 |
| Counsel to Debtors | DLA Piper LLP (US) | Attn: Stuart M. Brown and Kaitlin MacKenzie Edelman<br>1201 N. Market Street<br>Suite 2100<br>Wilmington DE 19801 | | stuart.brown@dlapiper.com<br>kaitlin.edelman@dlapiper.com | Email on 12/09/2018 |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | | amish@doshilegal.com | Email on 12/09/2018 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF DATE AND SERVICE |
|---|---|---|---|---|---|
| Counsel to PMA Insurance Group | Earp Cohn P.C. | Attn: Allen A. Etish, Esquire<br>20 Brace Road<br>Suite 400<br>Cherry Hill NJ 08034 | | aetish@earpcohn.com | Email on 12/09/2018 |
| Top 30 Largest Unsecured Creditors | Efficient Management Resource Systems, Inc. | ATTN: WILLIAM PALLEY<br>19830 WEST SPLIT OAK ROAD<br>CHATSWORTH CA 91311 | | | Overnight Mail on 12/10/2018 |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | 215-814-5103 | | Fax and 12/09/2018 and Overnight Mail on 12/10/2018 |
| Top 30 Largest Unsecured Creditors | Freedom Medical, Inc. | ATTN: ERIC S. WENZEL<br>219 WELSH POOL ROAD<br>EXTON PA 19341 | | ewenzel@freedommedical.com | Email on 12/09/2018 |
| Counsel to Efficient Management Resource Systems, Inc.. | Garner Health Law Corporation | Attn: Craig B. Garner, Esq.<br>13274 Fiji Way<br>Suite 250<br>Marina del Rey CA 90292 | | craig@garnerhealth.com | Email on 12/09/2018 |
| Top 30 Largest Unsecured Creditors | Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | ATTN: JOSEPH ANTONELLI, ESQ. and JANELLE CARNEY, ESQ.<br>C/O LAW OFFICE OF JOSEPH ANTONELLI<br>14758 PIPELINE AVE, SUITE E, 2ND FLOOR<br>CHINO HILLS CA 91709 | | jantonelli@antonellilaw.com | Email on 12/09/2018 |
| Counsel to IBM Credit LLC (Case No. 18-12499) | IBM Credit LLC | Attn: Paul Wearing<br>Special Handling Group<br>7100 Highlands Pkwy<br>Smyrna GA 30082 | | | Overnight Mail on 12/10/2018 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | | Overnight Mail on 12/10/2018 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax on 12/09/2018 and Overnight Mail on 12/10/2018 |
| Counsel to VFI KR SPE I, LLC and Varilease Finance, Inc. | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford<br>27777 Franklin Road<br>Suite 2500<br>Southfield MI 48034-8214 | | jwelford@jaffelaw.com | Email on 12/09/2018 |
| Counsel to Rouge General Medical Center | Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin<br>445 N. Boulevard, Suite 300<br>P.O. Box 2997<br>Baton Rouge LA 70821-2997 | | david@kswb.com | Email on 12/09/2018 |
| Counsel to Credit Value Partners, L.P. | Katten Muchin Rosenman LLP | Attn: Kenneth J. Ottaviano and Geoffrey M. King<br>525 W. Monroe Street<br>Chicago IL 60661 | | kenneth.ottaviano@kattenlaw.com<br>geoff.king@kattenlaw.com | Email on 12/09/2018 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF DATE AND SERVICE |
|---|---|---|---|---|---|
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq.<br>919 Market Street<br>Suite 1000<br>Wilmington DE 19801-3062 | | dpacitti@klehr.com | Email on 12/09/2018 |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq.<br>1835 Market Street<br>Suite 1400<br>Philadelphia PA 19103 | | mbranzburg@klehr.com | Email on 12/09/2018 |
| Counsel to AGF Investment Fund 5, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq.<br>10250 Constellation Boulevard<br>Suite 1700<br>Los Angeles CA 90067 | | GEK@lnbyb.com | Email on 12/09/2018 |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | | dallas.bankruptcy@publicans.com | Email on 12/09/2018 |
| Counsel for Aetna Health Inc. and certain affiliated entities | McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq.<br>405 N. King Street<br>8th Floor<br>Wilmington DE 19801 | | mrifino@mccarter.com<br>kbuck@mccarter.com | Email on 12/09/2018 |
| Proposed Special Counsel for the Silver Lake Debtors in Connection with the Sale of the Silver Lake Medical Center | McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker<br>444 West Lake Street<br>Suite 4000<br>Chicago IL 60606 | | wsmith@mwe.com<br>jkapp@mwe.com<br>mpreusker@mwe.com | Email on 12/09/2018 |
| Counsel to agent for prepetition credit facility | McGuireWoods LLP | Attn: Art Gambill<br>Promenade<br>1230 Peachtree Street, N.E., Suite 1200<br>Atlanta GA 30309-3534 | | agambill@mcguirewoods.com | Email on 12/09/2018 |
| Counsel to Wells Fargo Bank, National Association | McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley<br>77 West Wacker Drive<br>Suite 4100<br>Chicago IL 60601-1818 | | bswett@mcguirewoods.com<br>ashipley@mcguirewoods.com | Email on 12/09/2018 |
| Counsel to Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | | | Overnight Mail on 12/10/2018 |
| Counsel to AGF Investment Fund 5, LLC | Morris James LLP | Attn: Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | | bfallon@morrisjames.com | Email on 12/09/2018 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF DATE AND SERVICE |
|---|---|---|---|---|---|
| Top 30 Largest Unsecured Creditors | Morrison Management Resources Systems, Inc. | ATTN: JERRY CARPENTER<br>4721 MORRISON DRIVE<br>SUITE 300<br>MOBILE AL 36609 | | | Overnight Mail on 12/10/2018 |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Brya Michele Keilson<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | | brya.keilson@usdoj.gov | Email on 12/09/2018 |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq.<br>919 N. Market Street<br>17th Floor<br>Wilmington DE 19801 | | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Email on 12/09/2018 |
| City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer<br>P.O. Box 8188<br>Wichita Falls TX 76307 | | jbaer@pbfcm.com | Email on 12/09/2018 |
| Counsel to LADMC, LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | | jryan@potteranderson.com<br>rmcneill@potteranderson.com | Email on 12/09/2018 |
| Counsel to Pacific Hospital Management, Inc., a California Corporation, dba Promise Hospital of San Diego, California | Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont<br>500 Hopyard Road<br>Suite 225<br>Pleasanton CA 94588 | | pvermont@randicklaw.com | Email on 12/09/2018 |
| Counsel to Wells Fargo Bank, National Association | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com | Email on 12/09/2018 |
| Counsel to AmeriHealth Caritas Louisiana, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | | luke.murley@saul.com | Email on 12/09/2018 |
| Counsel to the SWC Landlords | Schulte Roth & Zabel LLP | Attn: David M. Hillman<br>919 Third Avenue<br>New York NY 10022 | | david.hillman@srz.com | Email on 12/09/2018 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F Street NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email on 12/09/2018 |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email on 12/09/2018 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF DATE AND SERVICE |
|---|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Email on 12/09/2018 |
| Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq.<br>The Legal Center<br>One Riverfont Plaza<br>Newark NJ 07102 | | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>rbrennan@sillscummis.com | Email on 12/09/2018 |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren<br>919 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | | jhh@stevenslee.com<br>ebc@stevenslee.com | Email on 12/09/2018 |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Robert Lapowsky<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | | rl@stevenslee.com | Email on 12/09/2018 |
| Top 30 Largest Unsecured Creditors | Surgical Program Development | ATTN: BRENDAN BAKIR<br>18000 STUDEBAKER ROAD<br>SUITE 700<br>CERRITOS CA 90703 | 310-861-5001 | | Fax on 12/09/2018 |
| Counsel to Medline Industries, Inc. | The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | | leonhardt@teamrosner.com<br>gibson@teamrosner.com | Email on 12/09/2018 |
| Counsel to the United States | U.S. Department of Justice | Attn: Danielle A. Pham<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 | | danielle.pham@usdoj.gov | Email on 12/09/2018 |
| Counsel to the United States | U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro and Danielle A. Pham<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | | danielle.pham@usdoj.gov<br>seth.shapiro@usdoj.gov | Email on 12/09/2018 |
| United States Department of Justice | U.S. Department of Justice | Attn: General Counsel<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | | Overnight Mail on 12/10/2018 |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly<br>c/o Ellen Slights<br>1007 Orange Street, Suite 700, P.O. Box 2046<br>Wilmington DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | Email on 12/09/2018 |
| Counsel to LADMC, LLC | Valensi Rose, PLC | Attn: Gary F. Torrell, Esq.<br>1888 Century Park East<br>Suite 1100<br>Los Angeles CA 90067 | | gft@vrmlaw.com | Email on 12/09/2018 |

