UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                )
                                      )
PROMISE HEALTHCARE GROUP, L.L.C.,      )  Case No. 18-12491
ETAL.,                                )
                                      )
         Debtor.                      )

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES
### OF ALL NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for William A. Catlett, L.L.C., a party-in-interest, and pursuant to Rule 9007, 9010(b) and Rule 2002(a) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

William A. Catlett
Dill Bamvakais Building
9939 Gravois Road
St. Louis, MO  63123

WILLIAM A. CATLETT, L.L.C.
Dill Bamvakais Building
9939 Gravois Road
St. Louis, MO  63123
(314) 631-7200
(314) 631-1685 (facsimile)
william@catlett.biz

_/s/ Wm Catlett_
WILLIAM A. CATLETT  #44821MO

Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on _December 10_, 2018 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on _December 10_, 2018.

_____
WILLIAM A. CATLETT