## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                             :

In re:                            :  Chapter 11
                             :

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] :  Case No. 18-12491 (CSS)
                             :

         Debtors.           :  Jointly Administered
-----------------------------------------------------------------x

### NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT
### OF BUSINESS CONTRACTS AND RELATED CURE AMOUNTS

      **PLEASE TAKE NOTICE** that on November 5, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of Certain of the Debtors' Assets, Including Approving a Break-Up Fee and Expense Reimbursement, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Authorizing Success Healthcare 1, LLC to Grant Liens, and (III) Granting Certain Related Relief* (the "Sale Motion").[2]  In the Sale Motion, Success Healthcare, LLC, Success Healthcare 1, LLC, and HLP of Los Angeles, LLC

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),  Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

[2]  Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures, as applicable.

(collectively, the "Silver Lake Debtors") seek authority to, among other things, sell substantially all of their Silver Lake Medical Center assets (collectively, the "Assets") free and clear of all liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code, following an auction.

PLEASE TAKE FURTHER NOTICE that, on December 7, 2018, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving (i) L.A. Downtown Medical Center LLC as the Stalking Horse Bidder (the "Stalking Horse Bidder") for the Assets and (ii) the bidding procedures (the "Bidding Procedures") attached as Exhibit 1 to the Bidding Procedures Order. The Bidding Procedures set the key dates and times related to the sale of the Assets. All interested parties should carefully read the Bidding Procedures Order and the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures Order (including the Bidding Procedures) and the summary description of its terms and conditions contained in this Notice of Potential Assumption and Assignment of Business Contracts, the terms of the Bidding Procedures Order shall control.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Bidding Procedures, an auction (the "Auction") to sell the Assets will be conducted on **January 17, 2019, starting at 10:00 a.m. (prevailing Eastern Time)** at the offices of DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801, or such other location as shall be timely communicated to all persons entitled to attend the Auction. The Debtors may cancel the Auction pursuant to the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that a hearing will be held to approve the sale(s) of the Assets to the Successful Bidder(s) (the "Sale Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 on **January 22, 2019 at 10:00 a.m. (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these Chapter 11 Cases or the making of an announcement at the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that the Silver Lake Debtors have indicated on Schedule 1 attached hereto a list of the Silver Lake Debtors' executory contracts and unexpired leases (collectively, the "Purchased Contracts"), that the Silver Lake Debtors may assume and assign to the Stalking Horse Bidder, or any other Successful Bidder, along with the cure amounts that the Silver Lake Debtors believe must be paid to cure all prepetition defaults (in each instance, the "Cure Cost"). If you agree with the Cure Cost and do not otherwise object to the assumption and assignment of your Purchased Contract listed on Schedule 1, you do not need to take any further action.[3]

---

[3] The Silver Lake Debtors may modify the list of Purchased Contracts that will be assumed and assigned in connection with the sale of the Assets. In addition, the inclusion of any contract, lease, or agreement on Schedule 1 shall not constitute an admission by the Silver Lake Debtors that any such Purchased Contract is an executory contract or unexpired lease within the meaning of Section 365 of the Bankruptcy Code and the Silver Lake Debtors reserve all rights with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that any party seeking to object to (i) the validity of the Cure Cost provided by the Silver Lake Debtors on Schedule 1, or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Purchased Contracts in order to be assigned to the Successful Bidder(s), (ii) the proposed assumption and assignment of the applicable Purchased Contract, and/or (iii) the ability of the Stalking Horse Bidder to provide adequate assurance of future performance, must file an objection (a "Contract Objection"), which objection must:  (a) be in writing; (b) state with specificity the basis for the objection as well as any Cure Costs that the objector asserts to be due, including each and every asserted default in the applicable contract or lease (in all cases with appropriate documentation in support thereof); (c) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and (d) be filed with the Bankruptcy Court and served on the following parties by no later than **4:00 p.m. (prevailing Eastern Time) on December 28, 2018** (the "Contract Objection Deadline"): (i) counsel for the Debtors, McDermott Will & Emery LLP, 444 West Lake Street, Chicago, Illinois 60606 (Attn: William P. Smith and James Kapp; wsmith@mwe.com, jkapp@mwe.com) and DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: Stuart Brown; stuart.brown@dlapiper.com); (ii) the Debtors,  Success Healthcare 1, LLC, 999 Yamato Road, Third Floor, Boca Raton, Florida 33431, Attn: Charles Posternack, M.D.; (iii) counsel to the Stalking Horse Bidder, Valensi Rose PLC, 1888 Century Park East, Suite 1100, Los Angeles, California 90067 (Attn: Gary F. Torrell, Esq.; gft@vrmlaw.com) and Potter Anderson & Corroon LLP, 1313 North Market Street, Sixth Floor, P.O. Box 951, Wilmington, DE 19801 (Attn:  Jeremy W. Ryan, Esq.; jryan@potteranderson.com); (iv) counsel to Wells Fargo Bank, National Association (the administrative agent for the Silver Lake Debtors' secured lenders and the debtor-in-possession financing lenders), McGuireWoods LLP, 1251 6th Ave, 20th floor, New York, NY 10020 (Attn: Brian Swett; bswett@mcguirewoods.com) and Richards, Layton & Finger, PA, 920 N King St, Wilmington, Delaware 19801 (Attn: John Knight; knight@rlf.com), (v) counsel for the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102 (Attn: Andrew H. Sherman, Esq.; asherman@sillscummis.com) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler; bsandler@pszjlaw.com); and (vi) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801 (Attn: Brya Keilson; Brya.Keilson@usdoj.gov) (collectively, the "Objection Recipients").

