IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Promise Healthcare Group, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CSS) |

**NOTICE OF APPEARANCE OF HEALTHCARE FINANCE PARTNERS, CORP.
AND REQUEST FOR SERVICE OF PAPERS**

Hogan♦McDaniel hereby enters its appearance under Bankruptcy Rule 9010(b) in the above-captioned chapter 11 cases on behalf of Healthcare Finance Partners, Corp., ("HFP") and requests that all notices given or required to be given and all papers served or required to be served in these cases or in any proceeding arising in or related to these cases be given to and served upon the following:

> Daniel K. Hogan, Esq.
> **HOGAN♦McDANIEL**
> 1311 Delaware Avenue
> Wilmington, DE 19806
> Telephone: (302) 656-7597
> Facsimile: (302) 656-7599
> dkhogan@dkhogan.com

As authorized by section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, email, facsimile or otherwise, that affects or seeks to affect in any way the above-captioned debtors (The "Debtors") or the property of the Debtors in any of the rights or interests held or asserted by HFP with respect to the Debtors or property of the Debtors.

This Request under Bankruptcy Rule 2002 is not and may not be deemed or construed to be a waiver of any of HFP's substantive or procedural rights, including any right (a) to require that where any adversary proceeding is initiated against HFP in these or any related cases or where any proceeding is initiated by complaint against HFP under applicable non-bankruptcy law, service be made on HFP in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) to have any final order in a non-core matter entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"); (c) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to these cases; or (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoff or recoupment to which HFP is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments HFP expressly reserves.

                                              **HOGAN♦McDANIEL**

Dated: December 12, 2018　　　　　*/s/Daniel K. Hogan*
    Wilmington, Delaware　　　　　Daniel K. Hogan (DE #2814)
                                             1311 Delaware Avenue
                                             Wilmington, DE 19806
                                             Telephone: (302) 656-7597
                                             Facsimile: (302) 656-7599
                                             dkhogan@dkhogan.com
                                             *Attorney for Healthcare*
                                             *Finance Partners, Corp.*