IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et al.*, : Case No. 18-12491 (CSS)
:
Debtors. : (Jointly Administered)
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Robert C. Yan, Esq., of Otterbourg, P.C., to represent the Melanie L. Cyganowski, the Patient Care Ombudsman, in this action.

Dated: December 12, 2018
Wilmington, Delaware

/s/ *Natasha M. Songonuga*
Natasha M. Songonuga (No. 5391)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Telephone: (302) 518-6324
Email: nsongonuga@gibbonslaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York [admitted to practice before the U.S. Supreme Court, and the U.S. District Court for the Northern, Southern, and Eastern Districts of New York] and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 12, 2018

/s/ *Robert C. Yan*
Robert C. Yan, Esq.
Otterbourg, P.C.
230 Park Avenue
New York, N.Y. 10169
Telephone: (212) 905-3605
Email: ryan@otterbourg.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: December 13th, 2018**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**