# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*, | : | Case No. 18-12491 (CSS) |
| | : | |
| Debtors. | : | **Re: D.I.# 296** |
| | : | |

## LIMITED RESPONSE TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF BUSINESS CONTRACTS AND RELATED CURE AMOUNTS

Aetna Health, Inc. ("Aetna") hereby responds to the *Notice of Potential Assumption and Assignment of Business Contracts and Related Cure Amounts* (the "Notice") [D.I.# 296] as follows:

1. On December 11, 2018, the Debtors filed the Notice. The Notice was filed in support of that certain *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of Certain of the Debtors' Assets Including Approving a Break-Up Fee and Expense Reimbursement, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Related Thereto, (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Authorizing Success Healthcare 1, LLC to Grant Liens, and (III) Granting Certain Related Relief* (the "Sale Motion"). The Sale Motion relates to the sale of certain property of the 'Silver Lake Debtors.'

2. The Notice indicates that the Debtors intend to assume and assign that certain Notice of Termination, dated May 30, 2012, between Success Healthcare 1, LLC dba Silver Lake Medical Center and Aetna Health of California, Inc. and Aetna Health Management, LLC (the "Purported Assignment") [D.I.# 296 at p. 13].

3. Aetna contacted the Debtors regarding the Purported Assignment, in which Aetna inquired as to the existence of a contract or lease capable of being assumed.

4. Following a collaborative effort between the Debtors and Aetna, on December 20, 2018, the Debtors made the following representation regarding the Purported Assignment:

> The stalking horse purchaser and the Silver Lake Debtors have agreed to remove Aetna and the Notice of Termination from the assigned contracts list. ...

(the "Response").

5. The Response resolves Aetna's informal objection.[1] Aetna accepts the Debtors' position, and to the extent that the Debtors do not file a supplemental notice, this Response formally memorializes the parties' understanding that the Debtors do not intend to assume any contracts with Aetna as part of the Sale Motion.

**WHEREFORE**, Aetna Health, Inc. responds that the Debtors do not intend to assume the Notice of Termination identified on the Notice of Potential Assumption and Assignment of Business Contracts and Related Cure Amounts, and it asks that this Honorable Court enter an order consistent with the agreement of the parties; and grant such other relief as this Court deems fair and just.

---

[1] To the extent that the Debtors change their position, Aetna reserves the right to file a more expansive objection based on Section 365 of the Bankruptcy Code, in which Aetna challenges the existence of an executory contract or unexpired lease capable of being assumed.

| | |
|---|---|
| Dated: December 21, 2018<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>By: *Matthew J. Rifino*<br>Kate R. Buck (DE# 5140)<br>Matthew J. Rifino (DE# 4749)<br>Renaissance Centre<br>405 North King Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: 302.984.6300<br>Facsimile: 302.984.6399<br>Email: kbuck@mccarter.com<br>         mrifino@mccarter.com<br><br>*Attorneys for Aetna Health, Inc.* |