# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 296**<br><br>**Objection Deadline: 12/28/18 at 4:00 p.m. (ET)** |

## LIMITED OBJECTION OF CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF BUSINESS CONTRACTS AND RELATED CURE AMOUNTS

PLEASE TAKE NOTICE that California Physicians' Service, dba Blue Shield of California ("Blue Shield"), hereby objects to the "Cure Cost" proposed by the Debtor Promise Healthcare Group, LLC ("Debtor"), as stated in its *Notice of Potential Assumption and Assignment of Business Contracts and Related Cure Amounts* (the "Notice of Potential

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Service Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

Assumption"), filed on December 11, 2018, as Docket Number 296.

Specifically, in its Notice of Potential Assumption, the Debtor states that it is party to an agreement with Blue Shield with the following amount due:

| Provider Agreement | $0 |
|---|---:|

Blue Shield, upon examining its books and records, objects to the proposed Cure Cost as being inaccurate. The actual amount owed, and which must be cured by the Debtor as a condition of assumption and assignment, is $19,828.03, as reflected in Blue Shield's properly filed proof of claim, filed on December 6, 2018, as Claim Number 171. This amount reflects outstanding recoupments as of December 6, 2018. Blue Shield respectfully reserves its right to amend this limited objection as additional amounts change hands and the amounts owing may change.

This limited objection is made pursuant to 11 U.S.C. Sections 365(b)(1)(A) and (B), and is based on the pleadings, evidence and other papers and as records on file with the Court in this Chapter 11 case, and on such other and further matters as the Court will allow.

Dated: December 28, 2018

        **AUSTRIA SHRUM LLC**

By: */s/ Matthew P. Austria*
    Matthew P. Austria (DE Bar. No. 4827)
    1201 N. Orange Street, Suite 502
    Wilmington, Delaware 19801
    Telephone: (302) 521-5197
    Facsimile: (302) 543-6386
    Email: maustria@austriashrum.com

    - and-

**SNELL & WILMER L.L.P.**
Michael B. Reynolds
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7027
Facsimile: (714) 47-7799
Email: mreynolds@swlaw.com

**Attorneys for California Physicians' Service, dba Blue Shield of California**