**EXHIBIT "A" – INVOICE**




**Midwest Emergency Department Services, Inc.**

320 East U.S. Highway 50
O'Fallon, IL 62269-2704

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 1/2/2019 | 2959 |

Phone #    (618) 624-3368    Stacey.Koogler@er-meds.com
Fax #    (618) 624-3387    www.er-meds.com

| Bill To |
|---|
| ST. ALEXIUS HOSPITAL<br>3933 S. BROADWAY<br>ST. LOUIS, MO 63118 |

| Due Date |
|---|
| 2/1/2019 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | MARGIN GUARANTEE | Q4 2018 PRE-PETITION MARGIN GUARANTEE (10/1/18 - 11/4/18) | 27,716.00 | 27,716.00 |
| 1 | MARGIN GUARANTEE | Q4 2018 POST-PETITION MARGIN GUARANTEE (11/5/18 - 12/31/18) | 108,012.00 | 108,012.00 |

| | **Total** | **$135,728.00** |
|---|---|---|