# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | Case No. 18-12491 (CSS) |
| Debtors. | Jointly Administered |
| | Re: D.I. 37, 257, 296 |

## SUPPLEMENTAL NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF BUSINESS CONTRACTS AND RELATED CURE AMOUNTS

**PLEASE TAKE NOTICE** that on November 6, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of Certain of the Debtors' Assets, Including Approving a Break-Up Fee and Expense Reimbursement, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Authorizing Success Healthcare 1, LLC to Grant Liens, and (III) Granting Certain Related Relief* [D.I. 37](the "Sale Motion").[2] In the Sale Motion, Success Healthcare, LLC,

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures, as applicable.

1

Success Healthcare 1, LLC, and HLP of Los Angeles, LLC (collectively, the "Silver Lake Debtors") seek authority to, among other things, sell substantially all of their Silver Lake Medical Center assets (collectively, the "Assets") free and clear of all liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code, following an auction.

**PLEASE TAKE FURTHER NOTICE** that, on December 7, 2018, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving (i) L.A. Downtown Medical Center LLC as the Stalking Horse Bidder (the "Stalking Horse Bidder") for the Assets and (ii) the bidding procedures (the "Bidding Procedures") attached as Exhibit 1 to the Bidding Procedures Order. The Bidding Procedures set the key dates and times related to the sale of the Assets. All interested parties should carefully read the Bidding Procedures Order and the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures Order (including the Bidding Procedures) and the summary description of its terms and conditions contained in this Notice of Potential Assumption and Assignment of Business Contracts, the terms of the Bidding Procedures Order shall control.

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2018, the Debtors filed the *Notice of Potential Assumption and Assignment of Business Contracts and Related Cure Amounts* [D.I. 296].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, an auction (the "Auction") to sell the Assets will be conducted on **January 17, 2019, starting at 10:00 a.m. (prevailing Eastern Time)** at the offices of DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801, or such other location as shall be timely communicated to all persons entitled to attend the Auction. The Debtors may cancel the Auction pursuant to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale(s) of the Assets to the Successful Bidder(s) (the "Sale Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 on **February 1, 2019 at 2:00 p.m. (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these Chapter 11 Cases or the making of an announcement at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Silver Lake Debtors have indicated on Schedule 1 attached hereto a list of the Silver Lake Debtors' executory contracts and unexpired leases (collectively, the "Purchased Contracts"), that the Silver Lake Debtors may assume and assign to the Stalking Horse Bidder, or any other Successful Bidder, along with the cure amounts that the Silver Lake Debtors believe must be paid to cure all prepetition defaults (in each instance, the "Cure Cost"). If you agree with the Cure Cost and do not otherwise object to the assumption and assignment of your Purchased Contract listed on Schedule 1, you do not need to take any further action.[3]

---

[3] The Silver Lake Debtors may modify the list of Purchased Contracts that will be assumed and assigned in connection with the sale of the Assets. In addition, the inclusion of any contract, lease, or agreement on Schedule 1 shall not

**PLEASE TAKE FURTHER NOTICE** that any party seeking to object to (i) the validity of the Cure Cost provided by the Silver Lake Debtors on Schedule 1, or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Purchased Contracts in order to be assigned to the Successful Bidder(s), (ii) the proposed assumption and assignment of the applicable Purchased Contract, and/or (iii) the ability of the Stalking Horse Bidder to provide adequate assurance of future performance, must file an objection (a "Contract Objection"), which objection must: (a) be in writing; (b) state with specificity the basis for the objection as well as any Cure Costs that the objector asserts to be due, including each and every asserted default in the applicable contract or lease (in all cases with appropriate documentation in support thereof); (c) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and (d) be filed with the Bankruptcy Court and served on the following parties by no later than 4:00 p.m. (prevailing Eastern Time) on the date that is fourteen (14) days after the date of service of this Notice of Potential Assumption and Assignment of Business Contracts (the "Contract Objection Deadline"): (i) counsel for the Debtors, McDermott Will & Emery LLP, 444 West Lake Street, Chicago, Illinois 60606 (Attn: William P. Smith and James Kapp; wsmith@mwe.com, jkapp@mwe.com) and DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: Stuart Brown; stuart.brown@dlapiper.com); (ii) the Debtors, Success Healthcare 1, LLC, 999 Yamato Road, Third Floor, Boca Raton, Florida 33431, Attn: Charles Posternack, M.D.; (iii) counsel to the Stalking Horse Bidder, Valensi Rose PLC, 1888 Century Park East, Suite 1100, Los Angeles, California 90067 (Attn: Gary F. Torrell, Esq.; gft@vrmlaw.com) and Potter Anderson & Corroon LLP, 1313 North Market Street, Sixth Floor, P.O. Box 951, Wilmington, DE 19801 (Attn: Jeremy W. Ryan, Esq.; jryan@potteranderson.com); (iv) counsel to Wells Fargo Bank, National Association (the administrative agent for the Silver Lake Debtors' secured lenders and the debtor-in-possession financing lenders), McGuireWoods LLP, 1251 6th Ave, 20th floor, New York, NY 10020 (Attn: Brian Swett; bswett@mcguirewoods.com) and Richards, Layton & Finger, PA, 920 N King St, Wilmington, Delaware 19801 (Attn: John Knight; knight@rlf.com), (v) counsel for the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102 (Attn: Andrew H. Sherman, Esq.; asherman@sillscummis.com) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler; bsandler@pszjlaw.com); and (vi) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801 (Attn: Brya Keilson; Brya.Keilson@usdoj.gov) (collectively, the "Objection Recipients").

