# Schedule 1

| Title of Document | Success Entity Name | Counterparty | Effective Date | Cure Cost (as of 12/07/18) |
|---|---|---|---|---|
| Medicare Provider Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Department of Health & Human Services - Centers for Medicare & Medicaid Services | 11/25/2008 | $4,451,458 |
| Medi-Cal Provider Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | California Health and Human Services Agency - Department of Health Care Services | 11/2008 | $0 |