**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | Case No. 18-12491 (CSS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 296 and 361 |

**NOTICE OF CONDITIONAL WITHDRAWAL OF LIMITED OBJECTION OF
CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA TO
NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF BUSINESS
<u>CONTRACTS AND RELATED CURE AMOUNTS</u>**

PLEASE TAKE NOTICE that California Physicians' Service, dba Blue Shield of

California ("Blue Shield"), hereby withdraws its previously filed *Limited Objection of California*

*Physicians' Service dba Blue Shield of California to Notice of Potential Assumption and*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Service Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

*Assignment of Business Contracts and Related Cure Amounts* (the "Limited Objection")[D.I. 361].

Specifically, Blue Shield objected to the proposed "cure cost" of $0.00 as stated in the *Notice of Potential Assumption and Assignment of Business Contracts and Related Cure Amounts* (the "Notice of Potential Assumption")[D.I. 296] filed by the Debtor Promise Healthcare Group, LLC ("Debtor") on December 11, 2018, on the grounds that the amount owed by the Debtor to Blue Shield is at least $19,828.03.  However, counsel for the Debtors has subsequently represented to counsel for Blue Shield that this delinquent amount is actually owed by Promise Healthcare of California, Inc., PH-ELA, Inc. (CA), and Promise Hospital of East Los Angeles, L.P. (CA) dba Suburban Medical Center, associated Case Nos. 18-12498, 18-12500 and 18-12501, respectively (collectively, the "Other Debtors"), and that the Notice of Potential Assumption does not pertain to amounts owed by the Other Debtors. As such, to the extent the Debtor's Notice of Potential Assumption is not intended to affect the assets, estate or creditors of the Other Debtors, Blue Shield withdraws its Limited Objection.

Blue Shield respectfully reserves its right to reinstate the Limited Objection and/or amend this Conditional Withdrawal in the event there are changes to the amounts owing from one or more of the relevant Debtors to Blue Shield.


[SIGNATURE PAGE FOLLOWS]

4842-2028-5061.1

Dated:  January 8, 2019                    Respectfully submitted,

**AUSTRIA SHRUM LLC**

By: */s/ Matthew P. Austria*
    Matthew P. Austria (DE Bar. No. 4827)
    1201 N. Orange Street, Suite 502
    Wilmington, Delaware 19801
    Telephone: (302) 521-5197
    Facsimile: (302) 543-6386
    Email: maustria@austriashrum.com

    - and-

**SNELL & WILMER L.L.P.**
Michael B. Reynolds
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7027
Facsimile: (714) 47-7799
Email: mreynolds@swlaw.com

**Attorneys for California Physicians' Service, dba Blue Shield of California**