# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] : Case No. 18-12491 (CSS)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Related Docket Nos.: 37, 257, 301

## NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION
## OF STALKING HORSE BIDDER AS THE SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that on December 7, 2018, the Court entered the *Order (A) Establishing Bidding Procedures Relating to the Sale of Certain of the Debtors' Assets, Including Approving A Break-Up Fee and Expense Reimbursement, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, (D) Scheduling A Hearing To Consider the Proposed Sale, and (E) Granting Related Relief* [D.I. 257] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order approved, among other things, the implementation of the Bidding Procedures in connection with the disposition of the Purchased Assets.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

**PLEASE TAKE FURTHER NOTICE** that the deadline to bid on the Purchased Assets was established as 5:00 p.m. (prevailing Eastern Time) on January 11, 2019, and the Auction was scheduled for 10:00 a.m. (prevailing Eastern Time) on January 17, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids (other than the bid submitted by the Stalking Horse Purchaser pursuant to the Stalking Horse APA) prior to 5:00 p.m. (prevailing Eastern Time) on January 11, 2019. **ACCORDINGLY, PURSUANT TO THE BIDDING PROCEDURES ORDER, THE DEBTORS WILL NOT CONDUCT AN AUCTION AND THE DEBTORS HAVE CANCELED THE AUCTION.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file the final purchase agreement and submit a proposed form of order approving the sale of the Purchased Assets prior to the Sale Hearing.

Dated: January 14, 2019
      Wilmington, Delaware

DLA Piper LLP (US)

*/s/ Stuart Brown*
Stuart M. Brown (DE 4050)
Kaitlin MacKenzie Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com
      kaitlin.edelman@dlapiper.com

*Counsel to the Debtors and
Debtors in Possession*

-and-

MCDERMOTT WILL & EMERY LLP
William P. Smith (admitted *pro hac vice*)
James W. Kapp (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
444 West Lake Street
Chicago, Illinois 60606
Telephone: 312.372.2000
Facsimile: 312.984.7700
Email: wsmith@mwe.com
jkapp@mwe.com
mpreusker@mwe.com

*Special Counsel for the Silver Lake Debtors
in Connection with the Sale of the Silver Lake
Medical Center*