# EXHIBIT B

# SUMMARY OF HOURS EXPENDED

**Houlihan Lokey Capital, Inc.**
**Summary of Professional Time by Category**
**Promise Healthcare Group, LLC, et al.**

**December 01, 2018 through December 31, 2018**

| Employee | Title | A | B | C | D | E | F | Total |
|---|---|---|---|---|---|---|---|---|
| Matthew Ryan | Managing Director | 5.0 | 31.0 | 23.0 | 0.0 | 4.0 | 0.0 | 63.0 |
| Andrew Turnbull | Managing Director | 3.0 | 16.2 | 8.6 | 7.0 | 1.4 | 0.0 | 36.2 |
| Scott Kremeier | Senior Vice President | 30.0 | 29.0 | 3.0 | 2.0 | 4.0 | 4.0 | 72.0 |
| Moyo Mamora | Associate | 63.0 | 23.5 | 1.0 | 0.0 | 4.0 | 0.0 | 91.5 |
| Brian Marks | Associate | 10.7 | 8.1 | 7.4 | 0.0 | 2.4 | 5.8 | 34.4 |
| Marc Epstein | Financial Analyst | 60.0 | 19.0 | 3.0 | 0.0 | 0.0 | 0.0 | 82.0 |
| Conor Dorgan | Financial Analyst | 0.0 | 3.2 | 8.6 | 0.0 | 1.4 | 8.0 | 21.2 |
| | Total | 171.7 | 130.0 | 54.6 | 9.0 | 17.2 | 17.8 | 400.3 |

Legend

| | |
|---|---|
| A | Due Diligence, Analysis and Review |
| B | Asset Sale / Bid Analysis, Discussions and Related Matters |
| C | Correspondence with Debtors and Debtors' Advisors |
| D | Court Hearings, Meetings and Discussions with Parties-in-Interest |
| E | Correspondence with Creditors and Creditors' Advisors |
| F | Administrative |