# EXHIBIT C

# FEE AND EXPENSE DETAIL



**Invoice #  31775**

**PERSONAL & CONFIDENTIAL**                                                   December 31, 2018

Promise Healthcare, Inc.                                                              Client #  62118
999 Yamato Road, Third Floor                                                     Case #  87058
Boca Raton, FL 33431

| | | |
|---|---:|---:|
| **Professional Fees** | | |
| Monthly Fee due on December 1, 2018 | $ 125,000.00 | |
| Professional Fees Due | | $ 125,000.00 |
| **Post-Petition Out of Pocket Expenses** | | |
| Airfare | $ 1,472.30 | |
| Ground Transportation | 244.94 | |
| Travel and Overtime Meals | 480.78 | |
| Outside Legal – Houlihan Lokey Retention Process | 2,100.00 | |
| Telephone and Data | 284.15 | |
| Out of Pocket Expenses Due | | $ 4,582.17 |
| **TOTAL AMOUNT DUE AND PAYABLE** | | $ 129,582.17 |

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:                              Wire Transfer Instructions:
Houlihan Lokey Capital, Inc.                         Bank of America
Accounts Receivable Department              Wire Transfer ABA #026009593
10250 Constellation Boulevard, 5th Floor     ACH ABA #121000358
Los Angeles, California 90067-6802            fbo Houlihan Lokey Capital, Inc.
                                                                  Account #1453120593
                                                                  Swift Code (Int'l Wires Only): BOFAUS3N
                                                                  Federal ID #95-4024056

111 South Wacker Drive, 37th Floor • Chicago, Illinois 60606 • tel.312.456.4700 • fax.312.346.0951 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**EXPENSE DETAIL**
**PROMISE HEALTHCARE GROUP, LLC, et al.**

