# Schedule 1

| Title of Document | Success Entity Name | Counterparty | Effective Date | Cure Cost (as of January 16, 2019) |
|---|---|---|---|---|
| Office Building Sublease | HLP of Los Angeles, LLC | Ideal Healthcare and Medical Clinic, Inc. | 12/20/2018 | $0 |
| Office Building Sublease | HLP of Los Angeles, LLC; | TS S Rajan, M.D. | 12/27/2018 | $0 |
| Office Building Sublease | HLP of Los Angeles, LLC; | Cesar Palana, M.D., Inc. | 10/9/2018 | $0 |
| Office Building Sublease | HLP of Los Angeles, LLC; | Silverlake Total Care, Inc. | 10/2/2018 | $0 |
| Podiatric Medicine and Surgery Residency Program Resident Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Katayoun Abtin | 6/29/2018 | $0 |
| Podiatry Residency Program Affiliation Agreement | Success Healthcare 1, LLC dba Silver Lake Medical Center | Bako Pathology Associates dba Bako Pathology Services | 1/1/2018 | $0 |
| Affiliation Agreement for Nursing Educational Services | Success Healthcare 1, LLC dba Silver Lake Medical Center | CES College | 12/27/18 | $0 |