IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                             :  Chapter 11
                                                   :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]        :  Case No. 18-12491 (CSS)
                                                   :
Debtors.                                           :  (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* HEARING ON JANUARY 28, 2019 AT 3:00 P.M. (ET)[2]

**MATTERS GOING FORWARD:**

1. Emergency Motion for a Stay of All Proceedings in Light of Lapse of Appropriations [D.I. 380; filed 1/2/19].

   **Response Deadline**: January 4, 2019 at 12:00 p.m. (ET).

   **Related Pleadings:**

   A. Notice of Telephonic Hearing on Emergency Motion for a Stay of All Proceedings in Light of Lapse of Appropriations [D.I. 382; Filed 1/2/19].

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

[2]  Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

B.  Order Regarding Emergency Motion for Stay of All Proceedings in Light of Lapse of Appropriations [D.I. 412; Filed 1/7/19].

**Responses Received:**

A.  Joint Objection of the Debtors and the Official Committee of Unsecured Creditors to the Emergency Motion for a Stay of All Proceedings in Light of Lapse of Appropriations [D.I. 395; Filed 1/4/19].

**Status**:  This matter is going forward as a telephonic hearing.

Dated: January 24, 2019
Wilmington, Delaware

DLA PIPER LLP (US)

 /s/  *Stuart M. Brown*
Stuart M. Brown (#4050)
Kaitlin MacKenzie Edelman (#5924)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
         Kaitlin.Edelman@dlapiper.com
         Matthew.sarna@dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
         Katie.Stenberg@wallerlaw.com
         Blake.Roth@wallerlaw.com
         Tyler.Layne@wallerlaw.com

*Attorneys for the Debtors and Debtors in Possession*

EAST\164236355.2