**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                            :
In re:                         :        Chapter 11
                            :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] :     Case No. 18-12491 (CSS)
                            :
        Debtors.            :        (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 19, 2019 AT 11:00 A.M. (ET)[2]**

**RESOLVED MATTERS:**

1.     Motion of Dialysis Clinic, Inc. for an Order Determining that Agreement with Debtor Promise Hospital of Overland Park Inc. may be Terminated Without Relief from the Automatic Stay or, Alternatively, for Relief from the Automatic Stay [D.I. 443; Filed 1/9/19].

     **Response Deadline**:  Original Motion - January 23, 2019 at 4:00 p.m. (ET); extended to January 25, 2019 at 5:00 p.m. for Debtors.  Amended Motion – February 13, 2019 at 4:00 p.m. (ET).

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),  Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc.  (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc.  (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

[2]  Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**Related Pleadings**:

(a)    Amended and Supplemental Motion of Dialysis Clinic, Inc. for an Order Determining That Agreement with Debtor Promise Hospital of Overland Park Inc. May Be Terminated Without Relief from the Automatic Stay or, Alternatively, for Relief from the Automatic Stay [D.I. 541; Filed 1/30/19].

(b)    Notice of Withdrawal of Amended and Supplemental Motion of Dialysis Clinic, Inc. for an Order Determining That Agreement with Debtor Promise Hospital of Overland Park Inc. May Be Terminated Without Relief from the Automatic Stay or, Alternatively, for Relief from the Automatic Stay [D.I. 1260; Filed 7/11/19].

**Responses Received**:

(a)    Debtors' Objection to Motion of Dialysis Clinic, Inc. for an Order Determining That Agreement with Debtor Promise Hospital of Overland Park Inc. May Be Terminated Without Relief from the Automatic Stay or, Alternatively, for Relief from the Automatic Stay [D.I. 514; Filed 1/25/19].

(b)    Debtors' Objection to Amended and Supplemented Motion of Dialysis Clinic, Inc. for an Order Determining that Agreement with Debtor Promise Hospital of Overland Park Inc. may be Terminated Without Relief from the Automatic Stay or, Alternatively, for Relief from the Automatic Stay [D.I. 738; Filed 2/13/19].

**Status:**  The Amended and Supplemental Motion has been withdrawn by the Movant.

2.    Motion of Theresa Williams for Relief from Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code in Order to Proceed with Her Personal Injury Claim and Collect from Applicable Insurance Proceeds [D.I. 1236; Filed 6/27/19].

**Response Deadline**:   July 12, 2019 at 4:00 p.m. (ET).

**Related Pleadings**:

(a)    Certification of Counsel Regarding Order Granting Theresa Williams Relief from Stay [D.I. 1272; Filed 7/16/19].

(b)    Order Granting Theresa Williams Relief from Stay [D.I. 1275; Filed 7/17/19].

**Responses Received**: None

**Status:**  An Order has been entered granting relief from the stay.

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL (COC/CNO):**

3.      Third Motion of the Debtors for Entry of an Order Further Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 1246; Filed 7/2/19].

**Response Deadline**:   July 16, 2019 at 4:00 p.m. (ET).

**Related Pleadings**:

(a)     Certificate of No Objection Regarding Order Further Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. ____; Filed 7/__/19].

**Responses Received**: None.

**Status**:  The Debtors intend to file a Certificate of No Objection resolving this matter. Therefore, no hearing will be necessary unless the Court has questions.

**MATTERS GOING FORWARD:**

4.      Debtors' Motion for Entry of an Order (I) Enforcing Purchase Agreement Against Americore Holdings, LLC, and (II) Compelling Turnover of Amounts Owed to the Debtors [D.I. 1239; Filed 6/28/19].

**Response Deadline**:   July 12, 2019 at 4:00 p.m. (ET), extended for Americore Holdings, LLC to July 17, 2019 at 4:00 p.m. (ET).

**Related Pleadings**:

(a)     Notice of Motion and Hearing Regarding Debtors Motion for Entry of an Order (I) Enforcing Purchase Agreement Against Americore Holdings, LLC, and (II) Compelling Turnover of Amounts Owed to the Debtors [D.I. 1243; Filed 7/1/19].

**Responses Received**: None.

**Status**:  This matter is going forward as an evidentiary hearing.

5.      Motion of the Debtors for Entry of an Order Authorizing the Purchase and Sale of Certain Equipment Located to the Select Facilities [AVT] [D.I. 1267; Filed 7/15/19].

**Response Deadline**:   At the hearing on July 19, 2019 at 11:00 a.m. (ET).

**Related Pleadings**:

(a)     Motion of the Debtors for Entry of an Order Shortening Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order Authorizing the Purchase and Sale of Certain Equipment Located to the Select Facilities [AVT] [D.I. 1268; Filed 7/15/19].

(b)     Order Shortening Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order Authorizing the Purchase and Sale of Certain Equipment Located to the Select Facilities [AVT] [D.I. 1270; Filed 7/16/19].

**Responses Received**: None.

**Status**:  This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 17, 2019
Wilmington, Delaware

DLA PIPER LLP (US)

  /s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Kaitlin W. MacKenzie (#5924)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
        Kaitlin.MacKenzie@dlapiper.com
        Matthew.Sarna@dlapieer.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
        Katie.Stenberg@wallerlaw.com
        Blake.Roth@wallerlaw.com
        Tyler.Layne@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*