IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                       :

In re:                                                       :        Chapter 11

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]  :        Case No. 18-12491 (CSS)

Debtors.                         :        (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 20, 2019 AT 1:00 P.M. (ET)[2]**

**MATTERS GOING FORWARD:**

1.  Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [D.I. 1323; Filed 8/9/19].

    **Response Deadline**:  At the hearing on August 20, 2019 at 1:00 p.m. (ET).

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),  Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc.  (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc.  (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

[2]  Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**Related Documents**:

- A. Motion to Shorten Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [D.I. 1324; Filed 8/9/19].

- B. Order Shortening Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [D.I. 1332; Filed 8/12/19].

- C. Notice of Sale Motion, Bid Deadline, Auction and Sale Hearing [D.I. 1333; Filed 8/12/19].

- D. Affidavit of Service Regarding Notice of Sale Motion, Bid Deadline, Auction and Sale Hearing [D.I. 1347; Filed 8/15/19].

- E. Affidavit of Service Regarding Motion and Motion to Shorten [D.I. 1349; Filed 8/15/19].

- F. Supplemental Affidavit of Service [D.I. 1351; Filed 8/16/19].

**Responses Received**:  None at this time.

**Status**:  This matter is going forward.

2. Motion of the Debtors for Entry of an Order (I) Modifying the KERP Order and Supp. KERP Order, and (II) Authorizing the Debtors (A) to Pay the Variance and (B) to Implement the Bonus Plan [D.I. 1327; Filed 8/9/19].

   **Response Deadline**:  At the hearing on August 20, 2019 at 1:00 p.m. (ET).

   **Related Documents**:

   - A. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact Motion of the Debtors for Entry of an Order (I) Modifying The KERP Order and Supp. KERP Order, and (II) Authorizing the Debtors (A) to Pay the Variance and (B) to Implement the Bonus Plan [D.I. 1328; Filed 8/9/19].

   - B. Motion to Shorten Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order (I) Modifying the KERP Order and Supp. KERP Order, and (II) Authorizing the Debtors (A) to Pay the Variance and (B) to Implement the Bonus Plan [D.I. 1330; Filed 8/9/19].

- C. Order Shortening Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order (I) Modifying The KERP Order and Supp. KERP Order, and (II) Authorizing the Debtors (A) to Pay the Variance and (B) to Implement the Bonus Plan [D.I. 1331; Filed 8/12/19].

- D. Notice of Hearing [D.I. 1334; Filed 8/13/19].

- E. Affidavit of Service [D.I. 1349; Filed 8/15/19].

**Responses Received**: None at this time.

**Status**: This matter is going forward.

**FEE APPLICATIONS:**

3. Fee Applications (as identified on Exhibit A hereto).

   **Status**: The interim applications will be adjourned to September 10, 2019 at 2:00 p.m.

4. Fourth Monthly and Final Application of Gibbons P.C. as Delaware Counsel for Melanie L. Cyganowski, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Fourth Monthly Period April 1, 2019 through May 31, 2019 and for Allowance of Compensation and Reimbursement of Expenses for the Final Period November 27, 2018 through May 31, 2019 [D.I. 1253; Filed 7/9/19].

   **Response Deadline**: July 23, 2019 at 4:00 p.m. (ET).

   **Related Documents**:

   - A. First Monthly Application of Gibbons P.C. as Delaware Counsel for Melanie L. Cyganowski, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period November 27, 2018 through December 31, 2018 [D.I. 682; Filed 2/6/19].

   - B. Certificate of No Objection Regarding First Monthly Application of Gibbons P.C. as Delaware Counsel for Melanie L. Cyganowski, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period November 27, 2018 through December 31, 2018 [D.I. 825; Filed 2/27/19].

   - C. Second Monthly Application of Gibbons P.C. as Delaware Counsel for Melanie L. Cyganowski, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2019 through February 28, 2019 [D.I. 872; Filed 3/15/19].

   - D. Certificate of No Objection Regarding Second Monthly Application of Gibbons P.C. as Delaware Counsel for Melanie L. Cyganowski, Patient Care Ombudsman

        for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2019 through February 28, 2019 [D.I. 953; Filed 4/5/19].

    E.    Third Monthly Application of Gibbons P.C. as Delaware Counsel for Melanie L. Cyganowski, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period March 1, 2019 through March 31, 2019 [D.I. 1016; Filed 4/26/19].

    F.    Certificate of No Objection Regarding Third Monthly Application of Gibbons P.C. as Delaware Counsel for Melanie L. Cyganowski, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period March 1, 2019 through March 31, 2019 [D.I. 1110; Filed 5/20/19].

**Responses Received**: None.

**Status**: This matter is going forward.

5.    The Application of Patient Care Ombudsman and Otterbourg P.C. as Counsel to the Patient Care Ombudsman for (I) Second Interim Allowance of Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2019 Through and Including June 30, 2019 and (II) Final Allowance of Compensation for Services and Reimbursement of Expenses for the Period from November 27, 2018 Through and Including May 31, 2019 for the period November 27, 2018 to May 31, 2019 [D.I. 1291; Filed 7/23/19].

**Response Deadline**:  August 8, 2019 at 4:00 p.m. (ET).

**Related Documents**:

    A.    First Interim Application of Patient Care Ombudsman and Otterbourg P.C. as Counsel to the Patient Care Ombudsman for Allowance of Compensation for Services and Reimbursement of Expenses for the Period from November 29, 2018 Through January 31, 2019 [D.I. 871; Filed 3/15/19].

    B.    Order Granting Interim Fee Applications [D.I. 1089; Filed 5/13/19].

**Responses Received**: None.

**Status**: This matter is going forward.

<table>
<tr><td>Dated: August 16, 2019<br>Wilmington, Delaware</td><td>DLA PIPER LLP (US)<br><br>/s/ <i>Stuart M. Brown</i><br>Stuart M. Brown (#4050)<br>Kaitlin W. MacKenzie (#5924)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@dlapiper.com<br>       Kaitlin.MacKenzie@dlapiper.com<br>       Matthew.Sarna@dlapipeer.com<br><br>-and-<br><br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>John Tishler (admitted <i>pro hac vice</i>)<br>Katie G. Stenberg (admitted <i>pro hac vice</i>)<br>Blake D. Roth (admitted <i>pro hac vice</i>)<br>Tyler N. Layne (admitted <i>pro hac vice</i>)<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>Email: John.Tishler@wallerlaw.com<br>       Katie.Stenberg@wallerlaw.com<br>       Blake.Roth@wallerlaw.com<br>       Tyler.Layne@wallerlaw.com<br><br><i>Attorneys for the Debtors and<br>Debtors in Possession</i></td></tr>
</table>