IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                          : Chapter 11
                                                                :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]                     : Case No. 18-12491 (CSS)
                                                                :
    Debtors.                                                    : (Jointly Administered)
                                                                :
                                                                : **Related D.I.: 672, 770, 788, 1173, 1222, 1407, 1410**
---------------------------------------------------------------x

## NOTICE OF CONSUMMATION OF SALE [LEXMARK]

**PLEASE TAKE NOTICE** that on February 4, 2019, Promise Healthcare Group, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Seller to Assume and Assign Certain Executory Contracts, and (III) Granting Related Relief* [D.I. 672] (the "Lexmark Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

**PLEASE TAKE FURTHER NOTICE** that on February 18, 2019, the Court entered the *Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Seller to Assume and Assign Certain Executory Contracts, and (III) Granting Related Relief* [D.I. 770] (the "Lexmark Sale Order"), which, among other things, authorized and approved the sale of the Purchased Assets (the "Sale") to Lexmark Holdings LLC ("Lexmark") pursuant to the Asset Purchase Agreement, attached as an exhibit to the Lexmark Sale Motion.  Subsequently, on February 19, 2019, the Court entered an order amending the Lexmark Sale Order [D.I. 788] (the "Amended Lexmark Sale Order").

**PLEASE TAKE FURTHER NOTICE** that on June 13, 2019, the Debtors filed the *Debtors' Motion for Entry of an Order Approving Amendment to Asset Purchase Agreement Entered into with Lexmark Holdings LLC* [D.I. 1173].  Subsequently, on June 21, 2019, the Court entered the *Order Approving Amendment to Asset Purchase Agreement Entered into with Lexmark Holdings LLC* [D.I. 1222].

**PLEASE TAKE FURTHER NOTICE** that following a further hearing before the Court on August 27, 2019, on August 28, 2019, the Debtors filed the *Certification of Counsel Regarding Order Modifying Amended Lexmark Sale Order* [D.I. 1407].  Subsequently, on August 29, 2019, the Court entered the *Order Modifying Amended Lexmark Sale Order* [D.I. 1410] (the "Modified Amended Lexmark Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, effective as of 12:01 a.m. (determined by reference to the local time zone in which the applicable Seller Facility (as defined in the Asset Purchase Agreement) is located) on August 31, 2019, the Debtors and Lexmark consummated the closing of the Sale in accordance with the terms of the Asset Purchase Agreement, as amended, and the Modified Amended Lexmark Sale Order.

**PLEASE TAKE FURTHER NOTICE** that the Schedules to the Asset Purchase Agreement, as amended, are attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in these Chapter 11 Cases, including all public documents related to the Sale, may be obtained free of charge at https://cases.primeclerk.com/promisehealthcaregroup.com

*[Remainder of Page Intentionally Left Blank]*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Lexmark Sale Order, or, as applicable, the Modified Amended Lexmark Sale Order.

EAST\169038534.2

| | |
|---|---|
| Dated: September 6, 2019<br>Wilmington, Delaware | DLA PIPER LLP (US)<br><br>/s/ *Stuart M. Brown*<br>Stuart M. Brown (#4050)<br>Kaitlin W. MacKenzie (#5924)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@dlapiper.com<br>          Kaitlin.MacKenzie@dlapiper.com<br>          Matthew.Sarna@dlapiper.com<br><br>-and-<br><br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>John Tishler (admitted *pro hac vice*)<br>Katie G. Stenberg (admitted *pro hac vice*)<br>Blake D. Roth (admitted *pro hac vice*)<br>Tyler N. Layne (admitted *pro hac vice*)<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>Email: John.Tishler@wallerlaw.com<br>          Katie.Stenberg@wallerlaw.com<br>          Blake.Roth@wallerlaw.com<br>          Tyler.Layne@wallerlaw.com<br><br>*Attorneys for the Debtors and*<br>*Debtors in Possession* |