# **EXHIBIT 1**

**(Schedules to Asset Purchase Agreement)**

August 28, 2019

**VIA EMAIL**

Mark Tress
Cedar Holdings, LLC
150 Airport Road, Suite 900
Lakewood, NJ 08701

   Re:  Asset Purchase Agreement, dated February 4, 2019, as amended, by and among Promise Healthcare, Inc. ("Sellers' Parent"), Promise Hospital of Louisiana, Inc., a Louisiana corporation ("PH of Louisiana"), Promise Properties of Shreveport, LLC, a Louisiana limited liability company ("Promise Properties of Shreveport"), Bossier Land Acquisition Corp., a Florida corporation ("Bossier Properties," together with PH of Louisiana, Promise Properties of Shreveport and Bossier Properties, collectively, the "Sellers" and each individually a "Seller"), Lexmark Holdings LLC, a New York limited liability company ("Buyer's Parent"), and Intensive Specialty Hospital, LLC, a Louisiana limited liability company ("Buyer") (the "Purchase Agreement").

Dear Mr. Tress:

   This letter agreement shall serve as notice to Buyer and Buyer's Parent that the Schedules to the Purchase Agreement are supplemented and replaced in their entirety by those Schedules attached hereto as Attachment 1.  The following Schedules have been updated, as reflected in the redline comparison attached hereto as Attachment 2: Schedule 1.1(b), Schedule 2.1(b), Schedule 2.1(c), Schedule 2.1(j), Schedule 2.2(f), Schedule 2.2(t), Schedule 2.3(b), Schedule 3.3(a), Schedule 3.5, Schedule 3.8, Schedule 3.9(b), Schedule 3.13, Schedule 3.14(b), and Schedule 3.17.  Additionally, the pdf attachments for Schedules 3.10 and 3.13 have been supplemented and replaced.  Please note that the updates to Schedule 3.8 include updated cure amounts that are incorporated by reference into Schedule 2.3(b).

   Sellers and Sellers' Parent request Buyer and Buyer's Parent's execution of this letter agreement with a copy of such parties' signatures to be returned to Sellers and Sellers' Parent no later than the Closing Date.  By execution of this letter agreement, Buyer and Buyer's Parent accept and confirm the Schedules attached hereto as Attachment 1 as the final Schedules to the Purchase Agreement.

         PROMISE HEALTHCARE, INC., on behalf of Sellers and Sellers' Parent

         Andrew Hinkelman, Chief Restructuring Officer

Attachments

cc:  Rice Pugatch Robinson Storfer & Cohen PLLC (w/attachments)
   101 NE Third Avenue, Suite 1800

4820-7813-1106.3

Michael E. Tarvin
February 15, 2019
Page 2

      Fort Lauderdale, FL 33301
      Attn:  Chad Pugatch and Michael Karsch

4820-7813-1106.3

ACCEPTED AND AGREED THIS _____ DAY OF AUGUST 2019.

**LEXMARK HOLDINGS LLC**
a New York limited liability company

By: _____
Name: _____Stephen    Werdiger_____
Title: _____Sole    Member_____

**INTENSIVE SPECIALTY HOSPITAL, LLC**
a Louisiana limited liability company

By: _____
Name: _____Chaim    Rottenberg_____
Title: _____Sole    member_____

**<u>Attachment 1</u>**:

See attached updated fully compiled Schedules to the Purchase Agreement.

**SCHEDULES**
**TO**
**ASSET PURCHASE AGREEMENT**
**BY AND BETWEEN**


**PROMISE HEALTHCARE, INC.**
**THE SUBSIDIARIES THEREOF**
**LISTED ON EXHIBIT 1**
**BUYERS LISTED ON EXHIBIT 2**
**AND**
**LEXMARK HOLDINGS LLC**


**February 4, 2019**

**SCHEDULE 1.1(a)**

**FACILITY IP**
**(Bossier City and Shreveport)**

None.

**SCHEDULE 1.1(b)**

**PERMITTED ENCUMBRANCES**
**(Bossier City and Shreveport)**

None.

**SCHEDULE 2.1(a)**

**OWNED REAL PROPERTY**
**(Bossier City)**

Lot 1, Promise Subdivision as recorded in Conveyance Book 1364, Page 22, of the records of Bossier Parish, Louisiana. Being further described as:

TRACT 1

A tract of land located in Section 16, Township 18 North, Range 13 West, Bossier Parish, Louisiana, being more particularly described as follows:

> Commencing at the Westerly right of way line of Airline Drive, with the Northerly right of way line of Viking Drive;
> Run thence along said Northerly right-of-way line North 89°36'25" West, a distance of 1,717.75 feet to the Point of Beginning of tract herein described:
> Run thence along said Northerly right of way line North 89°41'22" West, a distance of 362.69 feet;
> Thence leaving said Northerly right of way line run North 00°24'58" East, a distance of 480.66 feet to a point on the Southerly right of way line of Interstate 220;
> Run thence along said Southerly right of way line South 89°36'37" East, a distance of 362.69 feet;
> Thence leaving said Southerly right of way line run South 00°24'58" West, a distance of 480.16 feet to the Point of Beginning.

AND

TRACT 2

A tract of land located in Section 16, Township 18 North, Range 13 West, Bossier Parish, Louisiana, being more particularly described as follows:

> Beginning at the Southwest Comer of a four (4) acre tract as described in Cash Sale Deed, as recorded under Instrument No. 850273, Book 1354, pages 279 through 291, of the records of Bossier Parish, Louisiana, said point also located on the Northerly right of way line of Viking Drive:
> Run thence along said Northerly right of way line North 89°41'22" West, a distance of 90.63 feet;
> Thence leaving said Northerly right of way line run North 00°24'58" East, a distance of 480.79 feet to a point on the Southerly right of way line of Interstate 220;
> Run thence along said Southerly right of way line South 89°36'37" East, a distance of 90.63 feet to the Northwest Comer of said four ( 4) acre tract;
> Thence leaving said Southerly right of way line run along the Westerly property line of said four (4) acre tract South 00°24'58" West, a distance of 480.66 feet to the Point of Beginning.

All in accordance with ALTA/ACSM Land Title Survey prepared by Coyle Engineering Co. Inc., dated August 1, 2013.

**SCHEDULE 2.1(a)**

**OWNED REAL PROPERTY**
**(Shreveport)**

Tract I - Lots 20, 21, 22, 23, 24, 25 and the West 23 feet of Lot 26, Block "C", Texarkana Annex, a subdivision of Shreveport, Caddo Parish, Louisiana, as per map in Book 17, Page 22 of the Conveyance Records of Caddo Parish, Louisiana.

Tract II - Lots A, B and C, Olive Garden Subdivision, Caddo Parish, Louisiana, a subdivision as per plat filed of record in Conveyance Book 600, Page 517 of the Conveyance Records of Caddo Parish, Louisiana.

Tract III - Lots 20, 21, 22 and 23, Block "D", Texarkana Annex, a subdivision of the City of Shreveport, Caddo Parish, Louisiana, as per plat thereof recorded in Conveyance Book 17, Page 22 of the records of Caddo Parish, Louisiana.

Tract IV - Lots 24, 25, 26 and 27, Block "D", Texarkana Annex, a subdivision of the City of Shreveport, Caddo Parish, Louisiana, as per plat thereof recorded in Conveyance Book 17, Page 22 of the records of Caddo Parish, Louisiana.

Tract V - Lots 28, 29 and 30, Block "D", Texarkana Annex, City of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Conveyance Book 17, Page 22 of the records of Caddo Parish, Louisiana.

Tract VI - Lots 23 through 30, inclusive, and the North thirty feet of Lot 22, lying next to and adjoining Lot 23, Block "G", Texarkana Annex, a subdivision of the City of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Book 17, Page 22 of the Conveyance Records of Caddo Parish, Louisiana.

**Also described as**:

TRACT I

A tract of land consisting of Lots 20, 21, 22, 23 and Lots 24, 25 and the West twenty-three feet (23') of Lot 26, Block "C", Texarkana Annex, a subdivision of Shreveport, Caddo Parish, Louisiana, as per map in Book 17, page 22 of the Conveyance Records of Caddo Parish, Louisiana, said Lots 20, 21, 22, and 23 being more particularly described as follows:

Beginning at the Southeast corner of Lot 20, Block "C", of said subdivision, said point being on the North right of way line of Topeka Street, for Point of Beginning of tract:
Run thence along the North right of way line of Topeka Street, South 89°44'32" West, a distance of 160.24 feet to a point on the East right of way line of Irving Place; run thence along the East right of way line of Irving Place, North 00°16'51" West, a distance of 130.0 feet to the South right of way line of an alley;
run thence along the South right of way line of said alley North 89°52'50" East, a distance of 159.75 feet; run thence South 00°29'50" East, a distance of 129.62 feet to the Point of Beginning of tract containing 0.477 acres, more or less.

AND

Lots 24, 25 and the West twenty three feet (23') of Lot 26 being more particularly described as follows:

Beginning at the Southwest corner of Lot 24, Block "C", said point being on the East right of way line of Irving Place, for the Point of Beginning of tract herein described:

Run thence along the East right of way line of Irving Place North 00°16'51" West, a distance of 129.99 feet to the Southeast intersection of Irving Place and Wichita Avenue; run thence along the South right of way line of Wichita Avenue, North 89°37'53" East, a distance of 102.80 feet; run thence South 00°18'12" East, a distance of 129.90 feet to the North right of way line of an alley; run thence along said North right of way line of alley South 89°35'21" West, a distance of 102.85 feet to the Point of Beginning of tract, containing 0.307 acres, more or less, for a combined total tract acreage of 0.784 acres, more or less.

TRACT II

A tract of land consisting of Lots A, B and C, Olive Garden Subdivision, a subdivision of Shreveport, Caddo Parish, Louisiana, as per map in Book 600, page 517, of the Conveyance Records of Caddo Parish, Louisiana, being more particularly described as follows:

Beginning at the Northeast corner of Lot A of said subdivision, said point being on the West right of way line of Irving Place for a Point of Beginning:

Run thence along said West right of way line of Irving Place, South 00°20'39" East, a distance of 139.21 feet to the Northwest intersection of Irving Place and Olive Street; run thence along the North right of way line of Olive Street, South 89°45'00" West, a distance of 200.00 feet to the East right of way line of an alley; run thence along the East right of way line of alley, North 00°18'56" West, a distance of 139.30 feet;
run thence North 89°46'30" East, a distance of 199.93 feet to the Point of Beginning, containing 0.639 acres.

TRACT III

A tract of land consisting of Lots 20, 21, 22 and 23, Block "D" Texarkana Annex, a subdivision of Shreveport, Caddo Parish, Louisiana, as per map in Book 17, page 22, of the Conveyance Records of Caddo Parish, Louisiana, being more particularly described as follows:

Beginning at the Southwest corner of Lot 23, Block "D", said subdivision, said point being the Northeast intersection of Olive Street and Irving Place, for a Point of Beginning of tract: Run thence along the East right of way line of Irving Place North 00°18'16" West, a distance of 130.09 feet to the South right of way line of alley; run thence along said South right of way line of alley North 89°44'52" East, a distance of 159.22 feet; run thence South 00°23'04" East, a distance of 130.09 feet to a point on the North right of way line of Olive Street; run thence along said North right of way line of Olive Street, South 89°45'00" West, a distance of 160.10 feet to the Point of Beginning of Tract, containing 0.478 acres, more or less.

TRACTS IV &V

Two (2) tracts of land consisting of Lots 24, 25, 26, 27 and Lots 28, 29 and 30, Block "D", Texarkana Annex, a subdivision of Shreveport, Caddo Parish, Louisiana, as per map in Book 17, page 22, of the Conveyance Records of Caddo Parish, Louisiana, being more particularly described as follows:

Beginning at the Southwest comer of Lot 24, Block "D", of said subdivision, said point being on the East right of way line of Irving Place, for a Point of Beginning of tract:

Run thence along said East right of way line of Irving Place, North 00°22'10" West, a distance of 130.0 feet to the Southeast intersection of Topeka Street and Irving Place; run thence along the South right of way line of Topeka Street, North 89°44'50" East, a distance of 280.0 feet; run thence South 00°20'26" East, a distance of 130.0 feet to the North right of way line of an alley; run thence along said North right of way line of alley, South 89°44'52" West, a distance of 279.93 feet to the Point of Beginning of tract, containing a total of 0.836 acres, more or less.

TRACT VI

A tract of land consisting of Lots 23 through 30, inclusive, and the North thirty feet (30') of Lot 22, lying next to and adjoining Lot 23, Block "G", Texarkana Annex, a subdivision of Shreveport, Caddo Parish, Louisiana, as per map in Book 17, page 22 of the Conveyance Records of Caddo Parish, Louisiana, being more particularly described as follows:

Beginning at the Northeast corner of Lot 30, Block "G", said subdivision, said point being on the Southwest intersection of Wichita Avenue and Irving Place, for a Point of Beginning of tract:

Run thence along the West right of way line of Irving Place South 00°19' 56" East a distance of 350.12 feet; run thence South 89°42'16" West, a distance of 200.21 feet to the East right of way line of an alley; run thence along said East right of way, North 00°17'55" West, a distance of 350.00 feet to the point on the South right of way line of Wichita Avenue; run thence along said South right of way line of Wichita Avenue, North 89°40'13" East, a distance of 200.00 feet to the Point of Beginning of Tract, containing 1.608 acres, more or less.

**SCHEDULE 2.1(b)**

**PROPOSED TENANT LEASES**
**(Bossier City)**

None.

**SCHEDULE 2.1(b)**

**PROPOSED TENANT LEASES**
**(Shreveport)**

None.

**SCHEDULE 2.1(c)**

**PROPOSED LESSOR LEASES**
**(Bossier City)**

None.

## SCHEDULE 2.1(c)

## PROPOSED LESSOR LEASES
### (Shreveport)

None.

**SCHEDULE 2.1(g)**

**SELLER NAMES**
**(Bossier City and Shreveport)**

---

- Bossier Land Acquisition Corp.
- Promise Hospital of Louisiana, Inc.
- Promise Properties of Shreveport, LLC

## SCHEDULE 2.1(j)

## PROPOSED ASSUMED MATERIAL CONTRACTS
### (Bossier City and Shreveport)

All Contracts listed on <u>Schedule 3.8</u> hereto are incorporated by reference, except:

    (i)       that certain Guaranty Agreement dated July 15, 2016 by and between Promise Hospital of Louisiana, Inc. and Varilease Finance, Inc.,;

    (ii)      that certain Services Contract dated August 1, 2017 by and among Promise Healthcare, Inc., Promise Hospital of Louisiana, Inc. and Chase Transcriptions, Inc.;

    (iii)     that certain Wound Care Program Services Agreement dated July 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management; and

    (iv)     that certain Wound Care Program Services Agreement dated November 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.

.

## SCHEDULE 2.2(f)

## EXCLUDED CONTRACTS
### (Bossier City and Shreveport)

a. Master Lease Agreement dated July 2, 2015 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules thereto.

b. Master Lease Agreement dated April 10, 2011 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

c. Master Lease Agreement dated July 13, 2016 by and between TFG-Florida, L.P. and Promise Healthcare, Inc. and all schedules and amendments thereto.

d. Master Lease Agreement dated January 1, 2006 by and between Promise Healthcare, Inc. and Dell Financial Services, LP and all schedules and amendments thereto.

e. Transaction Finance Agreement dated June 23, 2016 by and between Promise Healthcare, Inc. and IBM Credit LLC and all schedules and amendments thereto.

f. Master Lease Agreement dated July 15, 2016 by and between Varilease Finance, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

g. Equipment Rental Agreement dated December 14, 2014 by and between Freedom Medical, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

h. Rental Agreement by and between KCI USA, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

i. Customer Order dated July 15, 2014 by and between CareFusion Solutions, LLC and Promise Hospital of Louisiana, Inc.

j. Customer Order dated July 11, 2014 by and between CareFusion Solutions, LLC and Promise Hospital of Louisiana, Inc.

k. Software License and Services Agreement effective as of April 16, 2014 by and between 3M and Promise Healthcare and all amendments thereto.

l. Guaranty Agreement dated July 15, 2016 by and between Promise Hospital of Louisiana, Inc. and Varilease Finance, Inc.

4844-4691-3414.9

m.  Services Contract dated August 1, 2017 by and among Promise Healthcare, Inc., Promise Hospital of Louisiana, Inc. and Chase Transcriptions, Inc.

n.  Wound Care Program Services Agreement dated July 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.

o.  Wound Care Program Services Agreement dated November 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.

**SCHEDULE 2.2(t)**

**OTHER EXCLUDED ASSETS**
**(Bossier City and Shreveport)**

1.  Assets used in connection with the operation of any facility that is not identified as a Seller Facility on <u>Exhibit 1</u> hereto.

2.  Certain assets are subject to the following lease agreements:

   a.  Master Lease Agreement dated July 2, 2015 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

   b.  Master Lease Agreement dated April 10, 2011 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

   c.  Master Lease Agreement dated July 13, 2016 by and between TFG-Florida, L.P. and Promise Healthcare, Inc. and all schedules and amendments thereto.

   d.  Master Lease Agreement dated January 1, 2006 by and between Promise Healthcare, Inc. and Dell Financial Services, LP and all schedules and amendments thereto.

   e.  Transaction Finance Agreement dated June 23, 2016 by and between Promise Healthcare, Inc. and IBM Credit LLC and all schedules and amendments thereto.

   f.  Master Lease Agreement dated July 15, 2016 by and between Varilease Finance, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

   g.  Equipment Rental Agreement dated December 14, 2014 by and between Freedom Medical, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

   h.  Rental Agreement by and between KCI USA, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

i.   Sigma Spectrum Equipment Lease and Software License Agreement No. SP9072/SL9072 dated November 25, 2013 by and between Baxter Health Corporation and Promise Hospital of Louisiana, Inc.

j.   Sigma Spectrum Equipment Lease and Software License Agreement No. SL9077 dated November 25, 2013 by and between Baxter Health Corporation and Promise Hospital of Louisiana, Inc. Bossier Campus.

k.   Equipment Lease dated October 20, 2007 by and between Ikon Office Solutions and Promise Hospital of Louisiana, Inc.

l.   Ross Pump Lease Agreement dated November 7, 2007 by and among Ross Products Division, Abbott Laboratories, Inc. and Promise Hospital of Louisiana.

m.   Customer Order dated July 15, 2014 by and between CareFusion Solutions, LLC and Promise Hospital of Louisiana, Inc.

**SCHEDULE 2.3(a)(viii)**

**OTHER ASSUMED LIABILITIES**
**(Bossier City and Shreveport)**

---

WARN Act liabilities incurred as a result of Buyer's post Closing actions, in light of the actions of Sellers disclosed pursuant to this Agreement, solely from any terminations occurring after the Closing of former employees of Sellers hired by the Buyers after the Closing.

**SCHEDULE 2.3(b)**

**CURE AMOUNTS FOR PROPOSED ASSIGNED CONTRACTS**
**(Bossier City and Shreveport)**

Those certain estimate Cure Amounts listed on <u>Schedule 3.8</u> hereto are incorporated by reference, except any such amount related to:

(i)     that certain Guaranty Agreement dated July 15, 2016 by and between Promise Hospital of Louisiana, Inc. and Varilease Finance, Inc.,;

(ii)    that certain Services Contract dated August 1, 2017 by and among Promise Healthcare, Inc., Promise Hospital of Louisiana, Inc. and Chase Transcriptions, Inc.;

(iii)   that certain Wound Care Program Services Agreement dated July 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management; and

(iv)    that certain Wound Care Program Services Agreement dated November 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.

**SCHEDULE 2.9(a)(i)**

**TITLE COMMITMENTS**
**(Bossier City)**

| | |
|---|---|
| Bossier Land Acquisition Corporation<br>2525 Viking Drive<br>Bossier City, LA 71111<br><br>(Promise Hospital of Louisiana,<br>Bossier City Campus) | Fidelity National Title Insurance Company, UTLA File No. 18-002920-960, effective October 22, 2018 at 8:00 a.m. |

**SCHEDULE 2.9(a)(i)**

**TITLE COMMITMENTS**
**(Shreveport)**

| | |
|---|---|
| Promise Properties of Shreveport, LLC<br>1800 Irving Place<br>Shreveport, LA 71101<br><br>(Promise Hospital of Louisiana, Shreveport Campus) | Fidelity National Title Insurance Company, UTLA File No. 18-002919-960, effective as of October 22, 2018 at 8:00 a.m., and revised as of November 19, 2018. |

**SCHEDULE 2.9(a)(ii)**

**SELLER SURVEYS**
**(Bossier City)**

| | |
|---|---|
| Bossier Land Acquisition Corporation<br>2525 Viking Drive<br>Bossier City, LA 71111<br><br>(Promise Hospital of Louisiana, Bossier City Campus) | Preliminary survey received November 14, 2018; dated November 13, 2018, prepared by Michael O. Cook, Job No. 18-4386; Pixis Job No. 18-10-030-008 |

## SCHEDULE 2.9(a)(ii)

## SELLER SURVEYS
### (Shreveport)

| | |
|---|---|
| Promise Properties of Shreveport, LLC<br>1800 Irving Place<br>Shreveport, LA 71101<br><br>(Promise Hospital of Louisiana, Shreveport Campus) | Preliminary survey received November 16, 2018; dated November 13, 2018, as revised November 15, 2018, prepared by Michael O. Cook, Job No. 18-4385; Pixis Job No. 18-10-030-007 |

**SCHEDULE 2.9(b)**

**ENVIRONMENTAL ASSESSMENTS**
**(Bossier City)**

---

Phase I Environmental Site Assessment Report, Project No. 18-230118.8, dated November 12, 2018: Promise Hospital of Louisiana Bossier City Campus, 2525 Viking Drive, Bossier City, Louisiana 71111

**SCHEDULE 2.9(b)**

**ENVIRONMENTAL ASSESSMENTS**
**(Shreveport)**

Phase I Environmental Site Assessment Report, Project No. 18-230118.9, dated November 12, 2018: Shreveport Campus, 1800 Irving Place, Shreveport, Louisiana 71101

**SCHEDULE 2.9(c)**

**PROPERTY CONDITIONS REPORT**
**(Bossier City)**

---

Property Condition Report, Project No. 18-230118.8, dated November 12, 2018:  Promise Hospital of Louisiana, Bossier Campus, 2525 Viking Drive, Bossier City, Louisiana 71111

**SCHEDULE 2.9(c)**

**PROPERTY CONDITIONS REPORT**
**(Shreveport)**

---

Property Condition Report, Project No. 18-230118.8, dated November 12, 2018:  Promise Hospital of Louisiana, Shreveport Campus, 1800 Irving Place, Shreveport, Louisiana 71101

**SCHEDULE 2.10(f)**

**PURCHASE PRICE ALLOCATION**
**(Bossier City and Shreveport)**

---

**[To be provided.]**

**SCHEDULE 3.1(c)**

**REQUIRED CONSENTS**
**(SELLERS AND SELLERS' PARENT)**
**(Bossier City and Shreveport)**

---

1. Approval of the Bankruptcy Court.

2. Wells Fargo Bank, National Association, as administrative agent for itself and the other lenders under Sellers' Parent and Sellers' debtor-in-possession financing facility.

3. Approvals required in connection with the filings made for the items listed on <u>Schedule 3.5</u> hereto are incorporated herein by reference.

## SCHEDULE 3.3(a)

## OWNERSHIP OF PURCHASED ASSETS
### (Bossier City and Shreveport)

1. The following real property liens:

| Property Location | Seller Party Name | Jurisdiction | Lien No. and Date | Secured Party |
|---|---|---|---|---|
| Caddo Parish | Promise Properties of Shreveport, LLC | Caddo Parish, LA | Entry No. 2705129 6/22/18 | MORSE COVERS, INC. |
| Caddo Parish | Promise Healthcare, Inc., etc. | Caddo Parish, LA | Entry No. 2695130 4/20/18 | MCINNIS BROTHERS CONSTRUCTION, INC. |
| Caddo Parish | Promise Properties of Shreveport, LLC | Caddo Parish, LA (Mortgage and Security Agreement) | 2495547 Book 5660, page 456 3/17/14 | Wilmington Trust National Association |
| Bossier Parish | Bossier Land Acquisition Corp. | Bossier Parish, LA (Mortgage and Security Agreement) | 1093082 Book 2355, page 289 3/17/14 | Wilmington Trust National Association |

2. The following judgment liens:

| Seller Party Name | Jurisdiction | Lien No. and Date | Secured Party |
|---|---|---|---|
| Promise Hospital of Louisiana, Inc. | Bossier Parish, LA | 1181072 12/04/2017 | St. Christopher Imaging, LLC |
| Promise Hospital of Louisiana, Inc. | Bossier Parish, LA | 1193558 06/29/2018 | Priority Nurse Staffing, Inc. d/b/a Priority Medical Staffing |
| Promise Hospital of Louisiana, Inc. | Bossier Parish, LA | 1202247 11/20/2018 | Camus Electric Company |
| Promise Hospital of Louisiana, Inc. | Caddo Parish, LA | 2679193 12/04/2017 | St. Christopher Imaging, LLC |

3. The following personal property liens:

| Seller Party Name | Jurisdiction | Filing No. and Date | Secured Party |
|---|---|---|---|
| Promise Hospital of Louisiana, Inc. | UCC Records of East Baton Rouge | 17-1425668 03/21/2016 | Wells Fargo Bank, National |

| | Parish | (Assignment: 17-1460005 05/9/2019) | Association, as Agent (assigned to CVP Loan Servicing LLC, as Agent) |
|---|---|---|---|
| Promise Hospital of Louisiana, Inc. | UCC Records of Bossier Parish | 08-438006 09/16/2016 | VFI KR SPE I LLC |
| Promise Hospital of Louisiana, Inc. | UCC Records of Bossier Parish | 08-443617 07/07/2017 (Amendment: 08-453203 11/29/2018) | Crestmark Equipment Finance Inc. |
| Promise Properties of Shreveport, LLC | UCC Records of East Baton Rouge Parish | 17-1400903 03/17/2014 (Continuation: 171458540 03/14/2019) <br><br> 17-1400904 03/17/2014 (Continuation: 171458541 03/14/2019) <br><br> 17-1400905 03/17/2014 (Continuation: 17-1458542 03/14/2019) | Wilmington Trust, National Association, as collateral agent |
| Promise Properties of Louisiana, LLC | UCC Records of Caddo Parish | 09-1231530 03/19/14 (Amendment: 09-1291884 03/22/2016) | Wilmington Trust, National Association, as collateral agent |
| Bossier Land Acquisition Corp. | UCC Records of East Baton Rouge Parish | 17-1400901 03/17/2014 <br><br> 17-1400902 03/17/2014 | Wilmington Trust, National Association, as collateral agent |
| Bossier Land Acquisition Corp. | FL (UCC) | 201400954132 03/18/2014 | Wilmington Trust, National Association, as collateral agent |

## SCHEDULE 3.4

## FINANCIAL STATEMENTS
### (Bossier City and Shreveport)

See attached.

**PROMISE HEALTHCARE, INC**
**Consolidating Balance Sheet Statement - At 11/4/2018**
<span style="color:red">**SUBJECT TO AUDIT ADJUSTMENTS**</span>

|  | Bossier[1] |
|---|---|
| **ASSETS** | |
| **CURRENT ASSET** | |
| CASH & CASH EQUIVALENTS | $11,990 |
| ACCOUNTS RECEIVABLE | 10,955,873 |
| ALLOW. FOR DOUBTFUL ACCTS. | (7,653,356) |
| ACCOUNTS RECEIVABLE, NET | 3,302,517 |
| PHARMACEUTICALS & SUPPLIES | 173,597 |
| THIRD PARTY RECEIVABLE | - |
| PREPAID EXPENSE & OTHER RECEIVABLES | 20,389 |
| DUE FROM RELATED PARTY | 37,375,426 |
| **TOTAL CURRENT ASSETS** | **40,883,919** |
| **FIXED ASSETS** | |
| PROPERTY, PLANT, & EQUIP | 12,966,089 |
| ACCUMULATED DEPRECIATION | (1,698,397) |
| NET PROPERTY, PLANT, & EQUIP | 11,267,692 |
| **TOTAL ASSETS[2]** | **$52,151,611** |
| **LIABILITIES** | |
| **CURRENT LIABILITIES** | |
| BANK OVERDRAFT | |
| ACCOUNTS PAYABLE | 1,397,829 |
| PAYROLL TAXES PAYABLE | 61,138 |
| DeFALCO PAYROLL TAXES | - |
| ACCRUED EXPENSE | 1,031,444 |
| DUE TO AFFILIATES | |
| DEFERRED INCOME TAXES | - |
| DEFERRED RENT | - |
| DEFFERED LEASE OBILGATIONS | - |
| THIRD PARTY PAYOR | - |
| CUR MATUR OF CAP LEASE OBLIGATIONS | - |
| NOTES PAYABLE RELATED PARTY | - |
| NOTES PAYABLE | - |
| **TOTAL CURRENT LIABILITIES** | **2,490,411** |
| OBLIGATIONS UNDER CAP LEASES | - |
| NOTES PAYABLE | - |
| NOTES PAYABLE RELATED PARTY | - |
| PAYROLL TAXES PAYABLE, NET OF CURRENT | - |
| LINE OF CREDIT-Wells | - |
| LINE OF CREDIT-Other | 66,345 |
| THIRD PARTY PAYOR | - |
| **TOTAL LIABILITIES** | **$2,556,756** |

*Notes*
  *(1) Includes accompanying real estate entity assets and liabilities*
  *(2) Excludes goodwill, investments in subsidiary, and other assets*

**PROMISE HEALTHCARE, INC**

**Consolidating Balance Sheet Statement - 12/31/17**

Bossier City

| | Bossier[1] |
|---|---|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| CASH & CASH EQUIVALENTS | $ 4,296 |
| | |
| ACCOUNTS RECEIVABLE | 4,600,323 |
| ALLOW. FOR DOUBTFUL ACCTS. | (2,558,112) |
| ACCOUNTS RECEIVABLE, NET | 2,042,211 |
| | |
| INVENTORY | 162,560 |
| PREPAID EXPENSE & OTHER RECEIVABLES | 28,429 |
| DUE FROM RELATED PARTY | 31,723,187 |
| | |
| **TOTAL CURRENT ASSETS** | 33,960,683 |
| | |
| **FIXED ASSETS** | |
| PROPERTY, PLANT, & EQUIP | 12,966,089 |
| ACCUMULATED DEPRECIATION | (1,361,788) |
| NET PROPERTY, PLANT, & EQUIP | 11,604,301 |
| | |
| **TOTAL ASSETS[2]** | $          45,564,984 |
| | |
| **LIABILITIES** | |
| **CURRENT LIABILITIES** | |
| ACCOUNTS PAYABLE | 1,556,810 |
| ACCRUED EMPLOYEE COMPENSATION | 262,125 |
| TAXES WITHHELD AND ACCRUED | 56,386 |
| ACCRUED EXPENSES | 558,967 |
| OTHER LIABILITIES | 89,297 |
| CAPITAL LEASE OBLIGATIONS | 3,233 |
| | |
| TOTAL CURRENT LIABILITIES | 2,526,818 |
| | |
| NOTES PAYABLE | (0) |
| LINE OF CREDIT | 167,781 |
| CAPITAL LEASE OBLIGATIONS | (0) |
| NOTES PAYABLE RELATED PARTY | (0) |
| **TOTAL LIABILITIES** | **2,694,599** |

(1) Includes accompanying real estate entity assets and liabilities
(2) Excludes goodwill, investments in subsidiary, and other assets

**PROMISE HEALTHCARE, INC**

Income Statement

Bossier

*($ in thousands)*

|  | **2017** | **YTD 11.4.18** |
|---|---|---|
| **REVENUE** | | |
| Inpatient Revenue | $21,821 | $18,583 |
| Outpatient Revenue | - | - |
| Other Patient Revenue | - | - |
| General Patient Revenue | - | - |
| Provision For Bad Debt | (472) | (557) |
| Other Revenues | 33 | 20 |
| **TOTAL REVENUE** | **$21,383** | **$18,045** |
| | | |
| **OPERATING EXPENSES** | | |
| Salaries & Wages | 5,570 | 4,430 |
| Employee Taxes & Benefits | 1,158 | 773 |
| Contract Labor | 39 | - |
| Purchased Services | 2,256 | 1,968 |
| Supplies & Materials | 979 | 641 |
| Pharmacy Supplies | 1,280 | 916 |
| Utilities | 288 | 234 |
| Rent - Building | - | - |
| Rentals - Other | 563 | 376 |
| Travel / Entertainment | 31 | 16 |
| Other Expenses | 604 | 496 |
| **TOTAL OPERATING EXPENSE** | **$12,769** | **$9,851** |
| | | |
| **NET OPERATING INCOME / (LOSS)** | **$8,614** | **$8,194** |
| *% Margin* | *40.3%* | *45.4%* |
| | | |
| **Facility-Level Adjustments:** | | |
| Plus: Non-Recurring and One-Time Costs | - | - |
| | | |
| **Adjusted EBITDAM** | **$8,614** | **$8,194** |
| *% Margin* | *40.3%* | *45.4%* |

**PROMISE HEALTHCARE, INC**
**Consolidating Balance Sheet Statement - At 11/4/2018**
**SUBJECT TO AUDIT ADJUSTMENTS**

| | Shreveport[1] |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSET** | |
| CASH & CASH EQUIVALENTS | $15,283 |
| | |
| ACCOUNTS RECEIVABLE | 14,499,485 |
| ALLOW. FOR DOUBTFUL ACCTS. | (8,383,378) |
| ACCOUNTS RECEIVABLE, NET | 6,116,107 |
| | |
| PHARMACEUTICALS & SUPPLIES | 151,628 |
| THIRD PARTY RECEIVABLE | - |
| PREPAID EXPENSE & OTHER RECEIVABLES | 20,252 |
| DUE FROM RELATED PARTY | (32,751,440) |
| | |
| **TOTAL CURRENT ASSETS** | **(26,448,170)** |
| | |
| **FIXED ASSETS** | |
| PROPERTY, PLANT, & EQUIP | 16,416,801 |
| ACCUMULATED DEPRECIATION | (4,248,969) |
| NET PROPERTY, PLANT, & EQUIP | 12,167,832 |
| | |
| **TOTAL ASSETS**[2] | **($14,280,338)** |
| | |
| **LIABILITIES** | |
| **CURRENT LIABILITIES** | |
| BANK OVERDRAFT | |
| | |
| ACCOUNTS PAYABLE | 2,459,927 |
| | |
| PAYROLL TAXES PAYABLE | 180,855 |
| | |
| DeFALCO PAYROLL TAXES | 44,097 |
| ACCRUED EXPENSE | 1,958,358 |
| DUE TO AFFILIATES | |
| DEFERRED INCOME TAXES | 50,405 |
| DEFERRED RENT | - |
| DEFFERED LEASE OBILGATIONS | - |
| THIRD PARTY PAYOR | 436,370 |
| CUR MATUR OF CAP LEASE OBLIGATIONS | |
| NOTES PAYABLE RELATED PARTY | - |
| NOTES PAYABLE | - |
| | |
| TOTAL CURRENT LIABILITIES | 5,130,012 |
| | |
| OBLIGATIONS UNDER CAP LEASES | - |
| NOTES PAYABLE | - |
| NOTES PAYABLE RELATED PARTY | - |
| PAYROLL TAXES PAYABLE, NET OF CURRENT | 53,061 |
| LINE OF CREDIT-Wells | - |
| LINE OF CREDIT-Other | 205,022 |
| THIRD PARTY PAYOR | - |
| | |
| **TOTAL LIABILITIES** | **$5,388,095** |

*Notes*
   *(1) Includes accompanying real estate entity assets and liabilities*
   *(2) Excludes goodwill, investments in subsidiary, and other assets*

Schedule B-4

# PROMISE HEALTHCARE, INC

**Consolidating Balance Sheet Statement - 12/31/17**

Shreveport

| | Shreveport[1] |
|---|---|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| CASH & CASH EQUIVALENTS | $ 14,026 |
| ACCOUNTS RECEIVABLE | 9,039,598 |
| ALLOW. FOR DOUBTFUL ACCTS. | (5,222,662) |
| ACCOUNTS RECEIVABLE, NET | 3,816,936 |
| INVENTORY | 136,385 |
| PREPAID EXPENSE & OTHER RECEIVABLES | 207,178 |
| DUE FROM RELATED PARTY | (33,996,865) |
| **TOTAL CURRENT ASSETS** | (29,822,340) |
| **FIXED ASSETS** | |
| PROPERTY, PLANT, & EQUIP | 16,092,030 |
| ACCUMULATED DEPRECIATION | (3,415,363) |
| NET PROPERTY, PLANT, & EQUIP | 12,676,667 |
| **TOTAL ASSETS** | $    (17,145,673) |
| **LIABILITIES** | |
| **CURRENT LIABILITIES** | |
| ACCOUNTS PAYABLE | 2,078,395 |
| ACCRUED EMPLOYEE COMPENSATION | 974,727 |
| TAXES WITHHELD AND ACCRUED | 162,885 |
| ACCRUED EXPENSES | 699,544 |
| OTHER LIABILITIES | 124,523 |
| CAPITAL LEASE OBLIGATIONS | (0) |
| TOTAL CURRENT LIABILITIES | 4,040,074 |
| NOTES PAYABLE | (0) |
| LINE OF CREDIT | 469,898 |
| CAPITAL LEASE OBLIGATIONS | (0) |
| NOTES PAYABLE RELATED PARTY | (0) |
| **TOTAL LIABILITIES** | **4,509,972** |

(1) Includes accompanying real estate entity assets and liabilities
(2) Excludes goodwill, investments in subsidiary, and other assets

**PROMISE HEALTHCARE, INC**

Income Statement

Shreveport

*($ in thousands)*

|  | 2017 | YTD 11.4.18 |
|---|---|---|
| **REVENUE** | | |
| Inpatient Revenue | $28,956 | $25,262 |
| Outpatient Revenue | 1,222 | 1,154 |
| Other Patient Revenue | - | - |
| General Patient Revenue | - | - |
| Provision For Bad Debt | (1,704) | (758) |
| Other Revenues | 1,179 | 410 |
| **TOTAL REVENUE** | **$29,651** | **$26,069** |
| | | |
| **OPERATING EXPENSES** | | |
| Salaries & Wages | 14,779 | 12,465 |
| Employee Taxes & Benefits | 2,539 | 1,921 |
| Contract Labor | 30 | - |
| Purchased Services | 3,453 | 2,949 |
| Supplies & Materials | 1,417 | 1,003 |
| Pharmacy Supplies | 974 | 888 |
| Utilities | 463 | 331 |
| Rent - Building | - | - |
| Rentals - Other | 546 | 488 |
| Travel / Entertainment | 89 | 61 |
| Other Expenses | 1,079 | 873 |
| **TOTAL OPERATING EXPENSE** | **$25,370** | **$20,978** |
| | | |
| **NET OPERATING INCOME / (LOSS)** | **$4,282** | **$5,091** |
| *% Margin* | *14.4%* | *19.5%* |
| | | |
| **Facility-Level Adjustments:** | | |
| Plus: Non-Recurring and One-Time Costs | 101 | - |
| | | |
| **Adjusted EBITDAM** | **$4,382** | **$5,091** |
| *% Margin* | *14.8%* | *19.5%* |

**SCHEDULE 3.5**

**LICENSES AND ACCREDITATIONS**
**(Bossier City)**

| License Type | License Number | Expiration Date |
|---|---|---|
| City of Bossier City Occupational License Tax Receipt | 19-00011260 | 12/31/19 |
| Hospital License | Offsite License #: 2203782943 - A; State ID #: HO0001701 | 6/30/20 |
| Pharmacy Permit | PHY.007134-HOS | 12/31/19 |
| Louisiana Controlled Dangerous Substance License | CDS.046558-HOS | 6/12/20 |
| DEA Controlled Substance Registration | FP5757591 | 3/31/22 |
| The Joint Commission Accreditation | 158062 | 12/1/21 |
| CLIA - Certificate of Accreditation | 19D1069972 | 5/20/20 |
| Automated Medication System Registration | AMS.040914-X | 6/30/20 |
| Medicare | 19-2010 | N/A |
| Medicaid | 1760935 | N/A |
| National Provider Identifier | 1376511493 | N/A |

## SCHEDULE 3.5

## LICENSES AND ACCREDITATIONS
### (Shreveport)

| License Type | License Number | Expiration Date |
|---|---|---|
| City of Shreveport Occupational License Tax | 00311809 | 12/31/2019 |
| Hospital License | Main Campus License #: 2203782943; State ID #: HO0001701 | 6/30/20 |
| Pharmacy Permit | PHY.007216-HOS | 12/31/19 |
| Louisiana Controlled Dangerous Substance License | CDS.047366-HOS | 11/18/19 |
| DEA Controlled Substance Registration | FP5749289 | 3/31/22 |
| The Joint Commission Accreditation | 158062 | 12/1/21 |
| CLIA - Certificate of Accreditation | 19D0874778 | 10/8/20 |
| Automated Medication System Registration | AMS.010867-X | 6/30/20 |
| Medicare | 19-2010 | N/A |
| Medicaid | 1760935 | N/A |
| National Provider Identifier | 1376511493 | N/A |

**SCHEDULE 3.6**

**COMPLIANCE WITH LAWS**
**(Bossier City and Shreveport)**

None.

