# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]  :   Case No. 18-12491 (CSS)
                                                                 :
Debtors.                                                         :   (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 10, 2019 AT 2:00 P.M. (ET)[3]

**MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [D.I. 1323; Filed 8/9/19].

   **Response Deadline**:  At the hearing on August 20, 2019 at 1:00 p.m. (ET).

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

[2] **All amended items appear in bold.**

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**Related Documents**:

A. Motion to Shorten Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [D.I. 1324; Filed 8/9/19].Order Shortening Notice and Objection Periods in Connection with the Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [D.I. 1332; Filed 8/12/19].

B. Notice of Sale Motion, Bid Deadline, Auction and Sale Hearing [D.I. 1333; Filed 8/12/19].

C. Affidavit of Service Regarding Notice of Sale Motion, Bid Deadline, Auction and Sale Hearing [D.I. 1347; Filed 8/15/19].

D. Affidavit of Service Regarding Motion and Motion to Shorten [D.I. 1349; Filed 8/15/19].

E. Supplemental Affidavit of Service [D.I. 1351; Filed 8/16/19].

F. Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases (KPC) [D.I. 1359; Filed 8/16/19].

G. Notice of Filing of Exhibits to KPC Sale Motion [D.I. 1360; Filed 8/16/19].

H. Notice of Cancellation of Auction and Designation of KPC as the Successful Bidder [D.I. 1363; Filed 8/19/19].

I. Notice of Telephonic Hearing [D.I. 1380, Filed 8/21/19]

J. Notice of Hearings on August 23, 2019 and August 27, 2019 [D.I. 1387, Filed 8/21/19]

K. Notice of Hearing [D.I. 1391, Filed August 23, 2019]

L. Notice of Consummation of Sale [Lexmark] [D.I. 1423, Filed 9/6/19]

**Responses Received**:

A. Limited Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, (III) Granting Liens, and (IV)

|      | Granting Other Related Relief [D.I. 1353; Filed 8/16/19]. |
|------|---|

B. Lexmark Holdings, LLCs Objection to Debtors Motion for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, (III) Granting Liens, and (IV) Granting Other Related Relief [D.I. 1361; Filed 8/19/19].

C. Declaration of Mark Tress in Support of Lexmark Holdings, LLCs Objection to Debtors Motion for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, (III) Granting Liens, and (IV) Granting Other Related Relief [D.I. 1362; Filed 8/19/19].

D. Joinder by CVP SPV LLC Series I and CVP SPV LLC Series III to Limited Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, (III) Granting Liens, and (IV) Granting Other Related Relief [D.I. 1364; Filed 8/19/19].

E. Amended Joinder by CVP SPV LLC Series I and CVP SPV LLC Series III to Limited Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, (III) Granting Liens, and (IV) Granting Other Related Relief [D.I. 1366; Filed 8/19/19].

F. Howard Koslow's Reservation of Rights Regarding Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Louisiana Facilities and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, (III) Granting Liens, and (IV) Granting Other Related Relief [D.I. 1368, 8/20/19].

G. Debtors' Reply to Objection of Lexmark Holdings, LLC [D.I. 1369, Filed 8/20/19].

    a. Supplemental Declaration of Andrew Turnbull in Support of the Sale of Certain Louisiana Facilities and Related Assets (Exhibit A to Reply)

    b. Declaration of Andrew Hinkelman in Support of the Sale of Certain Louisiana Facilities and Related Assets (Exhibit B to Reply)

    **Status**:  **This matter is going forward as: (i) a scheduling conference regarding issues raised in Howard Koslow's Reservation of Rights and the Official Committee of Unsecured Creditors' objection to the adequate protection escrow; and (ii) a status and scheduling conference regarding the KPC bid protections.**

**FEE APPLICATIONS:**

2.    Fee Applications (as identified on <u>Exhibit A</u> hereto).

    **Status**:  This matter is going forward.

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL (COC/CNO):**

3.    Debtors' Motion for an Order Authorizing Debtors to Enter Into Agreements Outside of the Ordinary Course of Business, NUNC PRO TUNC to July 25, 2019 [D.I. 1311, Filed August 1, 2019]

    **Response Deadline**:  August 15, 2019 at 4:00 p.m. (ET).

    **Related Documents**

    A.    Notice of Motion and Hearing [D.I. 1312, Filed 8/1/19]

    B.    Certificate of No Objection Regarding Debtors' Motion for an Order Authorizing Debtors to Enter Into Agreements Outside of the Ordinary Course of Business, NUNC PRO TUNC to July 25, 2019 [D.I. 1354, Filed 8/16/19]

    C.    **Order Authorizing Debtors to Enter Into Agreements Outside the Ordinary Course of Business [D.I. 1426, Filed 9/6/19]**

    **Status**:  A Certificate of No Objection has been filed, therefore no hearing is necessary unless the Court has questions.

4.    Debtors' Third Motion for Entry of an Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1304, Filed 7/30/19]

    **Response Deadline**:  August 13, 2019 at 4:00 p.m. (ET).
                                Credit Value Partners, L.P. extended until August 29, 2019
    **Related Documents**:

    A.    Notice of Hearing [D.I. 1306, Filed 7/31/19]

    B.    Certificate of No Objection Regarding Debtors' Third Motion for Entry of an Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1355, Filed 8/16/19]

    C.    Notice of Withdrawal of Certificate of No Objection Regarding Debtors' Third Motion for Entry of an Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1384, Filed 8/21/19]

D.     Certificate of No Objection Regarding Debtors' Third Motion for Entry of an Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1419, Filed 9/4/19]

E.     Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1420, Filed 9/4/19]

**Responses Received**: None.

**Status:** An order has been entered by the Court, therefore, no hearing is necessary unless the Court has any comments or questions.

Dated: September 6, 2019
Wilmington, Delaware

DLA PIPER LLP (US)

 /s/  *Stuart M. Brown*
Stuart M. Brown (#4050)
Kaitlin W. MacKenzie (#5924)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
       Kaitlin.MacKenzie@dlapiper.com
       Matthew.Sarna@dlapipeer.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
       Katie.Stenberg@wallerlaw.com
       Blake.Roth@wallerlaw.com
       Tyler.Layne@wallerlaw.com

*Attorneys for the Debtors and Debtors in Possession*