GLOBAL NOTES:

The Monthly Operating Report Includes Activity for the following Debtors:

| Debtor | Case Number |
|---|---|
| Promise Healthcare Group, LLC | 18-12491 |
| Promise Properties of Shreveport, LLC | 18-12492 |
| HLP HealthCare, Inc. | 18-12493 |
| Promise Healthcare Holdings, Inc. | 18-12494 |
| Quantum Health, Inc. | 18-12495 |
| HLP Properties, Inc. | 18-12496 |
| Quantum Properties, L.P. | 18-12497 |
| Promise Healthcare of California, Inc. | 18-12498 |
| Promise Healthcare, Inc. | 18-12499 |
| PH-ELA, Inc. | 18-12500 |
| Promise Hospital of East Los Angeles, L.P. | 18-12501 |
| Promise Healthcare #2, LLC | 18-12502 |
| Success Healthcare, LLC | 18-12503 |
| HLP of Los Angeles, LLC | 18-12504 |
| Promise Hospital of Dallas, Inc. | 18-12505 |
| Promise Hospital of Overland Park, Inc. | 18-12506 |
| Promise Hospital of Wichita Falls, Inc. | 18-12507 |
| Promise Skilled Nursing Facility of Overland Park, Inc. | 18-12508 |
| Promise Skilled Nursing Facility of Wichita Falls, Inc. | 18-12509 |
| Promise Hospital of Phoenix, Inc. | 18-12510 |
| Promise Hospital of Ascension, Inc. | 18-12511 |
| Promise Hospital of Baton Rouge, Inc. | 18-12512 |
| Promise Hospital of Louisiana, Inc. | 18-12513 |
| Promise Hospital of Salt Lake, Inc. | 18-12515 |
| Promise Hospital of Vicksburg, Inc. | 18-12516 |
| HLP of Shreveport, Inc. | 18-12517 |
| Bossier Land Acquisition Corp. | 18-12518 |
| Promise Hospital of Florida at The Villages, Inc. | 18-12519 |
| Promise Hospital of Dade, Inc. | 18-12520 |
| Promise Hospital of Lee, Inc. | 18-12521 |
| Promise Properties of Dade, Inc. | 18-12522 |
| Promise Properties of Lee, Inc. | 18-12523 |
| Success Healthcare 1, LLC | 18-12524 |
| LH Acquisition, LLC | 18-12528 |
| HLP Properties of Vidalia, LLC | 18-12529 |
| Vidalia Real Estate Partners, LLC | 18-12530 |
| HLP Properties at the Villages Holdings, LLC | 18-12531 |
| HLP Properties at the Villages, L.L.C. | 18-12532 |
| Promise Behavioral Health Hospital of Shreveport, Inc. | 18-12533 |
| Promise Rejuvenation Centers, Inc. | 18-12534 |
| Promise Rejuvenation Center at the Villages, Inc. | 18-12535 |
| PHG Technology Development and Services Company | 18-12536 |

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Such information is preliminary and unaudited, and is not prepared in accordance with generally accepted accounting principles ("GAAP") in the United States. In addition, the financial statements and supplemental information contained herein represent condensed combined information.

The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operation and financial position of the Debtors in the future.

**Notes to MOR schedules:**

**MOR-1 (Statement of Cash Flows)**

Note: Debtors with no activity are not listed in this schedule

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.
(2) This statement reflects unrestricted cash and represents the book activity of the company. Due to the consolidated cash management reporting system, certain cash payments may be paid out of a legal entity that is different than the legal entity where the expenses were incurred. Also, certain cash receipts may be received in a different legal entity that is different than the legal entity where the accounts receivable is recorded.
(3) Book Cash Flow excludes intercompany transfers.
(4) Ending Bank Cash reflects the amount of cash at each of the Debtors' accounts as reflected on MOR 1a.
(5) The Quarterly U.S. Trustee fee is calculated based on the total disbursements by debtor.

**MOR-1a (Bank Accounts)**

The Debtors prepare bank reconciliations for all open and active bank accounts on a monthly basis. Check registers and/or disbursement journals are maintained for each disbursement account within the Debtors' financial accounting systems. Bank statements and reconciliations for all open and active bank

accounts are retained by the Debtors and are available upon request by the United States Trustee's office.

**MOR-2 (Statement of Operations)**

Note: Debtors with no activity are listed on the schedule with values reflected as zero for each line. The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is received or paid.

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

**MOR-3 (Balance Sheet)**

Note: Debtors with no activity are listed on the schedule with values reflected as zero for each line. The balance sheet is presented without intercompany eliminations.

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.
(2) Note PH-ELA, Inc. and Quantum Health, Inc. are former operating entities. The negative Accounts Receivable balance reflects legacy entries that will be cleared over time and not amounts owed to these entities.
(3) The Company keeps both due from and due to related parties entries for the respective entities in the asset section of the balance sheet per their books and records.
(4) There may be other pre-petition obligations that were either granted to pay via First Day Motions or other senior debts such as mortgages and capital leases that will be paid in the normal course.
(5) Defalco payroll tax payments are being escrowed by the Company into a separate account per the agreed to stipulations.

**MOR-4**

As of July 31, 2019, the Debtors were current on all undisputed post-petition taxes.

*See schedule for notes*

**MOR-5**

*See schedule for notes*

The undersigned, having reviewed the attached report and being familiar with the Debtors financial affairs, verifies, under penalty of perjury, that the information contained herein is complete, accurate and truthful to the best of my knowledge, information and belief.

_____

Andrew Hinkelman

Interim Chief Financial Officer and Chief Restructuring Officer

Promise Healthcare Group, LLC, et al.

UNITED STATES BANKRUPTCY COURT

District of Delaware

**In re:** Promise Healthcare Group, LLC, *et al*  **Case No.** 18-12491 (Jointly Administered)

**Debtor**  **Reporting Period:** July 1-31, 2019

**Federal Tax ID:** 45-5351895

**MONTHLY OPERATING REPORT**

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|    Schedule of Professional Fees Paid | MOR-1b | X | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | X | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
|    Listing of aged accounts payable | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor   Date: 10/3/2019

