

Corporate Office
999 Yamato Road, Third Floor
Boca Raton, Florida 33431
Phone: 561.869.3100
Fax: 561.869.3101

www.promisehealthcare.com

October 1, 2019

Mr. Peter Baranoff
KPC Promise Healthcare, Inc.
9 KPC Parkway, Suite 301
Corona, CA 92879

Re:  TSA Services – August through October 2019
     Invoice # 7454885

Enclosed is our invoice for transition services rendered in connection with the above referenced matter.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely yours,

Andrew Hinkelman
CRO and Interim CFO

Enclosures



*Invoice Remittance*

Mr. Peter Baranoff
KPC Promise Healthcare, Inc.
9 KPC Parkway, Suite 301
Corona, CA 92879

October 1, 2019
Invoice No. 7454884
Terms: Due Upon Receipt
FEDERAL I.D. NO. 45-5351895

Re: <u>TSA Services</u>

Invoice Period:  August - October 2019

_____

Transition Services – August………….......................................................................... $217,443.36

Transition Services – September…………..................................................................... $196,873.40

Transition Services – October…………….......................................................................... $169,977.81

**Total Amount Due**.......................................................................................................... **$584,294.57**

***Please Remit Payment To:***     ***Promise Healthcare, Inc.***
                                                  ***999 Yamato Road, Suite 300***
                                                  ***Boca Raton, FL 33431***

***Wire Payment To:***                 ***City National Bank of Florida***
                                                  ***Miami, FL 33131***
                                                  ***Account #: 066004367***
                                                  ***ABA #: 066004367***

REMITTANCE