**Promise Healthcare Group, LLC**
**TSA Service and Allocation Summary**

| Buyer: | | KPC | | | | | |
|---|---|---|---|---|---|---|---|
| TSA Services: | Total Monthly Cost to Estate | June | July | August | September | October | November |
| **IT Infrastructure and Support Services** | | | | | | | |
| Purchased Services | 146,477 | 66,179 | 66,179 | 64,466 | 64,466 | 60,684 | 11,960 |
| DOCUSIGN, INC | - | - | - | - | - | - | - |
| FLEXENTIAL | 6,084 | 2,839 | 2,839 | 2,839 | 2,839 | 2,839 | 2,839 |
| FLEXENTIAL COLORADO CORP. | 1,900 | 887 | 887 | 887 | 887 | 887 | 887 |
| LEIDOS HEALTH, LLC | 1,300 | - | - | - | - | - | - |
| CENTURYLINK/LEVEL 3 | 43,600 | 21,335 | 21,335 | 21,335 | 21,335 | 21,335 | - |
| WINDSTREAM | - | - | - | - | - | - | - |
| CDW GOVERNMENT, INC. | 25,167 | 12,315 | 12,315 | 12,315 | 12,315 | 12,315 | 6,158 |
| APPLIED STATISTICS & MANAGEMENT | 3,098 | 1,334 | 1,334 | 1,334 | 1,334 | 1,334 | - |
| MATRIXCARE, INC. | 2,229 | 2,229 | 2,229 | 2,229 | 2,229 | 2,229 | - |
| TRAVERCENT, LLC | 1,750 | 856 | 856 | (856) | (856) | - | - |
| GATOR TELCOM | 8,000 | 3,915 | 3,915 | 3,915 | 3,915 | - | - |
| NAVEX GLOBAL | 777 | 501 | 501 | 501 | 501 | 501 | - |
| COMPLIANCE 360 | 7,000 | 4,510 | 4,510 | 4,510 | 4,510 | 4,510 | - |
| ECONTRACTS | - | - | - | - | - | - | - |
| INTERSYSTEMS | 4,450 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 |
| MANAGE ENGINE (sDesk) | 1,478 | 723 | 723 | 723 | 723 | - | - |
| MMODAL | 20,000 | - | - | - | - | - | - |
| CYRACOM | 20 | 13 | 13 | 13 | 13 | 13 | - |
| FDB | 19,624 | 12,644 | 12,644 | 12,644 | 12,644 | 12,644 | - |
| **Billing and Collections** | | | | | | | |
| Purchased Services | 198,835 | 51,317 | 51,317 | 51,317 | 44,317 | 25,170 | 5,819 |
| CHASE TRANSCRIPTIONS, INC. | 90,119 | 17,222 | 17,222 | 17,222 | 17,222 | - | - |
| DOMA TECHNOLOGIES LLC | 3,975 | 2,087 | 2,087 | 2,087 | 2,087 | 2,087 | - |
| 3M HEALTH INFORMATION SYSTEMS, I | 67,059 | 12,353 | 12,353 | 12,353 | 12,353 | 12,353 | - |
| ABILITY NETWORK INC | 9,200 | 4,830 | 4,830 | 4,830 | 4,830 | 4,830 | - |
| MEDICAL INFORMATION TECHNOLOGY | 13,000 | 5,330 | 5,330 | 5,330 | 5,330 | 5,330 | 5,330 |
| MEDITECH LAB/RADIOLOGY | 1,466 | 489 | 489 | 489 | 489 | 489 | 489 |
| HEALTHCARE SYSTEMS INC. (HCS) | 10,000 | 7,000 | 7,000 | 7,000 | - | - | - |
| CCS | 3,850 | 1,925 | 1,925 | 1,925 | 1,925 | - | - |
| SUMMIT HEALTHCARE | 166 | 81 | 81 | 81 | 81 | 81 | - |
| **Clinical/Other Operations** | | | | | | | |
| Purchased Services | 506,450 | 135,532 | 135,532 | 74,805 | 74,805 | 67,168 | - |
| CHANGE HEALTHCARE/INTERQUAL | - | - | - | - | - | - | - |
| CHANGE HEALTHCARE/RELAY ASSURAI | 4,900 | 3,157 | 3,157 | 3,157 | 3,157 | 3,157 | - |
| Ltrax (Fleming AOD Inc.) | 11,979 | 7,718 | 7,718 | 7,718 | 7,718 | - | - |
| ALL SCRIPTS | 4,820 | 4,820 | 4,820 | 4,820 | 4,820 | - | - |
| NAVIHEALTH (CURASPAN) | 2,624 | 2,099 | 2,099 | 2,099 | 2,099 | - | - |
| Iron Mountain | 7,000 | 7,000 | 7,000 | (7,000) | (7,000) | - | - |
| Carefusion | 72,000 | - | - | - | - | - | - |
| IBM | 95,931 | 44,768 | 44,768 | 44,768 | 44,768 | 44,768 | - |
| Dell | 26,606 | 12,416 | 12,416 | 12,416 | 12,416 | 12,416 | - |
| Tetra / Avtech | 79,577 | 6,827 | 6,827 | 6,827 | 6,827 | 6,827 | - |
| VFI / Varilease | 201,015 | 46,726 | 46,726 | - | - | - | - |
| **Finance & Accounting** | | | | | | | |
| Purchased Services | 34,052 | 3,405 | 3,405 | 3,405 | 3,405 | 3,405 | 3,405 |
| ORACLE AMERICA INC | 34,052 | 3,405 | 3,405 | 3,405 | 3,405 | 3,405 | 3,405 |
| **HR, Legal, Benefits and Payroll** | | | | | | | |
| Payroll Processing | 33,767 | 6,198 | 6,198 | 6,198 | 6,198 | 6,198 | - |
| ADP | 3,800 | - | - | - | - | - | - |
| KRONOS | 12,667 | 6,198 | 6,198 | 6,198 | 6,198 | 6,198 | - |
| ULTIMATE SOFTWARE (ULTIPRO) | 17,300 | - | - | - | - | - | - |
| Corporate Facility Rent | 75,026 | - | | | | | |
| **Total** | 994,607 | 262,631 | 262,631 | 200,192 | 193,192 | 162,626 | 21,184 |

