## ASSIGNMENT OF ASSET PURCHASE AGREEMENT

This Assignment of Asset Purchase Agreement (this "**Assignment**") is entered into as of April 5, 2019, by and between STRATEGIC GLOBAL MANAGEMENT, INC., a California corporation ("**Assignor**"), and KPC PROMISE HEALTHCARE, LLC, a California limited liability company ("**Assignee**").

## RECITALS

A. Assignor is the original "**Buyers' Parent**" under that certain Asset Purchase Agreement dated as of February 25, 2019 (the "**Asset Purchase Agreement**") by and among Promise Healthcare, Inc. as "**Sellers' Parent**," the subsidiaries of Sellers' Parent listed on Exhibit 1 thereto as "**Sellers**," Assignor as Buyers' Parent, and the to be formed subsidiaries of Buyers' Parent as "**Buyers**."

B. The Asset Purchase Agreement provides for (a) the sale to Buyers of substantially all of the assets of (i) Promise Hospital of Phoenix, Inc., (ii) Promise Hospital of Overland Park, Inc., (iii) Promise Skilled Nursing Facility of Overland Park, Inc., (iv) Promise Hospital of Ascension, Inc., dba Promise Hospital Baton Rouge, (v) Promise Hospital of Baton Rouge, Inc., (vi) Promise Hospital of Vicksburg, Inc., (vii) Promise Hospital of Wichita Falls, Inc., (viii) Promise Skilled Nursing Facility of Wichita Falls, Inc., and (ix) Promise Hospital of Salt Lake, Inc., (b) an option for a Buyer to purchase substantially all of the assets of Promise Hospital of Dallas, Inc. (the "**Dallas Purchase Option**"), and (c) the sale to Buyers' Parent of the names "Promise" and "Promise Healthcare" and logos of Sellers' Parent.

C. On March 1, 2019, the United States Bankruptcy Court for the District of Delaware entered an order in the Chapter 11 cases entitled *In re Promise Healthcare Group, LLC, et al.*, Case No. 18-12491 (CSS) (Bankr. D. Del.) [D.I. 832] (the "**Sale Order**") approving the Asset Purchase Agreement and the sale of assets to Buyers and Buyers' Parent free and clear of liens, claims, encumbrances and interests.

D. Assignor exercised the Dallas Purchase Option on February 28, 2019.

E. Assignee is a newly formed Affiliate of Assignor, and pursuant to Section 9.5 of the Asset Purchase Agreement, Assignor may assign all of its rights and obligations under the Asset Purchase Agreement to Assignee without the consent of Sellers' Parent or Sellers.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee agree as follows:

## AGREEMENT

1. <u>Recitals</u>. The above recitals are hereby incorporated in and made a part of this Assignment

2. <u>Capitalized Terms</u>. All capitalized terms used in this Assignment and not defined have the meanings set forth in the Asset Purchase Agreement.

3. <u>Assignment of Asset Purchase Agreement</u>. Assignor hereby assigns and transfers to Assignee all of Assignor's rights and obligations in, to and under the Asset Purchase Agreement and the Sale Order, including all rights with respect to the Deposit paid into escrow by Assignor and the Dallas Purchase Option.

4. <u>Assumption</u>. Assignee hereby acknowledges and agrees to all of the terms of the Asset Purchase Agreement and the Sale Order, accepts the foregoing assignment, and assumes all obligations and liabilities of Assigner under the Asset Purchase Agreement and the Sale Order in accordance with the terms thereof. All notices to Assignee as Buyers' Parent under the Asset Purchase Agreement shall be sent to Assignee at the address for Assignor set forth in Section 9.8 of the Asset Purchase Agreement.

5. <u>Representations and Warranties</u>. Assignee hereby represents and warrants to Sellers' Parent and Sellers that Assignee is a newly formed Affiliate of Assignor and that each and every representation and warranty of Assignor in the Asset Purchase Agreement is true and correct with respect to Assignee and is made by Assignee as of the date of this Assignment and as of the Closing Date and shall survive the Closing.

6. <u>Governing Law</u>. This Assignment shall be governed by and construed in accordance with the laws of the State of California, without regard to conflicts of law principles.

7 <u>Ratification</u>. Each and every other term, condition, covenant, representation, warranty and provisions set forth in the Asset Purchase Agreement shall remain in full force and effect and is hereby ratified, adopted and confirmed in full by Assignee.

7. <u>Third Party Beneficiaries</u>. Assignor and Assignee acknowledge and agree that Sellers' Parent and Sellers are third party beneficiaries of this Assignment.

8. <u>Counterparts; Facsimile Signatures</u>. This Assignment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This Assignment may be executed and delivered by facsimile or electronic scan and upon such delivery the facsimile or electronic scan signature shall be deemed to have the same effect as of the original signature had been delivered to all parties.

[Signature Page Follows]

IN WITNESS WHEREOF, the parties have executed this Assignment as of the date first written above.

**ASSIGNOR:**

STRATEGIC GLOBAL MANAGEMENT, INC.,
a California corporation

By: _____
Name: _____
Title: _____

**ASSIGNEE:**

KPC PROMISE HEALTHCARE, LLC,
a California limited liability company

By: _____
Name: _____
Title: _____