**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------- x
                                :
In re:                          :    Chapter 11
                                :
Promise Healthcare Group, LLC, *et al.*,[1]  :    Case No. 18-12491 (CSS)
                                :
         Debtors.               :    (Jointly Administered)
                                :
------------------------------- x

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Deadline for (I) Applications for Allowance of Administrative Claims Accrued from May 1, 2019 through September 1, 2019, and (II) Submitting Administrative Claims Arising from the Promise Healthcare, Inc. Group Health Plan, a copy of which is attached hereto as **Exhibit B**.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

Dated: February 13, 2020

_[signature: Xavi Flores]_
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 13, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _[signature: Liz Santodomingo]_

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 7584674 | ALEXIAN BROTHERS COMMUNITY SERVICES | ATTN: VP, ROBERT J. WRIGHT | 2601 NAVISTAR DR BLDG 4 | LISLE | IL | 60532-3697 |
| 7680798 | ALEXIAN BROTHERS OF AMERICA, INC | ATTN: PROVINCIAL | 600 ALEXIAN WAY | ELK GROVE VLG | IL | 60007-3370 |
| 7616497 | ARUNPAL SEHGAL, MD | 155 S. VALLEY VIEW PL | | ANAHEIM | CA | 92807-3516 |
| 7616500 | ASCENT ELEVATOR SERVICES, INC | 6517 SIERRA LN | | DUBLIN | CA | 94568-2798 |
| 7026718 | COLLINS, ADA | ADDRESS ON FILE | | | | |
| 7027473 | ELLSWORTH, RICHARD | ADDRESS ON FILE | | | | |
| 7615496 | HOSPITAL STAFFLINK NETWORK | PO BOX 1070 | | HOLLYWOOD | CA | 90078-1070 |
| 7028759 | HOUSTON, SHADONTRE | ADDRESS ON FILE | | | | |
| 7028854 | IGARA, UCHE | ADDRESS ON FILE | | | | |
| 7614999 | LONGO, BROTHER WARREN | 8000 LIMERICK RD | | MILWAUKEE | WI | 53223-1072 |
| 7681678 | MERCY CARE PLAN | ATTN: NETWORK DEVELOPMENT AND CONTRACTING | 4755 S 44TH PL | PHOENIX | AZ | 85040-8895 |
| 7030371 | MILLER, ANTRONETTE | ADDRESS ON FILE | | | | |
| 7030923 | OKOLO, STELLA | ADDRESS ON FILE | | | | |
| 7614411 | PROSIDYAN INC | 41 SPRING ST # 107 | | NEW PROVIDENCE | NJ | 07974-1143 |
| 7585956 | SAI GLOBAL - INCIDENT MANAGEMENT SYSTEM AGREEMENT (FKA COMPLIANCE 360) AMENDMENT | 480 PLEASANT ST STE C210 | | WATERTOWN | MA | 02472-2596 |
| 7032534 | STAPLETON, KIM | ADDRESS ON FILE | | | | |
| 7681027 | THE TOBERSON GROUP | ATTN: GENERAL COUNSEL | PO BOX 1741 | O FALLON | MO | 63366-9541 |
| 7584466 | THYSSENKRUPP ELEVATOR | 2047 WESTPORT CENTER DR | | SAINT LOUIS | MO | 63146-3564 |
| 7032998 | ULLAH, KHALID | ADDRESS ON FILE | | | | |
| 7033100 | VELAZQUEZ, CHRISTINE | ADDRESS ON FILE | | | | |

In re: Promise Healthcare Group, LLC, *et al.*
Case No. 18-12491 (CSS)

Page 1 of 1

**<u>Exhibit B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                              : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]    : Case No. 18-12491 (CSS)
:
Debtors.                                                       : (Jointly Administered)
:
: **Related D.I.: 1626**
---------------------------------------------------------------x

### NOTICE OF DEADLINE FOR (I) APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS ACCRUED FROM MAY 1, 2019 THROUGH SEPTEMBER 1, 2019, AND (II) SUBMITTING ADMINISTRATIVE CLAIMS ARISING FROM THE PROMISE HEALTHCARE, INC. GROUP HEALTH PLAN

**PLEASE TAKE NOTICE** that on November 5, 2018 (the "Petition Date"), Promise Healthcare Group, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on December 4, 2019, the United States Bankruptcy Court for the District of the Delaware (the "Court"), having jurisdiction over the Debtors' chapter 11 cases, entered an order (the "Second Interim Administrative Claims Bar Date Order") establishing (i) **January 31, 2020 at 4:00 p.m. (ET)** as the deadline for all persons and

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

entities to file applications for allowance (each, an "Application for Allowance") based on claims against any Debtor that accrued on and after May 1, 2019 through and including September 1, 2019 that remain unpaid, and (ii) **February 28, 2020 at 4:00 p.m. (ET)** as the deadline for all persons and entities to submit claims for group health plan services and supplies covered by the Health Plan based on the Health Plan's terms that remain unpaid.

**You should consult an attorney if you have any questions, including whether to file an Application for Allowance. If you have any questions with respect to this notice, you may contact the Debtors' claims agent, Prime Clerk LLC ("Prime Clerk") at (844) 822-9230, or visit Prime Clerk's website at https://cases.primeclerk.com/promisehealthcaregroup/.**

1. **IF YOU HAVE A CLAIM UNDER THE HEALTH PLAN**

If you have a claim under the Health Plan, you must submit your claim for covered services and supplies under the Health Plan to the Health Plan's third party administrator, Continental Benefits, in accordance with the Health Plan's regular claims and appeals procedures.

