## EXHIBIT A

**Waller Fee Statements**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**NASHVILLE CITY CENTER**
**511 UNION STREET, SUITE 2700**
**POST OFFICE BOX 198966**
**NASHVILLE, TENNESSEE 37219-8966**
**615-244-6380**
FEDERAL ID NO. 62-0479474

Promise Healthcare, Inc.                                    February 14, 2020
Suzanne Sterling                                           Invoice 10751664
999 Yamato Rd., Third Floor                                Page 1
Boca Raton, FL  33431                                      Bill Through 01/31/20
                                                          Billing Atty: J. Tishler

Our Matter #      030680.84269

                  Chapter 11 Restructuring
                  Client Reference: 2018-00143

---

Fees:

**B110  Case Administation**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/03/20 | Review of articles regarding St. Alexius and Americore bankruptcy (.3); communications with FTI regarding same (.2) | Browder, Brian R. | 0.50 | 297.50 |
| 01/07/20 | Review of CM/ECF notices and calendar upcoming hearings and deadlines | Cronk, Chris T. | 0.20 | 52.00 |
| 01/09/20 | Emails to FTI, C. Cronk, and A. Rich regarding Delaware governance matters | Layne, Tyler N | 0.30 | 138.00 |
| 01/13/20 | Emails with K. Kitchen regarding CenturyLink agreement status | Stone, Courtney K. | 0.30 | 112.50 |
| 01/21/20 | Review agreement regarding Shreveport phone line transfer | Stone, Courtney K. | 0.40 | 150.00 |
| 01/21/20 | Consider issues related to Dr. Posternack's employment agreement | Tishler, John C. | 0.30 | 210.00 |
| 01/22/20 | Correspondence with J. Tishler and J. Haubenreich regarding board update call on Baronoff | Askew, Taylor J | 0.10 | 36.00 |
| 01/23/20 | Locate Success Healthcare, LLC W9 for J. Byrne and confirm C Corp status (.4); discuss 2020 corporate renewals with A. Rich (.3) | Cronk, Chris T. | 0.70 | 182.00 |
| 01/23/20 | Attention to filing annual reports | Rich, Ann K | 0.60 | 144.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/23/20 | Emails with J. Byrne and Continental regarding ASA and run-off agreement (.5); review docket regarding VFI status (.3) | Stone, Courtney K. | 0.80 | 300.00 |
| 01/24/20 | Review of CM/ECF notices and upcoming hearing agenda and update calendar relating to same (.2); calendar 2020 annual report and d/b/a renewal deadlines (.5) | Cronk, Chris T. | 0.70 | 182.00 |
| 01/24/20 | [All sales] Review purchase agreements regarding right to bill under estate's tax identification numbers (.4); attention to emails with J. Byrne and J. Tishler regarding same (.1) | Cunha, Andrea R | 0.50 | 245.00 |
| 01/27/20 | Calendar additional annual report and dba renewal deadlines for 2020 (.5); review of CM/ECF notices and calendar continued hearings and new omnibus hearing dates (.3) | Cronk, Chris T. | 0.80 | 208.00 |
| 01/29/20 | Review of CM/ECF notices and calendar upcoming hearings and deadlines relating to Everlean Phillips Motion for Relief from Stay | Cronk, Chris T. | 0.20 | 52.00 |
| 01/30/20 | Prepare for call with J. Byrne, K. Eason, and J. Veit regarding Continental ASA (.5); call regarding same (.6); review documents regarding same (.5) | Stone, Courtney K. | 2.60 | 975.00 |
| 01/31/20 | Calls with J. Byrne regarding corporate contract schedule (.5); review and revise rejection notice (.3); review and revise corporate contract schedule (.7); emails with S. Brown and M. Sarna regarding filing of same (.3) | Stone, Courtney K. | 1.80 | 675.00 |
| | | **Total** | **10.80** | **3,959.00** |

## B130  Asset Disposition

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/02/20 | [St. Alexius] Email to C. Burke regarding St. Alexius excluded liabilities (.1); emails to FTI and 3M's counsel regarding final invoices (.2) | Layne, Tyler N | 0.30 | 138.00 |
| 01/03/20 | [Kindred] Strategize with J. Tishler regarding Kindred appeals (.5); review of drafts of Purchase Agreements regarding same (.8) | Browder, Brian R. | 1.30 | 773.50 |
| 01/06/20 | [All Sales] Prepare detailed chart regarding estate's rights to certain assets and liabilities post-closing on sales | Cunha, Andrea R | 1.20 | 588.00 |
| 01/07/20 | [All sales] Attention to emails with J. Byrne regarding estate's rights to certain assets post-sale; revise detailed chart regarding same | Cunha, Andrea R | 0.40 | 196.00 |
| 01/08/20 | [KPC] Conference call with FTI and J. Tishler regarding Medicare cost report recoupments (.4); review bidding | Cunha, Andrea R | 1.00 | 490.00 |

