# **EXHIBIT B**

## Waller Expense Statements

| Date | Narrative | Bill Amt |
|---|---|---|
| 12/31/2019 | VENDOR: Legility, LLC INVOICE#: INV00120797 DATE: 12/31/2019  Everlaw Monthly Hosting Fee (12/1/19 - 12/31/19) | $45.00 |
| 12/31/2019 | VENDOR: Legility, LLC INVOICE#: INV00120860 DATE: 12/31/2019  Everlaw Monthly Hosting Fee (12/1/19 - 12/31/19) | $6.25 |
| 12/31/2019 | VENDOR: Legility, LLC INVOICE#: INV00120891 DATE: 12/31/2019  Everlaw Monthly Hosting Fee (12/1/19 - 12/31/19) | $15.00 |
| 1/6/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Southwest Flight | $227.98 |
| 1/13/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Coffee at City of Saints | $5.08 |
| 1/13/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Lunch at Xi'an Famous Foods | $21.25 |
| 1/13/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Coffee at Starbucks | $5.35 |
| 1/13/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Dinner at Pinto Garden | $35.40 |
| 1/13/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Lyft ride | $55.38 |
| 1/14/2020 | VENDOR: John Tishler INVOICE#: 010038946703 DATE: 1/28/2020  Dinner at Five Guys | $13.25 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Breakfast at 63 East 8 Bagel Corp | $12.40 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Coffee at Le Pain Quotidien | $8.92 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Coffee at Le Pain Quotidien for Tyler Layne, Andrew Hinkelman and Jennifer Byrne | $12.78 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Dinner at Five Guys | $9.57 |
| 1/14/2020 | VENDOR: John Tishler INVOICE#: 010038946703 DATE: 1/28/2020  American Flight to Nashville | $392.40 |
| 1/14/2020 | VENDOR: John Tishler INVOICE#: 010038946703 DATE: 1/28/2020  Taxi ride | $54.47 |
| 1/14/2020 | VENDOR: John Tishler INVOICE#: 010038946703 DATE: 1/28/2020  Lyft home from trip | $26.68 |
| 1/14/2020 | VENDOR: John Tishler INVOICE#: 010038946703 DATE: 1/28/2020  Southwest Airlines Flight to LGA | $138.88 |
| 1/14/2020 | VENDOR: John Tishler INVOICE#: 010038946703 DATE: 1/28/2020  Lyft ride to airport | $20.40 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Lyft | $22.56 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Lyft ride | $60.48 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  Lyft ride | $26.61 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  The Standard Hotel | $442.67 |
| 1/14/2020 | VENDOR: Tyler Layne INVOICE#: 010039270322 DATE: 1/28/2020  American Flight | $392.40 |
| 1/25/2020 | VENDOR: Ann Rich INVOICE#: 010039559731 DATE: 1/28/2020  Arizona Corporation Commission - Promise Hospital of Phoenix, Inc. - 2020 Annual Report | $54.00 |
| | **TOTAL** | **$2,105.16** |