VERIFICATION

STATE OF TENNESSEE   )
                     ) SS:
COUNTY OF DAVIDSON   )

I, John C. Tishler, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm, Waller Lansden Dortch & Davis, LLP, and am admitted *pro hac vice* to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

c) I have reviewed the foregoing Fifteenth Monthly Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Fifteenth Monthly Application substantially complies with such Local Rule, except as otherwise stated in the Fifteenth Monthly Application.

Dated: March 12, 2020                    */s/ John C. Tishler*
                                         John C. Tishler