IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                            :    Chapter 11
                                                  :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]       :    Case No. 18-12491 (CSS)
                                                  :    (Jointly Administered)
    Debtors.                                      :
                                                  :
                                                  :    **Related Doc. No. 1738**
                                                  :
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH COMBINED
MONTHLY AND FIFTH INTERIM APPLICATION OF M. J. RENICK &
ASSOCIATESS LLC, AS FEE EXAMINER, FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM
NOVEMBER 1, 2019 THROUGH JANUARY 31, 2020**

The undersigned hereby certifies that he has received no formal or informal objection or response to the **Fifth Combined Monthly and Fifth Interim Fee Application of M. J. Renick & Associates LLC, as Fee Examiner, for Compensation and for Reimbursement of Expenses for the Interim Period from November 1, 2019 through January 31, 2020** [Docket No. 1738] (the "Application") filed on behalf of the undersigned on February 19, 2020.  The undersigned further certifies that he has reviewed the docket in

---

1 The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),   Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc.  (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc.  (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

these cases and that no objection or response to the Application appears thereon. The notice attached to the Application established a deadline of March 10, 2020 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Application and a hearing on the Application is currently not scheduled.

The Application was filed and served in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 198] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant $30,591.90 representing eighty percent (80%) of the fees requested of $38,168.50 plus one hundred percent (100%) of the expenses requested of $57.10 without the need for a further order of the Court.

Dated:  March 11, 2020                        **M.J. Renick & Associates LLC**
       New Rochelle, New York

                                                           */s/M. Jacob Renick*
                                                           M. Jacob Renick
                                                           51 Seacord Road
                                                          New Rochelle, NY 10804
                                                          Telephone:  (914) 813-0880
                                                          Facsimile:  (914) 840-8590
                                                          E-mail:     jrenick@mjrenick.com

                                                          *Fee Examiner*