**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
Promise Healthcare Group, LLC, *et al.*,[1] : Case No. 18-12491 (CSS)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Andrew G. Vignali, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; (2) by the method set forth on the Attorneys General Service List attached hereto as **Exhibit B**; and (3) by email on the Agenda Respondents Service List attached hereto as **Exhibit C**:

- Notice of Agenda of Matters Scheduled for Hearing on March 24, 2020 at 11:00 A.M. (ET) [Docket No. 1787] *(the "**Notice of Agenda**")*

On March 25, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Agenda to be served by email on the Supplemental Email Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

Dated: March 25, 2020

                                                                      */s/ Andrew G. Vignali*
                                                                        Andrew G. Vignali

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 25, 2020, by Andrew G. Vignali, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 40805

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>1738 Bass Road<br>Macon GA 31210 | | | Overnight Mail |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>P.O. Box 13708<br>Macon GA 31208-3708 | | | Overnight Mail |
| Counsel to Ally Bank | Cross & Simon, LLC | Attn: Joseph Grey, Esquire<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | | jgrey@crosslaw.com | Email |
| Counsel to Select Medical Corporation | DECHERT LLP | Attn: Brian E. Greer, Esq.<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York NY 10036-6797 | | brian.greer@dechert.com | Email |
| Counsel to Select Medical Corporation | DECHERT LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq.<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104-2808 | | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 North French Street , 6th Floor<br>Wilmington DE 19801 | | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 North French Street<br>Wilmington DE 19801 | | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | | statetreasurer@state.de.us | Email |
| Counsel to Debtors | DLA Piper LLP (US) | Attn: Stuart M. Brown and Kaitlin MacKenzie Edelman<br>1201 N. Market Street<br>Suite 2100<br>Wilmington DE 19801 | | stuart.brown@dlapiper.com<br>kaitlin.edelman@dlapiper.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | | amish@doshilegal.com | Email |
| Counsel to PMA Insurance Group | Earp Cohn P.C. | Attn: Allen A. Etish, Esquire<br>20 Brace Road<br>Suite 400<br>Cherry Hill NJ 08034 | | aetish@earpcohn.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham, Esquire and Sarah Morrissey, Esquire<br>10 Bank Street<br>Suite 700<br>White Plains NY 10606 | | cgraham@eckertseamans.com<br>smorrissey@eckertseamans.com | Email |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esquire<br>222 Delaware Avenue<br>7th Floor<br>Wilmington DE 19801 | | tlattomus@eckertseamans.com<br>boneill@eckertseamans.com | Email |
| Top 30 Largest Unsecured Creditors | Efficient Management Resource Systems, Inc. | ATTN: WILLIAM PALLEY<br>19830 WEST SPLIT OAK ROAD<br>CHATSWORTH CA 91311 | | | Overnight Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | 215-814-5103 | | Fax and Overnight Mail |
| Top 30 Largest Unsecured Creditors | Freedom Medical, Inc. | ATTN: ERIC S. WENZEL<br>219 WELSH POOL ROAD<br>EXTON PA 19341 | | ewenzel@freedommedical.com | Email |
| Debtors' Restructuring Advisors | FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff<br>214 North Tryon Street<br>Suite 1900<br>Charlotte NC 28202 | | andrew.hinkelman@fticonsulting.com<br>jennifer.byrne@fticonsulting.com<br>christopher.goff@fticonsulting.com | Email |
| Counsel to Efficient Management Resource Systems, Inc.. | Garner Health Law Corporation | Attn: Craig B. Garner, Esq.<br>13274 Fiji Way<br>Suite 250<br>Marina del Rey CA 90292 | | craig@garnerhealth.com | Email |
| Counsel to Viola Ovchar | Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis<br>5990 Sepulveda Blvd. #630<br>Sherman Oaks CA 91411 | | srand-lewis@randandrand-lewisplcs.com<br>grand@randandrand-lewisplcs.com | Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Gibbons P.C. | Attn: Natasha Songonuga<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington DE 19801-1671 | | nsongonuga@gibbonslaw.com | Email |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq.<br>40 Wall Street, 37th Floor<br>New York NY 10005 | | ahalperin@halperinlaw.net<br>dcohen@halperinlaw.net | Email |
| Top 30 Largest Unsecured Creditors | Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | ATTN: JOSEPH ANTONELLI, ESQ. and JANELLE CARNEY, ESQ.<br>C/O LAW OFFICE OF JOSEPH ANTONELLI<br>14758 PIPELINE AVE, SUITE E, 2ND FLOOR<br>CHINO HILLS CA 91709 | | jantonelli@antonellilaw.com | Email |
| Counsel to Healthcare Finance Partners, Corp. | Hogan ◆ McDaniel | Attn: Daniel K. Hogan, Esq.<br>1311 Delaware Avenue<br>Wilmington DE 19806 | | dkhogan@dkhogan.com | Email |
| Counsel to IBM Credit LLC | IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator<br>Av. Pasteur 146 & 138<br>Rio de Janeiro RJ 22290-240 Brazil | | cgoulart@br.ibm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to IBM Credit LLC (Case No. 18-12499) | IBM Credit LLC | Attn: Paul Wearing<br>Special Handling Group<br>7100 Highlands Pkwy<br>Smyrna GA 30082 | | | Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 267-941-1015 | | Fax |
| Counsel to VFI KR SPE I, LLC and Varilease Finance, Inc. | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford<br>27777 Franklin Road<br>Suite 2500<br>Southfield MI 48034-8214 | | jwelford@jaffelaw.com | Email |
| Counsel to Rouge General Medical Center | Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin<br>445 N. Boulevard, Suite 300<br>P.O. Box 2997<br>Baton Rouge LA 70821-2997 | | david@kswb.com | Email |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq.<br>919 Market Street<br>Suite 1000<br>Wilmington DE 19801-3062 | | dpacitti@klehr.com | Email |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq.<br>1835 Market Street<br>Suite 1400<br>Philadelphia PA 19103 | | mbranzburg@klehr.com | Email |
| Counsel to Creditor Harbor Pointe Air Conditioning & Control Systems, Inc. | Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq.<br>100 Pacifica<br>Suite 370<br>Irvine CA 92618 | | hallie@hannahlaw.com | Email |
| Counsel to Coastline Anesthesia and Pain Medical Group | Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq.<br>547 S. Marengo Avenue<br>Pasadena CA 91101 | | bayleyco@me.com | Email |
| Counsel to AGF Investment Fund 5, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq.<br>10250 Constellation Boulevard<br>Suite 1700<br>Los Angeles CA 90067 | | GEK@lnbyb.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | | dallas.bankruptcy@publicans.com | Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel<br>P.O. Box 3064<br>Houston TX 77253-3064 | | houston_bankruptcy@publicans.com | Email |
| Counsel for Aetna Health Inc. and certain affiliated entities | McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq.<br>405 N. King Street<br>8th Floor<br>Wilmington DE 19801 | | mrifino@mccarter.com<br>kbuck@mccarter.com | Email |

