**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

In re:                      :     Chapter 11
                             :

PROMISE HEALTHCARE GROUP, LLC, *et*  :     Case No. 18-12491 (CSS)
*al.*,[1]                           :
                           :     (Jointly Administered)
             Debtors.      :
                           x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>AFFIDAVIT OF SERVICE</u>

I, Andrew G. Vignali, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by email on the Core/2002 Service List attached hereto as **<u>Exhibit A</u>**:

- Notice of Rescheduled Hearing [Docket No. 1901]

*[Remainder of Page Intentionallly Left Blank]*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: July 7, 2020

<div align="right">

*/s/ Andrew G. Vignali*
Andrew G. Vignali

</div>

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 7, 2020, by Andrew G. Vignali, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 43649

**Exhibit A**

# Exhibit A

Core/2002 Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to AKF3 Yamato, LLC | Arent Fox LLP | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Counsel to Medline Industries, Inc. | Arent Fox LLP | robert.hirsh@arentfox.com |
| Counsel to Southland Management Group, Inc. | Ascher & Associates, P.C. | ralphascher@aol.com |
| Counsel for Dell Financial Services, LLC | Austria Legal, LLC | maustria@austriallc.com |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg LLP | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Counsel to Doctors Infection Control Services, Inc. | Barness & Barness LLP | Daniel@BarnessLaw.com |
| Counsel to Freedom Medical, Inc. | Bayard, P.A. | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com |
| Counsel to Alamo Mobile X-Ray & EKG Services, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com |
| Counsel to Creditor, Beckman Coulter Inc. | Bernstein-Burkley, P.C. | lmartin@bernsteinlaw.com |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Counsel for CVP Loan | Blank Rome LLP | kottaviano@blankrome.com<br>ptinkham@blankrome.com |
| Counsel for CVP Loan | Blank Rome LLP | guilfoyle@blankrome.com |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Bovarnick and Associates, LLC | RBovarnick@rbovarnick.com |
| Counsel to Our Lady of the Lake Hospital, Inc. | Breazeale, Sachse & Wilson, LLP | joseph.titone@bswllp.com |
| Interested Party (Case No. 18-12492) | Buchalter, A Professional Corporation | pwebster@buchalter.com |



Exhibit A
Core/2002 Service List
Served via email

| | | |
|---|---|---|
| Counsel to Nautilus Insurance Company | Buchanan Ingersoll & Rooney PC | mary.caloway@bipc.com |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | jfalgowski@burr.com |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | pwarfield@burr.com |
| Counsel to California Dept. of Health Care Services | California Office of the Attorney General | kenneth.wanh@doj.ca.gov |
| Top 30 Largest Unsecured Creditors | Cardinal Health Pharma | Tyronza.Walton@cardinalhealth.com |
| Counsel to Efficient Management Resource Systems, Inc.. | Costell & Cornelius Law Corp | acornelius@costell-law.com<br>ssaad@costell-law.com |
| Counsel to Ally Bank | Cross & Simon, LLC | jgrey@crosslaw.com |
| Counsel to Select Medical Corporation | DECHERT LLP | brian.greer@dechert.com |
| Counsel to Select Medical Corporation | DECHERT LLP | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com |
| Delaware Attorney General | Delaware Attorney General | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | fasnotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | dosdoc_ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | statetreasurer@state.de.us |
| Counsel to Debtors | DLA Piper LLP (US) | stuart.brown@dlapiper.com<br>kaitlin.edelman@dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | amish@doshilegal.com |
| Counsel to PMA Insurance Group | Earp Cohn P.C. | aetish@earpcohn.com |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | cgraham@eckertseamans.com<br>smorrissey@eckertseamans.com |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | tlattomus@eckertseamans.com<br>boneill@eckertseamans.com |
| Top 30 Largest Unsecured Creditors | Freedom Medical, Inc. | ewenzel@freedommedical.com |
| Debtors' Restructuring Advisors | FTI Consulting | andrew.hinkelman@fticonsulting.com<br>jennifer.byrne@fticonsulting.com<br>christopher.goff@fticonsulting.com |

Exhibit A
Core/2002 Service List
Served via email

| | | |
|---|---|---|
| Counsel to Efficient Management Resource Systems, Inc.. | Garner Health Law Corporation | craig@garnerhealth.com |
| Counsel to Viola Ovchar | Gary Rand & Suzanne E. Rand-Lewis PLCS | srand-lewis@randandrand-lewisplcs.com grand@randandrand-lewisplcs.com |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Gibbons P.C. | nsongonuga@gibbonslaw.com |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Halperin Battaglia Benzija, LLP | ahalperin@halperinlaw.net dcohen@halperinlaw.net |
| Top 30 Largest Unsecured Creditors | Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | jantonelli@antonellilaw.com |
| Counsel to Healthcare Finance Partners, Corp. | Hogan ◆ McDaniel | dkhogan@dkhogan.com |
| Counsel to IBM Credit LLC | IBM Credit LLC | cgoulart@br.ibm.com |
| Counsel to VFI KR SPE I, LLC and Varilease Finance, Inc. | Jaffe Raitt Heuer & Weiss, P.C. | jwelford@jaffelaw.com |
| Counsel to Rouge General Medical Center | Kantrow Spaht Weaver and Blitzer (APLC) | david@kswb.com |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | dpacitti@klehr.com |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | mbranzburg@klehr.com |
| Counsel to Creditor Harbor Pointe Air Conditioning & Control Systems, Inc. | Law Office of Mitchell B. Hannah | hallie@hannahlaw.com |
| Counsel to Coastline Anesthesia and Pain Medical Group | Law Offices of Guy R. Bayley | bayleyco@me.com |
| Counsel to AGF Investment Fund 5, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | GEK@lnbyb.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@publicans.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Counsel for Aetna Health Inc. and certain affiliated entities | McCarter & English, LLP | mrifino@mccarter.com kbuck@mccarter.com |

