**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
PROMISE HEALTHCARE GROUP, LLC, *et*       :    Case No. 18-12491 (CSS)
*al.*,[1]                                  :
                                          :    (Jointly Administered)
                    Debtors.              :
                                          x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**<u>AFFIDAVIT OF SERVICE</u>**

I, Andrew G. Vignali, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail and email on the Fee Application Service List attached hereto as **<u>Exhibit A</u>**:

- Certificate of No Objection regarding Nineteenth Monthly Application of DLA Piper LLP (US) for Allwoance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the period May 1, 2020 through May 31, 2020 [Docket No. 1909]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: July 10, 2020

/s/ Andrew G. Vignali
Andrew G. Vignali

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 10, 2020, by Andrew G. Vignali, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 43837

**<u>Exhibit A</u>**

Exhibit A

Fee Application Service List
Served via first class mail and email

| NAME | ATTENTION | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|------|-----------|---------|------|-------|-------------|-------|
| Blank Rome LLP | Attn: Kenneth J. Ottaviano | 444 West Lake Street, Suite 1650 | Chicago | IL | 60606 | kottaviano@blankrome.com |
| DLA Piper LLP (US) | Attn: Stuart M. Brown, Kaitlin MacKenzie Edelman | 1201 North Market Street, Suite 2100 | Wilmington | DE | 19801 | stuart.brown@dlapiper.com kaitlin.edelman@dlapiper.com |
| Katten Muchin Rosenman | Attn: Geoffrey King, Partner | 525 West Monroe Street | Chicago | IL | 60661-3693 | geoffrey.king@kattenlaw.com |
| M.J. Renick & Associates LLC | Attn: M. Jacob Renick | 51 Seacord Road | New Rochelle | NY | 10804 | jrenick@mjrenick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Colin R. Robinson | 919 North Market Street 17th Floor | Wilmington | DE | 19801 | crobinson@pszjlaw.com |
| Promise Healthcare Group, LLC | Attn: Andrew Hinkelman | 999 Yamato Road, 3rd Floor | Boca Raton | FL | 33431 | andrew.hinkelman@fticonsulting.com |
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman Boris I. Mankovetskiy | One Riverfront Plaza | Newark | NJ | 07102 | asherman@sillscummis.com bmankovetskiy@sillscummis.com |
| The Office of the United States Trustee | Attn: Benjamin Hackman | District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35 | Wilmington | DE | 19801 | benjamin.a.hackman@usdoj.gov |
| Waller Lansden Dortch & Davis, LLP | Attn: John Tishler , Katie Stenberg | 511 Union Street, Suite 2700 | Nashville | TN | 37219 | john.tishler@wallerlaw.com katie.stenberg@wallerlaw.com |