# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : | Case No. 18-12491 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| PROMISE HEALTHCARE, INC., BOSSIER LAND ACQUISITION CORP., PROMISE HEALTHCARE OF LOUISIANA, INC., AND PROMISE PROPERTIES OF SHREVEPORT, LLC: | : | Adv. Proc. No. 19-50776 (CSS) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KPC PROMISE HEALTHCARE, LLC and STRATEGIC GLOBAL MANAGEMENT, INC., | : | |
| | : | |
| Defendants. | : | |

---

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* HEARING ON AUGUST 11, 2020 AT 10:00 A.M. (ET)[2]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

---

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 <u>no later than August 11th at 8:30 a.m. to sign up</u>. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

Topic: Promise 18-12491
Time: Aug 11, 2020 10:00 AM Eastern Time (US and Canada)

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1608446332

**Meeting ID: 160 844 6332**
**Passcode: 350798**

**Join by SIP**

**MATTERS WITH CERTIFICATION OF COUNSEL [COC/CNO]:**

1. Motion of The Debtors to Approve Settlement Among Debtors and Dell Financial Services L.L.C. [D.I. 1925; Filed 7/21/20].

   **Response Deadline:** August 4, 2020 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Certificate of No Objection Regarding Motion of The Debtors to Approve Settlement Among Debtors and Dell Financial Services L.L.C. [D.I. 1973; Filed 8/6/20].

   B. Order Approving Settlement Among Debtors and Dell Financial Services L.L.C. [D.I. 1975; Filed 8/6/20].

   **Responses Received**: None.

   **Status:** An order has been entered for this matter, therefore no hearing is necessary.

**PRETRIAL CONFERENCE:**

2. Promise Healthcare, Inc. *et al.* vs. KPC Promise Healthcare, LLC *et al.* [Adversary Proceeding No. 19-50776-CSS] (Pretrial Conference).

   **Response Deadline:** Extended to January 6, 2020 at 4:00 p.m. (ET).

**Related Documents:**

A. Complaint to Recover Damages for Tortious Interference With Contractual Relations [D.I. 1; Filed 11/8/19].

B. Answer and Affirmative Defenses to Complaint and Counterclaim [D.I. 9; Filed 1/6/20].

C. Answer and Affirmative Defenses to Counterclaims [D.I. 17; Filed 2/5/20].

D. Plaintiffs' Motion for Summary Judgment [D.I. 25; Filed 6/9/20].

E. Plaintiffs' Brief in Support of Motion for Summary Judgment [D.I. 26; Filed 6/9/20].

F. Declaration of Stuart M. Brown in Support of Plaintiffs' Motion for Summary Judgment [D.I. 27; Filed 6/9/20].

G. Motion for (a) Entry of Pre-Trial Scheduling Order and (b) Extension of Time to Respond to Debtors' Premature Motion for Summary Judgment [D.I. 29; Filed 6/16/20].

H. Plaintiffs' Limited Objection to Defendants' Motion for (A) Entry of Pre-Trial Scheduling Order and (B) Extension of Time to Respond to Debtors' Motion for Summary Judgment [D.I. 30; Filed 6/24/20].

I. Notice of Service of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to DLA Piper LLP (US) [D.I. 32; Filed 6/25/20].

J. Notice of Service of Suboena for the Production of Documents to Intensive Specialty Hospital LLC; Lexmark Holdings, LLC; Mark Tress; FTI Consulting, Inc.; TNW Capital LLC; Waller Lansden Dortch & Davis LLP; and Hancock Whitney Bank [D.I. 33; Filed 6/29/20].

K. Notice of Service of Defendants First Set of Document Requests and First Set of Interrogatories Directed to Promise Healthcare, Inc., Bossier Land Acquisition Corp., Promise Healthcare of Louisiana, Inc., and Promise Properties of Shreveport, LLC [D.I. 35; Filed 7/1/20].

L. Notice of Service of Subpoena to Produce Documents to SWFF LLC and Stephen Werdiger [D.I. 36; Filed 7/1/20].

M. Reply in Further Support of Defendants Motion for (A) Entry of Pre-Trial Scheduling Order and (B) Extension of Time to Respond to Debtors Premature Motion for Summary Judgment [D.I. 37; Filed 7/1/20].

N. Notice of Service of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in the Bankruptcy Case (or Adversary Proceeding) to iBERIABANK Corporation [D.I. 38; Filed 7/7/20].

O. Notice of Service of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in the Bankruptcy Case (or Adversary Proceeding) to Deutsche Bank Trust Corporation c/o C T Corporation System; Wells Fargo & Company, c/o Corporation Service Company; and Houlihan Lokey Capital, Inc., c/o Corporation Service Company d/b/a CSC Lawyers Incorporating Service [D.I. 39; Filed 7/8/20].

P. Notice of Completion of Briefing [D.I. 40; Filed 7/15/20].

Q. Order [D.I. 41; Filed 7/27/20].

**Status:** This matter is going forward as a pre-trial conference.

Dated: August 7, 2020
Wilmington, Delaware

DLA PIPER LLP (US)

/s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
Katie.Stenberg@wallerlaw.com
Blake.Roth@wallerlaw.com
Tyler.Layne@wallerlaw.com

*Attorneys for the Debtors and Debtors in Possession*

4
EAST\175730983.2