# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | Chapter 11 |
| : | |
| PROMISE HEALTHCARE GROUP, : | Case No. 18-12491 (CSS) |
| LLC, *et al.*, : | (Jointly Administered) |
| : | |
| Debtors. : | |

## STIPULATION REGARDING PLAN BALLOT OF
## AETNA, INC. AND ITS AFFILIATED ENTITIES

**WHEREAS**, Aetna, Inc. and its affiliated entities ("Aetna") have filed proofs of claim against the bankruptcy estate of Promise Healthcare Group LLC and related debtor entities (collectively, the "Debtors");

**WHEREAS**, the Debtors seek the approval of their Amended Chapter 11 Plan of Liquidation (the "Plan");

**WHEREAS**, Aetna received a ballot with respect to the Plan (the "Ballot");

**WHEREAS**, the Ballot indicates that the amount of Aetna's general unsecured claims against the Debtors' bankruptcy estates is $110,845.30;

**WHEREAS**, Aetna asserts that the amount of its general unsecured claims against the Debtors' bankruptcy estates exceeds $110,845.30;

**WHEREAS**, Aetna wishes to cast a ballot regarding the Plan without making a concession, admission, or admission against interest regarding the amount of its general unsecured claims against the Debtors' bankruptcy estates;

**IT IS HEREBY STIPULATED** by and between the parties that:

1. Aetna may cast the Ballot as a general unsecured claim in the amount of $110,845.30.

ME1 34129869v.1

2. Aetna's casting of the Ballot shall not constitute a concession, admission, or waiver of any right, interest, or argument regarding the amount of its general unsecured claims against the Debtors' bankruptcy estates.

3. All claims, objections, and/or arguments of the respective parties regarding the general unsecured claims of Aetna against the Debtors' bankruptcy estates shall be preserved.

| | |
|---|---|
| Dated: August 31, 2020 | Dated: August 31, 2020 |
| **McCARTER & ENGLISH, LLP** | **DLA PIPER LLP (US)** |
| /s/ *Matthew J. Rifino* | /s/ *Stuart M. Brown* |
| Matthew J. Rifino (DE# 4749) | Stuart M. Brown (DE# 4050) |
| Kate R. Buck (DE# 5140) | Matthew S. Sarna (DE# 6578) |
| 405 N. King Street, Suite 800 | 1201 N. Market Street, Suite 2100 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (T) 302.984.6300 | (T) 302.468.5700 |
| Mrifino@mccarter.com | Stuart.Brown@dlapiper.com |
| Kbuck@mccarter.com | Matthew.Sarna@dlapiper.com |
| | |
| *Attorneys for Aetna, Inc.* | And |
| *And its Affiliated Entities* | |
| | **WALLER LANSDEN DORTCH & DAVIS, LLP** |
| | John Tishler, Esquire |
| | Katie G. Stenberg, Esquire |
| | Blake D. Roth, Esquire |
| | Tyler N. Layne, Esquire |
| | 511 Union Street, Suite 2700 |
| | Nashville, Tennessee 37219 |
| | (T) 615.244.6380 |
| | Jtishler@wallerlaw.com |
| | Kstenberg@wallerlaw.com |
| | Broth@wallerlaw.com |
| | Tlayne@wallerlaw.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |