IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, *et al.*,<br><br>Debtors.[1] | § Chapter 11<br>§<br>§ Case No. 18-12491 (CSS)<br>§<br>§ (Jointly Administered)<br>§ |

## AFFIDAVIT OF PUBLICATION

I, Justin Plerqui, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes a sworn statement verifying that the *Notice of (A) Approval of Disclosure Statement, (B) Establishment of Procedure for the Solicitation and Tabulation of Votes to Accept or Reject the Plan (C) Approval of the Forms of Ballot and Solicitation Materials, (D) Establishment of Voting Record Date, (E) Scheduling of the Confirmation Hearing and Establishment of the Deadline for Filing Objections to Confirmation of the Plan, and (F) Approval of the Related Forms of Notice,* as conformed for publication, was published on September 1, 2020, in the national edition of *The New York Times* as described on **Exhibit A** attached hereto.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: September 1, 2020

/s/ Justin Plerqui
Justin Plerqui

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 1, 2020, by Justin Plerqui, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Liz Santodomingo
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 45705

**Exhibit A**



# PROOF OF PUBLICATION

Sep-01, 20**20**

I, Edgar Noblesala, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

Sep 1, 2020, NYT & Natl, pg B3

Sworn before me the

1 day of Sept., 2020.

_____
Notary Public

JAMES W SAPP
Notary Public, State of New York
NO. 01SA6190150
Qualified in New York County
Commission Expires 07/14/2024

# Trump Books Keep Coming, and Readers Can't Look Away

By ELIZABETH A. HARRIS
and ALEXANDRA ALTER



Since it was released in May, the latest book in the Hunger Games series, "The Ballad of Songbirds and Snakes," has sold 1.3 million copies, a home run of a best seller by publishing's standards.

Mary L. Trump's memoir about her uncle, "Too Much and Never Enough," outsold it in its first week.

Books about politicians and government are not considered surefire commercial hits. But since President Trump entered office, books about his campaign, his administration, his family, his business, his policies, even his golf game have poured out of publishing houses big and small.

And many of these titles have sold extraordinarily well.

"No matter what your political position, there's really no doubt that the strong feelings around the Trump administration have pushed book sales in a way we've never seen before in the political arena," said Kristen McLean, the executive director of business development at NPD Books, a market research firm. "The volume of best-selling titles is really remarkable."

Early on in Mr. Trump's presidency came the first big journalistic exposés, starting with Michael Wolff's "Fire and Fury" and then Bob Woodward's "Fear," which sold more than two million copies. Next came the insider accounts of the tumult within the White House from the many officials who resigned or were fired and sought to revive their reputations and fortunes with breathless, often newsmaking memoirs. Those included works by Anthony Scaramucci, who served for 11 days as the White House director of communications; Cliff Sims, another former White House communications aide; Omarosa Manigault Newman, former assistant to the president; James Comey, former F.B.I. director; John Bolton, former national security adviser; and Anonymous, a senior figure in the Trump administration.

If there was any concern that readers would grow tired of tell-alls, it has been relieved by sales figures. Trump book sales are still soaring: This summer, Mr. Bolton's book sold more than a million copies, while Ms. Trump's has gone into its 20th printing.

"Political books broadly have worked more or less in proportion to how polarizing the figure that they pitch is, and you don't get more polarizing than Donald J. Trump," said Eamon Dolan, an executive editor at Simon & Schuster who edited Ms. Trump's book. "However you feel about the president in political terms or existential terms for what he might do for or to the country, he makes great copy."

Despite how divisive Mr. Trump has been as a leader, "Trump is a very unifying figure for book buyers," Mr. Dolan added.

Indeed, there have been plenty of hits by conservative authors who support the president, including Edward Klein's "All Out War: The Plot to Destroy Trump," Lee Smith's "The Permanent Coup," Gregg Jarrett's "The Russia Hoax: The Illicit Scheme to Clear Hillary Clinton and Frame Donald Trump" and David Horowitz's recent book "BLITZ: Trump Will Smash the Left and Win." Mr. Trump recently tweeted in support of a forthcoming book by the Fox Business host Lou Dobbs titled "The Trump Century: How Our President Changed the Course of History Forever."

Thomas Spence, president of Regnery Publishing, which publishes conservative titles, said political books usually do better when they can rail against the opposition in power. But the Trump years have been good for Regnery.

"We've had a lot of successes," Mr. Spence said.

The boom times have extended beyond dishy memoirs and firebrand defenders. Even the Constitution has sold unusually well. Sales of that document are up 40 percent over the same period during President Barack Obama's second term. And the Mueller report, which was public domain and available online for free, sold hundreds of thousands of copies when publishers released their own editions.

"Negative, positive, left, right — this last three or four years has lifted all boats," said Robert B. Barnett, a Washington lawyer who brokers major book deals on both sides of the aisle.

