UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                            CHAPTER 11
PROMISE HEALTHCARE GROUP, LLC, ET AL.    CASE NO. <u>18-12491</u> (CSS)

**GOVERNMENT ATTORNEY CERTIFICATION**

     Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent <u>Louisiana Department of Revenue</u> in this action:  I am admitted to practice law in (court(s))<u>  State of Louisiana and the U.S.D.C. for Eastern, Middle and Western Districts of Louisiana.</u>  I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

                                                        <u>/s/ Florence Bonaccorso-Saenz</u>

Agency/Organization: Louisiana Department of Revenue
Name: Florence Bonaccorso-Saenz
Address: 617 N. Third Street, Office 780
Baton Rouge, LA 70802
Phone: 225-219-2083 or 504-343-2833
Email: florence.saenz@la.gov

Local Form 105A