UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: Promise Healthcare Group, LLC						Case No. 18-12491

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRC MASTER FUND LLC | Certified Nursing Registry, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#:  N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Court Claim # (if known): N/A
Schedule # 998669
Amount of Claim:  USD$528.20
Date Claim Filed: N/A

Phone: (949) 680-6332
Last four digits of Acct.#:  N/A

Name and Current Address of Transferor:

Certified Nursing Registry, Inc.
2707 E. Valley Blvd
Suite 309
West Ciovina, CA 91792

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross						Date: September 9th, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Promise Hospital of East Los Angeles, L.P.
Case No. 18-12501 (the "Debtor")
(Jointly administered under Promise Healthcare Group, LLC, Case No. 18-1249)

Claim #N/A

**Certified Nursing Registry, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$528.20** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF September, 2020.

ASSIGNOR: Certified Nursing Registry, Inc.

_____
(Signature)

CRISTINA SY
(Print Name)

President
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Case 18-12491-CSS    Doc 2045    Filed 09/09/20    Page 3 of 4

Case 18-12491-CSS   Doc 624   Filed 02/04/19   Page 58 of 110
In re Promise Hospital of East Los Angeles, L.P.
Case No. 18-12501 (CSS)

Schedule E/F:  Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name, Mailing Address, Last 4 of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|
| CENTER FOR IMPROVEMENT IN<br>P.O. BOX 848<br>ROUND ROCK TX 78680 | VARIOUS DATES, TRADE AP | | | | | $2,295.00 |
| CENTRAL ADMIXTURE PHARMACY SERVICES<br>P.O. BOX 780404<br>PHILADELPHIA PA 19178-0404 | VARIOUS DATES, TRADE AP | | | | | $16,879.77 |
| CENTRAL ROOFING | VARIOUS DATES, TRADE AP | | | | | $6,800.00 |
| CEPA<br>1140 E LOCUST STREET<br>ONTARIO CA 91761 | VARIOUS DATES, TRADE AP | | | | | $1,473.14 |
| CEPA OPERATIONS INC.<br>1140 E. LOCUST ST.<br>ONTARIO CA 91761 | VARIOUS DATES, TRADE AP | | | | | $1,370.00 |
| CERIDIAN<br>P.O. BOX 10989<br>NEWARK NJ 07193 | VARIOUS DATES, TRADE AP | | | | | $34.81 |
| CERTIFIED NURSING REGISTRY INC.<br>2707 E. VALLEY BLVD<br>SUITE 309<br>WEST CIOVINA CA 91792 | VARIOUS DATES, TRADE AP | | | | | $528.20 |
| CHARLES BRUNIER<br>10613 NASHVILLE AVE.<br>WHITTIER CA 90604 | VARIOUS DATES, TRADE AP | | | | | $229.41 |
| CITY OF PARAMOUNT<br>16400 COLORADO AVE<br>PARAMOUNT CA 90723 | VARIOUS DATES, TRADE AP | | | | | $17,768.69 |

## Creditor Information - Schedule # 998669

**Creditor**
CERTIFIED NURSING REGISTRY INC.
2707 E. VALLEY BLVD
SUITE 309
WEST CIOVINA, CA 91792

**Debtor Name**
Promise Hospital of East Los Angeles, L.P.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
998669

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $528.20 | | | | $528.20 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $528.20 | | | | $528.20 | |

*C - Contingent, U - Unliquidated, D - Disputed, F - Foreign