# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Promise Healthcare Group, LLC                     Case No. 18-12491

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Certified Nursing Registry, Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Court Claim # (if known): N/A<br>Schedule #  997058<br>Amount of Claim:   USD$188,962.48<br>Date Claim Filed: N/A<br><br>Phone: (949) 680-6332<br>Last four digits of Acct.#:  N/A |
| Phone:  516-255-1801<br>Last four digits of Acct#:   N/A | Name and Current Address of Transferor:<br><br>Certified Nursing Registry, Inc.<br>2707 E. Valley Blvd<br>Suite 309<br>West Ciovina, CA 91792 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone:  N/A<br>Last four digits of Acct#:   N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Terrel Ross                                                   Date: September 9th, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Success Healthcare 1, LLC
Case No. 18-12524 (the "Debtor")
(Jointly administered under Promise Healthcare Group, LLC, Case No. 18-1249)

Claim #N/A

**Certified Nursing Registry, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$188,962.48** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF September, 2020.

ASSIGNOR: Certified Nursing Registry, Inc.
_____
(Signature)

CRISTINA SY
(Print Name)

President
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Case 18-12491-CSS    Doc 2046    Filed 09/09/20    Page 3 of 4

Case 18-12491-CSS    Doc 664    Filed 02/04/19    Page 67 of 110
In re Success Healthcare 1, LLC
Case No. 18-12524 (CSS)
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name, Mailing Address, Last 4 of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|
| CEPA<br>1140 E LOCUST STREET<br>ONTARIO CA 91761 | VARIOUS DATES, TRADE AP | | | | | $1,965.00 |
| CERTIFIED NURSING REGISTRY, INC<br>2707 E. VALLEY BLVD<br>SUITE 309<br>WEST COVINA CA 91792 | VARIOUS DATES, TRADE AP | | | | | $188,962.48 |
| CHARTER COMMUNICATIONS<br>ACCT 8345 78 001 3013184<br>P.O. BOX 790086<br>ST. LOUIS MO 63179-0086 | VARIOUS DATES, TRADE AP | | | | | $2,213.58 |
| CHEMCO PRODUCTS COMPANY<br>6401 E. ALONDRA BLVD.<br>PARAMOUNT CA 90723 | VARIOUS DATES, TRADE AP | | | | | $3,495.00 |
| CITY OF LA, PUBLIC WORKS / SANITATION<br>P O BOX 30749<br>LOS ANGELES CA 90030 | VARIOUS DATES, TRADE AP | | | | | $340.50 |
| CITY OF LOS ANGELES<br>150 NORTH LOS ANGELES STREET<br>LOS ANGELES CA 90012 | VARIOUS DATES, TRADE AP | | | | | $328.50 |
| CITY OF LOS ANGELES - PATIENT DUMPING | VARIOUS DATES, LITIGATION | X | X | X | | |
| CITY OF LOS ANGELES BUSINESS TAX<br>200 NORTH MAIN STREET<br>ROOM 920 CITY HALL EAST<br>LOS ANGELES CA 90012 | VARIOUS DATES, TRADE AP | | | | | $179,715.17 |

## Creditor Information - Schedule # 997058

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| CERTIFIED NURSING REGISTRY, INC<br>2707 E. VALLEY BLVD<br>SUITE 309<br>WEST COVINA, CA 91792 | Success Healthcare 1, LLC<br>Date Filed<br>n/a | n/a<br>Schedule Number<br>997058 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $188,962.48 | | | | $188,962.48 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $188,962.48 | | | | $188,962.48 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign