CHARLES G. SMITH, State Bar No. 116242
*charlie@CharlesGSmithLaw.com*
DANA M. SILVA, State Bar No. 271920
*dana@CharlesGSmithLaw.com*
LAW OFFICES OF CHARLES G. SMITH, APC
15303 Ventura Boulevard, Suite 1650
Sherman Oaks, California 91403-6620
Telephone: 310-401-1370
Facsimile: 818-382-3433

Attorneys for Creditor Certified Nursing Registry, Inc.

FILED
2020 SEP 21 AM 8:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PROMISE HEALTHCARE GROUP, LLC, et al.,[1]<br><br>Debtors. | Case No. 18-12491-CSS<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR CREDITOR CERTIFIED NURSING REGISTRY, INC.** |

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. ( 6644 ), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. ( 1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831 ), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. ( 4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

PLEASE TAKE NOTICE that the Law Offices of Charles G. Smith, APC has withdrawn as counsel for record for Creditor Certified Nursing Registry, Inc.

Creditor Certified Nursing Registry, Inc.'s contact information is as follow:

> Certified Nursing Registry, Inc.
> c/o Cristina Sy, President
> 2707 Valley Boulevard, Suite 309
> West Covina, CA 91792
> (626) 912-1877

DATED: September 16, 2020

LAW OFFICES OF CHARLES G. SMITH, APC

By: _____
Charles G. Smith
Attorneys for Creditor Certified Nursing Registry, Inc.