**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------- x
: 
In re: : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et* : Case No. 18-12491 (CSS)
*al.*,[1] :
: (Jointly Administered)
Debtors. :
x
-------------------------------

### AFFIDAVIT OF SERVICE

I, Andrew G. Vignali, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; and by email on the Agenda Notice Parties Service List attached ehereto as **Exhibit B**:

- Amended Notice of Agenda of Matters Scheduled for Telephonic and Zoom Hearing on September 17, 2020 at 12:00 p.m. (ET) [Docket No. 2069]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: September 30, 2020

    */s/ Andrew G. Vignali*
    Andrew G. Vignali

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 30, 2020, by Andrew G. Vignali, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to AKF3 Yamato, LLC | Arent Fox LLP | | | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com | Email |
| Counsel to Medline Industries, Inc. | Arent Fox LLP | | | robert.hirsh@arentfox.com | Email |
| Counsel to Southland Management Group, Inc. | Ascher & Associates, P.C. | | | ralphascher@aol.com | Email |
| Counsel for Dell Financial Services, LLC | Austria Legal, LLC | | | maustria@austriallc.com | Email |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>1738 Bass Road<br>Macon GA 31210 | | | Overnight Mail |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>P.O. Box 13708<br>Macon GA 31208-3708 | | | Overnight Mail |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg LLP | | | david.powlen@btlaw.com<br>kevin.collins@btlaw.com | Email |
| Counsel to Doctors Infection Control Services, Inc. | Barness & Barness LLP | | | Daniel@BarnessLaw.com | Email |
| Counsel to Freedom Medical, Inc. | Bayard, P.A. | | | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Email |
| Counsel to Alamo Mobile X-Ray & EKG Services, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | | | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Email |
| Counsel to Creditor, Beckman Coulter Inc. | Bernstein-Burkley, P.C. | | | lmartin@bernsteinlaw.com | Email |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Bielli & Klauder, LLC | | | dklauder@bk-legal.com | Email |
| Counsel for CVP Loan | Blank Rome LLP | | | kottaviano@blankrome.com<br>ptinkham@blankrome.com | Email |
| Counsel for CVP Loan | Blank Rome LLP | | | guilfoyle@blankrome.com | Email |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Bovarnick and Associates, LLC | | | RBovarnick@rbovarnick.com | Email |
| Counsel to Our Lady of the Lake Hospital, Inc. | Breazeale, Sachse & Wilson, LLP | | | joseph.titone@bswllp.com | Email |
| Interested Party (Case No. 18-12492) | Buchalter, A Professional Corporation | | | pwebster@buchalter.com | Email |
| Counsel to Nautilus Insurance Company | Buchanan Ingersoll & Rooney PC | | | mary.caloway@bipc.com | Email |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | | | jfalgowski@burr.com | Email |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | | | pwarfield@burr.com | Email |
| Counsel to California Dept. of Health Care Services | California Office of the Attorney General | | | kenneth.wanh@doj.ca.gov | Email |
| Top 30 Largest Unsecured Creditors | Cardinal Health Pharma | | | Tyronza.Walton@cardinalhealth.com | Email |
| Counsel to Efficient Management Resource Systems, Inc.. | Costell & Cornelius Law Corp | | | acornelius@costell-law.com<br>ssaad@costell-law.com | Email |
| Counsel to Ally Bank | Cross & Simon, LLC | | | jgrey@crosslaw.com | Email |
| Counsel to Select Medical Corporation | DECHERT LLP | | | brian.greer@dechert.com | Email |
| Counsel to Select Medical Corporation | DECHERT LLP | | | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com | Email |
| Delaware Attorney General | Delaware Attorney General | | | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | | | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | | | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | | | statetreasurer@state.de.us | Email |
| Counsel to Debtors | DLA Piper LLP (US) | | | stuart.brown@dlapiper.com<br>kaitlin.edelman@dlapiper.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | | | amish@doshilegal.com | Email |
| Counsel to PMA Insurance Group | Earp Cohn P.C. | | | aetish@earpcohn.com | Email |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | | | cgraham@eckertseamans.com<br>smorrissey@eckertseamans.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | | | tlattomus@eckertseamans.com<br>boneill@eckertseamans.com | Email |
| Top 30 Largest Unsecured Creditors | Efficient Management Resource Systems, Inc. | ATTN: WILLIAM PALLEY<br>19830 WEST SPLIT OAK ROAD<br>CHATSWORTH CA 91311 | | | Overnight Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | 215-814-5103 | | Facsimile and Overnight Mail |
| Top 30 Largest Unsecured Creditors | Freedom Medical, Inc. | | | ewenzel@freedommedical.com | Email |
| Debtors' Restructuring Advisors | FTI Consulting | | | andrew.hinkelman@fticonsulting.com<br>jennifer.byrne@fticonsulting.com<br>christopher.goff@fticonsulting.com | Email |
| Counsel to Efficient Management Resource Systems, Inc.. | Garner Health Law Corporation | | | craig@garnerhealth.com | Email |
