# EXHIBIT A

**(Interim Fee Chart)**

**Promise Healthcare Group, LLC, et al.**
**Case No. 18-12491 (CSS)**
**Interim Fee Chart**

| Professional | Professional's Role in Case | Professional's Retention Date | Compensation Period | Fees Requested | Fee Reductions | Total Fees | Expenses Requested | Expense Reductions | Total Expenses | Total Fees & Expenses | Fees Paid Pursuant to Admin Order | Expenses Paid Pursuant to Admin Order | Net Total Payment Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M.J. Renick & Associates LLC | Fee Examiner | December 10, 2018 (appointed) | August 1, 2019 through October 31, 2019 | $ 58,916.00 | $ - | $ 58,916.00 | $ 84.70 | $ - | $ 84.70 | $ 59,000.70 | $ 47,132.80 | $ 84.70 | $ 11,783.20 |
| DLA Piper LLP (US) | Counsel to the Debtors | December 7, 2018 nunc pro tunc to November 5, 2018 | August 1, 2019 through October 31, 2019 | $ 607,645.50 | $ 4,500.00 | $ 612,145.50 | $ 22,918.38 | $ 600.00 | $ 22,318.38 | $ 629,963.88 | $ 489,716.40 | $ 22,918.38 | $ 117,329.10 |
| Waller Lansden Dortch & Davis, LLP | Counsel to the Debtors | December 7, 2018 nunc pro tunc to November 5, 2018 | August 1, 2019 through October 31, 2019 | $ 590,581.00 | $ 5,000.00 | $ 585,581.00 | $ 12,027.40 | $ 322.00 | $ 11,705.40 | $ 597,286.40 | $ 472,464.80 | $ 12,027.40 | $ 112,794.20 |
| Province, Inc. | Financial Advisor to the Official Committee of Unsecured Creditors | January 8, 2019 nunc pro tunc to November 16, 2018 | August 1, 2019 through October 31, 2019 | $ 109,084.00 | $ - | $ 109,084.00 | $ 6,802.98 | $ 600.00 | $ 6,202.98 | $ 115,286.98 | $ 87,267.20 | $ 6,802.98 | $ 21,216.80 |
| Sills Cummis & Gross | Counsel to the Official Committee of Unsecured Creditors | January 8, 2019 nunc pro tunc to November 14, 2018 | August 1, 2019 through October 31, 2019 | $ 190,292.75 | $ 2,500.00 | $ 192,792.75 | $ 6,744.16 | $ - | $ 6,744.16 | $ 197,036.91 | $ 154,234.20 | $ 6,744.16 | $ 36,058.55 |
| Crowe LLP | Audit and Tax Advisors to the Debtors | May 13, 2019 nunc pro tunc to December 14, 2018 | December 20, 2018 through October 15, 2019 | $ 272,216.66 | $ 10,000.00 | $ 282,216.66 | $ 2,028.71 | $ - | $ 2,028.71 | $ 274,245.37 | $ 225,773.32 | $ 2,028.71 | $ 46,443.34 |
| | | | | $ 1,823,735.91 | $ 22,000.00 | $ 1,845,735.91 | $ 50,606.33 | $ 1,522.00 | $ 49,084.33 | $ 1,872,820.24 | $ 1,476,588.72 | $ 50,606.33 | $ 345,625.19 |

NOTE: The Fee Reductions and Expense Reductions reflected in Column F and Column I were made at the request of the Fee Examiner.

NOTE: This chart does not contain information concerning the fees and expenses of certain other retained professionals in these chapter 11 cases, including, but not limited to, those professionals retained pursuant to the *Order Authorizing Debtors' Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [Dkt. No. 199].