**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
Promise Healthcare Group, LLC, *et al.*,[1] : Case No. 18-12491 (CSS)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

I, Andrew Chan, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), : Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

Dated:  October 16, 2020

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 16, 2020, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1912 | Century Construction<br>4204 Meadowbrook Dr.<br>Wichita Falls, TX 76308 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | August 7, 2020 |
| 1933 | AAS Holdings, LLC<br>320 Court Street<br>Plymouth, MA 02360 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 7, 2020 |
| 1934 | Stanley Steemer of LA County<br>c/o McIntyre Law Group<br>166 W Ramsey St<br>Banning, CA 92220 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 7, 2020 |
| 1935 | Doctors Infection Control SVCS<br>c/o Barnes & Barnes LLP<br>Daniel I. Barness<br>13636 Ventura Blvd<br>Los Angeles, CA 91423<br><br>Doctors Infection Control Services<br>PO Box 4897<br>Cerritos, CA 90703 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 7, 2020 |
| 1936 | Mobile Instrument Svc Inc<br>333 Water Ave<br>Bellefontane, OH 43311-1777 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 7, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1937 | Matthew Pompeo, MD, PA<br>4106 Lorinser Lane<br>Dallas, TX 75220 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | August 7, 2020 |
| 1938 | Mid-South Medical Imaging<br>4264 Lakeland Drive<br>Flowood, MS 39232 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | August 7, 2020 |
| 1953 | Pivotal Tax Solutions, LLC<br>Law Office of Sterling R. Threet<br>c/o Sterling R. Threet<br>2345 E. University Dr., #2<br>Mesa, AZ 85213<br><br>Pivotal Tax Solutions, LLC<br>PO Box 32188<br>Mesa, AZ 85275 | Bradford Captial Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | August 7, 2020 |
| 1977 | Law Offices of Roxana Ahmadian<br>17530 Ventura Blvd., Suite 202<br>Encino, CA 91316 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | August 31, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1986 | Impact Network, LLC<br>Jay M. Simon, A.P.L.C.<br>Attn: Jay M. Simon, Attorney at Law<br>8480 Bluebonnet Blvd. Suite G<br>Baton Rouge, LA 70810<br><br>Impact Network, LLC<br>13636 Highland Road<br>Baton Rouge, LA 70810 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 31, 2020 |
| 1988 | Fleming AOD Inc<br>816 Thayer Ave Floor 3<br>Silver Spring, MD 20910 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 31, 2020 |
| 1989 | Pacific Medical<br>212 Avenida Fabricante<br>San Clemente, CA 92672 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 31, 2020 |
| 1990 | 1st Choice Personnel<br>6550 Youree Drive<br>Suite 2500<br>Shreveport, LA 71105 | ASM Capital X LLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike<br>Suite 302<br>Woodbury, NY 11797 | August 31, 2020 |
| 1991 | SCM Associates<br>2700 Dawson Avenue<br>Signal Hill, CA 90755 | ASM Capital XLLC<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797 | August 31, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2007 | Gray Robinson<br>301 E Pine Street Ste 1400<br>PO Box 3068<br>Orlando, FL 32802<br><br>Gray Robinson<br>Attn: Accounts Receivable<br>PO Box 3068<br>Orlando, FL 32802-3068<br><br>Gray Robinson, P.A.<br>201 North Franklin Street Suite 22<br>Tampa, FL 33602 | Contrarian Funds, LLC<br>Attn: Alpa Jimenez<br>411 West Putnam Ave.<br>Suite 425<br>Greenwich, CT 06830 | August 31, 2020 |