# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Promise Healthcare Group, LLC

**Case No.:** <u>18−12491−CSS</u>

**Chapter:** <u>11</u>

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 10/30/20

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

In re:  
Promise Healthcare Group, LLC  
    Debtor(s)

Case No. 18-12491-CSS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: DMC      Page 1 of 13  
Date Rcvd: Oct 30, 2020      Form ID: van439      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Iron Mountain Information Management, LLC, One Federal Street, Boston, MA 02110-2012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Scott Moskowitz | on behalf of Creditor ASM Capital X LLC asmcapital@aol.com |
| Alexandre Ian Cornelius | on behalf of Attorney Alexandre Ian Cornelius cornelius@thecalaw.com alex.cornelius100@gmail.com |
| Alexandre Ian Cornelius | on behalf of Creditor Efficient Management Resource Systems Inc. cornelius@thecalaw.com, alex.cornelius100@gmail.com |
| Allen Etish | on behalf of Creditor PMA Insurance Group clmontana@earpcohn.com |
| Amanda R. Steele | on behalf of Interested Party Wells Fargo Bank National Association steele@rlf.com |
| Amish R. Doshi | on behalf of Creditor Oracle America Inc. amish@doshilegal.com |

Andrew H. Sherman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com

Andrew I. Silfen
    on behalf of Interested Party AKF3 Yamato  LLC silfen.andrew@arentfox.com, beth.brownstein@arentfox.com;jackson.toof@arentfox.com;lisa.indelicato@arentfox.com;andy.kong@arentfox.com;jordana.renert@arentfox.com;david.mayo@arentfox.com

Andrew R. Remming
    on behalf of Creditor Concordia Bank & Trust Company aremming@mnat.com andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com

Anh Nguyen
    on behalf of Creditor Dell Financial Services  LLC nguyen@slollp.com, rangel@slollp.com

Benjamin A. Hackman
    on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin Joseph Steele
    on behalf of Claims Agent Prime Clerk LLC ecf@primeclerk.com

Beth M. Brownstein
    on behalf of Interested Party AKF3 Yamato  LLC beth.brownstein@arentfox.com

Boris I. Mankovetskiy
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bmankovetskiy@sillscummis.com

Bradford J. Sandler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com

Bradford J. Sandler
    on behalf of Creditor Committee Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com

Bradford J. Sandler
    on behalf of Debtor Promise Healthcare Group  LLC bsandler@pszjlaw.com

Brandon A. Brown
    on behalf of Creditor C. Randolph Tillman bbrown@gordonarata.com

Brandon Augustus Brown
    on behalf of Creditor C. Randolph Tillman bbrown@stewartrobbins.com bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;aleblanc@stewartrobbins.com;aleblanc@ecf.courtdrive.com

Brenna Anne Dolphin
    on behalf of Creditor C. Randolph Tillman bdolphin@polsinelli.com  lsuprum@polsinelli.com

Brenna Anne Dolphin
    on behalf of Interested Party KND Real Estate 40  L.L.C. bdolphin@polsinelli.com, lsuprum@polsinelli.com

Brenna Anne Dolphin
    on behalf of Creditor Christopher H. Cheek bdolphin@polsinelli.com  lsuprum@polsinelli.com

Brett D. Fallon
    on behalf of Interested Party AFG Investment Fund 5  LLC brett.fallon@faegredrinker.com, tracey.little@faegredrinker.com

Brett D. Fallon
    on behalf of Interested Party AGF Investment Fund 5  LLC brett.fallon@faegredrinker.com, tracey.little@faegredrinker.com

Brett D. Fallon
    on behalf of Interested Party Dialysis Clinic  Inc. brett.fallon@faegredrinker.com, tracey.little@faegredrinker.com

Brian E Greer
    on behalf of Interested Party Select Medical Corporation brian.greer@dechert.com  brett.stone@dechert.com

Brian I Swett
    on behalf of Interested Party Wells Fargo Bank  National Association bswett@mcguirewoods.com, 2450533420@filings.docketbird.com

Brian M. Gottesman
    on behalf of Creditor Theresa Williams bgottesman@bergerharris.com  mnicholls@bergerharris.com

