# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, | ) |
| *et al.*, | ) Case No. 18-12491 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE,** David W. deBruin, 3711 Kennett Pike, Suite 100, Wilmington, DE 19807 represents Renal Treatment Center – West, Inc., a subsidiary of DaVita, Inc**.** and hereby enters this Notice of Appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a). The undersigned requests that all such notices be addressed as follows:

David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Tel: (302) 777-5353
Fax: (302) 777-5299
ddebruin@gawthrop.com

  **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

| | |
|---|---|
| Dated: November 2, 2020 | **GAWTHROP GREENWOOD, PC** |
| | |
| | */s/ David W. deBruin* |
| | David W. deBruin, Esq. (#4846) |
| | 3711 Kennett Pike, Suite 100 |
| | Wilmington, DE 19807 |
| | Tel: (302) 777-5353 |
| | Fax: (302) 777-5299 |
| | ddebruin@gawthrop.com |
| | *Counsel for Renal Treatment Center – West, Inc., a subsidiary of DaVita, Inc.* |

**OF COUNSEL**
Timothy M. Swanson, Esq.
Moye White LLP Attorneys at Law
1400 16th Street 6th Floor
Denver, Colorado 80202-1486
Tel: 303 292 2900
Fax: 303 292 4510
Tim.Swanson@moyewhite.com