**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                                     Chapter 11

PROMISE HEALTHCARE GROUP, LLC., *et al.*,    Case No. 18-12491(CSS)

    Debtors.                                   (Jointly Administered)
---------------------------------------------------------------x

## SUBSTITUTION OF ATTORNEYS

The undersigned hereby consent to the substitution of Geoffrey G. Grivner, Esq. and Mark Pfeiffer, Esq., in place of Mary F. Caloway, as attorneys for Nautilus Insurance Co. ("Nautilus"), in the above-captioned Chapter 11 case.

| WITHDRAWING: | APPEARING BY SUBSTITUTION: |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **BUCHANAN INGERSOLL & ROONEY PC** |
| /s/ Mary F. Caloway<br>Mary F. Caloway (3059)<br>919 N. Market Street, Suite 990<br>Wilmington, DE 19801<br>Tel: (302) 552-4200<br>Email: mary.caloway@bipc.com | /s/ Geoffrey G. Grivner<br>Geoffrey G. Grivner (4711)<br>919 N. Market Street, Suite 990<br>Wilmington, DE 19801<br>Tel: (302) 552-4200<br>Email: Geoffrey.grivner@bipc.com |
| Attorneys for Nautilus Insurance Co. | Mark Pfeiffer (*Pro Hac Vice Pending*)<br>50 S. 16th Street, Suite 200<br>Philadelphia, PA 19102<br>Tel: (215) 665-8700<br>Email: mark.pfeiffer@bipc.com |
| Dated: October 6, 2020 | Attorneys for Nautilus Insurance Co.<br><br>Dated: November 2, 2020 |

**Certificate of Service**

I, Geoffrey Grivner, do hereby certify that on the 2nd day of November, 2020, I caused a copy of the foregoing Substitution of Attorneys to be served upon interested parties via ECF notification.

Dated: November 2, 2020

BUCHANAN INGERSOLL & ROONEY PC

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com
-and-

Mark Pfeiffer, Esq. (*Pro Hac Vice Pending*)
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

*Counsel to Nautilus Insurance Co.*