IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In re: : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et : Case No. 18-12491 (CSS)
al.*,[1] :
: (Jointly Administered)
Debtors. :
---------------------------------- x

## AFFIDAVIT OF SERVICE

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on (1) the Promise Fee Application Notice Parties Service List attached hereto as **Exhibit A**; and on (2) the Promise Fee Application Supplemental Service List attached hereto as **Exhibit B:**

- Twenty-Third Monthly Fee Application of Waller Lansden Dortch & Davis, LLP, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period of September 1, 2020 Through September 30, 2020 [Docket No. 2152]

- Twenty Third Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period from September 1, 2020 Through September 30, 2020 [Docket No. 2153]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: November 3, 2020

                                                                                          */s/ Natasha Otton*
                                                                                             Natasha Otton

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 3, 2020, by Natasha Otton, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A

Fee Application Notice Parties Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| CVP | Blank Rome LLP | Attn: Kenneth J. Ottaviano | kottaviano@blankrome.com |
| Proposed counsel to the Debtors | DLA Piper LLP (US) | Attn: Stuart M. Brown, Kaitlin MacKenzie Edelman | stuart.brown@dlapiper.com; kaitlin.edelman@dlapiper.com |
| CVP | Katten Muchin Rosenman | Attn: Geoffrey King, Partner | geoffrey.king@kattenlaw.com |
| Fee Examiner | M.J. Renick & Associates LLC | Attn: M. Jacob Renick | jrenick@mjrenick.com |
| Proposed counsel to the Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Colin R. Robinson | crobinson@pszjlaw.com |
| The Debtors | Promise Healthcare Group, LLC | Attn: Andrew Hinkelman | andrew.hinkelman@fticonsulting.com |
| Proposed counsel to the Committee | Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman; Boris I. Mankovetskiy | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| The Office of the United States Trustee | The Office of the United States Trustee | Attn: Benjamin Hackman | benjamin.a.hackman@usdoj.gov |
| Proposed counsel to the Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John Tishler , Katie Stenberg | john.tishler@wallerlaw.com; katie.stenberg@wallerlaw.com |

**Exhibit B**

Exhibit B
Fee Application Supplemental Service List
Served via email

In re: Promise Healthcare Group LLC, *et al.*
Case No. 18-12491 (CSS)                                                    Page 1 of 1