**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                :

In re:                         :     Chapter 11
                                  :

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] :     Case No. 18-12491 (CSS)
                                  :

     Debtors.               :     (Jointly Administered)
                                  :
                                  :
                                  :     **Re: D.I. 198, 2122**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY
FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR
TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2020
THROUGH SEPTEMBER 30, 2020**

I, Stuart M. Brown, an attorney with DLA Piper LLP (US) ("<u>DLA</u>"), as counsel to

Promise Healthcare Group, LLC and its affiliated debtors and debtors in possession (collectively,

the "<u>Debtors</u>") in the above-captioned chapter 11 cases, hereby certify the following:

---

[1]       The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

1.      On October 20, 2020, Prime Clerk LLC ("Prime Clerk") filed its *Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2020 through September 30, 2020* [D.I. 2122] (the "Application").

2.      The deadline for the filing of objections or responses to the Application was November 9, 2020, at 4:00 p.m. (prevailing Eastern Time).

3.      As of the date hereof, neither Prime Clerk, nor counsel for the Debtors, has been served with any objection or response to the Application, and a review of the Court's docket in these cases indicates that no objections or responses to the Application have been filed.

*[Remainder of Page Intentionally Left Blank]*

4.      Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 198], the Debtors are now authorized to pay Prime Clerk $11,669.72, which is the sum of 80% of the requested fees, in the amount of $11,669.72, and 100% of the requested expenses, in the amount of $0.00, on an interim basis without further order of the Court.

Dated: November 13, 2020
      Wilmington, Delaware

**DLA PIPER LLP (US)**

 /s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
      matthew.sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
      Katie.Stenberg@wallerlaw.com
      Blake.Roth@wallerlaw.com
      Tyler.Layne@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*

EAST\177494465.1