IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                              :          Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]  :   Case No. 18-12491 (CSS)
:
Debtors.                                      :          (Jointly Administered)
:
:          **Related D.I.: 198, 2153**
------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING TWENTY THIRD MONTHLY APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

I, Stuart M. Brown, an attorney with DLA Piper LLP (US) ("DLA"), as counsel to Promise Healthcare Group, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby certify the following:

1. On October 29, 2020, DLA filed their *Twenty Third Monthly Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

*Expenses as Counsel to the Debtors for the Period from September 1, 2020 through September 30, 2020* [D.I. 2153] (the "Application").

2. The deadline for the filing of objections or responses to the Application was November 18, 2020, at 4:00 p.m. (prevailing Eastern Time).

3. As of the date hereof, DLA has not been served with any objection or response to the Application, and a review of the Court's docket in these cases indicates that no objections or responses to the Application have been filed.

4. Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 198], DLA is now allowed compensation of $134,599.00; and the Debtors are now authorized to pay $108,474.20, which is the sum of 80% of the requested fees, equal to $107,679.20, and 100% of the requested expenses, in the amount of $795.00, on an interim basis without further Court order.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 23, 2020<br>Wilmington, Delaware | DLA PIPER LLP (US)<br><br>/s/ *Stuart M. Brown*<br>Stuart M. Brown (#4050)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@us.dlapiper.com<br>         Matthew.Sarna@us.dlapiper.com<br><br>-and-<br><br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>John Tishler (admitted *pro hac vice*)<br>Katie G. Stenberg (admitted *pro hac vice*)<br>Blake D. Roth (admitted *pro hac vice*)<br>Tyler N. Layne (admitted *pro hac vice*)<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>Email: John.Tishler@wallerlaw.com<br>         Katie.Stenberg@wallerlaw.com<br>         Blake.Roth@wallerlaw.com<br>         Tyler.Layne@wallerlaw.com<br><br>*Attorneys for the Debtors and*<br>*Debtors in Possession* |