IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | Case No. 18-12491 (CSS) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: December 21, 2020 at 4:00 p.m.**
**Hearing Date: To be scheduled**

# FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM NOVEMBER 14, 2018 THROUGH OCTOBER 1, 2020

| | |
|---|---|
| Name of applicant: | Pachulski Stang Ziehl & Jones LLP |
| Name of client: | The Official Committee of Unsecured Creditors |
| Time period covered by this application: | November 14, 2018—October 1, 2020 |
| Total compensation sought this period: | $1,037,273.25[2] |

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

[2] This amount includes an addition $6,782.80 from the 22nd Monthly Fee Application.  The rate for Andrew W. Caine in that Application was inadvertently billed at $548.00 an hour instead of his normal rate of $1,095.00 resulting in a $6,782.80 deficit.  This amount is reflected throughout the Final Fee Application.

| Name of applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Total expenses sought this period: | $ 62,636.18 |
| Petition date: | November 5, 2018 |
| Retention date: | *Nunc Pro Tunc* to November 14, 2018 |
| Date of order approving employment: | January 8, 2019 |
| Total fees approved by interim order to date: | $523,207.00 |
| Total expenses approved by interim order to date: | $ 35,581.07 |
| Total allowed fees paid to date: | $523,207.00 |
| Total allowed expenses paid to date: | $ 35,581.07 |
| Blended rate in this application for all attorneys: | $901.63 |
| Blended rate in this application for all timekeepers: | $686.84 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $328,785.80 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $ 23,348.41 |
| Number of professionals included in this application: | 31 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 16 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | No |

This is a:    ____ monthly    ____ interim    _x_ final application.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $2,500.00.

**PRIOR MONTHLY APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/05/19 | 11/14/18 - 12/31/18 | $285,595.50 | $19,247.43 | $285,595.50 | $19,247.43 |
| 03/13/19 | 01/01/19 - 01/31/19 | $130,311.00 | $ 6,241.45 | $130,311.00 | $ 6,241.45 |
| | | | | <$12,500.00>[3] | |
| 03/28/19 | 02/01/19 - 02/28/19 | $ 53,520.00 | $ 4,350.21 | $ 53,520.00 | $ 4,350.21 |
| 07/16/19 | 03/01/19 – 03/31/19 | $ 31,327.50 | $ 2,092.50 | $ 31,327.50 | $ 2,092.50 |
| 08/20/19 | 04/01/19 – 04/30/19 | $ 38,953.00 | $ 4,137.33 | $ 38,953.00 | $ 4,137.33 |
| | | | | <$4,000.00>[4] | <$ 487.85>[4] |
| 09/17/19 | 05/01/19 – 05/31/19 | $ 19,951.90 | $  796.35 | $ 15,961.52 | $  796.35 |
| 12/20/19 | 06/01/19 – 06/30/19 | $ 48,887.00 | $ 2,060.87 | $ 39,109.60 | $ 2,060.87 |
| 01/02/20 | 07/01/19 – 07/31/19 | $ 18,669.50 | $ 1,349.70 | $ 14,959.60 | $ 1,349.70 |
| 01/09/20 | 08/01/19 – 08/31/19 | $ 33,532.50 | $ 2,369.67 | $ 26,826.00 | $ 2,369.67 |
| 01/17/20 | 09/01/19 – 09/30/19 | $ 18,358.00 | $ 1,589.50 | $ 14,686.40 | $ 1,589.50 |
| 01/21/20 | 10/01/19 – 10/31/19 | $ 13,979.25 | $ 2,117.75 | $ 11,183.40 | $ 2,117.75 |
| 01/24/20 | 11/01/19 – 11/30/19 | $ 16,079.50 | $ 1,358.79 | $ 12,863.60 | $ 1,358.79 |
| 02/07/20 | 12/01/19 – 12/31/19 | $ 29,438.50 | $  499.20 | $ 23,550.80 | $  499.20 |
| 05/01/20 | 01/01/20 – 01/31/20 | $ 45,687.50 | $ 3,769.02 | $ 36,550.00 | $ 3,769.02 |
| 05/01/20 | 02/01/20 – 02/29/20 | $ 11,422.50 | $  644.29 | $  9,138.00 | $  644.29 |
| 05/01/20 | 03/01/20 – 03/31/20 | $ 19,257.50 | $ 1,089.70 | $ 15,406.00 | $ 1,089.70 |
| 08/05/20 | 04/01/20 – 04/30/20 | $ 45,596.50 | $ 2,358.79 | $ 36,477.20 | $ 2,358.79 |
| 08/05/20 | 05/01/20 – 05/31/20 | $ 33,782.00 | $ 1,764.28 | $ 27,025.60 | $ 1,764.28 |
| 09/02/20 | 06/01/20 – 06/30/20 | $ 35,082.00 | $ 1,817.90 | $ 28,065.60 | $ 1,817.90 |
| 09/17/20 | 07/01/20 – 07/31/20 | $ 21,258.50 | $  762.60 | $ 17,006.80 | $  762.60 |
| 11/06/20 | 08/01/20 – 08/31/20 | $ 15,565.00 | $  927.80 | Pending | Pending |
| 11/23/20 | 09/01/20 – 10/01/20 | $ 64,236.20 | $ 1,291.05 | Pending | Pending |

