### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,<br><br>Debtors. | ) Chapter 11<br>) Case No. 18-12491 (CSS)<br>) Jointly Administered<br>) **Hearing Date: December 17, 2020 at 11:00**<br>) **a.m.**<br>) **Objection Deadline: November 30, 2020 at**<br>) **4:00 p.m.**<br>)<br>) **Relates to Docket No. 2101**<br>) |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** Renal Treatment Center – West, Inc., hereby withdraws the following pleadings:

- *Renal Treatment Center – West, Inc.'s, Application For Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)* (Docket No. 2172); and

- *Renal Treatment Center – West, Inc.'s, Amended Application For Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)* (Docket No. 2181)

Dated: December 2, 2020

                                              **MOYE WHITE LLP**

                                              */s/ Timothy M. Swanson*
                                              Timothy M. Swanson, Colorado No. 47267
                                              1400 16th Street, Suite 600
                                              Denver, CO 80202
                                              (303) 292-2900
                                              (303) 292-4510 *facsimile*
                                              tim.swanson@moyewhite.com
                                              *Counsel for Renal Treatment Center – West, Inc., a subsidiary of DaVita, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** to be sent for service via the Court's CM/ECF system.

<em>/s/ Timothy M. Swanson</em>