# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]

Debtors.

---------------------------------------------------------------x

: Chapter 11
:
: Case No. 18-12491 (CSS)
:
: (Jointly Administered)
:
:

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* AND *ZOOM* HEARING ON DECEMBER 17, 2020 AT 11:00 A.M. (ET)[3]

> **\*\*WITH THE PERMISSION OF THE COURT THIS HEARING HAS BEEN RESCHEDULED FOR JANUARY 7, 2021 AT 1:00 P.M. \*\***

## MATTERS WITH CERTIFICATION OF COUNSEL (CNO/COC):

1. Debtors' Motion Pursuant to Section 365 for Entry of an Order Assuming Certain Executory Contracts and Granting Related Relief [D.I. 2097; Filed 9/30/20].

    **Response Deadline:** October 14, 2020 at 4:00 p.m. (ET).

    **Related Documents:**

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] **Amended items appear in bold.**

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946)

- A. Certification of Counsel Regarding Order Authorizing Debtors to Assume Certain Executory Contracts with Change Healthcare Technologies, LLC and Granting Related Relief [D.I. 2228; Filed 12/8/20].

- B. Order Authorizing Debtors to Assume Certain Executory Contracts with Change Healthcare Technologies, LLC and Granting Related Relief [D.I. 2229; Filed 12/9/20].

**Responses Received**:

- A. Oracle's Limited Objection and Reservation of Rights to Motion to Assume Certain Executory Contracts [D.I. 2190; Filed 11/11/20].

**Status: An order has been entered resolving this matter solely as it relates to Change Healthcare Technologies, LLC. The remainder of the motion which relates to Oracle America, Inc. remains pending and Oracle has agreed to adjourn this matter to a hearing on February 18, 2021 at 10:00 a.m.**

**CONTESTED MATTERS:**

2. Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2160; Filed 10/30/20].

   **Response Deadline:** November 30, 2020 at 4:00 p.m. (ET).

   **Related Documents:**

   - A. Amended Notice of Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2185; Filed 11/6/20].

   **Responses Received**:

   - A. Objection of Robert Michaelson of Advisory Trust Group, LLC, Solely in His Capacity as Liquidating Trustee of the Promise Healthcare Group Liquidating Trust, to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2218; Filed 11/30/20].

   - B. Reply of KPC Promise Hospital of Wichita Falls, LLC, KPC Promise Hospital of Overland Park, LLC, and KPC Promise Hospital of Dallas, LLC to Liquidating Trustee's Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise

      Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2226; Filed 12/14/20].

    **Status:** With the Court's permission, the parties have agreed to adjourn this matter to a hearing on January 7, 2021 at 1:00 p.m.

3.    Oracle America, Inc's Request for Allowance and Payment of Administrative Expenses [D.I. 2179; Filed 11/2/20].

    **Response Deadline:** November 30, 2020 at 4:00 p.m. (ET).

    **Related Documents:** None.

    **Responses Received:** None.

    **Status: With the Court's permission, the parties have agreed to adjourn this matter to a hearing on February 18, 2021 at 10:00 a.m., however, Oracle has confirmed that they have received the payment and intend to withdraw the application, therefore, this matter should be resolved.**

Dated: December 16, 2020            DLA PIPER LLP (US)
Wilmington, Delaware

                                   /s/ *Stuart M. Brown*
                              Stuart M. Brown (#4050)
                              Matthew S. Sarna (#6578)
                              1201 N. Market Street, Suite 2100
                              Wilmington, DE 19801
                              Telephone: (302) 468-5700
                              Facsimile: (302) 394-2341
                              Email: stuart.brown@us.dlapiper.com
                                     matthew.sarna@us.dlapiper.com

                              -and-

                              WALLER LANSDEN DORTCH & DAVIS, LLP
                              John Tishler (admitted *pro hac vice*)
                              Katie G. Stenberg (admitted *pro hac vice*)
                              Blake D. Roth (admitted *pro hac vice*)
                              Tyler N. Layne (admitted *pro hac vice*)
                              511 Union Street, Suite 2700
                              Nashville, TN 37219
                              Telephone: (615) 244-6380
                              Facsimile: (615) 244-6804
                              Email: John.Tishler@wallerlaw.com
                                     Katie.Stenberg@wallerlaw.com
                                     Blake.Roth@wallerlaw.com
                                     Tyler.Layne@wallerlaw.com

                              *Attorneys for the Liquidating Trustee Robert Michaelson*