# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                            :   Chapter 11
                                                                  :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]     :   Case No. 18-12491 (CSS)
                                                                  :
          Debtors.                                      :   (Jointly Administered)
                                                                  :
---------------------------------------------------------------x   **Re: D.I. 2254**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Jeremy A. Oliver of Waller Lansden Dortch & Davis, LLP, to represent the Debtors in the above-captioned case.

Dated:  December 22, 2020              **DLA PIPER LLP (US)**
       Wilmington, Delaware

                                          /s/ *Stuart M. Brown*
                                         Stuart M. Brown (DE Bar No. 4050)
                                         1201 North Market Street, Suite 2100
                                         Wilmington, Delaware 19801
                                         Telephone:     (302) 468-5700
                                         Facsimile:       (302) 394-2341
                                         Email:  stuart.brown@us.dlapiper.com

                                         *Counsel to the Debtors*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),  Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc.  (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc.  (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL  33431.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Tennessee and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 22, 2020               **WALLER LANSDEN DORTCH & DAVIS, LLP**

                                       /s/ *Jeremy A. Oliver*
                                       Jeremy A. Oliver (TN Bar No. 029329)
                                       511 Union Street - Suite 2700
                                       Nashville, Tennessee 37219
                                       Telephone:    615.244.6380
                                       Facsimile:    615.244.6804
                                       Email: jeremy.oliver@wallerlaw.com

                                       *Counsel to the Debtors*


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: December 22nd, 2020**           **CHRISTOPHER S. SONTCHI**
**Wilmington, Delaware**                 **UNITED STATES BANKRUPTCY JUDGE**

EAST\178206738.1