IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :  Chapter 11
                                                            :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]                 :  Case No. 18-12491 (CSS)
                                                            :
     Debtors.                                               :  (Jointly Administered)
                                                            :
                                                            :  **Related D.I.: 198, 2196**
                                                            :
------------------------------------------------------------x

# FINAL ORDER APPROVING THE FINAL FEE APPLICATION OF FTI CONSULTING, INC. AS INTERIM CHIEF FINANCIAL OFFICER AND CHIEF RESTRUCTURING OFFICER FOR THE DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM NOVEMBER 5, 2018 THROUGH OCTOBER 1, 2020

Upon consideration of the *Final Fee Application of FTI Consulting, Inc. as Interim Chief Financial Officer and Chief Restructuring Officer for the Debtor, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from November 5, 2018 through October 1, 2020* [D.I. 2196] (the "Final Application"),

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

pursuant to 11 U.S.C. §§ 330(a) and 331 and Bankruptcy Rule 2016, for the final allowance of fees, including all amounts held back, and expenses for the period of November 5, 2018 through October 1, 2020 (the "Compensation Period"), filed pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 198] (the "Administrative Order"); and upon consideration of the *Certification of Counsel* regarding the Final Application; and the Court having reviewed the Final Application and the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) notice of the Final Application was adequate under the circumstances, and (iii) all parties with notice of the Final Application have been afforded the opportunity to be heard on the Final Application; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Final Application is GRANTED to the extent set forth in this Order.

2. FTI Consulting, Inc. is allowed on a final basis (i) compensation for services rendered during the Compensation Period, in the amount of $8,291,511.00, and (ii) reimbursement for actual and necessary expenses, in the amount of $533,765.98.

3. FTI Consulting, Inc. is allowed on a final basis the Completion Fee, as such term is defined in the *Order (I) Authorizing the Debtors to Employ FTI Consulting, Inc. and (II) Approving the Designation of Andrew Hinkelman as Debtors' Interim Chief Financial Officer and Chief Restructuring Officer* [D.I. 273], in the amount of $200,000.00

4. To the extent not already paid pursuant to the Administrative Order, as applicable, the Debtors are authorized and directed to pay to FTI Consulting, Inc. (i) all outstanding


compensation for services rendered during the Compensation Period, (ii) all outstanding reimbursement for actual and necessary expenses, and (iii) the Completion Fee.

5. This Court shall retain jurisdiction with regard to any issues arising from or related to the interpretation or enforcement of this Order.

**Dated: December 23rd, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

EAST\178188972.1