THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                                             :  Chapter 11
In re:                                                       :
                                                             :  Case No. 18-12491 (CSS)
PROMISE HEALTHCARE GROUP, LLC, et al.,¹                      :
                                                             :  (Jointly Administered)
Debtors.                                                     :
                                                             :
-------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
*TELEPHONIC* **AND** *ZOOM* **HEARING ON JANUARY 11, 2021 AT 3:00 P.M. (ET)²**

**\*\*AT THE REQUEST OF THE COURT THIS HEARING HAS
BEEN RESCHEDULED TO FEBRUARY 1, 2021 AT 1:00 P.M. \*\***

Topic: Promise 18-12491 - Omnibus
Time: Jan 11, 2021 03:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1601334312

Meeting ID: 160 133 4312
Passcode: 492324

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946)

**ADJOURNED MATTERS:**

1. Debtors' Motion Pursuant to Section 365 for Entry of an Order Assuming Certain Executory Contracts and Granting Related Relief [D.I. 2097; Filed 9/30/20].

   **Response Deadline:** October 14, 2020 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Certification of Counsel Regarding Order Authorizing Debtors to Assume Certain Executory Contracts with Change Healthcare Technologies, LLC and Granting Related Relief [D.I. 2228; Filed 12/8/20].

   B. Order Authorizing Debtors to Assume Certain Executory Contracts with Change Healthcare Technologies, LLC and Granting Related Relief [D.I. 2229; Filed 12/9/20].

   **Responses Received**:

   A. Oracle's Limited Objection and Reservation of Rights to Motion to Assume Certain Executory Contracts [D.I. 2190; Filed 11/11/20].

   **Status:** An order has been entered resolving this matter solely as it relates to Change Healthcare Technologies, LLC. The remainder of the motion which relates to Oracle America, Inc. remains pending and the Liquidating Trustee and Oracle have agreed to adjourn this matter to a hearing on February 18, 2021 at 10:00 a.m.

2. Oracle America, Inc's Request for Allowance and Payment of Administrative Expenses [D.I. 2179; Filed 11/2/20].

   **Response Deadline:** November 30, 2020 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Withdrawal of Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses [D.I. 2264; Filed 1/6/21].

   **Responses Received**: None.

   **Status:** With the Court's permission, the parties agreed to adjourn this matter to the hearing on February 18, 2021 at 10:00 a.m. Oracle has confirmed receipt of payment and have withdrawn the application, therefore, this matter is resolved.

**MATTERS WITH CERTIFICATION OF COUNSEL (CNO/COC):**

3. Motion of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust for Leave to File a Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise

Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2252; Filed 12/22/20].

**Response Deadline:** January 5, 2021 at 4:00 p.m. (ET).

**Related Documents:**

A.  Certificate of No Objection regarding Motion of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust for Leave to File a Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2265; Filed 1/6/21].

**Responses Received**:  None.

**Status:**  A certificate of No Objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

**MATTERS GOING FORWARD:**

4.  Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2160; Filed 10/30/20].

    **Response Deadline:** November 30, 2020 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Amended Notice of Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2185; Filed 11/6/20].

    B.  Order Approving Stipulation for Adequate Protection Between Debtors and the United States of America [D.I. 197; Filed 12/3/18].

    C.  Order Approving Amended Stipulation For Adequate Protection between the Debtors and the United States of America [D.I. 332; Filed 12/19/18].

    D.  Schedules of Assets and Liabilities of Promise Wichita Falls [D.I. 640; Filed 2/4/19].

    E.  Schedules of Assets and Liabilities of Promise Overland Park [D.I. 632; Filed 2/4/19].

    F.  Schedules of Assets and Liabilities of Promise Dallas [D.I. 622; Filed 2/4/19].

G.     Objection of the United States to Debtors Motion for Order (A) Authorizing and Approving Sale of Substantially All Assets of Certain of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 809; Filed 2/22/19].

H.     Declaration of Andrew Turnbull In Support of the Sale of the Select Assets and Remaining Assets [D.I. 813; Filed 2/25/19].

I.     Transcript of Sale Hearing on February 26, 2020 [D.I. 822; Filed 2/26/19].

J.     Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (III) Granting Related Relief (Remaining Assets) [D.I. 832; Filed 3/1/19].

K.     Notice of Consummation of Sale and Filing of Amendment 1 to Asset Purchase Agreement [Strategic] [D.I. 1195; Filed 6/18/19].

L.     Administrative Expense Proof of Claim filed by KPC Wichita Falls filed July 30, 2020 – Claim No. 1742 Filed 7/30/20 [N/A].

M.     Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2160; Filed 11/30/20].

N.     Amended Notice of Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2185; Filed 11/6/20].

O.     Affidavit of Mailing of Natasha Otton Regarding Cover Sheet for Final Fee Application of Crowe LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Debtors Audit and Tax Advisors, Summary of Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Final Period from November 5, 2018 through September 30, 2020, Objection of Robert Michaelson of Advisory Trust Group, LLC, Solely in His Capacity as Liquidating Trustee of the Promise Healthcare Group Liquidating Trust, to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2226; Filed 12/4/20].

P.     Liquidating Trustee's Subpoena to Peter R. Baronoff issued December 3, 2020 [N/A].

Q.     Notice of Rescheduled Hearing [D.I. 2256; Filed 12/22/20].

R. Motion of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust for Leave to File a Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2252; Filed 12/22/20].

S. Affidavit of Mailing of Natasha Otton Regarding Motion of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust for Leave to File a Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC and Notice of Rescheduled Hearing [D.I. 2259; Filed 12/30/20].

T. Liquidating Trustee's Subpoena to Peter R. Baronoff issued December 30, 2020 [N/A].

U. Notice of Filing of Joint Witness and Exhibit Lists for Hearing on Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [T/B/D].

**Responses Received**:

A. Objection of Robert Michaelson of Advisory Trust Group, LLC, Solely in His Capacity as Liquidating Trustee of the Promise Healthcare Group Liquidating Trust, to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2218; Filed 11/30/20].

B. Reply of KPC Promise Hospital of Wichita Falls, LLC, KPC Promise Hospital of Overland Park, LLC, and KPC Promise Hospital of Dallas, LLC to Liquidating Trustee's Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2234; Filed 12/14/20].

C. Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2252-3; Filed 12/22/20].

**Status:**  This matter is going forward.

Dated: January 7, 2021  
      Wilmington, Delaware

DLA PIPER LLP (US)

 /s/ *Stuart M. Brown*  
Stuart M. Brown (#4050)  
Matthew S. Sarna (#6578)  
1201 N. Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email:  stuart.brown@us.dlapiper.com  
       matthew.sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP  
John Tishler (admitted *pro hac vice*)  
Katie G. Stenberg (admitted *pro hac vice*)  
Blake D. Roth (admitted *pro hac vice*)  
Tyler N. Layne (admitted *pro hac vice*)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804  
Email: John.Tishler@wallerlaw.com  
      Katie.Stenberg@wallerlaw.com  
      Blake.Roth@wallerlaw.com  
      Tyler.Layne@wallerlaw.com

*Attorneys for the Liquidating Trustee Robert Michaelson*