# EXHIBIT A

**From:** Kami Horvat
**Sent:** Thursday, August 13, 2020 7:25 AM
**To:** Donna Talbot
**Subject:** Re: SLMC 05-0763 Bad Debt Review fy2017

Hello Donna,

Thank you for the email. I will have the team begin the work on the sample file.

Please feel free to contact me should you have any questions or concerns.

Thank you,


Kami Horvat
Chief Financial Officer

**LADMC  LA DOWNTOWN MEDICAL CENTER**

**CMS**
CENTERS FOR MEDICARE & MEDICAID SERVICES
FIVE-STAR Quality Rated

1711 West Temple Street
Los Angeles, California 90026
213.989.6100 Main Line
909.240.0530 Cell


**From:** Donna Talbot <donnatalbot@msn.com>
**Sent:** Wednesday, August 12, 2020 3:58 PM
**To:** Kami Horvat <kami.horvat@ladowntownmc.com>
**Subject:** FW: SLMC 05-0763 Bad Debt Review fy2017

Hi Kami,
Attached please find Noridian's sample for the audit of the Medicare Bad Debt.

Please submit the following support by COB August 24, 2020:
1. Medicare & Medicaid remittance advices
2. Patient account detail showing bad debt write-off
3. Eligibility Print screen showing SOC or No SOC.
4. Third Party remittance advices if applicable, if not submitted, bad debt not allowable

Please verify receipt of this email.

I will send the password in a separate e-mail.

Thanks so much and have a wonderful Wednesday,

Donna

Donna Lee Talbot
The Talbot Group, LLC
11741 W Romin Rd
Post Falls, ID 83854

mobile (510) 846-6698
fax (510) 217-2361
donnatalbot@msn.com