# EXHIBIT B

**From:** Donna Talbot <donnatalbot@msn.com>
**Sent:** Tuesday, September 1, 2020 6:17 PM
**To:** Kami Horvat <kami.horvat@ladowntownmc.com>
**Cc:** Byrne, Jennifer <Jennifer.Byrne@fticonsulting.com>; Tad Erickson <tad@trerci.com>
**Subject:** [EXTERNAL] Medicare 0617 Audit
**Importance:** High

Hi Kami,
The Medicare auditor has disallowed **all** of the Medicare bad debt because there was no support provided for the Outpatient bad debt sample. Further, the inpatient documentation provided did not include the eligibility print screen and the Medicaid remit.

There is a liability of approximately $1.25 million, the majority of which ($1.05 million) is due to the 100% disallowance of Medicare bad debt.

The auditor has given the Hospital until September 15, 2020 to respond. I suggest getting this information together ASAP, to provide the Hospital adequate time, in case the auditor still has issues with the documentation.

Please give this urgent matter your immediate attention.

Thank you,

Donna

Donna Lee Talbot
The Talbot Group, LLC
11741 W Romin Rd
Post Falls, ID 83854

mobile (510) 846-6698
fax (510) 217-2361
donnatalbot@msn.com