# EXHIBIT C

From: Mark Valentino<mailto:mark.valentino@ladowntownmc.com>
Sent: Tuesday, September 15, 2020 4:04 PM
To: Donna Talbot <mailto:donnatalbot@msn.com>; Tad Erickson<mailto:tad@trerci.com>
Cc: Jeff Ahlholm<mailto:jeff@agracapital.com>; Kami Horvat<mailto:kami.horvat@ladowntownmc.com>; Bill
Nelson<mailto:bill.nelson@ladowntownmc.com>; Vicki Rollins<mailto:centvick@aol.com>; Noyes,
Kennard<mailto:KennardNoyes@dwt.com>; Farber, Jason<mailto:JasonFarber@DWT.COM>
Subject: RE: Medicare 1217 Bad Debt Audit

Donna, per my prior email not more than one hour ago, any requests related to 2017 (or any cost reporting period prior
to our ownership of the hospital for that matter) can be directed to our attorneys at DWT. If Jim Pope doesn't have the
information from the seller's server / database, we certainly do not, nor are we going to be held accountable for bad
data submitted to Medicare 2-3 years prior to our purchase of the hospital.

Please do not reach out to our colleagues any further on this matter.

Thanks,

Mark Valentino
Executive Vice President
RollinsNelson Grp
LA Downtown Medical Center
1711 W Temple St., Los Angeles, CA 90026
Cell: 617-733-3119


<5808FD1D890645F68E823275D2D754DB.png>
From: Donna Talbot <donnatalbot@msn.com<mailto:donnatalbot@msn.com>>
Sent: Tuesday, September 15, 2020 3:51 PM
To: Kami Horvat <kami.horvat@ladowntownmc.com<mailto:kami.horvat@ladowntownmc.com>>
Cc: Tad Erickson <tad@trerci.com<mailto:tad@trerci.com>>
Subject: Medicare 1217 Bad Debt Audit


Hi Kami,

The Medicare auditor requested the following information related to the inpatient and outpatient Medicare bad debt
sample (attached):


1. Medicare & Medicaid remittance advices
2. Patient account detail showing bad debt write-off
3. Eligibility Print screen showing SOC or No SOC.
4. Third Party remittance advices if applicable, if not submitted, bad debt not allowable
5. You provided some of this information for the inpatient sample.  I did not receive any information for the outpatient
sample.

You provided some, but not all of the information for the inpatient sample and none of the information for the outpatient sample.  Based on a discussion with Jim Pope at St. Alexius, none of this data is in the information he has.

My understanding is that LADMC has copies of the Medicare remittance advices, the patient account detail showing the write-off (Encounter data), and the eligibility information showing SOC or no SOC (I believe that this is located in the patient's medical record).

There is an electronic copy of all of the MediCal/Medicaid remittance advices.  Do you know where this is?

I am trying to buy a few extra days with the Medicare auditor.  Will you provide the information for the outpatient Medicare bad debt sample and the inpatient eligibility data from the medical record?

Thank you for your assistance in resolving this important matter.

Donna

Donna Lee Talbot
The Talbot Group, LLC
11741 W Romin Rd
Post Falls, ID 83854

mobile (510) 846-6698
fax (510) 217-2361
donnatalbot@msn.com<mailto:donnatalbot@msn.com>