# EXHIBIT A

October 31, 2019

| | |
|---|---|
| **VIA EMAIL AND FACSIMILE**<br>L.A. Downtown Medical Center LLC<br>c/o RollinsNelson LTC Corp.<br>2615 Grand Avenue<br>Long Beach, CA 90815<br>Attention: Vicki Rollins<br>Facsimile: (562) 426-5269<br>Email: centvick@aol.com | **VIA EMAIL AND FACSIMILE**<br>Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>Attention: Gary Torrell, Esq.<br>Facsimile: (310) 551-8181<br>Email: gtorrell@health-law.com |
| **VIA EMAIL AND FACSIMILE**<br>AGRA Capital Advisors, LLC<br>5850 W. 3rd Street #309<br>Los Angeles, CA 90036<br>Attention: Jeffrey Ahlholm<br>Facsimile: (323)297-1554<br>Email: jeff@agracapital.com | **VIA EMAIL AND FACSIMILE**<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Attention: Jason A. Farber, Esq.<br>          Kennard Noyes, Esq.<br>Facsimile: (206) 757-7041<br>Email: JasonFarber@dwt.com<br>          KennardNoyes@dwt.com |

    Re: **Sellers' Objection Notice, Final QAF4 Sellers' Objection Notice, Final QAF5 Sellers' Objection Notice, and SH1's Dispute Notice**

Ladies and Gentlemen:

  Reference is made to the following documents: (i) that certain Asset Purchase Agreement dated as of October 24, 2018, as amended (the "<u>APA</u>"), by and between L.A. Downtown Medical Center LLC, a California limited liability company ("<u>Buyer</u>"), and Success Healthcare, LLC, a California limited liability company ("<u>Parent</u>"), Success Healthcare 1, LLC, a California limited liability company ("<u>SH1</u>"), and HLP of Los Angeles, LLC, a California limited liability company ("<u>HLP</u>" and collectively with Parent and SH1, "<u>Sellers</u>"); (ii) that certain Non-Negotiable Subordinated Promissory Note dated as of March 4, 2019, between Buyer as maker and SH1 as payee, in the original principal amount of $8,100,000.00 (the "<u>Seller Note</u>"); and (iii) that certain Limited Waiver of Timing Requirements dated as of September 20, 2018 ("<u>Limited Waiver</u>"), by and between Buyer and Sellers, waiving all timing requirements in sections 3.5(b), 3.5(c), 3.6(b) (solely to the extent such timing requirements apply to the Final QAF4 Adjustment and Final QAF5 Adjustment process referenced in section 3.7) and 3.7 of the APA and section 3(b) of the Seller Note until 5:00 p.m. Pacific Time on October 31, 2019. Capitalized terms used, but not otherwise defined, in this letter have the meanings ascribed to them in the APA or Seller Note, as applicable.

  Parent, on behalf of Sellers, hereby delivers to Buyer: (i) notice of Parent's objections, in accordance with section 3.7(a) of the APA, with respect to Buyer's Final QAF4 Adjustment dated as of August 22, 2019 ("<u>Final QAF4 Sellers' Objection Notice</u>"); (ii) notice of Parent's objections, in accordance with section 3.7(a) of the APA, with respect to Buyer's Final QAF5 Adjustment dated as of August 22, 2019 ("<u>Final QAF5 Sellers' Objection Notice</u>"); and (iii) SH1's Dispute Notice, in accordance with section 3(b) of the Seller Note, with respect to

Buyer's notice of proposed offsets to the Deferred Payments under the Seller Note, dated as of September 4, 2019. Parent, on behalf of Sellers, reserves all rights to amend this letter or object with respect to Buyer's Adjustment Statement dated as of August 22, 2019, regarding the final calculations of (i) Closing Working Capital, (ii) Seller Closing Indebtedness, and (iii) Seller Transaction Expenses, in the event that Parent receives new or additional information regarding the calculation of such amounts.

Based on the Sellers' review and analysis: (i) Buyer has failed to reimburse Sellers for the first $500,000 of Buyer's receipts under QAF5, Buyer has received in excess of $500,000 under QAF5 and Buyer is obligated to remit to Sellers $500,000 immediately; (ii) the principal amount of the Seller Note is reduced to $7,056,981.51; (iii) Buyer is obligated to pay to SH1 the sum of $2,107,984.06, one half of which was due on August 15, 2019 and one half of which is due on February 3, 2020. Accordingly, Buyer is obligated to pay $1,553,992.03 immediately.[1]

A summary of the proposed adjustments to the Seller Note and comparison of Buyer's and Sellers' calculations is below, and each category is explained in greater detail on the following pages.

