# EXHIBIT C

# L.A. Downtown Medical Center LLC

March 14, 2020

*By Fax*

Success Healthcare, LLC
999 Yamato Road, Third Floor
Boca Raton, Florida 33431
Attention: Charles Posternack, M.D.
Fax No.: (561) 995-9845

*By Fax*

Success Healthcare, LLC
999 Yamato Road, Third Floor
Boca Raton, Florida 33431
Attention: General Counsel
Fax No.: (561) 612-0888

*By Email*

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Attention: John C. Tishler
john.tishler@wallerlaw.com

*By Email*

DLA Piper
1201 North Market Street Suite 2100
Wilmington, DE 19801
Attention: Stuart Brown
stuart.brown@dlapiper.com

**Re:** **Buyer Response to Letter dated March 6, 2020**

Ladies and Gentlemen:

This letter is in response to the letter dated March 6, 2020, from Success Healthcare, LLC, Success Healthcare 1, LLC and HLP of Los Angeles, LLC to L.A. Downtown Medical Center LLC (the "Seller March 6 Letter"). Capitalized terms used but not defined in this letter have the meanings in the Seller March 6 Letter, the APA or Seller Note, as applicable.

**1.     Offsets to Deferred Payments**

In the Seller March 6 Letter, Sellers alleged that Buyer is required, by March 16, 2020, to deliver $357,895.82 to Sellers and $552,947.51 to escrow. These allegations are incorrect.

The correct calculation is that Buyer is required, by March 16, 2020, to deliver $348,604.15 to escrow. Buyer does not owe anything to Sellers. The calculations are in Exhibit A.

The errors in the Seller March 6 Letter appear to be in the calculation of interest and in the sequence of applying payments or offsets. The introductory paragraph on the first page of the Seller Note describes the interest rate as "a rate equal to four percent (4%) per annum (the "Interest Rate") computed on the basis of a 360-day year and actual days elapsed." This means that the per diem Interest Rate is 4% divided by 360, or approximately 0.0111% per day, which appears to be a higher interest rate than Sellers applied in the Seller March 6 Letter.

Second, Exhibit A applies the offsets in accordance with the first full paragraph on the second page of the Seller Note and Section 3(a) of the Seller Note. The first full paragraph on the second page of the Seller Note provides, "All payments on this Note shall be first applied to the principal balance due, and thereafter to any accrued and unpaid interest on this Note…." Section 3(a) of the Seller Note further provides that offsets are to be made "in the direct order of maturity…."

Success Healthcare, LLC
March 14, 2020
Page 2 of 2

### 2. CDHCS Payment Reconciliation

Buyer will pay to Sellers the $500,000 referenced in Section 13.9(b) of the APA (via Section 4 of the First Amendment to Asset Purchase Agreement made effective as of February 13, 2019, between Buyer and Sellers).

### 3. Escrow Releases

Sellers provided forms of joint written instructions, and on March 14, 2020, Buyer provided its signature pages to Sellers to facilitate the release to Sellers of $1,000,000 held in the Purchase Price Adjustment Escrow Account and $420,750 held in the Seller Retention Note Escrow Account.

### 4. Post-Closing Property Tax Settlement

In the Seller March 6 Letter, Sellers demanded that Buyer remit to Sellers the amount of an alleged post-closing settlement related to overpayments in property taxes. Buyers are unaware of any such settlement and request that Sellers provide additional information related to this demand.

### 5. Reservations

Please note that this letter is not intended to be a full recitation of Buyer's rights, remedies and claims, all of which are specifically reserved. Without limiting the foregoing, Buyer reserves all of its rights, remedies and claims with respect to all purchase price adjustments under the APA and all related offset rights under the Seller Note.

This notice is provided to you subject to the confidentiality provisions contained in the Asset Purchase Agreement dated as of October 24, 2018, as amended, between Manager and Operator, and the Confidentiality and Non-Disclosure Agreement between Parent and RollinsNelson LTC, Corp., dated March 23, 2017.

Sincerely,

L.A. DOWNTOWN MEDICAL CENTER, LLC

By: _Vicki P. Rollins_____
DocuSigned by: Vicki P. Rollins
Name: Vicki Rollins
Title: Vice President

**EXHIBIT A -- Seller Note Offsets and Disputed Amounts**

| Event | Date | | Buyer<br>Buyer Calculations | Seller<br>Seller Calculations |
|---|---|---|---|---|
| **Execution of Seller Note** | 3/4/2019 | | | |
| | | Initial Principal Amount | $ 8,100,000.00 | |
| | | Interest Rate (per annum) | 4.0000% | |
| | | Interest Rate (per diem (interest per diem is computed on the basis of a 360-day year)) | 0.0111% | |
| **LADMC 9/4/19 Offset Notice** | 9/4/2019 | | | |
| | | Offset Amount | $ 1,595,996.00 | |
| | | *QAF 4-5 Adjustments* | *Disputed* | *Disputed* |
| **First Installment Payment Due** | 9/5/2019 | | | |
| | | Total Principal Due | $ 900,000.00 | |
| | | Interest Days Elapsed | 185 | |
| | | Accrued Interest | $ 166,500.00 | $ 164,912.55 |
| | | Total Installment Payment | $ 1,066,500.00 | $ 1,064,912.55 |
| | | Total Payment net of Offset Due | $ - | |
| | | Principal Amount Outstanding after Payment/Offset | $ 7,200,000.00 | |
| **Seller's 10/31/19 Objection Notice** | 10/31/2019 | | | |
| | | Offset Amount in LADMC 9/4/19 Notice | $ 1,595,996.00 | |
| | | Offset Amount Accepted by SLMC in 10/31/19 Notice | $ 1,043,018.49 | |
| | | Disputed Amount from 9/4/19 Offset Notice | $ 552,977.51 | |
| | | Amount to be funded to Springing Escrow | $ 23,481.51 | $ 21,894.06 |
| **LADMC 1/17/20 Offset Notice** | 1/17/2020 | | | |
| | | Offset Amount | $ 155,238.90 | |
| | | Principal Amount Outstanding after Payment/Offset | $ 7,044,761.10 | |
| **Second Installment Payment Due** | 3/5/2020 | | | |
| | | Total Principal Due, Net Offset | $ 744,761.10 | |
| | | Interest Days Elapsed, 9/5/2019-1/17/2020 | 134 | |
| | | Interest Days Elapsed, 1/17/2020-3/5/2020 | 48 | |
| | | Accrued Interest | $ 144,772.06 | $ 144,188.17 |
| | | Total Installment Payment, Net Offset | $ 889,533.16 | $ 888,949.27 |
| **LADMC 3/6/20 Offset Notice** | 3/6/2020 | | | |
| | | Offset Amount | $ 564,410.52 | |
| | | Total Installment Payment Due | $ 889,533.16 | |
| | | Total Installment Payment Due Net of 3/6/19 Offset | $ 325,122.64 | |
| | | Total Disputed Amount Outstanding (net of amounts previously required to be funded to escrow) | $ 529,496.00 | |
| | | Amount to be funded to Escrow for 3/5/20 Installment Payment | $ 325,122.64 | |
| | | Outstanding Amount to be funded to Escrow for 9/5/19 Installment Payment | $ 23,481.51 | |
| | | **Total Amount to be funded to Escrow** | **$ 348,604.15** | |
| | | Remaining Disputed Amount | $ 204,373.36 | |
| | | Amount to be wired to SH1 | $ - | |
| | | Principal Amount Outstanding after Payment/Offset | $ 6,300,000.00 | |
| | | *QAF 4-5 Adjustments* | *Disputed* | *Disputed* |