IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------- x
                                 :
In re:                           :    Chapter 11
                                 :
PROMISE HEALTHCARE GROUP, LLC, et :    Case No. 18-12491 (CSS)
al.,¹                            :
                                 :    (Jointly Administered)
         Debtors.                :
                                 x
------------------------------- 
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit A**:

- Amended Notice of (A) Entry of the Confirmation Order; (B) Effective Date of the Plan; (C) Substantial Consummation of the Plan; and (D) Bar Dates for Certain Administrative, Professional and Rejection Claims [Docket No. 2102]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: January 20, 2021

*/s/ Arnold A. Jaglal*
Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on January 20, 2021, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 7616426 | AMERICAN SCALE COMPANY | PO BOX 900 | | CHANDLER | TX | 75758-0900 |
| 7025421 | ASHU, DOROTHY | ADDRESS ON FILE | | | | |
| 7023527 | CLIA LABORATORY PROGRAM | PO BOX 3056 | | PORTLAND | OR | 97208-3056 |
| 7023923 | FLORIDA DEPARTMENT OF HEALTH | CLIA LABORATORY PROGRAM | PO BOX 3056 | PORTLAND | OR | 97208-3056 |
| 7615408 | HCD RENEWAL | PO BOX 26060 | | SACREMENTO | CA | 95826-0060 |
| 11548926 | HURST MARTIN, AMBER | ADDRESS ON FILE | | | | |
| 7029355 | KIRK, JULIE | ADDRESS ON FILE | | | | |
| 7037613 | KREISEDER PARTNERSHIP, LP | WALTER KREISEDER | 2209 CASEY KEY ROAD | NOKOMIS | FL | 34275 |
| 7035846 | NEUROWAVE MEDICAL TECHNOLOGIES | 150 NORTH MICHIGAN | | CHICAGO | IL | 60601 |
| 7025011 | PENNY, TRACY | ADDRESS ON FILE | | | | |
| 8922526 | PHILLIPS, RICHARD | ADDRESS ON FILE | | | | |
| 7023658 | SALT LAKE CITY CORPORATION | PO BOX 840173 | | LOS ANGELES | CA | 90084-0177 |
| 7032516 | ST JOHN, CATHERINE | ADDRESS ON FILE | | | | |
| 7037086 | TELEFLEX | ARROW INTERNATIONAL INC | 35 INNOVATION WAY | READING | PA | 19610-3900 |
| 7032907 | TRAFTON, BRIDGETTE | ADDRESS ON FILE | | | | |
| 7037612 | WALTER J KREISEDER GIFT TRUST FOR DAVID KREISEDER | C/O WALTER KREISEDER | 2209 CASEY KEY ROAD | NOKOMIS | FL | 34275 |
| 7033609 | WOODS, MIRANDA | ADDRESS ON FILE | | | | |