## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CSS)<br><br>(Jointly Administered) |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL FOR ROCHE DIAGNOSTICS CORPORATION</u>**

**PLEASE TAKE NOTICE** that David M. Powlen and Kevin G. Collins of Barnes & Thornburg LLP hereby withdraw their appearance as counsel to Roche Diagnostics Corporation ("<u>Roche</u>") in the above-captioned bankruptcy cases and hereby respectfully request that the Clerk of the Court, or any claims or noticing agent appointed in the case, remove them from the electronic and paper noticing matrix for the case.

**PLEASE FURTHER TAKE NOTICE** that the following law firm substitutes its appearance as counsel to Roche:

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

US.131213297.01

**FAEGRE DRINKER BIDDLE & REATH LLP**

| | |
|---|---|
| Ian J. Bambrick, Esq. | Jay Jaffe, Esq. |
| 222 Delaware Avenue, Suite 1410 | Kayla Britton, Esq. |
| Wilmington, DE 19801 | 600 E. 96th Street, Suite 600 |
| Tel.: (302) 467-4200 | Indianapolis, Indiana 46240 |
| Fax.: (302) 467-4201 | Tel.: (317) 569-9600 |
| ian.bambrick@faegredrinker.com | Fax: (317) 569-4800 |
| | Jay.Jaffe@faegredrinker.com |
| | Kayla.Britton@faegredrinker.com |

**PLEASE TAKE FURTHER NOTICE** that Faegre Drinker Biddle & Reath LLP ("Faegre Drinker") will appear in the above-captioned bankruptcy cases. Pursuant to Bankruptcy Rules 2002, 9007, and 9010, Roche respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon Faegre Drinker at the above addresses.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced bankruptcy proceeding.

*[Signature page follows.]*

US.131213297.01

Dated: January 29, 2021

| *Incoming Counsel:* | *Withdrawing Counsel:* |
|---|---|
| */s/ Ian J. Bambrick* | */s/ Kevin G. Collins* |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | **BARNES & THORNBURG LLP** |
| Ian J. Bambrick (Del. Bar. No. 5455) | David M. Powlen (DE Bar No. 4978) |
| 222 Delaware Avenue, Suite 1410 | Kevin G. Collins (DE Bar No. 5149) |
| Wilmington, DE 19801 | 1000 N. West Street, Suite 1500 |
| Tel.: (302) 467-4200 | Wilmington, DE 19801 |
| Fax.: (302) 467-4201 | Telephone: (302) 300-3434 |
| ian.bambrick@faegredrinker.com | Facsimile: (302) 300-3456 |
| | Email: david.powlen@btlaw.com |
| | Email: kevin.collins@btlaw.com |

-and-

Jay Jaffe, Esq. (*pro hac vice* pending)
Kayla Britton, Esq. (*pro hac vice* pending)
600 E. 96th Street, Suite 600
Indianapolis, Indiana 46240
Tel.: (317) 569-9600
Fax: (317) 569-4800
Jay.Jaffe@faegredrinker.com
Kayla.Britton@faegredrinker.com

US.131213297.01