IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

| | |
|---|---|
| In re: | ) |
| | ) |
| Promise Healthcare Group LLC | ) Case No. 18-12491 |
| | ) |
| Debtors. | ) |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that ASM CAPITAL X LLC, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating to ALL OF ITS claims be sent to the new address set forth below, effective as of the date hereof.

Former Address(es):

ASM Capital X, LLC
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

New Address:

ASM Capital X, LLC
162 Yukon Drive
Woodbury, NY 11797

I declare under penalty of perjury that the foregoing is true and correct.

ASM Capital X, LLC

Signature: _____
Print Name:   Adam Moskowitz
Title:        Managing Member
Date:         March 18, 2021