| First Name | Last Name | Email | Party Represented | Firm Name |
|---|---|---|---|---|
| Stuart | Brown | stuart.brown@dlapiper.com | Trust | |
| Matthew | Sarna | matthew.sarna@us.dlapiper.com | Liquidating | DLA Piper LLP (US) |
| Lucas | Hammond | lhammonds@sillscummis.com | Liquidating Trustee | |
| Mary | Rose | mrose@buchalter.com | KPC Promise | Buchalter |
| Colin | Robinson | crobinson@pszjlaw.com | Liquidating | Pachulski Stang Ziehl & Jones LLP |
| Uday | Gorrepati | uday.gorrepati@gmail.com | N/A (ABI Project) | |
| Greg | Kopacz | gkopacz@sillscummis.com | Liquidating Trustee | |
| Dr. Eugene | Allen | drallen@dusktodawnurgentcare.c | Dusk to Dawn Urgent Care | |