UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  18-12507-CSS

In re:  PROMISE HOSPITAL OF WICHITA FALLS, INC.

Taxpayer number:  XXXXXXX6848

WITHDRAWAL OF
CLAIM # 1734
ADMINISTRATIVE EXPENSE CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

FILED 2021 APR 12 AM 11:22 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM AND REQUEST:  03/10/2020

2. TOTAL AMOUNT OF CLAIM AND REQUEST:  $ 10,457.89
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2019

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  03/30/2021

*Loretta Hernandez*
LORETTA HERNANDEZ
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

FILED
2021 APR 12 AM 11:22
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

03/30/2021

Clerk
U.S. Bankruptcy Court
824 MARKET STREET, 3RD FL.
WILMINGTON DE 19801-3024

Re: Taxpayer # XXXXXXX6848
Bankruptcy Case # 18-12507-CSS
PROMISE HOSPITAL OF WICHITA FALLS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Post-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*Loretta Hernandez*

LORETTA HERNANDEZ
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)