# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : | Case No. 18-12491 (CSS) |
| Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Matthew Gonzalez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Seventh Combined Monthly and Final Application of M. J. Renick & Associates LLC, as Fee Examiner, for Compensation and Reimbursement of Expenses for the Monthly Period from August 1, 2020 to March 20, 2021 and for the Final Period December 10, 2018 through April 8, 2021 [Docket No. 2343]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: April 21, 2021

          */s/ Matthew Gonzalez*
          Matthew Gonzalez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 21, 2021, by Matthew Gonzalez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

**<u>Exhibit A</u>**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Attn: Kenneth J. Ottaviano | | | | | | | kottaviano@blankrome.com | Email |
| DLA Piper LLP (US) | Attn: Stuart M. Brown, Kaitlin MacKenzie Edelman | 1201 North Market Street | Suite 2100 | | Wilmington | DE | 19801 | stuart.brown@dlapiper.com; kaitlin.edelman@dlapiper.com | First Class Mail and Email |
| Katten Muchin Rosenman | Attn: Geoffrey King, Partner | | | | | | | geoffrey.king@kattenlaw.com | Email |
| M.J. Renick & Associates LLC | Attn: M. Jacob Renick | 51 Seacord Road | | | New Rochelle | NY | 10804 | jrenick@mjrenick.com | First Class Mail and Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Colin R. Robinson | 919 North Market Street | 17th Floor | | Wilmington | DE | 19801 | crobinson@pszjlaw.com | First Class Mail and Email |
| Promise Healthcare Group, LLC | Attn: Andrew Hinkelman | 999 Yamato Road | 3rd Floor | | Boca Raton | FL | 33431 | andrew.hinkelman@fticonsulting.com | First Class Mail and Email |
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman; Boris I. Mankovetskiy | One Riverfront Plaza | | | Newark | NJ | 07102 | asherman@sillscummis.com; bmankovetskiy@sillscummis.com | First Class Mail and Email |
| The Office of the United States Trustee | Attn: Benjamin Hackman | District of Delaware | 844 N. King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | benjamin.a.hackman@usdoj.gov | First Class Mail and Email |
| Waller Lansden Dortch & Davis, LLP | Attn: John Tishler , Katie Stenberg | 511 Union Street | Suite 2700 | | Nashville | TN | 37219 | john.tishler@wallerlaw.com; katie.stenberg@wallerlaw.com | First Class Mail and Email |

In re:  Promise Healthcare Group LLC, et al.
Case No. 18-12491 (CSS)

Page 1 of 1