## EXHIBIT A

**Final Fee Chart**

Promise Healthcare Group, LLC, et al.
Case No. 18-12491 (CTG)
Final Fee Chart

| Professional | Professional's Role in Case | Professional's Retention Date | Compensation Period | Fees Requested | Fee Reductions | Total Fees | Expenses Requested | Expense Reductions | Total Expenses | Total Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper LLP (US) | Counsel to the Debtors | December 7, 2018 nunc pro tunc to November 5, 2018 | November 5, 2018 through October 1, 2020 | $ 4,403,256.00 | $ 37,150.00 | $ 4,366,106.00 | $ 131,428.56 | $ 4,355.40 | $ 127,073.16 | $ 4,493,179.16 |
| Waller Lansden Dortch & Davis, LLP | Counsel to the Debtors | December 7, 2018 nunc pro tunc to November 5, 2018 | November 5, 2018 through September 30, 2020 | $ 5,509,459.50 | $ 100,238.00 | $ 5,409,221.50 | $ 237,348.11 | $ 2,168.29 | $ 235,179.82 | $ 5,644,401.32 |
| Sills Cummis & Gross | Counsel to the Official Committee of Unsecured Creditors | January 8, 2019 nunc pro tunc to November 14, 2018 | November 14, 2018 through September 30, 2020 | $ 2,776,762.25 | $ 12,500.00 | $ 2,764,262.25 | $ 56,871.89 | $ - | $ 56,871.89 | $ 2,821,134.14 |
| Pachulski Stang Ziehl & Jones LLP | Counsel for the Official Committee of Unsecured Creditors | January 8, 2019 nunc pro tunc to November 14, 2018 | November 14, 2018 through October 1, 2020 | $ 1,037,273.25 | $ 29,500.00 | $ 1,007,773.25 | $ 62,636.18 | $ 487.85 | $ 62,148.33 | $ 1,069,921.58 |
| Crowe LLP | Audit and Tax Advisors to the Debtors | May 13, 2019 nunc pro tunc to December 14, 2018 | December 20, 2018 through October 15, 2019 | $ 2,088,563.91 | $ 22,970.00 | $ 2,065,593.91 | $ 29,342.99 | $ - | $ 29,342.99 | $ 2,094,936.90 |
| Province, Inc. | Financial Advisor to the Official Committee of Unsecured Creditors | January 8, 2019 nunc pro tunc to November 16, 2018 | August 1, 2019 through October 31, 2019 | $ 2,335,077.75 | $ 1,200.20 | $ 2,333,877.55 | $ 41,644.37 | $ 80.25 | $ 41,564.12 | $ 2,375,441.67 |
| Prime Clerk LLC | Administrative Advisor to the Debtors | March 19, 2019 nunc pro tunc to November 5, 2018 | November 5, 2018 through October 1, 2020 | $ 113,133.10 | $ - | $ 113,133.10 | $ 3,068.18 | $ - | $ 3,068.18 | $ 116,201.28 |
| TOTALS | | | | $ 18,263,525.76 | $ 203,558.20 | $ 18,059,967.56 | $ 562,340.28 | $ 7,091.79 | $ 555,248.49 | $ 18,615,216.05 |

NOTE: The Fee Reductions and Expense Reductions reflected in Column F and Column I were made at the request of the Fee Examiner.