IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :     Chapter 11
                                                                 :
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]   :     Case No. 18-12491 (CSS)
                                                                 :     (Jointly Administered)
       Debtors.                                        :
                                                                 :
                                                                 :     **Related Doc. No. 2343**
                                                                 :
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTH
COMBINED MONTHLY AND FINAL APPLICATION OF M. J. RENICK &
ASSOCIATESS LLC, AS FEE EXAMINER, FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM
DECEMBER 10, 2018 THROUGH APRIL 8, 2021**

    The undersigned hereby certifies that he has received no formal or informal objection or response to the **Seventh Combined Monthly and Final Fee Application of M. J. Renick & Associates LLC, as Fee Examiner, for Compensation and for Reimbursement of Expenses for the Final Period from December 10, 2018 through April 8, 2021** [Docket No. 2343] (the "Application") filed on behalf of the undersigned on April 19, 2021. The undersigned further certifies that he has reviewed the docket in these cases and that no objection or response to the Application appears thereon. The notice attached to

---

1 The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

the Application established a deadline of **May 10, 2021 at 4:00 p.m. (Eastern Time)** for filing and service of objections or responses to the Application.

Dated: May 11, 2021　　　　　　　　　　　**M.J. Renick & Associates LLC**
　　　　　New Rochelle, New York

　　　　　　　　　　　　　　　　　　　　　*/s/M. Jacob Renick*
　　　　　　　　　　　　　　　　　　　　　M. Jacob Renick
　　　　　　　　　　　　　　　　　　　　　51 Seacord Road
　　　　　　　　　　　　　　　　　　　　　New Rochelle, NY 10804
　　　　　　　　　　　　　　　　　　　　　Telephone: (914) 813-0880
　　　　　　　　　　　　　　　　　　　　　Facsimile: (914) 840-8590
　　　　　　　　　　　　　　　　　　　　　E-mail:　　jrenick@mjrenick.com

　　　　　　　　　　　　　　　　　　　　　*Fee Examiner*