## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
|  | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-12491 (CTG) |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------x

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *ZOOM* HEARING ON MAY 28, 2021 AT 10:00 A.M. (ET)

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM [NO COURTCALL].  ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK.  THE COURT IS ASKING ALL PARTIES TO REGISTER NO LATER THAN THURSDAY, 5/27/21 AT NOON.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJIscuqvrTkqGDVaGkf55CzRWGTIZTwSFlI

#### YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc.  (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc.  (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] **Amended items appear in bold.**

**MATTERS BEING ADJOURNED:**

1.    Debtors' Motion Pursuant to Section 365 for Entry of an Order Assuming Certain Executory Contracts and Granting Related Relief [D.I. 2097; Filed 9/30/20].

      **Response Deadline:** October 14, 2020 at 4:00 p.m. (ET).

      **Related Documents:**

      A.    Certification of Counsel Regarding Order Authorizing Debtors to Assume Certain Executory Contracts with Change Healthcare Technologies, LLC and Granting Related Relief [D.I. 2228; Filed 12/8/20].

      B.    Order Authorizing Debtors to Assume Certain Executory Contracts with Change Healthcare Technologies, LLC and Granting Related Relief [D.I. 2229; Filed 12/9/20].

      **Responses Received**:

      A.    Oracle's Limited Objection and Reservation of Rights to Motion to Assume Certain Executory Contracts [D.I. 2190; Filed 11/11/20].

      **Status:**  An order has been entered resolving this matter solely as it relates to Change Healthcare Technologies, LLC.  The remainder of the motion which relates to Oracle America, Inc. remains pending and the Liquidating Trustee and Oracle have agreed to adjourn this matter to the next omnibus hearing date.

2.    Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2160; Filed 10/30/20].

      **Response Deadline:** November 30, 2020 at 4:00 p.m. (ET).

      **Related Documents:**

      A.    Amended Notice of Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2185; Filed 11/6/20].

      B.    Order Approving Stipulation for Adequate Protection Between Debtors and the United States of America [D.I. 197; Filed 12/3/18].

      C.    Order Approving Amended Stipulation For Adequate Protection between the

Debtors and the United States of America [D.I. 332; Filed 12/19/18].

D.      Schedules of Assets and Liabilities of Promise Wichita Falls [D.I. 640; Filed 2/4/19].

E.      Schedules of Assets and Liabilities of Promise Overland Park [D.I. 632; Filed 2/4/19].

F.      Schedules of Assets and Liabilities of Promise Dallas [D.I. 622; Filed 2/4/19].

G.      Objection of the United States to Debtors Motion for Order (A) Authorizing and Approving Sale of Substantially All Assets of Certain of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 809; Filed 2/22/19].

H.      Declaration of Andrew Turnbull In Support of the Sale of the Select Assets and Remaining Assets [D.I. 813; Filed 2/25/19].

I.      Transcript of Sale Hearing on February 26, 2020 [D.I. 822; Filed 2/26/19].

J.      Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (III) Granting Related Relief (Remaining Assets) [D.I. 832; Filed 3/1/19].

K.      Notice of Consummation of Sale and Filing of Amendment 1 to Asset Purchase Agreement [Strategic] [D.I. 1195; Filed 6/18/19].

L.      Administrative Expense Proof of Claim filed by KPC Wichita Falls filed July 30, 2020 – Claim No. 1742 Filed 7/30/20 [N/A].

M.      Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2160; Filed 11/30/20].

N.      Amended Notice of Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2185; Filed 11/6/20].

O.      Affidavit of Mailing of Natasha Otton Regarding Cover Sheet for Final Fee Application of Crowe LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Debtors Audit and Tax Advisors, Summary

of Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Final Period from November 5, 2018 through September 30, 2020, Objection of Robert Michaelson of Advisory Trust Group, LLC, Solely in His Capacity as Liquidating Trustee of the Promise Healthcare Group Liquidating Trust, to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2226; Filed 12/4/20].

P.    Liquidating Trustee's Subpoena to Peter R. Baronoff issued December 3, 2020 [N/A].

Q.    Notice of Rescheduled Hearing [D.I. 2256; Filed 12/22/20].

R.    Motion of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust for Leave to File a Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2252; Filed 12/22/20].

