| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Alan | Meda | Concentric Healthcare Solutions dba Concerntric Healthcare Staffing | Burch & Cracchiolo PA |
| Demitra | Laletas | Court | |
| Adam | Pie | Liquidating Trustee Robert Michaelson | DLA Piper LLP (US) |
| Mary | Rose | Promise Healthcare, Inc. | Buchalter, A Professional Corporation |
| Judge Goldblatt | Judge Goldblatt | Court | |
| Colin | Robinson | Liquidating Trustee | Pachulski Stang Ziehl & Jones LLP |
| Thomas | Macauley | Surgical Program Development, LLC | Macauley LLC |
| Kevin | Collins | KPC Promise Healthcare, LLC and Strategic Global Management, Inc. | Barnes & Thornburg LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Miles | Taylor | Court | |
| John | Tishler | Liquidating Trustee Robert Michaelson | WALLER LANSDEN DORTCH & DAVIS, LLP |
| Jeremy | Oliver | Liquidating Trustee Robert Michaelson | WALLER LANSDEN DORTCH & DAVIS, LLP |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Dr. Eugene | Allen | Dusk to Dawn Urgent Care | |
| Matthew | Pierce | Willis-Knighton Health System | |
| Andrew | Sherman | Liquidating Trustee | |
| Becky | Yerak | Wall street Journal | |
| J. Zachary | Noble | N/A | |

| Boris | Mankovetskiy | Liquidating Trustee | |
|---|---|---|---|
| Stuart | Brown | Liquidating Trustee Robert Michaelson | DLA Piper LLP (US) |
| Matthew | Austria | Interstate Rehabilitation Services, LLC | Austria Legal, LLC |
| Jeff | Montgomery | Law360/Portfolio Media | |
| Tyler | Layne | Liquidating Trustee Robert Michaelson | WALLER LANSDEN DORTCH & DAVIS, LLP |
| Ryan | Martin | CCM | |