## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | Case No. 18-12491 (CTG) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Matthew Gonzalez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 26, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via overnight mail on the Master Service List attached hereto as **Exhibit A**, (2) via email on the Master Email Service attached hereto as **Exhibit B**, (3) via facsimile on the Master Agenda Service List attached hereto as **Exhibit C**, (4) via overnight mail on ORACLE AMERICA INC, Attn Deborah Miller Ben Wheeler, 500 Oracle Parkway, Redwood City, CA, 94065, and (5) via email on MARGOLIS EDELSTEIN, Attn: James E. Huggett, Esq., jhuggett@margolisedelstein.com:

- Notice of Agenda of Matters Scheduled for Zoom Hearing on May 28, 2021 at 10:00 a.m. (ET) [Docket No. 2386]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: June 1, 2021

/s/ Matthew Gonzalez
Matthew Gonzalez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 1, 2021, by Matthew Gonzalez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 54007

**<u>Exhibit A</u>**

# Exhibit A

Master Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge | P.O. Box 13708 | | Macon | GA | 31208-3708 |
| EFFICIENT MGMT RESOURCE SYSTEMS INC | ATTN WILLIAM PALLEY | 19830 WEST SPLIT OAK ROAD | | CHATSWORTH | CA | 91311 |
| Environmental Protection Agency | Attn: Bankruptcy Department | 1650 Arch Street | | Philadelphia | PA | 19103-2029 |
| IBM Credit LLC | Attn Paul Wearing | Special Handling Group | 7100 Highlands Pkwy | Smyrna | GA | 30082 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Missouri Department of Revenue | Attn: Sheryl L. Moreau | Bankruptcy Unit | P.O. Box 475 | Jefferson City | MO | 65105-0475 |
| US Department of Justice | Attn General Counsel | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Wells Fargo Bank NA | Sp Finance Loan Portfolio Manager | 9665 Wilshire Blvd | # 1000 | Beverly Hills | CA | 90212 |
| Wells Fargo Vendor Financial Svcs | Attn Christine R Etheridge | 1738 Bass Road | | Macon | GA | 31210 |
| WOUND CARE MANAGEMENT LLC | ATTN PETE HARTLEY | 16065 LAMONTE DRIVE | | HAMMOND | LA | 70403 |

## Exhibit B

## Exhibit B
### Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com |
| Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire | ralphascher@aol.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | maustria@austriallc.com |
| Barnes & Thornburg LLP | Attn: David M. Powlen & Kevin G. Collins, Thomas E. Hanson, Jr | david.powlen@btlaw.com; kevin.collins@btlaw.com; thanson@btlaw.com |
| Barness & Barness LLP | Attn: Daniel I. Barness | Daniel@BarnessLaw.com |
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser | jalberto@bayardlaw.com; efay@bayardlaw.com; gflasser@bayardlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. | lmartin@bernsteinlaw.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | kottaviano@blankrome.com; ptinkham@blankrome.com |
| Blank Rome LLP | Attn: Victoria A. Guilfoyle | guilfoyle@blankrome.com |
| Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick | RBovarnick@rbovarnick.com |
| Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone | joseph.titone@bswllp.com |
| Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq., Mary H. Rose, Paul S. Arrow | pwebster@buchalter.com; parrow@buchalter.com; mrose@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer | mark.pfeiffer@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire | jfalgowski@burr.com |
| Burr & Forman LLP | Attn: Patrick Warfield, Esquire | pwarfield@burr.com |
| California Office of the Attorney General | Attn: Kenneth K. Wang | kenneth.wanh@doj.ca.gov |
| Cardinal Health Pharma | ATTN: TYRONZA WALTON | Tyronza.Walton@cardinalhealth.com |
| Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq. | acornelius@costell-law.com; ssaad@costell-law.com |
| Cross & Simon, LLC | Attn: Joseph Grey, Esquire | jgrey@crosslaw.com |

