IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : | Case No. 18-12491 (CTG) |
| Debtors. | : | (Jointly Administered) |
| SUCCESS HEALTHCARE 1, LLC and PROMISE HEALTHCARE, INC., | : | Adv. No. 20-50769 (CTG) |
| Plaintiffs, | : | |
| v. | : | |
| SURGICAL PROGRAM DEVELOPMENT, LLC | : | |
| Defendant | : | |

## AFFIDAVIT OF SERVICE

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

On June 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Adversary Service List attached hereto as **Exhibit A**:

- Certification of Counsel Regarding Scheduling Order [Docket No. 24]

Dated: July 1, 2021

                                                       */s/ Natasha Otton*
                                                       Natasha Otton

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 1, 2021, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2020

**<u>Exhibit A</u>**

**<u>Exhibit A</u>**

# Exhibit A

Adversary Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| ATTORNEYS FOR PLAINTIFFS | DLA PIPER | STUART M. BROWN | Stuart.Brown@dlapiper.com |
| ATTORNEYS FOR PLAINTIFFS | DLA PIPER | MATTHEW S. SARNA | Matthew.Sarna@dlapiper.com |
| ATTORNEYS FOR PLAINTIFFS | DLA PIPER | KAITLIN MACKENZIE | Kaitlin.Mackenzie@dlapiper.com |
| ATTORNEYS FOR PLAINTIFFS | WALLER LANSDEN DORTCH & DAVIS, LLP | JOHN TISHLER | John.Tishler@wallerlaw.com |
| ATTORNEYS FOR PLAINTIFFS | WALLER LANSDEN DORTCH & DAVIS, LLP | KATIE STENBERG | Katie.Stenberg@wallerlaw.com |
| ATTORNEYS FOR PLAINTIFFS | WALLER LANSDEN DORTCH & DAVIS, LLP | BLAKE ROTH | Blake.Roth@wallerlaw.com |
| ATTORNEYS FOR PLAINTIFFS | WALLER LANSDEN DORTCH & DAVIS, LLP | TYLER LAYNE | Tyler.Layne@wallerlaw.com |
| ATTORNEYS FOR PLAINTIFFS | WALLER LANSDEN DORTCH & DAVIS, LLP | MARK TAYLOR | Mark.Taylor@wallerlaw.com |