# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:　Chapter 11
In re: :
:　Case No. 18-12491 (CTG)
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]　:
:　(Jointly Administered)
　　　Debtors. :
---------------------------------------------------------------x

## NOTICE OF SERVICE OF LIQUIDATING TRUSTEE'S ANSWERS AND OBJECTIONS TO DISCOVERY REQUESTS OF AMPARO FIGUEROA

The undersigned certifies that on September 14, 2021, he caused a copy of the *Liquidating Trustee and Debtor Representative's Answers and Objections to Amparo Figueroa's First Set of Interrogatories, First Set of Requests for Admissions, and First Set of Requests for Production of Documents and Electronically Stored Information Directed to Robert Michaelson in his Capacity as Liquidating Trustee and Debtor Representative* to be served upon the parties indicated below via electronic mail:

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179),　Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc.  (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc.  (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

Gary L. Wimbish, Esq.  
WILKES & ASSOCIATES, P.A.  
One North Dale Mabry Highway, Suite 700  
Tampa, FL 33609  
Email:  gwimbish@yourcasematters.com  

Christopher D. Loizides, Esq.  
LOIZIDES, P.A.  
1225 King Street, Suite 800  
Wilmington, DE 19801  
Email:  loizides@loizides.com  

D. Ryan Slaugh, Esq.  
R. Stephen McNeill, Esq.  
POTTER ANDERSON & CORROON LLP  
1313 N. Market Street, 6th Floor  
Wilmington, DE 19801  
Email:  rslaugh@potteranderson.com  
          rmcneill@potteranderson.com  

Dated: September 16, 2021  
         Wilmington, Delaware  

DLA PIPER LLP (US)

/s/ *Matthew S. Sarna*  
Stuart M. Brown (#4050)  
Matthew S. Sarna (#6578)  
1201 N. Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email: Stuart.Brown@us.dlapiper.com  
          Matthew.Sarna@us.dlapiper.com  

-and-

SILLS CUMMIS & GROSS P.C.  
Andrew H. Sherman, Esq.  
Boris I. Mankovetskiy, Esq.  
The Legal Center  
One Riverfront Plaza Newark, NJ 07102  
Telephone: (973) 643-7000  
Facsimile: (973) 642-6500  
Email: asherman@sillscummis.com  
          bmankovetskiy@sillscummis.com  

*Counsel to the Liquidating Trustee*