# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] : Case No. 18-12491 (CTG)
:
Debtors. : (Jointly Administered)
:
: **Related D.I.: 2463**
:
---------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE SETTLEMENT AMONG THE LIQUIDATING TRUSTEE AND DEBTOR REPRESENTATIVE, KPC, THE KPC SUBSIDIARIES, STRATEGIC, AND BARONOFF

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as counsel to Robert Michaelson of Advisory Trust Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust (the "Trustee") and representative of the Reorganized Debtors duly appointed in the above captioned Chapter 11 cases (the "Chapter 11 Cases") of Promise Healthcare Group, LLC and its affiliated debtors and debtors in possession

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

EAST\185066727.1

(collectively, the "Debtors"), pursuant to the Modified Second Amended Joint Plan of Liquidation (the "Plan"), hereby certify the following:

1. On August 12, 2021, the Debtors filed the *Motion to Approve Settlement Among the Liquidating Trustee and Debtor Representative, KPC, The KPC Subsidiaries, Strategic, and Baronoff* [D.I. 2463] (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel no later than 4:00 p.m. (prevailing Eastern Time) on August 26, 2021.

3. As of the date hereof, counsel for the Reorganized Debtors and the Trustee have not been served with any objections or responses to the Motion. Further, a review of the Court's docket indicates that, as of the filing of this Certificate of No Objection, no responses or objections to the Motion have been filed.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, the Reorganized Debtors and Trustee respectfully request that the form of order to be uploaded contemporaneously herewith be entered at the Court's earliest convenience.

Dated: September 17, 2021
      Wilmington, Delaware

Respectfully submitted,

DLA PIPER LLP (US)

*/s/ Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
      Matthew.Sarna@dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Jeremy A. Oliver (admitted pro hac vice)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
      Jeremy.Oliver@wallerlaw.com
      Tyler.Layne@wallerlaw.com

*Attorneys for the Trustee*