# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>(Jointly Administered)<br><br>**Related D.I.: 2463 & 2500** |

### ORDER APPROVING SETTLEMENT AMONG THE LIQUIDATING TRUSTEE AND DEBTOR REPRESENTATIVE, KPC, THE KPC SUBSIDIARIES, STRATEGIC, AND BARONOFF

Upon consideration of the motion (the "*Motion*")[2] filed by Robert Michaelson of Advisory Trust Group, LLC, as liquidating trustee and debtor representative (the "*Trustee*") of the Promise Healthcare Group Liquidating Trust (the "*Liquidating Trust*") appointed in the Chapter 11 cases (collectively, the "*Chapter 11 Cases*") of Promise Healthcare Group, LLC, *et al.* (collectively, the "*Debtors*") pursuant to the Modified Second Amended Joint Plan of

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

[2] Unless otherwise defined herein, capitalized terms used shall have the meaning ascribed to them in the Motion.

Liquidation (the "*Plan*"); the Court having reviewed the Motion; the Court having found and determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012*, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) service and notice of the Motion was sufficient under the circumstances, and (v) good and sufficient cause having been shown pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and after due deliberation and sufficient cause appearing therefor,

IT IS THEREFORE ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Settlement Agreement attached as **Exhibit 1** to this Order is APPROVED in its entirety.

3. The Parties to the Settlement Agreement are authorized and empowered to take all actions and to execute all documents and instruments that they deem necessary or appropriate to implement and effectuate the Settlement Agreement.

4. Until the closing of the Chapter 11 Cases, this Court shall retain jurisdiction to hear and determine any dispute arising under the Settlement Agreement or this Order.

5. This Order shall be immediately effective and enforceable upon its entry.

Dated: September 20th, 2021
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

4819-7068-9782.1