# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re: : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, : Case No. 18-12491 (CTG)
*et al*.,[1] :
: (Jointly Administered)
Debtors. :
x
---------------------------------

## AFFIDAVIT OF SERVICE

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; and via Email on the Notice Parties Service List attached hereto as **Exhibit B**:

- Objection of the Liquidating Trustee and Debtor Representative to the Motion of Amparo Figueroa for Allowance and Payment of Administrative Expense Claim and for Related Relief [Docket No. 2497]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: September 21, 2021

                                                                 */s/ Natasha Otton*
                                                                   Natasha Otton

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 21, 2021, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ ADAM ADLER*
Notary Public, State of New York
No. 02AD6306134
Qualified in Nassau County
Commission Expires June 16, 2022

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to AKF3 Yamato, LLC | Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com | Email |
| Counsel to Medline Industries, Inc. | Arent Fox LLP | Attn: Robert M. Hirsh<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | | First Class Mail |
| Counsel to Southland Management Group, Inc. | Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire<br>11022 Acaia Parkway<br>Suite D<br>Garden Grove CA 92840 | ralphascher@aol.com | Email |
| Counsel for Dell Financial Services, LLC | Austria Legal, LLC | Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington DE 19801 | maustria@austriallc.com | First Class Mail and Email |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>1738 Bass Road<br>Macon GA 31210 | | First Class Mail |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge<br>P.O. Box 13708<br>Macon GA 31208-3708 | | First Class Mail |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg LLP | Attn: David M. Powlen & Kevin G. Collins, Thomas E. Hanson, Jr<br>1000 N. West Street<br>Suite 1500<br>Wilmington DE 19801 | david.powlen@btlaw.com<br>kevin.collins@btlaw.com<br>thanson@btlaw.com | Email |
| Counsel to Doctors Infection Control Services, Inc. | Barness & Barness LLP | Attn: Daniel I. Barness<br>11377 W. Olympic Blvd.<br>2nd Floor<br>Los Angeles CA 90064 | Daniel@BarnessLaw.com | Email |
| Counsel to Freedom Medical, Inc. | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Email |
| Counsel to Alamo Mobile X-Ray & EKG Services, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi<br>222 Delaware Avenue<br>Suite 801<br>Wilmington DE 19801 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Email |
| Counsel to Creditor, Beckman Coulter Inc. | Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq.<br>Gulf Tower Suite 2200<br>Pittsburgh PA 15219 | lmartin@bernsteinlaw.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Bielli & Klauder, LLC | Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington DE 19801 | dklauder@bk-legal.com | Email |
| Counsel for CVP Loan | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham<br>10 South Riverside Plaza<br>Suite 875<br>Chicago IL 60606 | kottaviano@blankrome.com<br>ptinkham@blankrome.com | First Class Mail and Email |
| Counsel for CVP Loan | Blank Rome LLP | Attn: Victoria A. Guilfoyle<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | guilfoyle@blankrome.com | First Class Mail and Email |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick<br>One South Broad Street, Suite 1600<br>Philadelphia PA 19107 | RBovarnick@rbovarnick.com | Email |
| Counsel to Our Lady of the Lake Hospital, Inc. | Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone<br>P.O. Box 3197<br>23rd Floor One American Place, 301 Main Street<br>Baton Rouge LA 70801 | joseph.titone@bswllp.com | First Class Mail and Email |
| Interested Party (Case No. 18-12492). Counsel to KPC Promise Healthcare, LLC and Subsidiaries and Strategic Global Management, Inc. | Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq., Mary H. Rose, Paul S. Arrow<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles CA 90017 | pwebster@buchalter.com<br>parrow@buchalter.com<br>mrose@buchalter.com | Email |
| Counsel to Nautilus Insurance Company | Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner<br>919 N. Market Street<br>Suite 990<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to Nautilus Insurance Company | Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer<br>50 S. 16th Street, Suite 200<br>Philadelphia PA 19102 | mark.pfeiffer@bipc.com | First Class Mail and Email |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire<br>1201 N. Market Street<br>Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | Attn: Patrick Warfield, Esquire<br>222 Second Avenue South<br>Suite 2000<br>Nashville TN 37201 | pwarfield@burr.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to California Dept. of Health Care Services | California Office of the Attorney General | Attn: Kenneth K. Wang<br>300 S. Spring Street<br>No. 1702<br>Los Angeles CA 90013 | kenneth.wanh@doj.ca.gov | Email |
| Top 30 Largest Unsecured Creditors | Cardinal Health Pharma | ATTN: TYRONZA WALTON<br>7000 CARDINAL PLACE<br>DUBLIN OH 43017 | Tyronza.Walton@cardinalhealth.com | First Class Mail and Email |
| Counsel to Efficient Management Resource Systems, Inc.. | Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq.<br>1299 Ocean Avenue<br>Suite 450<br>Santa Monica CA 90401 | acornelius@costell-law.com<br>ssaad@costell-law.com | Email |
| Counsel to Ally Bank | Cross & Simon, LLC | Attn: Joseph Grey, Esquire<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | jgrey@crosslaw.com | Email |
| Counsel to Select Medical Corporation | DECHERT LLP | Attn: Brian E. Greer, Esq.<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York NY 10036-6797 | | First Class Mail |
| Counsel to Select Medical Corporation | DECHERT LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq.<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104-2808 | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 North French Street , 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 North French Street<br>Wilmington DE 19801 | fasnotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |

