| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Demi | Laletas | Court | |
| Gary | Wimbish | Amparo Figueroa | WILKES & ASSOCIATES, P.A. |
| Rachel | Brennan | Liquidating Trustee and Debtor Representative | Sills Cummis & Gross P.C. |
| Judge | Goldblatt | Court | |
| Colin | Robinson | liquidating trustee | Pachulski Stang Ziehl & Jones LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Miles | Taylor | Bankr. Ct. | |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| R. Stephen | McNeill | Amparo Figueroa | Potter Anderson & Corroon LLP |
| Dr. Eugene Allen | | Eugene Allen MD, INC dba Dusk to Dawn Urgent Care | Dr. Eugene Allen |
| Andrew | Sherman | Robert Michaelson, Liquidating Trustee | Sills Cummis |
| Christopher | Loizides | Amparo Figueroa | Loizides, P.A. |
| James | McCauley | N/A | |
| Destiney | Parker-Thompson | Court | |
| Matthew | Sarna | Liquidating Trustee Robert Michaelson | DLA Piper LLP (US) |
| Stuart | Brown | Liquidating Trustee Robert Michaelson | DLA Piper LLP (US) |
| Boris | Mankovetskiy | Liquidating Trustee and Debtor Representative | Sills Cummis |
| Jessica | Berman | Prime Clerk LLC | Prime Clerk LLC |
| Ryan | Martin | CCM | |
| Liz | Trachtman | Law Clerk | Law Clerk |