| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Demi | Laletas | Court | |
| Judge Goldblatt | Judge Goldblatt | Court | |
| Gary | Wimbish | Amparo Figueroa | WILKES & ASSOCIATES, P.A. |
| Rachel | Brennan | Liquidating Trustee | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Colin | Robinson | Liquidating Trustee | Pachulski Stang Ziehl & Jones LLP |
| Miles | Taylor | Bankr. Ct. | |
| R. Stephen | McNeill | Amparo Figueroa | Potter Anderson & Corroon LLP |
| Craig | Goldblatt | Court | |
| Christopher | Loizides | Amparo Figueroa | Loizides, P.A. |
| Matthew | Sarna | Liquidating Trustee | DLA Piper LLP (US) |
| Stuart | Brown | Liquidating Trustee | DLA Piper LLP (US) |
| Amish | Doshi | Oracle America, Inc. | Doshi Legal Group, P.C. |
| Ryan | Martin | cm | |