In re: Promise Healthcare Group, LLC, *et al.*
Case No. 18-12491 (CSS)

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF DATE AND SERVICE |
|---|---|---|---|---|---|
| Counsel to Ally Bank | Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com | Email on 12/09/2018 |
| Counsel to Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne<br>511 Union Street<br>Suite 2700<br>Nashville TN 37219 | | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>blake.roth@wallerlaw.com<br>Tyler.Layne@wallerlaw.com | Email on 12/09/2018 |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association | Attn: Specialty Finance Loan Portfolio Manager<br>2450 Colorado Avenue, Suite 3000 West<br>Santa Monica CA 90404 | | | Overnight Mail on 12/10/2018 |
| Counsel to Concordia Bank & Trust Company | Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski<br>P.O. Box 13199<br>Alexandria LA 71315-3199 | | steve@wheelis-rozanski.com | Email on 12/09/2018 |
| Counsel to the SWC Landlords | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | | csamis@wtplaw.com | Email on 12/09/2018 |
| Top 30 Largest Unsecured Creditors | Wound Care Management, LLC D/B/A Medcentris | ATTN: PETE HARTLEY<br>16065 LAMONTE DRIVE<br>HAMMOND LA 70403 | | | Overnight Mail on 12/10/2018 |

**<u>Exhibit B</u>**

Exhibit B
Attorneys General Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1275 W. WASHINGTON ST. | | | PHOENIX | AZ | 85007 | aginfo@azag.gov | Email |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | bankruptcy@coag.gov | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | | TALLAHASSEE | FL | 32399-1050 | | Overnight Mail |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE., 2ND FLOOR | | | TOPEKA | KS | 66612-1597 | general@ksag.org | Overnight Mail and Email |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 | | | BATON ROUGE | LA | 70804-4095 | ConsumerInfo@ag.state.la.us | Email |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200 | P.O. BOX 220 | JACKSON | MS | 39201 | | Overnight Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | SUPREME COURT BUILDING | 207 W. HIGH ST. | | JEFFERSON CITY | MO | 65102 | attorney.general@ago.mo.gov | Email |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | public.information@oag.state.tx.us | Email |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | | SALT LAKE CITY | UT | 84114-2320 | uag@utah.gov | Email |