**PLEASE TAKE FURTHER NOTICE that any non-Debtor counterparty to any Purchased Contract who does not file a Contract Objection by the Contract Objection Deadline, shall (i) be forever barred from objecting to the Cure Cost set forth on Schedule 1 or asserting or claiming any cure amount (other than the Cure Cost) against the Silver Lake Debtors or any Successful Bidder(s) and (ii) shall be deemed to have consented to the potential assumption and assignment of its Purchased Contract to the Stalking Horse Bidder.**

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing an objection to the assumption and assignment of a Purchased Contract on the basis of a lack of adequate assurance of future performance of a Successful Bidder other than the Stalking Horse Bidder (an "Adequate Assurance Objection") shall be **January 18, 2019 at 5:00 p.m. (prevailing Eastern**

**Time)** (the "<u>Adequate Assurance Objection Deadline</u>").  Adequate Assurance Objections, if any, shall be in writing, filed with the Court and served upon the Objection Notice Parties.

       **PLEASE TAKE FURTHER NOTICE that any non-Debtor party to an assumed Purchased Contract who does not file a timely Adequate Assurance Objection shall be deemed to have consented to the potential assumption and assignment of its Purchased Contract to the Successful Bidder(s) and will be forever barred from objecting to such assumption and assignment.**

       **PLEASE TAKE FURTHER NOTICE** that the hearing with respect to any Contract Objections and/or Adequate Assurance Objections may be held (i) at the Sale Hearing or (ii) on such other date as the Court may designate.  To the extent the Silver Lake Debtors and non-Debtor counterparty to a Purchased Contract are able to consensually resolve the Contract Objection or the Adequate Assurance Objection prior to the Sale Hearing, the Debtors shall promptly provide notice to Wells, the Committee, the Office of the United States Trustee for the District of Delaware and the Successful Bidder(s) of such resolution.

       **PLEASE TAKE FURTHER NOTICE** that this Notice of Potential Assumption and Assignment of Business Contracts is subject to the full terms and conditions of the Sale Motion, Bidding Procedures Order and Bidding Procedures, which shall control in the event of any conflict.  The Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion, Bidding Procedures and/or Bidding Procedures Order may be obtained by calling the Debtors' claims and notice agent, Prime Clerk, at 844-822-9230 (domestic, toll free) or 347-338-6503 (international), or by visiting https://cases.primeclerk.com/promisehealthcare/.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 11, 2018
      Wilmington, Delaware

<u>/s/ *Stuart Brown*</u>
DLA Piper LLP (US)
Stuart Brown (DE Bar Number 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:  302.468.5700
Facsimile: 302.778.7913
Email: stuart.brown@dlapiper.com

*Counsel to the Debtors and*
*Debtors in Possession, Promise Healthcare*
*Group, LLC, et al.*