**PLEASE TAKE FURTHER NOTICE that any non-Debtor counterparty to any Purchased Contract who does not file a Contract Objection by the Contract Objection Deadline, shall (i) be forever barred from objecting to the Cure Cost set forth on Schedule 1 or asserting or claiming any cure amount (other than the Cure Cost) against the Silver Lake Debtors or any Successful Bidder(s) and (ii) shall be deemed to have consented to the potential assumption and assignment of its Purchased Contract to the Stalking Horse Bidder.**

---

constitute an admission by the Silver Lake Debtors that any such Purchased Contract is an executory contract or unexpired lease within the meaning of Section 365 of the Bankruptcy Code and the Silver Lake Debtors reserve all rights with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing an objection to the assumption and assignment of a Purchased Contract on the basis of a lack of adequate assurance of future performance of a Successful Bidder other than the Stalking Horse Bidder (an "Adequate Assurance Objection") shall be **January 18, 2019 at 5:00 p.m. (prevailing Eastern Time)** (the "Adequate Assurance Objection Deadline"). Adequate Assurance Objections, if any, shall be in writing, filed with the Court and served upon the Objection Notice Parties.

**PLEASE TAKE FURTHER NOTICE that any non-Debtor party to an assumed Purchased Contract who does not file a timely Adequate Assurance Objection shall be deemed to have consented to the potential assumption and assignment of its Purchased Contract to the Successful Bidder(s) and will be forever barred from objecting to such assumption and assignment.**

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to any Contract Objections and/or Adequate Assurance Objections may be held (i) at the Sale Hearing or (ii) on such other date as the Court may designate. To the extent the Silver Lake Debtors and non-Debtor counterparty to a Purchased Contract are able to consensually resolve the Contract Objection or the Adequate Assurance Objection prior to the Sale Hearing, the Debtors shall promptly provide notice to Wells, the Committee, the Office of the United States Trustee for the District of Delaware and the Successful Bidder(s) of such resolution.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Potential Assumption and Assignment of Business Contracts is subject to the full terms and conditions of the Sale Motion, Bidding Procedures Order and Bidding Procedures, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion, Bidding Procedures and/or Bidding Procedures Order may be obtained by calling the Debtors' claims and notice agent, Prime Clerk, at 844-822-9230 (domestic, toll free) or 347-338-6503 (international), or by visiting https://cases.primeclerk.com/promisehealthcare/.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 7, 2019
Wilmington, Delaware

DLA PIPER LLP (US)

 /s/  *Stuart M. Brown*
Stuart M. Brown (#4050)
Kaitlin MacKenzie Edelman (#5924)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
         Kaitlin.Edelman@dlapiper.com
         Matthew.Sarna@dlapiper.com

*Attorneys for the Debtors and Debtors in Possession*

-and-

MCDERMOTT WILL & EMERY LLP
William P. Smith (admitted *pro hac vice*)
James W. Kapp (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
444 West Lake Street
Chicago, Illinois 60606
Telephone: 312.372.2000
Facsimile: 312.984.7700
Email: wsmith@mwe.com
         jkapp@mwe.com
         mpreusker@mwe.com

*Special Counsel for the Silver Lake Debtors in Connection with the Sale of the Silver Lake Medical Center*