**November 5, 2018 through December 31, 2018[1]**

| Reference Date | Category of Expense | Invoice Number | Amount | Employee | Merchant | Explanation |
|---|---|---|---|---|---|---|
| 11/5/2018 | Airfare | CR00149029 | 732.40 | Andrew Turnbull | American Airlines | Airfare - Coach, Round-Trip (ORD-PHL) - First Day Hearing |
| 11/5/2018 | Airfare | CR00147098 | 732.40 | Brian Marks | American Airlines | Airfare - Coach (ORD-PHL) - First Day Hearing |
| 11/5/2018 | Airfare | CR00149029 | 7.50 | Andrew Turnbull | Travel Agency Services | Travel Booking Fee (ORD-PHL) - First Day Hearing |
| | **Airfare Total** | | **$ 1,472.30** | | | |
| 11/6/2018 | Ground Transportation | CR00147755 | 14.50 | Scott Kremeier | SAL | Overtime Taxi |
| 11/6/2018 | Ground Transportation | CR00149029 | 33.63 | Andrew Turnbull | Uber | Overtime Taxi |
| 11/6/2018 | Ground Transportation | CR00147098 | 29.73 | Brian Marks | Uber | Overtime Taxi |
| 11/6/2018 | Ground Transportation | CR00147098 | 42.83 | Brian Marks | Uber | Overtime Taxi |
| 11/6/2018 | Ground Transportation | CR00147098 | 30.81 | Brian Marks | Uber | Overtime Taxi |
| 11/6/2018 | Ground Transportation | CR00149029 | 40.00 | Andrew Turnbull | Lot A EPS | Airport Parking - First Day Hearing |
| 11/7/2018 | Ground Transportation | CR00147219 | 7.74 | Moyo Mamora | Lyft | Overtime Taxi |
| 11/7/2018 | Ground Transportation | CR00147098 | 15.20 | Brian Marks | Yellow Cab | Overtime Taxi |
| 11/13/2018 | Ground Transportation | CR00147098 | 15.25 | Brian Marks | Yellow Cab | Overtime Taxi |
| 11/13/2018 | Ground Transportation | CR00147098 | 15.25 | Brian Marks | Yellow Cab | Overtime Taxi |
| | **Ground Transportation Total** | | **$ 244.94** | | | |
| 11/24/2018 | Telephone, Data and Delivery | 75549590CH | 169.65 | Multiple | Global Crossing Conferencing | Telecommunication Services |
| 11/30/2018 | Telephone, Data and Delivery | CR00149424 | 31.01 | Brian Marks | Verizon Wireless | Telecommunication Services |
| 11/30/2018 | Telephone, Data and Delivery | CR00152238 | 62.50 | Matthew Ryan | AT&T Wireless | Telecommunication Services |
| 12/21/2018 | Telephone, Data and Delivery | CR00153711 | 8.00 | Scott Kremeier | Southwest Airlines | Travel Wifi |
| 12/24/2018 | Telephone, Data and Delivery | CR00153711 | 12.99 | Scott Kremeier | Go Go Air | Travel Wifi |
| | **Telephone, Data and Delivery Total** | | **$ 284.15** | | | |
| 11/5/2018 | Travel and Overtime Meals | CR00147219 | 22.30 | Moyo Mamora | Kamehachi | Overtime Meal - Dinner |
| 11/5/2018 | Travel and Overtime Meals | CR00149478 | 8.08 | Conor Dorgan | Protein Bar | Overtime Meal - Dinner |
| 11/5/2018 | Travel and Overtime Meals | CR00148269 | 11.42 | Marc Epstein | Ocean Prime | Overtime Meal - Dinner |
| 11/6/2018 | Travel and Overtime Meals | CR00147219 | 25.00 | Moyo Mamora | Hot Wok | Overtime Meal - Dinner |
| 11/6/2018 | Travel and Overtime Meals | CR00149478 | 18.93 | Conor Dorgan | Pret A Manager | Overtime Meal - Dinner |
| 11/6/2018 | Travel and Overtime Meals | CR00148269 | 4.93 | Marc Epstein | Chipotle | Overtime Meal - Dinner |
| 11/6/2018 | Travel and Overtime Meals | CR00149029 | 15.63 | Andrew Turnbull | Espresso Coffee Bar | Travel Meal - First Day Hearing |
| 11/6/2018 | Travel and Overtime Meals | CR00147098 | 19.58 | Brian Marks | Au Bon Pain | Travel Meal - First Day Hearing |
| 11/7/2018 | Travel and Overtime Meals | CR00147219 | 25.00 | Moyo Mamora | Hot Wok | Overtime Meal - Dinner |
| 11/7/2018 | Travel and Overtime Meals | CR00147098 | 31.48 | Brian Marks | Uber Eats | Overtime Meal - Dinner |
| 11/7/2018 | Travel and Overtime Meals | CR00148269 | 4.16 | Marc Epstein | Whole Foods Market | Overtime Meal - Dinner |
| 11/8/2018 | Travel and Overtime Meals | CR00148269 | 5.58 | Marc Epstein | Whole Foods Market | Overtime Meal - Dinner |
| 11/12/2018 | Travel and Overtime Meals | CR00147098 | 32.60 | Brian Marks | Uber Eats | Overtime Meal - Dinner |
| 11/12/2018 | Travel and Overtime Meals | CR00152529 | 4.38 | Marc Epstein | Whole Foods Market | Overtime Meal - Dinner |
| 11/13/2018 | Travel and Overtime Meals | CR00147098 | 34.71 | Brian Marks | Uber Eats | Overtime Meal - Dinner |
| 11/13/2018 | Travel and Overtime Meals | CR00152529 | 3.76 | Marc Epstein | Shake Shack | Overtime Meal - Dinner |
| 11/14/2018 | Travel and Overtime Meals | CR00152529 | 2.64 | Marc Epstein | Chipotle | Overtime Meal - Dinner |
| 11/15/2018 | Travel and Overtime Meals | CR00152529 | 2.76 | Marc Epstein | Crushcraft Thai | Overtime Meal - Dinner |
| 11/15/2018 | Travel and Overtime Meals | CR00153708 | 37.35 | Scott Kremeier | Longhorn Steakhouse | Travel Meal |
| 11/19/2018 | Travel and Overtime Meals | CR00152529 | 4.32 | Marc Epstein | Whole Foods Market | Overtime Meal - Dinner |
| 11/20/2018 | Travel and Overtime Meals | CR00147098 | 20.59 | Brian Marks | Freshii | Overtime Meal - Dinner |
| 11/25/2018 | Travel and Overtime Meals | CR00152529 | 3.68 | Marc Epstein | Moxie's | Overtime Meal - Dinner |
| 11/26/2018 | Travel and Overtime Meals | CR00151832 | 25.00 | Moyo Mamora | Small Cheval | Overtime Meal - Dinner |
| 11/27/2018 | Travel and Overtime Meals | CR00152529 | 4.97 | Marc Epstein | PeiWei | Overtime Meal - Dinner |
| 11/28/2018 | Travel and Overtime Meals | CR00151832 | 24.42 | Moyo Mamora | Nandos | Overtime Meal - Dinner |
| 11/28/2018 | Travel and Overtime Meals | CR00152529 | 5.22 | Marc Epstein | Whole Foods Market | Overtime Meal - Dinner |
| 11/29/2018 | Travel and Overtime Meals | CR00152529 | 3.50 | Marc Epstein | Whole Foods Market | Overtime Meal - Dinner |
| 12/3/2018 | Travel and Overtime Meals | CR00152529 | 12.63 | Marc Epstein | Whole Foods Market | Overtime Meal - Dinner |
| 12/4/2018 | Travel and Overtime Meals | CR00151832 | 25.00 | Moyo Mamora | Lan Bistro | Overtime Meal - Dinner |
| 12/4/2018 | Travel and Overtime Meals | CR00152529 | 9.52 | Marc Epstein | Chipotle | Overtime Meal - Dinner |
| 12/9/2018 | Travel and Overtime Meals | CR00152529 | 4.58 | Marc Epstein | Pok the Raw Bar | Overtime Meal - Dinner |
| 12/9/2018 | Travel and Overtime Meals | CR00152529 | 3.06 | Marc Epstein | Monkey King Noodle Co | Overtime Meal - Dinner |
| 12/10/2018 | Travel and Overtime Meals | CR00152529 | 24.00 | Marc Epstein | Texas de Brazil | Overtime Meal - Dinner |
| | **Travel and Overtime Meals Total** | | **$ 480.78** | | | |
| 12/17/2018 | Outside Legal Services | 121718 | 2,100.00 | | | Outside counsel fees related to Houlihan Lokey's Retention Application and resolution of informal objections of the U.S. Trustee and Committee |
| | **Outside Legal Services** | | **$ 2,100.00** | | | |
| | **Grand Total** | | **$ 4,582.17** | | | |

(1) Includes expenses posted during the Application Period. Additional expenses for this period may post and be billed subsequently.