## SCHEDULE 3.8

## MATERIAL CONTRACTS
### (Bossier City and Shreveport)

1. Contracts listed on <u>Schedules   2.2(f)</u> pursuant which a Seller is a party are incorporated by reference.

2. See attached list.

Schedule 3.8
Material Contracts

| | | | | |
|---|---|---|---|---|
| **Non-Managed Care** | | | | |
| **Document Name** | **Document Date** | **Debtor/Seller** | **Non-Debtor/Non-Seller Contract Counterparty** | **Est. Cure Amount** |
| Transportation Service Agreement | 9/11/2018 | Promise Hospital of Louisiana, Inc. | A to B Transit, LLC | $280.00 |
| Equipment Service Program Agreement | 4/27/11 | Promise Hospital Louisiana Shreveport | Abbot Laboratories, Inc. | $6,030.01 |
| On Call Services Agreement | 4/1/08 | Promise Hospital of Louisiana, Inc. | Abdehou, David, MD | $0.00 |
| Service Contract | 4/12/01 | Promise Hospital of Louisiana, Inc. | Aegis Bio-Systems | $0.00 |
| Lease: Building and Land | 10/15/02 | Promise Hospital of Louisiana, Inc. | AHS Summit Hospital, LLC | $0.00 |
| Trash Pick Up Contract | 3/1/2008 | Promise Hospital of Louisiana, Inc. | Allied Waste | $0.00 |
| Employment Agreement | 3/31/17 | Promise Hospital of Louisiana, Inc. | Anand M Desai MD | $5,184.00 |
| Textile Services Agreement | 8/4/05 | Lagniappe Hospital Corp. d/b/a Promise Specialty Hospital of Shreveport | Angelica Textile Services, Inc. | $51,257.82 |
| Amendment To Medical Director Agreement | 9/1/04 | Lagniappe Hospital Corporation d/b/a Promise Specialty Hospital of Shreveport | Angelo, Michael MD | $5,088.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Angelo, Michael, MD | $0.00 |
| Physician Advisor And Professional Services Agreement | 7/1/01 | Lagniappe Hospital Corporation | Angelo, Michael, MD | $0.00 |
| Call Coverage Agreement | 1/17/2019 | Promise Hospital of Louisiana, Inc. | Anthony Stuart, MD | $0.00 |
| Confidentiality Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | B&L Medical Services, LLC | $0.00 |
| Medical Director Agreement (Administrative) | 8/1/08 | Promise Hospital of Louisiana, Inc. | Balogh, Atilla, MD | $0.00 |
| On Call Services Agreement | 2/1/2007 | Promise Hospital of Louisianan | Balogh, Atilla, MD | $0.00 |
| Physician Group On-Call Agreement | 7/1/18 | Promise Hospital of Louisiana, Inc. | Bankai Physicians, LLC | $1,128.00 |
| Sigma Spectrum Equipment Lease and Software License Agreement No. SL 9077 | 11/25/13 | Promise Hospital of LA, Inc. Bossier Campus | Baxter Healthcare Corporation | $22,396.74 |
| Sigma Spectrum Equipment Lease and Software License Agreement No. SP9072/SL9072 | 11/25/13 | Promise Hospital of Louisiana Inc. | Baxter Healthcare Corporation | $0.00 |
| Customer Service Agreement | 8/3/07 | Promise Healthcare; Promise Hospital of La Inc. - Bossier Campus | BFI Waste Services, LLC d/b/a Allied Waste Services of Shreveport-Minden | $0.00 |
| Acute Dialysis Services Agreement | 9/1/07 | Promise Hospital of Louisiana, Inc., Bossier Campus; Promise Hospital of Louisiana, Inc. d/b/a Promise Specialty Hospital of Shreveport | Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center (a/k/a BMA Northwest Louisiana) | $198,300.36 |
| First Amendment to Acute Dialysis Services Agreement | 4/7/11 | Promise Hospital of Louisiana, Inc., Bossier Campus; Promise Hospital of Louisiana, Inc. d/b/a Promise Specialty Hospital of Shreveport | Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center (a/k/a BMA Northwest Louisiana), an affiliate of Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America | See above |
| Amended and Restated Lease Agreement | 1/1/09 | Promise Hospital of Louisiana, Inc. (Tenant) | Bossier Land Acquisition Corp. (Landlord) | $0.00 |
| Confidentiality Agreement | Not dated | Promise Hospital of Louisiana, Inc. | BRFHH Shreveport, LLC | $0.00 |
| Confidentiality Agreement | Not dated | Promise Hospital of Louisiana, Inc. | BRFHH Shreveport, LLC | $0.00 |
| Cable Services Contract | 4/13/1994 | Promise Hospital of Louisiana, Inc. | Cablevision of Shreveport | $0.00 |
| Business Associate Agreement | | Promise Hospital of Louisiana, Inc. | Cardinal Health Bossier Campus | $0.00 |
| License Agreement | 6/18/07 | Promise Hospital of Louisiana Bossier Campus | CenturyTel Solutions | $0.00 |
| Service Contract | 8/1/17 | Promise Hospital of Louisiana, Inc. | Chase Transcriptions, Inc | $33,737.62 |
| Transfer Clinical Services Agreement | 7/18/2014 | Promise Hospital of Louisiana, Inc. | Christus Clinical Services | $0.00 |
| Purchase Contract / Purchase Order | 9/24/98 | Promise Hospital of Louisiana, Inc. | Coca-Cola Enterprises | $1,461.69 |
| Medical Director Agreement (Administrative) | 12/1/08 | Promise Hospital of Louisiana, Inc. | Coghlan, Raymond, MD | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract Counterparty | Est. Cure Amount |
|---|---|---|---|---|
| On-Call Agreement | 11/1/2018 | Promise Hospital of Louisiana, Inc. | Cole, Paul MD | $0.00 |
| On-Call Agreement | 1/1/2019 | Promise Hospital of Louisiana, Inc. | Deepika Ralla, MD, L.L.C. | $0.00 |
| On Call Services Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc., Bossier Campus | Deere, Patrick, MD | $3,672.00 |
| Medical Director Agreement | 3/1/08 | Promise Hospital of Louisiana, Inc., Shreveport Campus | Dharam, Gurwara, MD | $1,250.66 |
| Addendum B | 6/7/12 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $49,175.00 |
| PICC Line Service Business Agreement | 5/7/10 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $0.00 |
| Addendum B | 6/7/12 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $0.00 |
| PICC Line Service Business Agreement | 5/7/10 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $0.00 |
| Vascular Access Service Business Agreement | 4/6/16 | Promise Hospital of Louisiana, Inc. | Dynamic Infusion Therapy, LLC | $0.00 |
| On Call Agreement | 2/1/15 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Flowers, Anthony, MD | $0.00 |
| Business Associate Agreement | 10/1/08 | Promise Hospital of Louisiana, Inc. | Food Management Group | $76,957.09 |
| Dialysis Services Agreement | 9/1/2007 | Promise Hospital of Louisiana, Inc. | Fresenius | $0.00 |
| Letter 9/16/09 | 9/16/09 | Promise Hospital of Louisiana, Inc. | Fresenius Medical Care North America | $0.00 |
| On-Call Agreement | 2/1/2007 | Promise Hospital of Louisiana, Inc. | Gandhi, Raj MD | $1,056.00 |
| Medical Director of Clinical Education Agreement | 7/1/16 | Promise Hospital of Louisiana, Inc. | Grier, Laurie R, MD | $6,366.67 |
| Professional Services Agreement | 7/1/17 | Promise Hospital of Louisiana, Inc. | Guillaume, Lionel, MD | $1,480.00 |
| On Call Agreement | 7/1/13 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Harris, John P, MD | $2,112.00 |
| Medical Director of Psychiatry Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Hollier, Janice, MD | $733.60 |
| Physician Group On-Call Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Hudson AMC, LLC | $1,080.00 |
| On Call Agreement | 5/1/14 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Ibrahim, Abubakar, MD | $1,800.00 |
| Equipment Lease Agreement | 10/30/2007 | Promise Hospital of Louisiana, Inc. | Ikon Office Solutions | $0.00 |
|  |  | Promise Hospital of Louisiana, Inc. | Intertrek-PSI | $0.00 |
| Service Contract | 10/4/17 | Promise Hospital of Louisiana, Inc. | Irving Radiology | $0.00 |
| On Call Agreement | 5/1/14 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Jones, Joseph, MD | $13,248.00 |
| Service Contract | Not dated | Promise Hospital of Louisiana, Inc. | K & D Transit LLC | $3,240.00 |
| Coverage Agreement | 4/1/12 | Promise Hospital of Louisiana, Inc. | Kasabali, Basel, MD | $4,440.00 |
| On Call Agreement | 2/1/15 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Kiser, Henry Jackson, MD | $8,568.00 |
| Physician Group On-Call Agreement | 7/1/18 | Promise Hospital of Louisiana, Inc. | KML Industries, L.L.C. | $4,920.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Kompelli, Ashok, MD | $720.00 |
| On Call Services Agreement | 10/1/09 | Promise Hospital of Louisiana, Inc. | Le, Huan Q, MD | $1,176.00 |
| Compatibility Testing Agreement | 6/1/08 | Promise Hospital of Louisiana, Inc. | LifeShare Blood Centers | $77,352.95 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract Counterparty | Est. Cure Amount |
|---|---|---|---|---|
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Lim, Kennedy, MD | $3,816.00 |
| Non-Hazardous Liquid Waste Collection and Disposal Agreement | 7/24/07 | Promise Hospital of La - Bossier Campus | Liquid Environmental Solutions | $1,757.64 |
| Organ Donation Contract | 1/1/2014 | Promise Hospitla of Louisiana | LOPA | $0.00 |
| Confidentiality Agreement | Not dated | Promise Hospital of Louisiana, Inc. | LSU Health Sciences Center | $15,720.00 |
| On Call Services Agreement | 2/1/08 | Promise Hospital of Louisiana, Inc., Shreveport Campus | Maranto, William F, MD | $7,056.00 |
| Physician Group On-Call Agreement | 7/1/18 | Promise Hospital of Louisiana, Inc. | Masri Group LLC | $840.00 |
| Medical Director Agreement (Administrative) | 7/15/08 | Promise Hospital of Louisiana, Inc. | Matriano-Lim, Allan, MD | $8,971.00 |
| On-Call Agreement | 7/15/2008 | Promise Hospital of Louisiana, Inc. | Matriano-Lim, Allan, MD | $0.00 |
| On Call Services Agreement | 12/1/07 | Promise Hospital of Louisiana, Inc. | McFarland, Mairus, MD | $1,632.00 |
| Standard Form of Agreement between Owner and Contractor for a Project of Limited Scope | 12/13/17 | Promise Healthcare of Louisiana, Inc. | McInnis Brothers Construction, Inc. | $172,949.16 |
| Professional Services Agreement | 11/2/17 | Promise Hospital of Louisiana, Inc. | McWilliams Healthcare Consulting, LLC | $0.00 |
| Confidentiality Agreement | 11/2/17 | Promise Hospital of Louisiana, Inc. | McWilliams Healthcare Consulting, LLC | $0.00 |
| Master Agreement for Supply Chain and Revenue Cycle Services | 10/9/2009 | Promise Hospital of Louisiana, Inc. | MedAssets Supply Chain Systems, LLC | $0.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Mekelberg, Kenneth, MD | $6,408.00 |
| Service Contract | 8/13/03 | Promise Hospital of Louisiana, Inc. | Microfilm Systems, Inc | $0.00 |
| Coverage Agreement | 6/1/12 | Promise Hospital of Louisiana, Inc. | Nathan, Raghu, MD | $7,251.00 |
| Medical Driector of Pulmonary Medicine | 6/1/2012 | Promise Hospital of Louisiana, Inc. | Nathan, Raghu, MD | $0.00 |
| Laboratory Services Agreement | 8/5/09 | Promise Hospital of Louisiana, Inc. | Omega Diagnostics, L.L.C. | $0.00 |
| Second Amendment to Laboratory Services Agreement | 6/15/12 | Promise Hospital of Louisiana, Inc. | Omega Diagnostics, LLC | $0.00 |
| First Amendment to Laboratory Services Agreement | 12/15/11 | Promise Hospital of Louisiana, Inc. | Omega Diagnostics, LLC | $0.00 |
| Coverage Agreement | 6/1/12 | Promise Hospital of Louisiana, Inc. | Patel, Kirit, MD | $0.00 |
| Medical Director Agreement (Administrative) | 5/1/08 | Promise Hospital of Louisiana, Inc. | Patel, Kirit, MD | $0.00 |
| Service Contract | Not dated | Promise Hospital of Louisiana, Inc. | Pfizer Inc | $0.00 |
| Notice of Lease; Lease Agreement | 2/18/14 | Promise Hospital of Louisiana, Inc. (Tenant) | Promise Properties of Shreveport, LLC (Landlord) | $0.00 |
| | | Promise Hospital of Louisiana, Inc. | Rajan Khanna, MD | $0.00 |
| Bariatric Equipment Lease Agreement | 5/6/2009 | Promise Hospital of Louisiana, Inc. | RecoverCare, LLC | $0.00 |
| Oxygen Services Contract | 1/4/2006 | Promise Hospital of Louisiana, Inc. | Red Ball | $0.00 |
| Addendum B | 5/5/07 | Promise Specialty Hospital; Promise Hospital of Louisiana | Red Ball Oxygen Co. Inc. | $20,900.21 |
| Agreement for Radiology Department Coverage | 12/10/08 | Promise Hospital of Louisiana, Inc. | Red River Consultants, Inc. | $3,531.61 |
| Agreement for Radiology Department Coverage | 12/10/08 | Promise Hospital of Louisiana, Inc. | Red River Consultants, Inc. | $0.00 |
| Exterior Landscaping Maintenance | 7/7/08 | Promise Hospital of Louisiana Inc. - Bossier City Campus | Rice Landscaping - Design Co., Inc. | $0.00 |
| Physician Group On-Call Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Rickman Critical Care, LLC | $6,336.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract Counterparty | Est. Cure Amount |
|---|---|---|---|---|
| Medical Director, Eastern Region Agreement (Administrative) | 7/1/10 | Promise Hospital of Louisiana, Inc. | Rodsuwan, Thomas, MD | $37,280.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Rodsuwan, Tom, MD | $0.00 |
| Ross Pump Lease Agreement | 11/7/07 | Promise Hospital of Louisiana | Ross Products Division, Abbott Laboratories, Inc. | $6,030.01 |
| Coverage Agreement | 6/1/12 | Promise Hospital of Louisiana, Inc. | San Pedro, Gary, MD | $0.00 |
| Medical Director Agreement | 5/1/2018 | Promise Hospital of Louisiana, Inc. | Saucier, Robert MD | $0.00 |
| Elevator Maintenance Agreement | 4/1/1996 | Promise Hospital of Louisiana, Inc. | Schindler Corp | $6,754.89 |
| Physician Advisor Agreement | 7/1/07 | Promise Hospital of Louisiana, Inc. | Shah, Mrunalini, MD | $1,286.66 |
| Medical Director Agreement (Administrative) | 2/1/08 | Promise Hospital of Louisiana, Inc. | Shah, Mrunalini, MD | $0.00 |
| On-Call Agreement | 2/1/2007 | Promise Hospital of Louisiana, Inc. | Shah, Sanjay MD | $4,536.00 |
| Service Agreement Quote | 5/10/18 | Promise Hospital of Louisiana, Inc. Shreveport | Siemens Healthcare Diagnostics, Inc. | $0.00 |
| Service Agreement Quote No. 185497-1, Service Agreement Terms and Conditions | 5/10/18 | Promise Hospital of Bossier City | Siemens Healthcare Diagnostics, Inc. | $46,716.27 |
| Business Associate Addendum | 9/26/18 | Promise Hospital of Louisiana, Inc. | Siemens Medical Solutions USA, Inc. | $0.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Singh, Krishna | $0.00 |
| Medical Director and Professional Services Agreement | 5/1/05 | Lagniappe Hospital Corporation d/b/a Promise Specialty Hospital of Shreveport | Singh, Krishna, MD | $3,126.00 |
| Steri-Safe Service Agreement | 5/1/13 | Promise Hospital of Louisiana | Stericycle, Inc. | $14,454.65 |
| Steri-Safe Service Agreement | 5/1/13 | Promise Hosp [sic] of LA Shreveport | Stericycle, Inc. | $0.00 |
| Steri-Safe Service Agreement | 5/1/13 | Promise Hosp [sic] of LA Shreveport | Stericycle, Inc. | $0.00 |
| Medical Director of Behavioral Health Services Agreement | 10/15/13 | Promise Hospital of Louisiana, Inc. | Stevens, Lee, MD | $2,916.66 |
| Call Coverage Agreement | 4/1/17 | Promise Hospital of Louisiana, Inc. | Taylor, Robert Wesley, MD | $0.00 |
| Standard Form of Agreement between Owner and Architect (without a Predefined Scope of Architect's Services) | 1/13/17 | Promise Hospital of Louisiana, Inc. | TEG Architects LLC | $0.00 |
| Interpreter Services Contract | 7/1/2004 | Promise Hospital of Louisiana, Inc. | The Betty and Leonard Deaf Action Center | $0.00 |
| Agreement | 7/26/16 | Promise Hospital of Louisiana, Inc. | The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, acting on behalf of the Louisiana State University Health Sciences Center at Shreveport | $0.00 |
| Group On-Call Services Agreement | 3/1/11 | Promise Hospital of Louisiana, Inc. | The Intensivist Group, LLC | $28,800.00 |
| Agreement for Accreditation and/or Certification Services | 6/14/18 | Promise Hospital of Louisiana, Inc. | The Joint Commission on Accreditation of Healthcare Organizations d/b/a The Joint Commission | $0.00 |
| Agreement for Complete Elevator Equipment Protection; Amendment to Agreement | 4/1/96 | Lagniappe Hospital Corporation | Tri-State Elevator Co., Inc. | $0.00 |
| Teleradiology Services Agreement | 10/1/10 | Promise Hospital of Louisiana, Inc. | U.S. Radiology Partners of Louisiana, Inc. | $0.00 |
| Biomed360 Agreement # UHS-11276 | 5/18/15 | Promise Hospital of Louisiana (Bossier City Campus) | Universal Hospital Services, Inc. | $35,223.04 |
| Amendment One to the Services Agreement | 10/9/18 | Promise Hospital of Louisiana, Inc. (Bossier City Campus) | Universal Hospital Services, Inc. | See above |
| Guaranty Agreement | 7/15/2016 | Promise Hospital of Louisiana, Inc. | Varilease Finance, Inc. | $0.00 |
| Wound Care Program Services Agreement | 7/1/13 | Promise Hospital of Louisiana, Inc. - Shreveport | Wound Care Management, LLC d/b/a Total Wound Management | $0.00 |
| Wound Care Program Services Agreement | 11/1/13 | Promise Hospital of Louisiana, Inc. Bossier City Campus | Wound Care Management, LLC d/b/a Total Wound Management | $0.00 |

Schedule 3.8
Material Contracts

| Managed Care | | | | |
|---|---|---|---|---|
| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
| Hospital Services Agreement | 12/15/05 | Promise Specialty Hospital | Aetna Health Management, LLC | $0.00 |
| Hospital Services Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Aetna Health Management, LLC on behalf of itself and its affiliates | $48,265.22 |
| Letter 9/17/18 | 9/17/18 | Promise Hospital of Louisiana, Inc. | Beacon Health Options | $0.00 |
| Beacon Facility Participation Agreement | 2/12/16 | Promise Healthcare d/b/a Promise Hospital of Louisiana | Beacon Health Options, Inc. | $0.00 |
| Amendment to Facility Agreement | 2/19/16 | Promise Healthcare d/b/a Promise Hospital of Louisiana | Beacon Health Options, Inc. | $0.00 |
| Amendment to Facility Agreement | 5/29/18 | Promise Healthcare d/b/a Promise Hospital of Louisiana | Beacon Health Options, Inc. | $0.00 |
| Facility Service Agreement | 3/1/09 | Promise Hospital of Louisiana | Beech Street Corporation | $0.00 |
| First Amendment to Facility Service Agreement | 3/1/09 | Promise Hospital of Louisiana, Inc. | Beech Street Corporation | $0.00 |
| Medical Provider Agreement | 1/21/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | BestCare, Inc. | $0.00 |
| Blue Connect Addendum to Member Provider Agreement | 1/1/18 | Promise Hospital of Louisiana | Blue Cross & Blue Shield of Louisiana (as Party 2); HMO Louisiana, Inc. (as Party 3) | $0.00 |
| | | Promise Hospital of Louisiana Inc. | Blue Cross and blue Shield of Louisiana | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Medicare Provider Agreement (No. 19-2010) | | Promise Hospital of Louisiana Inc. | Centers for Medicare and Medicaid Services | $282,658.41 |
| Institutional Services Agreement | 10/24/16 | Promise Specialty Hospital | CIGNA Behavioral Health, Inc. | $0.00 |
| Facility Information Form | 8/9/16 | Promise Hospital of Louisiana, Inc. | Cigna Behavioral Health, Inc. | $0.00 |
| Notice of Increase in Contract Discount(s) | 3/28/16 | Promise Healthcare | Cigna Health and Life Insurance Company | $0.00 |
| | | Promise Hospital of Louisiana Inc. | Connecticut General Life Insurance Company  - Cigna | $0.00 |
| Facility Participation Agreement | 12/1/09 | Promise Hospital of Louisiana, Inc. | Corphealth Inc. d/b/a LifeSynch | $0.00 |
| Amendment to the Participating Facility Agreement | 4/6/10 | Promise Hospital of Louisiana | Corphealth Inc. d/b/a LifeSynch | $0.00 |
| Hospital Services Agreement | 2/8/16 | Promise Hospital of Louisiana - Shreveport and Bossier Campus | Correct Care Solutions, LLC | $0.00 |
| Hospital Services Agreement | 2/8/16 | Promise Hospital of Louisiana - Shreveport and Bossier Campus | Correct Care Solutions, LLC | $0.00 |
| | 6/15/12 | Promise Hospital of Louisiana, Inc. | Coventry Health Care of Louisiana, Inc | $0.00 |
| | 1/19/15 | Promise Hospital of Louisiana, Inc. | Gamble Guest Care Group, LLC, d/b/a/ Gamble Hospice Care | $0.00 |
| First Amendment to Participating Provider Agreement | 11/1/05 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Government Employees Hospital Association, Inc. | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Participating Provider Agreement | 1/1/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Government Employees Hospital Association, Inc. | $0.00 |
| Ancillary Service Agreement | 8/1/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Health Plus of Louisiana, Inc. | $0.00 |
| Reimbursement Appendix (L-1) to the Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Amendment to Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Reimbursement Appendix (H-11) to Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Community Blue Reimbursement Appendix to the Member Provider Agreement | 5/15/17 | Promise Hospital of Louisiana | HMO Louisiana, Inc. | $0.00 |
| Hospital Participation Agreement | 7/1/12 | Promise Hospital of Louisiana | Humana Health Benefits Plan of Louisiana, Inc., Humana Insurance Company and their affiliates | $0.00 |
| | | Promise Hospital of Louisiana, Inc. | Humana Health Benefits Plan of Louisiana, Inc., Humana Insurance Company and their affiliates | $0.00 |

Schedule 3.8

Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Peer Review Organization Agreement for Institutional Providers for Beneficiaries of the Military Health System; Letter 11/17/17 | 12/6/17 | Promise Hospital of Louisiana | Humana Military | $0.00 |
| Peer Review Organization Agreement for Institutional Providers for Beneficiaries of the Military Health System; Letter 11/17/17 | 12/6/17 | Promise Hospital of Louisiana | Humana Military | $0.00 |
| | | Promise Hospital of Louisiana, Inc. | Humana Military Healthcare Network | $0.00 |
| Hospital Service Agreement | 5/23/07 | Promise Hospital of Shreveport, Inc. | Humana Military Healthcare Services, Inc. | $0.00 |
| Medicaid Provider Agreement (No. 1760935) | | Promise Hospital of Louisiana Inc. | Louisiana Department of Health, Louisiana Medicaid Program | $0.00 |
| Letter 7/24/15 | 7/24/15 | Silent | Louisiana Health Cooperative | $0.00 |
| Hospital Participation Agreement | 11/3/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |
| Hospital Participation Agreement | 11/24/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; and Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |

Schedule 3.8

Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Hospital Participation Agreement | 11/3/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |
| Hospital Participation Agreement | 11/3/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |
| Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |
| Amendment to Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |
| Reimbursement Appendix (2) to Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |
| Reimbursement Appendix (L-1) to Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Member Provider Agreement | 3/15/14 | Promise Hospital of Louisiana | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO Louisiana, Inc. | $0.00 |
| Memorandum of Agreement | 2/11/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Magellan Behavioral Health, Inc. | $0.00 |
| Facility and Program Participation Agreement | 8/24/10 | Promise Hospital of Louisiana | Magellan Behavioral Health, Inc. | $0.00 |
| | | Promise Hospital of Louisiana, Inc. | Magellan Complete Care | $0.00 |
| Participating Facility Agreement | 12/1/99 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | MultiPlan, Inc. | $0.00 |
| Amendment of Participating Provider Agreement | 10/1/04 | Promise Specialty Hospital of Shreveport f/k/a Lagniappe Hospital | MultiPlan, Inc. | $0.00 |
| PPO Participating Provider Agreement | See Term Notes | Promise Specialty Hospital of Shreveport f/k/a Lagniappe Hospital | National Preferred Provider Network, Inc. | $0.00 |
| Letter of Agreement | 6/1/07 | Promise Hospital of Shreveport, Inc. | New Orleans Regional Physician Hospital Organization, Inc. d/b/a Peoples Health Network | $0.00 |
| Hospital Agreement | 8/1/07 | Promise Hospital of Louisiana, Inc. | PPOplus, LLC | $0.00 |

Schedule 3.8

Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| PHCS Preferred Facility Agreement | 5/1/01 | Promise Specialty Hospital of Shreveport f/k/a Lagniappe Hospital | Private Healthcare Systems, Inc. | $0.00 |
| Facility Participating Provider Agreement | 7/11/16 | Promise Hospital of Louisiana, Inc. | United Behavioral Health | $0.00 |
| Facility Based Behavioral Health Program Reimbursement Policy | 3/15/16 | Silent | United Behavioral Health d/b/a Optum | $0.00 |
| Amendment to the Facility Participation Agreement | 1/2/18 | Promise Hospital of Louisiana, Inc. | UnitedHealthcare Insurance Company contracting on behalf of itself, UnitedHealthcare of Louisiana, Inc. and other affiliates | $0.00 |
| Facility Participation Agreement | 12/11/07 | Promise Hospital of Louisiana, Inc. | UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Louisiana, Inc. and other affiliates | $0.00 |
| | Not dated | Promise Hospital of Louisiana, Inc. | ValueOptions, Inc | $0.00 |
| | 2/8/16 | Promise Hospital of Louisiana, Inc. | Vantage Health Plan, Inc | $0.00 |
| Participating Hospital Agreement | 4/1/18 | Promise Hospital of Louisiana Inc. Bossier Campus | Zelis Network Solutions, LLC | $0.00 |
| Participating Hospital Agreement | 4/1/18 | Promise Hospital of Louisiana Inc. Bossier Campus | Zelis Network Solutions, LLC | $0.00 |

Schedule 3.8

Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Participating Hospital Agreement | 4/1/18 | Promise Hospital of Louisiana Inc. Shreveport Campus | Zelis Network Solutions, LLC | $0.00 |
| Ancillary Services Agreement | 6/1/2019 | Promise Hospital of Louisiana, Inc. | New Orleans Regional Physician Hospital Organization, Inc. d/b/a Peoples Health Network | N/A |

Managed Care

**SCHEDULE 3.9(b)**[1]

**EXCLUDED LEASES**
**(Bossier City and Shreveport)**

## Bossier Land Acquisition Corp.

Amended and Restated Lease Agreement dated January 1, 2009 by and between Bossier Land Acquisition Corp., as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 2525 Viking Drive, Bossier City, Louisiana 71111.

## Promise Properties of Shreveport, LLC

Lease Agreement dated February 18, 2014 by and between Promise Properties of Shreveport, LLC, as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 1800 Irving Place, Shreveport, Louisiana 71101.

---

[1] Leases listed on this Schedule 3.9(b) are intercompany and will be terminated by Sellers at Closing.

## SCHEDULE 3.9(c)

## OWNED REAL PROPERTY COMPLIANCE WITH LAWS
### (Bossier City and Shreveport)

None.

**SCHEDULE 3.10**

**INSURANCE**
**(Bossier City and Shreveport)**

See attached.

**Promise Healthcare Group, LLC**

Promise Healthcare, Inc. & Success Healthcare, LLC

*Schedule of Insurance*

| Property Program | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Excess Excess Earthquake Layer (Excess of Deductible) | | | | | | | |
| Earthquake (CA) | Empire Indemnity Insurance Company | BPP1261105 | 11/18/2018 | 11/18/2019 | | | |
| Earthquake (CA) | Ironshore Europe Designated Activity Company | 8118DD180626741 | 11/18/2018 | 11/18/2019 | | | |
| Earthquake (CA) | Ironshore Insurance Ltd | 8118DD180626741 | 11/18/2018 | 11/18/2019 | | | |
| Earthquake (CA) | General Security Indemnity Company of Arizona | TR0001486-05711-18 | 11/18/2018 | 11/18/2019 | | | |
| Earthquake (CA) | Hudson Specialty Insurance Company | 315337HS-1 | 11/18/2018 | 11/18/2019 | | | |
| | | | | Total Layer | | See Below | |
| Primary Layer (Excess of Deductible) | | | | | | | |
| Primary Property (ALL LOCATIONS INCLUDING CA) | Continental Casualty Company | RMP2083618782 | 11/18/2018 | 11/18/2019 | | | |
| Deductibles | | | | | | | |
| All Coverages & Perils | | | | | | | |
| Terrorism is included on C.N.A. Policy | | | | | | | |
| Business Interruption period of indemnity: Twelve (12) Months | | | | | | | |
| Extended period of indemnity of 365 days | | | | | | | |
| Except | | | | | | | |
| Windstorm for locations in FL, HI, CNA First Tier Areas, within the states of AL, GA, LA, MS, NC, SC, TX,or VA and Puerto Rico, US Virgin Islands, and other US territories and possessions ( ) Deductible Which ever is greater | | | | | | | |
| Flood (Per Occurrence/Per Location) | | | | | | | |
| *Except Flood in 100 Year Flood Plains (Per Occurrence/Per Location)* | | | | | | | |
| Earth Movement for locations in Alaska California Hawaii, Puerto Rico  Deductible Which ever is greater | | | | | | | |
| Earth Movement for locations in Critical Madrid Areas NM-A, NM-B and NM-C  Deductible Which ever is greater | | | | | | | |

| Casualty Program | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **PL Limits/Participation** | **Deductible** | **Premium** |
| Hospital Professional Liability / GL / EBL- Shreveport and Bossier | National Fire & Marine Insurance Company | HN044811 | 7/17/2019 | 1/17/2020 | | | |
| Hospital Professional Liability / GL / EBL- Kansas | The Medical Protective Company | H004349 | 1/17/2019 | 1/17/2020 | | | |

| Executive Lines Program | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible/ Retention** | **Premium** |
| Directors & Officers- Side A Only | National Fire & Marine Insurance Company | 42EMC30707101 | 1/24/2019 | 1/24/2020 | | | |
| D&O- Discovery Period | Hiscox Insurance Company | UVA138088718 | 1/24/2019 | 1/24/2022 | | | |
| D&O- Discovery Period | XL Specialty Insurance Company | ELU15391118 | 1/24/2019 | 1/24/2022 | | | |

| Storage Tank Liability Program | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Storage Tank Liability | Indian Harbour Insurance Company | PEC004774501 | 6/20/2018 | 6/20/2020 | | | |

**SCHEDULE 3.11(a)**

**EMPLOYEE BENEFIT PLANS**
**(Bossier City and Shreveport)**

- Promise Healthcare Group LLC Health and Welfare Benefit Plan, effective January 1, 2017

- Travel and Entertainment Expense Policy, effective December 8, 2017

- Reliance Standard Group Life Insurance Policy, effective June 1, 2015

- Promise and Success 401(K) Plan

- Certain Bonus Compensation Programs, including the following types of bonuses: Annual, Retention, Performance, Recruitment, Referral, Manager and Additional Incentives.

- PTO Plan

- Vacation Plan

4844-4691-3414.9

40

**SCHEDULE 3.11(b)**

**EMPLOYEE BENEFIT PLANS COMPLIANCE**
**(Bossier City and Shreveport)**

None.

**SCHEDULE 3.12(a)**

**LIST OF EMPLOYEES**
**(Bossier City and Shreveport)**

See attached.