Signature of Authorized Individual*   Date: 10/3/2019

Printed Name of Authorized Individual   Andrew Hinkelman   Date: 10/3/2019

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

| Legal Entity: | Promise Hospital of Ascension, Inc. | Promise Hospital of Baton Rouge, Inc. | Promise Hospital of Dade, Inc. | Promise Hospital of Dallas, Inc. | Promise Hospital of East Los Angeles, L.P. | Promise Hospital of Florida at The Villages, Inc. | Promise Hospital of Lee, Inc. | Promise Hospital of Louisiana, Inc. | Promise Hospital of Phoenix, Inc. | Promise Hospital of Salt Lake, Inc. | Promise Hospital of Vicksburg, Inc. | Promise Hospital of Wichita Falls, Inc. | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Promise Hospital of Overland Park, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 18-12511 | 18-12512 | 18-12520 | 18-12505 | 18-12501 | 18-12519 | 18-12521 | 18-12513 | 18-12510 | 18-12515 | 18-12516 | 18-12507 | 18-12509 | 18-12506 |
| **Receipts** | | | | | | | | | | | | | | |
| Operating Receipts | $ 1,506,664 | $ 134,875 | $ 346,842 | $ 377,855 | $ 3,289,221 | $ 72,210 | $ 345,129 | $ 3,658,045 | $ 1,495,400 | $ 1,268,216 | $ 789,613 | $ 716,634 | $ 274,043 | $ 917,547 |
| Other Receipts[1] | - | - | - | - | - | - | - | - | - | - | - | 48 | - | 1,656 |
| Total Receipts | $ 1,506,664 | $ 134,875 | $ 346,842 | $ 377,855 | $ 3,289,221 | $ 72,210 | $ 345,129 | $ 3,658,045 | $ 1,495,400 | $ 1,268,216 | $ 789,613 | $ 716,682 | $ 274,043 | $ 919,203 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll & Taxes | 11,100 | - | - | 1,940 | 0 | - | - | 1,501,915 | - | - | 6,230 | 2,598 | 541 | 4,266 |
| Insurance & Benefits | - | - | - | - | - | - | - | - | - | - | - | - | 2,155 | - |
| Occupancy / Lease | - | - | - | - | 98 | - | - | - | - | 103,899 | 142,856 | - | - | - |
| Other Operating | 63,043 | - | 10,766 | 58,635 | 26,004 | 1,033 | 3,215 | 718,272 | 85,038 | 90,709 | 118,390 | 25,805 | 23,464 | 122,537 |
| Total Operating Disbursements | 74,142 | - | 10,766 | 60,575 | 26,102 | 1,033 | 3,215 | 2,220,187 | 85,038 | 194,608 | 267,476 | 28,403 | 26,160 | 126,803 |
| Operating Cash Flow | $ 1,432,521 | $ 134,875 | $ 336,076 | $ 317,280 | $ 3,263,119 | $ 71,177 | $ 341,914 | $ 1,437,858 | $ 1,410,361 | $ 1,073,608 | $ 522,137 | $ 688,279 | $ 247,883 | $ 792,400 |
| Net Proceeds from Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Restructuring Payments** | | | | | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor / 503(b)(9) | 7,138 | - | - | 1,030 | - | - | - | - | - | 978 | 12,080 | - | - | - |
| KEIP/KERP | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Restructuring | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Restructuring Disbursements | 7,138 | - | - | 1,030 | - | - | - | - | - | 978 | 12,080 | - | - | - |
| **Debt Service** | | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - Medicare | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - Payroll Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-Pet Bank Fees/Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Revolver Repayment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Term Loan Repayment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Disbursements | 81,280 | - | 10,766 | 61,605 | 26,102 | 1,033 | 3,215 | 2,220,187 | 86,016 | 206,688 | 267,476 | 28,403 | 26,160 | 126,803 |
| Revolver Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Book Cash Flow | $ 1,425,384 | $ 134,875 | $ 336,076 | $ 316,250 | $ 3,263,119 | $ 71,177 | $ 341,914 | $ 1,437,858 | $ 1,409,383 | $ 1,061,528 | $ 522,137 | $ 688,279 | $ 247,883 | $ 792,400 |
| Beginning Bank Cash | 1,063 | 5,106 | 19,212 | 200 | 504 | 482 | 9,238 | 29,328 | 14,105 | 56,542 | 1,400 | 6,572 | 4,164 | 1,107 |
| Ending Bank Cash | 228 | 23,125 | 22,915 | 200 | 484 | 432 | 991 | 40,883 | 2,874 | 714 | 839 | 6,709 | 140 | 197 |
| July Disbursements | 81,280 | - | 10,766 | 61,605 | 26,102 | 1,033 | 3,215 | 2,220,187 | 86,016 | 206,688 | 267,476 | 28,403 | 26,160 | 126,803 |
| Transaction related Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Quarter to Date Disbursements | 81,280 | - | 10,766 | 61,605 | 26,102 | 1,033 | 3,215 | 2,220,187 | 86,016 | 206,688 | 267,476 | 28,403 | 26,160 | 126,803 |
| Quarterly U.S. Trustee Fee | 975 | 325 | 325 | 650 | 650 | 325 | 325 | 22,202 | 975 | 1,625 | 1,950 | 650 | 650 | 975 |

[1] Other receipts for Promise Healthcare Inc include $1.5M for a forfeited deposit received from Lexmark in connection with the Shreveport-Bossier transaction, $1M for eqiupment lease buyouts in connection with the sale of the three Florida facilities, $900k for MOB income, and $300k from KPC in connection with the Transition Services Agreement

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

MOR-1
Statement of Cash Flows
For the Period July 1, 2019 - July 31, 2019
(Unaudited)

| Legal Entity: | Promise Skilled Nursing Facility of Overland Park, Inc. | Quantum Health, Inc. | Success Healthcare 1, LLC | Promise Healthcare, Inc. | HLP Properties at the Villages, L.L.C. | Promise Properties of Dade, Inc. | Quantum Properties, L.P. | Success Healthcare, LLC | Promise Healthcare #2, LLC | HLP of Los Angeles, LLC | Promise Properties of Lee, Inc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 18-12508 | 18-12495 | 18-12524 | 18-12499 | 18-12532 | 18-12522 | 18-12497 | 18-12503 | 18-12502 | 18-12504 | 18-12523 | |
| **Receipts** | | | | | | | | | | | | |
| Operating Receipts | $ 286,097 | $ - | $ - | $ 17,822 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,496,211 |
| Other Receipts[1] | - | - | - | 4,162,229 | - | - | - | - | - | - | - | 4,163,933 |
| Total Receipts | $ 286,097 | $ - | $ - | $ 4,180,051 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 19,660,144 |
| **Operating Disbursements** | | | | | | | | | | | | |
| Payroll & Taxes | 1,367 | - | - | 485,532 | - | - | - | - | - | - | - | 2,015,489 |
| Insurance & Benefits | - | - | - | 1,434,246 | - | - | - | - | - | - | - | 1,436,401 |
| Occupancy / Lease | - | - | - | 483,104 | - | - | - | - | - | - | - | 729,957 |
| Other Operating | 19,516 | 5,435 | - | 1,210,427 | - | - | - | 15,004 | 600 | - | - | 2,597,893 |
| Total Operating Disbursements | 20,884 | 5,435 | - | 3,613,308 | - | - | - | 15,004 | 600 | - | - | 6,779,739 |
| Operating Cash Flow | $ 265,213 | $ (5,435) | $ - | $ 566,743 | $ - | $ - | $ - | $ (15,004) | $ (600) | $ - | $ - | $ 12,880,405 |
| Net Proceeds from Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - |
| **Restructuring Payments** | | | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor / 503(b)(9) | - | - | - | - | - | - | - | - | - | - | - | 21,226 |
| KEIP/KERP | - | - | - | 549,329 | - | - | - | - | - | - | - | 549,329 |
| Other Restructuring | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Restructuring Disbursements | - | - | - | 549,329 | - | - | - | - | - | - | - | 570,555 |
| **Debt Service** | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - Medicare | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - Payroll Tax | - | - | - | 187,619 | - | - | - | - | - | - | - | 187,619 |
| Post-Pet Bank Fees/Interest | - | - | - | - | - | - | - | - | - | - | - | - |
| Revolver Repayment | - | - | - | - | - | - | - | - | - | - | - | - |
| Term Loan Repayment | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Service | - | - | - | 187,619 | - | - | - | - | - | - | - | 187,619 |
| Total Disbursements | 20,884 | 5,435 | - | 4,350,256 | - | - | - | 15,004 | 600 | - | - | 7,537,913 |
| Revolver Draw | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Draw | - | - | - | - | - | - | - | - | - | - | - | - |
| Book Cash Flow | $ 265,213 | $ (5,435) | $ - | $ (170,205) | $ - | $ - | $ - | $ (15,004) | $ (600) | $ - | $ - | $ 12,122,231 |
| Beginning Bank Cash | 21,911 | 200 | 368,515 | 8,653,797 | - | - | - | 707,802 | 82,196 | 941,827 | - | 10,925,271 |
| Ending Bank Cash | 23,204 | 200 | 409,417 | 21,468,275 | - | - | - | 760,041 | 27,546 | 941,827 | - | 23,731,239 |
| July Disbursements | 20,884 | 5,435 | - | 4,350,256 | - | - | - | 15,004 | 600 | - | - | 7,537,913 |
| Transaction related Disbursements | - | - | - | - | - | - | - | - | - | - | - | - |
| Quarter to Date Disbursements | 20,884 | 5,435 | - | 4,350,256 | - | - | - | 15,004 | 600 | - | - | 7,537,913 |
| Quarterly U.S. Trustee Fee | 650 | 325 | 325 | 43,503 | 325 | 325 | 325 | 650 | 325 | 325 | 325 | 80,004 |

[1] Other receipts for Promise Healthcare Inc include $1.5M for a forfeited deposit received from Lexmark in connection with the Shreveport-Bossier transaction, $1M for eqiupment lease buyouts in connection with the sale of the three Florida facilities, $900k for MOB income, and $300k from KPC in connection with the Transition Services Agreement