**Promise Healthcare Group, LLC**
**TSA Service and Allocation Summary**

| Buyer: | | KPC | | | | | |
|---|---|---|---|---|---|---|---|
| TSA Services: | Total Monthly Cost to Estate | June | July | August | September | October | November |
| | | June | July | August | September | October | October |
| **Payroll:** | | | | | | | |
| IT | 125,685 | 17,568 | 13,938 | 2,720 | 1,869 | 1,869 | 1,869 |
| CBO | 93,495 | 12,406 | 19,393 | 12,718 | - | - | - |
| Accounting | 54,401 | 11,781 | 12,118 | - | - | - | - |
| Accounts Payable | 9,348 | 1,405 | 468 | 468 | 468 | - | - |
| Revenue Cycle / Treasury | 25,847 | 2,983 | 1,345 | 1,345 | 1,345 | - | - |
| Human Resources | 29,563 | 4,653 | 4,653 | - | - | - | - |
| Payroll | 24,463 | 4,570 | 4,570 | - | - | - | - |
| Legal | 30,764 | - | - | - | - | - | - |
| Supply Chain | 15,713 | 2,357 | - | - | - | - | - |
| Pharmacy Ops | 19,742 | 2,961 | 2,961 | - | - | - | - |
| Executive | 23,736 | - | - | - | - | - | - |
| **Total** | **452,756** | **60,686** | **59,447** | **17,252** | **3,682** | **1,869** | **1,869** |
| | | | | | | | |
| **Total All In Cost Estimate - Monthly** | | 323,316 | 332,814 | 217,443.36 | 196,873.40 | 169,977.81 | 23,052.90 |
| | | *PAID IN FULL* | *PAID IN FULL* | | | | |