2. **WHO MUST FILE AN APPLICATION FOR ALLOWANCE**

You **MUST** file an Application for Allowance if you have a claim that arose on and after May 1, 2019 through and including September 1, 2019, that remains unpaid.

Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Applications for Allowance will be deemed timely filed *only if* they are actually received by Prime Clerk on or before the Second Interim Administrative Claims Bar Date. Applications for Allowance submitted by facsimile or e-mail *will not be accepted*.

3. **WHO NEED NOT FILE A PROOF OF CLAIM OR APPLICATION FOR ALLOWANCE**

   (a) any person or entity whose Administrative Claim has been allowed by order of the Court entered on or before the Second Interim Administrative Claims Bar Date;

   (b) any person or entity whose claim has been paid or otherwise satisfied in full by the Debtors or any other party prior to the Second Interim Administrative Claims Bar Date;

   (c) any affiliate (as defined in section 101(2) of the Bankruptcy Code) of the Debtors that is a Debtor for its claims against any other Debtor; and

(d) any person or entity with a claim for covered services and supplies under the Health Plan that is submitted to the Health Plan's third party administrator, Continental Benefits, in accordance with the Health Plan's regular claims and appeals procedures on or before February 28, 2020.

**You should not file an Application for Allowance if you do not have a claim against any of the Debtors. The fact that you have received this Second Interim Administrative Claims Bar Date Notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believes that you have a claim.**

**4.     HOW TO FILE AN APPLICATION FOR ALLOWANCE**

Enclosed herewith as **Exhibit 1** is an Application for Allowance Form. If you file an Application for Allowance, it must be (i) completed on a claim form substantially in the form of **Exhibit 1**; (ii) signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant; (iii) include supporting documentation (if voluminous, attach a summary) or explanation as to why documentation is not available; (iv) be in English language; and (v) be denominated in United States currency. Any holder of a claim against more than one Debtor must file a separate Application for Allowance against each Debtor and all holders of claims must identify on their Application for Allowance the specific Debtor against which such claim is asserted and the case number of that Debtor's bankruptcy case. The Debtors' names and case numbers are set forth above.

**You should attach to your completed Application for Allowance copies of any writings upon which your claim is based.**

**5.     CONSEQUENCES OF FAILURE TO FILE AN APPLICATION FOR ALLOWANCE BY THE SECOND INTERIM ADMINISTRATIVE CLAIMS BAR DATE**

**Except as described in Section 2 above, as applicable, any holder of a claim against any Debtor who received notice of the Second Interim Administrative Claims Bar Date or the Health Plan Administrative Claims Bar Date, as applicable, (whether such notice was actually or constructively received) and is required, but fails, to submit an Administrative Claim under the Health Plan or file an Application for Allowance, as applicable, in accordance with the Second Interim Administrative Claims Bar Date Order and this Second Interim Administrative Claims Bar Date Notice on or before the Second Interim Administrative Claims Bar Date or Health Plan Administrative Claims Bar Date, as applicable, (a) shall be forever barred, estopped, and enjoined from asserting such claim against any Debtor, and such Debtor and its property may upon confirmation of a chapter 11 plan with respect thereto, be forever discharged from all indebtedness and liability with respect to such claim, and (b) shall not receive or be entitled to receive any payment or distribution of property from the Debtors or their successors or assigns with respect to such claim.**

| | |
|---|---|
| Dated: December 30, 2019<br>      Wilmington, Delaware | Respectfully submitted,<br><br>DLA PIPER LLP (US)<br><br>/s/ *Stuart M. Brown*<br>Stuart M. Brown (#4050)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@dlapiper.com<br>       Matthew.Sarna@dlapiper.com<br><br>-and-<br><br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>John Tishler (admitted *pro hac vice*)<br>Katie G. Stenberg (admitted *pro hac vice*)<br>Blake D. Roth (admitted *pro hac vice*)<br>Tyler N. Layne (admitted *pro hac vice*)<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>Email: John.Tishler@wallerlaw.com<br>       Katie.Stenberg@wallerlaw.com<br>       Blake.Roth@wallerlaw.com<br>       Tyler.Layne@wallerlaw.com<br><br>*Attorneys for the Debtors and*<br>*Debtors in Possession* |

**Exhibit 1**

**USE ONLY FOR ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE ON OR AFTER THE MAY 1, 2019 THROUGH JANUARY 31, 2020.**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | INITIAL ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM |
|---|---|

**Fill in this information to identify the case (Select only one Debtor per claim form):**

Debtor: _____

Case Number: _____

NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:_____**
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

**IMPORTANT:** Please list the name and address of any property related to your claim (if applicable).

Property Name:_____

Property Address:_____

**1.  Basis for Claim**:_____
(e.g., goods sold, money loaned, services performed, car loan, mortgage note, and credit card)

**2. Last four digits of any account or number by which creditor identifies debtor**: _____ _____ _____ _____

**3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:** $ _____ **(Total)** (attach an itemized statement of all interest or additional charges, if applicable)

**4. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**

**THIS SPACE IS FOR COURT USE ONLY.**

**5. Credits**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. Supporting Documents**: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached.

**DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your administrative expense proof of claim, enclose a stamped, self-addressed return envelope and copy of this administrative expense proof of claim, or you may view your claim information by visiting the website of the Claims Agent at: **https://cases.primeclerk.com/promisehealthcaregroup/**

**IF PROOF OF CLAIM IS SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:**
Promise Healthcare Group, LLC Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, 3rd Floor, Ste. 412
Brooklyn, NY  11232

Date: _____  _____  _____(print)
**Signature**: the person filing this claim must sign it.   **P**rint name and title, if any, of the creditor or other person authorized to file this claim.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.