| | procedures orders, sale orders, and Asset Purchase Agreement with KPC regarding same (.4); attention to emails with FTI and J. Tishler regarding same (.2) | | | |
|---|---|---|---|---|
| 01/08/20 | [All sales] Emails to A. Cunha regarding CMS language in sale orders | Layne, Tyler N | 0.20 | 92.00 |
| 01/08/20 | [Kindred] Discussion with J. Byrne and C. Goff regarding claims Kindred has to appeals funds (0.5); correspond with A. Hinkelman regarding Kindred's rights to funds (0.3) | Tishler, John C. | 0.80 | 560.00 |
| 01/09/20 | [Kindred] Confer with B. Browder regarding post-closing matters related to the Kindred transaction | Ratliff, Kimbra N | 0.20 | 71.00 |
| 01/10/20 | [Kindred] Telephone call with J. Tishler regarding Kindred appeals (.3); communications with FTI and B. Guy regarding same (.2) | Browder, Brian R. | 0.50 | 297.50 |
| 01/10/20 | [Kindred] Call with B. Browder regarding Kindred's position related to accounts receivable on appeal | Tishler, John C. | 0.50 | 350.00 |
| 01/15/20 | [Kindred] Prepare for conference call with Kindred's counsel concerning appeals(.2); call with Kindred counsel regarding appeals (.6); multiple communications with FTI regarding same (.3) | Browder, Brian R. | 1.10 | 654.50 |
| 01/15/20 | [Kindred] Meet with J. Tishler regarding Kindred payment appeal issue | Layne, Tyler N | 0.20 | 92.00 |
| 01/15/20 | [Kindred] Prepare for call with B. Guy regarding claims Kindred has in accounts at Suburban (0.6); write-out outline of points to make in call with B. Guy (0.4); call with B. Guy and B. Browder to discuss resolution of claims by Kindred in accounts at Suburban (0.7); draft email to J. Byrne, S. Brown and A. Hinkelman regarding outcome of discussion with Kindred (0.4); | Tishler, John C. | 2.10 | 1,470.00 |
| 01/21/20 | [KPC] Attention to emails with J. Byrne and N. Marsden regarding tie-in notices and reconciliations | Cunha, Andrea R | 0.10 | 49.00 |
| 01/21/20 | [KPC] Attention to emails with J. Byrne, J. Tishler and C. Stone regarding assumption of lease for Dallas facility | Cunha, Andrea R | 0.10 | 49.00 |
| 01/21/20 | [Lexmark] Call with J. Byrne regarding cash reconciliation by Lexmark | Tishler, John C. | 0.50 | 350.00 |
| 01/22/20 | [KPC] Review updated status of change of ownership filings (.10); attention to emails with N. Marsden and J. Byrne regarding same (.10) | Cunha, Andrea R | 0.20 | 98.00 |
| 01/23/20 | [Kindred] Communications with J. Tishler regarding Kindred appeals | Browder, Brian R. | 0.20 | 119.00 |
| 01/23/20 | [KPC] Attention to status of Medicare tie-in notices and Reconciliation Agreement (.10); attention to emails with J. Byrne regarding same (.10) | Cunha, Andrea R | 0.20 | 98.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/23/20 | [KPC] Review letter from KPC to Blue Cross regarding setoffs (.10); attention to emails with M. Rose and J. Tishler regarding same (.10); review revised letter from KPC regarding same (.10) | Cunha, Andrea R | 0.30 | 147.00 |
| 01/24/20 | [All sales] Attend telephone conference with B. Lauder at FTI regarding Carefusion contracts and the balances owed for same (.1) | Ratliff, Kimbra N | 0.10 | 35.50 |
| 01/27/20 | [Kindred] Communications with B. Guy and J. Tishler regarding Kindred appeal issue | Browder, Brian R. | 0.20 | 119.00 |
| 01/27/20 | [KPC] Review letter from M. Rose to Idaho Medicaid (.10); attention to emails with J. Tishler and J. Byrne regarding same (.10) | Cunha, Andrea R | 0.20 | 98.00 |
| 01/28/20 | [KPC] Conference call with J. Byrne regarding recoupments by Humana | Cunha, Andrea R | 0.20 | 98.00 |
| 01/28/20 | [Silver Lake] Review Silver Lake Asset Purchase Agreement to determine which party is responsible for government overpayments due and prepare summary of same (1.2) | Ratliff, Kimbra N | 1.20 | 426.00 |
| 01/29/20 | [Silver Lake] Review Silver Lake Asset Purchase Agreement to determine which party is responsible for government overpayments due and prepare summary of same (.4); confer with J. Tishler, C. Stone, T. Layne and J. Byrne regarding the same (.3) | Ratliff, Kimbra N | 0.70 | 248.50 |
| 01/30/20 | [All sales] Communications with FTI regarding portfolio wide purchase price allocations | Browder, Brian R. | 0.30 | 178.50 |
| 01/30/20 | [KPC] Review and revise assignments of contracts between KPC, Promise and payors (x8) | Cunha, Andrea R | 1.40 | 686.00 |
| 01/30/20 | [KPC] Attention to emails with J. Byrne, M. Rose and B. Thomas regarding tax allocation of purchase price | Cunha, Andrea R | 0.10 | 49.00 |
| 01/30/20 | [Kindred] Meet with J. Tishler regarding potential litigation regarding Kindred asset purchase agreement | Layne, Tyler N | 0.10 | 46.00 |
| 01/30/20 | [All sales] Correspond with J. Byrne regarding purchase price allocations for each transaction that Waller provided assistance with (.1); review each purchase agreement to determine the purchase price allocation provisions (.2) | Ratliff, Kimbra N | 0.30 | 106.50 |
| 01/31/20 | [KPC] Attention to emails with J. Condiff and J. Byrne regarding Novation of VA contract | Cunha, Andrea R | 0.20 | 98.00 |
| | **Total** | | **16.40** | **8,871.50** |

**B150  Meetings of and Communications with Creditors**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/06/20 | Calls with multiple Promise Creditors/ patients relating to recent Administrative Claims Notice received (.4); update creditor call log regarding same (.2); correspond with PrimeClerk and K. Stenberg regarding Creditor request to be removed from notice list (.2) | Cronk, Chris T. | 0.80 | 208.00 |
| 01/07/20 | Return multiple Creditor calls relating to receipt of Administrative Claims Bar Notice (.7); update call log (.3) | Cronk, Chris T. | 1.00 | 260.00 |
| 01/08/20 | Correspond with Creditor forwarding acknowledgment from Prime Clerk regarding removal from mailing matrix | Cronk, Chris T. | 0.20 | 52.00 |
| 01/08/20 | Calls with Creditors receiving notices (.1); update call log (.1) | Cronk, Chris T. | 0.20 | 52.00 |
| 01/09/20 | Return multiple Creditor calls regarding notices received (.7); update call log (.3) | Cronk, Chris T. | 1.00 | 260.00 |
| 01/10/20 | Return calls of Creditors calling with Administrative Claim Notice inquiries (.3); update call log (.2) | Cronk, Chris T. | 0.50 | 130.00 |
| 01/13/20 | Review of call messages and return call from Creditors relating to Notices Received and return calls (.6); update call record log (.2) | Cronk, Chris T. | 0.80 | 208.00 |
| 01/13/20 | Emails to H. Thornton regarding communication from employee creditor regarding bar date | Layne, Tyler N | 0.20 | 92.00 |
| 01/14/20 | Check messages from Promise Callers (.2); forward log and notice to D. Liles (.1) | Cronk, Chris T. | 0.30 | 78.00 |
| 01/16/20 | Emails to H. Thornton regarding inquiry from Suburban creditor | Layne, Tyler N | 0.30 | 138.00 |
| 01/16/20 | Phone correspondence with creditor discussing Chapter 11 case | Thornton, Hunter | 0.30 | 87.00 |
| 01/22/20 | Call from and to Creditors receiving administrative claim notices (.8) update call log (.2) | Cronk, Chris T. | 1.00 | 260.00 |
| 01/23/20 | Correspondence regarding information contained in board minutes with J. Haubenreich | Askew, Taylor J | 0.10 | 36.00 |
| 01/23/20 | Discuss with K. Stenberg letter from potential Creditor in response to Administrative Claim notice (.2); draft return correspondence for K. Stenberg review (.6); correspondence to/from Gregory Cole, counsel for Think Healthcare Resources regarding Claim Agent site and information (.3) | Cronk, Chris T. | 1.10 | 286.00 |
| 01/23/20 | Research historical Board membership and structure per request from Creditors' Committee | Haubenreich, John E. | 2.40 | 936.00 |
| 01/23/20 | Email to J. Haubenreich regarding Committee Board diligence request | Layne, Tyler N | 0.10 | 46.00 |
| 01/24/20 | Talk with Creditors receiving notices with questions regarding same (.2); update call log (.1) | Cronk, Chris T. | 0.30 | 78.00 |
| | **Total** | | **10.60** | **3,207.00** |

## B160  Fee/Employment Applications

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/07/20 | Review and revise prebills in preparation for monthly fee application | Cronk, Chris T. | 1.00 | 260.00 |
| 01/08/20 | Review of prebills in preparation of monthly fee application | Cronk, Chris T. | 1.40 | 364.00 |
| 01/08/20 | Communications with J. Renick re; inquiries regarding monthly fee application number summary issues | Stenberg, Katie G. | 0.30 | 156.00 |
| 01/09/20 | Review of correspondence from the Fee Examiner and discuss same with K. Stenberg and H. Godwin (.2); review of accounting information and fee application and explain discrepancy to K. Stenberg and H. Godwin (.4); forward information regarding Eleventh Monthly Fee Application to Fee Examiner J. Renick (.2) | Cronk, Chris T. | 0.80 | 208.00 |
| 01/09/20 | Review draft fee application | Layne, Tyler N | 0.10 | 46.00 |
| 01/24/20 | Draft Fourteenth Interim Fee Application and follow up on December prebills (.7); calculate and follow up with J. Tishler and H. Godwin regarding Third Interim Fee hold back payment (.3) | Cronk, Chris T. | 1.00 | 260.00 |
| 01/27/20 | Receipt of 3rd Interim Fee application hold back payment information and update fourteenth monthly fee application summary chart (.2); receipt and review of CNO regarding Waller's Thirteenth Monthly Fee Application and forward to J. Tishler, K. Stenberg and H. Godwin (.2) | Cronk, Chris T. | 0.40 | 104.00 |
| 01/28/20 | Receipt of final prebills for Fourteenth Monthly Fee Application (.2); revise and finalize Fourteenth Monthly Fee Application and forward to K. Stenberg and J. Tishler for approval (.8) | Cronk, Chris T. | 1.00 | 260.00 |
| 01/29/20 | Incorporate J. Tishler's comments into Monthly Fee Application and forward to M. Sarna at DLA Piper for filing | Cronk, Chris T. | 0.30 | 78.00 |
| 01/30/20 | Create draft Fifteenth Monthly Fee Application | Cronk, Chris T. | 0.50 | 130.00 |
| 01/31/20 | Call with J. Renick regarding September fee application summary questions, transmit summary | Stenberg, Katie G. | 0.40 | 208.00 |
| | **Total** | | **7.20** | **2,074.00** |