In re: Promise Healthcare Group, LLC, et al.
Case No. 18-12491 (CSS)

Page 3 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Proposed Special Counsel for the Silver Lake Debtors in Connection with the Sale of the Silver Lake Medical Center | McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker<br>444 West Lake Street<br>Suite 4000<br>Chicago IL 60606 | | wsmith@mwe.com<br>jkapp@mwe.com<br>mpreusker@mwe.com | Email |
| Counsel to agent for prepetition credit facility | McGuireWoods LLP | Attn: Art Gambill<br>Promenade<br>1230 Peachtree Street, N.E., Suite 1200<br>Atlanta GA 30309-3534 | | agambill@mcguirewoods.com | Email |
| Counsel to Wells Fargo Bank, National Association | McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley<br>77 West Wacker Drive<br>Suite 4100<br>Chicago IL 60601-1818 | | bswett@mcguirewoods.com<br>ashipley@mcguirewoods.com | Email |
| Counsel to Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | | | Overnight Mail |
| Counsel to AGF Investment Fund 5, LLC | Morris James LLP | Attn: Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | | bfallon@morrisjames.com | Email |
| Counsel for Concordia Bank & Trust Company | Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II<br>1201 N. Market St.<br>16th Floor<br>Wilmington DE 19899-1347 | | aremming@mnat.com<br>jbarsalona@mnat.com | Email |
| Top 30 Largest Unsecured Creditors | Morrison Management Resources Systems, Inc. | ATTN: JERRY CARPENTER<br>4721 MORRISON DRIVE<br>SUITE 300<br>MOBILE AL 36609 | 251-461-3193 | | Fax |
| Counsel to DaVita, Inc. | Moye White LLP | Attn: Timothy M. Swanson<br>1400 16th Street<br>Sixth Floor<br>Denver CO 80202 | | tim.swanson@moyewhite.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Benjamin Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | | benjamin.a.hackman@usdoj.gov | Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq.<br>230 Park Avenue<br>New York NY 10169 | | jfeeney@otterbourg.com<br>ryan@otterbourg.com<br>mmaizel@otterbourg.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq.<br>919 N. Market Street<br>17th Floor<br>Wilmington DE 19801 | | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Email |
| City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer<br>P.O. Box 8188<br>Wichita Falls TX 76307 | | jbaer@pbfcm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | | jeremy.johnson@polsinelli.com | Email |
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | Attn: Shanti M. Katona, Brenna A. Dolphin<br>222 Delaware Ave, Suite 1101<br>Wilmington DE 19801 | | bdolphin@polsinelli.com | Email |
| Counsel to LADMC, LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | | jryan@potteranderson.com<br>rmcneill@potteranderson.com | Email |
| Counsel to Pacific Hospital Management, Inc., a California Corporation, dba Promise Hospital of San Diego, California | Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont<br>500 Hopyard Road<br>Suite 225<br>Pleasanton CA 94588 | | pvermont@randicklaw.com | Email |
| Counsel to Wells Fargo Bank, National Association | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com | Email |
| Counsel to AmeriHealth Caritas Louisiana, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | | luke.murley@saul.com | Email |
| Counsel to the SWC Landlords | Schulte Roth & Zabel LLP | Attn: Rose Cherson<br>919 Third Avenue<br>New York NY 10022 | | rose.cherson@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F Street NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Email |