Exhibit A
Core/2002 Service List
Served via email

| | | |
|---|---|---|
| Proposed Special Counsel for the Silver Lake Debtors in Connection with the Sale of the Silver Lake Medical Center | McDermott Will & Emery LLP | wsmith@mwe.com jkapp@mwe.com mpreusker@mwe.com |
| Counsel to agent for prepetition credit facility | McGuireWoods LLP | agambill@mcguirewoods.com |
| Counsel to Wells Fargo Bank, National Association | McGuirewoods LLP | bswett@mcguirewoods.com ashipley@mcquirewoods.com |
| Counsel to AGF Investment Fund 5, LLC | Morris James LLP | bfallon@morrisjames.com |
| Counsel for Concordia Bank & Trust Company | Morris, Nichols, Arsht & Tunnell LLP | aremming@mnat.com jbarsalona@mnat.com |
| Counsel to DaVita, Inc. | Moye White LLP | tim.swanson@moyewhite.com |
| United States Trustee District of Delaware | Office of the United States Trustee | benjamin.a.hackman@usdoj.gov |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Otterbourg P.C. | jfeeney@otterbourg.com ryan@otterbourg.com mmaizel@otterbourg.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | jpomerantz@pszjlaw.com bsandler@pszjlaw.com crobinson@pszjlaw.com |
| City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | jbaer@pbfcm.com |
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | jeremy.johnson@polsinelli.com |
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | bdolphin@polsinelli.com |
| Counsel to LADMC, LLC | Potter Anderson & Corroon LLP | jryan@potteranderson.com rmcneill@potteranderson.com |
| Counsel to Pacific Hospital Management, Inc., a California Corporation, dba Promise Hospital of San Diego, California | Randick O'Dea & Tooliatos, LLP | pvermont@randicklaw.com |

Exhibit A
Core/2002 Service List
Served via email

| | | |
|---|---|---|
| Counsel to Wells Fargo Bank, National Association | Richards, Layton & Finger, P.A. | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com |
| Counsel to AmeriHealth Caritas Louisiana, Inc. | Saul Ewing Arnstein & Lehr LLP | luke.murley@saul.com |
| Counsel to the SWC Landlords | Schulte Roth & Zabel LLP | rose.cherson@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Counsel to Spectrum a/k/a Charter Communications, Inc | Sheppard Mullin Richter & Hampton LLP | etillinghast@sheppardmullin.com |
| Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>rbrennan@sillscummis.com |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Skadden, Arps, Slate, Meagher & Flom LLP | steven.walsh@skadden.com |
| Counsel to Webb Shade Memorial Fund | Stern & Eisenberg Mid-Atlantic, PC | lhatfield@sterneisenberg.com |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | jhh@stevenslee.com<br>ebc@stevenslee.com |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | rl@stevenslee.com |
| Admitted Pro Hac Vice as Counsel for<br>C. Randolph Tillman & Christopher H. Cheek | Stewart Robbins & Brown LLC | dstewart@stewartrobbins.com<br>bbrown@stewartrobbins.com |
| Counsel for Dell Financial Services, LLC | Streusand, Landon, Ozburn & Lemmon, LLP | streusand@slollp.com<br>nguyen@slollp.com |
| Counsel to the Texas Health and Human Services Commission | Texas Attorney General's Office | casey.roy@oag.texas.gov |

## Exhibit A
### Core/2002 Service List
Served via email

| | | |
|---|---|---|
| Counsel for the Texas Comptroller of Public Accounts | Texas Attorney General's Office | sherri.simpson@oag.texas.gov<br>christopher.murphy@oag.texas.gov |
| Counsel to Medline Industries, Inc. | The Rosner Law Group LLC | leonhardt@teamrosner.com<br>gibson@teamrosner.com |
| Counsel to the United States | U.S. Department of Justice | seth.shapiro@usdoj.gov |
| US Counsel to the District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Ally Bank | Waller Lansden Dortch & Davis, LLP | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com |
| Counsel to Debtors | Waller Lansden Dortch & Davis, LLP | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>blake.roth@wallerlaw.com<br>Tyler.Layne@wallerlaw.com |
| Counsel to Concordia Bank & Trust Company | Wheelis & Rozanski, APLC | steve@wheelis-rozanski.com |
| Counsel to the SWC Landlords | Whiteford, Taylor & Preston LLC | csamis@wtplaw.com |
| Counsel to William A. Catlett, L.L.C. | William A. Catlett, L.L.C. | william@catlett.biz |
| Counsel to Select Medical Corporation | Young Conaway Stargatt & Taylor, LLP | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com |