Real-time political books detailing the inner workings of an administration have been a popular genre for decades, dating to the Eisenhower era. But the volume of titles, and the audience for them, has surged in recent years. With the rise of partisan-inflected cable news, and the growing polarization of the media and the public beginning in the 1990s, when scandals surrounding the Clintons fueled fury on the right and defensive tactics on the left, publishers started releasing more partisan books in an effort to appeal to readers across the political spectrum.

The subgenres that have emerged — books that praise the president, books that criticize him, White House memoirs, journalistic narratives — have taken off to an unprecedented degree under Mr. Trump, said Jon Meacham, a biographer and the author of books about Presidents Thomas Jefferson, Andrew Jackson, Franklin Roosevelt and George Bush.

"Trump has heightened the interest in politics, for good and for ill," he said. "It's an inherently dramatic moment, it's tribally fierce, it's urgent, so there is this amazing appetite for all things political."

In the last four years, there have been more than 1,200 unique titles about Mr. Trump, compared with around 500 books about Mr. Obama and his administration during his first term, according to an analysis by NPD BookScan.



CHARLES KRUPA/ASSOCIATED PRESS
James Comey, the former F.B.I. director, is among the Trump administration officials to have written memoirs. He has a new book due in January.

There have been so many high-profile books about the Trump era that there's even a forthcoming book about all the Trump books: "What Were We Thinking," by the Washington Post book critic Carlos Lozada, who surveys some 150 titles that try to explain how Mr. Trump won and has governed, and what his presidency tells us about the country.

Also driving the unusually high volume and sales of Trump books is the churn of turnover in the West Wing, accelerating the normal timeline for insider accounts, which usually arrive after a president has left office. Mr. Trump has expressed his outrage over some of the books, responding with irate tweets and legal complaints that drive even more news coverage and further sales boosts.

Some in the industry credit the soaring sales of political books with lifting the industry overall in recent months, in spite of the pandemic and economic crisis. Print unit sales are up more than 5 percent this year so far compared with the same period in 2019, according to NPD BookScan.

With just two months before Election Day, a bumper crop of Trump books is landing. Next week Skyhorse, an independent publisher, is rushing out "Disloyal," a memoir from Michael Cohen, the president's former lawyer and fixer, who made explosive assertions about Mr. Trump's behavior in a foreword he released on his website. Skyhorse is anticipating a hit, with a first printing of 600,000.

Other significant Trump books coming this month include Mr. Woodward's "Rage," an investigative work that details Mr. Trump's dealings with North Korea and his handling of the coronavirus pandemic; a book by Andrew Weissmann, the lead prosecutor in the special counsel's office; a book about the F.B.I.'s investigation into Russia's election interference by Peter Strzok, a former F.B.I. deputy assistant director of counterintelligence, and "Donald Trump v. The United States: Inside the Struggle to Stop a President," by Michael S. Schmidt, an investigative reporter for The New York Times. A memoir from Rick Gates, a high-level aide on the 2016 campaign and a witness in the Russia investigation, is slated for October publication.

There is also "Melania and Me: The Rise and Fall of My Friendship With the First Lady," by Stephanie Winston Wolkoff, a former friend and adviser who has said she was forced out of the administration and "thrown under the bus" following reports about excessive spending on the inauguration, which she was closely involved in.

"There's always some publisher or some agent saying the interest in Trump is exhausted, this book did really well, but no one wants to read anymore about this," said Matt Latimer, a founder of Javelin, a Washington-based literary agency. "And then another book comes out that everyone wants to read. And it never ends."

What happens after the election, however, is unclear. Many in the industry wonder if the so-called Trump bump can be sustained if Mr. Trump is defeated, and whether sales of political books would suffer a post-Trump slump.

"There's always been an appetite for good insider-ish books, but the merry-go-round of the Trump administration and the turbulence of the last four years have created a level of intense interest that probably won't be repeated for some time," said Jonathan Burnham, the publisher of the HarperCollins imprint Harper.

While Mr. Trump provides the source material for these books, he doesn't appear to have the ability to increase sales of the ones he likes. Earlier this year, he posted on Twitter to his 86 million followers about a book called "Trump and Churchill: Defenders of Western Civilization," by Nick Adams. According to NPD BookScan, the book has sold only 2,810 copies since May. Post Hill Press, which published it, said a follow-up, "Trump and Reagan," was coming next year.

"When Donald Trump recommends a book, it has little impact on sales, but when Trump hates a book, it rockets to No. 1," said Mr. Latimer, the Washington literary agent. "You pray for Trump to hate your book, and you pray for him to tweet about it."

---

## Journalist Quits Kenosha News Over Headline

By MARC TRACY

A journalist resigned on Saturday from his job at The Kenosha News after objecting to the headline of an article that chronicled a rally in support of Jacob Blake, a Black man who was shot seven times in the back by a white Kenosha police officer.