| Counsel to Viola Ovchar | Gary Rand & Suzanne E. Rand-Lewis PLCS | | | srand-lewis@randandrand-lewisplcs.com<br>grand@randandrand-lewisplcs.com | Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Gibbons P.C. | | | nsongonuga@gibbonslaw.com | Email |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Halperin Battaglia Benzija, LLP | | | ahalperin@halperinlaw.net<br>dcohen@halperinlaw.net | Email |
| Top 30 Largest Unsecured Creditors | Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | | | jantonelli@antonellilaw.com | Email |
| Counsel to Healthcare Finance Partners, Corp. | Hogan ◆ McDaniel | | | dkhogan@dkhogan.com | Email |
| Counsel to IBM Credit LLC | IBM Credit LLC | | | cgoulart@br.ibm.com | Email |
| Counsel to IBM Credit LLC (Case No. 18-12499) | IBM Credit LLC | Attn: Paul Wearing<br>Special Handling Group<br>7100 Highlands Pkwy<br>Smyrna GA 30082 | | | Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | | 855-235-6787 | | Facsimile |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 267-941-1015 | | Facsimile and Overnight Mail |
| Counsel to VFI KR SPE I, LLC and Varilease Finance, Inc. | Jaffe Raitt Heuer & Weiss, P.C. | | | jwelford@jaffelaw.com | Email |
| Counsel to Rouge General Medical Center | Kantrow Spaht Weaver and Blitzer (APLC) | | | david@kswb.com | Email |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | | | dpacitti@klehr.com | Email |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | | | mbranzburg@klehr.com | Email |
| Counsel to Creditor Harbor Pointe Air Conditioning & Control Systems, Inc. | Law Office of Mitchell B. Hannah | | | hallie@hannahlaw.com | Email |
| Counsel to Coastline Anesthesia and Pain Medical Group | Law Offices of Guy R. Bayley | | | bayleyco@me.com | Email |
| Counsel to AGF Investment Fund 5, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | | | GEK@lnbyb.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | | | dallas.bankruptcy@publicans.com | Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | | | houston_bankruptcy@publicans.com | Email |
| Counsel for Aetna Health Inc. and certain affiliated entities | McCarter & English, LLP | | | mrifino@mccarter.com<br>kbuck@mccarter.com | Email |
| Proposed Special Counsel for the Silver Lake Debtors in Connection with the Sale of the Silver Lake Medical Center | McDermott Will & Emery LLP | | | wsmith@mwe.com<br>jkapp@mwe.com<br>mpreusker@mwe.com | Email |
| Counsel to agent for prepetition credit facility | McGuireWoods LLP | | | agambill@mcguirewoods.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Wells Fargo Bank, National Association | McGuirewoods LLP | | | bswett@mcguirewoods.com<br>ashipley@mcquirewoods.com | Email |
| Counsel to Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | | | Overnight Mail |
| Counsel to AGF Investment Fund 5, LLC | Morris James LLP | | | bfallon@morrisjames.com | Email |
| Counsel for Concordia Bank & Trust Company | Morris, Nichols, Arsht & Tunnell LLP | | | aremming@mnat.com<br>jbarsalona@mnat.com | Email |
| Top 30 Largest Unsecured Creditors | Morrison Management Resources Systems, Inc. | | 251-461-3193 | | Facsimile |
| Counsel to DaVita, Inc. | Moye White LLP | | | tim.swanson@moyewhite.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | | | benjamin.a.hackman@usdoj.gov | Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Otterbourg P.C. | | | jfeeney@otterbourg.com<br>ryan@otterbourg.com<br>mmaizel@otterbourg.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | | | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Email |
| City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | | | jbaer@pbfcm.com | Email |
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | | | jeremy.johnson@polsinelli.com | Email |
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | | | bdolphin@polsinelli.com | Email |
| Counsel to LADMC, LLC | Potter Anderson & Corroon LLP | | | jryan@potteranderson.com<br>rmcneill@potteranderson.com | Email |
| Counsel to Pacific Hospital Management, Inc., a California Corporation, dba Promise Hospital of San Diego, California | Randick O'Dea & Tooliatos, LLP | | | pvermont@randicklaw.com | Email |
| Counsel to Wells Fargo Bank, National Association | Richards, Layton & Finger, P.A. | | | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com | Email |
| Counsel to AmeriHealth Caritas Louisiana, Inc. | Saul Ewing Arnstein & Lehr LLP | | | luke.murley@saul.com | Email |
| Counsel to the SWC Landlords | Schulte Roth & Zabel LLP | | | rose.cherson@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | | | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | | | secbankruptcy@sec.gov | Email |
| Counsel to Spectrum a/k/a Charter Communications, Inc | Sheppard Mullin Richter & Hampton LLP | | | etillinghast@sheppardmullin.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | | | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>rbrennan@sillscummis.com | Email |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Skadden, Arps, Slate, Meagher & Flom LLP | | | steven.walsh@skadden.com | Email |
| Counsel to Webb Shade Memorial Fund | Stern & Eisenberg Mid-Atlantic, PC | | | lhatfield@sterneisenberg.com | Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | | | jhh@stevenslee.com<br>ebc@stevenslee.com | Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | | | rl@stevenslee.com | Email |
| Admitted Pro Hac Vice as Counsel for C. Randolph Tillman & Christopher H. Cheek | Stewart Robbins & Brown LLC | | | dstewart@stewartrobbins.com<br>bbrown@stewartrobbins.com | Email |