Christopher Murphy
    on behalf of Creditor Texas Comptroller of Public Accounts bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Christopher Dean Loizides
    on behalf of Creditor Midwest Emergency Department Services  Inc. loizides@loizides.com

Christopher Dean Loizides
    on behalf of Creditor Amparo Figueroa loizides@loizides.com

Christopher Dean Loizides

District/off: 0311-1 User: DMC Page 3 of 13
Date Rcvd: Oct 30, 2020 Form ID: van439 Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Brett Elliot Drier in his Capacity as Personal Representative of the Estate of Beatrice M. Drier loizides@loizides.com |
| Christopher M. Samis |  |
|  | on behalf of Interested Party CAM-Mid America LLC and CAM-Dallas LLC, entities owned and managed by SWC Special Holdings, LLC csamis@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com |
| Colin Robinson |  |
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Colin Robinson |  |
|  | on behalf of Creditor Committee Pachulski Stang Ziehl & Jones LLP crobinson@pszjlaw.com |
| Colin R. Robinson |  |
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Colin R. Robinson |  |
|  | on behalf of Plaintiff ROBERT MICHAELSON OF ADVISORY TRUST GROUP LLC, in his capacity as LIQUIDATING TRUSTEE of the PROMISE HEALTHCARE GROUP LIQUIDATING TRUST crobinson@pszjlaw.com |
| Colin R. Robinson |  |
|  | on behalf of Financial Advisor Province Inc. crobinson@pszjlaw.com |
| Colin R. Robinson |  |
|  | on behalf of Attorney Sills Cummis & Gross P.C. crobinson@pszjlaw.com |
| Courtney K. Stone |  |
|  | on behalf of Debtor Promise Healthcare Group LLC john.tishler@wallerlaw.com, chris.cronk@wallerlaw.com |
| Daniel C. Kerrick |  |
|  | on behalf of Creditor Healthcare Finance Partners Corp. dckerrick@dkhogan.com |
| Daniel I. Barness |  |
|  | on behalf of Creditor Doctors Infection Control Services Inc. Daniel@BarnessLaw.com, dibarness@yahoo.com |
| Daniel K. Hogan |  |
|  | on behalf of Creditor Healthcare Finance Partners Corp. dkhogan@dkhogan.com, gdurstein@dkhogan.com, |
| David B. Anthony |  |
|  | on behalf of Creditor Marlynda Miller danthony@bergerharris.com mnicholls@bergerharris.com |
| David E. Lemke |  |
|  | on behalf of Creditor Ally Bank david.lemke@wallerlaw.com chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;Melissa.jones@wallerlaw.com |
| David M. Klauder |  |
|  | on behalf of Interested Party RCG Mississippi Inc. dklauder@bk-legal.com |
| David M. Klauder |  |
|  | on behalf of Interested Party Fresenius Medical Care Wichita Falls LLC dklauder@bk-legal.com |
| David M. Klauder |  |
|  | on behalf of Interested Party Bio-Medical Applications of Louisiana LLC dklauder@bk-legal.com |
| David M. Klauder |  |
|  | on behalf of Interested Party Bio-Medical Applications of Louisiana L.L.C. dklauder@bk-legal.com |
| David M. Klauder |  |
|  | on behalf of Interested Party Bio-Medical Application of Florida Inc. dklauder@bk-legal.com |
| David M. Powlen |  |
|  | on behalf of Creditor Roche Diagnostics Corporation dpowlen@btlaw.com pgroff@btlaw.com;tabitha.davis@btlaw.com |
| David Ryan Slaugh |  |
|  | on behalf of Interested Party LADMC LLC rslaugh@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| David S. Rubin |  |
|  | on behalf of Interested Party Baton Rouge General Medical Center drubin@kswb.com |
| David T Queroli |  |
|  | on behalf of Interested Party Wells Fargo Bank National Association Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Dennis A. Meloro |  |
|  | on behalf of Interested Party TGC LL8 LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Domenic E. Pacitti |  |
|  | on behalf of Interested Party City National Bank of Florida dpacitti@klehr.com |
| Douglas Schneller |  |