---

[3] In accordance with an agreement reached between PSZ&J and the Fee Examiner as set forth in the *Fee Examiner's Report on the First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP* [Docket No. 1047], the Firm agreed to a reduction of $12,500 in fees requested under its first quarterly fee application [Docket No. 939].

[4] In accordance with an agreement reached between PSZ&J and the Fee Examiner as set forth in the *Fee Examiner's Report on the Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP* [Docket No. 1640], the Firm agreed to a reduction of $4,000 in fees and $487.85 in expenses requested under its second quarterly fee application [Docket No. 1379].

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew W. Caine | Partner 1989; Member CA Bar 1984 | $1,095.00<br>$1,050.00 | 22.50<br>0.20 | $ 24,637.50<br>$       210.00 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar 1987; Member D.C. Bar 2002; Member NY Bar 2004 | $1,095.00<br>$1,050.00 | 37.60<br>46.80 | $ 41,172.00<br>$ 49,140.00 |
| Richard E. Mikels | Partner 2016; Member MA Bar 1972; Member NY Bar 2015 | $1,075.00 | 14.70 | $ 15,802.50 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA & NJ Bars since 1996; and Member of the NY Bar since 2008 | $1,050.00<br>$  975.00<br>$  925.00<br>$  525.00<br>$  487.50<br>$  462.50 | 74.60<br>130.30<br>133.00<br>6.00<br>20.50<br>6.80 | $ 78,330.00<br>$127,042.50<br>$123,025.00<br>$   3,150.00<br>$   9,993.75<br>$   3,145.00 |
| Jeffrey N. Pomerantz | Partner 1995; Member CA Bar 1989 | $1,025.00<br>$  975.00 | 0.30<br>3.30 | $      307.50<br>$   3,217.50 |
| Iain A. W. Nasatir | Partner 1999; Member NY Bar 1983; Member CA Bar 1990 | $1,025.00<br>$  975.00 | 13.00<br>8.50 | $ 13,325.00<br>$   8,287.50 |
| James K. T. Hunter | Of Counsel 1988; Member CA Bar 1976 | $  995.00 | 32.00 | $ 31,840.00 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $  925.00<br>$  875.00 | 14.40<br>52.80 | $ 13,320.00<br>$ 46,200.00 |
| James E. O'Neill | Partner 2005; Member PA Bar 1985; Member BE Dar 2001 | $  925.00<br>$  895.00 | 1.20<br>10.20 | $   1,110.00<br>$   9,129.00 |
| Shirley S. Cho | Partner 2019; Member CA Bar 1997; Member NY Bar 2002 | $  925.00 | 8.40 | $   7,770.00 |
| Jason S. Pomerantz | Partner 2019; Member of CA Bar since 1991 | $  850.00 | 3.80 | $   3,230.00 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $  825.00<br>$  795.00<br>$  750.00<br>$  397.50 | 59.70<br>121.00<br>42.00<br>9.60 | $ 49,252.50<br>$ 96,195.00<br>$ 31,500.00<br>$   3,816.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $  775.00 | 11.00 | $   8,525.00 |
| Gina F. Brandt | Of Counsel 2000; Member of CA Bar since 1976 | $  775.00 | 2.60 | $   2,015.00 |
| Peter J. Keane | Of Counsel 2018; Member PA Bar 2008; Member DE & NH Bars 2010 | $  695.00 | 11.00 | $   7,645.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $ 495.00 | 1.10 | $ 544.50 |
| Joseph M. Mulvihill | Associate 2016; Member DE Bar 2014; Member PA Bar 2015 | $ 495.00 | 5.90 | $ 2,920.50 |
| Leslie Ann Forester | Law Library Director | $ 425.00 | 0.50 | $ 212.50 |
| Patricia J. Jeffries | Paralegal 1999 | $ 425.00<br>$ 395.00<br>$ 375.00 | 25.50<br>71.50<br>27.00 | $ 10,837.50<br>$ 28,242.50<br>$ 10,125.00 |
| Karina K. Yee | Paralegal 2000 | $ 425.00<br>$ 395.00<br>$ 375.00 | 42.60<br>73.40<br>14.40 | $ 18,105.00<br>$ 28,993.00<br>$ 5,400.00 |
| Patricia E. Cuniff | Paralegal 2000 | $ 425.00<br>$ 395.00<br>$ 375.00 | 5.10<br>3.50<br>1.50 | $ 2,167.50<br>$ 1,382.50<br>$ 562.50 |
| Beth D. Dassa | Paralegal 2007 | $ 425.00 | 0.50 | $ 212.50 |
| Cheryl A. Knotts | Paralegal 2000 | $ 395.00 | 9.30 | $ 3,673.50 |
| Mike Matteo | Paralegal 2001 | $ 395.00 | 37.60 | $ 14,852.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 395.00<br>$ 375.00 | 0.70<br>0.80 | $ 291.50<br>$ 300.00 |
| La Asia S. Canty | Paralegal 2017 | $ 395.00<br>$ 375.00 | 1.10<br>1.20 | $ 434.50<br>$ 450.00 |
| Andrea R. Paul | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 42.10<br>59.00<br>6.10 | $ 14,735.00<br>$ 19,175.00<br>$ 1,799.50 |
| Beatrice M. Koveleski | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 16.30<br>31.10<br>4.30 | $ 5,705.00<br>$ 10,107.50<br>$ 1,268.50 |
| Charles J. Bouzoukis | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 3.50<br>12.60<br>7.10 | $ 1,225.00<br>$ 4,095.00<br>$ 2,094.50 |
| Karen S. Neil | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 16.50<br>33.30<br>2.70 | $ 5,775.00<br>$ 10,822.50<br>$ 796.50 |
| Sheryle L. Pitman | Case Management Assistant | $ 325.00<br>$ 295.00 | 50.90<br>3.70 | $ 16,542.50<br>$ 1,091.50 |