|   | Category | Sellers' Calculation | Buyer's Calculation | References |
|---|---|---|---|---|
|   | **Seller Note Adjustments** |   |   |   |
| A | Seller Note – Initial Balance | $8,100,000.00 | $8,100,000.00 | Seller Note |
| B | Deferred Payments Dispute Notice – APU Quality Reduction | ($242,176.33) | ($760,000.00) | See pp. 7-8 |
| C | Deferred Payments Dispute Notice – 2018 Medicare Cost Report Liability | ($746,842.16) | ($790,966.00) | See pp. 8, 9-11 |
| D | Deferred Payments Dispute Notice – Talbot Group Invoices | ($54,000.00) | ($45,000.00) | See pp. 8, 12-16 |
|   | **QAF Program Payment & Adjustments** |   |   |   |
| E | Final QAF4 Adjustment | $2,107,984.06 | ($1,372,743.18) | See pp. 4, 5 |
| F | Final QAF5 Adjustment | - | - | See p. 4 |
| G | CDHCS Payment Reconciliation (QAF5 Advance) | $500,000.00 | - | See p. 6 |
|   | **Adjusted Seller Note Balance & Payments Owed to Sellers** |   |   |   |
| H | Net Change to Seller Note Principal | ($1,043,018.49) | ($1,595,966.00) | = B+C+D |
| I | Seller Note – Adjusted Principal | $7,056,981.51 | $6,504,034.00 | = A+H |
| J | Final QAF4 Adjustment – Cash Payment Due to SH1 | $2,107,984.06 | - | = E |
| K | CDHCS Payment Reconciliation – Cash Payment Due to Sellers | $500,000.00 | - | = G |

This notification is being provided to you subject to the confidentiality provisions contained in the Agreement and the terms of the Confidentiality and Non-Disclosure Agreement between Parent and RollinsNelson LTC, Corp., dated March 23, 2017.

---

[1] In addition to these amounts, Buyer also owes Sellers $495,600.00 under the Transition Services Agreement for approximately 8 months of services (through October 31, 2019), plus other amounts that may be due or hereafter accrue under the various agreements between the parties. See attached Schedule 4.1. All rights are reserved.

IN WITNESS WHEREOF, the undersigned has executed this letter as of the date first written above.

**Success Healthcare, LLC**

By: _____
Name: Andrew Hinkelman
Title: CRO

**Success Healthcare 1, LLC**

By: _____
Name: Andrew Hinkelman
Title: CRO

**HLP of Los Angeles, LLC**

By: _____
Name: Andrew Hinkelman
Title: CRO

## Final QAF4 & QAF5 Sellers' Objection Notices

|  | **Final QAF Adjustment** | **Comments** |
|---|---|---|
| Post-Closing 100% Withhold – 3/11/2019 | $193,842.14 | The applicable time period is after September 28, 2018, and prior to the Effective Time. These withholds are subsequent to the Effective Time and should not be included in the QAF4 adjustment or QAF5 adjustment. Buyer indicated that the post-closing withholds were an addition to the Seller Note, but incorrectly subtracted them from the Seller Note. Therefore, Buyer's adjustment for these amounts was improper and the sum of $800,556.32 is to be added back. |
| Post-Closing 100% Withhold – 3/18/2019 | $372,666.27 | |
| Post-Closing 100% Withhold – 3/25/2019 | $234,047.91 | |
| QAF4 MC1 fees | $1,081,939.87 | Buyer proposed to deduct $2,756,513.23 from the Seller Note related to "QAF4 Managed Care fees." During the development of the QAF5 model, certain QAF4 Managed Care fees were added to and are part of the QAF5 program. The QAF4 Managed Care fees that were rolled into the QAF5 program were included in the $9,853,733 reduction in value that Buyer negotiated. Therefore, Buyer's adjustment for these amounts was improper and is added back. |
| QAF4 MC2a fees | $1,014,245.36 | |
| QAF4 MC2b fees | $660,328.00 | |
| Initial QAF4 Adjustment | $0 | Per Second Amendment to APA, section 3. |
| **Final QAF4 Adjustment** | **$2,107,984.06** | Second Amendment to APA, section 3: "The amount, if any, by which the Final QAF4 Adjustment exceeds the Initial QAF4 Adjustment, will be paid by Buyer to SH1 in cash as follows: one-half on or before August 15, 2019; and the other half on or before February 3, 2020."<br>→ **Cash due to Sellers: $2,107,984.06: $1,053,992.03 was due on or before August 15, 2019 and is now past due; $1,053,992.03 is due on or before February 3, 2020, unless immediately due by virtue of Buyer's breach.** |
| Initial QAF5 Adjustment | $5,585,037.00 | Per Second Amendment to APA, section 4. |
| Final QAF5 Adjustment | $5,585,037.00 | There was no cash received by Sellers related to QAF5 that was not applied to reduce liabilities to the QAF5 Program. Therefore, there is no change to the deferred payments or Seller Note related to the Final QAF5 Adjustment. |
| **Final QAF4 and QAF5 Adjustments** | **$2,107,984.06** | **Buyer to pay Final QAF4 Adjustment to SH1 in cash as follows: $2,107,984.06: $1,053,992.03 was due on or before August 15, 2019 and is now past due; $1,053,992.03 is due on or before February 3, 2020, unless immediately due by virtue of Buyer's breach.** |