S.    Affidavit of Mailing of Natasha Otton Regarding Motion of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust for Leave to File a Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC and Notice of Rescheduled Hearing [D.I. 2259; Filed 12/30/20].

T.    Liquidating Trustee's Subpoena to Peter R. Baronoff issued December 30, 2020 [N/A].

U.    Notice of Filing of Joint Witness and Exhibit Lists for Hearing on Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [T/B/D];

V.    Certificate of No Objection Regarding Motion of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust for Leave to File a Sur-Reply in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 226; Filed 01/06/21;

4

W.      Joint Stipulation Regarding Appointment of Mediator Between Robert Michaelson and Defendants in Adversary Case No. 19-50776 [D.I. 2273; Filed 01/15/21].

**Responses Received**:

A.      Objection of Robert Michaelson of Advisory Trust Group, LLC, Solely in His Capacity as Liquidating Trustee of the Promise Healthcare Group Liquidating Trust, to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2218; Filed 11/30/20].

B.      Reply of KPC Promise Hospital of Wichita Falls, LLC, KPC Promise Hospital of Overland Park, LLC, and KPC Promise Hospital of Dallas, LLC to Liquidating Trustee's Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2234; Filed 12/14/20].

C.      Sur-Reply of Liquidating Trustee of the Promise Healthcare Group Liquidating Trust in Further Support of Objection to Motion for (1) Allowance and Payment of Administrative Claim of KPC Promise Hospital of Wichita Falls, LLC, and (2) Estimation and Establishment of a Reserve for Payment of Administrative Claims of KPC Promise Hospital of Overland Park, LLC and KPC Promise Hospital of Dallas, LLC [D.I. 2270; Filed 1/8/21].

**Status:**  The parties intend that this matter will be adjourned pending the documentation and court approval of a settlement agreement.  Therefore, this matter is being adjourned to allow the parties to finalize the settlement.

3.      Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting Related Relief [D.I. 2276; Filed 1/20/21].

**Response Deadline:** February 3, 2021 at 4:00 p.m. (ET).  Extended to March 15, 2021 at 4:00 p.m. (ET).

**Related Documents:**

A.      Declaration of Donna Lee Talbot in Support of Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting related Relief [D.I. 2277; Filed 01/20/21].

B.     Declaration of Stuart M. Brown in Support of Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting related Relief [D.I. 2278; Filed 01/20/21].

**Responses Received**:  None.

**Status:**  This matter is being adjourned to allow the parties to work on resolving the issues without Court intervention.

4.     First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2297; Filed 3/8/21].

**Response Deadline:** March 22, 2021 at 4:00 p.m. (ET).  Extended for Surgical Program Development, LLC to April 23, 2021 pending discussions to resolve and will be adjourned to a future date.

**Related Documents:**

A.     Certification of Counsel Regarding First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2352; Filed 4/26/21].

B.     Order Sustaining First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2366; Filed 5/3/21].

**Responses Received**:  None.

**Status:**  An order was entered for this matter, however the objection to the claim of Surgical Program Development, LLC is adjourned while the parties continue to work towards resolution.

**MATTERS GOING FORWARD:**

5.     Status Conference

**Response Deadline:** N/A

**Related Documents:**

A.     Order Setting Status Conference [D.I. 2362; Filed 4/30/21].

B.     Notice of Rescheduled Status Conference [D.I. 2374; Filed 5/11/21].

**C.     Status Report with Respect to Certain Adversary Matters [D.I. 2388; Filed 5/27/21].**

**Responses Received**:  N/A

6

**Status:** The status conference will be going forward.

Dated: May 28, 2021
Wilmington, Delaware

DLA PIPER LLP (US)

/s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
           matthew.sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
           Katie.Stenberg@wallerlaw.com
           Blake.Roth@wallerlaw.com
           Tyler.Layne@wallerlaw.com

*Attorneys for the Liquidating Trustee Robert Michaelson*

-and-

7

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

-and-

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel to the Liquidating Trustee*

EAST\181245828.8