## Exhibit B
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| DECHERT LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq. | stephen.leitzell@dechert.com; jonathan.stott@dechert.com |
| Delaware Attorney General | Attn: Bankruptcy Department | attorney.general@state.de.us |
| Delaware Division of Revenue | Attn: Zillah Frampton | fasnotify@state.de.us |
| Delaware Secretary of State | Corporations Franchise Tax | dosdoc_ftax@state.de.us |
| Delaware State Treasury | Attn: Bankruptcy Department | statetreasurer@state.de.us |
| DLA Piper LLP (US) | Attn: Stuart M. Brown and Kaitlin MacKenzie Edelman | stuart.brown@dlapiper.com; kaitlin.edelman@dlapiper.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Earp Cohn P.C. | Attn: Allen A. Etish, Esquire | aetish@earpcohn.com |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esquire | tlattomus@eckertseamans.com; boneill@eckertseamans.com |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham, Esquire and Sarah Morrissey, Esquire | cgraham@eckertseamans.com; smorrissey@eckertseamans.com |
| Freedom Medical, Inc. | ATTN: ERIC S. WENZEL | ewenzel@freedommedical.com |
| FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff | andrew.hinkelman@fticonsulting.com; jennifer.byrne@fticonsulting.com; christopher.goff@fticonsulting.com |
| Garner Health Law Corporation | Attn: Craig B. Garner, Esq. | craig@garnerhealth.com |
| Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis | srand-lewis@randandrand-lewisplcs.com; grand@randandrand-lewisplcs.com |
| Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. | ddebruin@gawthrop.com |
| Gibbons P.C. | Attn: Natasha Songonuga | nsongonuga@gibbonslaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq. | ahalperin@halperinlaw.net; dcohen@halperinlaw.net |
| Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | ATTN: JOSEPH ANTONELLI, ESQ. and JANELLE CARNEY, ESQ. | jantonelli@antonellilaw.com |
| Hogan ◆ McDaniel | Attn: Daniel K. Hogan, Esq. | dkhogan@dkhogan.com |
| IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator | cgoulart@br.ibm.com |
| Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford | jwelford@jaffelaw.com |

## Exhibit B
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin | david@kswb.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq. | dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | mbranzburg@klehr.com |
| Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq. | hallie@hannahlaw.com |
| Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq. | bayleyco@me.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq. | GEK@lnbyb.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel | houston_bankruptcy@publicans.com |
| McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq. | mrifino@mccarter.com; kbuck@mccarter.com |
| McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker | wsmith@mwe.com; jkapp@mwe.com; mpreusker@mwe.com |
| McGuireWoods LLP | Attn: Art Gambill | agambill@mcguirewoods.com |
| McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley | bswett@mcguirewoods.com; ashipley@mcquirewoods.com |
| Morris James LLP | Attn: Brett D. Fallon, Esq. | bfallon@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | aremming@mnat.com; jbarsalona@mnat.com |
| Moye White LLP | Attn: Timothy M. Swanson | tim.swanson@moyewhite.com |
| Office of the United States Trustee | Attn: Benjamin Hackman | benjamin.a.hackman@usdoj.gov |
| Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq. | jfeeney@otterbourg.com; ryan@otterbourg.com; mmaizel@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq. | jpomerantz@pszjlaw.com; bsandler@pszjlaw.com; crobinson@pszjlaw.com |

Exhibit B

Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer | jbaer@pbfcm.com |
| Polsinelli PC | Attn: Shanti M. Katona, Brenna A. Dolphin | bdolphin@polsinelli.com |
| Polsinelli PC | Attn: Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and R. Stephen McNeill | jryan@potteranderson.com; rmcneill@potteranderson.com |
| Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont | pvermont@randicklaw.com |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli | knight@rlf.com; steele@rlf.com; queroli@rlf.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire | luke.murley@saul.com |
| Schulte Roth & Zabel LLP | Attn: Rose Cherson | rose.cherson@srz.com |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq. | etillinghast@sheppardmullin.com |
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com; rbrennan@sillscummis.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Steven L. Walsh | steven.walsh@skadden.com |
| Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield | lhatfield@sterneisenberg.com |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren | jhh@stevenslee.com; ebc@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | rl@stevenslee.com |
| Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown | dstewart@stewartrobbins.com; bbrown@stewartrobbins.com |