In re:  Promise Healthcare Group LLC, et al.
Case No. 18-12491 (CTG)

Page 3 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Debtors | DLA Piper LLP (US) | Attn: Stuart M. Brown and Kaitlin MacKenzie Edelman<br>1201 N. Market Street<br>Suite 2100<br>Wilmington DE 19801 | stuart.brown@dlapiper.com<br>kaitlin.edelman@dlapiper.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | First Class Mail and Email |
| Counsel to PMA Insurance Group | Earp Cohn P.C. | Attn: Allen A. Etish, Esquire<br>20 Brace Road<br>Suite 400<br>Cherry Hill NJ 08034 | aetish@earpcohn.com | Email |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham, Esquire and Sarah Morrissey, Esquire<br>10 Bank Street<br>Suite 700<br>White Plains NY 10606 | cgraham@eckertseamans.com<br>smorrissey@eckertseamans.com | Email |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esquire<br>222 Delaware Avenue<br>7th Floor<br>Wilmington DE 19801 | tlattomus@eckertseamans.com<br>boneill@eckertseamans.com | Email |
| Top 30 Largest Unsecured Creditors | Efficient Management Resource Systems, Inc. | ATTN: WILLIAM PALLEY<br>19830 WEST SPLIT OAK ROAD<br>CHATSWORTH CA 91311 | | First Class Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Top 30 Largest Unsecured Creditors | Freedom Medical, Inc. | ATTN: ERIC S. WENZEL<br>219 WELSH POOL ROAD<br>EXTON PA 19341 | ewenzel@freedommedical.com | First Class Mail and Email |
| Debtors' Restructuring Advisors | FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff<br>214 North Tryon Street<br>Suite 1900<br>Charlotte NC 28202 | andrew.hinkelman@fticonsulting.com<br>jennifer.byrne@fticonsulting.com<br>christopher.goff@fticonsulting.com | Email |
| Counsel to Efficient Management Resource Systems, Inc.. | Garner Health Law Corporation | Attn: Craig B. Garner, Esq.<br>13274 Fiji Way<br>Suite 250<br>Marina del Rey CA 90292 | craig@garnerhealth.com | Email |
| Counsel to Viola Ovchar | Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis<br>5990 Sepulveda Blvd. #630<br>Sherman Oaks CA 91411 | srand-lewis@randandrand-lewisplcs.com<br>grand@randandrand-lewisplcs.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for Renal Treatment Center – West, Inc., a subsidiary of DaVita, Inc. | Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. 3711 Kennett Pike, Suite 100 Wilmington DE 19807 | ddebruin@gawthrop.com | First Class Mail and Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Gibbons P.C. | Attn: Natasha Songonuga 300 Delaware Avenue Suite 1015 Wilmington DE 19801-1671 | nsongonuga@gibbonslaw.com | Email |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq. 40 Wall Street, 37th Floor New York NY 10005 | ahalperin@halperinlaw.net dcohen@halperinlaw.net | Email |
| Top 30 Largest Unsecured Creditors | Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | ATTN: JOSEPH ANTONELLI, ESQ. and JANELLE CARNEY, ESQ. C/O LAW OFFICE OF JOSEPH ANTONELLI 14758 PIPELINE AVE, SUITE E, 2ND FLOOR CHINO HILLS CA 91709 | jantonelli@antonellilaw.com | First Class Mail and Email |
| Counsel to Healthcare Finance Partners, Corp. | Hogan ◆ McDaniel | Attn: Daniel K. Hogan, Esq. 1311 Delaware Avenue Wilmington DE 19806 | dkhogan@dkhogan.com | Email |
| Counsel to IBM Credit LLC | IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator Av. Pasteur 146 & 138 Rio de Janeiro RJ 22290-240 Brazil | cgoulart@br.ibm.com | Email |
| Counsel to IBM Credit LLC (Case No. 18-12499) | IBM Credit LLC | Attn: Paul Wearing Special Handling Group 7100 Highlands Pkwy Smyrna GA 30082 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation 2970 Market Street Mail Stop 5 Q30 133 Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to VFI KR SPE I, LLC and Varilease Finance, Inc. | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford 27777 Franklin Road Suite 2500 Southfield MI 48034-8214 | jwelford@jaffelaw.com | Email |
| Counsel to Rouge General Medical Center | Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin 445 N. Boulevard, Suite 300 P.O. Box 2997 Baton Rouge LA 70821-2997 | david@kswb.com | Email |