   -and-

MᴄDᴇʀᴍᴏᴛᴛ Wɪʟʟ & Eᴍᴇʀʏ LLP

William P. Smith (*pro hac vice* pending)
James W. Kapp (*pro hac vice* pending)
Megan Preusker (*pro hac vice* pending)
444 West Lake Street
Chicago, Illinois 60606
Telephone: 312.372.2000
Facsimile: 312.984.7700
Email: wsmith@mwe.com
jkapp@mwe.com
mpreusker@mwe.com

*Special Counsel for the Silver Lake Debtors in*
*Connection with the Sale of the Silver Lake Medical*
*Center*

**Schedule 1**

| Title of Document | Success Entity Name | Counterparty | Effective Date | Cure Cost (as of 12/07/18) |
|---|---|---|---|---|
| West Coast University Student Affiliation Agreement | Silver Lake Medical Center Ingleside | West Coast University | 11-18-08 | $7,464.92 |
| Affiliation Agreement | Silver Lake Medical Center | Western University of Health Sciences | 1-12-09 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | West Coast University | 8-10-17 | $0 |
| Affiliation Agreement | Silver Lake Medical Center | V.A. Loma Linda Health Care Systems | 9-11-14 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Valley College of Medical Careers | 7-22-14 | $0 |
| Affiliation Agreement | Silver Lake Medical Center | University of Southern California on behalf of its School of Pharmacy | 2-1-09 | $450.00 |

| | | | | |
|---|---|---|---|---|
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Sherman Way Surgical Center | 7-1-14 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Robert Paoletti, D.P.M. | 7-31-14 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Premiere Educational Corp. dba Premiere Career College | 8-4-17 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Los Angeles Community College District doing business on behalf of Los Angeles City College | 5-20-15 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Grand Canyon Education, Inc. dba Grand Canyon University | 2-14-17 | $0 |
| Affiliation Agreement for Art Therapy Modality | Success Healthcare 1, LLC dba Silver Lake Medical Center | Loyola Marymount University | 1-12-15 | $0 |

| | | | | |
|---|---|---|---|---|
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Azusa Pacific University | 6-15-15 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Angeles College | 7-1-16 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | American University of Health Sciences | 6-17-15 | $0 |
| Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | American Career College, Inc. | 4-10-16 | $0 |
| Podiatric Residency Program Clinical Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Alan Snyder, DPM | 7-21-14 | $13,500.00 |
| Podiatric Residency Program Clinical Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Arnold Ross, DPM | 10-17-14 | $0 |
| Resident Affiliation Agreement | Silver Lake Medical Center | Western University of Health Sciences/College of Podiatric Medicine | 10-5-10 | $0 |

| | | | | |
|---|---|---|---|---|
| Amended and Restated Lease Agreement (Rosemead Lease) | Success Healthcare 1, LLC | AFG Investment Fund 5, LLC | 11-14-2008 | $0 |
| Sublease Agreement, as amended | HLP of Los Angeles, LLC | Alberto Natividad, M.D. | 12-14-10 | $0 |
| Sublease Agreement, as amended | HLP of Los Angeles, LLC | Aret Akian, M.D. | 12-1-11 | $0 |
| Sublease Agreement, as amended | HLP of Los Angeles, LLC | Champion Medical Group d/b/a Universal Psychiatric Medical Group | 1-1-12 | $0 |
| Sublease Agreement | HLP of Los Angeles, LLC | Grace Hospice, Inc. | 12-1-15 | $0 |
| Sublease Agreement | HLP of Los Angeles, LLC | Gideon Lowe, M.D. | 12-1-11 | $0 |
| Sublease Agreement | HLP of Los Angeles, LLC | Pablito Tancinco, M.D. | 1-1-17 | $0 |
| Sublease Agreement | HLP of Los Angeles, LLC | Seung-Ho Choi, M.D. | 8-1-12 | $0 |
| Sublease Agreement | HLP of Los Angeles, LLC | Syed Hossain, M.D. | 4-15-16 | $0 |
| Sublease Agreement | HLP of Los Angeles, LLC | Wilshire Orthopedic Management Company, Inc. | 3-21-13 | $0 |
| Sublease Agreement | HLP of Los Angeles, LLC | Jang Rak Choi, M.D. | 2-1-12 | $0 |