Schedule 3.12(a)

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Bossier City | PRN Medical Eligibility | TECH - ENVIRONMENTAL SVCS | | ▓ | 08/11/2014 | A | Hourly |
| SHR | Bossier City | PRN Medical Eligibility | OPERATOR - COMMUNICAT/PBX | | ▓ | 01/02/2004 | A | Hourly |
| SHR | Bossier City | PRN Medical Eligibility | PHLEBOTOMIST | | ▓ | 03/28/2011 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - ENVIRONMENTAL SVCS | | ▓ | 07/23/2007 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 05/29/2012 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 04/09/2001 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - PHARMACY | | ▓ | 01/03/2011 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | ▓ | 09/07/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | ▓ | 09/24/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | MAINTENANCE - GENERAL | | ▓ | 05/25/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | MAINTENANCE - GENERAL | | ▓ | 07/29/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 01/07/2019 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | ▓ | 05/15/2017 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - MED LAB (MLT) | | ▓ | 10/10/2005 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | ▓ | 01/14/2019 | A | Hourly |
| SHR | Bossier City | Promise FT | PRACTITIONER - RESP (CRT) | | ▓ | 04/18/2000 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | ▓ | 09/09/2013 | A | Hourly |
| SHR | Bossier City | Promise FT | CLERK - UNIT | | ▓ | 08/27/2007 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - PHYSICAL THERAPY | | ▓ | 09/12/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | SUPV - NURSING/ADMIN/HOU | | ▓ | 04/16/2012 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | ▓ | 10/26/2009 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - RADIOLOGY | | ▓ | 10/26/2009 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - RADIOLOGY | | ▓ | 03/06/2006 | A | Hourly |
| SHR | Bossier City | Promise FT | CLERK - UNIT | | ▓ | 10/12/2009 | A | Hourly |
| SHR | Bossier City | Promise FT | PRACTITIONER - RESP (CRT) | | ▓ | 04/03/2008 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - ENVIRONMENTAL SVCS | | ▓ | 06/14/2010 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 01/06/2014 | L | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 01/19/2015 | A | Hourly |
| SHR | Bossier City | Promise FT | CLERK - UNIT | | ▓ | 11/18/2013 | A | Hourly |
| SHR | Bossier City | Promise FT | SOCIAL WORKER - MSW | | ▓ | 07/30/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - WOUND CARE | | ▓ | 07/06/2015 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | ▓ | 02/04/2013 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - REHAB | | ▓ | 03/02/1998 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - SPEECH THERAPY | | ▓ | 03/24/2008 | A | Hourly |
| SHR | Bossier City | Promise FT | CASE MANAGER - RN | | ▓ | 06/30/2014 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | ▓ | 11/24/2008 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 09/24/2018 | L | Hourly |
| SHR | Bossier City | Promise FT | RN - ICU | | ▓ | 07/07/1999 | A | Hourly |
| SHR | Bossier City | Promise FT | PRACTITIONER - RESP (RRT) | | ▓ | 01/14/2013 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - ADMINISTRATIVE | | ▓ | 04/28/1993 | A | Hourly |
| SHR | Bossier City | Promise FT | CODER | | ▓ | 05/14/2012 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | ▓ | 01/14/2008 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | ▓ | 09/26/2011 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 05/12/1997 | A | Hourly |
| SHR | Bossier City | Promise FT | THERAPIST - OCCUPATIONAL | | ▓ | 09/10/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | SUPV - NURSING/ADMIN/HOU | | ▓ | 11/24/2008 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | ▓ | 11/26/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | SUPV - NURSING/ADMIN/HOU | | ▓ | 11/27/2000 | A | Hourly |

Schedule 3.12(a)

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Bossier City | Promise FT | COOK | | | 01/06/2014 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 08/22/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | | 09/23/2013 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - MED LAB (MLT) | | | 07/14/2008 | A | Hourly |
| SHR | Bossier City | Promise FT | PRACTITIONER - RESP (RRT) | | | 08/09/2010 | A | Hourly |
| SHR | Bossier City | Promise FT | PHLEBOTOMIST | | | 12/14/2009 | A | Hourly |
| SHR | Bossier City | Promise FT | CLERK - UNIT | | | 06/06/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | COORD - PLANT OPERATIONS | | | 06/25/2012 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | | 07/11/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | | 06/18/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | PRACTITIONER - RESP (CRT) | | | 01/28/2008 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | | 10/20/2014 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | | 04/29/2013 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - HEALTH INFO | | | 05/16/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | AIDE - DIETARY | | | 03/10/2014 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 09/13/2010 | L | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | | 10/26/2015 | A | Hourly |
| SHR | Bossier City | Promise FT | SUPV - NURSING/ADMIN/HOU | | | 07/10/2010 | A | Hourly |
| SHR | Bossier City | Promise FT | PRACTITIONER - RESP (RRT) | | | 08/30/2004 | A | Hourly |
| SHR | Bossier City | Promise FT | PHARMACIST | | | 11/22/2010 | A | Hourly |
| SHR | Bossier City | Promise FT | LPN-LVN | | | 04/28/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | COOK | | | 08/06/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | | 10/12/2015 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 09/18/2000 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - HEALTH INFO | | | 04/17/2017 | A | Hourly |
| SHR | Bossier City | Promise FT | DIETICIAN - CLINICAL | | | 04/01/1996 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | | 04/13/2009 | A | Hourly |
| SHR | Bossier City | Promise FT | PRACTITIONER - RESP (CRT) | | | 10/03/2005 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | | 11/13/2006 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - WOUND CARE | | | 05/09/2011 | A | Hourly |
| SHR | Bossier City | Promise FT | CLERK - ADMITTING | | | 02/06/2012 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST - NURSE CERTIFIED | | | 07/23/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | RN - CLINICAL | | | 06/11/2007 | A | Hourly |
| SHR | Bossier City | Promise FT | COOK | | | 04/09/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | CLERK - UNIT | | | 09/17/2012 | A | Hourly |
| SHR | Bossier City | Promise FT | TECH - PHARMACY | | | 10/24/2016 | A | Hourly |
| SHR | Bossier City | Promise FT | SCIENTIST - CLIN LAB MEDT | | | 12/14/2009 | A | Hourly |
| SHR | Bossier City | Promise FT | CASE MANAGER - RN | | | 06/18/2018 | A | Hourly |
| SHR | Bossier City | Promise FT | ASST DIR - PHARMACY SVCS | | | 02/06/2009 | A | Salary |
| SHR | Bossier City | Promise FT | MGR - NURSING | | | 10/15/2012 | A | Salary |
| SHR | Bossier City | Promise PRN | OPERATOR - COMMUNICAT/PBX | | | 08/27/2007 | A | Hourly |
| SHR | Bossier City | Promise PRN | AIDE - DIETARY | | | 07/16/2018 | A | Hourly |
| SHR | Bossier City | Promise PRN | ASST - NURSE CERTIFIED | | | 12/10/2018 | A | Hourly |
| SHR | Bossier City | Promise PRN | SCIENTIST - CLINICAL LAB | | | 09/14/2009 | A | Hourly |
| SHR | Bossier City | Promise PRN | ASST - NURSE CERTIFIED | | | 08/24/2009 | A | Hourly |
| SHR | Bossier City | Promise PRN | TECH - PHARMACY | | | 07/11/2016 | A | Hourly |
| SHR | Bossier City | Promise PRN | COOK | | | 10/09/2017 | L | Hourly |
| SHR | Bossier City | Promise PRN | THERAPIST - OCCUPATIONAL | | | 05/09/2018 | A | Hourly |

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Bossier City | Promise PRN | ASST - NURSE CERTIFIED | | | 07/09/2018 | A | Hourly |
| SHR | Bossier City | Promise PRN | AIDE - DIETARY | | | 01/16/2019 | A | Hourly |
| SHR | Bossier City | Promise PRN | SCIENTIST - CLINICAL LAB | | | 09/13/2010 | A | Hourly |
| SHR | Bossier City | Promise PRN | THERAPIST - SPEECH | | | 01/11/2016 | A | Hourly |
| SHR | Bossier City | Promise PRN | OPERATOR - COMMUNICAT/PBX | | | 07/22/2003 | A | Hourly |
| SHR | Bossier City | Promise PRN | ASST - NURSE CERTIFIED | | | 06/20/2016 | A | Hourly |
| SHR | Bossier City | Promise PRN | RN - CLINICAL | | | 04/09/2018 | A | Hourly |
| SHR | Bossier City | Promise PRN | PHARMACIST | | | 07/11/2016 | A | Hourly |
| SHR | Bossier City | Promise PRN | THERAPIST - PHYSICAL | | | 06/01/2016 | A | Hourly |
| SHR | Bossier City | Promise PRN | PRACTITIONER - RESP (CRT) | | | 08/20/2012 | A | Hourly |
| SHR | Bossier City | Promise PRN | LPN-LVN | | | 09/04/2012 | A | Hourly |
| SHR | Bossier City | Promise PRN | OPERATOR - COMMUNICAT/PBX | | | 06/02/2014 | A | Hourly |
| SHR | Bossier City | Promise PRN | LPN-LVN | | | 09/11/2017 | A | Hourly |
| SHR | Bossier City | Promise PRN | THERAPIST - OCCUPATIONAL | | | 06/08/2015 | A | Hourly |
| SHR | Bossier City | Promise PRN | SCIENTIST - CLINICAL LAB | | | 06/24/2013 | A | Hourly |
| SHR | Bossier City | Promise PRN | RN - CLINICAL | | | 09/28/2010 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | ASST - NURSE CERTIFIED | | | 10/11/2010 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | LPN-LVN | | | 12/16/2013 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | TECH - MENTAL HEALTH | | | 03/07/2016 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | ASST - NURSE CERTIFIED | | | 02/25/2008 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | PRACTITIONER - RESP (RRT) | | | 11/17/2014 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | RN - CLINICAL | | | 06/02/2014 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | TECH - MENTAL HEALTH | | | 05/16/2016 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | AIDE - DIETARY | | | 12/14/2015 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | AIDE - DIETARY | | | 11/30/2016 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | TECH - MENTAL HEALTH | | | 04/25/2016 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | SUPV - NURSING/ADMIN/HOU | | | 03/22/2010 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | RN - CLINICAL | | | 06/24/2013 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | ASST - NURSE CERTIFIED | | | 08/09/2010 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | LPN-LVN | | | 03/16/2015 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | LPN-LVN | | | 01/26/2009 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | LPN-LVN | | | 11/11/2015 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | SECURITY OFFICER -UNARMED | | | 04/15/2016 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | SECURITY OFFICER -UNARMED | | | 10/23/2002 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | RN - CLINICAL | | | 05/16/2016 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | TECH - MENTAL HEALTH | | | 05/10/2010 | A | Hourly |
| SHR | Shreveport | PRN Medical Eligibility | ASST - NURSE CERTIFIED | | | 03/30/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - CFO | | | 07/10/2000 | A | Salary |
| SHR | Shreveport | Promise FT | CLINICAL LIAISON | | | 05/11/2015 | A | Salary |
| SHR | Shreveport | Promise FT | EVALUATOR - CLINICAL | | | 11/03/2015 | A | Salary |
| SHR | Shreveport | Promise FT | BHAVRL HLTH ADMINISTRATOR | | | 12/15/2017 | A | Salary |
| SHR | Shreveport | Promise FT | EVALUATOR - CLINICAL | | | 04/12/2010 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - HEALTH INFO MGMT | | | 10/28/2013 | A | Salary |
| SHR | Shreveport | Promise FT | LITIGATION MANAGER | | | 12/21/2014 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - NURSING | | | 04/09/2018 | A | Salary |
| SHR | Shreveport | Promise FT | CLINICAL LIAISON | | | 12/08/2014 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - LABORATORY SVCS | | | 08/01/2012 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - BUS DEVELOPMENT | | | 05/30/2003 | A | Salary |

Schedule 3.12(a)

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Shreveport | Promise FT | CLINICAL LIAISON | ■■■ | | 06/01/1998 | A | Salary |
| SHR | Shreveport | Promise FT | ASST DIR - PHARMACY SVCS | ■■■ | | 08/13/2007 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - QUALITY/RISK MGMT | ■■■ | | 10/24/2006 | A | Salary |
| SHR | Shreveport | Promise FT | CEO/ADMINISTRATOR | ■■■ | | 11/20/2006 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - PHARMACY SVCS | ■■■ | | 04/21/2015 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - FACILITIES MGMT | ■■■ | | 06/04/2018 | A | Salary |
| SHR | Shreveport | Promise FT | ASST - HUMAN RESOURCES | | ■ | 05/21/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - UNIT | | ■ | 05/22/1996 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - PHYSICAL THERAPY | | ■ | 03/01/2013 | A | Hourly |
| SHR | Shreveport | Promise FT | COUNSELOR - LIC PROFESS | | ■ | 08/24/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - HUMAN RESOURCES | | ■ | 01/09/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | ■ | 05/14/1994 | A | Hourly |
| SHR | Shreveport | Promise FT | AIDE - DIETARY | | ■ | 04/01/1996 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 08/13/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MED LAB (MLT) | | ■ | 07/31/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | ■ | 03/05/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - PHARMACY | | ■ | 08/18/1993 | A | Hourly |
| SHR | Shreveport | Promise FT | AIDE - DIETARY | | ■ | 03/30/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | PRACTITIONER - RESP (RRT) | | ■ | 01/05/2009 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - MATERIAL MGMT | | ■ | 04/01/1996 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | ■ | 04/17/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE (NON-CERT) | | ■ | 06/14/1999 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 07/23/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - HEALTH INFO | | ■ | 07/05/2011 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - UNIT | | ■ | 03/21/2016 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | ■ | 09/26/2016 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | ■ | 10/11/2004 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - STAFFING | | ■ | 12/16/1999 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - ACCOUNTS PAYABLE | | ■ | 08/17/2004 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - PLANT OPERATIONS | | ■ | 08/11/2008 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 10/10/2005 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 04/23/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - WOUND CARE | | ■ | 06/16/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 08/03/1994 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 07/30/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 07/16/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | COOK | | ■ | 08/10/2009 | A | Hourly |
| SHR | Shreveport | Promise FT | PRACTITIONER - RESP (RRT) | | ■ | 03/23/2009 | L | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | ■ | 04/16/2012 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 07/09/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | MAINTENANCE - GENERAL | | ■ | 01/23/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | DRIVER - PT TRNSPORT (OP) | | ■ | 07/07/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | ■ | 09/23/2013 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - UNIT | | ■ | 09/10/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | ■ | 07/12/2010 | A | Hourly |
| SHR | Shreveport | Promise FT | CASE MANAGER - RN | | ■ | 01/16/1998 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | ■ | 05/21/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | ■ | 06/12/2000 | A | Hourly |

Schedule 3.12(a)

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Shreveport | Promise FT | CASE MANAGER - RN | | | 10/12/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - UNIT | | | 02/26/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - PHARMACY | | | 04/27/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 07/09/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | PHARMACIST | | | 04/24/2012 | A | Hourly |
| SHR | Shreveport | Promise FT | SPECIALIST - DESKTOP | | | 04/27/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 11/13/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 03/29/1996 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 10/22/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - WOUND CARE | | | 11/12/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 01/13/2003 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | | 08/06/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 06/08/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - RADIOLOGY | | | 08/07/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 12/10/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | | 04/16/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | DRIVER - PATIENT TRANSPOR | | | 07/26/1999 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 05/30/2016 | A | Hourly |
| SHR | Shreveport | Promise FT | THERAPIST - OCCUPATIONAL | | | 07/24/2006 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 09/27/2010 | A | Hourly |
| SHR | Shreveport | Promise FT | SCIENTIST - CLINICAL LAB | | | 07/14/2008 | A | Hourly |
| SHR | Shreveport | Promise FT | SOCIAL WORKER - MSW | | | 01/02/2012 | A | Hourly |
| SHR | Shreveport | Promise FT | SUPV - NURSING/ADMIN/HOU | | | 05/12/2013 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 04/24/1997 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 05/05/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 05/01/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - REHAB | | | 09/28/1994 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 05/29/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 08/29/2011 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - PHYSICAL THERAPY | | | 03/01/2013 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 11/06/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | PHLEBOTOMIST | | | 05/21/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - ADMISSIONS | | | 02/25/2008 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 06/04/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - ADMISSIONS | | | 11/13/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 03/10/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | THERAPIST - PHYSICAL | | | 03/20/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 09/11/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - EXECUTIVE | | | 07/29/2010 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | | 08/20/2012 | L | Hourly |
| SHR | Shreveport | Promise FT | COORD - INF PREV/EE HEALT | | | 09/25/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 04/23/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 05/14/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - UNIT | | | 01/03/1994 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 03/30/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 11/25/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | COUNSELOR - LIC PROFESS | | | 07/07/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | THERAPIST - OCCUPATIONAL | | | 10/26/2009 | A | Hourly |

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Shreveport | Promise FT | TECH - WOUND CARE | | | 05/13/1996 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 08/15/2011 | A | Hourly |
| SHR | Shreveport | Promise FT | SUPV - NURSING/ADMIN/HOU | | | 07/23/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | SECURITY OFFICER -UNARMED | | | 08/22/2016 | A | Hourly |
| SHR | Shreveport | Promise FT | COUNSELOR - LIC ADDICTION | | | 01/19/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - PAYROLL | | | 10/16/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | SOCIAL WORKER - BSW | | | 04/09/2001 | A | Hourly |
| SHR | Shreveport | Promise FT | COOK | | | 05/05/1999 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | | 09/11/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - ICU | | | 04/04/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - ADMISSIONS | | | 01/28/2008 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 12/12/2005 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 08/22/2016 | A | Hourly |
| SHR | Shreveport | Promise FT | COUNSELOR - LIC PROFESS | | | 10/05/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | SUPV - TRANSPORT SVCS | | | 02/16/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - PHARMACY | | | 05/09/2011 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 10/25/2010 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 07/02/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | PRACTITIONER - RESP (CRT) | | | 08/24/2009 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 09/02/1999 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 10/25/2010 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 01/09/2006 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - UNIT | | | 05/07/1999 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 11/26/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - ADMITTING | | | 07/14/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 05/19/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - CENTRAL SUPPLY | | | 06/19/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 11/26/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 03/02/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | CASE MANAGER - RN | | | 07/16/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | PRACTITIONER - RESP (RRT) | | | 01/14/2019 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 12/10/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 05/19/2014 | L | Hourly |
| SHR | Shreveport | Promise FT | SOCIAL WORKER - BSW | | | 01/11/1999 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 10/22/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | CLERK - UNIT | | | 12/10/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | PRACTITIONER - RESP (CRT) | | | 05/22/2006 | A | Hourly |
| SHR | Shreveport | Promise FT | DRIVER - PATIENT TRANSPOR | | | 08/13/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | | 11/13/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | PRACTITIONER - RESP (RRT) | | | 12/05/1994 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 12/17/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 11/26/2007 | A | Hourly |
| SHR | Shreveport | Promise FT | MAINTENANCE - GENERAL | | | 06/19/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | CODER | | | 01/25/2016 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - ICU | | | 06/18/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 03/05/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 11/26/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 03/08/2010 | A | Hourly |

Schedule 3.12(a)

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 07/20/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 02/03/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | THERAPIST - SPEECH | | | 12/29/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 05/09/2011 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | | 07/07/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | PHARMACIST | | | 05/19/1994 | A | Hourly |
| SHR | Shreveport | Promise FT | SUPV - NURSING/ADMIN/HOU | | | 09/27/2010 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - ICU | | | 09/08/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 02/08/1996 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 02/01/2008 | A | Hourly |
| SHR | Shreveport | Promise FT | COORD - MEDICAL STAFF | | | 02/16/2010 | A | Hourly |
| SHR | Shreveport | Promise FT | AIDE - DIETARY | | | 01/05/2009 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 08/08/2016 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - REHAB | | | 11/24/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 08/07/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 05/05/2014 | A | Hourly |
| SHR | Shreveport | Promise FT | COOK | | | 04/02/1996 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - ENVIRONMENTAL SVCS | | | 04/25/2011 | A | Hourly |
| SHR | Shreveport | Promise FT | COOK | | | 11/09/2009 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 12/16/2013 | A | Hourly |
| SHR | Shreveport | Promise FT | ASST - NURSE CERTIFIED | | | 10/26/2009 | A | Hourly |
| SHR | Shreveport | Promise FT | TECH - MENTAL HEALTH | | | 07/07/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 04/13/2015 | A | Hourly |
| SHR | Shreveport | Promise FT | RN - CLINICAL | | | 05/21/2018 | A | Hourly |
| SHR | Shreveport | Promise FT | LPN-LVN | | | 04/13/2009 | A | Hourly |
| SHR | Shreveport | Promise FT | PRACTITIONER - RESP (RRT) | | | 01/23/2017 | A | Hourly |
| SHR | Shreveport | Promise FT | DIR - REHAB SVCS | | | 10/03/2016 | A | Salary |
| SHR | Shreveport | Promise FT | EVALUATOR - CLINICAL | | | 01/29/2015 | A | Salary |
| SHR | Shreveport | Promise FT | MGR - PROGRAM | | | 07/07/2017 | A | Salary |
| SHR | Shreveport | Promise FT | REG DIR - INFORMATION SYS | | | 12/21/2004 | A | Salary |
| SHR | Shreveport | Promise FT | EVALUATOR - CLINICAL | | | 05/04/2015 | A | Salary |
| SHR | Shreveport | Promise FT | CLINICAL LIAISON | | | 05/01/2017 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - CASE MANAGEMENT | | | 02/05/2007 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - HUMAN RESOURCES | | | 10/23/2017 | A | Salary |
| SHR | Shreveport | Promise FT | MGR - PROGRAM | | | 07/07/2017 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - RADIOLOGY SVCS | | | 08/25/2000 | A | Salary |
| SHR | Shreveport | Promise FT | RN - NURSE PRACTITIONER | | | 06/22/2015 | A | Salary |
| SHR | Shreveport | Promise FT | COO | | | 01/15/2007 | A | Salary |
| SHR | Shreveport | Promise FT | DIR - MATERIALS MGMT | | | 05/08/2017 | A | Salary |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (RRT) | | | 11/04/2013 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 03/06/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | SCIENTIST - CLINICAL LAB | | | 12/12/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | DRIVER - PATIENT TRANSPOR | | | 02/18/2000 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 10/22/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | COUNSELOR - LIC PROFESS | | | 07/07/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | DRIVER - PATIENT TRANSPOR | | | 09/12/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - PHARMACY | | | 02/08/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 12/16/2013 | A | Hourly |

<u>Schedule 3.12(a)</u>

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 09/24/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 12/10/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 03/30/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 01/02/2008 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 08/07/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 06/20/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | SCIENTIST - CLINICAL LAB | | | 08/27/2007 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 09/14/2000 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 11/05/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 06/11/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 09/12/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 07/22/2013 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - PHARMACY | | | 01/29/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 01/27/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 12/10/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 05/21/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (RRT) | | | 03/22/2010 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 09/14/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - RADIOLOGY | | | 10/22/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHLEBOTOMIST | | | 10/11/2010 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 12/14/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 09/11/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | SCIENTIST - CLINICAL LAB | | | 09/13/2010 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - PHARMACY | | | 12/17/2012 | A | Hourly |
| SHR | Shreveport | Promise PRN | DIETICIAN - CLINICAL | | | 07/10/2006 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - PHARMACY | | | 07/25/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 01/14/2019 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 10/15/2012 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 06/18/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 04/16/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 07/24/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 02/28/2000 | A | Hourly |
| SHR | Shreveport | Promise PRN | SCIENTIST - CLINICAL LAB | | | 10/26/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 06/02/2014 | A | Hourly |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (CRT) | | | 06/30/2014 | A | Hourly |
| SHR | Shreveport | Promise PRN | OPERATOR - COMMUNICAT/PBX | | | 06/04/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 09/14/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - NURSE PRACTITIONER | | | 05/31/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 12/10/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 02/20/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHLEBOTOMIST | | | 07/23/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (CRT) | | | 06/06/2011 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 06/20/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 02/06/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - PHARMACY | | | 10/22/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (CRT) | | | 07/11/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 09/12/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLINICAL LIAISON | | | 10/26/2009 | A | Hourly |

**Schedule 3.12(a)**

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 11/08/2010 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 07/09/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 02/08/2010 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 06/06/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | SUPV - NURSING/ADMIN/HOU | | | 03/14/2011 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 08/11/2014 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 11/09/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | AIDE - DIETARY | | | 05/19/2014 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 02/22/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 05/21/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | CODER | | | 10/10/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHARMACIST | | | 11/11/2002 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 08/20/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHLEBOTOMIST | | | 12/14/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | COUNSELOR - LIC PROFESS | | | 07/07/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | DRIVER - PATIENT TRANSPOR | | | 01/22/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 05/22/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 11/09/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | OPERATOR - COMMUNICAT/PBX | | | 09/25/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 10/23/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 04/07/2014 | A | Hourly |
| SHR | Shreveport | Promise PRN | DIETICIAN - CLINICAL | | | 05/27/2008 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - EMPLOYEE HEALTH | | | 09/15/2008 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 12/10/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | OPERATOR - COMMUNICAT/PBX | | | 07/03/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 03/05/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | DRIVER - PATIENT TRANSPOR | | | 01/23/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - HEALTH INFO | | | 06/19/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | DRIVER - PATIENT TRANSPOR | | | 07/20/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - PHARMACY | | | 09/26/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 03/08/2010 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 11/04/2013 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHARMACIST | | | 08/02/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | THERAPIST - PHYSICAL | | | 04/13/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | COOK | | | 06/18/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 06/08/2005 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 11/26/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 06/25/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHARMACIST | | | 05/03/2004 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 04/27/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 04/27/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - HEALTH INFO | | | 04/17/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 06/15/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 01/14/2019 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 06/04/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 05/16/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 05/02/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 07/10/2017 | A | Hourly |

Schedule 3.12(a)

| Company Code | Pay Group | Status | Job Title | Annual Salary | Hourly Pay Rate | Date of Hire | Employment Status Code | Hourly(Non-Exempt/ Salary (Exempt) |
|---|---|---|---|---|---|---|---|---|
| SHR | Shreveport | Promise PRN | TECH - VASCULAR | | | 10/08/2007 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 11/26/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 07/24/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | DIETICIAN - CLINICAL | | | 02/04/2013 | A | Hourly |
| SHR | Shreveport | Promise PRN | COOK | | | 07/11/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 11/13/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 12/10/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHARMACIST | | | 01/19/2015 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHARMACIST | | | 11/26/2013 | A | Hourly |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (RRT) | | | 01/06/2014 | A | Hourly |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (RRT) | | | 10/09/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 01/14/2019 | A | Hourly |
| SHR | Shreveport | Promise PRN | CLERK - UNIT | | | 02/08/2010 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 12/16/2013 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHLEBOTOMIST | | | 07/11/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 11/20/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 01/22/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 06/16/2014 | A | Hourly |
| SHR | Shreveport | Promise PRN | ASST - NURSE CERTIFIED | | | 11/05/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - ENVIRONMENTAL SVCS | | | 07/10/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | PRACTITIONER - RESP (RRT) | | | 12/19/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - MENTAL HEALTH | | | 02/06/2012 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 09/10/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHLEBOTOMIST | | | 08/21/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | RN - CLINICAL | | | 09/26/2016 | A | Hourly |
| SHR | Shreveport | Promise PRN | LPN-LVN | | | 05/02/2018 | A | Hourly |
| SHR | Shreveport | Promise PRN | PHLEBOTOMIST | | | 05/01/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | OPERATOR - COMMUNICAT/PBX | | | 06/27/2017 | A | Hourly |
| SHR | Shreveport | Promise PRN | TECH - RADIOLOGY | | | 01/03/2011 | A | Hourly |

**SCHEDULE 3.12(b)**

**EMPLOYEE RELATIONS; EMPLOYEE TERMINATIONS**
**(Bossier City and Shreveport)**

None.

See attached list of employees terminated during the three (3) month period prior to the date hereof.

Schedule 3.12(b)

## PROMISE TERMINATED EMPLOYEES - SCHEDULE 3.12(b)

| Location Code | Job Title | Employment Status Code | Job Change Reason | Date Last Worked | Date Last Pay Date Paid |
|---|---|---|---|---|---|
| BSC | ASST - PHYSICAL THERAPY | T | ███ | 01/18/2019 | 01/18/2019 |
| BSC | LPN-LVN | T | ███ | 11/10/2018 | 11/23/2018 |
| BSC | RN - ICU | T | ███ | 12/29/2018 | 01/08/2019 |
| BSC | ASST - NURSE CERTIFIED | T | █████ | 01/01/2019 | 01/18/2019 |
| BSC | ASST - NURSE CERTIFIED | T | ██████ | 01/14/2019 | |
| BSC | SUPV - NURSING/ADMIN/HOU | T | ███ | 12/18/2018 | 01/04/2019 |
| SHR | LPN-LVN | T | ███ | 12/11/2018 | 12/21/2018 |
| SHR | COUNSELOR - LIC ADDICTION | T | ███ | 11/21/2018 | 12/07/2018 |
| SHR | RN - CLINICAL | T | ███ | 12/30/2018 | 01/08/2019 |
| SHR | RN - CLINICAL | T | ███ | 11/15/2018 | 11/23/2018 |
| SHR | LPN-LVN | T | ███ | 11/14/2018 | 11/23/2018 |
| SHR | ASST - NURSE CERTIFIED | T | █████ | 11/30/2018 | 12/07/2018 |
| SHR | ASST - NURSE CERTIFIED | T | █████ | 11/16/2018 | 12/21/2018 |
| SHR | DIR - REHAB SVCS | T | ███ | 12/07/2018 | 12/21/2018 |
| SHR | PRACTITIONER - RESP (RRT) | T | ███ | 01/03/2019 | 01/18/2019 |
| SHR | LPN-LVN | T | ████ | 12/25/2018 | 01/04/2019 |
| SHR | LPN-LVN | T | ███ | 01/22/2019 | 01/18/2019 |
| SHR | PRACTITIONER - RESP (RRT) | T | ███ | 11/18/2018 | 11/28/2018 |
| SHR | ASST - NURSE CERTIFIED | T | █████ | 01/01/2019 | 01/18/2019 |
| SHR | SECURITY OFFICER -UNARMED | T | ███ | 11/14/2018 | 11/23/2018 |

**SCHEDULE 3.13**

**LITIGATION AND PROCEEDINGS**
**(Bossier City and Shreveport)**

1.  See attached.

2.  The following additional matters for certain Affiliates:



| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|------------|-------------------|----------|-------------------|-----------------|---------------------------|----------|
| | | | | | | | | |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|-----------|-------------------|----------|-------------------|-----------------|--------------------------|----------|
| ███████ | █████████ | ██████████ | | ██████ | | █████████████ | ████████████████ | ████████ |
| █████ | ██████ | ██████████ | | | | ████████████ | ████████████ | █████ |
| | | | | | | ████████████ | █████████████ | |
| | | | | | | █████████████ | ████████ | |
| | | | | | | ███ | | |
| | | | | | | █████████████ | | |
| ██████ | ████████████ | █████████ | | ██████ | | ████████████ | | ██████ |
| █████ | | | ███ | | | ███████████ | | █████ |
| | | | | | | ██████████ | | |
| | | | | | | ██████████ | | |
| | | | | | | ███████ | | |
| ███████ | ████████ | ██████████ | ████████ | ██████ | | ████████████ | ███████████ | ██████ |
| ██████ | ███████ | | ████████ | | | ████████████ | █████ | █████ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | | ███ | ███ | ███ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|------------|-------------------|----------|-------------------|-----------------|---------------------------|----------|
| ███████████ | ███████████ | ███████████ | ███████ | ███████ | | █████████████ | | ████████ |
| ████ | ███████ | ███████████ | ████ | ████ | | █████ | | █████ |
| █████ | ███████ | █████████████ | █████████ | ███████████████ | | ███████ | | █████ |

*All Litigation by Facility*

Schedule 3.13

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|------------|-------------------|----------|-------------------|-----------------|---------------------------|----------|





| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ██████████████ | | | | | | | | |
| ████ ███ | ████████ | ████████ | ████ | ████ | | ███ | | ████ ██ |
| ████ ███ | ██████████ | ████████ | ████████ | ████ | | █████ | | ████ ██ |
| ████ ███ | █████████ | ████████ | ████████ | █ ███ | | █████████ | | ████ ██ |
| ████ ███ | █████ | ████████ | ████████ | ████ | | █████████ | | ████ |
| ████ | | | ███ | | | ██████████ | | |
| | | | | | | ███████ | | |
| ████ ███ | █████████ | ████████ | ████ | ████ | | ██████ | | ████ ███ |
| ████ ███ | █████████ | ████████ | ████████ | ████ | | ██████████ | | ████ ███ |
| ████ ███ | ██████ | ███████ | ████████ | ████ | | ███████ | | ████ ███ |
| ████ ███ | ███████ | ████████ | ████ | | | █████████ | | ████ ███ |
| ████ ███ | ██████ | ████████████████████████████ | ███ | | | █████████ | ████████████ | ████ ███ |
| | | | | | | ████████ | ████████████ | |
| | | | | | | ██████ | ████████ | |
| | | | | | | █████████ | | |
| | | | | | | ███ | | |
| ████ ███ | █████████ | ████████ | | ████ | | ██████ | | ████ ███ |
| ████ | ████████ | | ███ | | | ██████ | | ████ |
| | █ | | | | | | | |
| ████ ███ | ████████ | ████████ | ████████ | ████ | | ███████ | | ████ ███ |
| ████ | █████████████████████████ | | ████████ | ████ | | ██████ | | ████ ███ |
| ████ | ██████ | ████████ | ████████ | █████████████ | | █████████ | | ████ ████ |
| ████ | | ████████ | ████ | | | █████████ | | |
| | | | | | | ███████ | | |
| | | | | | | █████ | | |

*All Litigation by Facility*

<u>Schedule 3.13</u>

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|-----------|-------------------|----------|-------------------|-----------------|---------------------------|----------|
| ███ | | | | | | ███ | ███ | ███ |
| ███ | | | ███ | | | ███ | ███ | |
| | | | | | | ███ | | |
| | | | | | | ███ | | |
| | | | | | | ███ | | |
| | | | | | | ███ | | |
| | | | | | | ███ | | |
| | | | | | | ███ | | |
| | | | | | | ███ | | |
| | | | | | | ███ | | |
| ███ | ███ | | ███ | ███ | | ███ | | ███ |
| ███ | | | ███ | | | ███ | | |
| ███ | ███ | | ███ | ███ | | ███ | | ███ |
| ███ | | | ███ | | | ███ | | |
| ███ | ███ | | ███ | ███ | | ███ | ███ | ███ |
| | | | ███ | | | ███ | ███ | |
| | | | | | | ███ | ███ | |
| | | | | | | ███ | | |
| ███ | ███ | | ███ | ███ | | ███ | | ███ |
| ███ | ███ | | ███ | ███ | | ███ | | ███ |
| ███ | ███ | | ███ | ███ | | ███ | | ███ |
| ███ | ███ | | ███ | ███ | | ███ | | ███ |
| ███ | ███ | | ███ | | | ███ | | ███ |
| | | | | | | ███ | | |

*All Litigation by Facility*

Schedule 3.13

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ██████████ | ███████ | | ████████ | ████████ | | █████████████ | | ████ |
| ████████ | | | ██████████ | | | | | ██████ |

*All Litigation by Facility*

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|------------|-------------------|----------|-------------------|-----------------|---------------------------|----------|
| ██████████████ | ██████ | | | | | | | |
| ██████ | ████████ | ██████ | █████████ | █████ | | ██████ | | ████████ |
| | ██ | | | | | ███████ | | |
| | | | | | | ████████ | | |
| ███████ | ███████ | ██████ | █████████ | █████ | | ██████████ | | ███████ |
| ████████ | █████ | ██████ | ██████████ | █████ | | ████████ | | ████████ |
| ████████ | ██████ | ██████ | █████████ | █████ | | █████████ | | ███████ |
| ████████ | █ | ██████ | █████████ | █████ | | ████████ | | ███████ |
| ████████ | ███████ | ██████ | ██████ | █ | | ███████████ | | ██████ |
| █████ | ████████ | █████████ | █████████ | | | █████████ | | |
| | | | | | | ████ | | |
| ████████ | █████████ | █████████ | █████████ | ████████ | | █████████ | | ██ |
| | | | | | | █████████████ | | ████ |
| | | | | | | ██████ | | |

Schedule 3.13

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | | |
| ███ ███ | ████ | ██████ | ████ | █ ██ | | ████ | | ████ |
| ███ | ████ | ██████████ | | ███ | | ████████ | ██████ | ████ |
| ███ | ████ | ██████ | ███ | ███ | | ████████ | | ████ |
| ███ | █ | █████ | ██ | | | ███████ | | |
| ███████ | ████ | ██████ | ████ | ▪ ██ | | ███ | ██████ | ████ |
| | ██ | | | | | | | |
| ███████ | ██ | ██████ | █████ | ███ | | ██████ | | ████ |
| ███████ | ████ | ██████ | █████ | ███ | | ██████ | | ████ |
| ███ ███ | ███ | █████████ | ███ | | | ████ | █████████ | ████ |
| ███ | ███ | | | | | | ███████ | |
| | | | | | | | ██████ | |
| | | | | | | | ██████ | |

*All Litigation by Facility*

Schedule 3.13

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | | ███ | | ███ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ██████████████ | | | | | | | | |
| ████████ | ███████ | ████████ | | ███████ | | █████████████████ | | ███████ |
| ██████ | ██████ | | █████████ | | | | | ████ |
| ███████████ | ██████ | ███████████████ | | ██████ | | █████████████████ | ████████████████████████ | ███████ |
| ████████ | ██████████ | | | | | ████████████████ | █████████████████████ | ████████ |
| | | | | | | ████████ | ███ | |
| ████████ | ████████ | ██████████ | ███████████ | █ ██ | | █████████ | | ████████ |
| ████████ | ████████ | █████████ | █████████ | | | ████ | | ████████ |
| ████████ | █ | | █████████ | ██████ | | ███████████ | | ████████ |
| ████████ | ████████ | █████████ | █████████ | █ ██ | | ████████████ | | ████████ |
| ████████ | ████████ | █████████ | █████████ | █ ██ | | ████████████ | | ████████ |
| ████████ | █████████ | █████████ | █████████ | █ ██ | | █████████ | | ████████ |
| ████████ | ██████████ | █████████ | █████████ | ██████ | | ███████████████ | | ████████ |
| | | | | | | █████████ | | |
| ████████ | ████████ | ██████████████ | | ███████████████ | | ███████████████ | | ██████ |
| | | | █████████ | | | | | |
| ████████ | ██████ | █████████ | | ████████████ | | █████████████ | | ██████ |
| ██████ | | | █████████ | | | ██████████████ | | |
| | | | | | | ███████████████ | | |