Case 18-12491-CSS    Doc 1505    Filed 10/03/19    Page 8 of 17

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

**MOR-1a**
**Bank Account Balance**
**As of July 31, 2019**
**(Unaudited)**

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.
The Debtors note that account ending in 2316 was closed by Wells Fargo due to inactivity.
The Debtors affirm that no new bank accounts were opened during the current reporting period.
The Debtors note that bank accounts affiliated with Professional Rehabilitation Hospital, LLC were sold in the transaction of aforementioned facility

| Debtor Name | Name of Institution | Type of Account | Last 4 digits of account number | Account Balance as of 7/31/2019 |
|---|---|---|---|---|
| Promise Properties of Lee, Inc. | City National | Real Estate Operating Account | 5224 | - |
| HLP Properties at the Villages, L.L.C. | City National | Real Estate Operating Account | 5237 | - |
| Bossier Land Acquisition Corp. | City National | Real Estate Operating Account | 5253 | - |
| Vidalia Real Estate Partners, LLC | City National | Real Estate Operating Account | 5266 | - |
| Quantum Properties, L.P. | City National | Real Estate Operating Account | 5279 | - |
| LH Acquisition, LLC | City National | Real Estate Operating Account | 5282 | - |
| HLP of Shreveport, Inc. | City National | Real Estate Operating Account | 5295 | - |
| Promise Hospital of Dade, Inc. | City National | Operating Account | 5305 | - |
| Promise Hospital of Dade, Inc. | City National | Petty Cash Account | 5321 | 331.93 |
| Promise Hospital of Phoenix, Inc. | City National | Operating Account | 5334 | - |
| Promise Hospital of Phoenix, Inc. | City National | Petty Cash Account | 5350 | 165.38 |
| Promise Hospital of Florida at The Villages, Inc. | City National | Operating Account | 5363 | - |
| Promise Hospital of Florida at The Villages, Inc. | City National | Petty Cash Account | 5389 | 232.45 |
| Promise Healthcare, Inc. | City National | Promise 1 Master Disbursement | 5392 | 19,030,735.12 |
| Promise Healthcare, Inc. | City National | Operating Account | 5402 | - |
| Promise Healthcare, Inc. | City National | Petty Cash Account | 5428 | 1,324.35 |
| Promise Healthcare, Inc. | City National | Operating Account | 5431 | 1,695,809.03 |
| Promise Hospital of Vicksburg, Inc. | City National | Operating Account | 5444 | - |
| Promise Hospital of Vicksburg, Inc. | City National | Government Lockbox | 5460 | 100.00 |
| Promise Hospital of Vicksburg, Inc. | City National | Non Government Lockbox | 5473 | 100.00 |
| Promise Hospital of Florida at The Villages, Inc. | City National | Government Lockbox | 5486 | 100.00 |
| Promise Hospital of Florida at The Villages, Inc. | City National | Non Government Lockbox | 5499 | 100.00 |
| Promise Hospital of Dade, Inc. | City National | Government Lockbox | 5509 | 100.00 |
| Promise Hospital of Dade, Inc. | City National | Non Government Lockbox | 5512 | 21,849.11 |
| Promise Hospital of Phoenix, Inc. | City National | Government Lockbox | 5525 | 100.00 |
| Promise Hospital of Phoenix, Inc. | City National | Non Government Lockbox | 5538 | 100.00 |
| Promise Hospital of Overland Park, Inc. | City National | Operating Account | 5567 | - |
| Promise Hospital of Dallas, Inc. | City National | Operating Account | 5583 | - |
| Promise Hospital of Vicksburg, Inc. | City National | Petty Cash Account | 5622 | 638.78 |
| Promise Hospital of Salt Lake, Inc. | City National | Operating Account | 5635 | - |
| Promise Hospital of Wichita Falls, Inc. | City National | Operating Account | 5651 | - |
| Promise Hospital of East Los Angeles, L.P. | City National | Operating Account | 5677 | - |
| Promise Hospital of East Los Angeles, L.P. | City National | Petty Cash Account | 5680 | 103.83 |
| Promise Hospital of East Los Angeles, L.P. | City National | Operating Account | 5703 | - |
| Success Healthcare, LLC | City National | Success Master Collection | 6618 | 100.00 |
| HLP of Los Angeles, LLC | City National | Operating Account | 6663 | 941,826.93 |
| Lutheran School of Nursing Student Education Foundation | City National | Operating Account | 6676 | - |
| Lutheran School of Nursing Student Education Foundation | City National | Holding Account | 6689 | - |
| Success Healthcare 1, LLC | City National | Operating Account | 6692 | - |
| Success Healthcare 1, LLC | City National | Petty Cash Account | 6715 | - |
| Promise Hospital of Ascension, Inc. | City National | Operating Account | 6731 | - |
| Promise Hospital of Ascension, Inc. | City National | Petty Cash Account | 6757 | 28.03 |
| Promise Hospital of Louisiana, Inc. | City National | Operating Account | 6760 | - |
| Promise Hospital of Louisiana, Inc. | City National | Petty Cash Account | 6773 | 35.45 |
| Promise Hospital of Louisiana, Inc. | City National | Operating Account | 6799 | - |
| Promise Hospital of Louisiana, Inc. | City National | Petty Cash Account | 6812 | 4,019.47 |
| Promise Healthcare #2, Inc. | City National | Promise 2 Master Disbursement | 6825 | - |
| Promise Hospital of Baton Rouge, Inc. | City National | Operating Account | 6838 | - |
| Promise Hospital of Baton Rouge, Inc. | City National | Petty Cash Account | 6854 | 165.16 |
| Quantum Health, Inc. | City National | Operating Account | 6867 | - |
| Success Healthcare, LLC | City National | Operating Account | 6922 | 759,941.29 |

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

| Debtor Name | Name of Institution | Type of Account | Last 4 digits of account number | Account Balance as of 7/31/2019 |
|---|---|---|---|---|
| Promise Hospital of Louisiana, Inc. | City National | Government Lockbox | 6935 | 100.00 |
| Promise Hospital of Ascension, Inc. | City National | Government Lockbox | 6948 | 100.00 |
| Promise Healthcare #2, LLC | City National | Promise 2 Master Collection | 6951 | 27,545.57 |
| Promise Hospital of Ascension, Inc. | City National | Non Government Lockbox | 6964 | 100.00 |
| Promise Hospital of Louisiana, Inc. | City National | Non Government Lockbox | 6977 | 1,865.10 |
| Promise Hospital of East Los Angeles, L.P. | City National | Government Lockbox | 7002 | 100.00 |
| Promise Hospital of East Los Angeles, L.P. | City National | Non Government Lockbox | 7015 | 100.00 |
| Promise Hospital of East Los Angeles, L.P. | City National | Government Lockbox | 7028 | 80.00 |
| Promise Hospital of East Los Angeles, L.P. | City National | Non Government Lockbox | 7031 | 100.00 |
| Promise Hospital of Overland Park, Inc. | City National | Government Lockbox | 7044 | 100.00 |
| Promise Hospital of Overland Park, Inc. | City National | Non Government Lockbox | 7057 | 100.00 |
| Promise Hospital of Dallas, Inc. | City National | Government Lockbox | 7060 | 100.00 |
| Promise Hospital of Dallas, Inc. | City National | Non Government Lockbox | 7073 | 100.00 |
| Success Healthcare, LLC | City National | Success Master Disbursement | 7109 | - |
| Promise Hospital of Wichita Falls, Inc. | City National | Government Lockbox | 7112 | 100.00 |
| Promise Hospital of Wichita Falls, Inc. | City National | Non Government Lockbox | 7125 | 100.00 |
| Promise Hospital of Salt Lake, Inc. | City National | Government Lockbox | 7138 | 100.00 |
| Promise Hospital of Salt Lake, Inc. | City National | Non Government Lockbox | 7141 | 100.00 |
| Promise Skilled Nursing Facility of Wichita Falls, Inc. | City National | Operating Account | 7154 | - |
| Promise Skilled Nursing Facility of Overland Park, Inc. | City National | Operating Account | 7170 | - |
| Promise Skilled Nursing Facility of Wichita Falls, Inc. | City National | Government Lockbox | 7196 | 100.00 |
| Promise Skilled Nursing Facility of Wichita Falls, Inc. | City National | Non Government Lockbox | 7206 | 100.00 |
| Promise Healthcare, Inc. | City National | Promise 1 Master Collection | 7219 | 733,558.09 |
| Success Healthcare 1, LLC | City National | Government Lockbox | 7222 | - |
| Success Healthcare 1, LLC | City National | Non Government Lockbox | 7235 | 346,289.44 |
| Promise Hospital of Baton Rouge, Inc. | City National | Government Lockbox | 7248 | 100.00 |
| Promise Hospital of Baton Rouge, Inc. | City National | Non Government Lockbox | 7251 | 18,220.28 |
| Promise Skilled Nursing Facility of Overland Park, Inc. | City National | Government Lockbox | 7264 | 100.00 |
| Promise Skilled Nursing Facility of Overland Park, Inc. | City National | Non Government Lockbox | 7277 | 100.00 |
| Quantum Health, Inc. | City National | Government Lockbox | 7303 | 100.00 |
| Quantum Health, Inc. | City National | Non Government Lockbox | 7316 | 100.00 |
| Promise Healthcare Holdings, Inc. | City National | Holding Account | 7523 | 6,848.78 |
| Promise Hospital of Lee, Inc. | City National | Operating Account | 7565 | - |
| Promise Hospital of Lee, Inc. | City National | Petty Cash Account | 7578 | 76.51 |
| Promise Hospital of Lee, Inc. | City National | Government Lockbox | 7581 | 100.00 |
| Promise Hospital of Lee, Inc. | City National | Non Government Lockbox | 7594 | 100.00 |
| Promise Healthcare Group, LLC | City National | Operating Account | 7604 | - |
| Promise Properties of Dade, Inc. | City National | Operating Account | 8014 | - |
| Success Healthcare 1, LLC | City National | Holding Account | 8894 | 61,593.98 |
| Promise Hospital of Salt Lake, Inc. | City National | Petty Cash Account | 9000 | 514.03 |
| Promise Healthcare, Inc. | City National | Promise Payroll and 401(k) Funding Account | 5979 | - |
| Success Healthcare 1, LLC | Wells Fargo | Café Deposit Account | 8688 | 1,533.13 |
| Promise Hospital of Phoenix, Inc. | Wells Fargo | Café Deposit Account | 4975 | 2,508.17 |
| Promise Skilled Nursing Facility of Wichita Falls, Inc. | Wells Fargo | N/A | 2316 | - |
| Promise Skilled Nursing Facility of Overland Park, Inc. | Wells Fargo | Petty Cash Account | 2407 | (344.19) |
| Promise Hospital of Overland Park, Inc. | Wells Fargo | Petty Cash Account | 2415 | (2.72) |
| Promise Hospital of Wichita Falls, Inc. | Wells Fargo | Petty Cash Account | 2423 | 132.48 |
| Promise Hospital of Dallas, Inc. | Wells Fargo | Petty Cash Account | 2449 | - |
| Promise Skilled Nursing Facility of Wichita Falls, Inc. | Wells Fargo | Petty Cash Account | 2456 | (60.08) |
| Promise Hospital of Dade, Inc. | Wells Fargo | Café Deposit Account | 6331 | 633.88 |
| Promise Hospital of Lee, Inc. | Wells Fargo | Café Deposit Account | 8296 | 714.17 |
| Promise Hospital of Wichita Falls, Inc. | Wells Fargo | RFMS Accounts | 6726 | 5,828.45 |
| Promise Skilled Nursing Facility of Overland Park, Inc. | Wells Fargo | RFMS Accounts | 8130 | 5,978.13 |
| Promise Skilled Nursing Facility of Overland Park, Inc. | Wells Fargo | RFMS Accounts | 1372 | 250.00 |
| Promise Skilled Nursing Facility of Overland Park, Inc. | Wells Fargo | RFMS Accounts | 1385 | 17,120.11 |
| Promise Hospital of Wichita Falls, Inc. | Wells Fargo | RFMS Accounts | 1398 | 250.00 |
| Promise Hospital of Wichita Falls, Inc. | Wells Fargo | RFMS Accounts | 1408 | 297.64 |
| Promise Hospital of Louisiana, Inc. | Chase Bank | Café Deposit Account | 9042 | 15,082.16 |
| Promise Hospital of Louisiana, Inc. | Chase Bank | Café Deposit Account | 5740 | 19,780.32 |
| Promise Hospital of Baton Rouge, Inc. | Chase Bank | Café Deposit Account | 4758 | 4,639.24 |
| | | | Total | $ 23,731,239 |