## B190  Other Contested Matters

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/02/20 | Correspond with A. Amerson, J. Byrne, L. Pierre-Louis, K. Hardin, and S. Leitzell regarding response to subpoena for billing records for L. Giron (.6); correspond with M. Taylor and T. Layne regarding hiring local counsel to defend K. Rizutti's wrongful death claims against St. Alexius Hospital Corporation # 1 (.3); | Burke, Cleve R. | 1.80 | 774.00 |

| | | | | |
|---|---|---|---|---|
| | correspond with G. King, M. Sarna, K. Ottaviano, and A. Morrell regarding notice of proposed settlement with S. Fuentes (.2); confer with M. Sarna and correspond with K. Sawma regarding status of worker's compensation proceeding filed by M. Recinos (.2); confer with M. Sarna and correspond with R. Maharaj regarding California counsel to investigate status of worker's compensation proceeding filed by H. Do Thi My (.2); correspond with M. Sarna regarding proposed stipulation modifying stay to allow L. Carson to proceed with claims against Promise Hospital of Vicksburg (.1); review information in schedule of litigation regarding L. Carson's claim (.1); correspond with R. Maharaj regarding wiring local counsel in Mississippi (.1) | | | |
| 01/02/20 | Emails with J. Byrne and K. Ratliff regarding Carefusion 211 agreements (.4); review notes and Carefusion lease materials regarding same (.5); email C. Goff regarding Aetna status (.1) | Stone, Courtney K. | 1.00 | 375.00 |
| 01/03/20 | Emails to and from A. Merson and J. Byrne regarding status of insurance issues (0.3); follow-up with adjuster regarding status of case (0.2); follow-up with local counsel regarding same (0.1) | Bell, Mark M | 0.60 | 249.00 |
| 01/03/20 | Correspond with R. Maharaj regarding complaint filed by L. Carson against Promise Hospital of Vicksburg and with M. Sarna regarding stipulation modifying stay (.1); correspond with J. Hautot, M. Judice, and M. Judice regarding Promise Hospital of Ascension's inability to participate in Medical Review Panel proceeding due to lack of insurance coverage (.3); correspond with S. Brown, M. Taylor, and J. Tishler regarding same and automatic stay issues (.4) | Burke, Cleve R. | 0.80 | 344.00 |
| 01/03/20 | Meet with J. Tishler regarding potential SPD adversary proceeding | Layne, Tyler N | 0.30 | 138.00 |
| 01/03/20 | Emails with M. Rifino regarding Aetna payment (.2); emails with J. Byrne regarding same (.2); emails with J. Byrne and J. Tishler regarding ASA documents (.3) | Stone, Courtney K. | 0.70 | 262.50 |
| 01/05/20 | Review complaint against individual directors and officers (0.8); review policy to determine potential coverage availabilities (1.1); prepare and send analysis for same to J. Byrne (0.7); emails with C. Burke , T. Layne, J. Byrne and C. Goff regarding Louisiana matter and status of same (0.4); internal emails regarding strategy for Louisiana matter (0.2) | Bell, Mark M | 3.20 | 1,328.00 |
| 01/05/20 | Email M. Rifino regarding Aetna issued check | Stone, Courtney K. | 0.10 | 37.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/06/20 | Conference call with FTI, J. Tishler, S. Brown and T. Layne regarding appeals of denials and recovery analysis | Cunha, Andrea R | 0.80 | 392.00 |
| 01/06/20 | Call with J. Welford regarding VFI settlement (.3); review and revise motion to approve VFI settlement (.9); email S. Brown and J. Tishler regarding same (.2); further revise motion per S. Brown comments (.4); emails with C. Goff regarding same (.1); review and analyze Noridian demand letter (.5); review Silver Lake assumption schedules regarding same (.6); email J. Tishler regarding same (.2); email J. Byrne regarding CenturyLink invoices (.2); email L. Schneider regarding same (.1); review draft ASA addendum (.3); email J. Byrne regarding same (.1) | Stone, Courtney K. | 3.90 | 1,462.50 |
| 01/07/20 | Correspond with A. Cunha and S. Leitzell regarding production of L. Giron's billing records (.1); correspond with C. Goff, J. Byrne, M. Bell, and T. Layne regarding insurer's agreement to defend Promise Hospital of Louisiana, Inc. against claims of A. Amoroso (.5); correspond with M. Taylor, S. Brown, and J. Tishler regarding Medical Review Panel proceeding of A. Amoroso (.1); create account in CS to accept service of process (.1); review order scheduling case management conference in P. Wassmann's lawsuit against Promise Hospital of Lee, Inc. (.2); correspond with M. Sarna and S. Brown regarding filing a suggestion of bankruptcy in same (.2); correspond with M. Sarna regarding filing stipulation modifying stay to allow Estate of Carson to proceed against insurance proceeds for Promise Hospital of Vicksburg, Inc. (.2) | Burke, Cleve R. | 1.40 | 602.00 |
| 01/07/20 | Email to M. Taylor regarding potential SPD adversary proceeding | Layne, Tyler N | 0.10 | 46.00 |
| 01/07/20 | Review and revise draft motion to approve Varilease settlement (.6); emails with S. Brown and J. Tishler regarding same (.3); call with committee counsel regarding same (.4); emails with committee counsel and E. Kim regarding Varilease lease schedules and relief (.4); emails with M. Sarna regarding schedules to Varilease motion (.3); emails with C. Goff regarding same (.1); emails with J. Welford regarding Varilease motion (.3) | Stone, Courtney K. | 2.40 | 900.00 |
| 01/07/20 | Emails with J. Tishler regarding SPD lawsuit | Taylor, Mark C. | 0.20 | 119.00 |
| 01/08/20 | Review emails regarding Amoroso (0.3); review policies regarding coverage for same (0.4) | Bell, Mark M | 0.70 | 290.50 |