| Counsel to Spectrum a/k/a Charter Communications, Inc | Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq.<br>30 Rockefeller Plaza<br>New York NY 10112 | | etillinghast@sheppardmullin.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq.<br>The Legal Center<br>One Riverfront Plaza<br>Newark NJ 07102 | | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>rbrennan@sillscummis.com | Email |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Steven L. Walsh<br>One Rodney Square<br>P.O. Box 636<br>Wilmington DE 19899-0636 | | steven.walsh@skadden.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to Webb Shade Memorial Fund | Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield<br>500 Creek View Road<br>Suite 304<br>Newark DE 19711 | | lhatfield@sterneisenberg.com | Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren<br>919 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | | jhh@stevenslee.com<br>ebc@stevenslee.com | Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Robert Lapowsky<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | | rl@stevenslee.com | Email |
| Admitted Pro Hac Vice as Counsel for<br>C. Randolph Tillman & Christopher H. Cheek | Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown<br>301 Main Street, Suite 1640<br>P. O. Box 2348<br>Baton Rouge LA 70821-2348 | | dstewart@stewartrobbins.com<br>bbrown@stewartrobbins.com | Email |
| Top 30 Largest Unsecured Creditors | Surgical Program Development | ATTN: BRENDAN BAKIR<br>18000 STUDEBAKER ROAD<br>SUITE 700<br>CERRITOS CA 90703 | 310-861-5001 | | Fax |
| Counsel to the Texas Health and Human Services Commission | Texas Attorney General's Office | Attn: J. Casey Roy<br>Bankruptcy & Collections Division<br>P.O. Box 12548- MC 008<br>Austin TX 78711-2548 | | casey.roy@oag.texas.gov | Email |
| Counsel for the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | | sherri.simpson@oag.texas.gov<br>christopher.murphy@oag.texas.gov | Email |
| Counsel to Medline Industries, Inc. | The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | | leonhardt@teamrosner.com<br>gibson@teamrosner.com | Email |
| Counsel for The San Diego County Treasurer-Tax Collector of California | Treasurer-Tax Collector | Attn: Dan McAllister<br>Bankruptcy Desk<br>1600 Pacific Highway, Room 162<br>San Diego CA 92101 | 619-685-2589 | | Fax |
| United States Department of Justice | U.S. Department of Justice | Attn: General Counsel<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | | Overnight Mail |
| Counsel to the United States | U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | | seth.shapiro@usdoj.gov | Email |
| US Counsel to the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly<br>c/o Ellen Slights<br>1007 Orange Street, Suite 700, P.O. Box 2046<br>Wilmington DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to LADMC, LLC | Valensi Rose, PLC | Attn: Gary F. Torrell, Esq.<br>1888 Century Park East<br>Suite 1100<br>Los Angeles CA 90067 | 310-277-1706 | | Fax |
| Counsel to Ally Bank | Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com | Email |
| Counsel to Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne<br>511 Union Street<br>Suite 2700<br>Nashville TN 37219 | | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>blake.roth@wallerlaw.com<br>Tyler.Layne@wallerlaw.com | Email |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association | Attn: Specialty Finance Loan Portfolio Manager<br>2450 Colorado Avenue, Suite 3000 West<br>Santa Monica CA 90404 | | | Overnight Mail |
| Counsel to Concordia Bank & Trust Company | Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski<br>2312 S MacArthur Dr.<br>P.O. Box 13199<br>Alexandria LA 71315-3199 | | steve@wheelis-rozanski.com | Email |
| Counsel to the SWC Landlords | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | | csamis@wtplaw.com | Email |
| Counsel to William A. Catlett, L.L.C. | William A. Catlett, L.L.C. | Attn: William A. Catlett<br>Dill Bamvakais Building<br>9939 Gravois Road<br>St. Louis MO 63123 | | william@catlett.biz | Email |
| Top 30 Largest Unsecured Creditors | Wound Care Management, LLC D/B/A Medcentris | ATTN: PETE HARTLEY<br>16065 LAMONTE DRIVE<br>HAMMOND LA 70403 | | | Overnight Mail |
| Counsel to Select Medical Corporation | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com | Email |