The journalist, Daniel J. Thompson, a digital editor who said he was the only full-time Black staff member at the paper, which covers southeastern Wisconsin, said the headline did not accurately sum up the article and gave a false impression of the rally itself, which he attended. The rally for Mr. Blake, who was left paralyzed by the shooting on Aug. 23, included calls for unity from his father, Jacob Blake Sr., and Wisconsin's lieutenant governor, Mandela Barnes, the article said.

The headline, which appeared on the Kenosha News website on Saturday, highlighted a remark from one rally participant: "Kenosha speaker: 'If you kill one of us, it's time for us to kill one of yours.'" The online version of the article included a 59-second video showing the person who spoke those words, a Black man who was not identified by name.

Mr. Thompson, who joined the paper's newsroom three years ago, said he found the headline offbase. "The story is about the entire reaction of all the speakers and people in attendance, and that quote is one outlier falling within a flood of positive ones," he said in an interview.

He added that the speech made by Mr. Blake's father would have been more worthy of the headline. "The things that frustrated me most is Mr. Blake, Jacob Blake's father, himself personally, called for a night of peace, of no destruction, no riots," Mr. Thompson said.

The rally, billed as "Justice for Jacob," came days after Kyle Rittenhouse, a 17-year-old from Illinois, was charged with homicide in the killings of two protesters during earlier demonstrations in Kenosha. President Trump is scheduled to visit the Wisconsin city on Tuesday.

Mr. Thompson, 30, said he attended the Saturday rally but did not cover it. Shortly after 7 p.m. that day, he sent a text that included a screenshot of the headline to Bob Heisse, the executive editor of The Kenosha News.

"I don't even know if I can associate with the company after that," Mr. Thompson said in the text. "I need to calm down, but I wanted you to know immediately."

According to a screenshot provided by Mr. Thompson, Mr. Heisse responded, "Yes you should calm down. That is a public threat, and it is an exact quote at a rally that was to that point totally on message."

Mr. Thompson replied: "Then I quit."

Mr. Heisse confirmed that Mr. Thompson was no longer with The Kenosha News but would not go into detail, saying, "I do not comment on personnel matters." He added, "The community depends on us and we are working under challenging circumstances. We are telling all sides of the story with photos, videos and stories, and we will continue to do so."

In a video he posted on Facebook after his resignation, Mr. Thompson said, "I did what I did because today is about Jacob Blake. It's about his family, it's about moving forward together peacefully, and I saw that today, and that headline did not reflect it. And when they refused to change it, I quit."

He has set up a GoFundMe campaign and said he was contemplating "how I would run a media company in Kenosha and if that is a viable option for me."

By noon Sunday, the headline had been changed on the Kenosha News site. It now reads: "Kenosha speaker strays from message at rally."

"I hear the headline's been changed," Mr. Thompson wrote on Facebook. "Wow. Only took me quitting."

Susan Beachy contributed research.



JORDAN PAULEY
Daniel J. Thompson, who resigned from The Kenosha News on Sunday over its handling of the Jacob Blake story.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Chapter 11
PROMISE HEALTHCARE Case No. 18-12491 (CSS)
GROUP, LLC, et al.,¹ (Jointly Administered)
Debtors. Re: Docket No. 1971

NOTICE OF (A) APPROVAL OF DISCLOSURE STATEMENT, (B) ESTABLISHMENT OF PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, (C) APPROVAL OF THE FORMS OF BALLOT AND SOLICITATION MATERIALS, (D) ESTABLISHMENT OF VOTING RECORD DATE, (E) SCHEDULING OF THE CONFIRMATION HEARING AND ESTABLISHMENT OF THE DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, AND (F) APPROVAL OF THE RELATED FORMS OF NOTICE

PLEASE TAKE NOTICE OF THE FOLLOWING:

[Legal notice text continues with numbered paragraphs regarding approval of disclosure statement, solicitation procedures order, voting deadlines, confirmation hearing, and related bankruptcy proceedings for Promise Healthcare Group, LLC.]

Dated: August 7, 2020, Wilmington, Delaware
DLA PIPER LLP (US), /s/ Stuart M. Brown, Stuart M. Brown (#4050), Matthew S. Sarna (#6578), 1201 N. Market Street, Suite 2100, Wilmington, DE 19801, Telephone: (302) 468-5700, Facsimile: (302) 394-2341, Email: Stuart.Brown@dlapiper.com, Matthew.Sarna@dlapiper.com -and- WALLER LANSDEN DORTCH & DAVIS, LLP, John Tishler (admitted pro hac vice), Katie G. Stenberg (admitted pro hac vice), Blake D. Roth (admitted pro hac vice), Tyler N. Layne (admitted pro hac vice), 511 Union Street, Suite 2700, Nashville, TN 37219, Telephone: (615) 244-6380, Facsimile: (615) 244-6804, Email: John.Tishler@wallerlaw.com, Katie.Stenberg@wallerlaw.com, Blake.Roth@wallerlaw.com, Tyler.Layne@wallerlaw.com, Attorneys for the Debtors and Debtors in Possession

¹ The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: [list of Promise Healthcare affiliated entities and addresses follows].