In re: Promise Healthcare Group LLC, *et al.*
Case No. 18-12491 (CSS)

Page 3 of 4

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for Dell Financial Services, LLC | Streusand, Landon, Ozburn & Lemmon, LLP | | | streusand@slollp.com<br>nguyen@slollp.com | Email |
| Top 30 Largest Unsecured Creditors | Surgical Program Development | | 310-861-5001 | | Facsimile |
| Counsel to the Texas Health and Human Services Commission | Texas Attorney General's Office | | | casey.roy@oag.texas.gov | Email |
| Counsel for the Texas Comptroller of Public Accounts | Texas Attorney General's Office | | | sherri.simpson@oag.texas.gov<br>christopher.murphy@oag.texas.gov | Email |
| Counsel to Medline Industries, Inc. | The Rosner Law Group LLC | | | leonhardt@teamrosner.com<br>gibson@teamrosner.com | Email |
| Counsel for The San Diego County Treasurer-Tax Collector of California | Treasurer-Tax Collector | | 619-685-2589 | | Facsimile |
| United States Department of Justice | U.S. Department of Justice | Attn: General Counsel<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | | Overnight Mail |
| Counsel to the United States | U.S. Department of Justice | | | seth.shapiro@usdoj.gov | Email |
| US Counsel to the District of Delaware | US Attorney for Delaware | | | usade.ecfbankruptcy@usdoj.gov | Email |
| Counsel to LADMC, LLC | Valensi Rose, PLC | | 310-277-1706 | | Facsimile |
| Counsel to Ally Bank | Waller Lansden Dortch & Davis, LLP | | | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com | Email |
| Counsel to Debtors | Waller Lansden Dortch & Davis, LLP | | | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>blake.roth@wallerlaw.com<br>Tyler.Layne@wallerlaw.com | Email |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association | Attn: Specialty Finance Loan Portfolio Manager<br>2450 Colorado Avenue, Suite 3000 West<br>Santa Monica CA 90404 | | | Overnight Mail |
| Counsel to Concordia Bank & Trust Company | Wheelis & Rozanski, APLC | | | steve@wheelis-rozanski.com | Email |
| Counsel to the SWC Landlords | Whiteford, Taylor & Preston LLC | | | csamis@wtplaw.com | Email |
| Counsel to William A. Catlett, L.L.C. | William A. Catlett, L.L.C. | | | william@catlett.biz | Email |
| Top 30 Largest Unsecured Creditors | Wound Care Management, LLC D/B/A Medcentris | ATTN: PETE HARTLEY<br>16065 LAMONTE DRIVE<br>HAMMOND LA 70403 | | | Overnight Mail |
| Counsel to Select Medical Corporation | Young Conaway Stargatt & Taylor, LLP | | | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com | Email |

**<u>Exhibit B</u>**

## Exhibit B
Agenda Notice Parties Service List
Served by email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| ASHBY & GEDDES, P.A. | Attn: William P. Bowden | wbowden@ashbygeddes.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Evan C. Hollander | echollander@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Debbie L. Felder | dfelder@orrick.com |
| LOUISIANA DEPARTMENT OF REVENUE | Attn: Florence Bonaccorso-Saenz | Florence.Saenz@la.gov |
| U.S. Department of Justice | Attn: Ward W. Benson | ward.w.benson@usdoj.gov |