Case 18-12491-CSS    Doc 2170    Filed 11/01/20    Page 5 of 14

| District/off: 0311-1 | User: DMC | Page 4 of 13 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: van439 | Total Noticed: 1 |

on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

EScribers, LLC

operations@escribers.net

Eboney Cobb

on behalf of Interested Party City of Wichita Falls  Wichita Falls Independent School District and Wichita County ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Edward H. Tillinghast, III

on behalf of Creditor Spectrum a/k/a Charter Communications  Inc. etillinghast@sheppardmullin.com, ny-docketing@sheppardmullin.com;mdriscoll@sheppardmullin.com;NBhatt@sheppardmullin.com

Eric J. Monzo

on behalf of Creditor AKF3 Yamato  LLC emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Creditor PFRS Yamato Corporation emonzo@morrisjames.com wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Interested Party IHC Health Services  Inc. emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Erin R Fay

on behalf of Interested Party Freedom Medical  Inc. efay@bayardlaw.com, kmccloskey@bayardlaw.com

Evan C. Hollander

on behalf of Creditor Howard Koslow echollander@orrick.com

Evan T. Miller

on behalf of Creditor Southern Textile Services LLC emiller@bayardlaw.com  kmccloskey@bayardlaw.com

Florence Bonaccorso-Saenz

on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

Frank F. McGinn

on behalf of Creditor Iron Mountain Information Management  LLC ffm@bostonbusinesslaw.com

Gregory Joseph Flasser

on behalf of Interested Party Freedom Medical  Inc. gflasser@bayardlaw.com

Helen Elizabeth Weller

on behalf of Creditor Dallas County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

James E. Huggett

on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com

Jason A. Gibson

on behalf of Creditor Medline Industries  Inc. gibson@teamrosner.com

Jason Daniel Angelo

on behalf of Creditor Blue Cross and Blue Shield of Texas jangelo@reedsmith.com

Jay L Welford

on behalf of Creditor Varilease Finance  Inc. jwelford@jaffelaw.com, mchapman@jaffelaw.com,tneddermeyer@jaffelaw.com

Jay L Welford

on behalf of Creditor VFI KR SPE I  LLC jwelford@jaffelaw.com, mchapman@jaffelaw.com,tneddermeyer@jaffelaw.com

Jennifer R. Hoover

on behalf of Creditor Alamo Mobile X-Ray & EKG Services  Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Jeremy William Ryan

on behalf of Interested Party LADMC  LLC jryan@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

John C. Roy

on behalf of Interested Party Texas Health and Human Services Commission casey.roy@oag.texas.gov

John Henry Knight

on behalf of Interested Party Wells Fargo Bank  National Association knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John P. Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

Joseph Corrigan

on behalf of Creditor Iron Mountain Information Management  LLC Bankruptcy2@ironmountain.com

District/off: 0311-1 User: DMC Page 5 of 13
Date Rcvd: Oct 30, 2020 Form ID: van439 Total Noticed: 1

| Name | Details |
|---|---|
| Joseph Grey | on behalf of Creditor Ally Bank jgrey@crosslaw.com smacdonald@crosslaw.com |
| Joseph Charles Barsalona II | on behalf of Creditor Concordia Bank & Trust Company jbarsalona@mnat.com joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com |
| Joseph Charles Barsalona II | on behalf of Interested Party Hospital C-Suite Consultants  Inc. jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com |
| Joseph H. Huston, Jr. | on behalf of Creditor Healthcare Services Group  Inc. jhh@stevenslee.com |
| Joseph P. Titone | on behalf of Attorney Our Lady of the Lake Hospital  Inc. jpt@bswllp.com |
| Justin Cory Falgowski | on behalf of Creditor National Health Investors  Inc. jfalgowski@burr.com |
| Justin R. Alberto | on behalf of Interested Party Freedom Medical  Inc. jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com |
| Kaitlin MacKenzie | on behalf of Debtor St. Alexius Properties  LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Salt Lake  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP Properties of Vidalia  LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Properties of Shreveport  LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Rejuvenation Center at The Villages  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Overland Park  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP of Los Angeles  LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Properties of Dade  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Skilled Nursing Facility of Wichita Falls  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Healthcare  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Dallas  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Phoenix  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Skilled Nursing Facility of Overland Park  Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Vidalia Real Estate Partners  LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP Properties at The Villages Holdings  LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Professional Rehabilitation Hospital  L.L.C. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Success Healthcare 1  LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |

District/off: 0311-1                         User: DMC                              Page 6 of 13
Date Rcvd: Oct 30, 2020                      Form ID: van439                        Total Noticed: 1

| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of East Los Angeles L.P. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
|---|---|
| Kaitlin MacKenzie | on behalf of Debtor Promise Properties of Lee Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Lee Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Behavioral Health Hospital of Shreveport Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP HealthCare Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor LH Acquisition LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP of Shreveport Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Bossier Land Acquisition Corp. kaitlin.mackenzie@faegredrinker.com cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Ascension Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor St. Alexius Hospital Corporation #1 kaitlin.mackenzie@faegredrinker.com cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP Properties at The Villages L.L.C. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor PHG Technology Development and Services Company Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Florida at The Villages Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP Properties Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Healthcare of California Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Rejuvenation Centers Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Healthcare Group LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Healthcare #2 LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Louisiana Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor PH-ELA Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Quantum Health Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Success Healthcare LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Quantum Properties L.P. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Wichita Falls Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Baton Rouge Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |

District/off: 0311-1   User: DMC   Page 7 of 13
Date Rcvd: Oct 30, 2020   Form ID: van439   Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor Promise Healthcare Holdings Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Vicksburg Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Dade Inc. kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Success Healthcare 2 LLC kaitlin.mackenzie@faegredrinker.com, cathy.greer@faegredrinker.com |
| Karen B. Skomorucha Owens | on behalf of Creditor Howard Koslow kowens@ashbygeddes.com |
| Kate R. Buck | on behalf of Creditor Southern California Edison Company kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Aetna Health Inc. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Florida Power & Light Company kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor American Electric Power kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Southern California Gas Company kbuck@mccarter.com |
| Katherine M Cook | on behalf of Interested Party Our Lady of the Lake Hospital Inc. Katherine.Cook@bswllp.com |
| Kenneth J. Ottaviano | on behalf of Creditor Credit Value Partners L.P. kottaviano@blankrome.com |
| Kenneth K. Wang | on behalf of Creditor California Department of Health Care Services kenneth.wang@doj.ca.gov |
| Kerri K. Mumford | on behalf of Interested Party Strategic Global Management Inc. mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com |
| Kerri K. Mumford | on behalf of Interested Party KPC Promise Healthcare LLC mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com |
| Kevin G. Collins | on behalf of Defendant Strategic Global Management Inc. kevin.collins@btlaw.com, pgroff@btlaw.com;Tabitha.davis@btlaw.com |
| Kevin G. Collins | on behalf of Interested Party KPC Promise Healthcare LLC kevin.collins@btlaw.com, pgroff@btlaw.com;Tabitha.davis@btlaw.com |
| Kevin G. Collins | on behalf of Defendant KPC Promise Healthcare LLC kevin.collins@btlaw.com, pgroff@btlaw.com;Tabitha.davis@btlaw.com |
| Kevin G. Collins | on behalf of Interested Party Strategic Global Management Inc. kevin.collins@btlaw.com, pgroff@btlaw.com;Tabitha.davis@btlaw.com |
| Kevin G. Collins | on behalf of Creditor Roche Diagnostics Corporation kevin.collins@btlaw.com  pgroff@btlaw.com;Tabitha.davis@btlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor Alamo Mobile X-Ray & EKG Services Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com |
| Kevin Scott Mann | on behalf of Creditor Ronald Amoroso Sr. kmann@crosslaw.com, smacdonald@crosslaw.com |
| Kevin Scott Mann | on behalf of Creditor Marian Wethey kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kimberly L. Gattuso, Esq. | on behalf of Interested Party Pacific National Group Kgattuso@tbf.legal  mstewart@tbf.legal |
| Linda J. Casey | on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov |
| Lisa R. Hatfield | on behalf of Creditor Webb Shade Memorial Fund lhatfield@sterneisenberg.com deecf@sterneisenberg.com;bkecf@sterneisenberg.com |