**Grand Total:** $1,037,273.25
**Total Hours:** 1,510.20
**Blended Rate:** $ 686.84

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis/Recovery | 6.80 | $ 7,308.00 |
| Avoidance Actions | 60.90 | $ 39,335.50 |
| Asset Disposition | 118.30 | $103,997.00 |
| Bankruptcy Litigation | 169.40 | $ 93,717.50 |
| Case Administration | 287.80 | $110,158.00 |
| Claims Administration/ Objection | 59.00 | $ 57,017.50 |
| Compensation of Professionals | 109.20 | $ 57,704.00 |
| Compensation of Professionals/ Other | 80.00 | $ 46,898.50 |
| Employee Benefits/ Pension | 188.90 | $179,746.00 |
| Executory Contracts | 1.60 | $ 1,300.00 |
| Financial Filings | 28.30 | $ 12,366.50 |
| Financing | 105.40 | $ 83,949.50 |
| General Creditors' Committee | 25.30 | $ 22,740.00 |
| Hearing | 32.90 | $ 26,702.00 |
| Insurance Coverage | 37.20 | $ 32,785.00 |
| Meeting of Creditors | 1.00 | $ 730.00 |
| Non-Working Travel (billed at ½ rate) | 42.90 | $ 20,104.75 |
| Operations | 4.70 | $ 4,471.00 |
| Plan & Disclosure Statement | 117.40 | $111,694.00 |
| Plan Implementation | 0.50 | $ 412.50 |
| Retention of Professionals | 15.40 | $ 10,545.50 |
| Retention of Professionals/ Other | 11.30 | $ 7,956.50 |
| Stay Litigation | 6.00 | $ 5,634.00 |
| **Total** | **1,510.20** | **$1,037,273.25** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[5] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | American Airlines, Delta Airlines | $ 4,462.88 |
| Auto Travel Expense | Uber | $ 1,070.51 |
| Working Meals | Del Rey Beach Marriott, Margaux Restaurant | $ 151.66 |
| Conference Calls | AT&T; CourtCall; Loop Up | $ 512.10 |
| CourtLink | | $ 20.68 |
| Delivery/ Courier Service | Advita | $11,856.30 |
| Express Mail | Federal Express | $ 664.80 |
| Filing Fee | USDC DE | $ 50.00 |
| Hotel Expense | Lotte NY Palace Hotel | $ 1,098.36 |
| Legal Vision Atty Mess Service | | $ 30.00 |
| Legal Research | Lexis/Nexis | $ 491.76 |
| Court Research | Pacer | $ 6,632.90 |
| Postage | US Mail | $ 3,407.18 |
| Reproduction Expense | | $15,064.40 |
| Reproduction/ Scan Copy | | $10,310.20 |
| Research | Parasec; Pacer | $ 3,488.85 |
| Travel Expense | Amtrak, Ovation | $ 2,837.00 |
| Transcript | Escribers; Reliable Companies | $ 486.60 |
| **Total** | | **$62,636.18** |

---

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:  December 21, 2020 at 4:00 p.m.**<br>**Hearing Date:  Scheduled only if Necessary** |

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM NOVEMBER 14, 2018 THROUGH OCTOBER 1, 2020**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules"), and the Court's *Administrative Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* signed on December 3, 2018

(the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"),

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

counsel for the Official Committee of Unsecured Creditors (the "Committee") in the bankruptcy cases of the above-captioned debtors (the "Debtors"), hereby submits its *Final Application for Compensation and for Reimbursement of Expenses for the Period from November 14, 2018 through October 1, 2020* (the "Application").

By this Application PSZ&J seeks a final allowance of compensation in the amount of $1,037,273.25 and actual and necessary expenses in the amount of $62,636.18 for a total final allowance of $1,099,909.43 and payment of the unpaid amount of such fees and expenses for the period November 14, 2018 through October 1, 2020 (the "Fee Period"). In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1.  On November 5, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.  On November 14, 2018, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of the following seven (7) members: (i) HEB Ababa, Ronaldoe Guiterrez and Yolanda Penney; (ii) Cardinal Health; (iii) Wound Care Management, LLC d/b/a MEDCENTRIS; (iv) Freedom

Medical, Inc.; (v) Morrison Management Specialists, Inc.; (vi) Efficient Management Resources Systems, Inc.; and (vii) Surgical Program Development. *See Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 91].

4. On December 3, 2018, the Court signed the Administrative Order, authorizing certain professionals and members of any official committee ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending January 31, 2020, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5. Pursuant to the Administrative Order also, attorneys retained pursuant to sections 327, or 363 or 1103 of the Bankruptcy Code (other than Ordinary Course Professionals) are required to comply with certain requirements of the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases* (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled

out with data to the extent relevant to these cases: **Exhibit "A"**, Customary and Comparable Compensation Disclosures with Fee Applications; **Exhibit "B"**, Summary of Timekeepers Included in this Fee Application, **Exhibit "C-1"**, Budget; **Exhibit "C-2"**, Staffing Plan; **Exhibit "D-1"**, Summary of Compensation Requested by Project Category; **Exhibit "D-2"**, Summary of Expense Reimbursement Requested by Category; and **Exhibit "E"**, Summary Cover Sheet of Fee Application.