Silver Lake Medical Center
MediCal Withholds against QAF4 Liability
September 29, 2018 – March 4, 2019

| Description | Date | Claims Withheld |
| --- | --- | --- |
| Hospital Claims Withhold | 10/1/2018 | $57,136.62 |
| Hospital Claims Withhold | 10/8/2018 | |
| Hospital Claims Withhold | 10/15/2018 | $49,153.18 |
| Hospital Claims Withhold | 10/22/2018 | $48,072.35 |
| Hospital Claims Withhold | 10/29/2018 | $50,051.22 |
| Hospital Claims Withhold | 11/5/2018 | $27,261.27 |
| Hospital Claims Withhold | 11/13/2018 | $48,226.57 |
| Hospital Claims Withhold | 11/20/2018 | $38,749.91 |
| Hospital Claims Withhold | 11/28/2018 | $39,418.35 |
| Hospital Claims Withhold | 12/3/2018 | $22,717.97 |
| Hospital Claims Withhold | 12/10/2018 | $30,627.18 |
| Hospital Claims Withhold | 12/17/2018 | $63,071.04 |
| Hospital Claims Withhold | 12/24/2018 | $58,401.84 |
| Hospital Claims Withhold | 12/31/2018 | $78,682.37 |
| Hospital Claims Withhold | 1/8/2019 | $43,577.34 |
| Hospital Claims Withhold | 1/8/2019 | $192,909.95 |
| Hospital Claims Withhold | 1/15/2019 | $171,710.97 |
| Verified - No withhold | 1/29/2019 | $0.00 |
| Hospital Claims Withhold | 2/5/2019 | $203,874.37 |
| Hospital Claims Withhold | 2/12/2019 | $193,331.78 |
| Hospital Claims Withhold | 2/19/2019 | $267,686.72 |
| Hospital Claims Withhold | 2/26/2019 | $252,631.97 |
| Hospital Claims Withhold | 3/4/2019 | $170,691.09 |
| Hospital Claims Withhold | 3/6/2019 | $0.00 |
| **Total 09/29/2018 - 03/04/2019 - Annex 1.1** | | **$2,107,984.06** |
| | | |
| **Initial QAF4 Adjustment** | | **$0.00** |
| **Final QAF4 Adjustment in excess of Initial QAF4 Adjustment** | | **$2,107,984.06** |

## CDHSC Payment Reconciliation

| **CDHSC Payment Reconciliation** | **$500,000.00** | Per First Amendment to APA, section 4; APA section 13.9(b).<br>➔ **Buyer to pay $500,000 to Sellers** |
|---|---|---|
| CDHSC Payment to Seller | - | |

# SH1's Dispute Notice (re: Buyer's Offsets to Deferred Payments)

## 1. Quality Reduction to Medicare Market Basket Index

**Silver Lake Medical Center**
**Medicare Inpatient Rate  -Update Factor Reduction**
**Effective October 1, 2019**

| Calculation of Base Rate | Quality No E H R Effective 10/1/2019 Final IPPS | No Quality No E H R Effective 10/1/2019 Final IPPS |
|---|---|---|
| Labor Portion | $3,872.28 | $3,843.34 |
| Wage Index | 1.2918 | 1.2918 |
| Adjusted TCMC Labor | 5002.2113 | 4964.8266 |
|  |  |  |
| Non- Labor Portion | $1,797.23 | $1,783.80 |
|  |  |  |
| Federal Specific Rate | $6,799.44 | $6,748.63 |
|  |  |  |
| Value Based Purchasing Adj | 1.0001902239 | 1.00000 |
| Readmission Adj Factor | 1.00000 | 1.00000 |
| Federal Specific Rate w/ VBP & Readm | $6,800.73 | $6,748.63 |
|  |  |  |
| IME | 0.00267518 | 0.00267518 |
| DSH - original Statutory (25% Old DSH) | 0.4358 | 0.4358 |
|  |  |  |
| IME & DSH | 758.99 | 753.32 |
|  |  |  |
| VBP | 1.29 | - |
|  |  |  |
| Readmission | - | - |
|  |  |  |
| Operating Rate | $7,559.72 | $7,501.95 |
|  |  |  |
| Capital Federal Rate | 462.61 | 462.61 |
| GAF | 1.1916 | 1.1916 |
| Capital Federal Rate | 551.25 | 551.25 |
| IME | 0.002033919 | 0.002033919 |
| DSH - original Statutory | 0.1428 | 0.1428 |
| Capital IME & DSH | 79.84 | 79.84 |