Exhibit B

Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen | streusand@slollp.com; nguyen@slollp.com |
| Texas Attorney General's Office | Attn: J. Casey Roy | casey.roy@oag.texas.gov |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson | sherri.simpson@oag.texas.gov; christopher.murphy@oag.texas.gov |
| The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson | leonhardt@teamrosner.com; gibson@teamrosner.com |
| U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | seth.shapiro@usdoj.gov |
| US Attorney for Delaware | Attn: Charles Oberly | usade.ecfbankruptcy@usdoj.gov |
| Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne | john.tishler@wallerlaw.com; katie.stenberg@wallerlaw.com; blake.roth@wallerlaw.com; Tyler.Layne@wallerlaw.com |
| Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire | david.lemke@wallerlaw.com; melissa.jones@wallerlaw.com |
| Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski | steve@wheelis-rozanski.com |
| Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis | csamis@wtplaw.com |
| William A. Catlett, L.L.C. | Attn: William A. Catlett | william@catlett.biz |
| Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher | bankfilings@ycst.com; rbrady@ycst.com; sgreecher@ycst.com |

**Exhibit C**

## Exhibit C
### Master Agenda Service List
Served via facsimile

| NAME | NOTICE NAME | FAX |
|---|---|---|
| Arent Fox LLP | Attn: Robert M. Hirsh | 212-484-3990 |
| Austria Legal, LLC | Attn: Matthew P. Austria | 302-425-0232 |
| Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. | 412-456-8135 |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | 312-776-2601 |
| Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone | 225-376-5619 |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | 302-552-4295 |
| Cardinal Health Pharma | ATTN: TYRONZA WALTON | 614-652-4117 |
| DECHERT LLP | Attn: Brian E. Greer, Esq. | 212-698-3599 |
| Delaware Attorney General | Attn: Bankruptcy Department | 302-577-6630 |
| Delaware Division of Revenue | Attn: Zillah Frampton | 302-577-8632 |
| Delaware Secretary of State | Corporations Franchise Tax | 302-739-5831 |
| Delaware State Treasury | Attn: Bankruptcy Department | 302-739-5635 |
| Environmental Protection Agency | Attn: Bankruptcy Department | 215-814-5103 |
| Freedom Medical, Inc. | ATTN: ERIC S. WENZEL | 610-903-0180 |
| Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. | 302-777-5299 |
| Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | ATTN: JOSEPH ANTONELLI, ESQ. and JANELLE CARNEY, ESQ. | 909-393-0471 |
| Internal Revenue Service | Centralized Insolvency Operation | 855?235?6787 |
| Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq. | 302-426-9193 |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | 215-568-6603 |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq. | 310-229-1244 |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 469-221-5003 |
| McGuireWoods LLP | Attn: Art Gambill | 404-443-5691 |
| McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley | 312-849-3690 |
| Morris James LLP | Attn: Brett D. Fallon, Esq. | 302-571-1750 |
| Morrison Management Resources Systems, Inc. | ATTN: JERRY CARPENTER | 251-461-3193 |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer | 940-723-8553 |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and R. Stephen McNeill | 302-658-1192 |
| Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont | 925-460-0969 |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli | 302-651-7701 |

In re:  Promise Healthcare Group LLC, et al.
Case No. 18-12491 (CTG)

Exhibit C
Master Agenda Service List
Served via facsimile

| NAME | NOTICE NAME | FAX |
|---|---|---|
| Schulte Roth & Zabel LLP | Attn: Rose Cherson | 212-593-5955 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Steven L. Walsh | 302-651-3001 |
| Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield | 302-731-7211 |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen | 512-236-9904 |
| Surgical Program Development | ATTN: BRENDAN BAKIR | 310-861-5001 |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson | 512-936-1409 |
| Treasurer-Tax Collector | Attn: Dan McAllister | 619-685-2589 |
| U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | 202-514-9163 |
| US Attorney for Delaware | Attn: Charles Oberly | 302-573-6220 |
| Valensi Rose, PLC | Attn: Gary F. Torrell, Esq. | 310-277-1706 |