In re: Promise Healthcare Group LLC, et al.
Case No. 18-12491 (CTG)

Page 5 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq.<br>919 Market Street<br>Suite 1000<br>Wilmington DE 19801-3062 | dpacitti@klehr.com | First Class Mail and Email |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq.<br>1835 Market Street<br>Suite 1400<br>Philadelphia PA 19103 | mbranzburg@klehr.com | First Class Mail and Email |
| Counsel to Creditor Harbor Pointe Air Conditioning & Control Systems, Inc. | Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq.<br>100 Pacifica<br>Suite 370<br>Irvine CA 92618 | hallie@hannahlaw.com | Email |
| Counsel to Coastline Anesthesia and Pain Medical Group | Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq.<br>547 S. Marengo Avenue<br>Pasadena CA 91101 | bayleyco@me.com | First Class Mail and Email |
| Counsel to AGF Investment Fund 5, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq.<br>10250 Constellation Boulevard<br>Suite 1700<br>Los Angeles CA 90067 | GEK@lnbyb.com | First Class Mail and Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel for Aetna Health Inc. and certain affiliated entities | McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq.<br>405 N. King Street<br>8th Floor<br>Wilmington DE 19801 | mrifino@mccarter.com<br>kbuck@mccarter.com | Email |
| Proposed Special Counsel for the Silver Lake Debtors in Connection with the Sale of the Silver Lake Medical Center | McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker<br>444 West Lake Street<br>Suite 4000<br>Chicago IL 60606 | wsmith@mwe.com<br>jkapp@mwe.com<br>mpreusker@mwe.com | Email |
| Counsel to agent for prepetition credit facility | McGuireWoods LLP | Attn: Art Gambill<br>Promenade<br>1230 Peachtree Street, N.E., Suite 1200<br>Atlanta GA 30309-3534 | agambill@mcguirewoods.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Wells Fargo Bank, National Association | McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley<br>77 West Wacker Drive<br>Suite 4100<br>Chicago IL 60601-1818 | bswett@mcguirewoods.com<br>ashipley@mcquirewoods.com | First Class Mail and Email |
| Counsel to Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel to AGF Investment Fund 5, LLC | Morris James LLP | Attn: Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | bfallon@morrisjames.com | First Class Mail and Email |
| Counsel for Concordia Bank & Trust Company | Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II<br>1201 N. Market St.<br>16th Floor<br>Wilmington DE 19899-1347 | aremming@mnat.com<br>jbarsalona@mnat.com | Email |
| Top 30 Largest Unsecured Creditors | Morrison Management Resources Systems, Inc. | ATTN: JERRY CARPENTER<br>4721 MORRISON DRIVE<br>SUITE 300<br>MOBILE AL 36609 | | First Class Mail |
| Counsel to DaVita, Inc. | Moye White LLP | Attn: Timothy M. Swanson<br>1400 16th Street<br>Sixth Floor<br>Denver CO 80202 | tim.swanson@moyewhite.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Benjamin Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | benjamin.a.hackman@usdoj.gov | First Class Mail and Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq.<br>230 Park Avenue<br>New York NY 10169 | jfeeney@otterbourg.com<br>ryan@otterbourg.com<br>mmaizel@otterbourg.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq.<br>919 N. Market Street<br>17th Floor<br>Wilmington DE 19801 | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Email |
| City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer<br>P.O. Box 8188<br>Wichita Falls TX 76307 | jbaer@pbfcm.com | First Class Mail and Email |

In re: Promise Healthcare Group LLC, *et al.*
Case No. 18-12491 (CTG)