| | | | | |
|---|---|---|---|---|
| Sublease Agreement | HLP of Los Angeles, LLC | Calmed Community Health Center, Inc. | 1-1-17 | $0 |
| Sublease Agreement, as amended | HLP of Los Angeles, LLC | Cheryl Powell, M.D. | 3-1-13 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Abdul Rab Khan, M.D. | 5-1-16 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Robert Washington, M.D. | 8-1-11 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Elizabeth Youn, D.P.M | 2-1-12 | $0 |
| Office Building Sublease Agreement, as amended | HLP of Los Angeles, LLC | Universal Translation Sources, Inc. | 12-1-11 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Vincent Anthony, M.D. | 3-1-16 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Allan Markie, M.D. | 2-15-14 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Jacob Flores, M.D. | 1-15-17 | $0 |
| Office Building Sublease Agreement, as amended | HLP of Los Angeles, LLC | Clifford Iriele, M.D. | 5-1-11 | $0 |

| | | | | |
|---|---|---|---|---|
| Office Building Sublease Agreement, as amended | HLP of Los Angeles, LLC | Golden Seal Home Health, Inc. | 10-1-11 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Arthur Collins, M.D. | 5-1-17 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | George O'Byrne, M.D. | 4-1-14 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Louie-Marc Contreras, M.D. | 4-1-17 | $0 |
| Office Building Sublease Agreement, as amended | HLP of Los Angeles, LLC | Doctor's Health Center, Inc. | 8-1-11 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Doctor Bogard Chang Optometry, Inc. | 7-1-16 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Carlos Cosenza, M.D. | 8-1-11 | $0 |
| Office Building Sublease Agreement, as amended | HLP of Los Angeles, LLC | Kingsley Ofoegbu, M.D. | 8-1-11 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Earla Eveleen Quisido, M.D. | 6-1-16 | $0 |
| Office Building Sublease Agreement, as amended | HLP of Los Angeles, LLC | Joseph M. Page M.D. | 6-1-12 | $0 |

| | | | | |
|---|---|---|---|---|
| Office Building Sublease Agreement, as amended | HLP of Los Angeles, LLC | Loraine V. Diego, M.D. | 6-1-16 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | JoAnn Pullen, M.D. | 8-1-11 | $0 |
| Office Building Sublease Agreement | HLP of Los Angeles, LLC | Express Rx, Inc. | 6-1-15 | $0 |
| Office Building Sublease | HLP of Los Angeles, LLC | Vital Health Medical Group, Inc. | 1-10-18 | $0 |
| Office Building Sublease | HLP of Los Angeles, LLC | Jacob Jacque Ahdoot, M.D. | 2-17-18 | $0 |
| Office Building Sublease | HLP of Los Angeles, LLC | Silver Lake Best Care, Inc. | 4-1-18 | $0 |
| Office Building Sublease | HLP of Los Angeles, LLC | K-Management, Inc. | 7-1-17 | $0 |
| Provider Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Blue Shield of California | 2-1-10 | $0 |
| Hospital Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Pacific Alliance Medical Center | 7-1-13 | $0 |

| | | | | |
|---|---|---|---|---|
| Ancillary Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Access IPA | 6-1-09 | $0 |
| Ancillary Provider Agreement | Silver Lake Medical Center | Accountable Health Plan Medical Group | 10-1-09 | $113.23 |
| Notice of Termination | Success Healthcare 1, LLC dba Silver Lake Medical Center | Aetna Health of California, Inc.; Aetna Health Management, LLC | 5-30-12 | $0 |
| Participating Hospital Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Anthem Blue Cross | 12-1-10 | $0 |
| Memorandum of Understanding (MOU) Beacon Health Strategies for the Provision of Behavioral Health Services | Success Healthcare 1, LLC dba Silver Lake Medical Center | Beacon Health Strategies LLC | 10-1-14 | $0 |
| Hospital Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Care1st Health Plan | 6-1-11 | $0 |