Schedule 3.13

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ██████████ ████ █ | █████████ █ | ██████ | ████████ | ▪ ██ | | ████████████ | | █████████ ████ |
| █████████ ██ | ██████ ████ | ████ | ████ | ▪ ██ | | ██████████████ ████████ | | ██████████ ███ |
| ███████ ██ | ████ █████ | ████████ | ████ | ████████████ | | ████████████ ████████ | | █████ |
| ████ | | | | | | ███████████ | | |
| ███████ ██ | ████ █ | ████████ | ████ | ████████████ | | ████████████ ██ | | █████ |
| ██ | | | | | | ████████████████ ███ | | |
| | | | | | | ████████████████ ████ | | |
| | | | | | | ██████████████ ████ | | |
| | | | | | | ██████████████ ████ | | |
| | | | | | | ███████████ ████ | | |
| | | | | | | ██████████ ███ | | |

*All Litigation by Facility*

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ███████████ | ███████████ | ███████████ | | ██████ | | ████████████████ | | ████████████ |
| █ | ██████████ | | █████████ | | | ██████████████████ | | ████████ |
| ███████████ | ████ | ███████████ | | █ ██ | | ██████████████ | | ██████████████ |
| █ | █████████ | | █████████ | | | █████████████ | | ████████ |
| | | | | | | █████████ | | |
| █████████████ | █████████ | ██████████████ | | █████████████████ | | █████████████ | | ████ |
| █ | ████████ | | ████████ | | | ██████████████ | | ████ |
| █████████ | ██████ | ██████████████ | | ███████████████ | | █████████████████ | | ███ |
| | | | | | | ██████████ | | ████ |
| ██████████████ | ██████ | ██████████████ | | ████████████████ | | █████████████ | | ███ |
| █ | ████ | | ██████████ | | | | | ███ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|------------|-------------------|----------|-------------------|-----------------|--------------------------|----------|
| ███████████ | ████████ | ██████████ | ███ | █ ███ | | █████████████ | | █████████ |
| ██████ | █ | | ██████ | | | ██████████████ | | ██████ |
| ████████ | ████████ | █████████ | ██████ | █ ███ | | ███████████████ | | █████████ |
| █████████ | █████████ | █████████ | ██████ | ██████ | | ██████████████ | | █████████ |
| ██████ | ████████ | ████████ | ██████ | | | ██████████████ | | ███████ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ██████████ █████ | ████████ █████ | ███████████████ | ████ | ██████ | | ██████████████ ████ | ████████████████ ████████████████ ████ | ████ ████ |
| ████████ █████ | ████████ █████ | ██████████ | ████ | ██████ | | ██████████████ ██████ | | ████ ████ |
| █████████ ████ | ████████████ ████████ | █████████ | ██████ | █ ████ | | █████████████ ████████████ | | ████ ████ |
| ██████ █████ | █████████████ ████ | ████████ | ████ | ██████ | | █████████████ ████████ | | ████ ████ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ███████████ | ███████████ | | | | | | | |
| ██████████ | █████████ | ████████ | | ████████ | | ████████████████ | | ████████ |
| ██████████ | █████████ | ████████ | | | | ██████████████ | | █████████ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|----------|-------------|------------|-------------------|----------|-------------------|-----------------|---------------------------|----------|
| █████████ | ████ | | | | | | | |
| ████████ | ████████ | ████████████ | | ███████ | | ████████████ | ███████████████ | ██████ |
| ████████ | ███████ | | | | | | ██████████████ | |
| | | | | | | | ██████████ | |
| | | | | | | | ██████ | |
| ████████ | ██ | ██████████ | | ██████ | | █████████████ | | ████████ |
| ████████ | | | ████ | | | ██████████ | | ████ |
| ████████ | ██████ | ██████████ | | | | █████████████ | | ████████ |
| ████████ | | | ██████ | | | ██████████ | | |
| ████████ | ████████ | ██████████ | | ██████ | | █████████████ | ███████████████ | ████████ |
| ████████ | ██████ | | ████████ | | | | ██████ | |
| | █████ | | | | | | | |
| ████████ | ████████ | ███████████ | | █ ████ | | █████████ | ███████████████████ | |
| ████████ | ██████ | | | | | ██████ | | ████ |
| ████████ | ███████ | ██████████ | | ██████ | | ████████████ | ███████████████ | ██████ |
| ████████ | | | | | | █████████████ | ███████████ | |
| | | | | | | █████████████ | | |
| | | | | | | ██████████████ | | |
| | | | | | | ███████ | | |
| ████████ | ███████ | ████████ | | ██████ | | ████████████ | | ██████ |
| ████████ | ██████ | | | | | ████████████ | | ████ |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ████████ | ████████ | ████ | | ████ | | ████████ | | ████ |
| ████████ | ████ | ████████ | ████████ | | | ████ | | ████ |
| ████████ | ████ | ████████ | ████ | ▋ ██ | | ████████ | | ████ |
| | | | | | | ████████ | | |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ████████ | | ██████ | | ██████████ | | ████████████ | | |
| ██ | ███ | | ██████ | | | █████████ | | ████████ |
| | █████ | | | | | ██████████ | | |
| | | | | | | ████████████ | | |
| | | | | | | ████████████ | | |
| | | | | | | ██████████ | | |
| | | | | | | ██████████ | | |
| | | | | | | ████████ | | |
| ███████ | ████████████ | | ██████ | ████ | | █████████ | | ███████ |
| ██ | | ████████ | ██████ | ████ | | ████████████ | | ███████ |
| ███████ | ██████ | | | | | ██████ | | |
| | █████ | | | | | | | |
| ███████ | █████ | ██████████ | | ████ | | █████████ | | ██████ |
| ██ | ████ | | | | | █████████ | | |
| | | | | | | ██████ | | |
| ███████ | ██████ | ████████ | ██████ | █ ███ | | █████████ | | ██████ |
| ██ | ████████ | ██████ | | ████ | | ██████ | ███████ | ██████ |
| ██ | | | | | | █████████ | ████████████ | |
| | | | | | | █████████ | ██████████ | |
| | | | | | | | ██████ | |
| ███████ | ██████ | ████████ | | ████ | | █████████ | ████████ | ███████ |
| ██ | ████ | | | | | ██████████ | ████████████ | ██████ |
| | | | | | | ██████████ | ██████████ | |
| | | | | | | ████ | ██████████ | |
| ███████ | ████████ | ██████ | | ████ | | █████████ | █████████ | ██████ |
| ██ | ██████ | | | | | ██████ | ████ | ████ |



| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | | |
| ████████████ | ██████ | █████████ | | | ██████████ | | | ██ |
| ███ | | | █████████ | | | █████████ | | █████ |
| ███████████ | ███████ | █████████ | | | ███████████ | | | ███ |
| ███ | | | █████████ | | | ████████████ | | █████ |
| ███████████ | ████████ | █████████ | | ████████████ | | ██████████ | | ██████ |
| ███ | | | █████████ | | | ████████████ | | |
| ████████ | ███████████████ | | ████████ | | | ██████████ | | ██████████ |
| ███ | | | █████████ | | | ██████████ | | █ |
| ██████████████████ | ███████ | | ████████ | ███████ | | ███████████ | | ████████ |
| ████████ | | | █████ | | | ██████████ | | |
| | | | | | | ███████████ | | |
| | | | | | | █████████ | | |
| | | | | | | ████ | | |
| ████████ | ██████████████ | | ████████ | ███████████ | | ██████████ | | ██████ |
| ████████ | | | █████████ | | | ██████████ | | ████████ |
| | | | | | | █████████ | | |
| | | | | | | ████████ | | |

| Facility | Matter Name | Start Date | Collection Status | Exposure | Policy Deductible | Cause of Action | Description of Resolution | Law Type |
|---|---|---|---|---|---|---|---|---|
| ███████████ | ███████████ | ████████████ | | ██████ | | ████████████████ | | █████████ |
| ██ | ████████ | | █████████ | | | ████████ | | |
| ██████████████████ | ██████ | ██████████ | ████████ | ██████ | | ██████████████ | ██████████████████ | ██████████ |
| | | | | | | ██████████████ | ████████████████ | |
| | | | | | | | ██████████████ | |
| | | | | | | | ██████████████ | |

*Hotline Reports--01/01/2016--01/31/2019*

**Schedule 3.13**

| Case # | Priority | Allegation | Report Inititated | Location | Date Closed | Case Status |
|--------|----------|------------|-------------------|----------|-------------|-------------|
| █████ | | | | | | |
| █████ | | █████ | █████ | | █████ | |
| █████ | | █████████ | █████ | | █████ | |
| █████ | | █████████ | █████ | | █████ | |

*Hotline Reports--01/01/2016--01/31/2019*

| ███████████████ | | | | | | |
|---|---|---|---|---|---|---|
| ███████████ | ████████████████████ | | ███████████ | | ████████████████████ | |
| ███████████ | ███████████ | | ███████████ | | ████████████████████ | |

*Hotline Reports--01/01/2016--01/31/2019*   **Schedule 3.13**

| | | | | | |
|---|---|---|---|---|---|
| ███████████ | | | | | |
| ██████████ | | ████████████ | | ████████ | ███████████████ |
| | | | | | |
| █████████ | | ██████████████████████ | | ████████ | ██████████████████ |
| █████████ | | ██████████ | | █████ | ████████████████ |
| █████████ | | ████████ | | ████████ | █████████████████ |
| █████████ | | ████████████ | | ████████ | █████████████████ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ███████ | | | | ███████ | | ███████████ |
| ██████ | ██████ | | ██████ | | ████████ | |
| ██████ | ████████████ | | ██████ | | ████████ | |
| ██████ | ██████ | | ██████ | | ████████ | |
| ██████ | █████████████ | | ██████ | | ████████ | |
| ██████ | ██████████████ | | ██████ | | ███████ | |
| ██████ | █████ | | ██████ | | ████████ | |
| ██████ | ████████ | | ██████ | | ████████ | |
| ██████ | ███████ | | ██████ | | ██████ | |

*Hotline Reports--01/01/2016--01/31/2019*

| | | | | | |
|---|---|---|---|---|---|
| ██████████████████████ | | | | | |
| ████████ | | ████████ | | ██████ | ███████████████████ |
| | | ██████ | | ██████ | █████████████ |
| | | ██████████████████████ | | | |
| ████████ | | █████ | | ████████ | █████████████████ |
| ████████ | | ██████████████████ | | ████████ | █████████████████ |
| ████████ | | ████████████ | | █████████ | █████████████████ |
| | | █████████████████████ | | | |
| | | ██████ | | ████████ | █████████████████ |
| ████████ | | █████████ | | ████████ | █████████████████ |
| ████████ | | ██████ | | ████████ | █████████████████ |
| ████████ | | ████████████ | | ████████ | ██████████████████ |

*Hotline Reports--01/01/2016--01/31/2019*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▆▆▆▆▆▆▆▆ | | | | | | | | |
| ▆▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆▆ | | |
| ▆▆▆▆▆ | | ▆▆ | | ▆▆▆▆▆ | | ▆▆▆▆▆▆▆ | | |
| | | ▆▆▆▆▆▆▆▆▆▆ | | | | | | |
| ▆▆▆▆▆ | | ▆▆ | | ▆▆▆▆▆ | | ▆▆▆▆▆▆▆ | | |
| ▆▆▆▆▆ | | ▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆ | | |
| ▆▆▆▆▆ | | ▆▆▆▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆ | | |
| ▆▆▆▆▆ | | ▆▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆ | | |

*Hotline Reports--01/01/2016--01/31/2019*

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

## Schedule 3.13

| | | | | | |
|---|---|---|---|---|---|
| ████████████ | | | | | |
| ██████████ | | ████████████████████ | | ████████ | | ████████████████ |
| | | ███ | | | |
| ██████████ | | ███████████████████ | | ████████ | | ██████████████████████ |
| | | █████████ | | | |
| | | ████████████ | | ████████ | | ████████████ | ███████████ | ██████████████████ |
| | | ███████████████████ | | | |
| | | ███████████████████████ | | | |
| ██████████ | | ████████████ | | ████████ | | ████████████ | ██████████████████ |
| ██████████████ | | ███ | | ████████████ | | ██████ |

**Schedule 3.13**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

*Hotline Reports--01/01/2016--01/31/2019*

**Schedule 3.13**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | |
| ██████████ | | ████████████████ | | ███████████ | | ████████████████ | |
| | | ███████████████ | | | | | |
| ██████████ | | █████████████████ | | ███████████ | | ████████████████ | |
| █████████ | | ████████████████ | | ███████████ | | ████████████████ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ███████████████████████ | | | | | | |
| ████████████ | | ███████████ | | ██████████ | | ████████████████████ |
| ████████████ | | ████ | | ██████████ | | ████████████████████ |

| | | | | | |
|---|---|---|---|---|---|
| ███████████ | | | | | |
| ██████ | █████████ | | ██████ | | █████████████ |
| ██████ | ███████████ | | ██████ | | ███████████ |
| ██████ | ███ | | ██████ | | █████████ |

*Hotline Reports--01/01/2016--01/31/2019*

## Schedule 3.13

| | | | | | | |
|---|---|---|---|---|---|---|
| ████████ | | | | | | |
| ████████ | ██ | | ████████ | | ████████████████ | |
| ████████ | ████ | | ████████ | | ████████████ | |
| ████████ | ██████████████ | | ████████ | | ████████████ | |
| ████████ | ██████████████ | | ████████ | | ████████████ | |
| ████████ | ████████████████ | | ████████ | | ████████████ | |

**Schedule 3.13**

| | | | | | |
|---|---|---|---|---|---|
| ███████████████████ | | | | | |
| ████████████ | ███████████████ | | ██████████████ | ███████████████ | |
| ████████████ | ███████████████ | | ██████████████ | ████████████████████ | |
| ████████████ | ████████████████████ | | ██████████████ | ███████████████████ | |
| ████████████ | ██████████████████ | | █████████████████ | ████████████████ | |
| ████████████ | ███████████████ | | ██████████████ | ███████████████████ | |

大成 **DENTONS**

Alison Elko Franklin

alison.franklin@dentons.com
D    +1 404 527 4918

**Schedule 3.13**

Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA  30308-3265
United States

dentons.com

August 13, 2019

**VIA E-MAIL AND OVERNIGHT DELIVERY**

John Tishler, Esq.
Katie G. Stenberg, Esq.
Blake D. Roth, Esq.
Tyler N. Layne, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
*John.Tishler@wallerlaw.com*
*Katie.Stenberg@wallerlaw.com*
*Blake.Roth@wallerlaw.com*
*Tyler.Layne@wallerlaw.com*

Stuart M. Brown, Esq.
Kaitlin MacKenzie Edelman, Esq.
Matthew S. Sarna, Esq.
DLA Piper US
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
*Stuart.Brown@dlapiper.com*
*Kaitlin.MacKenzie@dlapiper.com*
*Matthew.Sarna@dlapiper.com*

Re:    *In re Promise Healthcare Group, LLC, et al.*, Case No. 18-12491,
      United States Bankruptcy Court for the District of Delaware;
      COPYRIGHT INFRINGEMENT NOTICE - Unauthorized Use of Software

Dear Counsel:

    This firm represents 3M Company ("3M") in connection with the above-referenced jointly administered cases (the "Chapter 11 Cases") filed by Promise Healthcare Group, LLC ("Promise Healthcare") and its 45 affiliates (collectively with Promise Healthcare, the "Debtors").  3M is the owner of the copyright in computer programs (the "Software") identified

in that certain Software License and Services Agreement effective as of April 16, 2014 between 3M and Promise Healthcare (the "Agreement").  A true and correct copy of the Agreement is enclosed herein.[1]  The Software is used by 3M in connection with its business, which includes the provision of insurance coding software and related services.  3M has discovered that Promise Healthcare is engaged in the unauthorized usage and distribution of the Software following the termination of the Agreement and must immediately cease and desist all further use of the Software, compensate 3M for such usage of the software, and either return or destroy all copies of the Software and certain related documents.

Pursuant to the Agreement, 3M agreed to provide the Software and related services to the Debtors under the terms and conditions of the Agreement.  The Software is licensed, not sold, and, as such, Agreement granted Promise Healthcare the right to use the Software as set forth in the Agreement for the term that is applicable to such Software (the "License").  *See* Agreement, at §§ 1.9, 2.1.  The term of the Agreement is five (5) years, and therefore, the Agreement expired by its own terms on April 16, 2019.[2]  *See* Agreement, at § 9.1

Pursuant to the terms of the Agreement, upon termination of the Agreement and the License thereunder, the Debtors must immediately cease all further use of the Software and either return or destroy all copies of the Software and related Documents (as defined in the Agreement).  *See* Agreement, at § 9.3.  Among other things, the Debtors must certify in writing that all copies have been returned or destroyed.  *Id.*  Furthermore, the Debtors must pay all charges and fees related to the Debtors' continued to use and benefit from the use of the Software after termination of the Agreement.  *Id.*

In addition, Promise Healthcare has failed to comply with the license restrictions set forth in the Agreement.  *See* Agreement, § 2.2.  Promise Healthcare is not permitted to sublicense, lease, lend, transfer or permit access to or the use of the Software or the Documents to any third party without 3M's written consent.  *Id.*  Further, Promise Healthcare is responsible for informing and ensuring that the Debtors comply with these restrictions.  *Id.*  3M is aware that several purchasers (the "Purchasers") of the Debtors' facilities have had access to and use the Software.  Accordingly, the Debtors are in violation of the Agreement and the License granted to the Debtors under the Agreement.

Furthermore, to the extent the Debtors and the Purchasers have used and are using the Software, such actions violate federal copyright laws, 17 U.S.C. § 500 *et seq.* (the "Copyright Act"), as well as common law.  Under the Copyright Act, "anyone who violates any of the

---

[1]  Attached to the Agreement are several amendments that reflect the addition or cancellation of authorized sites.

[2]  As the Agreement has expired by its terms postpetition, it may not be assumed.  *Ctys. Contracting & Const. Co. v. Constitution Life Ins. Co.*, 855 F.2d 1054, 1061 (3d Cir. 1988) ("Once the contract is no longer in existence, the right to assume it is extinguished.  A contract may not be assumed under § 365 if it has already expired according to its terms."); 2 Collier on Bankruptcy ¶ 365.04.  The filing of a bankruptcy petition does not alter a debtor's contractual rights or obligations.

exclusive rights of the copyright owner . . . is an infringer of the copyright." 17 U.S.C. § 501(a). At its core, copyright infringement is the "violation of an owner's copyright interest by a non-owner." *U.S. Naval Inst. v. Charter Commc'ns, Inc.*, 936 F.2d 692, 695 (2d Cir. 1991) (internal citations and quotation marks omitted). Due to the nature of the Software, the damages for such violations—which also constitute an administrative expense due to the involvement of the Debtors—could be substantial in this case.[3]

3M considers its intellectual property rights in the Software to be of tremendous value to its business. 3M takes reports of copyright and trademark infringement very seriously and will not hesitate to pursue all available legal remedies. The Debtors' and the Purchasers' potential exposure in this matter, should it be litigated, is significant. Despite the potential for a large money judgment, we believe that it is in the best interest of all parties to resolve this matter amicably. However, if the Debtors and the Purchasers do not immediately cease and desist from their conduct, as demanded by this letter, 3M will institute the appropriate proceedings against the Debtors and the Purchasers without delay.

Therefore, this letter is to formally demand that:

(1)    the Debtors and the Purchasers immediately cease and desist from using, copying and displaying the Software, including its source code;

(2)    the Debtors and the Purchasers immediately cease and desist from distributing any and all copies of the Software including its source code, that it has already copied;

(3)    the Debtors provide the contact information for the Purchasers and their counsel to 3M's counsel no later than 5 p.m. (ET) on Friday, August 16, 2019;

(4)    the Debtors and the Purchasers deliver to 3M all copies of the Software, including its source code, currently in the possession, custody or control of the Debtors and Purchasers no later than 5 p.m. (ET) on Tuesday, August 20, 2019;

(5)    the Debtors deliver to 3M a complete list of every individual or entity to which the Debtors have distributed copies of the Software, including, name, address, phone number, quantity, price and dates of distribution no later than 5 p.m. (ET) on Tuesday, August 20, 2019;

---

[3] Pursuant to § 504 of the Copyright Act, if the Debtors are found to have infringed upon 3M's intellectual property, the Debtors are liable for the following damages: "(1) the copyright owner's actual damages and any additional profits of the infringer, as provided by subsection (b); or (2) statutory damages, as provided by subsection (c)." 17 U.S.C. § 504(a); *see* 17 U.S.C. § 504(c) ("[T]he copyright owner may elect . . . to recover, instead of actual damages and profits, an award of statutory damages for all infringements involved in the action, with respect to any one work, for which any one infringer is liable individually . . . in a sum of not less than $750 or more than $30,000 as the court considers just. . ."). In cases where the copyright owner demonstrates that the infringement was committed willfully, the Copyright Act authorizes enhanced statutory damages of up to $150,000 per infringed work. *See* 17 U.S.C. § 504(c)(2). Additionally, § 505 of the Copyright Act permits the court to award to the prevailing party its costs and reasonable attorneys' fees.

**大成 DENTONS**

dentons.com

(6)     the Debtors and the Purchasers immediately cease and desist from violating the federal copyright laws, 17 U.S.C. § 101 *et seq.*, as well as other common law and statutory laws in any manner not specifically set forth in this letter; and

(7)     be prepared to discuss an arrangement under which the Debtors and the Purchasers will make restitution to 3M.

We request that, within fourteen (14) days of the date of this letter, you confirm your compliance with the above-referenced demands.  If the Debtors and the Purchasers fail to comply with each of the conditions set forth in this letter, 3M will take all appropriate action as it deems necessary to protect its rights, including, but not limited to seeking (i) an immediate injunction restraining the Debtors' and Purchasers' use of the Software and Documents; and (ii) an award of damages and attorneys' fees.

This letter shall not constitute a waiver of, or otherwise prejudice, any of 3M's legal rights or remedies, which are expressly reserved.

Best regards,

*Alison Elko Franklin*

Alison Elko Franklin

Enclosures

112902594

## Schedule 3.13

**3M**

## SOFTWARE LICENSE AND SERVICES AGREEMENT

THIS AGREEMENT shall be effective as of April 16, 2014 between 3M Company, together with its subsidiaries and affiliates, (collectively referred to herein as "3M") having an office at 575 West Murray Boulevard, Murray, Utah 84123-4611 and Promise Healthcare (hereinafter referred to as "Client") with offices at 999 Yamato Road, 3rd Floor, Boca Raton, FL, 33431-4477.

Client contracts for and 3M agrees to furnish the Software and Services described in this Agreement under the terms and conditions of this Agreement and the applicable attached Appendices.

This Agreement is comprised of this Signature Page, the General Terms and Conditions, Exhibits, Appendices and Schedules, together with any Statement of Work subsequently entered into by the parties.

Client acknowledges and agrees the warranty disclaimer and the limitation of liability provisions set forth in this Agreement reflect an informed, voluntary allocation of risk between the parties, and constitute essential elements of the bargain between them. 3M would not have made the Software and/or Services available to Client at the fees set forth in this Agreement if it did not include such provisions.

The parties acknowledge that the agreement(s), listed below, shall be terminated and cancelled in their entirety as of the Effective Date of this Agreement. The Software and/or Services listed thereto shall be added to this Agreement and the terms and conditions hereto supersede and replace the terms and conditions of such agreement(s):

| DESCRIPTION OF AGREEMENT | DATED | AGREEMENT NUMBER (IF APPLICABLE) |
|---|---|---|
| Software License Agreement | 4/25/2004 | 04-0288 |
| | | |

REMIT ALL PAYMENTS DUE UNDER THIS AGREEMENT TO:

3M
PO Box 844127

Dallas, TX 75284-4127

ACH AND WIRE TRANSFERS TO:

JPMorganChase
1 Chase Manhattan Plaza
New York NY 10081
ABA # 021000021 Account # 777180753 Beneficiary Name: 3M Co
Swift address: CHASUS33 (for International Use)

WRITTEN NOTICES UNDER THIS AGREEMENT SHALL BE SENT TO:

Promise Healthcare
999 Yamato Road, 3rd Floor
Boca Raton, FL, 33431-4477
Attention: *RoseAnn Webb, HIM Director*

3M HEALTH INFORMATION SYSTEMS
575 West Murray Boulevard
Murray, UT 84123-4611
Attention: Pricing and Contract Director
With copy to: Legal

Client has read this Agreement, each Exhibit, Appendices, and Attachment hereto, including the disclaimers of warranties, limitations of liability and limitations of remedy, which are contained therein. To indicate the parties' acceptance and agreement to be bound by the terms and conditions of this Agreement, 3M and Client have executed this Agreement on the date(s) indicated below, to be effective as of the date first indicated above.

PROMISE HEALTHCARE

BY:

NAME: JAMES A. HOPWOOD

TITLE: CFO

DATE: April 28, 2014

3M COMPANY

BY:

NAME: Paulette Brimley

TITLE: Pricing and Contracting Director

DATE: April 16, 2014

Please fax a purchase order in the amount of $388,424.95, this signed Agreement and applicable Tax Exempt forms to: (651) 732-8469

| ISSUE DATE / BY: | GPO: | | BATCH NUMBER: | CLIENT SITE ID: | AGREEMENT NUMBER: |
|---|---|---|---|---|---|
| 2/27/2014  SHH | | * * * | 007798 | 2391180 | 007798-14 FLEX |
| REVISION DATE / BY: | VERSION: | CMR NO: | | | |
| 4/16/2014  SHH | 1 | * * * | | | |

GENERAL TERMS AND CONDITIONS

**1.0    DEFINITIONS**

1.1    "3M Software" means all copies of 3M-owned computer program(s) identified in any Appendix (and associated Schedule) to this Agreement and any Update thereto.

1.2    "Authorized Site" means and includes any entity that controls, is controlled by, is under common control with, or is under a written management contract with Client, which is specifically identified as an Authorized Site listed Exhibit C of this Agreement. "Control" is defined as possessing fifty-one percent (51%) or more of the voting stock or other ownership interest. If Client desires to have an entity included as an Authorized Site that does not otherwise meet the "Control" threshold set forth herein, 3M will consider the inclusion of such an entity on a case-by-case basis.

1.3    "Authorized Users" means the employees, contract workers (i.e., individuals employed by a third party assigned to perform, on a temporary basis, the same or similar functions of an Authorized Site's employees) and Independent contractors (i.e., self-employed individuals who perform, on a temporary basis, the same or similar functions of an Authorized Site's employees) of an Authorized Site and, if applicable, an admitting physician (a licensed physician who has the privilege to admit patients at an Authorized Site) and a consulting physician (a licensed physician who provides medical consultation at an Authorized Site, or to an admitting physician). 3M will also permit Client to include, as Authorized Users, consultants and contractors not otherwise included within the foregoing definition provided that (i) the consultant or contractor has a legitimate need to access and use the Software solely on behalf of an Authorized Site, (ii) the consultant or contractor is not, in 3M's reasonable opinion, a competitor of 3M and (iii) Client requires such consultant or contractor to execute 3M's standard Third Party Access and Confidentiality Agreement.

1.4    "Client Data" means any data, information, or materials provided by Client to 3M for facilitating the purposes of this Agreement, including, but not limited to; images, patient records and all translations, and versions of that data.

1.5    "Consulting Services" means consulting services performed in accordance with this Agreement and Appendix 8 and more particularly described in a Statement of Work ("SOW"). Consulting Services shall be listed on the respective Schedule to Appendix 8. Consulting Services specifically do not include Implementation or Training Services, Support Services or Professional Services.

1.6    "Documents" means written reference, operations and/or users manuals and other documents, and all revisions thereto, which provide specifications for or instructions for the use of the Software and/or the implementation of the Services, and which are furnished to any Authorized Site by 3M via download from https://support.3Mhis.com or through the Control Panel feature of the Software (ASP). Printed Documents maybe requested by Client and may require a reasonable shipping and handling fee.

1.7    "Equipment" means the central processing unit(s), any peripheral equipment and all interconnecting cables and wires physically located at the Installation Site(s) and/or Authorized Sites that meet or exceed 3M's then current minimum configuration requirements for using the particular Software, or substitute or backup equipment first approved by 3M in writing.

1.8    "Installation Site" means the physical location of the Equipment on which the Software (CSI) is installed. All Installation Sites shall be identified on the Schedule to the respective Appendix to this Agreement.

1.9    "License" means the right granted by 3M to the Client to use the Software as set forth in the applicable Appendix for the Term that is applicable to such Software.

1.10    "License Start Date" or "Go-Live" means the date in which (a) 3M has completed all installation and training tasks and the respective module(s) of Software CSI are made available to Client's Authorized Users for actual production use in a live environment, or (b) the Software CSI designated Client-installable ("CI"), is "delivered" to Client, or (c) 3M provides Client with access to and use of the 3M Cloud Services. "Delivered" means (i) Client has downloaded the Software CSI from 3M's website, or (ii) seven (7) calendar days after 3M ships the Software CSI media to Client, or (iii) Client has taken physical possession of any Purchased Equipment. For the avoidance of doubt, unless set forth otherwise on the respective Schedule, the Go-Live Date shall be set regardless if Customer elects not to install the Software CSI designated CI or use the Software after the Go-Live Date.

1.11    "Professional Services" means services provided by 3M, at the request of the Client, not otherwise provided for in this Agreement and listed on the respective Schedule to Appendix 4. Professional Services specifically do not include Implementation or Training Services, Support Services or Consulting Services.

1.12    "Purchased Equipment" means, but is not limited to, third party hardware, software, peripherals, etc., purchased by 3M, on behalf of Client, in accordance with the terms of this Agreement.

1.13    "Schedule" means a list of each particular item of Software licensed or Service to be provided, to each Authorized Site (and the associated fees), attached to the respective Appendix as may be amended from time to time.

## Schedule 3.13

1.14    "Services" means and may include, to the extent included in this Agreement, Implementation Services, Training Services, Support Services, Professional Services and/or Consulting Services.

1.15    "Software" means 3M Software and Third Party Content. Provisions of this Agreement referring to Software denoted as "CSI" shall apply only to Software that is implemented by delivery of the Software to the Client, on physical media or by online download, for installation on the Client's Equipment at Client's installation Site(s). References in this Agreement to Software denoted as "ASP" Software shall apply only to Software that is implemented by enabling the Client to access and use the functionality of the Software, or the results produced by the use of the Software, remotely via the Internet, Virtual Private Network or other online means without installation of the Software on the Equipment. Provisions of this Agreement referring to Software without denotation to "CSI" or "ASP" shall apply to both types of Software.

1.16    "Support Services" is further defined in Section 3. Support Services specifically do not include Implementation or Training Services, Professional Services, or Consulting Services.

1.17    "Term" of any particular Software License is further defined in the applicable Appendix. "Term" of the Agreement shall mean the period of time from the Effective Date to the termination of the last License for any particular item of Software and/or conclusion of the last Service, as set forth in the Appendices hereto.

1.18    "Third Party Content" means all non-3M-owned computer programs and/or materials (including, but not limited to, for example, CPT™ codes) incorporated into, or distributed by 3M for use in conjunction with, 3M Software, together with any Updates or diagnostic support aids thereto which are distributed to any Authorized Site by 3M.

1.19    "Update" means an enhancement or modification to the Software which 3M makes generally available to its clients without an additional or increased License fee. Unless otherwise stated, Updates to 3M Software shall be governed by the terms and conditions of this Agreement.

1.20    "Upgrade" means the replacement of 3M Software with a newer version containing new features and/or functions of the same product which 3M makes generally available to its clients with an additional and/or increased License fee. Unless otherwise stated, Upgrades shall be governed by the terms and conditions of this Agreement.

## 2.0    OWNERSHIP; RESTRICTIONS; USE; SERVICES

2.1    Ownership. 3M Software is licensed, not sold. Title to all copies of the Software, Services and Documents (including those made by Authorized Users), and to all 3M confidential and proprietary information, shall be and remain vested in 3M and/or its suppliers. 3M also retains title to all media used to supply Software to Client. Title to the software or other analytical tools that 3M utilizes to provide Services under this Agreement ("Service Tools") shall be and remain vested in 3M and/or its suppliers. No license, express or implied, under any patents, copyrights, trademarks or other property rights to such Service Tools are granted to Client under this Agreement unless such Service Tools are specifically set forth in the applicable Schedule hereto. Except as expressly stated herein, this Agreement does not grant Client any intellectual property rights in the Software or Services and all rights not expressly granted are reserved by 3M and its suppliers.

2.2    License Restrictions. The License granted to Client under this Agreement does not permit Client to do or permit any of the following without 3M's prior written consent: (i) make extra copies of the Software (CSI) or Documents (except for the limited purposes set forth below), (ii) sublicense, lease, lend, transfer or permit access to the Software or Documents (or any copies thereof) to any third party, (iii) permit access to, or the use, of the Software or Documents by any person, facility or entity that is not an Authorized User, (iv) use, or permit the use of, the Software or Documents to process transactions of any entity or facility that has not been specifically listed as an Authorized Site, nor to use or permit the use of the Software other than in accordance with any applicable configuration detailed in the respective Exhibits and Appendices hereto, or (v) disassemble, decrypt, decompile, reverse-engineer or create derivative works based upon the Software, (vi) engage in any activity or introduce any device, software or routine that interferes with or disrupts the Software (ASP) or the servers or networks which are connect to the Software (ASP), (vii) download or attempt to download, or copy the Software (ASP) or attempt to discover the source code of the Software (ASP). Client is solely responsible for informing and ensuring that all Authorized Users permitted to access and use the Software or Documents (including all Authorized Users who access and use the Software or Documents from remote locations), comply with the restrictions of Sections 2.2, 2.3, 2.6 and 4.1. Notwithstanding the foregoing, Client may make such copies of the Software (CSI) and/or Documents as are necessary to secure the Client's data or which are essential to the operation of the Equipment. During any period of Equipment malfunction causing the Software (CSI) to be inoperative, Client may use the Software (CSI) on other Equipment; however, Client shall not remove the Software (CSI) from the installation Site without 3M's written consent, which shall not be unreasonably withheld.

2.3    Interface Development. Except Software (ASP), for which all required interfaces shall be provided exclusively by 3M, Client's use of the 3M Software (CSI) and Documents licensed under this Agreement to create, install and support interfaces is limited to those interfaces created by Client that are necessary to enable the communication of data, objects or methods (including, but not limited to, codes, edits, indicators, modifiers, flags or other output – collectively referred to herein as "3M Software Output") between and among the 3M Software licensed hereunder and those applications or systems developed and deployed internally by the Client ("Client Applications"). For purposes of clarity and the avoidance of any dispute, Client Applications do not include any application and/or system that is sold, licensed or otherwise made available to Client by a third party ("Third Party Vendor Application"). Client shall not: (i) use the 3M Software or Documents to create any interface (or functionally-equivalent application) that enables the communication of 3M Software Output to any Third Party Vendor Application, or

## Schedule 3.13

(ii) make the 3M Software or Documents available or accessible to any Third Party Vendor, or agent thereof, for purposes of enabling such Third Party Vendor to create such an interface. All interfaces that are necessary to enable the communication of 3M Software Output between and among the 3M Software and any Third Party Vendor Application shall be developed and implemented by 3M and/or the Third Party Vendor, provided that such Third Party Vendor has a current Interface License Agreement in effect with 3M.

2.4     **Audit; Compliance.** Upon thirty (30) days advance notice, at Client's regular business hours, Client shall allow 3M, or a third party designated by 3M, to inspect and audit Client's books, records and use of the Software and Documents solely and exclusively for the purpose of verifying Client's compliance with its obligations under this Agreement. Any audit shall be paid for by 3M; provided, however, Client shall pay for such audit if such audit reveals that Client has used the 3M Software in an un-authorized manner, underpaid any fees, or is in violation of a material term of this Agreement. 3M reserves the right to pursue any other remedy under law and equity for such unauthorized use of the Software.

2.5     **Third Party Content.** Except as otherwise indicated in this Agreement, all terms and conditions of this Agreement, including the applicable terms and conditions set forth in **Exhibit B**, if any, shall apply to Third Party Content. 3M reserves the right to add or delete Third Party Content and to revise the provisions of **Exhibit B** in the event that the licensor of any Third Party Content requires 3M to pass through modified terms and conditions applicable to its Content. If 3M provides Third Party Content to Client that is accompanied by its own license agreement (e.g., "shrink-wrap" or "click wrap" terms and conditions) such Third Party Content license agreement shall control Client's use of the Third Party Content. In the event Client is permitted by a Third Party Content license agreement to change, modify or make any derivative work from the Third Party Content. Client assumes total responsibility for any resulting Equipment and/or Software malfunctions.

2.6     **Software Use and Security.** The overall effectiveness of the Software, the output from the Software and software security depends upon the Client's proper use of the 3M Software and Client's own policies, procedures and software/hardware security devices. Accordingly, Client is solely responsible for the use it makes of, or the output from, the Software. Client understands and agrees that the access to, or use of, the Software by any person using a password provided to, or by, Client or its Authorized Users constitutes an authorization by Client to use such password and access or use the Software, without limitation. Client is responsible for the security of all passwords provided to Client and its Authorized Users by 3M for access to and use of the Software under this Agreement. In the event that access to, or use of, a Client's password is permitted by Client, or gained by an unauthorized party while such password is in the possession of Client, and subsequently access to, or use of the Software is made by such unauthorized party, Client shall be solely liable for any access to, or use of, the Software, or activity or transaction using the Software by such unauthorized party. Client agrees to notify 3M of any possession, or use, of its passwords by an unauthorized party of which it becomes aware. So long as the Software meets the performance warranty set forth in Section 6.4, Client agrees to indemnify and hold 3M harmless from any demands, claims, or suits by a third party for loss, judgment, damages or expenses (including reasonable attorney's fees) arising out of or related to any use of, or access to, the Software while in Client's possession or through use of Client's passwords.