Case 18-12491-CSS    Doc 1505    Filed 10/03/19    Page 10 of 17

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

**Schedule of Professional Fees and Expenses Paid**
**MOR-1b**

| Professional | Role in Case | Amount Paid in July 2019 | | | Case-To-Date | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| Focus Management | Advisor | - | - | - | $ 689,650.97 | $ 64,341.27 | $ 753,992.24 |
| McGuire Woods | Wells Fargo Counsel | - | - | - | 1,019,915.78 | 22,640.08 | 1,042,555.86 |
| Richards, Layton & Finger | Wells Fargo Counsel | - | - | - | 247,206.92 | 7,687.73 | 254,894.65 |
| Breslin, Young & Slaughter | Field Examiner | - | - | - | 26,000.00 | 3,853.30 | 29,853.30 |
| Katten Munchin Rosenman | Term Loan Counsel | - | - | - | 128,607.50 | - | 128,607.50 |
| Klehr Harrison Harvey Branzburg LLP | Professional | - | - | - | 38,467.00 | 245.00 | 38,712.00 |
| Fowler White Burnett | Professional | - | - | - | 23,322.50 | 47.29 | 23,369.79 |
| Berger Singerman | Professional | - | - | - | 17,811.00 | 256.85 | 18,067.85 |
| DLA | Debtors' DE Counsel | - | - | - | 1,535,143.15 | 59,517.88 | 1,594,661.03 |
| DLA | Debtors' DE Counsel | - | - | - | See above | See above | See above |
| Waller | Debtors' Counsel | - | - | - | 2,335,060.44 | 169,203.08 | 2,504,263.52 |
| Waller | Debtors' Counsel | - | - | - | See above | See above | See above |
| FTI | Debtor Financial Advisor | - | - | - | 3,842,107.50 | 318,026.41 | 4,160,133.91 |
| FTI | Debtor Financial Advisor | - | - | - | See above | See above | See above |
| Gibbons P.C. | Ombudsman Counsel | - | - | - | 9,560.30 | 592.50 | 10,152.80 |
| Houlihan Lokey | Debtor Investment Bank | - | - | - | 400,000.00 | 30,032.85 | 430,032.85 |
| Pachulski Stang Ziehl & Jones LLP | UCC Counsel | - | - | - | 446,222.50 | 29,839.09 | 476,061.59 |
| Prime Clerk | Claims Agent | - | - | - | 794,033.49 | 615,962.11 | 1,409,995.60 |
| Province | UCC Financial Advisor | - | - | - | 772,637.00 | 19,456.05 | 792,093.05 |
| Province | UCC Financial Advisor | - | - | - | See Above | See Above | See Above |
| Sills Cummins Gross PC | UCC Counsel | - | - | - | 989,215.54 | 10,993.71 | 1,000,209.25 |
| Healthcare Finance Partners | Landlord Counsel | - | - | - | 95,000.00 | - | 95,000.00 |
| Crowe Horwath | Auditor | - | - | - | 50,000.00 | - | 50,000.00 |
| M.J. Renick & Associates LLC | Fee Examiner | - | - | - | 92,494.00 | 74.00 | 92,568.00 |
| Melanie L. Cyganowski | Patient Care Ombudsman | - | - | - | 87,334.20 | 2,768.55 | 90,102.75 |
| **Total** | | $ - | $ - | $ - | $ 13,639,789.80 | $ 1,355,537.75 | $ 14,995,327.55 |

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

MOR-4
Statement of Operations
For the Period July 1, 2019 - July 31, 2019
(Unaudited)