| 01/08/20 | Correspond with S. Brown regarding filing suggestion of bankruptcy in P. Wassman's lawsuit against Promise Hospital of Lee, Inc. | Burke, Cleve R. | 0.10 | 43.00 |
|---|---|---|---|---|
| 01/08/20 | Email to Goldsobel regarding SPD litigation | Layne, Tyler N | 0.10 | 46.00 |
| 01/10/20 | Correspondence with J. Tishler and J. Haubenreich regarding location of presentations referenced in the board packages / bates IDs | Askew, Taylor J | 0.10 | 36.00 |
| 01/10/20 | Search for and gather additional materials for Creditors' Committee | Haubenreich, John E. | 1.20 | 468.00 |
| 01/13/20 | Emails with M. Sexton, counsel for P. Wassman, regarding suit against Promise-Dade | Taylor, Mark C. | 0.20 | 119.00 |
| 01/14/20 | Correspond with M. Judice regarding request to lift stay in A. Amoroso matter (.1); correspond with T. Layne regarding latest version of litigation schedule (.1); correspond with M. Taylor regarding P. Wassmann's counsel M. Sexton's request for copy of insurance policy (.1) | Burke, Cleve R. | 0.30 | 129.00 |
| 01/15/20 | Correspondence with J. Hopwood and J. Tishler regarding status of SPD claims and potential claim estimation | Askew, Taylor J | 0.20 | 72.00 |
| 01/15/20 | Exchange voicemails with R. Krisztal regarding R. Bradley's claim and order setting deadline to file administrative claims (.1); review Zurich's denial of coverage for claims made by P. Wassmann against Promise of Dade, Inc. (.1); correspond with M. Sexton, R. Maharaj, C. Goff, and M. Taylor regarding copy of insurance policy and response to M. Sexton's request for same (.4); correspond with S. Brown and J. Tishler regarding agreement to lift stay to allow A. Amoroso to pursue claims against Promise Hospital of Ascension, Inc. (.6) ; confer with Medpro claims adjuster M.A. Waldon regarding A. Amoroso dispute and defense of Promise defendants (.1); correspond with A. Morello and M. Sarna regarding status of notice of proposed settlement with S. Fuentes (.1) | Burke, Cleve R. | 1.40 | 602.00 |
| 01/15/20 | Correspondence with J. Tishler and J. Hopwood regarding Surgical Program Development v. Success Healthcare, et al. lawsuit and automatic stay | Haubenreich, John E. | 0.20 | 78.00 |
| 01/15/20 | Meet with J. Tishler regarding SPD actions against former officers (.2); emails to J. Tishler and M. Taylor regarding same (.2) | Layne, Tyler N | 0.40 | 184.00 |
| 01/15/20 | Numerous emails with J. Tishler regarding claims and lawsuit by Surgical Program Development against Promise and Success (.5); emails with C. Burke regarding insurance for claims made by P. Wassman against Promise-Dade (.3) | Taylor, Mark C. | 0.80 | 476.00 |

| | | | |
|---|---|---|---|
| 01/15/20 | Review email from J. Hopwood regarding insurance coverage and defense of action by SPD against former officers of Promise/Success (0.3); correspond with M. Taylor and T. Layne regarding status of case against SPD (0.3); draft email to J. Hopwood responding to his questions and requests related to SPD and defense of action for officers (0.5); revise email to J. Hopwood and transmit (0.2) | Tishler, John C. | 1.30 | 910.00 |
| 01/16/20 | Correspond with R. Maharaj regarding damages and liability and local counsel assigned in L. Carson's case against Promise Hospital of Vicksburg, Inc. (.1); review second unopposed motion to extend life of Medical Review Panel of R. Lafayette and correspondence regarding same (.1); confer with M. Taylor and correspond with J. Tishler regarding insurance coverage and strategy with respect to relief from automatic stay in A. Amoroso's proceedings against Promise Hospital of Ascension, Inc. and Promise Hospital of Louisiana, Inc. (.7); exchange voicemails with local counsel M. Judice regarding same (.1); correspond with R. Maharaj regarding status of T. Holmes's case against Promise Hospital of East Los Angeles (.2); review discrimination complaint filed by L. Morrow against Promise Hospital of East Los Angeles (.2); correspond with T. Layne and M. Peters regarding preparation of response to same (.2); confer with M. Taylor and correspond with R. Maharaj and C. Goff regarding insurance policy related to P. Wassmann's claim (.2) | Burke, Cleve R. | 1.80 | 774.00 |
| 01/16/20 | Email to C. Burke regarding Suburban EEOC complaint | Layne, Tyler N | 0.10 | 46.00 |
| 01/16/20 | Emails with J. Tishler and S. Brown regarding claims made by A. Amoroso against Promise-Ascension | Taylor, Mark C. | 0.50 | 297.50 |
| 01/16/20 | Correspond with C. Burke regarding Amoroso claims, insurance coverage and strategy related to potential stay relief (0.6) | Tishler, John C. | 0.60 | 420.00 |
| 01/17/20 | Correspond with M. Peters, M. Apodaca, and C. Posternack regarding gathering background information and responding to employment discrimination complaint filed by L. Morrow against Promise Hospital of East Los Angeles (.5); correspond with R. Maharaj regarding proceeding filed by T. Holmes (.1); exchange messages with M. Judice regarding A. Amoroso proceeding (.1) | Burke, Cleve R. | 0.70 | 301.00 |

| | | | | |
|---|---|---|---|---|
| 01/21/20 | Correspond with M. Sarna and local counsel G. Currie regarding stipulation modifying automatic stay to allow Estate of L. Carson to proceed with claims against Promise Hospital of Vicksburg (.4); correspond with M. Sarna regarding filing notice of proposed settlement between S. Fuentes and Promise Hospital of East Los Angeles (.2); prepare stipulation modifying automatic stay to allow R. Lafayette to proceed with claims against insurance; correspond with M. Sarna regarding same (.9); correspond with M. Judice and R. Lafayette's counsel regarding complaint (.1); confer with J. Hautot and R. Pfeffefle regarding A. Amoroso proceedings (.8); correspond with C. Goff regarding insurance policy covering Promise Hospital of Ascension, Inc. (.1); review policy and correspond with J. Hautot regarding same (.2); correspond with T. Layne and T. Boone regarding pending litigation for audit response (.4); review motion and order extending life of R. Lafayette's Medical Review Panel (.2); review local counsel J. Hautot's pretrial report on D. Pelham's case against Promise Hospital of Louisiana, Inc. (.1) | Burke, Cleve R. | 3.40 | 1,462.00 |
| 01/21/20 | Correspondence with J. Tishler and S. Brown regarding call with counsel for Committee regarding D&O claims | Haubenreich, John E. | 0.10 | 39.00 |
| 01/21/20 | Email to C. Burke regarding postpetition litigation against Debtors | Layne, Tyler N | 0.10 | 46.00 |
| 01/21/20 | Email to J. Tishler and C. Stone regarding rejection of employment agreements | Layne, Tyler N | 0.20 | 92.00 |
| 01/21/20 | Confirm rejection status and dates for Yamato and Cannon (.8); confirm rejection status of employment agreements (.4); email J. Tishler regarding same (.3); emails with M. Rifino and J. Byrne regarding status of Aetna payment (.3); email K. Kitchen regarding status of CenturyLink agreement and claim (.3) | Stone, Courtney K. | 2.10 | 787.50 |
| 01/22/20 | Correspond with A. Morrell and M. Sarna regarding status of notice of de minimis settlement with S. Fuentes | Burke, Cleve R. | 0.20 | 86.00 |
| 01/22/20 | Follow-up correspondence with J. Tishler and S. Brown setting call with counsel for Committee regarding D&O claims | Haubenreich, John E. | 0.10 | 39.00 |
| 01/22/20 | Research status of Posternack employment agreement (.8); discuss same with J. Tishler (.3); discuss same with J. Byrne (.2) | Stone, Courtney K. | 1.30 | 487.50 |
| 01/22/20 | Review rejection schedule (.4); email with M. Pascoe regarding comments to Continental ASA (.4) | Stone, Courtney K. | 0.80 | 300.00 |