**Exhibit B**

Exhibit B
Attorneys General Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7037642 | STATE OF ARIZONA ATTORNEY GENERAL | | | | | | | | aginfo@azag.gov | Email |
| 7037643 | STATE OF CALIFORNIA ATTORNEY GENERAL | | | | | | | | bankruptcy@coag.gov | Email |
| 7037653 | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | | TALLAHASSEE | FL | 32399-1050 | | Overnight Mail |
| 7037654 | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE., 2ND FLOOR | | | TOPEKA | KS | 66612-1597 | | Overnight Mail |
| 7037646 | STATE OF LOUISIANA ATTORNEY GENERAL | | | | | | | | ConsumerInfo@ag.state.la.us | Email |
| 7037656 | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200 | P.O. BOX 220 | JACKSON | MS | 39201 | | Overnight Mail |
| 7037647 | STATE OF MISSOURI ATTORNEY GENERAL | | | | | | | | attorney.general@ago.mo.gov | Email |
| 7037649 | STATE OF TEXAS ATTORNEY GENERAL | | | | | | | | public.information@oag.state.tx.us | Email |
| 7037650 | STATE OF UTAH ATTORNEY GENERAL | | | | | | | | uag@utah.gov | Email |

**Exhibit C**

# Exhibit C

Agenda Respondents Service List
Served via Email

---

Case 18-12491-CSS Doc 1794 Filed 03/25/20 Page 15 of 16

**Exhibit D**

# Exhibit D

Supplemental Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Arent Fox LLP | Attn: Robert M. Hirsh | robert.hirsh@arentfox.com |
| Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com |
| Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire | ralphascher@aol.com |
| Barnes & Thornburg LLP | Attn: David M. Powlen & Kevin G. Collins | david.powlen@btlaw.com; kevin.collins@btlaw.com |
| Barness & Barness LLP | Attn: Daniel I. Barness | Daniel@BarnessLaw.com |
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser | jalberto@bayardlaw.com; efay@bayardlaw.com; gflasser@bayardlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. | lmartin@bernsteinlaw.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | kottaviano@blankrome.com; ptinkham@blankrome.com |
| Blank Rome LLP | Attn: Victoria A. Guilfoyle | guilfoyle@blankrome.com |
| Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick | RBovarnick@rbovarnick.com |
| Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone | joseph.titone@bswllp.com |
| Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq. | pwebster@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Mary F. Caloway, Esquire | mary.caloway@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire | jfalgowski@burr.com |
| Burr & Forman LLP | Attn: Patrick Warfield, Esquire | pwarfield@burr.com |
| California Office of the Attorney General | Attn: Kenneth K. Wang | kenneth.wanh@doj.ca.gov |
| Cardinal Health Pharma | ATTN: TYRONZA WALTON | Tyronza.Walton@cardinalhealth.com |
| Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq. | acornelius@costell-law.com; ssaad@costell-law.com |