District/off: 0311-1                              User: DMC                                Page 8 of 13
Date Rcvd: Oct 30, 2020                       Form ID: van439                          Total Noticed: 1

| | |
|---|---|
| Lucian Borders Murley | on behalf of Creditor AmeriHealth Caritas Louisiana Inc. luke.murley@saul.com, robyn.warren@saul.com |
| Marc Wayne Judice | on behalf of Creditor Judice & Adley APLC mwj@judice-adley.com |
| Mark Minuti | on behalf of Creditor Cigna HealthCare of Florida Inc. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Creditor Connecticut General Life Insurance Company mark.minuti@saul.com robyn.warren@saul.com |
| Mark Minuti | on behalf of Creditor Cigna HealthCare of Arizona Inc. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Creditor CIGNA Behavioral Health Inc. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Creditor Cigna HealthCare of California Inc. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Creditor Cigna HealthCare of St. Louis Inc. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Creditor Cigna HealthCare of Texas Inc. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark T Hurford | on behalf of Creditor Varilease Finance Inc. mhurford@camlev.com |
| Mary Caloway | on behalf of Creditor Nautilus Insurance Company mcaloway@pszjlaw.com |
| Mary Harris Rose | on behalf of Interested Party Strategic Global Management Inc. mrose@buchalter.com |
| Matthew Rifino | on behalf of Creditor Aetna Health Inc. mrifino@mccarter.com kmcdonnell@mccarter.com |
| Matthew B. Harvey | on behalf of Interested Party Mary Ann Cowen mharvey@mnat.com glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matt-harvey-8145@ecf.pacerpro.com |
| Matthew P. Austria | on behalf of Creditor Dell Financial Services LLC maustria@austriallc.com |
| Matthew P. Austria | on behalf of Creditor California Physicians' Service dba Blue Shield of California maustria@austriallc.com |
| Matthew R Pierce | on behalf of Interested Party Strategic Global Management Inc. Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com |
| Matthew R Pierce | on behalf of Interested Party KPC Promise Healthcare LLC Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com |
| Maxim B. Litvak | on behalf of Creditor Committee Official Committee of Unsecured Creditors mlitvak@pszjlaw.com |
| Megan Preusker | on behalf of Interested Party Silver Lake Debtors mpreusker@mwe.com |
| Michael Joseph Joyce | on behalf of Creditor Shellee Renaud mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | on behalf of Creditor Darren Brown mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | on behalf of Creditor Richard Brown Jr. mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | on behalf of Creditor Derek Brown mjoyce@mjlawoffices.com |
| Michael L. Vild | on behalf of Creditor Lee Memorial Health System mvild@crosslaw.com smacdonald@crosslaw.com |
| Morton R. Branzburg | on behalf of Interested Party City National Bank of Florida mbranzburg@klehr.com jtaylor@klehr.com |
| Natasha M. Songonuga | |

District/off: 0311-1                          User: DMC                          Page 9 of 13  
Date Rcvd: Oct 30, 2020               Form ID: van439               Total Noticed: 1