6. The retention of PSZ&J, as counsel to the Committee, was approved effective as of November 14, 2018, by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to November 14, 2018*, signed on January 8, 2019 [Docket No. 421] (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7. The monthly fee applications (the "Monthly Fee Applications") for the period November 14, 2018 through October 1, 2020 of PSZ&J have been filed and served pursuant to the Administrative Order. Attached hereto as Exhibits F through V are copies of the monthly fee applications filed by PSZ&J in the Debtors' cases which have not yet been approved by the Court.

## Valuation of Services

8.      Attorneys and paraprofessionals of PSZ&J expended a total of 1,510.20 hours in connection with the representation of the Committee during the Fee Period, as follows:

### PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew W. Caine | Partner 1989; Member CA Bar 1984 | $1,095.00<br>$1,050.00 | 22.50<br>0.20 | $ 24,637.50<br>$      210.00 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar 1987; Member D.C. Bar 2002; Member NY Bar 2004 | $1,095.00<br>$1,050.00 | 37.60<br>46.80 | $ 41,172.00<br>$ 49,140.00 |
| Richard E. Mikels | Partner 2016; Member MA Bar 1972; Member NY Bar 2015 | $1,075.00 | 14.70 | $ 15,802.50 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA & NJ Bars since 1996; and Member of the NY Bar since 2008 | $1,050.00<br>$   975.00<br>$   925.00<br>$   525.00<br>$   487.50<br>$   462.50 | 74.60<br>130.30<br>133.00<br>6.00<br>20.50<br>6.80 | $ 78,330.00<br>$127,042.50<br>$123,025.00<br>$    3,150.00<br>$    9,993.75<br>$    3,145.00 |
| Jeffrey N. Pomerantz | Partner 1995; Member CA Bar 1989 | $1,025.00<br>$   975.00 | 0.30<br>3.30 | $       307.50<br>$    3,217.50 |
| Iain A. W. Nasatir | Partner 1999; Member NY Bar 1983; Member CA Bar 1990 | $1,025.00<br>$   975.00 | 13.00<br>8.50 | $ 13,325.00<br>$    8,287.50 |
| James K. T. Hunter | Of Counsel 1988; Member CA Bar 1976 | $   995.00 | 32.00 | $ 31,840.00 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $   925.00<br>$   875.00 | 14.40<br>52.80 | $ 13,320.00<br>$ 46,200.00 |
| James E. O'Neill | Partner 2005; Member PA Bar 1985; Member BE Dar 2001 | $   925.00<br>$   895.00 | 1.20<br>10.20 | $    1,110.00<br>$    9,129.00 |
| Shirley S. Cho | Partner 2019; Member CA Bar 1997; Member NY Bar 2002 | $   925.00 | 8.40 | $    7,770.00 |