| | | | |
|---|---|---|---|
| Capital Rate | 631.09 | 631.09 | |
| Value Based Purchasing Adj | 1.29 | - | |
| Readmission Adj Factor | - | - | |
| Base Rate | 8,190.81 | 8,133.04 | |
| Transfer Adjusted Case Mix | 1.2696 | 1.2696 | |
| Case Mix Adjusted Base Rate | 10399.05403 | 10325.70327 | |
| Uncompensated Care Payment (New DSH 75%) | 72.2 | 72.2 | |
| Total Average Payment per Case | 10,471.25 | 10,397.90 | |
| Sequestration | (209.43) | (207.96) | |
| Total Average Payment per Case less Sequestration | 10,261.83 | 10,189.95 | 71.88 |
| Projected Discharges | | | 3369* |
| Annualized impact of Quality adj. | | | 242,176.33 |

*Per LADMC Analysis

## 2. 2018 Medicare Cost Report Liability

Excerpt from Closing Statement – Healthcare Program Cost Report Liabilities:

| Healthcare Program | Amounts Paid by Sellers at Closing |
|---|---|
| Cost Report 2014 | $2,261,145.77 |
| Cost Report 2015 | $380,169.54 |
| Cost Report 2016 | $541,533.59 |
| Cost Report 2017 | $120,478.53 |
| 2018 Items | $44,123.84 |
| 2019 Items | $115,214.51 |
| **Total** | **$3,462,665.78** |

See attached Receivables Balance Summary Report dated February 27, 2019.

## 3. Talbot Group Invoices

See attached.

EAST\170027747.3                                8

Page 1 of 3

Report Date:27-FEB-19 09:13 AM

```
                        Region:                                          Receivables Balance Summary Report
               Contract Number:  01011000000        01011000000                As of GL Date : 27-FEB-2019
                      Workload:  01011              01011-JE A
                  Debtor Type:   0001-0879
   Work Load-Customer Number:    01011-050763-1427293216
                 Customer Name:  01011-050763-1427293216-SUCCESS HEALTHCARE 1 LLC
                                                                                                                                              Page:1 of 5
 ---- Transactions ----------------------------------------------  Activities  ----------------------------------------------
         Age                                                             Interest                               Last                                AR       No.Of
  AR     of  Original Trx.  Reas Disc DTM Cost RPT  Original Creation    Accrued  Recoupment  Receipt Collection  Adjusted Activity Current P/I Status Days in Status
 Number   AR  DCN#    Type   Code Code Date FYE Date Amount    Date      To Date   Amount     Amount    Date     Amount   Date     Balance Due Code   Crnt  StatDate

 L449988 1337          ERS                 01JUL15 31DEC14     27AUG15                        4,316,532.68 08FEB19 0.00 08FEB19 2,261,145.77 ERS-APP 1267 11AUG16
                       NON-                           6,577,678.45
                       NETTING
                       PROV
```

Report Date:27-FEB-19 09:13 AM

```
                        Region:                                          Receivables Balance Summary Report
               Contract Number:  01011000000        01011000000                As of GL Date : 27-FEB-2019
                      Workload:  01011              01011-JE A
                  Debtor Type:   0001-0879
   Work Load-Customer Number:    01011-050763-1427293216
                 Customer Name:  01011-050763-1427293216-SUCCESS HEALTHCARE 1 LLC
                                                                                                                                              Page:2 of 5
 ---- Transactions ----------------------------------------------  Activities  ----------------------------------------------
         Age                                                             Interest                               Last                                AR       No.Of
  AR     of  Original Trx.  Reas Disc DTM Cost RPT  Original Creation    Accrued  Recoupment  Receipt Collection  Adjusted Activity Current P/I Status Days in Status
 Number   AR  DCN#    Type   Code Code Date FYE Date Amount    Date      To Date   Amount     Amount    Date     Amount   Date     Balance Due Code   Crnt  StatDate

              09SEP15
 L1878987 972         ERS                 30JUN16 31DEC15      13JUL16                        1,977,636.13 08FEB19  0.00 08FEB19  380,169.54 ERS-APP 930 11AUG16
                      NON-                            2,357,805.67
                      NETTING
                      PROV
 L3060993 607         ERS                 30JUN17 31DEC16      17JUL17              309,581.68  497,224.04 08FEB19  0.00 08FEB19  541,533.59 ERS-APP 560 16AUG17
                      NON-                            1,038,757.63
                      NETTING
                      PROV
 L3345126 243         ERS                 29JUN18 31DEC17      26JUL18                           96,108.61 08FEB19  0.00 08FEB19  120,478.53 ERS-APP 187 24AUG18
                      NON-                              216,587.14
                      NETTING
                      PROV
 218060026 103 21806002 APROV- RI FF16NOV18               16NOV18                                                                   6,450.00  BNK    29  29JAN19
  09107CA6     609107C8 RAC-                              6,450.00
        A              IDNFY-
                       935
 218333027 83  21819004 APROV- OT FS06DEC18              07DEC18                                                                    9,286.67  BNK    48  10JAN19
  73409CAF     018407C8 CLA                              9,286.67
        A
 218351071 72  21703804 APROV- HF FF17DEC18              18DEC18                                                                    9,387.13  BNK    71  18DEC18
  50308C8A     127507C8 CLA                              9,387.13
        A
 218347009 70  21832303 APROV- OT FH19DEC18              20DEC18                                                                      154.03  BNK    69  20DEC18
  92104C8A     512007C8 CLA                                154.03
        A
 215337028 69  21533702 APROV- RI FF20DEC18              20DEC18                                                                    2,958.46  BNK    56  02JAN19
  72607CBS     872607C8 RAC-                             2,958.46
        A              IDNFY-
                       935
```