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | Attn: Shanti M. Katona, Brenna A. Dolphin<br>222 Delaware Ave, Suite 1101<br>Wilmington DE 19801 | bdolphin@polsinelli.com | Email |
| Counsel to LADMC, LLC; Counsel for Amparo Figueroa and Brett Elliot Drier, in his capacity as Personal Representative of the Estate of Beatrice M. Drier | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Christopher M. Samis, Esq. and R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>csamis@potteranderson.com | First Class Mail and Email |
| Counsel to Pacific Hospital Management, Inc., a California Corporation, dba Promise Hospital of San Diego, California | Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont<br>500 Hopyard Road<br>Suite 225<br>Pleasanton CA 94588 | pvermont@randicklaw.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, National Association | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com | First Class Mail and Email |
| Counsel to AmeriHealth Caritas Louisiana, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel to the SWC Landlords | Schulte Roth & Zabel LLP | Attn: Rose Cherson<br>919 Third Avenue<br>New York NY 10022 | rose.cherson@srz.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Spectrum a/k/a Charter Communications, Inc | Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq.<br>30 Rockefeller Plaza<br>New York NY 10112 | etillinghast@sheppardmullin.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq. The Legal Center One Riverfont Plaza Newark NJ 07102 | asherman@sillscummis.com bmankovetskiy@sillscummis.com rbrennan@sillscummis.com | Email |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Steven L. Walsh One Rodney Square P.O. Box 636 Wilmington DE 19899-0636 | steven.walsh@skadden.com | First Class Mail and Email |
| Counsel to Webb Shade Memorial Fund | Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield 500 Creek View Road Suite 304 Newark DE 19711 | lhatfield@sterneisenberg.com | First Class Mail and Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren 919 North Market Street Suite 1300 Wilmington DE 19801 | jhh@stevenslee.com ebc@stevenslee.com | Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Robert Lapowsky 620 Freedom Business Center Suite 200 King of Prussia PA 19406 | rl@stevenslee.com | Email |
| Admitted Pro Hac Vice as Counsel for C. Randolph Tillman & Christopher H. Cheek | Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown 301 Main Street, Suite 1640 P. O. Box 2348 Baton Rouge LA 70821-2348 | dstewart@stewartrobbins.com bbrown@stewartrobbins.com | Email |
| Counsel for Dell Financial Services, LLC | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen 1801 S. Mopac Expressway, Suite 320 Austin TX 78746 | streusand@slollp.com nguyen@slollp.com | First Class Mail and Email |
| Top 30 Largest Unsecured Creditors | Surgical Program Development | ATTN: BRENDAN BAKIR 18000 STUDEBAKER ROAD SUITE 700 CERRITOS CA 90703 | | First Class Mail |
| Counsel to the Texas Health and Human Services Commission | Texas Attorney General's Office | Attn: J. Casey Roy Bankruptcy & Collections Division P.O. Box 12548- MC 008 Austin TX 78711-2548 | casey.roy@oag.texas.gov | Email |