| | | | | |
|---|---|---|---|---|
| Preferred Provider Organization Agreement | Silver Lake Medical Center | Corvel Healthcare Corporation | 4-15-16 | $0 |
| Contract for Hospital Inpatient Services | Success Healthcare 1, LLC dba Silver Lake Medical Center | State of California | 12-8-08 | $0 |
| Easy Choice Health Plan Hospital Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Easy Choice Health Plan, Inc. | 2-1-09 | $0 |
| Provider Participation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Health Net of California, Inc. | 12-1-11 | $0 |
| Next Generation Accountable Care Organization Preferred Provider Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Heritage California ACO | 1-1-16 | $0 |
| Provider Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | CHA Hollywood Medical Center, L.P. d/b/a Hollywood Presbyterian Medical Center | 11-1-14 | $0 |

| | | | | |
|---|---|---|---|---|
| Hospital Participation Agreement | Silver Lake Medical Center | Humana Health Plan Inc.; Humana Insurance Company | 1-1-13 | $0 |
| Hospital Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Local Initiative Health Authority for Los Angeles County d/b/a Care Health Plan | 1-1-13 | $0 |
| Statement of Eligibility and Interest for Acute Psychiatric Hospital Case Rate of $3,200 per Admission for Countywide Psychiatric Inpatient Hospital Services, 9/22/2017 | Silent | Los Angeles County Department of Mental Health | 9-22-17 | $0 |
| Interim Letter of Agreement, 8/1/2017 | Success Healthcare 1, LLC dba Silver Lake Medical Center | Legacy Health Plan, Inc. | 8-1-17 | $0 |
| Professional Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | SynerMed | 9-13-17 | $0 |

| | | | | |
|---|---|---|---|---|
| Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Three Rivers Provider Network, Incorporated | 6-1-10 | $0 |
| Universal Care Hospital Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Universal Care, Inc. | 5-15-09 | $487.19 |
| Letter of Agreement | Success Healthcare, LLC dba Silver Lake Medical Center | Gilbert Varela, MD Inc., dba Alliance Health Systems | 8-1-2017 | $0 |
| Letter of Agreement [SBC] | Success Healthcare 1, LLC dba Silver Lake Medical Center | Alta Med Health Services Corporation dba Senior BuenaCare | 1-1-2018 | $0 |
| Letter of Agreement [HMO] | Success Healthcare 1, LLC dba Silver Lake Medical Center | Alta Med Health Services Corporation | 1-1-2018 | $0 |
| Hospital Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | AIDS Healthcare Foundation | 4-1-11 | $0 |
| Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | eSolutions, Inc. | 8-1-14 | $3,537.45 |
| Services Agreement | Silver Lake Medical Center | Aramark Uniform Services | 5-6-11 | $0 |

| Service Agreement | Silver Lake Medical Center | Baker Commodities Inc. | 3-5-13 | $709.00 |
|---|---|---|---|---|
| Participating Hospital Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | California Hospital Patient Safety Organization (CHPSO) | 3-1-09 | $0 |
| Medical Transportation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | California Medical Response Inc. d/b/a Cal Med Ambulance | 6-27-17 | $4,614.30 |
| Rehabilitation Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | California Rehabilitation Services, Inc. dba Interstate Rehabilitation Services, LLC- | 11-2-11 | $124,462.51 |
| Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Daniels Sharpsmart, Inc., | 4-1-16 | $12,374.26 |
| Services Agreement | Silver Lake Medical Center | Ecolab | 7-7-16 | $361.67 |
| Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | ESP Personnel | 3-24-16 | $142,188 |

| | | | | |
|---|---|---|---|---|
| Delinquent Self Pay Collections Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Grant & Weber | 6-11-09 | $0 |
| Workers' Compensation Collections Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | GRANT & WEBER | 6-11-09 | $0 |
| Consulting Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Hooper Healthcare Consulting, LLC | 11-1-15 | $0 |
| Consulting Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | JFA Consulting Services, LLC | 4-24-17 | $0 |
| Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Kronos Incorporated | 4-17-13 | $0 |
| Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Los Angeles County Department of Mental Health | 6-29-15 | $0 |
| Medical Transport Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Med Reach Ambulance Inc. | 2-29-16 | $6,961.36 |