2.7     **Services.** In consideration for the payment of applicable fees set forth on the respective Schedule hereto, 3M will provide the Implementation, Training, Support, Professional and Consulting Services as set forth below:

2.7.1     **Implementation Services.** Implementation Services shall mean and include the provisions set forth in this Section 2.7.1. Shortly after the full execution of this Agreement or any amendment adding Software hereto, and 3M's receipt of Client's Purchase Order, 3M will contact Client and mutually determine and agree to a Software Implementation and training plan; however, Software (CSI) identified on the applicable Schedule as Client-installable ("CI") and/or Phone Installed ("PI") (unless otherwise designated as part of the Implementation Services on the respective Schedule) shall be the sole responsibility of the Client for placing the Software (CI or PI) on Clients Equipment and ensuring the Software is functioning properly. Client shall provide 3M with access, all relevant specifications and other documents and shall supply all cables, interface hardware and other equipment reasonably required to integrate, interface and access the Software with Client's instruments and other computer systems.

2.7.2     **Training Services.** Training Services shall mean and include the provisions set forth in this Section 2.7.2. Training for Authorized Users on 3M Software (except Software designated PI or CI on the respective Schedule) will be scheduled simultaneously with the Implementation Services. Training schedules, the number of Authorized Users to be trained, and the delivery method (on-site or remote) shall further be defined in the Implementation and Training plan or stated on the respective Schedule. Client, at its expense, will: (i) provide the necessary Authorized Users for training at the scheduled times and training locations, and (ii) provide the necessary training resources including, but not limited to, adequate training facilities, overhead projectors, and personal computers for computer based training. Software (PI or CI) is limited to one (1) hour of off-site web training for one (1) Authorized User when applicable. In the event Client requests additional Training Services, Client is responsible for the cost of the additional Training Services at 3M's then-current service rates plus any reasonable business-related travel and expenses incurred.

2.7.3     **Support Services.** Support Services for eligible 3M Software are set forth in Section 3 and the applicable Appendix.

2.7.4     **Professional Services; Consulting Services.** At the request of Client, 3M will provide Professional Services and/or Consulting Services under the terms and conditions of this Agreement, the applicable Appendix and a supplemental Statement of Work ("SOW"), which shall clearly define the scope of the engagement including, but not limited to; timelines, critical milestones, and fees.

## Schedule 3.13

2.7.5    Travel; Miscellaneous Supplies. Unless set forth otherwise on the respective Schedule or Statement of Work, all reasonable business-related travel and travel expenses (e.g., lodging, meals) and Services related miscellaneous supplies are additional to the Services and will be invoiced as actually incurred in accordance with Section 8.4 (Business-related Travel; Miscellaneous Charges) hereunder.

2.8    Client Cooperation. The proper implementation and functioning of the Software and/or 3M's performance of Services requires Client to cooperate fully with 3M, including without limitation; (i) adhering to the implementation plan, (ii) responding promptly to communications from 3M, (iii) submitting data in the prescribed form or as required by this Agreement, or as necessitated for 3M to complete Services which may become part of this Agreement, and (vii) keeping 3M informed of actions or decisions by Client that affect the implementation, the environment into which the Software is to be installed and/or the equipment, technology, vendors and/or resources to be used in connection with the Software. 3M shall not be responsible for any delays or deficiencies in its performance caused by (x) special requests by Client or any governmental agency or other regulatory authority authorized to regulate or supervise Client that impact 3M's performance of the Services; or (y) failure by Client to provide any equipment, software, premises, performance or other assistance called for or necessitated by this Agreement. Accordingly, Client is solely responsible for any issues arising from Client's failure to cooperate with 3M, perform Client's responsibilities or follow 3M's recommendations, or Client's refusal to grant 3M access to Client's system or Client's refusal to install (or to permit 3M to install) any Software Updates, Upgrades or fixes, nor for any claim brought by any third party except as provided with respect to intellectual property indemnification as set forth in Section 6.2 below. Additionally, Client acknowledges that certain provisions of this Agreement provide for the protection and confidentiality of Client's Operating Information and Protected Health Information (PHI), therefore Client will be responsible for the security, and protection, of any on-site and/or remote access Equipment and Authorized Site(s) without requiring 3M, its employee(s), agent(s) or contractor(s) to enter into ancillary confidentiality and/or access agreement(s).

2.9    Purchased Equipment. 3M will purchase certain equipment, on behalf of Client. Purchased Equipment shall be listed on the applicable Appendix hereto and delivered to Clients designated delivery point FOB origin. Unless otherwise designated as part of the Implementation Services at time of purchase, Client shall be solely responsible for placing the Purchased Equipment into Clients environment and ensuring the Purchased Equipment is functioning properly.

2.10    Use of Client Data. Client acknowledges that certain Software and Services acquired under this Agreement may require Client to submit Client Data to 3M. Therefore, by Client's submission of Client Data to 3M, Client hereby grants to 3M, subject to all of the terms and conditions of this Agreement and applicable law, a world-wide, non-exclusive, non-transferable (except as provided herein), perpetual license to access, use, copy, store, manipulate, convert and transform the Client Data to the extent necessary for 3M to provide, develop and support the Software and Services and to perform its obligations and exercise its rights under this Agreement. Client covenants, represents and warrants that Client has any and all necessary rights and permissions to the extent required for 3M's access to and use of any Client Data. The terms of this section shall survive the termination, expiration, non-renewal, or rescission of this Agreement.

2.11    Medical Care Responsibility. Client agrees that 3M has no responsibility whatsoever for the conduct of Client's business or patient care. Client agrees that any reliance upon the Software or Services provided to Client by 3M under this Agreement shall not diminish Client's responsibility for patient care. Client acknowledges that the Software and Services may produce documents and errors, and transcriptionists produce documents with errors. Documents that are produced using the Software or Services are not intended to be used to provide medical treatment unless there is a review for accuracy by Client's staff.

3.0    SUPPORT SERVICES

3.1    3M Software. In consideration of the annual fees paid to 3M by Client for Annually Software and/or Perpetual Software Support Services, during the Term and any extension thereof, 3M will use commercially reasonable efforts to provide the following off-site Support Services to Client for the items of applicable Software identified on the respective Schedule hereto.

3.1.1    Corrections. 3M will provide technical support to correct a reproducible material failure of the 3M Software to conform to the Documents and any incompatibility between the 3M Software (CSI) and the operating system software of any Equipment, which has been approved by 3M for use with 3M Software which are verified by 3M. Client will use commercially reasonable efforts to provide 3M with the necessary remote access to facilitate the identification and resolution of such failure. Client acknowledges that 3M's ability to identify and resolve such failures may be delayed or unattainable without such remote access.

3.1.2    Updates. 3M will provide periodic Updates to 3M Software and Documents when made commercially available by 3M. Updates to Software (ASP) will be made at 3M's sole discretion and whenever possible will be made during "off-peak" hours as reported by 3M's servers and averaged over 3M's client base accessing the Software (ASP). Unless otherwise stated, Updates for Software (CSI) are designed to be Client-Installable (CI) and unless otherwise stated made available to Client via electronic download from https://support.3Mhis.com. 3M will provide Updates to meet the requirements of federal laws and regulations (including, for example, changes to DRG, APC, ICD-9, and CPT™ codes); provided, however, when changes in laws and regulations (including, for example, implementation of ICD-10) are, in 3M's reasonable determination, significant enough to require the development of new Software products or new features and/or functions for existing 3M Software, then: (i) 3M may, but is not required to develop the Update, and (ii) 3M may charge additional license and support fees in connection with any Update it chooses to develop. 3M will notify Client of additional fees and/or Equipment necessary to make an Update operational prior to the release of such Update, provided, Client

## Schedule 3.13

has activated the "alerts" function at https://support.3Mhis.com (the "Support Portal"). Additionally, should Client request the assistance of 3M in installing, implementing, loading or otherwise deploying any Update, or familiarizing Authorized Users therewith 3M may supply such assistance for an additional fee subject to Section 3.2 (Additional Support Services) below.

        3.1.3    [Omitted]

        3.1.4    **Self-help Support.** 3M will provide Client 24/7/365 (except downtime for system maintenance or factors outside of 3M's direct control) unlimited online access to an electronic facility (https://support.3Mhis.com) that includes a knowledge database with known symptoms and solutions, software product descriptions, specifications, technical literature, and certain software Updates and patches for 3M Software (CSf) which Client can use to self-help.

        3.1.5    **User Support.** 3M will respond to requests submitted by telephone or the web form submission available through the Support Portal from Client's Authorized Users for assistance on the operational and/or technical aspects of the 3M Software subject to the hours of operation, support guidelines and priority levels as set forth in the Support Portal.

    **3.2**    **Additional Support Services.** At the request of Client, 3M may provide additional support services above and beyond those contemplated by Section 3.1 hereof or attributable to the causes specified in Section 8.4.2 (Warranty Exclusions). Subject to Section 10.15 (Waiver of Statement of Work) of this Agreement, Client and 3M shall agree upon a Statement of Work (SOW) prior to any additional services being completed and Client will pay 3M for such services at 3M's then-current rates and Section 2.7.5 (Travel) hereinabove.

    **3.3**    **Modification of Support Services.** After the initial Term, or conclusion of any extension thereof, 3M may modify the Support Services offered with respect to the 3M Software by giving Client written notice ninety (90) calendar days prior to the conclusion of such Term.

    **3.4**    **Client's Obligations.** To enable 3M to provide Support Services set forth herein above, Client must register with 3M's secure support website (https://support.3Mhis.com/app/utils/login_form) to activate the Support Services, and: (i) notify 3M when support is required and promptly report incidents to 3M support via telephone or the Support Portal, (ii) allow 3M reasonable access to Client's Equipment and the reasonable use of necessary site facilities, utilities, data communications and system resources with ready access at no charge and without requiring 3M or 3M's personnel to execute additional agreement(s) for such access, and (iii) when requested by 3M, collect data and other information reasonably necessary for 3M to resolve system problems, (iv) maintain the database and program libraries as specified by 3M, (v) obtain any additional Equipment, updates to third party application software and third party operating system software (as reasonably specified by 3M) necessary to make an Update operational, (vi) provide time for installation of all Updates (CSf) and workarounds, (vii) perform regular daily backups, (viii) provide qualified personnel to work with 3M personnel, and (ix) provide 3M with a list of all Client Applications, as defined in Section 2.3, and advise 3M of any changes to such list.

    **3.5**    **Exclusions.** 3M shall have no obligation to provide Support Services relating to: (1) products not provided to Client by 3M; (2) third-party products not embedded in the Software, i.e., products sold under a brand name not owned by 3M (e.g., hardware, devices, other equipment and certain software "add-ons"); (3) any Software version that has been retired by 3M, except upon 3M's election; nor (4) any Software that is neither the most current nor the immediately preceding version, except upon 3M's election; (5) if the Software is not included on the applicable Schedule hereto; or (6) if any undisputed payments due 3M are past due; or (7) Client's breach of a material term of this Agreement. For the avoidance of doubt, 3M shall have no obligation to maintain, repair or replace any third party software (i.e., Microsoft Word), hardware, or Client's Equipment. The Support Services may be inaccessible due to scheduled and unscheduled reasons, including maintenance updates, power outages, system failures and other interruptions outside o 3M's control. During such periods, you may be unable to access or use the Support Services (or portions thereof).

## 4.0    CONFIDENTIAL INFORMATION, TRADE NAMES AND COPYRIGHTS

    **4.1**    **Client's Obligations.** Client acknowledges that this Agreement, the Software, the Documents, the Passwords (where applicable) and other materials delivered to Client by 3M constitute and/or contain information that is confidential to and proprietary trade secrets of 3M and/or its suppliers ("3M Information"). Client agrees to treat all 3M Information as confidential, to require all Authorized Users who Client permits access to the Software or the Documents pursuant to Section 2.0 of this Agreement to comply with this Section 4.1, and otherwise use its best efforts to prevent unauthorized disclosure of 3M Information. The obligations of this Section 4.1 shall not apply to any 3M Information, which is public information on the date this Agreement is completely executed, or becomes public information subsequent to such date through acts not attributable to Client. The existence of a copyright notice shall not cause or be construed to cause the Software or the Documents to be a published copyrighted work or to be public information or in the public domain. Client shall not remove the trademarks, trade names or any notice of 3M or 3M's suppliers from any Equipment, Software, Documents or other materials delivered to Client by 3M pursuant to this Agreement, and will cause them to appear on all copies made by Client pursuant to Section 2.0.

    **4.2**    **3M's Obligations.** 3M acknowledges that in the course of performing this Agreement it may be given access to information that is confidential to Client or to third parties, including Client's patients. 3M agrees to treat all such information as confidential in accordance with the following provisions:

        4.2.1    **Protected Health Information ("PHI").** To the extent required, Client and 3M intend to comply with the applicable provisions of the HIPAA Privacy Rule and Security Regulations (45 CFR Parts 160, 162 and 164) ("Privacy Rule" and "Security Regulations", individually; or "Privacy and Security Regulations", collectively) and the applicable provisions of the Health Information

## Schedule 3.13

Technology for Economic and Clinical Health Act, Title XIII of the American Recovery and Reinvestment Act of 2009, Pub. L. No. 111-5 (the "HITECH Act") as further defined in the Business Associate Addendum, when applicable attached hereto as Exhibit A, or as executed by the parties separate from this Agreement, as the case may be.

4.2.2    Operational Information.  In addition, 3M agrees to treat all Client Information other than PHI including, but not limited to, hospital and medical systems, financial and billing data and other operational information (collectively, "Operational Information") as confidential and to use its best efforts to prevent unauthorized disclosure of such items by 3M's employees, agents, representatives and subcontractors. The obligations of this Section 4.2.2 shall not apply to any Operational Information which is public information on the date this Agreement is completely executed, or becomes public information subsequent to such date through acts not attributable to 3M or its employees, agents, representatives or subcontractors.

## 5.0    ACCESS TO 3M BOOKS AND RECORDS

5.1    Access.  To the extent required by applicable law (42 U.S.C. 1395x(v) (1) (i) and 42 CFR Sec. 420.300 through 420.304, or any successor statutes or regulations), until the expiration of four (4) years after the furnishing of services under this Agreement, 3M shall make available upon written request to the Secretary of Health and Human Services ("Secretary") or the Comptroller General, or to any of their duly authorized representatives, this Agreement and such books, documents and records of 3M that are necessary to verify or certify the nature and extent of 3M's invoiced charges for services furnished to Client.

5.2    Subcontracts with Related Organizations.  3M agrees that to the extent required by applicable law, if 3M carries out any of its duties under this Agreement through a subcontract with a related organization with a value or cost of $10,000 or more over a twelve month period, that subcontract shall contain a clause to the effect that until the expiration of four (4) years after the furnishing of services under that subcontract, the related organization will make available, upon written request to the Secretary, or to the Comptroller General, or to any of their duly authorized representatives, the subcontract and such books, documents and records of the related organization that are necessary to verify or certify the nature and extent of the costs incurred by Client based on 3M's invoiced charges for services furnished by the related organization.

## 6.0    WARRANTIES AND REPRESENTATIONS

6.1    Authority.  3M represents and warrants to Client that 3M has full power and authority to enter into this Agreement and perform its obligations hereunder.

6.2    Noninfringement.  3M further represents and warrants to Client that the 3M Software and Documents do not, in the countries in which the Authorized Sites are located (the "Territory"), infringe any patent, copyright, trademark or trade secret rights of any third party. Client shall immediately notify 3M of any infringement claim and provide 3M with a copy of any pleadings. In the event of any such claim in the Territory, the selection of counsel, the conduct of the defense of any lawsuit and any settlement shall be within the sole control of 3M, and at 3M's expense. 3M also agrees to indemnify and hold Client harmless from any damages or expenses (including attorney's fees) actually and finally awarded against Client in any lawsuit, or any settlement made by 3M, arising out of or related to 3M's alleged infringement of a third party's intellectual property rights in the Territory. 3M may, at its option and expense: (a) procure for Client the right to continue using the allegedly infringing 3M Software, replace it with a noninfringing item, or modify it so it becomes noninfringing; or (b) terminate Support and Maintenance relating to the allegedly infringing Software, require Client to return all copies of such Software to 3M, and grant Client (i) with respect to allegedly infringing Annuity Software, a pro rata credit for the unused portion of the prepaid license and support fee therefor, or (ii) with respect to allegedly infringing Perpetual Software, a credit in an amount equal to the unamortized portion (based on straight-line depreciation over a five-year period) of the prepaid license fee therefor plus the unused portion of the prepaid Support and Maintenance fee relating to thereto. THIS SECTION 6.2 STATES THE SOLE AND EXCLUSIVE REMEDY OF CLIENT FOR ANY ALLEGED INFRINGEMENT AND IS IN LIEU OF ALL WARRANTIES, EXPRESS OR IMPLIED, IN REGARD THERETO. This warranty does not extend to any Third Party Content. Notwithstanding the other provisions of this Section 6.2, 3M shall have no obligation nor liability with respect to any claim for infringement based upon (a) Client's or any third party's modification of the Software, (b) the use of the Software with software not furnished to Client by 3M, or (c) modifications to the Software made by 3M at Client's request.

6.3    Exclusion from Participation.  3M Health Information Systems, Inc hereby represents and warrants to Client, to the best of its knowledge upon the Effective Date of this Agreement, that neither it nor any of its officers, directors, or employees (collectively, the "3M Party") is excluded from participation in any applicable Federal or State health benefits program (including, without limitation, Medicare or Medicaid). 3M shall promptly notify Client in writing if any 3M Party is excluded from program participation. Notwithstanding any other provision of this Agreement to the contrary, Client shall have the right to terminate, without further liability, this Agreement upon exclusion of any 3M Party from any such program. This is Section 6.3 states 3M's entire liability for exclusion of any 3M Party from any such program.

6.4    Performance Warranties.

6.4.1    3M Software.  The warranties applicable to the particular 3M Software are set forth on the respective Appendix hereto. 3M does not warrant that the Software will be uninterrupted, available or error-free or that non-conformance between the Software and Documents can be corrected.

## Schedule 3.13

6.4.2    **Warranty Exclusions.**  3M warranties do not extend to Third Party Content. The warranties set forth in this Agreement do not apply if: (a) the Software is used, in whole or in part, with computer equipment, interfaces or other software other than those recommended in writing by 3M for use with the Software; (b) Client or anyone other than 3M or its employees in any way maintains, attempts to maintain, modifies or attempts to modify the Software or any part thereof in any manner other than as specified in the Documents, except for those elements of the Software that are specified in the Documents as being user-definable; (c) Client uses or allows the Software to be used in any manner other than as specified in the Documents; (d) Client fails to use any new or corrected versions of the Software or any component thereof made available by 3M; (e) Client fails to follow any written directions or to perform any procedures prescribed by 3M in writing; (f) any abuse, misuse, accident or negligence, in each case other than by 3M or 3M's contractors shall have occurred in relation to the Software; or (g) the non-conformance shall have been caused other than by the Software, 3M or 3M's contractors; or (h) modifications to the Software made by 3M at Client's request. The only warranties applicable to Purchased Equipment are those, if any, provided by the respective manufacturers or third party suppliers thereof, which 3M assigns to Client to the fullest extent it may do so. Such manufacturers or suppliers shall be solely responsible for any warranty claims relating to the Purchased Equipment.

6.5    **Disclaimer.**  EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS SECTION 6 OR THE APPLICABLE APPENDIX, 3M AND ITS SUPPLIERS DISCLAIM ANY AND ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND THOSE ARISING FROM TRADE USAGE OR COURSE OF DEALING.

## 7.0    LIMITATION OF LIABILITY

7.1    **Lost Data or Information.**  IT IS EXPECTED THAT CLIENT WILL PERFORM ROUTINE BACKUPS OF ITS INFORMATION PRIOR TO USING THE SOFTWARE TO PROCESS OR ANALYZE THAT INFORMATION. ACCORDINGLY, 3M AND ITS SUPPLIERS SHALL NOT BE LIABLE TO CLIENT FOR ANY LOSS OR DAMAGE RESULTING FROM LOST DATA OR INFORMATION. IN THE EVENT DATA OR INFORMATION IS LOST DUE TO ANY NEGLIGENT ACT OR OMISSION BY 3M, OR DUE TO BREACH OF ANY WARRANTY, 3M'S SOLE LIABILITY AND CLIENT'S SOLE REMEDY SHALL BE FOR 3M TO USE COMMERCIALLY REASONABLE BEST EFFORTS TO RECOVER THE LOST DATA OR INFORMATION AT NO CHARGE TO CLIENT.

7.2    **Excluded Damages.**  NEITHER 3M AND ITS SUPPLIERS, NOR CLIENT SHALL BE LIABLE TO THE OTHER UNDER ANY CIRCUMSTANCES FOR ANY INCIDENTAL, SPECIAL, INDIRECT, EXEMPLARY OR CONSEQUENTIAL DAMAGES OR ECONOMIC LOSS, BASED UPON BREACH OF WARRANTY, BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY IN TORT OR ANY OTHER LEGAL THEORY EVEN IF 3M OR ITS SUPPLIERS OR CLIENT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, REVENUE (EXCEPT FOR LOSS OF PROFITS OR REVENUE TO 3M ARISING FROM CLIENT'S FAILURE TO PAY AMOUNTS DUE UNDER THIS AGREEMENT OR CLIENT'S BREACH OF SECTION 2.2 or 2.3), EQUIPMENT USE, DATA OR INFORMATION OF ANY KIND. 3M AND ITS SUPPLIERS SHALL NOT HAVE ANY LIABILITY ARISING FROM ANY INTERRUPTION OR LOSS OF USE OF THE SOFTWARE, NOR FROM THE UNAVAILABILITY OF, OR CLIENT'S INABILITY TO OBTAIN OR ACCESS, MEDICAL OR OTHER DATA.

7.3    **Maximum Liability.**  3M'S AND ITS SUPPLIERS MAXIMUM CUMULATIVE LIABILITY FOR: (i) ALL DAMAGES, COSTS OR EXPENSES OF ANY TYPE OR NATURE RECOVERABLE UNDER LAW OR CONTRACT ARISING OUT OF OR RELATING TO SOFTWARE LICENSED UNDER THIS AGREEMENT IS LIMITED TO THE LESSER OF (A) ONE MILLION DOLLARS ($1,000,000) OR (B) WITH RESPECT TO PERPETUAL SOFTWARE, THE AMOUNT OF THE LICENSE FEES ACTUALLY PAID TO 3M BY CLIENT FOR THE SOFTWARE THAT GIVES RISE TO THE LIABILITY, OR, WITH RESPECT TO ANNUITY SOFTWARE, THE AMOUNT OF THE LICENSE FEES ACTUALLY PAID WITH RESPECT TO THE INITIAL TERM OR CURRENT RENEWAL TERM OF THE LICENSE DURING WHICH THE EVENT(S) GIVING RISE TO THE LIABILITY OCCURRED; AND (ii) ALL DAMAGES, COSTS OR EXPENSES OF ANY TYPE OR NATURE RECOVERABLE UNDER LAW OR CONTRACT ARISING OUT OF OR RELATING TO SERVICES ACQUIRED UNDER THIS AGREEMENT IS LIMITED TO THE AMOUNT OF THE FEES ACTUALLY PAID TO 3M FOR THE SERVICES THAT GIVE RISE TO THE LIABILITY.

## 8.0    FEES; INVOICING AND PAYMENTS

8.1    **Participation.**  During the Term of this Agreement and subject to the applicable provisions below, Client may License new Item(s) of Software, acquire Services and Purchased Equipment and/or include additional Authorized Sites by; i) requesting from 3M the addition of such item(s) to this Agreement by amending the applicable Schedule and supplying 3M with a valid Purchase Order, or ii) subject to Section 10.2 of this Agreement, supply 3M with a Purchase Order and reference a 3M *Proposal Number* (found at the bottom of a 3M Proposal). Purchase Orders received in lieu of an amendment to this Agreement shall constitute an order adding the Software and/or Services to this Agreement and shall be governed by the terms and conditions of this Agreement.

8.2    **Fees: Invoicing.**  Fees for the particular Software, Services, and Purchased Equipment acquired under this Agreement shall be set forth on the applicable Schedule. Payment terms for the particular Item(s) of Software, Services and Purchased Equipment are set forth on the respective Appendices or Statement of Work. Invoices shall detail the Item(s) acquired, and include Client's Purchase Order number, when supplied.

8.3    **Third Party License Fees.**  Notwithstanding anything to the contrary contained in any Third Party Content license agreement, Client shall pay all license fees with respect to Third Party Content to 3M.

## Schedule 3.13

8.4    **Business-related Travel; Miscellaneous Charges.** All transportation, lodging, meals and other reasonable travel-related expenses and other fees not specified in this Agreement, incurred by 3M, in the performance of this Agreement shall be invoiced to Client shortly after such expenses are incurred. Client shall have the right to pre-approve all travel charges before they are incurred on behalf of Client, which approval shall not be unreasonably delayed or withheld. 3M will not be responsible for increases in such charges due to Client's delay in pre-approving such charges.

8.5    **Invoice Coordination.** For the administrative convenience of the parties, 3M may prorate fees for any new Annuity Software license, Support and Maintenance for Perpetual Software, and/or additional fees for any new Authorized Sites to the next anniversary of the License Start Date under this Agreement. Thereafter, 3M will submit a single invoice for the annual fees for all Annuity Software and Support and Maintenance for Perpetual Software. The license term for all items of Annuity Software and Support and Maintenance for Perpetual Software shall then co-terminate with the anniversary of the License Start Date.

8.6    **Delays; Cancellations.** If Client delays or postpones a scheduled Software implementation date or any other invoicing or payment date or milestone for more than thirty (30) days beyond its originally scheduled date for any reason other than 3M's breach of this Agreement, 3M shall be entitled to issue an invoice to Client as if such date or milestone had not been delayed or postponed. If Client cancels an agreed upon Implementation, Training, Professional or Consulting Service date less than seven (7) calendar days prior to such date, or if Client is unprepared to go forward with Implementation, Training, Professional or Consulting Services on the agreed upon date, then 3M may invoice Client for any non-refundable business-related travel costs and a rescheduling fee in an amount equal to one (1) day's fee for the applicable service at 3M's then current rates. 3M shall have no liability in relation to the postponement of Implementation, Training, Professional or Consulting Services occasioned by Client.

8.7    **Payment Terms.** All charges and fees under this Agreement are due and payable in full in U.S. dollars within thirty (30) days after the date of invoice (the "Payment Period"). If Client disputes an item and/or amount on an invoice for which it intends to withhold payment, it must, during the Payment Period: (i) give 3M a written notice detailing the basis of the dispute (or the invoice shall be deemed undisputed), and (ii) pay all undisputed amounts in full within the Payment Period. 3M may assess a late payment charge on all undisputed amounts at the rate of one percent (1%) per month or the maximum rate permitted by applicable law, whichever is less, on the unpaid amount for each month (or fraction of a month) any payment that becomes thirty (30) days past due. If Client becomes thirty days past due with respect to any undisputed amounts due on an invoice, 3M may, upon written notice to Client, immediately suspend the provision of Services until such past due charges are brought current or until this Agreement is terminated for breach as set forth in Section 9.2. Except as specifically set forth in Section 9.2, all amounts paid by Client to 3M under this Agreement are non-refundable.

8.8    **Taxes.** In addition to the charges and fees specified herein, Client shall pay or reimburse 3M for all taxes, customs duties and amounts levied instead of taxes resulting from this Agreement, except for personal property taxes on the Software and taxes based on 3M's net income. If Client is exempt from any taxes, Client shall certify such exemption in a form satisfactory to 3M.

## 9.0    TERM AND TERMINATION

9.1    **Term of the Agreement.** The "Term" of the Agreement shall mean the period of time from the Effective Date to the termination of the last License for any particular item of Software and/or conclusion of the last Service, as set forth in the Appendices hereto.

9.2    **Termination of Agreement.** Either party may terminate the Agreement immediately upon the occurrence of any of the following events: (i) the other party has failed to cure a breach of this Agreement within thirty (30) days after receiving written notice thereof; (ii) the other party institutes proceedings under bankruptcy or insolvency laws, for corporate reorganization, receivership, dissolution or similar proceedings; (iii) proceedings under bankruptcy or insolvency laws, for corporate reorganization, receivership, dissolution or similar proceedings have been pending against the other party for more than ninety (90) days; (iv) the other party makes a general assignment for the benefit of creditors; (v) the other party becomes insolvent; or (vi) either party ceases to conduct business or to conduct the business relevant hereunder. Sections 2.1, 4, 5, 7, 8, 9 and 10 hereof shall survive any termination of any Appendix or License(s) and/or this Agreement.

9.3    **Obligations upon Termination.** Except as otherwise expressly agreed by the parties in writing, upon the termination of this Agreement (by nonrenewal, expiration, or termination for any reason), or any License(s) hereunder, Client's right to access and use the applicable Software shall be automatically and immediately revoked and Client shall: (i) cease all further use of such Software; (ii) within fifteen (15) days of such nonrenewal, expiration or termination, either (x) contact 3M Support to schedule de-installation or deactivation of the Software by 3M or (y) de-install the Software; (iii) at 3M's option, either return to 3M, or destroy, in either case at Client's expense, all copies of the relevant Software and related Documents in Client's possession or to which Client has access; (iv) certify to 3M, in writing, within five (5) business days that all such copies have been destroyed and/or returned to 3M; and (v) pay all charges and fees outstanding (it being understood that no refund shall be due Client for any charges or fees paid, except in the event that Client has rightfully terminated this Agreement, a License, or a Professional Service due to a material breach of warranty by 3M, in which event Client's sole remedy and 3M's sole obligation shall be a refund to Client of a pro-rated portion of the current year's pre-paid fee, in the case of Annuity Software, or the unamortized portion of the pre-paid license fee based on straight-line depreciation over a five-year period, in the case of Perpetual Software, or the actual fees paid to 3M for any Service not yet performed. Additionally, should the Software require 3M's assistance to de-install and/or deactivate, Client shall promptly, upon 3M's request, permit 3M access to any Client Equipment which is necessary to accomplish such de-installation or deactivation. Client further acknowledges that termination of License(s) may affect volume discounts extended to Client, by 3M, under this Agreement. 3M reserves the right

## Schedule 3.13

to modify such discounts, as reasonably necessary, upon the next anniversary of the License Start Date immediately following the termination of any License(s). IN THE EVENT CLIENT DOES NOT COMPLY WITH THE TERMINATION PROVISIONS, AS SET FORTH HEREINABOVE, 3M SHALL DEEM THE 3M SOFTWARE, LICENSED UNDER THIS AGREEMENT, IN USE BY THE CLIENT AND THIS AGREEMENT SHALL CONTINUE IN EFFECT AND UNINTERRUPTED, AND ALL CLIENT OBLIGATIONS, INCLUDING THE OBLIGATION TO PAY INVOICES AS THEY BECOME DUE, SHALL CONTINUE UNTIL SUCH TIME AS THE TERMINATION PROVISIONS OF THIS AGREEMENT ARE SATISFIED.

10.0    GENERAL PROVISIONS

10.1    Effect of Agreement. This Agreement (including all Appendices, Schedules, Exhibits and other attachments hereto) embodies the entire understanding between the parties with respect to the subject matter hereof and supersedes any and all prior understandings, oral or written proposals and communications or other agreements, oral or written, relating thereto. Client acknowledges that it has not been induced to enter into this Agreement by any representation or statement, oral or written, not contained in this Agreement.

10.2    Amendments, Modifications. Except as otherwise provided herein, any amendment hereof must be in writing and signed by both parties. In connection with this Agreement, 3M may from time to time accept receipt of one or more purchase orders from Client, may acknowledge such receipt by returning one or more acknowledgment copies, and may issue invoices against any such purchase order. Any such act by 3M is for Client's convenience only. The terms and conditions of this Agreement shall prevail over any conflicting terms and conditions of any order or other document submitted by Client at any time in connection with this Agreement. All such conflicting terms and conditions are specifically rejected and do not form, and shall not form, any part of this Agreement.

10.3    Interpretation, Priority. The headings and captions contained in this Agreement are for convenience only and shall not constitute a part hereof. In the event of any conflict between a provision of this Agreement, any Appendix, Schedule or Exhibit thereto, or a Document, such conflict shall be resolved in the following order of priority unless specifically stated otherwise (governing provision stated first): terms and conditions of this Agreement, Appendix, Schedule, Exhibit, Document.

10.4    Assignment. This Agreement is binding on successors and assigns of the parties. Neither this Agreement nor any part or portion hereof shall be assigned, sublicensed, or otherwise transferred by Client without 3M's prior written consent, and any attempt to do so shall be void.

10.5    Force Majeure. Neither party shall be responsible for failure to comply with this Agreement (other than an obligation to pay money) due to causes beyond its reasonable control.

10.6    Announcements. 3M, with Client's prior written approval, may issue announcements concerning this Agreement to the trade press and recognized industry consultants.

10.7    Notices. Each party shall appoint a representative from its organization authorized to receive notices hereunder. All notices required to be given shall be given in writing by personal delivery, by certified or registered mail or by overnight carrier to the other party at the address listed on the face of this Agreement. Any change of address or representative shall be promptly communicated in writing to the other party.

10.8    Severability, Enforcement. Any provision of this Agreement, which is held to be void, invalid, unenforceable or illegal by a court, shall, as to such jurisdiction, be ineffective to the extent of such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining portions hereof or affecting the validity or enforceability of such provision in any other jurisdiction.

10.9    Governing Law. This Agreement and any questions, claims, disputes or litigation concerning or arising from its creation, performance or termination, shall be governed by the laws of the State of Florida without giving effect to the conflicts of laws doctrines of any state.

10.10    Dispute Resolution. The parties shall attempt in good faith to resolve any controversy, claim or dispute arising from or relating to this Agreement by negotiations between representatives of the parties. In the event of litigation both parties hereby waive any right of trial by jury. Any cause of action arising from, or out of, the creation, performance or non-performance or termination of this Agreement, based upon breach of warranty, breach of contract, negligence, strict liability in tort or any other legal theory regardless of the form of such action must be commenced within one (1) year after (i) the date on which the breach occurs, or (ii) the date on which the non-breaching party obtains knowledge of the facts giving rise to such cause of action, whichever occurs later. The procedures herein are exclusive and shall be fully exhausted prior to the initiation of litigation; provided, however, that nothing herein shall preclude a party from taking any action necessary to preclude imminent and irreparable harm.

10.11    No Third Party Beneficiaries. The parties expressly acknowledge and agree that no third party is intended to be a beneficiary of any provision of this Agreement.

10.12    Insurance. During the term of this Agreement 3M shall minimally maintain such policies of insurance coverage appropriate to the performance of its obligations under this Agreement. 3M reserves the right to modify insurance coverage upon any Renewal Term of this Agreement with a sixty (60) day prior written notice to Client.

## Schedule 3.13

10.13    Compliance with Laws. Each party shall comply, at its own cost and expense, with the provisions of all applicable federal, state, county and local laws, ordinances, regulations and orders pertaining to the performance of its obligations under this Agreement including, but not limited to the Deficit Reduction Act of 2005, the Federal False Claims Act and other federal and state laws addressing anti-kickback, self-referral, fraud, waste, and whistleblower protections for those reporting violations of such laws, when applicable. In the event that one party believes that the other may not be in compliance with one of the foregoing, it shall so notify the other party, which will promptly look into the matter and take any measures necessary to remedy any such non-compliance.

10.14    [Omitted]

10.15    Statement of Work Waiver. Client and 3M may agree that certain Software components and/or Services do not require a Statement of Work (SOW). Such waiver of a Statement of Work by the parties shall be noted on the applicable Schedule adding such Software and/or Services to this Agreement. This waiver shall not be deemed to have waived any rights or future obligations of the parties as it pertains to the Statement of Work (SOW).

10.16    Exhibits and Appendices. The following Exhibits and Appendices shall be incorporated herein by reference.

EXHIBITS:

| | |
|---|---|
| Exhibit A | Business Associate Addendum |
| Exhibit B | Third Party Content Terms and Conditions |
| Exhibit C | Authorized Sites |
| Exhibit D | 3M Software Offering and Discount Schedule |

APPENDICES, all as applicable:

| | |
|---|---|
| Appendix 1 | Annuity Software License Terms |
| Appendix 2 | RESERVED |
| Appendix 3 | RESERVED |
| Appendix 4 | RESERVED |
| Appendix 5 | RESERVED |
| Appendix 6 | RESERVED |
| Appendix 7 | RESERVED |
| Appendix 8 | RESERVED |
| Appendix 9 | RESERVED |
| Appendix 10 | RESERVED |
| Appendix 11 | RESERVED |

* * *

## Schedule 3.13

## Exhibit A

## BUSINESS ASSOCIATE ADDENDUM

Parties:

Promise Healthcare
Software License Agreement #007798-14
999 Yamato Road, 3rd Floor
Boca Raton, FL 33431-4477
("Covered Entity")

3M Health Information Systems Inc.
575 West Murray Boulevard
Murray, UT 84123-4611
("Business Associate")

1. **Purpose:**

Business Associate may provide certain software and services as set forth in the Software License Agreement ("Agreement") to Covered Entity which may require Covered Entity to disclose certain information to Business Associate, some of which may constitute Protected Health Information ("PHI") and/or Electronic Protected Health Information ("EPHI"). As a result, Business Associate may be considered a Business Associate of Covered Entity as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), and regulations promulgated thereunder. This Business Associate Addendum ("Addendum") is entered into by and between Covered Entity and Business Associate, and is effective as of the date of this Agreement (the "Addendum Effective Date").