| Legal Entity: | Promise Hospital of Baton Rouge, Inc. | Promise Hospital of Ascension, Inc. | Promise Hospital of Louisiana, Inc. | Promise Hospital of Vicksburg, Inc. | Promise Hospital of East Los Angeles, L.P. | PH-ELA, Inc. | Quantum Health, Inc. | Promise Hospital of Salt Lake, Inc. | Promise Hospital of Phoenix, Inc. | Promise Hospital of Florida at The Villages, Inc. | Promise Hospital of Dade, Inc. | Promise Hospital of Lee, Inc. | PHG Technology Development and Services Company | Promise Healthcare, Inc. | Bossier Land Acquisition Corp. | HLP Properties of Vidalia, LLC | Vidalia Real Estate Partners, LLC | Promise Properties of Dade, Inc. | HLP Properties, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 18-12512 | 18-12511 | 18-12513 | 18-12516 | 18-12501 | 18-12500 | 18-12495 | 18-12515 | 18-12510 | 18-12519 | 18-12520 | 18-12521 | 18-12536 | 18-12499 | 18-12518 | 18-12529 | 18-12530 | 18-12522 | 18-12496 |
| Net Patient Revenue | - | - | 3,639,249 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue[1] | - | 22,680 | 54,977 | 15,936 | (175,518) | - | - | 4,900 | 6,671 | - | - | - | - | 284,904 | 105,000 | - | - | - | - |
| Total Revenue | - | 22,680 | 3,694,226 | 15,936 | (175,518) | - | - | 4,900 | 6,671 | - | - | - | - | 284,904 | 105,000 | - | - | - | - |
| Salaries & Wages | - | 35,796 | 1,661,865 | 4,350 | - | - | - | - | - | - | - | - | - | 640,269 | - | - | - | - | - |
| Employee Taxes & Benefits | - | 1,948 | 278,509 | 1,213 | 69 | - | - | 1,344 | 1,050 | - | - | 11 | - | 70,645 | - | - | - | - | - |
| Contract Labor | - | - | 5,619 | 2,976 | - | - | - | 1,994 | 2,394 | - | - | - | - | - | - | - | - | - | - |
| Purchased Services | 88 | 2,200 | 462,155 | (10,311) | 74,702 | - | - | (33,850) | 45,863 | 9,997 | 3,613 | 26,737 | - | 203,938 | - | - | - | - | - |
| Supplies & Materials | 3,114 | 143,836 | 269,800 | 97,608 | 1,356 | - | - | 156,115 | 93,868 | - | - | (64,972) | - | 8,253 | - | - | - | - | - |
| Pharmaceuticals | 1,694 | 4,483 | 154,740 | (252) | (1,392) | - | - | 28,197 | 7,441 | - | - | (2,649) | - | (14) | - | - | - | - | - |
| Utilities | - | (153) | 31,365 | 180 | 6,280 | - | - | 12,494 | (23,474) | - | - | - | - | 5,645 | - | - | - | - | - |
| Rent / Leases | - | (12,057) | 99,220 | 15,620 | - | - | - | 32,230 | 17,983 | - | - | (1,379) | - | 148,762 | - | - | - | - | - |
| Rent / Leases - Related Party | - | - | 105,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Rentals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Travel / Entertainment | 64 | 466 | 7,365 | 1,623 | 962 | - | - | 2,685 | 1,390 | - | - | - | - | 2,114 | - | - | - | - | - |
| Other Expenses | - | (2,752) | 136,493 | 735 | (3,692) | - | - | (572) | 907 | - | - | 22 | - | 64,840 | - | - | - | 20 | - |
| Total Operating Expenses | 4,960 | 173,767 | 3,212,131 | 113,742 | 78,285 | - | - | 200,637 | 147,422 | 9,997 | 3,613 | (42,230) | - | 1,144,452 | - | - | - | 20 | - |
| Net Operating Income / (Loss) | (4,960) | (151,087) | 482,095 | (97,806) | (253,803) | - | - | (195,737) | (140,751) | (9,997) | (3,613) | 42,230 | - | (859,548) | 105,000 | - | - | (20) | - |
| Management Fees | - | - | 284,904 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue / (Expenses) | - | 82 | 14 | - | 34,597 | - | - | 61 | (5,855) | 518,450 | 238,374 | 218,272 | - | 3,098,374 | - | - | - | - | - |
| Depreciation & Amortization | - | - | (109,280) | - | - | - | - | - | 101 | - | - | - | - | (483,753) | (22,068) | - | - | - | - |
| Interest Expense | - | - | (53,417) | - | (1,784) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense - R.Party | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Non-Operating Revenue / (Expenses) | - | 82 | (162,683) | - | 32,813 | - | - | 61 | (5,754) | 518,450 | 238,374 | 218,272 | - | 2,614,621 | (22,068) | - | - | - | - |
| Net Income (Loss) | (4,960) | (151,005) | 34,508 | (97,806) | (220,990) | - | - | (195,676) | (146,505) | 508,453 | 234,761 | 260,502 | - | 1,755,073 | 82,932 | - | - | (20) | - |

[1] Other Income in Success Healthcare 1 consists of a large receipt in connection with MOB

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

MOR-4
Statement of Operations
For the Period July 1, 2019 - July 31, 2019
(Unaudited)

| Legal Entity: | Quantum Properties, L.P. | HLP Properties at the Villages, L.L.C. | Promise Properties of Dade, Inc. | Promise Properties of Lee, Inc. | HLP of Shreveport, Inc. | Promise Properties of Shreveport, LLC | Promise Hospital of Dallas, Inc. | Promise Hospital of Wichita Falls, Inc. | Promise Hospital of Overland Park, Inc. | Promise Skilled Nursing Facility of Overland Park, Inc. | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Promise Healthcare #2, LLC | Success Healthcare 1, LLC | Success Healthcare, LLC | Success Healthcare 2, LLC | HLP of Los Angeles, LLC | Promise Healthcare Group, LLC | Promise Healthcare Holdings, Inc. | HLP HealthCare, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 18-12497 | 18-12532 | 18-12522 | 18-12523 | 18-12517 | 18-12492 | 18-12505 | 18-12507 | 18-12506 | 18-12508 | 18-12509 | 18-12502 | 18-12524 | 18-12503 | 18-12525 | 18-12504 | 18-12491 | 18-12494 | 18-12493 |
| Net Patient Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue[1] | - | - | - | - | - | - | - | - | - | - | - | - | 634,582 | - | - | - | - | - | - |
| Total Revenue | - | - | - | - | - | - | - | - | - | - | - | - | 634,582 | - | - | - | - | - | - |
| Salaries & Wages | - | - | - | - | - | - | 5,321 | 6,750 | 2,300 | - | 1,450 | - | - | - | - | - | - | - | - |
| Employee Taxes & Benefits | - | - | - | - | - | - | 881 | 1,285 | 871 | 378 | 716 | - | - | - | - | - | - | - | - |
| Contract Labor | - | - | - | - | - | - | - | - | (6,853) | 6,707 | - | - | - | - | - | - | - | - | - |
| Purchased Services | - | - | - | - | - | - | 10,881 | 8,647 | 8,652 | 9,151 | 13,279 | - | - | - | - | - | 2,310,002 | - | - |
| Supplies & Materials | - | - | - | - | - | - | 21,353 | 89,667 | 58,677 | 20,575 | 25,924 | - | (1,983) | (188) | - | - | - | - | - |
| Pharmaceuticals | - | - | - | - | - | - | 1,383 | 5,704 | 2,355 | 6,405 | (739) | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | 424 | - | (892) | (62) | 9,816 | (927) | 2,049 | - | - | - | - | - | - | - | - |
| Rent / Leases | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent / Leases - Related Party | - | - | - | - | - | - | 9,848 | 3,657 | (10,852) | 3,011 | 746 | - | - | - | - | - | - | - | - |
| Other Rentals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Travel / Entertainment | - | - | - | - | - | - | 2,834 | 371 | 4,334 | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | - | - | - | - | 42 | - | 1,329 | 189 | 175 | 102 | 489 | 7,871 | 636 | (42,863) | - | - | 44,720 | 252 | - |
| Total Operating Expenses | - | - | - | - | 466 | - | 52,938 | 116,208 | 69,475 | 45,402 | 43,914 | 7,871 | (1,347) | (43,051) | - | - | 2,354,722 | 252 | - |
| Net Operating Income / (Loss) | - | - | - | - | (466) | - | (52,938) | (116,208) | (69,475) | (45,402) | (43,914) | (7,871) | 635,929 | 43,051 | - | - | (2,354,722) | (252) | - |
| Management Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Revenue / (Expenses) | - | - | - | - | (621) | 53,394 | (190,284) | (530,617) | (150,943) | (275,376) | (29,200) | (52,899) | - | (7,117) | - | - | - | - | - |
| Depreciation & Amortization | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense | - | - | - | - | - | - | - | - | 4,326 | - | - | - | - | - | - | - | - | - | - |
| Interest Expense - R.Party | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Non-Operating Revenue / (Expenses) | - | - | - | - | (621) | 53,394 | (190,284) | (530,617) | (146,617) | (275,376) | (29,200) | (52,899) | - | (7,117) | - | - | - | - | - |
| Net Income (Loss) | - | - | - | - | (1,087) | 53,394 | (243,222) | (646,825) | (216,092) | (320,778) | (73,114) | (60,770) | 635,929 | 35,934 | - | - | (2,354,722) | (252) | - |

[1] Other Income in Success Healthcare 1 consists of a large receipt in connection with MOB