| | | | | |
|---|---|---|---|---|
| 01/23/20 | Correspond with A. Morrell and M. Sarna regarding filing notice of proposed settlement with S. Fuentes (.1); correspond with M. Bell regarding telephone call with Hiscox to discuss claim filed by Surgical Program Development, LLC (.1); correspond with R. Maharaj, J. Tishler, and S. Brown regarding handling of deductibles for litigation matters covered by insurance (.2); contact R. Krisztal regarding R. Bradley's case (.1) | Burke, Cleve R. | 0.50 | 215.00 |
| 01/24/20 | Prep for call with Creditors' Committee regarding noteholder settlement (.2); participate in call with J. Tishler, J. Haubenreich, S. Brown and counsel for Creditors' Committee regarding same (.7); follow up discussions with J. Tishler, J. Haubenreich regarding same (.2) | Askew, Taylor J | 1.10 | 396.00 |
| 01/24/20 | Emails with opposing adjuster regarding D&O claim (0.2); further review of relevant documents for same (0.4); review emails J. Byrne and C. Burke and insurance adjuster regarding Amoroso claim (0.2) | Bell, Mark M | 0.80 | 332.00 |
| 01/24/20 | Correspond with S. Brown, M. Taylor, and R. Maharaj regarding debtors' refusal to pay insurance deductibles for ongoing litigation (.3); review notice and correspondence from insurer, J. Byrne, V. Monte, and M. Bell regarding workers' compensation claim filed by A. Muratalla (.1); prepare certificate of conference, agreed order, and stipulation authorizing R. Lafayette to pursue insurance covering Promise Hospital of Ascension, Inc. (.7); correspond with R. Lafayette's counsel D. Thomas regarding same (.2); review insurance policy covering debtors for 2017 (.3); correspond with P. Wassmann's counsel M. Sexton regarding same (.1); correspond with M. Bell regarding telephone call to discuss Surgical Program Development, LLC (.1) | Burke, Cleve R. | 1.70 | 731.00 |
| 01/24/20 | Research and locate historical MTS presentations in response to request from Creditors' Committee | Haubenreich, John E. | 0.10 | 39.00 |
| 01/24/20 | Prep for call with Creditors' Committee regarding noteholder claims settlement (.3); participate in call with J. Tishler, T. Askew, S. Brown and counsel for Creditors' Committee (.8) | Haubenreich, John E. | 1.10 | 429.00 |
| 01/24/20 | Calls with J. Byrne regarding CenturyLink and open contract issues (.6); emails with T. Layne regarding same (.3); review and revise rejection schedule (.5); email K. Kitchen regarding CenturyLink (.2); email | Stone, Courtney K. | 3.30 | 1,237.50 |

| | | | |
|---|---|---|---|
| | J. Welford regarding VFI settlement order (.2); emails with C. Goff regarding same (.2); prepare for and attend call with Continental and J. Byrne regarding ASA agreement (1.3) | | | |
| 01/24/20 | Emails with S. Brown and C. Burke regarding settlement of claims made by Cowan against Promise and insurance issues relating to same | Taylor, Mark C. | 0.40 | 238.00 |
| 01/27/20 | Correspondence regarding 2015 audit and MTS presentations with J. Tishler and J. Haubenreich | Askew, Taylor J | 0.10 | 36.00 |
| 01/27/20 | Emails with Hiscox adjuster regarding status of D&O claim (0.2); prepare for call with adjuster (0.2); call with adjuster to discuss status (0.3); follow-up call with C. Burke regarding same | Bell, Mark M | 0.70 | 290.50 |
| 01/27/20 | Attend teleconference with M. Bell and J. Bergstrom of Hiscox Insurance regarding Surgical Program Development, LLC lawsuit | Burke, Cleve R. | 0.20 | 86.00 |
| 01/27/20 | Continue researching historical Board composition in response to request from Creditors' Committee | Haubenreich, John E. | 0.60 | 234.00 |
| 01/27/20 | Correspondence with J. Tishler regarding MTS Reports requested by Creditors' Committee | Haubenreich, John E. | 0.30 | 117.00 |
| 01/27/20 | Emails with C. Goff regarding Varilease settlement order (.2); emails with J. Byrne regarding open rejection issues (.1); call with J. Byrne regarding open rejection and claims issues (.3); email J. Byrne regarding Access patient records (.3); discuss same with T. Layne (.1) | Stone, Courtney K. | 1.00 | 375.00 |
| 01/27/20 | Call with A. Sherman regarding director fees (0.2); call with mediator and counsel for committee and noteholders regarding settlement status (0.5); call with S. Brown regarding status of settlement and options (0.4); call with J. Byrne regarding production of documents to committee in connection with potential settlement with noteholders (0.5); correspond with J. Haubenreich regarding various documents requested by committee in connection with potential settlement with noteholders (0.2) | Tishler, John C. | 1.80 | 1,260.00 |
| 01/27/20 | Assemble key emails and communications that were the basis for the schedule of litigation chart (.3); continue to review non-bankruptcy litigation correspondence for status of attorney actions and communications regarding automatic stays and the status of same and update schedule with same (.6) | Warner, Kristen D. | 0.90 | 157.50 |

| 01/28/20 | Correspondence with B. Mankovetskiy and A. Sherman regarding historical MTS presentations to Promise Board in response to requests from Creditors' Committee | Haubenreich, John E. | 0.20 | 78.00 |
| 01/28/20 | Review Continental comments to ASA (.7); email J. Byrne regarding same (.3); emails with C. Goff regarding Varilease payment (.2); emails with J. Byrne regarding corporate rejection schedule (.2) | Stone, Courtney K. | 1.40 | 525.00 |
| 01/28/20 | Correspond with J. Byrne and A. Hinkelman regarding requests from Committee financial advisors related to board and claims against board (0.4); call with J. Byrne regarding issues related to Lexmark withholding money (0.4); call with J. Byrne regarding Kindred and claims to funds on appeal (0.7) | Tishler, John C. | 1.50 | 1,050.00 |
| 01/29/20 | Email to C. Burke regarding Phillips motion for relief from stay | Layne, Tyler N | 0.10 | 46.00 |
| | | **Total** | **54.10** | **23,533.00** |

## B195  Non-Working Travel

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/14/20 | Non-working travel from New York to Nashville from plan mediation | Layne, Tyler N | 5.50 | 1,265.00 |
| 01/14/20 | Travel from Nashville to New York (3.5); return from New York to Nashville (3.5) | Tishler, John C. | 7.00 | 2,450.00 |
| | | **Total** | **12.50** | **3,715.00** |

## B310  Claims Administration and Objections

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/02/20 | Correspond with A. Hinkelman regarding mediation (.1);  preparation for the mediation (0.3); correspond with J. Byrne regarding recovery analysis issues (0.3); revise lengthy email regarding appeals of denied claims owed by Medicare and commercial payors (0.6); correspond internally regarding Americore bankruptcy filing and impact on claims against Americore (0.4) | Tishler, John C. | 1.70 | 1,190.00 |
| 01/03/20 | Correspond with S. Brown regarding claims resolution issues (0.3); correspond with A. Sherman regarding mediation with shareholder note holders (0.4); correspond with M. Keller regarding mediation (0.3) | Tishler, John C. | 1.00 | 700.00 |
| 01/05/20 | Email to FTI  regarding insurance for medical malpractice and D&O claims (.2); email to J. Tishler  regarding insurance for medical malpractice and D&O claims (.1); email to M. Bell regarding insurance for medical malpractice and D&O claims (.2) | Layne, Tyler N | 0.50 | 230.00 |