| | |
|---|---|
| Natasha M. Songonuga | on behalf of Debtor Promise Healthcare Group LLC nsongonuga@gibbonslaw.com<br><br>on behalf of Health Care Ombudsman Melanie L. Cyganowski nsongonuga@gibbonslaw.com |
| Odalisa Polanco | on behalf of Creditor CRG Financial LLC allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com |
| Paige Barr Tinkham | on behalf of Creditor Credit Value Partners L.P. ptinkham@blankrome.com, gfaulkner@blankrome.com |
| Paige Noelle Topper | on behalf of Interested Party Mary Ann Cowen ptopper@mnat.com meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com |
| Pamela K. Webster | on behalf of Creditor Buchalter A Professional Corporation pwebster@buchalter.com, smartin@buchalter.com |
| Paul Douglas Stewart, Jr. | on behalf of Creditor Christopher H. Cheek dstewart@stewartrobbins.com dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;aleblanc@stewartrobbins.com;aleblanc@ecf.courtdrive.com |
| Paul Douglas Stewart, Jr. | on behalf of Creditor C. Randolph Tillman dstewart@stewartrobbins.com dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;aleblanc@stewartrobbins.com;aleblanc@ecf.courtdrive.com |
| Paul S. Arrow | on behalf of Interested Party Strategic Global Management Inc. parrow@buchalter.com |
| R. Stephen McNeill | on behalf of Interested Party LADMC LLC bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| Raeann C Warner | on behalf of Attorney Teresa Phelps raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Bret Bergstrom raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Jeremy Anderson raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Mauri Montierth raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Rebecca Adams deceased raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Bart Bergstrom raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Connie Tait deceased raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Ralph Ascher | on behalf of Interested Party Southland Management Group Inc. ralphascher@aol.com |
| Robert Lapowsky | on behalf of Creditor Healthcare Services Group Inc. rl@stevenslee.com |
| Robert M. Hirsh | on behalf of Creditor Medline Industries Inc. rhirsh@lowenstein.com |
| Robert S. Brady | on behalf of Interested Party Select Medical Corporation bankfilings@ycst.com |
| Robert S. Brady | on behalf of Interested Party Lexmark Holdings LLC bankfilings@ycst.com |
| Ronald J. Drescher | on behalf of Creditor MedCoast Medservices Inc. dba MedCoast Ambulance ecfdrescherlaw@gmail.com, 284@notices.nextchapterbk.com |
| S. Alexander Faris | |

Case 18-12491-CSS    Doc 2170    Filed 11/01/20    Page 11 of 14

| | | |
|---|---|---|
| District/off: 0311-1 | User: DMC | Page 10 of 13 |
| Date Rcvd: Oct 30, 2020 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Frederick and Erika Pringley bankfilings@ycst.com |
| S. Alexander Faris | |
| | on behalf of Creditor Ruben Gonzalez bankfilings@ycst.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor Dell Financial Services  LLC streusand@slollp.com, prentice@slollp.com |
| Scott J. Leonhardt | |
| | on behalf of Creditor Medline Industries  Inc. leonhardt@teamrosner.com |
| Sean M. Brennecke | |
| | on behalf of Interested Party Michael S. Webb  M.D. sbrennecke@klehr.com, state@klehr.com |
| Sean T. Greecher | |
| | on behalf of Interested Party Select Medical Corporation bankfilings@ycst.com |
| Seth B. Shapiro | |
| | on behalf of Creditor United States Department of Health and Human Services and the Centers for Medicare & Medicaid Services seth.shapiro@usdoj.gov |
| Shannon Dougherty Humiston | |
| | on behalf of Creditor Southern California Edison Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | |
| | on behalf of Creditor Southern California Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | |
| | on behalf of Creditor American Electric Power shumiston@mccarter.com |
| Shannon Dougherty Humiston | |
| | on behalf of Creditor Florida Power & Light Company shumiston@mccarter.com |
| Sheryl L. Moreau | |
| | on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov |
| Stephen D. Wheelis | |
| | on behalf of Creditor Concordia Bank & Trust Company steve@wheelis-rozanski.com  jennifer@wheelis-rozanski.com |
| Steven Walsh | |
| | on behalf of Interested Party Symphony Diagnostic Services No. 1 steven.walsh@skadden.com wendy.lamanna@skadden.com;christopher.heaney@skadden.com |
| Steven G. Polard | |
| | on behalf of Other Prof. Jeong Lee spolard@ch-law.com |
| Stuart M. Brown | |
| | on behalf of Debtor HLP of Shreveport  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor Promise Hospital of Louisiana  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Counter-Defendant Promise Healthcare of Louisiana  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor PHG Technology Development and Services Company  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor Quantum Health  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor HLP Properties at The Villages Holdings  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor Promise Properties of Lee  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor HLP Properties  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor Professional Rehabilitation Hospital  L.L.C. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Debtor Promise Hospital of Dallas  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Counter-Defendant Bossier Land Acquisition Corp. stuart.brown@dlapiper.com stuart-brown-7332@ecf.pacerpro.com |