| Jason S. Pomerantz | Partner 2019; Member of CA Bar since 1991 | $   850.00 | 3.80 | $    3,230.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $ 825.00<br>$ 795.00<br>$ 750.00<br>$ 397.50 | 59.70<br>121.00<br>42.00<br>9.60 | $ 49,252.50<br>$ 96,195.00<br>$ 31,500.00<br>$ 3,816.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 775.00 | 11.00 | $ 8,525.00 |
| Gina F. Brandt | Of Counsel 2000; Member of CA Bar since 1976 | $ 775.00 | 2.60 | $ 2,015.00 |
| Peter J. Keane | Of Counsel 2018; Member PA Bar 2008; Member DE & NH Bars 2010 | $ 695.00 | 11.00 | $ 7,645.00 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $ 495.00 | 1.10 | $ 544.50 |
| Joseph M. Mulvihill | Associate 2016; Member DE Bar 2014; Member PA Bar 2015 | $ 495.00 | 5.90 | $ 2,920.50 |
| Leslie Ann Forester | Law Library Director | $ 425.00 | 0.50 | $ 212.50 |
| Patricia J. Jeffries | Paralegal 1999 | $ 425.00<br>$ 395.00<br>$ 375.00 | 25.50<br>71.50<br>27.00 | $ 10,837.50<br>$ 28,242.50<br>$ 10,125.00 |
| Karina K. Yee | Paralegal 2000 | $ 425.00<br>$ 395.00<br>$ 375.00 | 42.60<br>73.40<br>14.40 | $ 18,105.00<br>$ 28,993.00<br>$ 5,400.00 |
| Patricia E. Cuniff | Paralegal 2000 | $ 425.00<br>$ 395.00<br>$ 375.00 | 5.10<br>3.50<br>1.50 | $ 2,167.50<br>$ 1,382.50<br>$ 562.50 |
| Beth D. Dassa | Paralegal 2007 | $ 425.00 | 0.50 | $ 212.50 |
| Cheryl A. Knotts | Paralegal 2000 | $ 395.00 | 9.30 | $ 3,673.50 |
| Mike Matteo | Paralegal 2001 | $ 395.00 | 37.60 | $ 14,852.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 395.00<br>$ 375.00 | 0.70<br>0.80 | $ 291.50<br>$ 300.00 |
| La Asia S. Canty | Paralegal 2017 | $ 395.00<br>$ 375.00 | 1.10<br>1.20 | $ 434.50<br>$ 450.00 |
| Andrea R. Paul | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 42.10<br>59.00<br>6.10 | $ 14,735.00<br>$ 19,175.00<br>$ 1,799.50 |
| Beatrice M. Koveleski | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 16.30<br>31.10<br>4.30 | $ 5,705.00<br>$ 10,107.50<br>$ 1,268.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Charles J. Bouzoukis | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 3.50<br>12.60<br>7.10 | $ 1,225.00<br>$ 4,095.00<br>$ 2,094.50 |
| Karen S. Neil | Case Management Assistant | $ 350.00<br>$ 325.00<br>$ 295.00 | 16.50<br>33.30<br>2.70 | $ 5,775.00<br>$ 10,822.50<br>$ 796.50 |
| Sheryle L. Pitman | Case Management Assistant | $ 325.00<br>$ 295.00 | 50.90<br>3.70 | $ 16,542.50<br>$ 1,091.50 |