Report Date:27-FEB-19 09:13 AM

```
                        Region:                                          Receivables Balance Summary Report
               Contract Number:  01011000000        01011000000                As of GL Date : 27-FEB-2019
                      Workload:  01011              01011-JE A
                  Debtor Type:   0001-0879
   Work Load-Customer Number:    01011-050763-1427293216
                 Customer Name:  01011-050763-1427293216-SUCCESS HEALTHCARE 1 LLC
                                                                                                                                              Page:3 of 5
```

https://graviton.hadron.cms.hhs.gov/OA_CGI/FNDWRR.exe?temp_id=3752029433                                                                       02/27/2019

```
------ Transactions -----------------------------------    ------------ Activities ------------
       Age                                                                             Last                                        AR       No.Of
AR     of  Original  Trx.    Reas Disc DTM   Cost RPT   Original  Creation  Interest           Receipt    Last       Adjusted  Activity Current P/I Status Days in Status
Number AR  DCN#      Type    Code Code Date  FYE Date   Amount    Date      Accrued   Recoupment Amount  Collection  Amount    Date     Balance Due Code   Crnt    StatDate
                                                                           To Date    Amount    Amount   Date                                                         
218134037 63 21813403 APROV- RI FF26DEC18              3,055.51   25DEC18                                                                 3,055.51  BNK    64  25DEC18
55807CA6     75580708 RAC-
             A        IDNFY-
                      935
216005041 63 21600504 APROV- RI FF26DEC18              2,417.47   25DEC18                                                                 2,417.47  BNK    64  25DEC18
41207CBS     14120708 RAC-
             A        IDNFY-
                      935
218355021 62 21835502 APROV-    27DEC18               10,414.57   28DEC18                                                                10,414.57  BNK    61  28DEC18
12307C8A     11230708 CLA
             A
219004000 50 21833002 APROV- SI FH08JAN19                188.79   09JAN19                                                                   188.79  BNK    49  09JAN19
98504C8A     50710708 CLA
             A
218331020 41 21833102 APROV-    17JAN19                8,146.88   18JAN19                                                                 8,146.88  BNK    40  18JAN19
20407C8A     02040708 CLA
             A
219011026 41 21830602 APROV- OT FS17JAN19              9,663.86   18JAN19                                                                 9,663.86  BNK    40  18JAN19
72009CB0     40060708 CLA
             A
219010027 40 21901002 APROV-    18JAN19                3,738.57   21JAN19                                                                 3,738.57  BNK    37  21JAN19
37907C8A     73790708 CLA
             A
219015012 40 21824703 APROV- HF FH18JAN19             14,351.10   21JAN19                                                                14,351.10  BNK    37  21JAN19
16704C8A     39530708 CLA
             A
L3345126  32 Term:Pay DM-ERS     26JAN19               1,029.09   27JAN19  1,029.09             491.16   08FEB19                            537.93  BNK    31  27JAN19
          #6           INTERES
             Interest T

              Region:            01011000000         01011000000                    Receivables Balance Summary Report      Report Date:27-FEB-19 09:13 AM
     Contract Number:            01011               01011-JE A                     As of GL Date : 27-FEB-2019                        Page:4 of 5
            Workload:            0001-0879
        Debtor Type:             01011-050763-142729 3216
Work Load-Customer Number:       01011-050763-142729 3216-SUCCESS HEALTHCARE 1 LLC
        Customer Name:

------ Transactions -----------------------------------    ------------ Activities ------------
       Age                                                                             Last                                        AR       No.Of
AR     of  Original  Trx.    Reas Disc DTM   Cost RPT   Original  Creation  Interest           Receipt    Last       Adjusted  Activity Current P/I Status Days in Status
Number AR  DCN#      Type    Code Code Date  FYE Date   Amount    Date      Accrued   Recoupment Amount  Collection  Amount    Date     Balance Due Code   Crnt    StatDate

218115026 28 21811502 APROV- RI FF30JAN19             13,263.81   30JAN19                                                                13,263.81  BNK    28  30JAN19
10807CA6     61080708 RAC-
             A        IDNFY-
                      935
218149011 28 21814901 APROV- RI FF30JAN19             11,857.02   30JAN19                                                                11,857.02  BNK    28  30JAN19
17607CA6     11760708 RAC-
             A        IDNFY-
                      935
218150027 28 21815002 APROV- RI FF30JAN19              9,524.39   30JAN19                                                                 9,524.39  BNK    28  30JAN19
87507CA6     78750708 RAC-
             A        IDNFY-
                      935