| Counsel for the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson Bankruptcy & Collections Division P.O. Box 12548 Austin TX 78711-2548 | sherri.simpson@oag.texas.gov christopher.murphy@oag.texas.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Medline Industries, Inc. | The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | leonhardt@teamrosner.com<br>gibson@teamrosner.com | First Class Mail and Email |
| Counsel for The San Diego County Treasurer-Tax Collector of California | Treasurer-Tax Collector | Attn: Dan McAllister<br>Bankruptcy Desk<br>1600 Pacific Highway, Room 162<br>San Diego CA 92101 | | First Class Mail |
| United States Department of Justice | U.S. Department of Justice | Attn: General Counsel<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to the United States | U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | seth.shapiro@usdoj.gov | First Class Mail and Email |
| US Counsel to the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly<br>c/o Ellen Slights<br>1007 Orange Street, Suite 700, P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to LADMC, LLC | Valensi Rose, PLC | Attn: Gary F. Torrell, Esq.<br>1888 Century Park East<br>Suite 1100<br>Los Angeles CA 90067 | | First Class Mail |
| Counsel to Ally Bank | Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com | Email |
| Counsel to Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne<br>511 Union Street<br>Suite 2700<br>Nashville TN 37219 | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>blake.roth@wallerlaw.com<br>Tyler.Layne@wallerlaw.com | Email |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association | Attn: Specialty Finance Loan Portfolio Manager<br>9665 Wilshire Blvd<br># 1000<br>Beverly Hills CA 90212 | | First Class Mail |
| Counsel to Concordia Bank & Trust Company | Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski<br>2312 S MacArthur Dr.<br>P.O. Box 13199<br>Alexandria LA 71315-3199 | steve@wheelis-rozanski.com | Email |

In re: Promise Healthcare Group LLC, *et al.*
Case No. 18-12491 (CTG)

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the SWC Landlords | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | csamis@wtplaw.com | First Class Mail and Email |
| Counsel for Amparo Figueroa and Brett Elliot Drier, in his capacity as Personal Representative of the Estate of Beatrice M. Drier | WILKES & ASSOCIATES, P.A. | Attn: Gary L. Wimbish, Esq.<br>One North Dale Mabry Highway, Suite 700<br>Tampa FL 33609 | gwimbish@yourcasematters.com | Email |
| Counsel to William A. Catlett, L.L.C. | William A. Catlett, L.L.C. | Attn: William A. Catlett<br>Dill Bamvakais Building<br>9939 Gravois Road<br>St. Louis MO 63123 | william@catlett.biz | Email |
| Top 30 Largest Unsecured Creditors | Wound Care Management, LLC D/B/A Medcentris | ATTN: PETE HARTLEY<br>16065 LAMONTE DRIVE<br>HAMMOND LA 70403 | | First Class Mail |
| Counsel to Select Medical Corporation | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com | Email |

**Exhibit B**

Exhibit B
Notice Parties Service List
Served via Email