| | | | | |
|---|---|---|---|---|
| Contract Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Medical Solutions, L.L.C. | 5-31-16 | $0 |
| Service Agreement | Silver Lake Medical Center | NRC Picker-(National Research Corporation) | 7-1-09 | $2,422.29 |
| Inspection Services | Silver Lake Medical Center | ORF10 Inspection, Inc. | 11-30-15 | $8,000.00 |
| Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Pacific Medical Imaging Inc. | 10-1-11 | $13,607.00 |
| Consulting Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Paul Van Duine | 6-10-09 | $0 |
| Architectural Services | Silver Lake Medical Center | Puchlik Design Associates, Inc. | 2-25-15 | $71,237.59 |
| Contractor Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Southland Medical Dialysis Inc. | 9-1-11 | $58,250.00 |
| Consulting Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Stanley Otake Consultant | 4-9-15 | $0 |

| | | | | |
|---|---|---|---|---|
| Elevator Modernization Proposal | Success Healthcare 1, LLC dba Silver Lake Medical Center | Suncoast Elevator Solutions | 7-22-15 | $41,000.00 |
| Remote Order Entry Service Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Telnet-RX, Inc. | 12-3-14 | $5,008.15 |
| Membership Agreement | Silver Lake Medical Center | The Advisory Board Company | 8-31-16 | $70,625.00 |
| Renewal Services | Silver Lake Medical Center | Trane U.S. Inc. | 8-27-15 | $7,944.42 |
| Alarms System | Silver Lake Medical Center | TRL Systems, Inc. | 2-9-14 | $0 |
| Laboratory Services Agreement | Silver Lake Medical Center | Unilab Corporation dba Quest Diagnostics | 6-10-09 | $50,897.32 |
| Dictation Services Agreement | Silver Lake Medical Center | V.C. Medical Enterprises | 11-1-12 | $43,822.00 |
| Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Vendormate, Inc. | 11-9-11 | $0 |
| Ingleside Campus Cooling Tower Fill Media Replacement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Chemco Products Company | 8-13-13 | $3,495.00 |

| | | | | |
|---|---|---|---|---|
| Biomedical Management Service | Success Healthcare 1, LLC dba Silver Lake Medical Center | EnBio | 10-4-10 | $41,194.25 |
| Office Tech Lease Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Toshiba Financial Services | 8-31-15 | $0 |
| Medical Transportation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Ambulife Ambulance Services, Inc. | 11-10-17 | $31,870.93 |
| Blood Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | American Red Cross | 1-1-18 | $32,938.77 |
| Amtech Service and Repair Order | Silver Lake Medical Center | Amtech Elevator Services | 3-16-18 | $51,762.66 |
| Stericycle, Inc. Master Biomedical Waste Service Agreement | Silver Lake Medical Center | Stericycle, Inc. | 5-1-2011 | $0 |
| Professional Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | William Gillespie, MD | 6-15-12 | $9,000.00 |

| | | | | |
|---|---|---|---|---|
| Urgent Care Center Coverage Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | City of Angeles Emergency Medical Group, Inc. | 3-1-09 | $0 |
| Podiatry Medicine and Surgery Residency Program Resident Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Danielle T. Kochavi | 7-1-16 | $0 |
| Call Coverage Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Gary E Ford, MD | 9-1-16 | $4,950.00 |
| Medical Director of Wound Care Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Gustavo Torres | 10-1-15 | $0 |
| Podiatry Medicine and Surgery Residency Program Resident Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Brian Baer, DPM | 7-1-15 | $0 |
| Podiatric Residency Program Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Alan Snyder, MD | 7-1-16 | $13,500.00 |

| | | | | |
|---|---|---|---|---|
| Podiatry Residency Program | Success Healthcare 1, LLC dba Silver Lake Medical Center | Sherman Oaks Hospital | 7-1-15 | $0 |
| Coverage Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Joseph M. Page, MD | 7-1-16 | $0 |
| Residency Rotations | Silver Lake Medical Center | Arrowhead Regional Medical Center | 2-8-11 | $0 |
| Medical Director Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Moiez Khankhanian, MD | 11-18-09 | $51,537.50 |
| Residency Program in Podiatric Medicine | Silver Lake Medical Center | Kaiser Foundation Hospitals /Health Plan and S. California Permanente Medical Group | 2-1-09 | $0 |
| Podiatric Medicine and Surgery Residency Program Resident Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Kathryn Bosia, DPM | 7-1-14 | $0 |