Business Associate and Covered Entity intend to protect the privacy and provide for the security of PHI disclosed to Business Associate pursuant to the Agreement in compliance with (i) HIPAA; (ii) Subtitle D of the Health Information Technology for Economic and Clinical Health Act (the "HITECH Act"), also known as Title XIII of Division A and Title IV of Division B of the American Recovery and Reinvestment Act of 2009; and (iii) regulations promulgated thereunder by the U.S. Department of Health and Human Services, including the HIPAA Omnibus Final Rule (the "HIPAA Final Rule"), which amended the HIPAA Privacy and Security Rules (as those terms are defined below) pursuant to the HITECH Act, extending certain HIPAA obligations to business associates and their subcontractors.

The purpose of this Addendum is to satisfy certain standards and requirements of HIPAA, the Privacy Rule and the Security Rule (as those terms are defined below), and the HIPAA Final Rule, including, but not limited to, Title 45, §§ 164.314(a)(2)(i), 164.502(e) and 164.504(e) of the Code of Federal Regulations ("C.F.R.").

2. **Definitions.**

Terms used in this Addendum shall have the same meaning as those terms in the Privacy and Security Rules or the HIPAA Final Rule.

"Privacy Rule" shall mean the Standards for Privacy of Individually Identifiable Health Information at 45 CFR Part 160 and Part 164, Subparts A and E.

"Security Rule" shall mean the Security Standards at 45 CFR Part 160 and Part 164, Subparts A and C.

The terms "Protected Health Information" or "PHI" and "Electronic Protected Health Information" or "EPHI" when used in this Addendum shall have the same meanings given to such terms in the Privacy and Security Rules, limited to the information that Business Associate creates, receives, maintains or transmits from or on behalf of Covered Entity. Wherever the term PHI is used in this Addendum, it shall mean, include and be applicable to EPHI. Wherever the term EPHI is used, it shall mean and be applicable to EPHI only.

3. **Obligations and Activities of Business Associate:** Business Associate agrees, that with respect to PHI, it will:

   a. not use or further disclose PHI other than as permitted or required by this Addendum or as Required By Law;

   b. use appropriate safeguards and shall, after the compliance date of the HIPAA Final Rule, comply with the Security Rule with respect to Electronic PHI, to prevent use or disclosure of such information other than as provided for by the Agreement and this Addendum;

   c. in accordance with 45 CFR § 164.502(e)(1)(ii) and 45 CFR § 164.308(b)(2), as applicable, enter into a written agreement with any agent or subcontractor that creates, receives, maintains or transmits PHI on behalf of Business Associate for services provided to Covered Entity, providing that the agent agrees to restrictions and conditions that are substantially similar to those that apply through this Addendum to Business Associate with respect to such PHI;

## Schedule 3.13

d.  report to Covered Entity any use or disclosure of PHI not permitted under this Addendum, Breach of Unsecured PHI or Security Incident, without unreasonable delay, and in any event no more than thirty (30) days following discovery; provided, however, that the Parties acknowledge and agree that this Section constitutes notice by Business Associate to Covered Entity of the ongoing existence and occurrence of attempted but Unsuccessful Security Incidents (as defined below) for which notice to Covered Entity by Business Associate shall be required only upon request. "Unsuccessful Security Incidents" shall include, but not be limited to, pings and other broadcast attacks on Business Associate's firewall, port scans, unsuccessful log-on attempts, denials of service and any combination of the above, so long as no such Incident results in unauthorized access, use or disclosure of PHI. Business Associate's notification to Covered Entity of a Breach shall include, to the extent such information is available to Business Associate: (i) the identification of each individual whose Unsecured PHI has been, or is reasonably believed by Business Associate to have been, accessed, acquired or disclosed during the Breach; and (ii) any particulars regarding the Breach that Covered Entity would need to include in its notification, as such particulars are identified in 45 CFR § 164.404;

e.  to the extent Business Associate maintains PHI in a Designated Record Set, make such information available pursuant to 45 CFR § 164.524 upon receipt of a written request of Covered Entity; provided, however, that Business Associate is not required to provide such access where the PHI contained in a Designated Record Set is duplicative of the PHI contained in a Designated Record Set possessed by Covered Entity. If an individual makes a request for access pursuant to 45 CFR § 164.524 directly to Business Associate, or inquires about his or her right to access, Business Associate shall direct the individual to Covered Entity;

f.  to the extent Business Associate maintains PHI in a Designated Record Set, make such information available to Covered Entity for amendment pursuant to 45 CFR § 164.526 upon receipt of a written request of Covered Entity. If an individual submits a written request for amendment pursuant to 45 CFR § 164.526 directly to Business Associate, or inquires about his or her right to amendment, Business Associate shall direct the individual to Covered Entity. Any amendments to PHI made by Business Associate at the direction of Covered Entity shall be the responsibility of the Covered Entity;

g.  document disclosures of PHI made pursuant to applicable law and information related to such disclosures as would be required for Covered Entity to respond to a request by an individual for an accounting of disclosures of PHI in accordance with 45 CFR § 164.528;

h.  make available to Covered Entity the information collected in accordance with Section 3(g) of this Addendum as is in the possession of Business Associate to permit Covered Entity to respond to a request by an individual for an accounting of disclosures of PHI in accordance with 45 CFR § 164.528. If an individual submits a written request for an accounting of disclosures pursuant to 45 CFR § 164.528 directly to Business Associate, or inquires about his or her right to an accounting of disclosures of PHI, Business Associate shall direct the individual to Covered Entity;

i.  make internal practices, books, and records, relating to the use and disclosure of PHI received from, or created or received by Business Associate on behalf of, Covered Entity available to the Secretary of the United States Department of Health and Human Services (the "Secretary"), in a reasonable time and manner or as designated by the Secretary, for purposes of the Secretary determining Covered Entity's compliance with the Privacy Rule; and

j.  mitigate, to the extent practicable, any harmful effect that is known to Business Associate of a use or disclosure of PHI by Business Associate in violation of the requirements of this Addendum.

4.  **Permitted Uses and Disclosures by Business Associate:**

    Except as otherwise limited in this Addendum, Business Associate may use or disclose PHI:

    a.  on behalf of, or to provide services to, Covered Entity, as provided for in the Agreement and in accordance with the Privacy Rule, provided that such disclosure would not violate the Privacy Rule. To the extent Business Associate is carrying out any of Covered Entity's obligations under the Privacy Rule pursuant to the terms of the Agreement or this Addendum, Business Associate shall comply with the requirements of the Privacy Rule that apply to Covered Entity in the performance of such obligation(s). Business Associate shall request, use and disclose the minimum amount of PHI necessary to accomplish the intended purpose of such request, use or disclosure, in accordance with 45 CFR § 164.514(d), and any amendments thereto;

    b.  for the proper management and administration of Business Associate or to carry out the legal responsibilities of Business Associate, provided that, in the case of disclosure to third parties, Business Associate shall obtain reasonable assurances from the person or entity to whom the PHI is disclosed that it will remain confidential, be used or further disclosed only as Required by Law or for the purpose for which it was disclosed (which purpose must be consistent with the limitations imposed upon Business Associate pursuant to this Addendum), and the person or entity will notify Business Associate of any instances of which it is aware in which the confidentiality of the PHI has been breached;

    c.  to provide Data Aggregation services to Covered Entity as permitted by 45 CFR § 164.504(e)(2)(i)(B); and

    d.  to create de-identified PHI in accordance with the standards set forth in 45 CFR § 164.514(b). Business Associate may use or disclose such de-identified data.

5.  **Obligations of Covered Entity: Covered Entity shall:**

## Schedule 3.13

a.   not transmit Unsecured PHI to Business Associate. Any Secured PHI, as defined under the HITECH Act and guidance promulgated thereunder, transmitted by Covered Entity to Business Associate shall be secured by a technology standard that is developed or endorsed by a standards developing organization that is accredited by the American National Standards Institute and is consistent with guidance issued by the Secretary specifying the technologies and methodologies that render PHI unusable, unreadable, or indecipherable to unauthorized individuals. Any PHI disclosed by Covered Entity to Business Associate shall be rendered unusable, unreadable or indecipherable through the use of a technology or methodology specified by the Secretary in guidance issued under the HITECH Act and shall not constitute Unsecured PHI.;

b.   notify Business Associate of any limitation(s) in its notice of privacy practices of Covered Entity in accordance with 45 CFR § 164.520, to the extent that such limitation may affect Business Associate's use or disclosure of PHI. Covered Entity shall provide such notice no later than fifteen (15) days prior to the effective date of the limitation;

c.   notify Business Associate of any changes in, or revocation of, permission by an individual to use or disclose PHI, to the extent that such changes may affect Business Associate's use or disclosure of PHI. Covered Entity shall provide such notice no later than fifteen (15) days prior to the effective date of the change. Covered Entity shall obtain any consent or authorization that may be required by the HIPAA Privacy Rule, or applicable state law, prior to furnishing Business Associate with PHI;

d.   notify Business Associate of any restriction to the use or disclosure of PHI that Covered Entity has agreed to in accordance with 45 CFR § 164.522, to the extent that such restriction may affect Business Associate's use or disclosure of PHI. ·Covered Entity shall provide such notice no later than fifteen (15) days prior to the effective date of the restriction.

e.   not request Business Associate to use or disclose PHI in any manner that would not be permissible under the Privacy Rule, the Security Rule or the HIPAA Final Rule if done by Covered Entity.

6.   Term and Termination

a.   Term. The Term of this Addendum begins on the Effective Date (above), and ends when the Agreement between Covered Entity and Business Associate has terminated or all PHI provided by Covered Entity to Business Associate is destroyed or returned to Covered Entity, or if it is infeasible to return or destroy PHI, protections are extended to such information.

b.   Upon either Party's knowledge of a material breach by the other Party of this Addendum, such Party shall provide written notice to the breaching Party stating the nature of the breach and providing an opportunity to cure the breach within thirty (30) business days. Upon the expiration of such 30-day cure period, the non-breaching Party may terminate this Addendum and, at its election, the underlying Agreement (which requires compliance with this Agreement), if cure is not possible. However, all rights and obligations arising prior to such termination shall remain in effect. All other Agreements between Covered Entity and 3M Company shall remain in effect in accordance with their terms.

c.   Effect of Termination.

i.   Except as provided in paragraph (ii) of this section, upon termination of this Addendum, for any reason, Business Associate shall return or destroy all PHI received from Covered Entity, or created or received by Business Associate on behalf of Covered Entity. This provision shall also apply to PHI that is in the possession of subcontractors or agents of Business Associate.   Business Associate shall retain no copies of the PHI except as provided for in this Addendum.

ii.   The Parties acknowledge and agree that it shall be infeasible for Business Associate to return or destroy the PHI upon termination of this Addendum for any reason due to the nature of the products or services provided by Business Associate under the Agreement and requirements that Business Associate maintain the PHI in order to corroborate its findings, recommendations and/or conclusions. Therefore Business Associate shall: (i) extend the security protections of this Addendum to such PHI; and (ii) limit further uses and disclosures of such PHI to those purposes that make the return or destruction infeasible, for so long as Business Associate maintains such PHI.

7.   Miscellaneous

a.   Cooperation in Investigations.   The Parties acknowledge that certain breaches or violations of this Addendum may result in litigation or investigations pursued by federal or state governmental authorities of the United States resulting in civil liability or criminal penalties. Each Party shall cooperate in good faith in all respects with the other Party in connection with any request by a federal or state governmental authority for additional information and documents or any governmental investigation, complaint, action or other inquiry, unless such Party is a named adverse party in such litigation or investigation.

b.   HIPAA Final Rule Applicability.   Business Associate acknowledges that enactment of the HITECH Act, as implemented by the HIPAA Final Rule, amended certain provisions of HIPAA in ways that now directly regulate, or will on future dates directly regulate, Business Associate under the Privacy Rule and the Security Rule. Business Associate agrees, as of the compliance date of the HIPAA Final Rule, to comply with applicable requirements imposed under the HIPAA Final Rule.

c.   Third Party Beneficiaries.   Nothing expressed or implied in this Addendum is intended, nor shall be deemed, to confer any benefits on any third party.

## Schedule 3.13

d.  Regulatory References.  A reference in this Addendum to a section in the Privacy Rule, the Security Rule or the HIPAA Final Rule means the section as in effect or as amended.

e.  Entire Agreement.  This Addendum supersedes and replaces any other agreement terms with 3M Health Information Systems with respect to the terms and obligations relating to HIPAA and PHI.

f.  Amendment. The Parties agree to take such action as is necessary to amend this Addendum from time to time as is necessary for Covered Entity to comply with the requirements of HIPAA and the Privacy and Security Rules. This Addendum may be modified, or any rights under it waived, only by a written document executed by the authorized representatives of both Parties.

g.  Survival. The respective rights and obligations of Business Associate under this Addendum shall survive the termination of this Addendum.

h.  Interpretation. Any ambiguity in this Addendum shall be resolved to permit compliance with the Privacy and Security Rules and the HIPAA Final Rule.

* * *

## Schedule 3.13

## EXHIBIT B - 1

## THIRD PARTY CONTENT ADDENDUM

## AMA TERMS AND CONDITIONS

The following terms and conditions apply to Client's use of 3M Software containing Current Procedural Terminology and/or material published in CPT® Assistant (collectively referred to herein as "AMA Editorial Content") in addition to the terms and conditions set forth in the License Agreement ("Agreement"). In the event of a conflict between the terms and conditions in the Agreement and those set forth in this Exhibit B, with respect to Client's use of the AMA Editorial Content, the terms and conditions of this Exhibit B shall control.

1.      Grant of Rights Restrictions.  Client has a nontransferable, nonexclusive license to use the AMA Editorial Content contained within the 3M Software solely for its internal purposes within the United States.  Client is prohibited from publishing, distributing via the Internet or other public computer based information system, creating derivative works (including translations), transferring, selling, leasing, licensing or otherwise making the AMA Editorial Content, or a copy or portion thereof, available to any unauthorized party.  Client's access to updated AMA Editorial Content depends upon a continuing contractual relationship between 3M and the AMA.  Client shall ensure that anyone with authorized access to the AMA Editorial Content will comply with the provisions of the Agreement, including this Exhibit B.  Any printing or downloading of CPT® Assistant from the 3M Software must be solely for Client's internal use, without any modification to the content, and in such a way that all references to the AMA are included.

2.      Notices.  CPT and CPT Assistant are copyrighted works of the American Medical Association.  CPT is a registered trademark of the American Medical Association.  The following U.S. Government Rights notice shall apply:  U.S. Government Rights.  This product includes CPT and/or CPT Assistant which is commercial technical data and/or computer data bases and/or commercial computer software and/or commercial computer software documentation, as applicable which were developed exclusively at private expense by the American Medical Association, 515 North State Street, Chicago, Illinois, 60610.  U.S. Government rights to use, modify, reproduce, release, perform, display, or disclose these technical data and/or computer data bases and/or computer software and/or computer software documentation are subject to the limited rights restrictions of DFARS 252.227-7015(b)(2) (November 1995) and/or subject to the restrictions of DFARS 227.7202-1(a) (June 1995) and DFARS 227.7202-3(a) (June 1995), as applicable for U.S. Department of Defense procurements and the limited rights restrictions of FAR 52.227-14 (June 1987) and/or subject to the restricted rights provisions of FAR 52.227-14 (June 1987) and FAR 52.227-19 (June 1987), as applicable, and any applicable agency FAR Supplements, for non-Department of Defense Federal procurements.

3.      Backup Rights.  Client may make backup copies of the 3M Software containing AMA Editorial Content for backup or archival purposes only provided that all notices of proprietary rights, including trademark and copyright notices, appear on all backup or archival copies made.

4.      Warranty Disclaimer.  TO THE FULLEST EXTENT POSSIBLE UNDER APPLICABLE LAW, ALL WARRANTIES (EXPRESS AND IMPLIED) INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE AND THOSE ARISING FROM TRADE USAGE OR COURSE OF DEALING ARE DISCLAIMED WITH RESPECT TO THE AMA EDITORIAL CONTENT. CLIENT'S USE OF THE AMA EDITORIAL CONTENT AS CONTAINED IN THE 3M SOFTWARE IS "AS IS" WITHOUT ANY LIABILITY TO 3M OR THE AMA INCLUDING, WITHOUT LIMITATION, ANY LIABILITY FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, OR LOST PROFITS FOR SEQUENCE, ACCURACY, OR COMPLETENESS OF DATA, OR THAT THE AMA EDITORIAL CONTENT WILL MEET CLIENT'S REQUIREMENTS.  THE SOLE RESPONSIBILITY OF THE AMA IS TO MAKE AVAILABLE TO 3M REPLACEMENT COPIES OF THE AMA EDITORIAL CONTENT IF THE DATA IS NOT INTACT.  THE AMA DISCLAIMS ANY LIABILITY FOR ANY CONSEQUENCES DUE TO USE, MISUSE, OR INTERPRETATION OF INFORMATION CONTAINED OR NOT CONTAINED IN THE AMA EDITORIAL CONTENT.

Schedule 3.13



# EXHIBIT B - 2

## THIRD PARTY CONTENT ADDENDUM

## HEALTH FORUM TERMS AND CONDITIONS

To the extent Client has licensed 3M Software which contains AHA Coding Clinic™ for ICD-9-CM, ICD-9-CM Coding Handbook, Revised Edition, by Faye Brown, and/or AHA Coding Clinic™ for HCPCS, the following terms and conditions apply to Client's use of such Software in addition to the terms and conditions set forth in the Agreement. In the event of a conflict between the terms and conditions in the Agreement and those set forth in this Exhibit B-2, with respect to Client's use of such Software, the terms and conditions of this Exhibit B-2 shall control.

ICD-9-CM Coding Handbook, Revised Edition, by Faye Brown, is copyrighted by Health Forum, LLC, Chicago, Illinois, which licenses its use. No portion of ICD-9-CM Coding Handbook may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior express, written consent of Health Forum, LLC.

ICD-10-CM and ICD-10-PCS Coding handbook by Nelly Leon-Chisen, is copyrighted by Health Forum, LLC, Chicago, Illinois, which licenses its use. No portion of ICD-10-CM and ICD-10-PCS Coding Handbook may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior express, written consent of Health Forum, LLC.

It is understood that Health Forum, LLC did not enter the ICD-9-CM Coding Handbook information and data into the computer and therefore Health Forum, LLC is not responsible for the accuracy, completeness or appropriateness of the information.

It is also understood that Health Forum, LLC did not enter the ICD-10-CM and ICD-10-PCS Coding Handbook information and data into the computer and therefore Health Forum, LLC is not responsible for the accuracy, completeness or appropriateness of the information. Health Forum, LLC and 3M make no warranties of merchantability or fitness for a particular purpose.

Health Forum, LLC and 3M shall have no liability to anyone including 3M and the Sublicensed Location, for lost profits or indirect or consequential damages. Health Forum, LLC makes no warranties of any kind with respect to 3M, its products or services.

AHA Coding Clinic™ for ICD-9-CM is copyrighted by the American Hospital Association ("AHA"), Chicago, Illinois, which licenses its use. No portion of AHA Coding Clinic™ for ICD-9-CM may be copied without the express, written consent of Health Forum, LLC.

It is understood that AHA did not enter the AHA Coding Clinic™ for ICD-9-CM information and data into the computer and therefore AHA is not responsible for the accuracy, completeness or appropriateness of the information. AHA and 3M make no warranties of merchantability or fitness for a particular purpose. AHA shall have no liability to anyone, including 3M and the Client, for lost profits or indirect or consequential damages. AHA makes no warranties of any kind with respect to 3M, its products or services.

AHA Coding Clinic™ for HCPCS is copyrighted by the American Hospital Association ("AHA"), Chicago, Illinois, which licenses its use. No portion of AHA Coding Clinic™ for HCPCS may be copied without the express, written consent of Health Forum, LLC.

It is understood that AHA did not enter the AHA Coding Clinic™ for HCPCS information and data into the computer and therefore AHA is not responsible for the accuracy, completeness or appropriateness of the information. AHA and 3M make no warranties of merchantability or fitness for a particular purpose. AHA shall have no liability to anyone, including 3M and the Client, for lost profits or indirect or consequential damages. AHA makes no warranties of any kind with respect to 3M, its products or services.

The printing or downloading of ICD-9-CM Coding Handbook, AHA Coding Clinic™ for ICD-9-CM and AHA Coding Clinic™ for HCPCS (collectively, the "HF Documentation") or any portion thereof, is prohibited, other than the printing of an excerpt from HF Documentation on a specific topic without any modification to the excerpt for internal use only by the Authorized Site as long as the source of the excerpt(s) is printed on the printout(s).

The text of HF Documentation is and will remain inaccessible to other programs capable of generating paper printouts of HF Documentation (excluding the print screen functionality of Windows software) by encrypting all files containing source text of HF Documentation.

* * *

## Schedule 3.13

## EXHIBIT B - 3

## THIRD PARTY CONTENT ADDENDUM

# NOTICES

### LOINC NOTICE

Certain 3M Software may include all or a portion of the LOINC® table, LOINC panels and forms file, and/or LOINC hierarchies file, or is derived from one or more of the foregoing, subject to a license from Regenstrief Institute, Inc. Client's use of the LOINC table, LOINC codes, LOINC panels and forms file, and LOINC hierarchies file also is subject to this license, a copy of which is available at http://loinc.org/terms-of-use. The current complete LOINC table, LOINC Users' Guide, LOINC panels and forms file, and LOINC hierarchies file are available for download at http://loinc.org. The LOINC table and LOINC codes are copyright © 1995-2011, Regenstrief Institute, Inc. and the Logical Observation Identifiers Names and Codes (LOINC) Committee. The LOINC panels and forms file and LOINC hierarchies file are copyright © 1995-2011, Regenstrief Institute, Inc. All rights reserved. THE LOINC TABLE (IN ALL FORMATS), LOINC PANELS AND FORMS FILE, AND LOINC HIERARCHIES ARE PROVIDED "AS IS." ANY EXPRESS OR IMPLIED WARRANTIES ARE DISCLAIMED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. LOINC® is a registered United States trademark of Regenstrief Institute, Inc. A small portion of the LOINC table may include content (e.g., survey instruments) that is subject to copyrights owned by third parties. Such content has been mapped to LOINC terms under applicable copyright and terms of use. Notice of such third party copyright and license terms would need to be included if such content is included.

### UMLS METATHESAURUS NOTICE

Some material in the UMLS Metathesaurus is from copyrighted sources of the respective copyright holders. Users of the UMLS Metathesaurus are solely responsible for compliance with any copyright, patent or trademark restrictions and are referred to the copyright, patent or trademark notices appearing in the original sources, all of which are hereby incorporated by reference.

SNOMED CT
RxNorm

### SNOMED COPYRIGHT AND TRADEMARK NOTICE

Certain 3M Software may include SNOMED Clinical Terms® (SNOMED CT®) which is used by permission of the International Health Terminology Standards Development Organization (IHTSDO). All rights reserved. SNOMED CT®, was originally created by The College of American Pathologists. "SNOMED" and "SNOMED CT" are registered trademarks of the IHTSDO.

\* \* \*

**Schedule 3.13**

## EXHIBIT C

## PROMISE HEALTHCARE, INC. AUTHORIZED SITES

| Hospital Name & Address | Access and Installations | Contact Name, Title & Telephone Number | Bed Size | Inpatient Admissions | Outpatient Visits |
|---|---|---|---|---|---|
| Promise Healthcare, Inc.<br>999 Yamato Road, 3rd Floor<br>Boca Raton, FL 33431 | Corporate Headquarters | RoseAnn Webb<br>Corporate HIM Director<br>561-869-3100 X103<br>rawebb@promisehealthcare.com | n/a | n/a | n/a |
| Promise Hospital of Ascension, Inc.<br>5130 Mancuso Lane<br>Baton Rouge, LA 70809 | Installation | Charmaine Mosby<br>Director, HIM<br>225-490-9657 | 54 | 505 | 2600 |
| Quantum Health Inc, dba Promise Hospital of San Diego<br>5550 University Avenue<br>San Diego, CA 92105 | Installation | 561-869-3100<br>RoseAnn Webb<br>Corporate HIM Director<br>318-227-7551 X103<br>rawebb@promisehealthcare.com | 100 | 2029 | 31250 |
| Promise Hospital of Baton Rouge, Inc.<br>17000 Medical Center Drive, 3rd Floor<br>Baton Rouge, LA 70806 | Installation | Charmaine Mosby<br>Director, HIM<br>225-490-9657 | 29 | 180 | 1680 |
| Promise Hospital of Baton Rouge, Inc.<br>3600 Florida Boulevard, 4th Floor<br>Baton Rouge, LA 70806 | Installation | Charmaine Mosby<br>Director, HIM<br>225-490-9657 | 28 | 317 | N/A |
| Promise Hospital of Louisiana, Inc. –<br>Shreveport Campus<br>1800 Irving Place<br>Shreveport, LA 71101 | Installation | Darlene Martin<br>Administrator<br>318-934-0362 | 146 | 864 | 20840 |
| Promise Hospital of Phoenix, Inc.<br>1201 South 7th Avenue<br>Phoenix, AZ 85007 | Installation | Tommy Jackson<br>Administrator<br>480-427-3001 | 89 | 571 | 4 |
| Promise Hospital of Louisiana, Inc. -Bossier Campus<br>2525 Viking Drive<br>Bossier City, LA 71111 | Installation | Darlene Martin<br>Director, HIM<br>318-934-0362 | 50 | 1604 | 9530 |
| Professional Rehabilitation Hospital, LLC.<br>dba Promise Specialty Hospital of MissLou<br>209 Front Street<br>Vidalia, LA 71373 | Installation | Yvette Williams<br>HIM Coordinator<br>318-336-3518 | 40 | 316 | 11314 |
| Promise Hospital of Salt Lake, Inc.<br>1050 East South Temple<br>Salt Lake City, UT 84102 | Installation | Kim Clark<br>Director, HIM<br>801-408-7118 | 41 | 271 | 0 |
| Promise Hospital of Vicksburg, Inc<br>1111 N. Frontage Street, 2nd Floor<br>Vicksburg, MS 39180 | Installation | Barbara Whiting<br>HIM Manager<br>601-883-3448 | 35 | 362 | 0 |
| Promise Hospital of East Los Angeles, L.P.<br>Suburban Campus<br>16453 South Colorado<br>Paramount, CA 90723 | Installation | Denise Dymon<br>Director, HIM<br>562-408-3196 | 177 | 1054 | 0 |

## Schedule 3.13

| | | | | | |
|---|---|---|---|---|---|
| Promise Hospital of East Los Angeles L.P.<br>East Los Angeles Campus<br>443 South Soto Street<br>Los Angeles, CA 90033 | Installation | Denise Dymon<br>Director, HIM<br>562-408-3196 | 36 | 292 | 0 |
| Promise Hospital of the Villages<br>5050 County Road #472<br>Oxford, FL 34484 | Installation | Verona Teal<br>HIM Coordinator<br>352-689-6423 | | 40 | 720 |
| Promise Hospital of Wichita Falls, Inc.<br>1103 Grace Street<br>Wichitla Falls, TX 76301 | Installation | RoseAnn Webb<br>Corporate Director, HIM<br>561-869-3100 X103 | | 255 | 0 |
| Promise Hospital of Houston, Inc.<br>6160 South Loop East<br>Houston, TX 77087 | Installation | RoseAnn Webb<br>Corporate Director, HIM<br>561-869-3100 X103 | | 242 | 0 |
| Promise Hospital of Dallas, Inc.<br>7955 Harry Hines Blvd<br>Dallas, TX 75235 | Access | RoseAnn Webb<br>Corporate Director, HIM<br>561-869-3100 X103 | | 191 | 391 |
| Promise Hospital of Overland Park, Inc.<br>6509 W 103rd Street<br>Overland Park, KS 66212 | Installation | RoseAnn Webb<br>Corporate Director, HIM<br>561-869-3100 X103 | | 318 | 0 |

## Schedule 3.13

# EXHIBIT D
## PROMISE HEALTHCARE, INC.

### *3M SOFTWARE OFFERINGS AND DISCOUNT SCHEDULE*

THE PRICING METHODOLOGY CONTAINED IN THIS EXHIBIT IS 3M CONFIDENTIAL INFORMATION AND IS SUBJECT TO SECTION 4 OF THIS AGREEMENT.

The software offerings and discount schedule for Promise Healthcare are detailed below. Annual software license fees and discounts are based on negotiated discounts between Promise Healthcare and 3M HIS. Promise Healthcare member organizations are eligible for an additional 5% discount, since Promise Healthcare has selected a five-year term agreement. Admissions and outpatient volume statistics published in the AHA Guide are used in calculating the list price for Promise Healthcare member organizations.

I. 3M Software and Discounts Offered:

| Software | Promise Healthcare National Discount | LTCH Discount | Five Year Term Contract Discount |
|---|---|---|---|
| 3M HIMS, MN&C, BG Software Products | 15% | 0% | 5% |
| 3M Coding Reference Software & 3M Coding Reference Plus Software | 0% | 0% | 5% |
| 3M LTCH Software Products | 15% | 15% | 5% |

Notes:
1. Volume Statistics: Volume statistics for the Promise Healthcare Facilities are found in Exhibit C of this Agreement. Admissions and outpatient volume statistics are determined using the current year *American Hospital Association Guide.* (AHA)
2. Multisite Discount of 6% based on the total volume of inpatient statistics and the total number of facilities.
3. Installation & Training fees are not eligible for a national discount.

## Schedule 3.13

## APPENDIX 1

## TERMS AND CONDITIONS
### APPLICABLE TO
## ANNUITY SOFTWARE

IN ADDITION TO THE TERMS AND CONDITIONS SET FORTH IN THE AGREEMENT, THE PROVISIONS OF THIS APPENDIX SHALL APPLY TO SOFTWARE LICENSED UNDER THIS APPENDIX ("ANNUITY SOFTWARE") EXCEPT THAT THOSE PROVISIONS OF THE AGREEMENT WHICH, BY THEIR NATURE OR AS SPECIFICALLY IDENTIFIED, APPLY ONLY TO 3M PERPETUAL SOFTWARE, OR CONSULTING SERVICES, OR SERVICES SHALL NOT APPLY TO ANNUITY SOFTWARE. IN THE EVENT OF A CONFLICT BETWEEN THE TERMS AND CONDITIONS IN THE AGREEMENT OR ANY OTHER APPENDIX, SCHEDULE, EXHIBIT, OR ATTACHMENT TO THE AGREEMENT, AND THOSE SET FORTH IN THIS APPENDIX, WITH RESPECT TO ANNUITY SOFTWARE, THE TERMS AND CONDITIONS OF THIS APPENDIX SHALL CONTROL TO THE EXTENT TO RESOLVE THE CONFLICT. Capitalized terms used herein but not otherwise defined hereunder shall have the meaning ascribed to them in the Agreement.

Initial License Term: Five (5) Year

A.  **Definitions.**

   A.1. "Annuity Software" means 3M Software and Third Party Content licensed to Client on a Quarterly basis.

   A.2. "License Term" means with respect to this Appendix and Licenses granted hereunder, the period of time commencing upon the License Start Date and terminating upon the first of the following to occur: (i) the termination of this Appendix pursuant to a provision of Section 9 of the Agreement, or (ii) the expiration, nonrenewal or other termination of this Appendix and all Licenses granted in this Appendix. Thereafter, the Licenses granted under this Appendix shall automatically renew for successive one (1) year terms (each a "Renewal Term") unless either party gives the other party written notice at least sixty (60) days prior to the termination of the Initial Term, or the then-current Renewal Term of its election not to renew.

B.  **License.** Subject to the terms of this Agreement, 3M grants to Client, a non-exclusive, not-transferable and non-sublicensable license to install the Software at the Client's designated Installation Site(s) within the United States of America during the applicable License Term to permit Authorized Users to access and use the Software and Documents solely for purposes of processing transactions for the Authorized Sites listed in this Agreement.

C.  **Support and Maintenance.** Provided that Client is current in its payment of the annual License fees for the Annuity Software, 3M shall provide to Client the Support Services for such Software as set forth in Section 3 of the Agreement.

D.  **Annuity Software Performance Warranties.** 3M represents and warrants that, so long as Client has licensed the 3M Software from 3M on a continuous and uninterrupted basis from the License Start Date and, where applicable, has installed and is using the then-current or immediately preceding 3M Software Update level, the 3M Software shall perform in substantial accordance with the Documents; however, 3M does not represent or warrant that the operation of the 3M Software will be uninterrupted or error-free. Upon receipt of written notice from Client that 3M Software fails to meet this warranty, 3M shall provide Support Services in accordance with the terms of the Agreement. In the event 3M is unable to remedy a breach of warranty as set forth in this Section, Client shall return all copies of the non-conforming 3M Software to 3M and 3M shall grant Client a pro rata credit for the unused portion of the prepaid License fee, at which time the applicable License and the corresponding Support Services shall be automatically terminated.

E.  **Annuity Software Fees, Invoicing and Payments.** License and Implementation and Training fees for each item of Annuity Software for all Authorized Sites are set forth in Schedule 1 hereto and unless set forth otherwise on Schedule 1 shall be invoiced to Client as set forth below. Client shall pay all license fees with respect to Third Party Software to 3M.

   E.1. **Invoicing and Payment for License Fees.**

      a.  **First Year of the Initial Term.** Annuity Software license fees, set forth in Schedule 1 of this Appendix 1 (1-1) will be invoiced to Client on or shortly after the implementation date for that item of Software. If such item of Software is the first item of Software to be implemented under the Agreement, its installation will establish the License Start Date, as herein defined. If such item of Software is not the first item of Software implemented under the Agreement and for all other items of Annuity Software implemented during the first year, the license fees for such Software will be prorated from the implementation date for that item of Software to the next anniversary of the License Start Date.

## Schedule 3.13

b.   Second and Subsequent Years of the License Term.  Annuity Software License fees for the second and subsequent years of the License Term, shall be invoiced and communicated to the Client by e-mail, U.S. mail, or courier within sixty (60) days prior to the anniversary of the License Start Date, and each invoice shall be due within thirty (30) days of the invoice Date.  Subject to subsection d. below, total license fee increases, if any, in the second and subsequent years of the then-current License Term shall not exceed five percent (5%) of the license fee for the immediately preceding year unless otherwise indicated on Schedule 1-1.

c.   Additional Software and/or Authorized Sites.  During the License Term of this Appendix, the parties, upon mutual consent, may add new items of Annuity Software or additional Authorized Sites to this Appendix.  For the administrative convenience of the parties, 3M shall prorate the first year's license fees for any new items of Annuity Software and/or new Authorized Sites from the implementation date for that item of Software or new Authorized Site to the next anniversary of the License Start Date.

d.   Additional License Term(s).  Annuity Software License fees upon the conclusion of any License Term for which the License Term is renewed or extended shall be at 3M's then-current License fee less any applicable discount, which shall be communicated to the Client at least sixty (60) days prior to the end of the then-current License Term.

E.2  Invoicing and Payment for Implementation and Training Fees.

a.   Invoicing and Payment for Software Installation and Training fees.  Software Installation and training fees, set forth in Schedule 1 of this Appendix 1 (1-1) will be invoiced to Client on or shortly after the License Start Date for the item(s) of Software unless otherwise set forth on Schedule 1.  If Client cancels an agreed upon installation and/or training date less than seven (7) days prior to such date, or if Client is unprepared to go forward with installation and/or training on the agreed upon installation and/or training date, then 3M may invoice Client for any non-refundable travel-related costs and expenses and one day's installation and/or training (as applicable) at 3M's then current rate.