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

MOR-4
Statement of Operations
For the Period July 1, 2019 - July 31, 2019
(Unaudited)

| Legal Entity: | HLP Properties at the Villages Holdings, LLC | Promise Healthcare of California, Inc. | LH Acquisition, LLC | Promise Behavioral Health Hospital of Shreveport, Inc. | Promise Rejuvenation Centers, Inc. | Promise Rejuvenation Center at the Villages, Inc. |
|---|---|---|---|---|---|---|
| Case Number | 18-12531 | 18-12498 | 18-12528 | 18-12533 | 18-12534 | 18-12535 |
| Net Patient Revenue | - | - | - | - | - | - |
| Other Revenue [1] | - | - | - | - | - | - |
| Total Revenue | - | - | - | - | - | - |
| Salaries & Wages | - | - | - | - | - | - |
| Employee Taxes & Benefits | - | - | - | - | - | - |
| Contract Labor | - | - | - | - | - | - |
| Purchased Services | - | - | - | - | - | - |
| Supplies & Materials | - | - | - | - | - | - |
| Pharmaceuticals | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - |
| Rent / Leases | - | - | - | - | - | - |
| Rent / Leases - Related Party | - | - | - | - | - | - |
| Other Rentals | - | - | - | - | - | - |
| Travel / Entertainment | - | - | - | - | - | - |
| Other Expenses | - | - | - | - | - | - |
| Total Operating Expenses | - | - | - | - | - | - |
| Net Operating Income / (Loss) | - | - | - | - | - | - |
| Management Fees | - | - | - | - | - | - |
| Other Revenue / (Expenses) | - | - | - | - | - | - |
| Depreciation & Amortization | - | - | - | - | - | - |
| Interest Expense | - | - | - | - | - | - |
| Interest Expense - R.Party | - | - | - | - | - | - |
| Non-Operating Revenue / (Expenses) | - | - | - | - | - | - |
| Net Income (Loss) | - | - | - | - | - | - |

**[1] Other Income in Success Healthcare 1 consists of a large receipt in connection with MOB**

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

MOR-4
Balance Sheet
As of July 31, 2019
(Unaudited)

| Legal Entity: | Promise Hospital of Baton Rouge, Inc. | Promise Hospital of Ascension, Inc. | Promise Hospital of Louisiana, Inc. | Promise Hospital of Vicksburg, Inc. | Promise Hospital of East Los Angeles, L.P. | PH-ELA, Inc. | Quantum Health, Inc. | Promise Hospital of Salt Lake, Inc. | Promise Hospital of Phoenix, Inc. | Promise Hospital of Florida at The Villages, Inc. | Promise Hospital of Lee, Inc. | Promise Hospital of Dade, Inc. | PHG Technology Development and Services Company | Promise Healthcare, Inc. | Bossier Land Acquisition Corp. | HLP Properties of Vidalia, LLC | Vidalia Real Estate Partners, LLC | LH Acquisition, LLC | Promise Properties of Dade, Inc. | HLP Properties, Inc. | Quantum Properties, L.P. | HLP Properties at the Villages, L.L.C. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 18-12512 | 18-12511 | 18-12513 | 18-12516 | 18-12501 | 18-12500 | 18-12495 | 18-12515 | 18-12510 | 18-12519 | 18-12521 | 18-12520 | 18-12536 | 18-12499 | 18-12518 | 18-12529 | 18-12530 | 18-12528 | 18-12522 | 18-12496 | 18-12497 | 18-12532 |
| **Assets** | | | | | | | | | | | | | | | | | | | | | | |
| **Current Asset** | | | | | | | | | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $ 18,485 | $ 4,867 | $ 50,328 | $ 1,459 | $ 484 | $ - | $ 200 | $ 714 | $ (2,350) | $ 440 | $ 991 | $ 21,425 | $ - | $ 19,652,266 | $ - | $ - | $ - | $ - | 0 | $ - | $ - | $ - |
| Accounts Receivable | 168,328 | 1,360,001 | 20,573,116 | 1,329,347 | 17,648,763 | (13,798) | 31,438 | 2,956,676 | 838,434 | 842,011 | 1,835,330 | 1,522,311 | | | | | | | | | | |
| Allow. For Doubtful Accts. | 398,996 | 289,856 | (11,430,197) | (1,445,598) | (8,015,995) | (1,090,060) | (307,041) | (2,770,726) | (759,654) | 249,228 | (558,455) | (688,600) | | | | | | | | | | |
| Accounts Receivable, Net | 567,324 | 1,649,857 | 9,142,919 | (116,251) | 9,632,768 | (1,103,858) | (275,603) | 185,950 | 78,780 | 1,091,239 | 1,276,875 | 833,711 | | | | | | | | | | |
| Pharmaceuticals & Supplies | | | 290,895 | | | | | | | | | | | | | | | | | | | |
| Third Party Receivable | | 14,797 | 288,348 | | 614 | | | 47,907 | (1,154) | 101,070 | 655,597 | 440,179 | | | | | | | | | | |
| Prepaid Expense & Other Receivables | | | 138,650 | 16,180 | 26,790 | | | | 73,334 | | | | | (151,438) | | | | | | | | |
| Due From Related Party | (1,203,452) | (5,534,341) | 24,876,007 | 889,110 | (29,102,204) | (11,358,798) | (12,612,803) | 36,022,249 | (1,298,104) | 8,160,538 | 7,792,948 | 14,009,070 | (3,000,000) | 165,391,174 | (9,138,984) | 53,424 | (11,460,639) | | (7,017,365) | 3,285,544 | 4,094,293 | 519,897 |
| Total Current Assets | (617,643) | (3,864,820) | 34,787,147 | 790,498 | (19,441,548) | (12,462,656) | (12,888,206) | 36,256,820 | (1,149,494) | 9,353,287 | 9,726,411 | 15,304,385 | (3,000,000) | 184,892,002 | (9,138,984) | 53,424 | (11,460,639) | | (7,017,365) | 3,285,544 | 4,094,293 | 519,897 |
| **Fixed Assets** | | | | | | | | | | | | | | | | | | | | | | |
| Property, Plant, & Equip | | | 17,140,429 | | | | | | | | | | | 7,467,282 | 12,100,000 | | | | | | | |
| Accumulated Depreciation | | | (5,533,551) | | | | | | | | | | | (5,559,475) | (1,434,419) | | | | | | | |
| Net Property, Plant, & Equip | | | 11,606,878 | | | | | | | | | | | 1,907,807 | 10,665,581 | | | | | | | |
| Goodwill | | | | | | | | | | | | | | 19,001,379 | | | | | | | | |
| Other Assets | 4,620 | 5,325 | 212,274 | | | | | 130,000 | | | | | | 982,397 | | | | | | | | |
| Intangible Assets | | | 740,014 | | | | | | | | | | | 2,913,750 | | | | | | | | |
| Investment In Subsidiary | | | | | | | | | | | | | 1,884,749 | 19,925,048 | | 1,911,000 | | | | | | |