| | | | | |
|---|---|---|---|---|
| 01/06/20 | Review coverage correspondence from Hiscox (0.5); call to Hiscox adjuster to discuss status (0.3); emails with Hiscox adjuster regarding same (0.2) | Bell, Mark M | 1.00 | 415.00 |
| 01/06/20 | Prepare for conference call with FTI representatives regarding Kindred appeals and mediation (.2); conference call with FIT (.8) | Browder, Brian R. | 1.00 | 595.00 |
| 01/06/20 | Research and dIscuss CT proof of claim with B. Lueder | Cronk, Chris T. | 0.30 | 78.00 |
| 01/06/20 | Email to FTI regarding deconsolidated claim analysis (.1); call with FTI regarding same (.2); email to Zurich's counsel regarding administrative claims (.1) | Layne, Tyler N | 0.40 | 184.00 |
| 01/06/20 | Call with J. Byrne regarding rejection schedules and open items (.4); review silver lake schedules regarding same (.5); emails with J. Byrne regarding corporate lease rejections (.3) | Stone, Courtney K. | 1.20 | 450.00 |
| 01/06/20 | Call with J. Byrne and C. Goff to discuss claims of Kindred in a/r (0.8); discussion regarding Kindred claims with B.Browder (0.5) | Tishler, John C. | 1.30 | 910.00 |
| 01/07/20 | Assemble Sale Orders and Bid Procedure Orders for multiple sales for A. Cunha review relating to BSBC Claim issues | Cronk, Chris T. | 1.00 | 260.00 |
| 01/07/20 | Email to C. Stone regarding Accident Insurance claims | Layne, Tyler N | 0.30 | 138.00 |
| 01/07/20 | Email T. Layne regarding AFICA claims | Stone, Courtney K. | 0.10 | 37.50 |
| 01/09/20 | Email to C. Stone regarding Accident Insurance claim | Layne, Tyler N | 0.10 | 46.00 |
| 01/09/20 | Review correspondence and notes regarding AFICA claims (.6); emails with T. Layne regarding same (.2) | Stone, Courtney K. | 0.80 | 300.00 |
| 01/09/20 | Review updated recovery analysis | Stone, Courtney K. | 0.80 | 300.00 |
| 01/09/20 | Review recovery analysis done by FTI and consider changes (0.5); conference call with S. Brown, J. Byrne and A. Hinkelman to discuss recovery analysis and claims related to Promise and which Promise holds which may generate additional recoveries (1.3) | Tishler, John C. | 1.80 | 1,260.00 |
| 01/10/20 | Emails with contract counterparties regarding corporate rejection timing | Stone, Courtney K. | 0.20 | 75.00 |
| 01/13/20 | Correspondence with T. Layne regarding helping creditors with claims questions (.2); phone conversation with creditors regarding claims administration (.2) | Thornton, Hunter | 0.40 | 116.00 |
| 01/14/20 | Email to Zurich's counsel regarding administrative claims (.1); review litigation claims schedule (.3); email to FTI regarding same (.1) | Layne, Tyler N | 0.50 | 230.00 |
| 01/14/20 | Emails with FTI regarding status of rejection schedules and capital lease rejections | Stone, Courtney K. | 0.40 | 150.00 |
| 01/16/20 | Discussion with noteholder representatives regarding potential settlement of claims and plan provisions (0.7); follow-up discussions with noteholder representatives regarding plan | Tishler, John C. | 2.70 | 1,890.00 |

|            | process, potential releases and issues related to post-confirmation issues (0.8); call with committee counsel related to extent of potential releases in settlement with noteholders, plan provisions and plan process (0.6); correspond with S. Brown regarding call with committee to discuss releases and claims that may exist post-confirmation (0.3); coordinate call with S. Brown, Committee and Waller regarding claims resolutions (0.3) |                    |      |          |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------|----------|
| 01/21/20   | Review and analyze rejection schedule                                                                                                                                                                                                                                                                                                                                                                                                                   | Stone, Courtney K. | 0.70 | 262.50   |
| 01/21/20   | Emails with C. Goff regarding claim made by A. Amaroso against Promise Baton Rouge (.2); review insurance policy regarding claim made by A. Amaroso against Promise Baton Rouge (.4)                                                                                                                                                                                                                                                                      | Taylor, Mark C.    | 0.60 | 357.00   |
| 01/21/20   | Discuss LADMC and recoupment claims with J. Byrne and K. Ratliff (0.5); coordinate call with Committee with A. Sherman and S. Brown related to claims (0.3)                                                                                                                                                                                                                                                                                              | Tishler, John C.   | 0.80 | 560.00   |
| 01/23/20   | Contact Prime Clerk regarding claims in response to Administrative Claim notice sent to Waller offices                                                                                                                                                                                                                                                                                                                                                   | Cronk, Chris T.    | 0.30 | 78.00    |
| 01/24/20   | Return call to Prime Clerk regarding administrative Claim deadline                                                                                                                                                                                                                                                                                                                                                                                      | Cronk, Chris T.    | 0.20 | 52.00    |
| 01/24/20   | Emails to FTI and C. Stone regarding Zurich administrative claim and general claims reconciliation matters                                                                                                                                                                                                                                                                                                                                               | Layne, Tyler N     | 0.30 | 138.00   |
| 01/24/20   | Calls with J. Byrne regarding open claims issues (.4); emails with T. Layne regarding same (.3); review order setting administrative claim bar date (.4); discuss same with J. Byrne and S. Brown (.5)                                                                                                                                                                                                                                                    | Stone, Courtney K. | 1.60 | 600.00   |
| 01/24/20   | Prepare for call with Committee regarding settlement with noteholders (0.6); call with Committee's counsel regarding settlement with noteholders and strategies related to claims reconciliation and prosecution (1.2); follow-up on items from call with J. Haubenreich and T. Askew (0.4)                                                                                                                                                               | Tishler, John C.   | 2.20 | 1,540.00 |
| 01/27/20   | Emails to DLA Piper and C. Stone regarding record storage claim (.2); meet with C. Stone regarding same (.1); review Zurich claims (.1); call Zurich's counsel regarding same (.1)                                                                                                                                                                                                                                                                        | Layne, Tyler N     | 0.50 | 230.00   |
| 01/28/20   | Emails to FTI and C. Stone regarding claims reconciliation (.3); email to FTI, DLA Piper, and J. Tishler regarding objection to Zurich administrative claims (.3)                                                                                                                                                                                                                                                                                         | Layne, Tyler N     | 0.60 | 276.00   |
| 01/28/20   | Research objection procedure regarding Zurich duplicative admin claims (.9)                                                                                                                                                                                                                                                                                                                                                                              | Stone, Courtney K. | 0.90 | 337.50   |
| 01/29/20   | Communications with Wilmington Trust counsel regarding bar date                                                                                                                                                                                                                                                                                                                                                                                         | Browder, Brian R.  | 0.20 | 119.00   |
| 01/29/20   | Call with FTI and C. Stone regarding claims reconciliation (2.1); calls with Zurich's counsel regarding Zurich administrative claim (.5); call with C.                                                                                                                                                                                                                                                                                                   | Layne, Tyler N     | 3.50 | 1,610.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | Stone regarding same (.1); meet with C. Stone regarding claims reconciliation (.2); meet with J. Tishler regarding Wilmington Trust administrative claim (.1); emails to FTI and DLA Piper regarding group health plan bar date (.5) | | | |
| 01/29/20 | Prepare for and attend call with T. Layne and FTI regarding open claims administration issues (2.4); research and analyze same regarding open admin claim issues (1.2) | Stone, Courtney K. | 3.60 | 1,350.00 |
| 01/29/20 | Assist in response to Wilmington Trust regarding proof of claim timing (0.2); review email from B. Guy regarding Kindred's position and need for information relative to Suburban claims (0.2); discussion with J. Byrne regarding Kindred's position (0.5); correspond with M. Karsh regarding Lexmark's cash reconciliation and claims of estate against cash (0.4) | Tishler, John C. | 1.30 | 910.00 |
| 01/30/20 | Review Accident Insurance claims | Layne, Tyler N | 0.50 | 230.00 |
| 01/30/20 | Research open issues regarding AFICA admin claims (.7); email S. Brown regarding same (.2); emails with A. Doshi regarding Oracle claim (.2); review and analyze VSH and Vitalsource claims (.6); review SGM assumed contracts list regarding same (.4); review Arjo proof of claim (.2); analyze unsecured litigation claims regarding insurance coverage (.9); review and analyze Baxter unsecured claim (.4); review Merry X-Ray unsecured claim regarding secured deficiency (.4); emails with B. Leuder regarding claim analysis results (.4) | Stone, Courtney K. | 4.40 | 1,650.00 |
| 01/30/20 | Call with S. Brown, J. Byrne and A. Hinkelman regarding claims against accounts receivable and strategies for collecting same (0.9); call with J. Byrne regarding Lexmark reconciliation of accounts and strategies (0.6) | Tishler, John C. | 1.50 | 1,050.00 |
| 01/31/20 | Emails with B. Leuder regarding KCI claims (.3); review proofs of claim regarding same (.3); | Stone, Courtney K. | 0.60 | 225.00 |
| 01/31/20 | Call with J. Byrne to discuss accounts and claims against accounts (0.4) | Tishler, John C. | 0.40 | 280.00 |
| | **Total** | | **42.20** | **21,409.50** |