Stuart M. Brown       on behalf of Debtor LH Acquisition  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Rejuvenation Centers  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Success Healthcare  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Success Healthcare 1  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Healthcare Group  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Skilled Nursing Facility of Overland Park  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Properties of Shreveport  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Plaintiff Promise Healthcare  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Healthcare of California  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor HLP HealthCare  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Plaintiff HLP of Los Angeles  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Vidalia Real Estate Partners  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Hospital of Phoenix  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Plaintiff Promise Properties of Shreveport  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Quantum Properties  L.P. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor HLP of Los Angeles  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Hospital of Salt Lake  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Plaintiff Success Healthcare 1  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor St. Alexius Hospital Corporation #1 stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Counter-Defendant Promise Healthcare  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor HLP Properties of Vidalia  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Hospital of East Los Angeles  L.P. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Hospital of Wichita Falls  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Skilled Nursing Facility of Wichita Falls  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Plaintiff Promise Healthcare of Louisiana  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Debtor Promise Hospital of Baton Rouge  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown       on behalf of Plaintiff Bossier Land Acquisition Corp. stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

| | |
|---|---|
| Stuart M. Brown | on behalf of Debtor PH-ELA  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Rejuvenation Center at The Villages  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Interested Party Stuart M. Brown stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Bossier Land Acquisition Corp. stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Florida at The Villages  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Properties of Dade  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Success Healthcare 2  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Healthcare #2  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Lee  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor St. Alexius Properties  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Behavioral Health Hospital of Shreveport  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Counter-Defendant Promise Properties of Shreveport  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Dade  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Vicksburg  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Healthcare Holdings  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Healthcare  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Plaintiff Success Healthcare  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP Properties at The Villages  L.L.C. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Overland Park  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Ascension  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Tara L. Lattomus | on behalf of Creditor PRIDEGLOBAL delawarebankruptcy@eckertseamans.com tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com |
| Thomas Rice | on behalf of Creditor KCI USA  Inc. trice@pulmanlaw.com, mvilla@pulmanlaw.com |
| Thomas E. Hanson, Jr. | on behalf of Defendant Strategic Global Management  Inc. thanson@btlaw.com |
| Thomas E. Hanson, Jr. | on behalf of Defendant KPC Promise Healthcare  LLC thanson@btlaw.com |
| Thomas G. Macauley | on behalf of Defendant Brendan Bakir bk@macdelaw.com |
| Thomas G. Macauley | on behalf of Defendant Surgical Program Development  LLC bk@macdelaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: DMC | Page 13 of 13 |
| Date Rcvd: Oct 30, 2020 | Form ID: van439 | Total Noticed: 1 |

Thomas M. Horan
    on behalf of Creditor Surgical Program Development  LLC thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Timothy Swanson
    on behalf of Creditor DaVita  Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Timothy Swanson
    on behalf of Creditor Renal Treatment Center - West  Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Tyler Layne
    on behalf of Debtor Promise Healthcare Group  LLC tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com;Tina.boone@wallerlaw.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

Victoria A. Guilfoyle
    on behalf of Interested Party CVP SPV LLC Series I guilfoyle@blankrome.com

Victoria A. Guilfoyle
    on behalf of Interested Party FP Offshore Ltd. f/k/a Founding Partners Global Fund  Inc. guilfoyle@blankrome.com

Victoria A. Guilfoyle
    on behalf of Creditor Credit Value Partners  L.P. guilfoyle@blankrome.com

Victoria A. Guilfoyle
    on behalf of Interested Party CVP SPV LLC Series III guilfoyle@blankrome.com

Ward W. Benson
    on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

William E. Chipman, Jr.
    on behalf of Interested Party Estate of Roberto Rodriguez chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.
    on behalf of Interested Party Maria Cordova  as Guardian Ad Litem for Alexander Cordova chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com

William F. Taylor, Jr.
    on behalf of Creditor Southern California Edison Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Southern California Gas Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor American Electric Power bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Florida Power & Light Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William P. Smith
    on behalf of Interested Party Silver Lake Debtors wsmith@mwe.com

William Pierce Bowden
    on behalf of Creditor Howard Koslow wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

TOTAL: 302