**Grand Total:** $1,037,273.25
**Total Hours:** 1,510.20
**Blended Rate:** $ 686.84

<u>Statement from PSZ&J</u>

9. Pursuant to the *Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, PSZ&J responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | Yes | | Time incurred reviewing and preparing PSZ&J Monthly Fee Applications. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these Cases:<br>i. Did your client review and approve those rate increases in advance?<br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | Yes | The terms of the Firm's engagement provides that the Firm may periodically adjust its billing rates. |

**Requested Relief**

10. By this Final Fee Application, PSZ&J requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from November 14, 2018 through October 1, 2020. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Fee Period that already have been filed with the Court. PSZ&J reserves the right, and respectfully requests that the Court authorize PSZ&J, to file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

11. By this Application, PSZ&J requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Fee Period of November 14, 2018 through October 1, 2020.

12. At all relevant times, PSZ&J has not represented, and does not represent, any party having an interest adverse to the case.

13. All services for which PSZ&J requests compensation were performed for or on behalf of the Official Committee of Unsecured Creditors.

14. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J did not receive a retainer in these cases.

15. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Committee, the Debtors' estates, and creditors and other parties in interest.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that a final allowance be made to PSZ&J for the period from November 14, 2018 through October 1, 2020 in the sum of $1,037,273.25 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $62,636.18 for a total of $1,099,909.43; that PSZ&J may file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application; that the Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated:  November 30, 2020         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:  jpomerantz@pszjlaw.com
             bsandler@pszjlaw.com
             crobinson@pszjlaw.com
*Co-Counsel for the Official Committee of Unsecured
 Creditors*

**DECLARATION**

STATE OF DELAWARE       :
                        :
COUNTY OF NEW CASTLE    :

Bradford J. Sandler, after being duly sworn according to law, deposes and says:

a)  I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b)  I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee. Capitalized terms used in this Declaration have the same meanings ascribed in the *Twenty-Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2020 through October 1, 2020* (the "Application").

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about December 3, 2018 and the Fee Examiner Order, and submit that the Application substantially complies with such rule and orders.

*/s/ Bradford J. Sandler*
Bradford J. Sandler