218220025 28 21822002 APROV- RI FF30JAN19             11,710.48   30JAN19                                                                11,710.48  BNK    28  30JAN19
64707CA6     56470708 RAC-
             A        IDNFY-
                      935
216034031 20 21603403 APROV- RI FF07FEB19              2,459.09   07FEB19                                                                 2,459.09  BNK    20  07FEB19
45707CBS     14570708 RAC-
             A        IDNFY-
                      935
```

```
216007033  20  21600703 APROV-  RI FF07FEB19           07FEB19
01307CBS       301307C8 RAC-                        2,623.43                                                                                BNK    20  07FEB19
               A        IDNFY-
                        935
L1878987   14  Term:Pay DM-ERS   13FEB19     3,168.08 13FEB19
               #31      INTERES                     3,168.08                                                                                BNK    14  13FEB19
               Interest T
L3060993   10  Term:Pay DM-ERS   17FEB19     4,512.78 18FEB19
               #19      INTERES                     4,512.78                                                                                BNK     9  18FEB19
               Interest T

                                                                                      Receivables Balance Summary Report
                                                                                           As of GL Date : 27-FEB-2019                    Report Date:27-FEB-19 09:13 AM
                     Region:       01011000000       01011000000                                                                                     Page:5 of 5
           Contract Number:        01011000000       01011-JE A
                   Workload:       01011
               Debtor Type:        0001-0879
 Work Load-Customer Number:        01011-050763-1427293216
             Customer Name:        01011-050763-1427293216-SUCCESS HEALTHCARE 1 LLC
------ Transactions ------                                                       ---------- Activities ----------
                Age                                                                             Interest                          Last                          AR      No.Of
AR              of  Original Trx.     Reas Disc DTM  Cost RPT  Original Creation                Accrued  Recoupment  Receipt  Collection  Adjusted  Last Activity Current P/I Status Days in Status
Number          AR  DCN#     Type     Code Code Date FYE Date  Amount   Date                    To Date  Amount      Amount   Date        Amount    Date         Balance Due Code   Crnt    StatDate
L3345126         1  Term:Pay DM-ERS        26FEB19                860.95 26FEB19                  860.95                                                              860.95           BNK     1  26FEB19
                    #7       INTERES
                    Interest T
L449988          0  Term:Pay DM-ERS        27FEB19             18,607.35 27FEB19               18,607.35                                                           18,607.35           BNK     0  27FEB19
                    #42      INTERES
                    Interest T
                                                     ----------------                        ----------------- -----------  ---------------                   -----------------
01011-050763-142729321G-S                 TOTAL:          10,350,658.40                         28,178.25    309,581.68   6,887,992.62        0.00           3,462,665.78
Item Count:        28
                                                     ----------------                        ----------------- -----------  ---------------                   -----------------
0001-0879                                 TOTAL:          10,350,658.40                         28,178.25    309,581.68   6,887,992.62        0.00           3,462,665.78
Item Count:        28
                                                     ----------------                        ----------------- -----------  ---------------                   -----------------
01011-JE A                                TOTAL:          10,350,658.40                         28,178.25    309,581.68   6,887,992.62        0.00           3,462,665.78
Item Count:        28
                                                     ----------------                        ----------------- -----------  ---------------                   -----------------
Report                                    TOTAL:          10,350,658.40                         28,178.25    309,581.68   6,887,992.62        0.00           3,462,665.78
Item count:        28
```

# TALBOT GROUP LLC

To: George Watkins, CFO

From: Donna Talbot

Date: April 2, 2019

Invoice: SLMC 0331-2019

The following is the invoice for the consulting services related to third party reimbursement services rendered to the LA Downtown Medical Center, by the Talbot Group LLC, from March 1, 2019 through March 31, 2019:

| | |
|---|---|
| March 1, 2019 – March 31, 2019 | $ 9,000.00 |
| Expenses | -0- |
| Total Current Consulting fees and expenses | $ 9,000.00 |
| Total Post Bankruptcy Amount Due | $9,000.00 |
| Total Pre-Bankruptcy Consulting fees and expenses | 38,875.00 |

Your prompt remittance of the amount due is appreciated. Please feel free to contact me at 510-846-6698 or donnatalbot@msn.com, if you should have any questions.