| | | | | |
|---|---|---|---|---|
| Medical Director of GI Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Keivan Golchini, MD | 4-1-15 | $0 |
| Professional Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Kingsley Ofoegbu, MD | 4-1-10 | $0 |
| Professional Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Moiez Khankhanian, MD | 8-1-11 | $51,537.50 |
| Podiatry Medicine and Surgery Residency Program Resident Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Nava Mohammadi | 6-29-17 | $0 |
| Professional Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Outreach Care IPA | 11-9-09 | $0 |
| Staffing Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Secure Nursing Service, Inc. | 1-30-15 | $16,926.63 |

| | | | | |
|---|---|---|---|---|
| Staffing Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | PICCS 'R US Nursing Inc | 1-6-16 | $2,500.00 |
| Amended and Restated Anesthesiology Coverage Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Tiger Valley Medical Group, Inc. | 6-1-14 | $38,724.00 |
| Medical Director of Pulmonary Services Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Syed Omar Tirmizi, MD | 6-1-15 | $12,900.00 |
| Physician Group On-Call Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Westcom Radiology Medical Group | 7-1-16 | $18,216.00 |
| Physician Advisor of Psychiatric Utilization Review Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | William Gillespie, MD | 3-1-16 | $9,000.00 |
| Staffing Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | US Hospital Personnel California, Inc dba Hospital StaffLink Network | 10-30-15 | $9,380.00 |

| | | | | |
|---|---|---|---|---|
| Staffing Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Urgent Nursing Resource, Inc. | 11-4-15 | $14,116.00 |
| Physician Advisor of Medical Utilization Review | Success Healthcare 1, LLC dba Silver Lake Medical Center | Loraine V. Diego, MD | 7-1-2017 | $14,724.00 |
| Medical Director of Pathology and Laboratory Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Glenview Pathology Medical Group, Inc. | 1-1-2018 | $6,500.00 |
| Call Coverage Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | In Soo Kim, M.D. | 11-15-2017 | $30,500.00 |
| Staffing Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Aya Healthcare Inc. | 3-12-2018 | $0 |
| Transfer Agreement | Silver Lake Medical Center | AMH Comprehensive Medical Centers | 10-23-15 | $0 |
| Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Complete Care Community Health Center | 1-8-16 | $0 |

| Patient Transportation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | MedCoast MedServices Inc. | 6-1-16 | $36,472.51 |
|---|---|---|---|---|
| Mutual Patient Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Mid-Wilshire Surgery Center | 7-10-17 | $0 |
| Patient Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Peoples Community Clinic, Inc. | 3-1-16 | $0 |
| Patient Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Los Angeles Centers for Alcohol & Drug Abuse | 6-8-16 | $0 |
| Patient Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Sunset Foot Clinic | 3-18-16 | $0 |
| Patient Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | County of Los Angeles | 9-28-16 | $0 |

| Transfer Agreement | Silver Lake Medical Center | Serrano Post-Acute, LLC | 11-10-2017 | $0 |
|---|---|---|---|---|
| Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | 3C Community Clinic | 8-13-18 | $0 |
| Patient Transfer Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Beverly Community Clinic | 7-23-18 | $0 |
| Right of Entry Agreement | HLP of Los Angeles, LLC | Time Warner Cable Pacific West, LLC | 6-17-16 | $0 |
| Software and Licensing | Success Healthcare 1, LLC dba Silver Lake Medical Center | ScImage | 10-10-16 | $16,667.30 |
| Listing Agreement | Success Healthcare, LLC | Real to Reel, Inc. | 2-20-13 | $0 |
| Guaranteed Contingency Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Enterprises Medical Services | 5-13-11 | $0 |
| Contribution Agreement for the Services of the Chief of Staff | Success Healthcare 1, LLC dba Silver Lake Medical Center | Jacob Flores, MD | 3-5-15 | $0 |

| | | | | |
|---|---|---|---|---|
| Confidential and Proprietary Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Morrison Management Specialists, Inc. | 12-1-11 | $0 |
| Memorandum of Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | National Training Systems, Inc. | 3-10-13 | $0 |
| HIE Networks Participation Registration Application | Success Healthcare 1, LLC dba Silver Lake Medical Center | HIE Networks, LLC | 10-16-17 | $3,350.00 |