* * *

## Schedule 3.13

# SCHEDULE 1-1
### (SCHEDULE 1 TO APPENDIX 1)

## ANNUITY SOFTWARE SCHEDULE

THE SOFTWARE LISTED HEREUNDER SHALL BE GOVERNED BY THE TERMS AND CONDITIONS OF THE AGREEMENT AND APPENDIX 1.

| CPU ACTION | SKU | AUTHORIZED SITE(S) PRODUCT DESCRIPTION | SITE TYPE LIST FEE | TOTAL 1ST YR ANNUAL & ONE TIME FEE |
|---|---|---|---|---|
| Delete | -- | CPU Type: Networking | | |
| Add | -- | CPU Type: Web | | |
| ------ | -- | *PROMISE HEALTHCARE--999 YAMATO RD 3RD FLOOR, BOCA RATON, FL , HI2391180* | *Contractee Only* | |
| Renew | CONNSFT BAS | Connections Software Basic | $0.00 | $0.00 |
| Renew | CODEF | Codefinder Software | $0.00 | $0.00 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $0.00 | $0.00 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $0.00 | $0.00 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,996.00 | $2,846.20 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $243.31 | $243.31 |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $0.00 | $0.00 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | CODREF | Coding Reference Software† | $3,407.00 | $3,236.65 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$7,826.16* |
| ------ | -- | *PROMISE HOSP OF LA BSSR CTY--2525  VIKING DR, BOSSIER CITY, LA , HI2720737* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| Renew | CODEF | Codefinder Software | $7,449.00 | $5,512.26 |
| Renew | CODREF | Coding Reference Software† | $3,241.00 | $3,078.95 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,804.00 | $1,654.36 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $1,081.00 | $637.79 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,786.00 | $2,846.70 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $761.52 | $761.52 |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $4,246.88 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$21,299.48* |
| ------ | -- | *PROMISE HOSP OF LA-SHRVPT CMPS--1800 IRVING PL, SHREVEPORT, LA , HI2720504* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| Renew | CODEF | Codefinder Software | $7,449.00 | $5,512.26 |
| Renew | CODREF | Coding Reference Software† | $3,241.00 | $3,078.95 |

## Schedule 3.13

| | | | | |
|---|---|---|---|---|
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $777.82 | $777.82 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,804.00 | $1,654.36 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,786.00 | $2,646.70 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $1,081.00 | $637.79 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $10,578.00 | $4,654.32 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$21,723.20* |
| ------ | -- | *PROMISE HOSPITAL OF PHOENIX--1201 S 7TH AVE, PHOENIX, AZ , HI2860372* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,804.00 | $1,654.36 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $1,081.00 | $637.79 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,786.00 | $2,646.70 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $777.82 | $777.82 |
| Renew | CODEF | Codefinder Software | $7,449.00 | $5,512.26 |
| Renew | CODREF | Coding Reference Software† | $3,241.00 | $3,078.95 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $10,578.00 | $4,654.32 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$21,723.20* |
| ------ | -- | *PROMISE HOSPITAL OF    VICKSBURG--1111 N FRONTAGE RD FL 2, VICKSBURG, MS , HI2540331* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $936.00 | $552.24 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $702.93 | $702.93 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $4,246.88 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$19,776.10* |
| ------ | -- | *PROMISE HOSP OF BATON ROUGE--17000 MEDICAL CENTER DR FL 3, BATON ROUGE, LA , HI2720563* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $936.00 | $552.24 |

## Schedule 3.13

| | | | | |
|---|---|---|---|---|
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $702.93 | $702.93 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $4,246.88 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$19,776.10* |
| ------ | -- | *PROMISE SPEC HOSP OF MISSLOU--209 FRONT STREET, VIDALIA, LA , HI2720507* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $936.00 | $552.24 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,387.03 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $722.23 | $722.23 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $4,729.48 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$20,278.00* |
| ------ | -- | *PROMISE HOSPITAL OF SALT LAKE--1050 E SOUTH TEMPLE, SALT LAKE CITY, UT, HI2870200* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $722.23 | $722.23 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,387.03 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $936.00 | $552.24 |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $4,729.48 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | *SITE SUBTOTAL:* | | *$20,278.00* |
| ------ | -- | *PROMISE HOSP E LA - SUBURBAN C--16453 COLORADO AVE, PARAMOUNT, CA , HI2831998* | *Install/Access Site* | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $3,383.00 | $1,995.97 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $1,225.00 | $722.75 |

## Schedule 3.13

| | | | | |
|---|---|---|---|---|
| Renew | CODREFPL | Coding Reference Plus Software† | $2,907.00 | $2,761.65 |
| Renew | APC | APCfinder Software | $2,127.00 | $1,573.98 |
| Renew | CPTF | HCPCS/CPTfinder Software | $4,361.00 | $3,227.14 |
| Renew | CODEF | Codefinder Software | $8,735.00 | $6,463.90 |
| Renew | CODREF | Coding Reference Software† | $3,392.00 | $3,222.40 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | DRGF | DRGfinder Software | $3,383.00 | $2,503.42 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $1,410.92 | $1,410.92 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $11,505.00 | $5,062.20 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | CGS-APRDRG | Core Grouping Software - APR-DRG Grouper Software CI | $8,755.00 | $6,478.70 |
| Add | CGS I&T | Core Grouping Software I&T* | $500.00 | $500.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $2,000.00 | $2,000.00 |
| | | SITE SUBTOTAL: | | $39,184.03 |
| ------ | -- | PROMISE HOSP E LA ELA CAMPUS--443 S SOTO ST, LOS ANGELES, CA , HI2032000 | Install/Access Site | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $927.83 | $927.83 |
| Renew | CPTF | HCPCS/CPTfinder Software | $3,154.00 | $2,333.96 |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | DRGF | DRGfinder Software | $2,317.00 | $1,714.58 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $936.00 | $552.24 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | APC | APCfinder Software | $2,127.00 | $1,573.98 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $4,246.88 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | SITE SUBTOTAL: | | $25,623.52 |
| ------ | -- | PROMISE HOSP OF ASCENSION--5130 MANCUSO LN, BATON ROUGE, LA , HI2720497 | Install/Access Site | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,786.00 | $2,646.70 |
| Renew | CODEF | Codefinder Software | $7,449.00 | $5,512.26 |
| Renew | APC | APCfinder Software | $2,333.00 | $1,726.42 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,804.00 | $1,654.36 |
| Renew | CPTF | HCPCS/CPTfinder Software | $3,710.00 | $2,745.40 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $1,081.00 | $637.79 |
| Renew | CODREF | Coding Reference Software† | $3,241.00 | $3,078.95 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $956.69 | $956.69 |

## Schedule 3.13

| | | | | |
|---|---|---|---|---|
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $10,578.00 | $4,654.32 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | SITE SUBTOTAL: | | $26,373.89 |
| ------ | -- | PROMISE HOSPITAL OF SAN DIEGO--5550 UNIVERSITY AVE, SAN DIEGO, CA , HI2932179 | Install/Access Site | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | APC | APCfinder Software | $2,333.00 | $1,726.42 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $4,719.00 | $2,784.21 |
| Renew | CODEF | Codefinder Software | $11,817.00 | $8,744.58 |
| Renew | CODREFPL | Coding Reference Plus Software† | $3,186.00 | $3,026.70 |
| Renew | CODREF | Coding Reference Software† | $3,747.00 | $3,559.65 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $1,575.00 | $929.25 |
| Renew | CPTF | HCPCS/CPTfinder Software | $5,904.00 | $4,368.96 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $1,274.82 | $1,274.82 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $12,431.00 | $5,460.64 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | SITE SUBTOTAL: | | $34,645.23 |
| ------ | -- | PROMISE HOSP VILLAGES--5050 CNTY RD #472, OXFORD, FL , HI6003408 | Install/Access Site | |
| Delete | LTCH-CAS | Long Term Care Hospital CAS Software | | |
| | | | | |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $936.00 | $552.24 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $702.93 | $702.93 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| | | | | |
| Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $4,246.88 |
| Add | LTCH-CAS I&T | Long Term Care Hospital CAS I&T* | $500.00 | $0.00 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | SITE SUBTOTAL: | | $19,776.10 |
| ------ | -- | TEXAS SPEC HOSP-WICHITA FALLS--1103 GRACE ST, WICHITA FALLS, TX , HI2742089 | Install/Access Site | |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $936.00 | $552.24 |
| Renew | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $5,694.68 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $760.84 | $760.84 |

## Schedule 3.13

| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
|---|---|---|---|---|
| | | SITE SUBTOTAL: | | $21,281.81 |
| ------ | -- | SPECIALTY HOSP OF MID-AMERICA--6509 W 103RD ST, OVERLAND PARK, KS , HI2000430 | Install/Access Site | |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $938.00 | $552.24 |
| Renew | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $5,694.68 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $760.84 | $760.84 |
| | | | | |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | SITE SUBTOTAL: | | $21,281.81 |
| ------ | -- | TEXAS SPEC HOSP AT HOUSTON--6160 SOUTH LOOP EAST, HOUSTON, TX , HI2742074 | Install/Access Site | |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $938.00 | $552.24 |
| Renew | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $5,694.68 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $1,261.00 |
| | | | | |
| Add | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $760.84 | $760.84 |
| Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $1,500.00 | $1,500.00 |
| | | SITE SUBTOTAL: | | $21,281.81 |
| ------ | -- | TEXAS SPECIALTY HOSP AT DALLAS--7955 HARRY HINES BLVD, DALLAS, TX , HI2742087 | Access Site | |
| Renew | CODEF | Codefinder Software | $6,288.00 | $4,653.12 |
| Renew | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $2,317.00 | $1,367.03 |
| Renew | LTCH-RCS | Long Term Care Hospital RCS Software | $938.00 | $552.24 |
| Renew | LTCH-APRDRGCAS | Long Term Care Hospital AA | $9,652.00 | $5,694.68 |
| Renew | CODREF | Coding Reference Software† | $3,106.00 | $2,950.70 |
| Renew | CODREFPL | Coding Reference Plus Software† | $2,676.00 | $2,542.20 |
| Renew | CONNSFT BAS | Connections Software Basic | $1,261.00 | $0.00 |
| Renew | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $710.40 | $710.40 |
| | | SITE SUBTOTAL: | | $18,470.37 |
| | | SCHEDULE TOTAL: | | $380,598.83 |

For the purpose of this agreement the software installation date, for the products listed above denoted as "Renew", are deemed to be April 27, 2014.

## Schedule 3.13

**3M** SOFTWARE LICENSE AND SERVICES AGREEMENT                                                                            PAGE 30 OF 30

| FEE SUMMARY: | |
|---|---:|
| ANNUAL SOFTWARE LICENSE & SUPPORT FEES: | $355,598.83 |
| *TOTAL ONE TIME, IMPLEMENTATION & TRAINING FEES: | PI $25,000.00 |
| **TOTAL CONSULTING SERVICES FEES: | $0.00 |
| TOTAL THIS SCHEDULE: | $380,598.83 |

The fees stated above are guaranteed for a period of ninety (90) days from the Issue Date of this Schedule or December 31, 2014, whichever occurs first, unless this Schedule is fully executed prior to such date.  Client acknowledges and agrees the Fees shown above include discounts for Client's commitment to a Five (5) Year term.  3M reserves the right to rescind the multi-year discount and re-price this Schedule in the event Client elects a term less than stated above.

In the event Client delays implementation of any module of Software or scheduling of Services, at no fault of 3M, for more than one hundred fifty (150) days from the execution date of this Schedule, 3M may, at its option, increase the price of such Software or Service to the then-current list price or 3M may terminate any such module of the Software or Service from the Agreement.

I&T = Implementation and Training    PI = Phone Installed    CI = Customer Installed

**3M**

## Schedule 3.13

# AMENDMENT 2
### TO THE
## SOFTWARE LICENSE AND SERVICES AGREEMENT

THIS AMENDMENT to the **Software License and Services Agreement**, dated **April 28, 2014** (the "Agreement") between 3M Company, together with its subsidiaries and affiliates, (collectively referred to herein as "3M") having an office at 575 West Murray Boulevard, Murray, Utah 84123-4611 and **Promise Healthcare** (hereinafter referred to as "Client") with offices at **999 Yamato Rd 3rd Floor, Boca Raton, FL 33431-4477** is executed on **March 14, 2016 ("Execution Date")** and the terms of this Amendment shall be effective on this date unless stated otherwise.

Client and 3M agree that the above referenced Agreement is amended as follows:

1.  **Except as provided in this Amendment, all terms and conditions of the above referenced Agreement will remain in full force and effect.**

2.  **AMEND Exhibit B, the Software and Services Schedule, as follows:**

| S/O ITEM | CPU ACTION | SKU | AUTHORIZED SITE(S) / PRODUCT DESCRIPTION | SITE TYPE / LIST FEE | TOTAL 1ST YR ANNUAL & ONE TIME FEE |
|---|---|---|---|---|---|
| 160281 | Web | -- | PROMISE HOSP OF FORT MYERS--3050 CHAMPION RING ROAD, FORT MYERS, FL , HI6006270 | Install/Access Site | |
| 1. | Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $2,575.00 | $2,575.00 |
| 2. | Add | CODEF | Codefinder Software | $10,672.00 | $7,897.28 |
| 3. | Add | CODREF | Coding Reference Software† | $3,769.00 | $3,580.55 |
| 4. | Add | CODREFPL | Coding Reference Plus Software† | $3,223.00 | $3,061.85 |
| 5. | Add | CONNSFT BAS | Connections Software Basic | $1,336.00 | $1,336.00 |
| 6. | Add | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $875.56 | $875.56 |
| 7. | Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $4,534.00 | $2,675.06 |
| 8. | Add | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $4,198.00 | $2,476.82 |
| 9. | Add | LTCH-RCS | Long Term Care Hospital RCS Software | $1,460.00 | $861.40 |
| | | | SITE SUBTOTAL: | | $25,339.52 |
| 160283 | Web | -- | PROMISE HOSP OF MIAMI--14001 NW 82ND AVE, MIAMI LAKES, FL , HI6006271 | Install/Access Site | |
| 10. | Add | C&RS WEB I&T | Coding, Classification and Reimbursement System Web I&T* | $2,575.00 | $2,575.00 |
| 11. | Add | CODEF | Codefinder Software | $10,672.00 | $7,897.28 |
| 12. | Add | CODREF | Coding Reference Software† | $3,769.00 | $3,580.55 |
| 13. | Add | CODREFPL | Coding Reference Plus Software† | $3,223.00 | $3,061.85 |
| 14. | Add | CONNSFT BAS | Connections Software Basic | $1,336.00 | $1,336.00 |
| 15. | Add | FINANCECHARGEQUARTER | Finance Charge - Quarterly Billing Cycle | $875.56 | $875.56 |
| 16. | Add | LTCH-APRDRGCAS | Long Term Care Hospital AA | $4,534.00 | $2,675.06 |
| 17. | Add | LTCH-DRG | Long Term Care Hospital DRG Finder Software | $4,198.00 | $2,476.82 |
| 18. | Add | LTCH-RCS | Long Term Care Hospital RCS Software | $1,460.00 | $861.40 |
| | | | SITE SUBTOTAL: | | $25,339.52 |
| | | | SCHEDULE TOTAL: | | $50,679.04 |

**FEE SUMMARY:**

| | |
|---|---|
| **FIRST YEAR ANNUAL SOFTWARE LICENSE & SUPPORT FEES:** | **$45,529.04** |
| ***TOTAL ONE TIME, IMPLEMENTATION & TRAINING FEES:** | **$5,150.00** |
| ****TOTAL CONSULTING SERVICES FEES:** | **$0.00** |
| **TOTAL THIS AMENDMENT:** | **$50,679.04** |

3M™ AND THE 3M LOGO ARE TRADEMARKS OR REGISTERED TRADEMARKS OF 3M. THE PRODUCT NAMES MENTIONED HEREIN ARE PROTECTED UNDER ONE OR MORE TRADEMARKS OF 3M OR OF THEIR RESPECTIVE OWNERS. COPYRIGHT © 3M COMPANY 2013. ALL RIGHTS RESERVED

## Schedule 3.13

**THE FEES LISTED ABOVE ARE GUARANTEED FOR A PERIOD OF NINETY (90) DAYS FROM THE ISSUE DATE OF THIS AMENDMENT OR DECEMBER 31, 2016, WHICHEVER OCCURS FIRST, UNLESS THIS AMENDMENT IS FULLY EXECUTED PRIOR TO.**

In the event Client delays implementation of any module of Software or scheduling of Services, at no fault of 3M, for more than one hundred fifty (150) days from the execution date of this Amendment, 3M may, at its option, increase the price of such Software or Service to the then-current list price or 3M may terminate any such module of the Software or Service from this Agreement.

Deletion = ✦   <u>Underscored Text</u> = Addition   **I&T** = Implementation and Training   **PI** = Phone Installed   **CI** = Client Installed

**3.**   **<u>DELETE Section 8.7 of the terms and conditions in its entirety and REPLACE it with the following:</u>**

    **8.7**   **Payment Terms.** All charges and fees under this Agreement are due and payable in full in U.S. dollars within thirty (30) days after the date of invoice. 3M may assess a late payment charge at the rate of one percent (1%) per month or the maximum rate permitted by applicable law, whichever is less, on the unpaid amount for each month (or fraction of a month) any payment is late. **If Customer becomes fifteen (15) days past due on an invoice, 3M may, upon written notice to Customer, immediately suspend the Support Services set forth in Section 3.0. If Customer becomes thirty (30) days past due on an invoice, 3M, at its option, may terminate this Agreement for breach as set forth in Section 9.2 and 9.3 respectively.**

Client has read this Amendment, and when applicable, each Exhibit, and Attachment hereto. To indicate the parties' acceptance and agreement to be bound by the terms and conditions of this Amendment, 3M and Client have executed this Amendment on the date(s) indicated below, to be effective as of the date first indicated above.

**PROMISE HEALTHCARE**          **3M COMPANY**

BY _____       BY _____

NAME JAMES HODWOOD       NAME James R. McDonough

TITLE CEO       TITLE Customer Service Manager

DATE _____       DATE **March 14, 2016**

PLEASE FAX YOUR PURCHASE ORDER IN THE AMOUNT OF **$50,679.04** AND THE SIGNED AMENDMENT TO: **(651) 732-8469**

| FOR 3M INTERNAL USE ONLY | | | | | |
|---|---|---|---|---|---|
| ISSUE DATE: | GPO: | | BATCH NUMBER: | CLIENT SITE ID: | AGREEMENT NUMBER: |
| **9/24/2015 SHH** | ***** | | **WVV3UQ** | **2391180** | **007798-14 SLSA** |
| REVISION DATE: | SLA TYPE: | CMR NO: | | | |
| **3/14/2016 SHH** | **SLSA 04/09** | | | | |

3M Health Information Systems
Division

**Schedule 3.13**

575 West Murray Boulevard
Murray, UT 84123-4611
801-265-4400



# AMENDMENT No. 3

February 12, 2016

**Promise Healthcare**
999 Yamato Road, 3rd Floor
Boca Raton, FL 33431-4477

RE:    Promise Healthcare ("Client") Request to Terminate Products or Services from Software License and
Services Agreement ("Agreement")

|  |  |
|---|---|
| Contract #: | O07798-14 |
| Contract Effective Date: | April 28, 2014 |

Dear Client:

This amendment letter ("Amendment"), terminates select products and/or services on the Agreement following Amendment 2 to the Concord Healthcare Group Agreement ZPB5W3-15 ("Successor Agreement"), which adds the below site as an Install/Access Site under the Successor Agreement for those select products and/or services. The signature on the amendment adding the below site to the Successor Agreement is accepted as the signature to this Amendment, and is incorporated by reference.

**The products and/or services listed below are terminated as of January 1, 2016:**

- **Texas Specialty Hospital of Houston - 2742074**
  Products:

| |
|---|
| Codefinder Software |
| Coding Reference Software |
| Coding Reference Plus Software |
| Connections Software Basic |
| Long Term Care Hospital AA |
| Long Term Care Hospital DRG Finder Software |
| Long Term Care Hospital RCS Software |

Please review your Agreement for your obligations, which may include, but are not limited to:
- maintain obligations of confidentiality, and
- pay any outstanding fees

If you have any questions or concerns, please contact me or your Customer Relationship Executive.

Sincerely,

James R. McDonough
Customer Service Manager
jrmcdonough@mmm.com

3M Health Information Systems
Division

**Schedule 3.13**

575 West Murray Boulevard
Murray, UT 84123-4611
801-265-4400



# AMENDMENT No. 4

May 4, 2017

**Promise Healthcare**
999 Yamato Road, 3rd Floor
Boca Raton, FL 33431

RE:    Promise Healthcare **("Client")** Request to Remove **Promise Hospital of San Diego (2932179)**
**("Install/Access Site")** from Software License and Services Agreement **("Agreement")**

| | |
|---|---|
| **Contract #:** | **O07798-14** |
| **Effective Date:** | **April 28, 2014** |

Dear Client:

This amendment letter ("Amendment"), removes Install/Access Site from the Agreement pursuant to Client's written notice requesting such removal, a copy of which is attached hereto and is accepted as Client's signature to the Amendment.

**Install/ Access Site is removed from the Agreement as of April 30, 2017.**

Please review your Agreement for your obligations, which may include, but are not limited to:

- cease use of the 3M software and documents,
- de-install the 3M software by contacting 3M Support at 800-435-7776 or login to https://support.3Mhis.com ("Support Portal"), and when applicable provide written certification that 3M software has been de-installed and the applicable documents have been returned or destroyed.
- maintain obligations of confidentiality, and
- pay any outstanding fees

If you have any questions or concerns, please contact me or your Customer Relationship Executive.

Sincerely,

James R. McDonough
Customer Service Manager
jrmcdonough@mmm.com

## Schedule 3.13

## CLIENT'S REQUEST TO MAKE CHANGES TO THE AGREEMENT

Client has requested changes to the Agreement through the communication included below ("Communication").  3M accepts the requested changes and the Communication is accepted as Client's signature to the Amendment.

---

**Stephanie Finnegan**

| | |
|---|---|
| **From:** | Daja Speth |
| **Sent:** | Monday, April 03, 2017 12:52 PM |
| **To:** | RoseAnn Webb |
| **Cc:** | Stephanie Finnegan; Matthew Bates |
| **Subject:** | FW: San Diego |

Hi RoseAnn,

Since Peggy's retirement your account is now managed by another member of the National Accounts team.
Matt Bates, CRE and Stephanie Finnegan, AM will assist you.
I've copied them on this email and Stephanie will request the paperwork needed to cancel the San Diego site effective 4/30/17.
Let us know if you have any questions.
Thanks

From: RoseAnn Webb [mailto:RoseAnn.Webb@promisehealthcare.com]
Sent: Monday, April 03, 2017 8:34 AM
To: Daja Speth <dspeth@mmm.com>
Subject: [EXTERNAL] San Diego

We are closing San Diego as of the end of this month.  Please let me know what you need to remove them from our agreement.

Thanks

RoseAnn Webb, MNM, RHIA, CHPS, FAHIMA, LHRM
Vice President, Health Information Management/Education
Promise Healthcare, Inc.
999 Yamato Road
Boca Raton, FL 33431
Office - 561-869-3803
Cell – 954-494-2511

3M security scanners have not detected any malicious content in this message.
Click here to report this email as spam

1

3M Health Information Systems
Division

**Schedule 3.13**

575 West Murray Boulevard
Murray, UT 84123-4611
801-265-4400



# AMENDMENT No. 5

October 11, 2017

**Attn: RoseAnn Webb**
**Promise Healthcare**
999 Yamato Road, 3rd Floor
Boca Raton, FL 33431

RE:     Promise Healthcare **("Client")** Request to Remove **Promise Hospital of East Los Angeles, L.P.**
       **(2932000) ("Install/Access Site")** from Software License and Services Agreement **("Agreement")**
       **Contract #:**          **007798-14**
       **Effective Date:**      **April 28, 2014**

Dear Client:

This amendment letter ("Amendment"), removes Install/Access Site from the Agreement pursuant to Client's written notice requesting such removal, a copy of which is attached hereto and is accepted as Client's signature to the Amendment.

                **Install/ Access Site is removed from the Agreement as of October 1, 2017.**

Please review your Agreement for your obligations, which may include, but are not limited to:

- cease use of the 3M software and documents,
- de-install the 3M software by contacting 3M Support at 800-435-7776 or login to https://support.3Mhis.com ("Support Portal"), and when applicable provide written certification that 3M software has been de-installed and the applicable documents have been returned or destroyed.
- maintain obligations of confidentiality, and
- pay any outstanding fees

If you have any questions or concerns, please contact me or your Customer Relationship Executive.

Sincerely,

James R. McDonough
Customer Service Manager
jrmcdonough@mmm.com

## Schedule 3.13

## CLIENT'S REQUEST TO MAKE CHANGES TO THE AGREEMENT

Client has requested changes to the Agreement through the communication included below ("Communication"). 3M accepts the requested changes and the Communication is accepted as Client's signature to the Amendment.

**From:** RoseAnn Webb [mailto:RoseAnn.Webb@promisehealthcare.com]
**Sent:** Thursday, September 28, 2017 11:52 AM
**To:** Daja Speth <dspeth@mmm.com>; Matthew Bates <mdbates1@mmm.com>
**Subject:** [EXTERNAL] East LA 2932000

As of October 1st our East LA facility is closing.  Please cancel that account with 3M.

Thanks

RoseAnn Webb, MNM, RHIA, CHPS, FAHIMA, LHRM
Vice President, Health Information Management/Education
Promise Healthcare, Inc.
999 Yamato Road
Boca Raton, FL  33431
Office - 561-869-3803
Cell – 954-494-2511

3M Health Information Systems
Division

**Schedule 3.13**

575 West Murray Boulevard
Murray, UT 84123-4611
801-265-4400



# AMENDMENT No. 7

February 23, 2018

Attn: RoseAnn Webb
Promise Healthcare
999 Yamato Road, 3rd Floor
Boca Raton, FL 33431

**RE:** **Promise Healthcare ("Client") Request to Remove Promise Hospital Baton Rouge (2720563)**
**("Install/Access Site") from Software License and Services Agreement ("Agreement")**

| | |
|---|---|
| **Contract #:** | **007798-14** |
| **Effective Date:** | **April 28, 2014** |

Dear RoseAnn:

This amendment letter ("Amendment"), removes Install/Access Site from the Agreement pursuant to Client's written notice requesting such removal, a copy of which is attached hereto and is accepted as Client's signature to the Amendment.

**Install/ Access Site is removed from the Agreement as of January 31, 2018.**

Please review your Agreement for your obligations, which may include, but are not limited to:

- cease use of the 3M software and documents,
- de-install the 3M software by contacting 3M Support at 800-435-7776 or login to https://support.3Mhis.com ("Support Portal"), and when applicable provide written certification that 3M software has been de-installed and the applicable documents have been returned or destroyed.
- maintain obligations of confidentiality, and
- pay any outstanding fees

If you have any questions or concerns, please contact me or your Customer Relationship Executive.

Sincerely,

John C. Mathison

John C. Mathison
VP of HIS Operations
jcmathison2@mmm.com

## Schedule 3.13

## CLIENT'S REQUEST TO MAKE CHANGES TO THE AGREEMENT

Client has requested changes to the Agreement through the communication included below ("Communication"). 3M accepts the requested changes and the Communication is accepted as Client's signature to the Amendment.

---

### Stephanie Finnegan

| | |
|---|---|
| **From:** | RoseAnn Webb <RoseAnn.Webb@promisehealthcare.com |
| **Sent:** | Tuesday, January 30, 2018 2:50 PM |
| **To:** | Stephanie Finnegan; Michael McBride |
| **Cc:** | James Hopwood; Stan Grabish; Kiley Cedotal |
| **Subject:** | [EXTERNAL] Baton Rouge |
| **Importance:** | High |

Promise Hospital Baton Rouge will close as of tomorrow.  Please cancel site #2720563.

Ascension 2720497 will still be operational.

Thanks

RoseAnn Webb, MNM, RHIA, CHPS, FAHIMA, LHRM
Vice President, Health Information Management/Education
Promise Healthcare, Inc.
999 Yamato Road
Boca Raton, FL  33431
Office - 561-869-3803
Cell – 954-494-2511

**SCHEDULE 3.14(a)**

**THIRD PARTY REIMBURSEMENT MATTERS**
**(Bossier City and Shreveport)**

None.

**SCHEDULE 3.14(b)**

**COST REPORTS**
**(Bossier City and Shreveport)**

1. Willis Knighton, a large referring hospital, has been rebilling its Medicare claims using a new PTAN number.  This rebilling process causes a temporary takeback for paid claims for Willis Knighton referred patients.  Once the Willis Knighton referred claims are reprocessed, the takeback amounts will be repaid to Bossier and Shreveport. The facility is in contact with Novitas on this issue.

2. Notice of Review – Targeted Probe and Education letter received from Novitas Solutions, Inc. dated May 1, 2019.

## SCHEDULE 3.15(c)

## PAYMENT OF TAXES AND TAX LIENS
### (Bossier City and Shreveport)

None.

**SCHEDULE 3.15(d)**

**COMPLIANCE WITH TAX LAWS**
**(Bossier City and Shreveport)**

None.

**SCHEDULE 3.16**

**CHANGES IN BUSINESS**
**(Bossier City and Shreveport)**

- Filing of the Bankruptcy Case with the Bankruptcy Court

- Termination of the PTO cash out option, as required by the Bankruptcy Court.

- Third party administrator of medical benefits changed from Blue Cross Blue Shield to Continental Benefits.

- The carrier for life insurance, short-term disability insurance and long disability insurance changed from Reliant Standard to One America.

**SCHEDULE 3.17**

**RIGHTS TO USE INTELLECTUAL PROPERTY**
**(Bossier City and Shreveport)**

Matters disclosed on Schedule 3.13 are incorporated by reference.

**SCHEDULE 4.1(b)**

**REQUIRED CONSENTS**
**(BUYER AND BUYERS' PARENT)**
**(Bossier City and Shreveport)**

None.

**SCHEDULE 6.2**

**REQUIRED GOVERNMENTAL APPROVALS**
**(Bossier City and Shreveport)**

Approval of the Bankruptcy Court.

**Attachment 2**:

See attached redline updates to Schedule 1.1(b), Schedule 2.1(b), Schedule 2.1(c), Schedule 2.1(j), Schedule 2.2(f), Schedule 2.2(t), Schedule 2.3(b), Schedule 3.3(a), Schedule 3.5, Schedule 3.8, Schedule 3.9(b), Schedule 3.13, Schedule 3.14(b), and Schedule 3.17.

**SCHEDULE 1.1(b)**

**PERMITTED ENCUMBRANCES**
**(Bossier City and Shreveport)**

---

1.   Items listed in Section 1 of Schedule 3.3(a) hereto are incorporated by reference. None.

**SCHEDULE 2.1(b)**

**PROPOSED TENANT LEASES**
**(Bossier City)**

---

Amended and Restated Lease Agreement dated January 1, 2009 by and between Bossier Land Acquisition Corp., as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 2525 Viking Drive, Bossier City, Louisiana 71111.

None.

**SCHEDULE 2.1(b)**

**PROPOSED TENANT LEASES**
**(Shreveport)**

None.

Lease Agreement dated February 18, 2014 by and between Promise Properties of Shreveport, LLC, as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 1800 Irving Place, Shreveport, Louisiana 71101.

**SCHEDULE 2.1(c)**

**PROPOSED LESSOR LEASES**
**(Bossier City)**

---

~~Amended and Restated Lease Agreement dated January 1, 2009 by and between Bossier Land Acquisition Corp., as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 2525 Viking Drive, Bossier City, Louisiana 71111.~~
None.

**SCHEDULE 2.1(c)**

**PROPOSED LESSOR LEASES**
**(Shreveport)**

---

Lease Agreement dated February 18, 2014 by and between Promise Properties of Shreveport, LLC, as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 1800 Irving Place, Shreveport, Louisiana 71101.

None.

**SCHEDULE 2.1(j)**

**PROPOSED ASSUMED MATERIAL CONTRACTS**
**(Bossier City and Shreveport)**

All Contracts listed on <u>Schedule 3.8</u> hereto are incorporated by reference, except :

    (i)        that certain Guaranty Agreement dated July 15, 2016 by and between Promise Hospital of Louisiana, Inc. and Varilease Finance, Inc.;

    (ii)      that certain Services Contract dated August 1, 2017 by and among Promise Healthcare, Inc., Promise Hospital of Louisiana, Inc. and Chase Transcriptions, Inc.;

    (iii)    that certain Wound Care Program Services Agreement dated July 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management; and

    (iv)    that certain Wound Care Program Services Agreement dated November 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.

**SCHEDULE 2.2(f)**

**EXCLUDED CONTRACTS**
**(Bossier City and Shreveport)**

a.　　　　Master Lease Agreement dated July 2, 2015 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

b.　　　　Master Lease Agreement dated April 10, 2011 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

c.　　　　Master Lease Agreement dated July 13, 2016 by and between TFG-Florida, L.P. and Promise Healthcare, Inc. and all schedules and amendments thereto.

d.　　　　Master Lease Agreement dated January 1, 2006 by and between Promise Healthcare, Inc. and Dell Financial Services, LP and all schedules and amendments thereto.

e.　　　　Transaction Finance Agreement dated June 23, 2016 by and between Promise Healthcare, Inc. and IBM Credit LLC and all schedules and amendments thereto.

f.　　　　Master Lease Agreement dated July 15, 2016 by and between Varilease Finance, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

g.　　　　Equipment Rental Agreement dated December 14, 2014 by and between Freedom Medical, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

h.　　　　Rental Agreement by and between KCI USA, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

i.　　　　Customer Order dated July 15, 2014 by and between CareFusion Solutions, LLC and Promise Hospital of Louisiana, Inc.

j.　　　　Customer Order dated July 11, 2014 by and between CareFusion Solutions, LLC and Promise Hospital of Louisiana, Inc.

k.　　　　Software License and Services Agreement effective as of April 16, 2014 by and between 3M and Promise Healthcare and all amendments thereto.

l.　　　　Guaranty Agreement dated July 15, 2016 by and between Promise Hospital of Louisiana, Inc. and Varilease Finance, Inc.

m.          Services Contract dated August 1, 2017 by and among Promise Healthcare, Inc., Promise Hospital of Louisiana, Inc. and Chase Transcriptions, Inc.

n.          Wound Care Program Services Agreement dated July 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.

o.          Wound Care Program Services Agreement dated November 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.

None.

**SCHEDULE 2.2(t)**

**OTHER EXCLUDED ASSETS**
**(Bossier City and Shreveport)**

1. Assets used in connection with the operation of any facility that is not identified as a Seller Facility on Exhibit 1 hereto.

2. Certain assets are subject to the following lease agreements:

   a.        Master Lease Agreement dated July 2, 2015 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

   b.        Master Lease Agreement dated April 10, 2011 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

   c.        Master Lease Agreement dated July 13, 2016 by and between TFG-Florida, L.P. and Promise Healthcare, Inc. and all schedules and amendments thereto.

   d.        Master Lease Agreement dated January 1, 2006 by and between Promise Healthcare, Inc. and Dell Financial Services, LP and all schedules and amendments thereto.

   e.        Transaction Finance Agreement dated June 23, 2016 by and between Promise Healthcare, Inc. and IBM Credit LLC and all schedules and amendments thereto.

   f.        Master Lease Agreement dated July 15, 2016 by and between Varilease Finance, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

   g.        Equipment Rental Agreement dated December 14, 2014 by and between Freedom Medical, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

   h.        Rental Agreement by and between KCI USA, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

i.        Sigma Spectrum Equipment Lease and Software License Agreement No. SP9072/SL9072 dated November 25, 2013 by and between Baxter Health Corporation and Promise Hospital of Louisiana, Inc.

j.        Sigma Spectrum Equipment Lease and Software License Agreement No. SL9077 dated November 25, 2013 by and between Baxter Health Corporation and Promise Hospital of Louisiana, Inc. Bossier Campus.

k.        Equipment Lease dated October 20, 2007 by and between Ikon Office Solutions and Promise Hospital of Louisiana, Inc.

l.        Ross Pump Lease Agreement dated November 7, 2007 by and among Ross Products Division, Abbott Laboratories, Inc. and Promise Hospital of Louisiana.

m.        Customer Order dated July 15, 2014 by and between CareFusion Solutions, LLC and Promise Hospital of Louisiana, Inc.

**SCHEDULE 2.3(b)**

**CURE AMOUNTS FOR PROPOSED ASSIGNED CONTRACTS**
**(Bossier City and Shreveport)**

---

Those certain estimate Cure Amounts listed on <u>Schedule 3.8</u> hereto are incorporated by reference, except any such amount related to :

    (i)    that certain Guaranty Agreement dated July 15, 2016 by and between Promise Hospital of Louisiana, Inc. and Varilease Finance, Inc.<u>.,;</u>

    <u>(ii)    that certain Services Contract dated August 1, 2017 by and among Promise Healthcare, Inc., Promise Hospital of Louisiana, Inc. and Chase Transcriptions, Inc.;</u>

    <u>(iii)    that certain Wound Care Program Services Agreement dated July 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management; and</u>

    <u>(iv)    that certain Wound Care Program Services Agreement dated November 1, 2013 by and between Promise Hospital of Louisiana, Inc. and Wound Care Management, LLC d/b/ Total Wound Management.</u>

## SCHEDULE 3.3(a)

## OWNERSHIP OF PURCHASED ASSETS
### (Bossier City and Shreveport)

1.   Certain assets are subject to the following lease agreements:

a.   Master Lease Agreement dated July 2, 2015 by and among CareFusion Solutions, LLC, Promise Healthcare, Inc., Promise Hospital of East Los Angeles, L.P., Promise Hospital of Florida at the Villages, Promise Hospital of Lee, Inc. d/b/a Promise Hospital of Fort Meyers, Promise Hospital of Phoenix, Inc., Promise Hospital of Dade, Inc. d/b/a Promise Hospital of Miami, Promise Hospital of Salt Lake, Inc., Promise Hospital of Dallas, Inc., Promise Hospital of Ascension, Inc. d/b/a Promise Hospital Baton Rouge-Mancuso, Promise Hospital of Dallas, Inc., Promise Hospital of Houston, Inc., Promise Hospital of Baton Rouge, Inc., Promise Hospital of Wichita Falls, Inc., Promise Hospital of Louisiana, Inc., Promise Hospital of Overland Park, Inc., Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and all schedules and amendments thereto.

b.   Master Lease Agreement dated July 13, 2016 by and between TFG Florida, L.P. and Promise Healthcare, Inc. and all schedules and amendments thereto.

c.   Master Lease Agreement dated January 1, 2006 by and between Promise Healthcare, Inc. and Dell Financial Services, LP and all schedules and amendments thereto.

d.   Transaction Finance Agreement dated June 23, 2016 by and between Promise Healthcare, Inc. and IBM Credit LLC and all schedules and amendments thereto.

e.   Master Lease Agreement dated July 15, 2016 by and between Varilease Finance, Inc. and Promise Healthcare, Inc. and all schedules and amendments thereto.

f.   Equipment Rental Agreement dated December 14, 2014 by and between Freedom Medical, Inc. and Promise Healthcare, Inc and all schedules and amendments thereto.

g.   Sigma Spectrum Equipment Lease and Software License Agreement No. SP9072/SL9072 dated November 25, 2013 by and between Baxter Health Corporation and Promise Hospital of Louisiana, Inc.

h.   Sigma Spectrum Equipment Lease and Software License Agreement No. SL9077 dated November 25, 2013 by and between Baxter Health Corporation and Promise Hospital of Louisiana, Inc. Bossier Campus.

i.   Equipment Lease dated October 20, 2007 by and between Ikon Office Solutions and Promise Hospital of Louisiana, Inc.

j.   Ross Pump Lease Agreement dated November 7, 2007 by and among Ross Products Division, Abbott Laboratories, Inc. and Promise Hospital of Louisiana.