| Notes Receivable Related Party | | | | | | | | | | | | | | | | | | | | | | |
| Due From Affiliates | | | | | | | | | | | | | | | | | | | | | | |
| Total Assets | (613,023) | (3,859,495) | 47,346,313 | 790,498 | (19,441,548) | (12,462,656) | (12,888,206) | 36,256,820 | (1,019,494) | 9,353,287 | 9,726,411 | 15,304,385 | (1,115,251) | 229,622,383 | 1,526,597 | 1,964,424 | (11,460,639) | | (7,017,365) | 3,285,544 | 4,094,293 | 519,897 |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | | | | | |
| Not Subject to Compromise (4) | | | | | | | | | | | | | | | | | | | | | | |
| Post-Petition Accounts Payable | | 26,972 | 54,703 | 18,033 | 16,632 | | | 196,018 | 35,108 | 1,970 | 12,938 | 11,351 | | 21,787 | | | | | | | | |
| Accrued Expense | 100,923 | 349,209 | 2,951,748 | 99,800 | 2,529,807 | 234,375 | 69,657 | (33,930) | 545,558 | 1,225,669 | 687,256 | 1,392,355 | | (319,088) | | | | | | | | 3,197 |
| Payroll Taxes Payable | | | | | | | | | | | | | | | | | | | | | | |
| Cur Matur Of Cap Lease Obligations | | (0) | | | 161,590 | | | 65,087 | 56,439 | | 14,359 | 17,085 | | | | | | | | | | |
| Deferred Rent | | | | | | | | | | | | | | 302,601 | | | | | 6,097,231 | | | |
| Deferred Lease Obligations | | | | | | | | | | | | | | | | | | | 2,427,975 | | | |
| Notes Payable Related Party | | | | | | | | | | | | | | | | | | | | | | |
| Deferred Income Taxes | 29,684 | | 50,405 | 36,449 | | | | | | | | | | 483,169 | | | | | | | | |
| Total | 130,607 | 376,181 | 3,056,856 | 154,282 | 2,708,029 | 234,375 | 69,657 | 227,175 | 637,105 | 1,227,639 | 714,553 | 1,420,791 | | 488,469 | | | | | 8,525,206 | | | 3,197 |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | | | | | | | | | | | |
| Pre-Petition Accounts Payable | 1,130,284 | 1,847,132 | 3,888,126 | 1,485,219 | 8,570,015 | 809,465 | 1,466,316 | 2,749,168 | 2,582,743 | 1,320,312 | 1,024,644 | 950,006 | | 9,772,234 | | | | | | 1 | | |
| Notes Payable Related Party | | | | | | | | | | | | | | 11,268,942 | | | | | | | | |
| Defalco Payroll Taxes | (534) | 19,931 | 44,318 | | 756,606 | | (70,996) | (545) | 3,992 | | | | | 18,244 | | | | | | | | |
| Notes Payable | | | | | 722,904 | | | | | | | | | 7,000,000 | | | | | | | | |
| Third Party Payor | 193,375 | 287,584 | | 249,385 | 11,718 | | 62,262 | | 32,165 | | | | | | | | | | | | | |
| Total | 1,323,125 | 2,154,647 | 3,932,444 | 1,734,604 | 10,061,243 | 809,465 | 1,457,582 | 2,748,623 | 2,618,900 | 1,320,312 | 1,024,644 | 950,006 | | 28,059,420 | | | | | | 1 | | |
| Total Current Liabilities | 1,453,732 | 2,530,828 | 6,989,300 | 1,888,886 | 12,769,272 | 1,043,840 | 1,527,239 | 2,975,798 | 3,256,005 | 2,547,950 | 1,739,197 | 2,370,797 | | 28,547,889 | | | | | 8,525,206 | 1 | | 3,197 |
| **Long-Term Liabilities** | | | | | | | | | | | | | | | | | | | | | | |
| Not Subject to Compromise (4) | | | | | | | | | | | | | | | | | | | | | | |
| Obligations Under Cap Leases | | 0 | | | 30,426 | | | 43,562 | 32,840 | | | | | | | | | | | | | |
| Payroll Taxes Payable, Net Of Current | (3,341) | 15,138 | 26,733 | 478 | 3,336,809 | | 212,729 | 2,416 | 56,376 | | | | | 59,070 | | | | | | | | |
| Line Of Credit-Wells | | | | | | | | | | | | | | 63,702,332 | | | | | | | | |
| Line Of Credit-Other | | | 0 | | 49,775 | | | | | | | 3,902 | | 1,595,389 | | | | | | | | |
| Total | (3,341) | 15,138 | 26,733 | 478 | 3,417,010 | | 212,729 | 45,978 | 89,216 | | | 3,902 | | 65,356,791 | | | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | | | | | | | | | | | |
| Notes Payable | | | | | 2,156,655 | | | | | | | | | | | | | | | | | |
| Notes Payable Related Party | | | | | | | | | | | | | | 292,964,822 | | | | | | | | |
| Third Party Payor | | | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | 2,156,655 | | | | | | | | | 292,964,822 | | | | | | | | |
| Total Liabilities | 1,450,391 | 2,545,966 | 7,016,033 | 1,889,364 | 18,342,937 | 1,043,840 | 1,739,968 | 3,021,776 | 3,345,221 | 2,547,950 | 1,743,099 | 2,370,797 | | 386,869,502 | | | | | 8,525,206 | 1 | | 3,197 |
| **Shareholders' Equity** | | | | | | | | | | | | | | | | | | | | | | |
| Partner's Capital | | | | | | | | | | | | | | | | | 2,450,000 | | | | | |
| Common Stock | | | | | | | | | | 1,000 | 1,000 | 1,000 | | 22,500 | | | | | | | | |
| Subscription Receivable | | | | | | | | | | | | | | | | | | | | | | |
| Preferred Stock | | | | | | | | | | | | | | 75,000,000 | | | | | | | | |
| Distributions | | | | | | | | | | | | | | | | | | | | | | |
| Paid In Capital | | | 11,031,407 | | 9,304,932 | | 1,536,000 | | | 59,000 | 9,202,044 | 8,137,457 | | 204,149,139 | | | | 3,300,000 | | | | |
| Retained Earnings | (2,063,414) | (6,405,461) | 29,298,873 | (1,098,866) | (47,089,417) | (13,506,496) | (16,164,174) | 33,235,044 | (4,364,715) | 6,745,337 | (1,219,732) | 4,795,131 | (1,115,251) | (436,418,758) | 1,526,597 | 1,964,424 | (13,910,639) | (3,300,000) | (15,542,571) | 3,285,543 | 4,094,293 | 516,700 |
| Total Shareholders' Equity | (2,063,414) | (6,405,461) | 40,330,280 | (1,098,866) | (37,784,485) | (13,506,496) | (14,628,174) | 33,235,044 | (4,364,715) | 6,805,337 | 7,983,312 | 12,933,588 | (1,115,251) | (157,247,119) | 1,526,597 | 1,964,424 | (11,460,639) | | (15,542,571) | 3,285,543 | 4,094,293 | 516,700 |
| Total Liabilities And Equity | (613,023) | (3,859,495) | 47,346,313 | 790,498 | (19,441,548) | (12,462,656) | (12,888,206) | 36,256,820 | (1,019,494) | 9,353,287 | 9,726,411 | 15,304,385 | (1,115,251) | 229,622,383 | 1,526,597 | 1,964,424 | (11,460,639) | | (7,017,365) | 3,285,544 | 4,094,293 | 519,897 |