## B320  Plan and Disclosure Statement

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/03/20 | Meet with J. Tishler regarding preparation for plan mediation | Layne, Tyler N | 0.10 | 46.00 |

| Date | Description | Name | Hours | Amount |
|------|-------------|------|-------|--------|
| 01/06/20 | Call with FTI and DLA Piper regarding preparation for plan mediation (1.3); draft and revise mediation statement (1.1); call with FTI regarding payment of US Trustee fees in plan (.2); prepare for plan mediation (.2) | Layne, Tyler N | 2.80 | 1,288.00 |
| 01/06/20 | Call with K. Carey regarding mediation and contents of mediation statement (0.6); call with S. Brown and A. Hinkelman regarding mediation statement contents (0.5); review mediation statement and make revisions (0.9); further discussion about contents of mediation statement with T. Layne and review revisions (0.6); correspond with A. Hinkelman and S. Brown regarding debtors' mediation statement (0.5) | Tishler, John C. | 3.10 | 2,170.00 |
| 01/07/20 | Emails to DLA regarding corporate structure issues in mediation statement (.3); revise same (.5) | Layne, Tyler N | 0.80 | 368.00 |
| 01/08/20 | Review and revise mediation statement (1.0); confer with J. Byrne regarding recovery analysis (0.8); discussion with T. Layne regarding recovery analysis issues (0.5) | Tishler, John C. | 2.30 | 1,610.00 |
| 01/09/20 | Review professional fee estimates for plan | Layne, Tyler N | 0.20 | 92.00 |
| 01/10/20 | Emails to FTI and J. Tishler regarding Debtors' plan mediation statement (.4); revise same (.3) | Layne, Tyler N | 0.70 | 322.00 |
| 01/10/20 | Review A. Hinkelman's proposed changes to mediation statement (0.2); review T. Layne's comments to mediation statement (0.2); review revisions to mediation statement and email sign-off (0.2); review CVP's mediation statement and provide comments regarding it to A. Hinkelman and S. Brown (0.7) | Tishler, John C. | 1.30 | 910.00 |
| 01/13/20 | Review intercompany loan documents and plan mediation statements and related research in preparation for plan mediation with Committee and noteholders | Layne, Tyler N | 5.50 | 2,530.00 |
| 01/14/20 | Participate in plan mediation | Layne, Tyler N | 8.70 | 4,002.00 |
| 01/14/20 | Meeting with S. Brown and A. Hinkelman regarding mediation and process (1.7); participate in mediation (6.0) | Tishler, John C. | 7.70 | 5,390.00 |
| 01/16/20 | Email to J. Tishler regarding treatment of D&O insurance policy under plan | Layne, Tyler N | 0.10 | 46.00 |
| 01/27/20 | Meet with J. Tishler regarding Committee plan diligence requests | Layne, Tyler N | 0.30 | 138.00 |
| | **Total** | | **33.60** | **18,912.00** |

**Total Fees for Professional Services**       **187.40**      **85,681.00**

## Time Summary

| Timekeeper | Position | Hours | Rate | Amount |
|---|---|---|---|---|
| Browder, Brian R. | Partner | 5.30 | 595.00 | 3,153.50 |
| Stenberg, Katie G. | Partner | 0.70 | 520.00 | 364.00 |
| Tishler, John C. | Partner | 45.50 | 646.15 | 29,400.00 |
| Bell, Mark M | Partner | 7.00 | 415.00 | 2,905.00 |
| Burke, Cleve R. | Partner | 14.30 | 430.00 | 6,149.00 |
| Cunha, Andrea R | Partner | 6.90 | 490.00 | 3,381.00 |
| Haubenreich, John E. | Partner | 6.30 | 390.00 | 2,457.00 |
| Layne, Tyler N | Partner | 35.10 | 423.96 | 14,881.00 |
| Taylor, Mark C. | Partner | 2.70 | 595.00 | 1,606.50 |
| Askew, Taylor J | Associate | 1.70 | 360.00 | 612.00 |
| Ratliff, Kimbra N | Associate | 2.50 | 355.00 | 887.50 |
| Stone, Courtney K. | Associate | 39.20 | 375.00 | 14,700.00 |
| Thornton, Hunter | Associate | 0.70 | 290.00 | 203.00 |
| Cronk, Chris T. | Paralegal | 18.00 | 260.00 | 4,680.00 |
| Rich, Ann K | Paralegal | 0.60 | 240.00 | 144.00 |
| Warner, Kristen D. | Paralegal | 0.90 | 175.00 | 157.50 |
| **Totals** | | **187.40** | | **85,681.00** |

## Task Summary

| Task | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administation | 10.80 | 3,959.00 |
| B130 | Asset Disposition | 16.40 | 8,871.50 |
| B150 | Meetings of and Communications with Creditors | 10.60 | 3,207.00 |
| B160 | Fee/Employment Applications | 7.20 | 2,074.00 |
| B190 | Other Contested Matters | 54.10 | 23,533.00 |
| B195 | Non-Working Travel | 12.50 | 3,715.00 |
| B310 | Claims Administration and Objections | 42.20 | 21,409.50 |
| B320 | Plan and Disclosure Statement | 33.60 | 18,912.00 |
| | **Totals** | **187.40** | **85,681.00** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 12/31/19 | VENDOR: Legility, LLC INVOICE#: INV00120797 DATE: 12/31/2019  Everlaw Monthly Hosting Fee (12/1/19 - 12/31/19) | 45.00 |
| 12/31/19 | VENDOR: Legility, LLC INVOICE#: INV00120860 DATE: 12/31/2019  Everlaw Monthly Hosting Fee (12/1/19 - 12/31/19) | 6.25 |
| 12/31/19 | VENDOR: Legility, LLC INVOICE#: INV00120891 DATE: 12/31/2019  Everlaw Monthly Hosting Fee (12/1/19 - 12/31/19) | 15.00 |
| 01/06/20 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Southwest Flight | 227.98 |

```
01/13/20  VENDOR: Tyler Layne INVOICE#: 010039270322          55.38
          DATE: 1/28/2020  Lyft ride
01/13/20  VENDOR: Tyler Layne INVOICE#: 010039270322           5.08
          DATE: 1/28/2020  Coffee at City of Saints

01/13/20  VENDOR: Tyler Layne INVOICE#: 010039270322          21.25
          DATE: 1/28/2020  Lunch at Xi'an Famous Foods
01/13/20  VENDOR: Tyler Layne INVOICE#: 010039270322           5.35
          DATE: 1/28/2020  Coffee at Starbucks
01/13/20  VENDOR: Tyler Layne INVOICE#: 010039270322          35.40
          DATE: 1/28/2020  Dinner at Pinto Garden
01/14/20  VENDOR: John Tishler INVOICE#: 010038946703        392.40
          DATE: 1/28/2020  American Flight to Nashville
01/14/20  VENDOR: John Tishler INVOICE#: 010038946703         54.47
          DATE: 1/28/2020  Taxi ride
01/14/20  VENDOR: John Tishler INVOICE#: 010038946703         13.25
          DATE: 1/28/2020  Dinner at Five Guys
01/14/20  VENDOR: John Tishler INVOICE#: 010038946703         26.68
          DATE: 1/28/2020  Lyft home from trip
01/14/20  VENDOR: John Tishler INVOICE#: 010038946703        138.88
          DATE: 1/28/2020  Southwest Airlines Flight to
          LGA
01/14/20  VENDOR: John Tishler INVOICE#: 010038946703         20.40
          DATE: 1/28/2020  Lyft ride to airport
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322          12.40
          DATE: 1/28/2020  Breakfast at 63 East 8 Bagel
          Corp
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322          22.56
          DATE: 1/28/2020  Lyft
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322           8.92
          DATE: 1/28/2020  Coffee at Le Pain Quotidien
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322          12.78
          DATE: 1/28/2020  Coffee at Le Pain Quotidien
          for Tyler Layne, Andrew Hinkelman and Jennifer
          Byrne
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322          60.48
          DATE: 1/28/2020  Lyft ride
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322          26.61
          DATE: 1/28/2020  Lyft ride
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322         442.67
          DATE: 1/28/2020  The Standard Hotel
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322         392.40
          DATE: 1/28/2020  American Flight
01/14/20  VENDOR: Tyler Layne INVOICE#: 010039270322           9.57
          DATE: 1/28/2020  Dinner at Five Guys
```

```
01/25/20  VENDOR: Ann Rich INVOICE#: 010039559731 DATE:           54.00
          1/28/2020  Arizona Corporation Commission -
          Promise Hospital of Phoenix, Inc. - 2020 Annual
          Report
```

**Total Disbursements:**          **2,105.16**

### Disbursement Summary

Client Charges                                    2,105.16

**Total Disbursements**                    **2,105.16**

Total Fees and Disbursements on This Invoice               $ 87,786.16

PLEASE REMIT TOTAL AMOUNT DUE                          $ 87,786.16

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**NASHVILLE CITY CENTER**
**511 UNION STREET, SUITE 2700**
**POST OFFICE BOX 198966**
**NASHVILLE, TENNESSEE 37219-8966**
**615-244-6380**
FEDERAL ID NO. 62-0479474

Promise Healthcare, Inc.                                      February 14, 2020
Suzanne Sterling                                             Invoice 10751663
999 Yamato Rd., Third Floor                                 Page 1
Boca Raton, FL  33431                                       Bill Through 01/31/20
                                                            Billing Atty: J. Haubenreich

Our Matter #      030680.81856

                  Third Party Subpoena
                  Client Reference: 2018-00055

Fees:

**B190  Other Contested Matters**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 01/07/20 | Correspondence with all counsel regarding additional production of documents | Askew, Taylor J | 0.10 | 36.00 |
| 01/08/20 | Attention to hard drive of additionally produced documents from counsel for Mayer Brown | Askew, Taylor J | 0.20 | 72.00 |
| 01/08/20 | Review document production letter and associated materials from Jenner & Block regarding Promise records | Haubenreich, John E. | 0.10 | 39.00 |
| 01/13/20 | Review letter from J. Bradford regarding additional document productions | Askew, Taylor J | 0.10 | 36.00 |
| 01/14/20 | Attention to 1.10.2020 document production by Mayer Brown and letter from J. Bradford regarding same | Askew, Taylor J | 0.10 | 36.00 |
| 01/22/20 | Correspondence with D. Csoros regarding allegedly missing servers and collection from same | Askew, Taylor J | 0.10 | 36.00 |
| 01/23/20 | Correspondence with D. Csoros regarding need for additional conference call regarding collection of data from servers | Askew, Taylor J | 0.10 | 36.00 |
| 01/24/20 | Correspondence with D. Csoros regarding server collection | Askew, Taylor J | 0.20 | 72.00 |
| | **Total** | | **1.00** | **363.00** |

**Total  Fees for Professional Services**          1.00          363.00

## Time Summary

| Timekeeper | Position | Hours | Rate | Amount |
|---|---|---|---|---|
| Haubenreich, John E. | Partner | 0.10 | 390.00 | 39.00 |
| Askew, Taylor J | Associate | 0.90 | 360.00 | 324.00 |
| **Totals** | | **1.00** | | **363.00** |

## Task Summary

| Task | Description | | Hours | Amount |
|---|---|---|---|---|
| B190 | Other Contested Matters | | 1.00 | 363.00 |
| | | **Totals** | **1.00** | **363.00** |

Total Fees and Disbursements on This Invoice          $  363.00

PLEASE REMIT TOTAL AMOUNT DUE          $ 363.00

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
**615-244-6380**
FEDERAL ID NO. 62-0479474

Promise Healthcare, Inc.                                           February 14, 2020
Suzanne Sterling                                                  Invoice 10751665
999 Yamato Rd., Third Floor                                       Page 1
Boca Raton, FL  33431                                            Bill Through 01/31/20
                                                                 Billing Atty: M. Peters

Our Matter #     030680.07514

              Promise - Morrow, Latrice [CHARGE]

---

**Fees:**

**B190  Other Contested Matters**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/17/20 | Review EEOC charge and related materials | Wright, Rachel P | 0.30 | 87.00 |
| 01/24/20 | Create and review letter to EEOC requesting additional time to investigate | Wright, Rachel P | 0.10 | 29.00 |
| 01/26/20 | Email to R. Wright regarding Morrow/Suburban EEOC charge | Layne, Tyler N | 0.10 | 46.00 |
| 01/29/20 | Edit and revise letter to California Human Rights Commission requesting extension, including incorporating changes from T. Layne in tax group | Wright, Rachel P | 0.20 | 58.00 |
| | **Total** | | **0.70** | **220.00** |

| | | Hours | Amount |
|---|---|-------|--------|
| **Total  Fees for Professional Services** | | **0.70** | **220.00** |

**Time Summary**

| Timekeeper | Position | Hours | Rate | Amount |
|------------|----------|-------|------|--------|
| Layne, Tyler N | Partner | 0.10 | 460.00 | 46.00 |
| Wright, Rachel P | Associate | 0.60 | 290.00 | 174.00 |
| **Totals** | | **0.70** | | **220.00** |

### Task Summary

| Task | Description | | Hours | Amount |
|------|-------------|--------|-------|--------|
| B190 | Other Contested Matters | | 0.70 | 220.00 |
| | | **Totals** | **0.70** | **220.00** |

Total Fees and Disbursements on This Invoice $ 220.00

PLEASE REMIT TOTAL AMOUNT DUE $ 220.00