**TTG**

| | |
|---|---|
| 11741 W Romin Rd.<br>Post Falls, ID<br>83854-4716 | PHONE (510) 846-6698<br>FAX (510) 217-2361<br>E-MAIL donnatalbot@msn.com |

# TALBOT GROUP LLC

To: George Watkins, CFO

From: Donna Talbot

Date: May 10, 2019

Invoice: SLMC 0430-2019

The following is the invoice for the consulting services related to third party reimbursement services rendered to the LA Downtown Medical Center, by the Talbot Group LLC, from April 1, 2019 through April 30, 2019:

| | |
|---|---|
| April 1, 2019 – April 30, 2019 | $ 9,000.00 |
| Expenses | -0- |
| Total Current Consulting fees and expenses | $ 9,000.00 |
| | |
| Total Pre-Bankruptcy Consulting fees and expenses | $ 38,875.00 |
| | |
| Total Amount due | $47,875.00 |

Your prompt remittance of the amount due is appreciated. Please feel free to contact me at 510-846-6698 or donnatalbot@msn.com, if you should have any questions.

OK  5/15/19



**TTG**

11741 W Romin Rd.
Post Falls, ID
83854-4716

PHONE (510) 846-6698
FAX (510) 217-2361
E-MAIL donnatalbot@msn.com

# TALBOT GROUP LLC

To: George Watkins, CFO

From: Donna Talbot

Date: June 3, 2019

Invoice: SLMC 0531-2019

The following is the invoice for the consulting services related to third party reimbursement services rendered to the LA Downtown Medical Center, by the Talbot Group LLC, from May 1, 2019 through May 31, 2019:

| | |
|---|---|
| May 1, 2019 – May 31, 2019 | $ 9,000.00 |
| Expenses | -0- |
| Total Current Consulting fees and expenses | $ 9,000.00 |

Your prompt remittance of the amount due is appreciated. Please feel free to contact me at 510-846-6698 or donnatalbot@msn.com, if you should have any questions.



**TTG**

11741 W Romin Rd.
Post Falls, ID
83854-4716

PHONE  (510) 846-6698
FAX    (510) 217-2361
E-MAIL donnatalbot@msn.com

# TALBOT GROUP LLC

To: George Watkins, CFO

From: Donna Talbot

Date: July 2, 2019

Invoice: LADMC 0630-2019

The following is the invoice for the consulting services related to third party reimbursement services rendered to the LA Downtown Medical Center, by the Talbot Group LLC, from June 1, 2019 through June 30, 2019:

| | |
|---|---|
| June 1, 2019 – June 30, 2019 | $ 9,000.00 |
| Expenses | -0- |
| **Total Current Consulting fees and expenses** | $ 9,000.00 |

Your prompt remittance of the amount due is appreciated. Please feel free to contact me at 510-846-6698 or donnatalbot@msn.com, if you should have any questions.



**TTG**

11741 W Romin Rd.
Post Falls, ID
83854-4716

PHONE  (510) 846-6698
FAX  (510) 217-2361
E-MAIL  donnatalbot@msn.com



# TALBOT GROUP LLC

To: George Watkins, CFO

From: Donna Talbot

Date: August 2, 2019

Invoice: SLMC 0731-2019

The following is the invoice for the consulting services related to third party reimbursement services rendered to the LA Downtown Medical Center, by the Talbot Group LLC, from July 1, 2019 through July 31, 2019:

| | |
|---|---|
| July 1, 2019 – July 31, 2019 | $ 9,000.00 |
| Expenses | -0- |
| Total Current Consulting fees and expenses | $ 9,000.00 |

Your prompt remittance of the amount due is appreciated. Please feel free to contact me at 510-846-6698 or donnatalbot@msn.com, if you should have any questions.





**TTG**

| | |
|---|---|
| 11741 W Romin Rd.<br>Post Falls, ID<br>83854-4716 | PHONE  (510) 846-6698<br>FAX      (510) 217-2361<br>E-MAIL   donnatalbot@msn.com |

# TALBOT GROUP LLC

To:  Gerard Hernandez

From:  Donna Talbot

Date:  September 4, 2019

Invoice:  SLMC 0831-2019

The following is the invoice for the consulting services related to third party reimbursement services rendered to the LA Downtown Medical Center, by the Talbot Group LLC, from August 1, 2019 through August 31, 2019:

| | |
|---|---|
| August 1, 2019 – August 31, 2019 | $ 9,000.00 |
| Expenses | -0- |
| Total Current Consulting fees and expenses | $ 9,000.00 |

Your prompt remittance of the amount due is appreciated.   Please feel free to contact me at 510-846-6698 or donnatalbot@msn.com, if you should have any questions.



| | |
|---|---|
| 11741 W Romin Rd. | PHONE   (510) 846-6698 |
| Post Falls, ID | FAX     (510) 217-2361 |
| 83854-4716 | E-MAIL  donnatalbot@msn.com |

# SCHEDULE 4.1

## IT SERVICE FEE

| Vendor/Services | Monthly | Annual | Bi-annual | Comments |
|---|---|---|---|---|
| Data Center Staff (St. Louis, MO) | | | | |
| Traci Brown | 2,603.00 | 31,237.50 | 15,618.00 | |
| Wendy Willman | 1,741.00 | 20,892.50 | 10,446.00 | |
| Jacob Dunn | 2,612.00 | 31,355.00 | 15,677.00 | |
| Kathy Cancienne | 709.00 | 8,512.50 | 4,256.00 | |
| Chris Wilding | 979.00 | 11,756.25 | 5,878.00 | |
| Karen Mangicaro | 426.00 | 5,113.75 | 2,556.00 | |
| Data Center Staff (Boca Raton, FL) | | | | |
| Brad Hawes/Tony Nokta | 12,500.00 | 150,000.00 | 75,000.00 | Kronos Administration & Service |
| | | | | |
| **Total SLMC Labor Burden** | **21,572.00** | **258,867.50** | **129,433.00** | **Total salary, benefits, company liabilities** |
| | | | | |
| Paragon | | | | |
|    Service Fee | 1,066.00 | 12,800.00 | 6,400.00 | |
|    License Fee | 16,666.00 | 200,000.00 | 100,000.00 | |
| | | | | |
| Relay (Clearance & Insurance) | | | | |
| License & Service Cost | SEE BELOW | SEE BELOW | SEE BELOW | |
| Subscription & Processing Fee | 10,615.00 | 127,389.60 | 63,694.00 | $0.5104 per additional transaction |
|    Printing Fees | | | | |
|    Standard Size | 795.00 | 9,547.20 | 4,773.00 | $0.17/Standard and minimum volume of 3600 ($612.00 is the monthly minimum) |
|    Letter Size | 520.00 | 6,242.50 | 3,121.00 | $0.16/Ltr and minimum volume of 2501 (400.16 is the monthly minimum) |
|    Additional Pages | 32.00 | 390.00 | 195.00 | Each additional page - requirement of less than or equal to 25,000 pages/month ($0.10/Page) |
|    Enclosures | 32.00 | 390.00 | 195.00 | Requirement of less than or equal to 25,000 pages/month ($0.04/Page |
| Transaction Fees | | | | |
|    RelayAssurance Plus MDE | 1,830.00 | 21,964.80 | 10,982.00 | $0.2816 per transaction and monthly minimum volume is 5000 |
|    RelayAssurance Plus paper claim | 72.00 | 873.60 | 436.00 | $0.2816 per transaction and monthly minimum volume is 0. Estimated 200 |
|    RelayAssurance Plus HCD | 100.00 | 1,201.20 | 600.00 | $0.3872 per transaction and monthly minimum volume is 0. Estimated 200 |
|    RelayClearance EDI - eligibility and support | 3,373.00 | 40,482.00 | 20,241.00 | Includes up to 10,000 transactions |
|    One Time Fees | 885.00 | 10,622.30 | 5,311.00 | |
| | | | | |
| Kronos Workforce | 390.00 | 4,680.00 | 2,340.00 | |

| Management | | | | |
|---|---|---|---|---|
| | | | | |
| CareBridge Service Connection | 500.00 | 6,000.00 | 3,000.00 | Allscripts Support Access to Paragon EMR |
| Windstream Data Services | 4,563.00 | 54,756.00 | 27,378.00 | Transport VPN for Paragon connectivity to data center in St. Louis, MO |
| | | | | |
| **Total Service Fees** | **40,378.00** | **484,539.20** | **242,269.00** | **Service Fees** |
| | | | | |
| | | | | |
| **Total Fee** | **61,950.00** | **743,406.70** | **371,703.00** | **Service Fees plus Labor Burden** |

4841-7985-4193v.10 0110030-000002