---

1.   2. The following real property liens:

| Property Location | Seller Party Name | Jurisdiction | Lien No. and Date | Secured Party |
|---|---|---|---|---|
| Caddo Parish | Promise Properties of Shreveport, LLC | Caddo Parish, LA | Entry No. 2705129 6/22/18 | MORSE COVERS, INC. |
| Caddo Parish | Promise Healthcare, Inc., etc. | Caddo Parish, LA | Entry No. 2695130 4/20/18 | MCINNIS BROTHERS CONSTRUCTION, INC. |
| Caddo Parish | Promise Properties of Shreveport, LLC | Caddo Parish, LA (Mortgage and Security Agreement) | 2495547 Book 5660, page 456 3/17/14 | Wilmington Trust National Association |
| Bossier Parish | Bossier Land Acquisition Corp. | Bossier Parish, LA (Mortgage and Security Agreement) | 1093082 Book 2355, page 289 3/17/14 | Wilmington Trust National Association |

2.   The following judgment liens:

| Seller Party Name | Jurisdiction | Lien No. and Date | Secured Party |
|---|---|---|---|
| Promise Hospital of Louisiana, Inc. | Bossier Parish, LA | 1181072 12/04/2017 | St. Christopher Imaging, LLC |
| Promise Hospital of Louisiana, Inc. | Bossier Parish, LA | 1193558 06/29/2018 | Priority Nurse Staffing, Inc. d/b/a Priority Medical Staffing |
| Promise Hospital of Louisiana, Inc. | Bossier Parish, LA | 1202247 11/20/2018 | Camus Electric Company |
| Promise Hospital of Louisiana, Inc. | Caddo Parish, LA | 2679193 12/04/2017 | St. Christopher Imaging, LLC |

3.   The following personal property liens:

| Seller Party Name | Jurisdiction | Lien Filing No. and Date | Filed By/Secured Party |
|---|---|---|---|
| Promise Hospital of Louisiana, Inc. | 1181072 UCC Records of East | St. Christopher Imaging, | Wells Fargo Bank, National |

| | | | |
|---|---|---|---|
| | Baton Rouge Parish 03/21/2016 (Assignment: 17-1460005 05/9/2019) | ~~LLC~~17-1425668 | Association, as Agent (assigned to CVP Loan Servicing LLC, as Agent) |
| Promise Hospital of Louisiana, Inc. | ~~1193558~~UCC Records of Bossier Parish | ~~Priority Nurse Staffing, Inc.~~08-438006 09/16/2016 | VFI KR SPE I LLC |
| Promise Hospital of Louisiana, Inc. | ~~2679193~~UCC Records of Bossier Parish | ~~St. Christopher Imaging, LLC~~08-443617 07/07/2017 (Amendment: 08-453203 11/29/2018) | Crestmark Equipment Finance Inc. |
| Promise Properties of Shreveport, LLC | UCC Records of East Baton Rouge Parish | 17-1400903 03/17/2014 (Continuation: 171458540 03/14/2019)  17-1400904 03/17/2014 (Continuation: 171458541 03/14/2019)  17-1400905 03/17/2014 (Continuation: 17-1458542 03/14/2019) | Wilmington Trust, National Association, as collateral agent |
| Promise Properties of Louisiana, LLC | UCC Records of Caddo Parish | 09-1231530 03/19/14 (Amendment: 09-1291884 03/22/2016) | Wilmington Trust, National Association, as collateral agent |
| Bossier Land Acquisition Corp. | UCC Records of East Baton Rouge Parish | 17-1400901 03/17/2014  17-1400902 03/17/2014 | Wilmington Trust, National Association, as collateral agent |
| Bossier Land Acquisition Corp. | FL (UCC) | 201400954132 03/18/2014 | Wilmington Trust, National Association, as collateral agent |

**SCHEDULE 3.5**

**LICENSES AND ACCREDITATIONS**
**(Bossier City)**

| License Type | License Number | Expiration Date |
|---|---|---|
| City of Bossier City Occupational License Tax Receipt | 17̶19-00011260 | 12/31/18̶19 |
| Hospital License | Offsite License #: 2203782943 - A; State ID #: HO0001701 | 6/30/19̶20 |
| Pharmacy Permit | PHY.007134-HOS | 12/31/19 |
| Louisiana Controlled Dangerous Substance License | CDS.046558-HOS | 6/12/20 |
| DEA Controlled Substance Registration | FP5757591 | 3/31/19̶22 |
| The Joint Commission Accreditation | 158062 | 3̶/̶1̶1̶/̶1̶9̶12/1/21 |
| CLIA - Certificate of Accreditation | 19D1069972 | 5/20/20 |
| Automated Medication System Registration | AMS.040914-X | 6/30/20 |
| Medicare | 19-2010 | N/A |
| Medicaid | 1760935 | N/A |
| National Provider Identifier | 1376511493 | N/A |

**SCHEDULE 3.5**

**LICENSES AND ACCREDITATIONS**
**(Shreveport)**

| License Type | License Number | Expiration Date |
|---|---|---|
| City of Shreveport Occupational License Tax | ~~0029379800311809~~ | 12/31/~~17~~2019 |
| Hospital License | Main Campus License #: 2203782943; State ID #: HO0001701 | 6/30/~~19~~20 |
| Pharmacy Permit | PHY.007216-HOS | 12/31/19 |
| Louisiana Controlled Dangerous Substance License | CDS.047366-HOS | 11/18/19 |
| DEA Controlled Substance Registration | FP5749289 | 3/31/~~19~~22 |
| The Joint Commission Accreditation | 158062 | ~~3/11/19~~12/1/21 |
| CLIA - Certificate of Accreditation | 19D0874778 | 10/8/20 |
| Automated Medication System Registration | AMS.010867-X | 6/30/20 |
| Medicare | 19-2010 | N/A |
| Medicaid | 1760935 | N/A |
| National Provider Identifier | 1376511493 | N/A |

4844-4691-~~3414.8~~3414.9

34

**SCHEDULE 3.8**

**MATERIAL CONTRACTS**
**(Bossier City and Shreveport)**

---

1. Contracts listed on Schedules ~~2.1~~2.2(~~b~~f) ~~and 2.1(c) hereto~~pursuant which a Seller is a party are incorporated by reference.

2. See attached list.

Schedule 3.8
Material Contracts

**Non-Managed Care**

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract Counterparty | Est. Cure Amount |
|---|---|---|---|---|
| Transportation Service Agreement | 9/11/2018 | Promise Hospital of Louisiana, Inc. | A to B Transit, LLC | $280.00 |
| Equipment Service Program Agreement | 4/27/11 | Promise Hospital Louisiana Shreveport | Abbot Laboratories, Inc. | $5,998.50$6,030.01 |
| On Call Services Agreement | 4/1/08 | Promise Hospital of Louisiana, Inc. | Abdehou, David, MD | $0.00 |
| Service Contract | 4/12/01 | Promise Hospital of Louisiana, Inc. | Aegis Bio-Systems | $0.00 |
| Lease: Building and Land | 10/15/02 | Promise Hospital of Louisiana, Inc. | AHS Summit Hospital, LLC | $0.00 |
| Trash Pick Up Contract | 3/1/2008 | Promise Hospital of Louisiana, Inc. | Allied Waste | $0.00 |
| Employment Agreement | 3/31/17 | Promise Hospital of Louisiana, Inc. | Anand M Desai MD | $5,184.00 |
| Textile Services Agreement | 8/4/05 | Lagniappe Hospital Corp. d/b/a Promise Specialty Hospital of Shreveport | Angelica Textile Services, Inc. | $51,560.58$51,257.82 |
| Amendment To Medical Director Agreement | 9/1/04 | Lagniappe Hospital Corporation d/b/a Promise Specialty Hospital of Shreveport | Angelo, Michael MD | $5,088.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Angelo, Michael, MD | $0.00 |
| Physician Advisor And Professional Services Agreement | 7/1/01 | Lagniappe Hospital Corporation | Angelo, Michael, MD | $0.00 |
| Call Coverage Agreement | 1/17/2019 | Promise Hospital of Louisiana, Inc. | Anthony Stuart, MD | $0.00 |
| Confidentiality Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | B&L Medical Services, LLC | $0.00 |
| Medical Director Agreement (Administrative) | 8/1/08 | Promise Hospital of Louisiana, Inc. | Balogh, Atilla, MD | $0.00 |
| On Call Services Agreement | 2/1/2007 | Promise Hospital of Louisisanan | Balogh, Atilla, MD | $0.00 |
| Physician Group On-Call Agreement | 7/1/18 | Promise Hospital of Louisiana, Inc. | Bankai Physicians, LLC | $1,128.00 |
| Sigma Spectrum Equipment Lease and Software License Agreement No. SL 9077 | 11/25/13 | Promise Hospital of LA, Inc. Bossier Campus | Baxter Healthcare Corporation | $22,396.74 |
| Sigma Spectrum Equipment Lease and Software License Agreement No. SP9072/SL9072 | 11/25/13 | Promise Hospital of Louisiana Inc. | Baxter Healthcare Corporation | $0.00 |
| Customer Service Agreement | 8/3/07 | Promise Healthcare; Promise Hospital of La Inc. - Bossier Campus | BFI Waste Services, LLC d/b/a Allied Waste Services of Shreveport-Minden | $0.00 |
| Acute Dialysis Services Agreement | 9/1/07 | Promise Hospital of Louisiana, Inc., Bossier Campus; Promise Hospital of Louisiana, Inc. d/b/a Promise Specialty Hospital of Shreveport | Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center (a/k/a BMA Northwest Louisiana) | $0.00$198,300.36 |
| First Amendment to Acute Dialysis Services Agreement | 4/7/11 | Promise Hospital of Louisiana, Inc., Bossier Campus; Promise Hospital of Louisiana, Inc. d/b/a Promise Specialty Hospital of Shreveport | Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center (a/k/a BMA Northwest Louisiana), an affiliate of Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America | $0.00See above |
| Amended and Restated Lease Agreement | 1/1/09 | Promise Hospital of Louisiana, Inc. (Tenant) | Bossier Land Acquisition Corp. (Landlord) | $0.00 |
| Confidentiality Agreement | Not dated | Promise Hospital of Louisiana, Inc. | BRFHH Shreveport, LLC | $0.00 |
| Confidentiality Agreement | Not dated | Promise Hospital of Louisiana, Inc. | BRFHH Shreveport, LLC | $0.00 |
| Cable Services Contract | 4/13/1994 | Promise Hospital of Louisiana, Inc. | Cablevision of Shreveport | $0.00 |
| Business Associate Agreement | | Promise Hospital of Louisiana, Inc. | Cardinal Health Bossier Campus | $0.00 |
| License Agreement | 6/18/07 | Promise Hospital of Louisiana Bossier Campus | CenturyTel Solutions | $0.00 |
| Service Contract | 8/1/17 | Promise Hospital of Louisiana, Inc. | Chase Transcriptions, Inc | $29,698.05$33,737.6 |
| Transfer Clinical Services Agreement | 7/18/2014 | Promise Hospital of Louisiana, Inc. | Christus Clinical Services | $0.00 |
| Purchase Contract / Purchase Order | 9/24/98 | Promise Hospital of Louisiana, Inc. | Coca-Cola Enterprises | $1,461.69 |
| Medical Director Agreement (Administrative) | 12/1/08 | Promise Hospital of Louisiana, Inc. | Coghlan, Raymond, MD | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract Counterparty | Est. Cure Amount |
|---|---|---|---|---|
| On-Call Agreement | 11/1/2018 | Promise Hospital of Louisiana, Inc. | Cole, Paul MD | $0.00 |
| On-Call Agreement | 1/1/2019 | Promise Hospital of Louisiana, Inc. | Deepika Ralla, MD, L.L.C. | $0.00 |
| On Call Services Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc., Bossier Campus | Deere, Patrick, MD | $3,672.00 |
| Medical Director Agreement | 3/1/08 | Promise Hospital of Louisiana, Inc., Shreveport Campus | Dharam, Gurwara, MD | $1,250.66 |
| Addendum B | 6/7/12 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $49,175.00 |
| PICC Line Service Business Agreement | 5/7/10 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $0.00 |
| Addendum B | 6/7/12 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $0.00 |
| PICC Line Service Business Agreement | 5/7/10 | Promise Hospital of Louisiana - Shreveport Campus; Promise Hospital of Louisiana, Inc. - Bossier City Campus | Dynamic Infusion Therapy, Inc. | $0.00 |
| Vascular Access Service Business Agreement | 4/6/16 | Promise Hospital of Louisiana, Inc. | Dynamic Infusion Therapy, LLC | $0.00 |
| On Call Agreement | 2/1/15 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Flowers, Anthony, MD | $0.00 |
| Business Associate Agreement | 10/1/08 | Promise Hospital of Louisiana, Inc. | Food Management Group | ~~$50,937.11~~76,957.0 |
| Dialysis Services Agreement | 9/1/2007 | Promise Hospital of Louisiana, Inc. | Fresenius | $0.00 |
| Letter 9/16/09 | 9/16/09 | Promise Hospital of Louisiana, Inc. | Fresenius Medical Care North America | $0.00 |
| On-Call Agreement | 2/1/2007 | Promise Hospital of Louisiana, Inc. | Gandhi, Raj MD | $1,056.00 |
| Medical Director of Clinical Education Agreement | 7/1/16 | Promise Hospital of Louisiana, Inc. | Grier, Laurie R, MD | $6,366.67 |
| Professional Services Agreement | 7/1/17 | Promise Hospital of Louisiana, Inc. | Guillaume, Lionel, MD | $1,480.00 |
| On Call Agreement | 7/1/13 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Harris, John P, MD | $2,112.00 |
| Medical Director of Psychiatry Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Hollier, Janice, MD | $733.60 |
| Physician Group On-Call Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Hudson AMC, LLC | $1,080.00 |
| On Call Agreement | 5/1/14 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Ibrahim, Abubakar, MD | $1,800.00 |
| Equipment Lease Agreement | 10/30/2007 | Promise Hospital of Louisiana, Inc. | Ikon Office Solutions | $0.00 |
| ~~Lease Agreement~~ | ~~9/28/09~~ | ~~Promise Hospital of Louisiana, Inc.~~ | ~~Interstate, L.L.C.~~ | ~~$0.00~~ |
| | | Promise Hospital of Louisiana, Inc. | Intertrek-PSI | $0.00 |
| Service Contract | 10/4/17 | Promise Hospital of Louisiana, Inc. | Irving Radiology | $0.00 |
| On Call Agreement | 5/1/14 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Jones, Joseph, MD | $13,248.00 |
| Service Contract | Not dated | Promise Hospital of Louisiana, Inc. | K & D Transit LLC | ~~$3,110.00~~3,240.00 |
| Coverage Agreement | 4/1/12 | Promise Hospital of Louisiana, Inc. | Kasabali, Basel, MD | $4,440.00 |
| On Call Agreement | 2/1/15 | Promise Hospital of Louisiana, Inc. - Shreveport Campus | Kiser, Henry Jackson, MD | $8,568.00 |
| Physician Group On-Call Agreement | 7/1/18 | Promise Hospital of Louisiana, Inc. | KML Industries, L.L.C. | $4,920.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Kompelli, Ashok, MD | $720.00 |
| On Call Services Agreement | 10/1/09 | Promise Hospital of Louisiana, Inc. | Le, Huan Q, MD | $1,176.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract Counterparty | Est. Cure Amount |
|---|---|---|---|---|
| Compatibility Testing Agreement | 6/1/08 | Promise Hospital of Louisiana, Inc. | LifeShare Blood Centers | $77,352.95 |
| Compatibility Testing Agreement | 6/1/08 | Promise Hospital of Louisiana, Inc. | LifeShare Blood Centers | $0.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Lim, Kennedy, MD | $3,816.00 |
| Non-Hazardous Liquid Waste Collection and Disposal Agreement | 7/24/07 | Promise Hospital of La - Bossier Campus | Liquid Environmental Solutions | $1,757.64 |
| Organ Donation Contract | 1/1/2014 | Promise Hospitla of Louisiana | LOPA | $0.00 |
| Confidentiality Agreement | Not dated | Promise Hospital of Louisiana, Inc. | LSU Health Sciences Center | $15,720.00 |
| On Call Services Agreement | 2/1/08 | Promise Hospital of Louisiana, Inc., Shreveport Campus | Maranto, William F, MD | $7,056.00 |
| Physician Group On-Call Agreement | 7/1/18 | Promise Hospital of Louisiana, Inc. | Masri Group LLC | $840.00 |
| Medical Director Agreement (Administrative) | 7/15/08 | Promise Hospital of Louisiana, Inc. | Matriano-Lim, Allan, MD | $8,971.00 |
| On-Call Agreement | 7/15/2008 | Promise Hospital of Louisiana, Inc. | Matriano-Lim, Allan, MD | $0.00 |
| On Call Services Agreement | 12/1/07 | Promise Hospital of Louisiana, Inc. | McFarland, Mairus, MD | $1,632.00 |
| Standard Form of Agreement between Owner and Contractor for a Project of Limited Scope | 12/13/17 | Promise Healthcare of Louisiana, Inc. | McInnis Brothers Construction, Inc. | $172,949.16 |
| Professional Services Agreement | 11/2/17 | Promise Hospital of Louisiana, Inc. | McWilliams Healthcare Consulting, LLC | $0.00 |
| Confidentiality Agreement | 11/2/17 | Promise Hospital of Louisiana, Inc. | McWilliams Healthcare | $0.00 |
| Master Agreement for Supply Chain and Revenue Cycle Services | 10/9/2009 | Promise Hospital of Louisiana, Inc. | MedAssets Supply Chain Systems, LLC | $0.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Mekelberg, Kenneth, MD | $6,408.00 |
| Service Contract | 8/13/03 | Promise Hospital of Louisiana, Inc. | Microfilm Systems, Inc | $0.00 |
| Coverage Agreement | 6/1/12 | Promise Hospital of Louisiana, Inc. | Nathan, Raghu, MD | $7,251.00 |
| Medical Director of Pulmonary Medicine | 6/1/2012 | Promise Hospital of Louisiana, Inc. | Nathan, Raghu, MD | $0.00 |
| Laboratory Services Agreement | 8/5/09 | Promise Hospital of Louisiana, Inc. | Omega Diagnostics, L.L.C. | $0.00 |
| Second Amendment to Laboratory Services Agreement | 6/15/12 | Promise Hospital of Louisiana, Inc. | Omega Diagnostics, LLC | $0.00 |
| First Amendment to Laboratory Services Agreement | 12/15/11 | Promise Hospital of Louisiana, Inc. | Omega Diagnostics, LLC | $0.00 |
| Coverage Agreement | 6/1/12 | Promise Hospital of Louisiana, Inc. | Patel, Kirit, MD | $0.00 |
| Medical Director Agreement (Administrative) | 5/1/08 | Promise Hospital of Louisiana, Inc. | Patel, Kirit, MD | $0.00 |
| Service Contract | Not dated | Promise Hospital of Louisiana, Inc. | Pfizer Inc | $0.00 |
| Notice of Lease; Lease Agreement | 2/18/14 | Promise Hospital of Louisiana, Inc. (Tenant) | Promise Properties of Shreveport, LLC (Landlord) | $0.00 |
| | | Promise Hospital of Louisiana, Inc. | Rajan Khanna, MD | $0.00 |
| Bariatric Equipment Lease Agreement | 5/6/2009 | Promise Hospital of Louisiana, Inc. | RecoverCare, LLC | $0.00 |
| Oxygen Services Contract | 1/4/2006 | Promise Hospital of Louisiana, Inc. | Red Ball | $0.00 |
| Addendum B | 5/5/07 | Promise Specialty Hospital; Promise Hospital of Louisiana | Red Ball Oxygen Co. Inc. | $18,851.1020,900.21 |
| Agreement for Radiology Department Coverage | 12/10/08 | Promise Hospital of Louisiana, Inc. | Red River Consultants, Inc. | $3,531.61 |
| Agreement for Radiology Department Coverage | 12/10/08 | Promise Hospital of Louisiana, Inc. | Red River Consultants, Inc. | $0.00 |
| Exterior Landscaping Maintenance | 7/7/08 | Promise Hospital of Louisiana Inc. - Bossier City Campus | Rice Landscaping - Design Co., Inc. | $0.00 |
| Physician Group On-Call Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Rickman Critical Care, LLC | $6,336.00 |
| Medical Director, Eastern Region Agreement (Administrative) | 7/1/10 | Promise Hospital of Louisiana, Inc. | Rodsuwan, Thomas, MD | $37,280.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract Counterparty | Est. Cure Amount |
|---|---|---|---|---|
| Medical Director, Eastern Region Agreement (Administrative) | 7/1/10 | Promise Hospital of Louisiana, Inc. | Rodsuwan, Thomas, MD | $0.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Rodsuwan, Tom, MD | $0.00 |
| Ross Pump Lease Agreement | 11/7/07 | Promise Hospital of Louisiana | Ross Products Division, Abbott Laboratories, Inc. | $5,998.506,030.01 |
| Coverage Agreement | 6/1/12 | Promise Hospital of Louisiana, Inc. | San Pedro, Gary, MD | $0.00 |
| Medical Director Agreement | 5/1/2018 | Promise Hospital of Louisiana, Inc. | Saucier, Robert MD | $0.00 |
| Elevator Maintenance Agreement | 4/1/1996 | Promise Hospital of Louisiana, Inc. | Schindler Corp | $6,194.686,754.89 |
| Physician Advisor Agreement | 7/1/07 | Promise Hospital of Louisiana, Inc. | Shah, Mrunalini, MD | $1,286.66 |
| Medical Director Agreement (Administrative) | 2/1/08 | Promise Hospital of Louisiana, Inc. | Shah, Mrunalini, MD | $0.00 |
| On-Call Agreement | 2/1/2007 | Promise Hospital of Louisiana, Inc. | Shah, Sanjay MD | $4,536.00 |
| Service Agreement Quote | 5/10/18 | Promise Hospital of Louisiana, Inc. Shreveport | Siemens Healthcare Diagnostics, Inc. | $0.00 |
| Service Agreement Quote No. 185497-1, Service Agreement Terms and Conditions | 5/10/18 | Promise Hospital of Bossier City | Siemens Healthcare Diagnostics, Inc. | $49,529.3446,716.27 |
| Business Associate Addendum | 9/26/18 | Promise Hospital of Louisiana, Inc. | Siemens Medical Solutions USA, Inc. | $0.00 |
| On Call Services Agreement | 2/1/07 | Promise Hospital of Shreveport, Inc. | Singh, Krishna | $0.00 |
| Medical Director and Professional Services Agreement | 5/1/05 | Lagniappe Hospital Corporation d/b/a Promise Specialty Hospital of Shreveport | Singh, Krishna, MD | $3,126.00 |
| Steri-Safe Service Agreement | 5/1/13 | Promise Hospital of Louisiana | Stericycle, Inc. | $14,329.0114,454.6 |
| Steri-Safe Service Agreement | 5/1/13 | Promise Hosp [sic] of LA Shreveport | Stericycle, Inc. | $0.00 |
| Steri-Safe Service Agreement | 5/1/13 | Promise Hosp [sic] of LA Shreveport | Stericycle, Inc. | $0.00 |
| Medical Director of Behavioral Health Services Agreement | 10/15/13 | Promise Hospital of Louisiana, Inc. | Stevens, Lee, MD | $2,916.66 |
| Call Coverage Agreement | 4/1/17 | Promise Hospital of Louisiana, Inc. | Taylor, Robert Wesley, MD | $0.00 |
| Standard Form of Agreement between Owner and Architect (without a Predefined Scope of Architect's Services) | 1/13/17 | Promise Hospital of Louisiana, Inc. | TEG Architects LLC | $0.00 |
| Interpreter Services Contract | 7/1/2004 | Promise Hospital of Louisiana, Inc. | The Betty and Leonard Deaf Action Center | $0.00 |
| Agreement | 7/26/16 | Promise Hospital of Louisiana, Inc. | The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, acting on behalf of the Louisiana State University Health Sciences Center at Shreveport | $0.00 |
| Group On-Call Services Agreement | 3/1/11 | Promise Hospital of Louisiana, Inc. | The Intensivist Group, LLC | $28,800.00 |
| Agreement for Accreditation and/or Certification Services | 6/14/18 | Promise Hospital of Louisiana, Inc. | The Joint Commission on Accreditation of Healthcare Organizations d/b/a The Joint Commission | $0.00 |
| Agreement for Complete Elevator Equipment Protection; Amendment to Agreement | 4/1/96 | Lagniappe Hospital Corporation | Tri-State Elevator Co., Inc. | $0.00 |
| Teleradiology Services Agreement | 10/1/10 | Promise Hospital of Louisiana, Inc. | U.S. Radiology Partners of Louisiana, Inc. | $0.00 |
| Biomed360 Agreement # UHS-11276 | 5/18/15 | Promise Hospital of Louisiana (Bossier City Campus) | Universal Hospital Services, Inc. | $128,132.0535,223.04 |
| Amendment One to the Services Agreement | 10/9/18 | Promise Hospital of Louisiana, Inc. (Bossier City Campus) | Universal Hospital Services, Inc. | $0.00See above |
| Guaranty Agreement | 7/15/2016 | Promise Hospital of Louisiana, Inc. | Varilease Finance, Inc. | $0.00 |
| Wound Care Program Services Agreement | 7/1/13 | Promise Hospital of Louisiana, Inc. - Shreveport | Wound Care Management, LLC d/b/a Total Wound Management | $0.00 |
| Wound Care Program Services Agreement | 11/1/13 | Promise Hospital of Louisiana, Inc. Bossier City Campus | Wound Care Management, LLC d/b/a Total Wound Management | $0.00 |
| | | | | |

Schedule 3.8

Material Contracts

| Managed Care | | | | |
|---|---|---|---|---|
| **Document Name** | **Document Date** | **Debtor/Seller** | **Non-Debtor/Non-Seller Contract** | **Est. Cure Amount** |
| Hospital Services Agreement | 12/15/05 | Promise Specialty Hospital | Aetna Health Management, LLC | $0.00 |
| Hospital Services Agreement | 3/1/18 | Promise Hospital of Louisiana, Inc. | Aetna Health Management, LLC on behalf of itself and its affiliates | $0.00 48,265.22 |
| Letter 9/17/18 | 9/17/18 | Promise Hospital of Louisiana, Inc. | Beacon Health Options | $0.00 |
| Beacon Facility Participation Agreement | 2/12/16 | Promise Healthcare d/b/a Promise Hospital of Louisiana | Beacon Health Options, Inc. | $0.00 |
| Amendment to Facility Agreement | 2/19/16 | Promise Healthcare d/b/a Promise Hospital of Louisiana | Beacon Health Options, Inc. | $0.00 |
| Amendment to Facility Agreement | 5/29/18 | Promise Healthcare d/b/a Promise Hospital of Louisiana | Beacon Health Options, Inc. | $0.00 |
| Facility Service Agreement | 3/1/09 | Promise Hospital of Louisiana | Beech Street Corporation | $0.00 |
| First Amendment to Facility Service Agreement | 3/1/09 | Promise Hospital of Louisiana, Inc. | Beech Street Corporation | $0.00 |
| Medical Provider Agreement | 1/21/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | BestCare, Inc. | $0.00 |
| Blue Connect Addendum to Member Provider Agreement | 1/1/18 | Promise Hospital of Louisiana | Blue Cross & Blue Shield of Louisiana (as Party 2); HMO Louisiana, Inc. (as Party 3) | $0.00 |
| | | Promise Hospital of Louisiana Inc. | Blue Cross and blue Shield of Louisiana | $0.00 |
| Medicare Provider Agreement (No. 19-2010) | | Promise Hospital of Louisiana Inc. | Centers for Medicare and Medicaid Services | $0.00 282,658.41 |

Schedule 3.8

Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Institutional Services Agreement | 10/24/16 | Promise Specialty Hospital | CIGNA Behavioral Health, Inc. | $0.00 |
| Facility Information Form | 8/9/16 | Promise Hospital of Louisiana, Inc. | Cigna Behavioral Health, Inc. | $0.00 |
| Notice of Increase in Contract Discount(s) | 3/28/16 | Promise Healthcare | Cigna Health and Life Insurance Company | $0.00 |
| | | Promise Hospital of Louisiana Inc. | Connecticut General Life Insurance Company - Cigna | $0.00 |
| Facility Participation Agreement | 12/1/09 | Promise Hospital of Louisiana, Inc. | Corphealth Inc. d/b/a LifeSynch | $0.00 |
| Amendment to the Participating Facility Agreement | 4/6/10 | Promise Hospital of Louisiana | Corphealth Inc. d/b/a LifeSynch | $0.00 |
| Hospital Services Agreement | 2/8/16 | Promise Hospital of Louisiana - Shreveport and Bossier Campus | Correct Care Solutions, LLC | $0.00 |
| Hospital Services Agreement | 2/8/16 | Promise Hospital of Louisiana - Shreveport and Bossier Campus | Correct Care Solutions, LLC | $0.00 |
| | 6/15/12 | Promise Hospital of Louisiana, Inc. | Coventry Health Care of Louisiana, Inc | $0.00 |
| | 1/19/15 | Promise Hospital of Louisiana, Inc. | Gamble Guest Care Group, LLC, d/b/a/ Gamble Hospice Care | $0.00 |
| First Amendment to Participating Provider Agreement | 11/1/05 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Government Employees Hospital Association, Inc. | $0.00 |
| Participating Provider Agreement | 1/1/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Government Employees Hospital Association, Inc. | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Ancillary Service Agreement | 8/1/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Health Plus of Louisiana, Inc. | $0.00 |
| Reimbursement Appendix (L-1) to the Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Amendment to Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Reimbursement Appendix (H-11) to Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | HMO Louisiana, Inc. | $0.00 |
| Community Blue Reimbursement Appendix to the Member Provider Agreement | 5/15/17 | Promise Hospital of Louisiana | HMO Louisiana, Inc. | $0.00 |
| Hospital Participation Agreement | 7/1/12 | Promise Hospital of Louisiana | Humana Health Benefits Plan of Louisiana, Inc., Humana Insurance Company and their affiliates | $0.00 |
|  |  | Promise Hospital of Louisiana, Inc. | Humana Health Benefits Plan of Louisiana, Inc., Humana Insurance Company and their affiliates | $0.00 |
| Peer Review Organization Agreement for Institutional Providers for Beneficiaries of the Military Health System; Letter 11/17/17 | 12/6/17 | Promise Hospital of Louisiana | Humana Military | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Peer Review Organization Agreement for Institutional Providers for Beneficiaries of the Military Health System; Letter 11/17/17 | 12/6/17 | Promise Hospital of Louisiana | Humana Military | $0.00 |
| | | Promise Hospital of Louisiana, Inc. | Humana Military Healthcare Network | $0.00 |
| Hospital Service Agreement | 5/23/07 | Promise Hospital of Shreveport, Inc. | Humana Military Healthcare Services, Inc. | $0.00 |
| Medicaid Provider Agreement (No. 1760935) | | Promise Hospital of Louisiana Inc. | Louisiana Department of Health, Louisiana Medicaid Program | $0.00 |
| Letter 7/24/15 | 7/24/15 | Silent | Louisiana Health Cooperative | $0.00 |
| Hospital Participation Agreement | 11/3/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |
| Hospital Participation Agreement | 11/24/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; and Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |
| Hospital Participation Agreement | 11/3/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Hospital Participation Agreement | 11/3/14 | Promise Hospital Baton Rouge; Promise Hospital of Miss Lou; Promise Hospital of Ascension; Promise Hospital of Louisiana | Louisiana Health Cooperative, Inc. | $0.00 |
| Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |
| Amendment to Member Provider Agreement | 5/1/08 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |
| Reimbursement Appendix (2) to Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |
| Reimbursement Appendix (L-1) to Member Provider Agreement | 12/15/09 | Promise Hospital of Louisiana, Inc. | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | $0.00 |
| Member Provider Agreement | 3/15/14 | Promise Hospital of Louisiana | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO Louisiana, Inc. | $0.00 |
| Memorandum of Agreement | 2/11/00 | Promise Specialty Hospital of Shreveport (f/k/a Lagniappe Hospital) | Magellan Behavioral Health, Inc. | $0.00 |

Managed Care

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Facility and Program Participation Agreement | 8/24/10 | Promise Hospital of Louisiana | Magellan Behavioral Health, Inc. | $0.00 |
| | | Promise Hospital of Louisiana, Inc. | Magellan Complete Care | $0.00 |
| Participating Facility Agreement | 12/1/99 | Promise Specialty Hospital of Shreveport (f/k/a Lagniape Hospital) | MultiPlan, Inc. | $0.00 |
| Amendment of Participating Provider Agreement | 10/1/04 | Promise Specialty Hospital of Shreveport f/k/a Lagniappe Hospital | MultiPlan, Inc. | $0.00 |
| PPO Participating Provider Agreement | See Term Notes | Promise Specialty Hospital of Shreveport f/k/a Lagniappe Hospital | National Preferred Provider Network, Inc. | $0.00 |
| Letter of Agreement | 6/1/07 | Promise Hospital of Shreveport, Inc. | New Orleans Regional Physician Hospital Organization, Inc. d/b/a Peoples Health Network | $0.00 |
| Hospital Agreement | 8/1/07 | Promise Hospital of Louisiana, Inc. | PPOplus, LLC | $0.00 |
| PHCS Preferred Facility Agreement | 5/1/01 | Promise Specialty Hospital of Shreveport f/k/a Lagniappe Hospital | Private Healthcare Systems, Inc. | $0.00 |
| ~~Provider Network Agreement~~ | ~~1/1/14~~ | ~~Promise Healthcare~~ | ~~Three Rivers Provider Network, Inc.~~ | ~~$0.00~~ |
| Facility Participating Provider Agreement | 7/11/16 | Promise Hospital of Louisiana, Inc. | United Behavioral Health | $0.00 |
| Facility Based Behavioral Health Program Reimbursement Policy | 3/15/16 | Silent | United Behavioral Health d/b/a Optum | $0.00 |

Schedule 3.8
Material Contracts

| Document Name | Document Date | Debtor/Seller | Non-Debtor/Non-Seller Contract | Est. Cure Amount |
|---|---|---|---|---|
| Amendment to the Facility Participation Agreement | 1/2/18 | Promise Hospital of Louisiana, Inc. | UnitedHealthcare Insurance Company contracting on behalf of itself, UnitedHealthcare of Louisiana, Inc. and other affiliates | $0.00 |
| Facility Participation Agreement | 12/11/07 | Promise Hospital of Louisiana, Inc. | UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Louisiana, Inc. and other affiliates | $0.00 |
| | Not dated | Promise Hospital of Louisiana, Inc. | ValueOptions, Inc | $0.00 |
| | 2/8/16 | Promise Hospital of Louisiana, Inc. | Vantage Health Plan, Inc | $0.00 |
| Participating Hospital Agreement | 4/1/18 | Promise Hospital of Louisiana Inc. Bossier Campus | Zelis Network Solutions, LLC | $0.00 |
| Participating Hospital Agreement | 4/1/18 | Promise Hospital of Louisiana Inc. Bossier Campus | Zelis Network Solutions, LLC | $0.00 |
| Participating Hospital Agreement | 4/1/18 | Promise Hospital of Louisiana Inc. Shreveport Campus | Zelis Network Solutions, LLC | $0.00 |
| Ancillary Services Agreement | 06/01/2019 | Promise Hospital of Louisiana, Inc. | New Orleans Regional Physician Hospital Organization, Inc. d/b/a Peoples Health Network | N/A |

**SCHEDULE 3.9(b)**[1]

**EXCLUDED LEASES**
**(Bossier City and Shreveport)**

**Bossier Land Acquisition Corp.**

Amended and Restated Lease Agreement dated January 1, 2009 by and between Bossier Land Acquisition Corp., as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 2525 Viking Drive, Bossier City, Louisiana 71111.

**Promise Properties of Shreveport, LLC**

Lease Agreement dated February 18, 2014 by and between Promise Properties of Shreveport, LLC, as Landlord, and Promise Hospital of Louisiana, Inc., as Tenant, for the real property located at 1800 Irving Place, Shreveport, Louisiana 71101.

~~None.~~

---

[1] Leases listed on this Schedule 3.9(b) are intercompany and will be terminated by Sellers at Closing.

4844-4691-~~3414.8~~3414.9

**SCHEDULE 3.13**

**LITIGATION AND PROCEEDINGS**
**(Bossier City and Shreveport)**

1. See attached.

2. The following additional matters for certain Affiliates:



**SCHEDULE 3.14(b)**

**COST REPORTS**
**(Bossier City and Shreveport)**

---

1.  Willis Knighton, a large referring hospital, has been rebilling its Medicare claims using a new PTAN number.  This rebilling process causes a temporary takeback for paid claims for Willis Knighton referred patients.  Once the Willis Knighton referred claims are reprocessed, the takeback amounts will be repaid to Bossier and Shreveport. The facility is in contact with Novitas on this issue.

2.  Notice of Review – Targeted Probe and Education letter received from Novitas Solutions, Inc. dated May 1, 2019.

**SCHEDULE 3.17**

**RIGHTS TO USE INTELLECTUAL PROPERTY**
**(Bossier City and Shreveport)**

None.

Matters disclosed on Schedule 3.13 are incorporated by reference.