Case 18-12491-CSS    Doc 1505    Filed 10/03/19    Page 15 of 17

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

MOR-4
Balance Sheet
As of July 31, 2019
(Unaudited)

| Legal Entity: | Promise Properties of Lee, Inc. | HLP of Shreveport, Inc. | Promise Properties of Shreveport, LLC | Promise Hospital of Dallas, Inc. | Promise Hospital of Wichita Falls, Inc. | Promise Hospital of Overland Park, Inc. | Promise Skilled Nursing Facility of Overland Park, Inc. | Promise Skilled Nursing Facility of Wichita Falls, Inc. | Promise Healthcare #2, LLC | Success Healthcare 1, LLC | Success Healthcare, LLC | HLP of Los Angeles, LLC | Promise Healthcare Group, LLC | Promise Healthcare Holdings, Inc. | HLP HealthCare, Inc. | HLP Properties at the Villages Holdings, LLC | Promise Healthcare of California, Inc. | Promise Behavioral Health Hospital of Shreveport, Inc. | Promise Rejuvenation Centers, Inc. | Promise Rejuvenation Center at the Villages, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 18-12523 | 18-12517 | 18-12492 | 18-12505 | 18-12507 | 18-12506 | 18-12508 | 18-12509 | 18-12502 | 18-12524 | 18-12503 | 18-12504 | 18-12491 | 18-12494 | 18-12493 | 18-12531 | 18-12498 | 18-12533 | 18-12534 | 18-12535 |
| **Assets** | | | | | | | | | | | | | | | | | | | | |
| **Current Asset** | | | | | | | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $ - | $ - | $ - | $ (7,846) | $ 35,219 | $ 64,079 | $ 102 | $ 696 | $ 27,546 | $ 61,594 | $ 760,041 | $ 941,827 | $ (81,475) | $ 6,849 | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable | | | | 1,624,382 | 1,577,327 | 2,688,803 | 2,084,883 | 1,237,016 | | | | | | | | | | | | |
| Allow. For Doubtful Accts. | | | | 204,742 | (1,182,290) | (332,697) | (363,223) | (411,373) | | | | | | | | | | | | |
| Accounts Receivable, Net | | | | 1,829,124 | 395,037 | 2,356,106 | 1,721,660 | 825,643 | | | | | | | | | | | | |
| Pharmaceuticals & Supplies | | | | | | | | | | | | | | | | | | | | |
| Third Party Receivable | | | | 379,083 | 234,990 | 361,656 | 6 | | | | | | | | | | | | | |
| Prepaid Expense & Other Receivables | | | | 48,205 | 49,867 | 54,162 | 2,086 | 72,593 | | | 73,347 | | | | | | | | | |
| Due From Related Party | (3,477,494) | (118,570) | (8,194,949) | | | | | | | | | | | | | | | | | |
| Total Current Assets | (3,477,494) | (118,570) | (8,194,949) | 2,248,566 | 715,113 | 2,836,003 | 1,723,854 | 898,932 | 27,546 | 61,594 | 833,388 | 941,827 | (81,475) | 6,849 | - | - | - | - | - | - |
| **Fixed Assets** | | | | | | | | | | | | | | | | | | | | |
| Property, Plant, & Equip | | 342,533 | | | | | | | | | 10,958,332 | | | | | | | | | |
| Accumulated Depreciation | | (40,334) | | | | | | | | | (10,958,332) | | | | | | | | | |
| Net Property, Plant, & Equip | - | 302,199 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill | | | | | | | | | | | 140,209 | | | | | | | | | |
| Other Assets | | | | | | | | | | 365,000 | 8,150,000 | | 1,230,000 | | | | | | | |
| Intangible Assets | | | | | | | | | | | | | | | | | | | | |
| Investment In Subsidiary | | | | | | | | | | | | | 340,698,150 | 150,000,000 | | | | | | |
| Notes Receivable Related Party | | | | | | | | | | | | | 117,021,983 | 304,233,764 | | | | | | |
| Due From Affiliates | | | | | | | | | | | | | 10,760,336 | 508,831 | | | | | | |
| Total Assets | (3,477,494) | 183,629 | (8,194,949) | 2,248,566 | 715,113 | 2,836,003 | 1,723,854 | 898,932 | 392,546 | 8,211,594 | 973,597 | 941,827 | 469,628,994 | 454,749,444 | - | - | - | - | - | - |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | | | |
| Not Subject to Compromise (4) | | | | | | | | | | | | | | | | | | | | |
| Post-Petition Accounts Payable | | | | 12,919 | 5,255 | 22,961 | $ 11,970 | 36,541 | | | | | | | | | | | | |
| Accrued Expense | | 571 | | 235,415 | 316,181 | 396,752 | 84,921 | (10,897) | 2,180 | 3,201,382 | 735,855 | 1,249,453 | 9,660,000 | | | | | | | |
| Payroll Taxes Payable | | | | | | | | | | | 3,223 | | | | | | | | | |
| Cur Matur Of Cap Lease Obligations | | | | | | 76,669 | 109,053 | 42,247 | | | | | | | | | | | | |
| Deferred Rent | | | | | | | | | | | | | | | | | | | | |
| Deferred Lease Obligations | | | | | | | | | | | | | | | | | | | | |
| Notes Payable Related Party | | | | 2,021,779 | (2,405,403) | (1,896,346) | 1,119,204 | 1,087,608 | 15,700,140 | (11,543,689) | 37,117,684 | (15,194,346) | | | | | | | | |
| Deferred Income Taxes | | | | | | | | | | | | | | | | | | | | |
| Total | - | 571 | - | 2,270,113 | (2,083,967) | (1,399,964) | 1,325,148 | 1,155,499 | 15,702,320 | (8,342,307) | 37,856,762 | (13,944,893) | 9,660,000 | - | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | | | | | | | | | |
| Pre-Petition Accounts Payable | | | | 2,077,547 | 942,799 | 1,221,815 | 695,736 | 739,483 | 39,772 | 9,088,915 | 933,113 | | 1,441,431 | | | | | | | |
| Notes Payable Related Party | | | | 7,897,844 | (3,387,185) | (2,501,784) | 3,778,714 | 5,641,758 | 61,742,707 | 4,010,688 | (798,090) | 21,813,434 | | | | | | | | |
| Defalco Payroll Taxes | | | | | | | | | | | | | | | | | | | | |
| Notes Payable | | | | | | | | | | | | | | | | | | | | |
| Third Party Payor | | | | (248,101) | | | | | | | | | | | | | | | | |
| Total | - | - | - | 9,727,290 | (2,444,386) | (1,279,969) | 4,474,450 | 6,381,241 | 61,782,479 | 13,099,603 | 135,023 | 21,813,434 | 1,441,431 | - | - | - | - | - | - | - |
| Total Current Liabilities | - | 571 | - | 11,997,403 | (4,528,353) | (2,679,933) | 5,799,598 | 7,536,740 | 77,484,799 | 4,757,296 | 37,991,785 | 7,868,541 | 11,101,431 | - | - | - | - | - | - | - |
| **Long-Term Liabilities** | | | | | | | | | | | | | | | | | | | | |
| Not Subject to Compromise (4) | | | | | | | | | | | | | | | | | | | | |
| Obligations Under Cap Leases | | | | | | 17,469 | | 9,513 | | | | | | | | | | | | |
| Payroll Taxes Payable, Net Of Current | | | | | | | | | | | | | | | | | | | | |
| Line Of Credit-Wells | | | | | | | | | | (73,927,505) | | 10,258,514 | | | | | | | | |
| Line Of Credit-Other | | | | | | | | | | | | | | | | | | | | |
| Total | - | - | - | - | - | 17,469 | - | 9,513 | - | (73,927,505) | - | 10,258,514 | - | - | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | | | | | | | | | |
| Notes Payable | | | | | | | | | | 29,023,979 | | | | | | | | | | |
| Notes Payable Related Party | | | | | | | | | | | | | | 86,837,902 | | | | | | |
| Third Party Payor | | | | 980,075 | 1,286,248 | 570,669 | | 938 | | | | | | | | | | | | |
| Total | - | - | - | 980,075 | 1,286,248 | 570,669 | - | 938 | - | 29,023,979 | - | - | - | 86,837,902 | - | - | - | - | - | - |
| Total Liabilities | - | 571 | - | 12,977,478 | (3,242,105) | (2,091,795) | 5,799,598 | 7,547,191 | 3,557,294 | 33,781,275 | 48,250,299 | 7,868,541 | 11,101,431 | 86,837,902 | - | - | - | - | - | - |
| **Shareholders' Equity** | | | | | | | | | | | | | | | | | | | | |
| Partner's Capital | | | | | | | | | | | | | | | | | | | | |
| Common Stock | | | | | | | | | 10,000 | | | | | | | | | | | |
| Subscription Receivable | | | | | | | | | (10,000) | | | | | | | | | | | |
| Preferred Stock | | | | | | | | | | | | | | | | | | | | |
| Distributions | | | | | | | | | | | | | | | | | | | | |
| Paid In Capital | | | (11,031,407) | | | | | | | 7,919,533 | | 5,631,740 | 549,079,316 | 340,698,000 | | | | | | |
| Retained Earnings | (3,477,494) | 183,058 | 2,836,458 | (10,728,912) | 3,957,218 | 4,927,798 | (4,075,744) | (6,648,259) | (3,164,748) | (33,489,214) | (47,276,702) | (12,558,455) | (90,551,753) | 27,213,542 | | | | | | |
| Total Shareholders' Equity | (3,477,494) | 183,058 | (8,194,949) | (10,728,912) | 3,957,218 | 4,927,798 | (4,075,744) | (6,648,259) | (3,164,748) | (25,569,681) | (47,276,702) | (6,926,715) | 458,527,563 | 367,911,542 | - | - | - | - | - | - |
| Total Liabilities And Equity | (3,477,494) | 183,629 | (8,194,949) | 2,248,566 | 715,113 | 2,836,003 | 1,723,854 | 898,932 | 392,546 | 8,211,594 | 973,597 | 941,826 | 469,628,994 | 454,749,444 | - | - | - | - | - | - |

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

## MOR-4
### Summary of Unpaid Postpetition Debts and Accounts Payable Aging
### As of July 31, 2019
### (Unaudited)
### Consolidated

| Number of Days Past Due | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 66,933 | $ 343,929 | $ 17,582 | $ (13,830) | $ 148,770 | $ 563,385 |
| Non-Payroll Taxes | - | - | - | - | - | - |
| Wages & Payroll Taxes Payable | 2,299,346 | - | - | - | - | 2,299,346 |
| **Total Postpetition Debts** | **2,366,279** | **343,929** | **17,582** | **(13,830)** | **148,770** | **2,862,731** |

Note: Wages and payroll taxes payable excludes accrued and unpaid PTO. Invoices on past-due payables were received late and will promptly be paid

## MOR-5
### Accounts Receivable Reconciliation and Aging
### As of July 31, 2019
### (Unaudited)
### Consolidated

| Accounts Receivable Aging | Amount |
|---|---|
| Unbilled | 18,146,583 |
| 0 - 30 days old | 14,213,051 |
| 31 - 60 days old | 4,987,485 |
| 61 - 90 days old | 12,399,996 |
| 91+ days old | 20,020,952 |
| **Total Accounts Receivable** | **69,768,068** |
| Allowance For Doubtful | (28,213,087) |
| **Net Accounts Receivable** | **41,554,981** |

Promise Healthcare Group, LLC et al
Debtors-in-Possession
Case No. 18-12491 (Jointly Administered)
Reporting Period: July 1-31, 2019

**MOR-5a**
**DEBTOR QUESTIONNAIRE**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |