## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC., *et al.*, | Case No. 18-12491(CSS) |
| Debtor | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective October 4, 2021, the address of the Wilmington, Delaware office of Buchanan Ingersoll & Rooney PC, counsel for Nautilus Insurance Co., has changed as follows:

> Buchanan Ingersoll & Rooney PC
> 500 Delaware Avenue
> Suite 720
> Wilmington, DE 19801-7407

**PLEASE TAKE FURTHER NOTICE** that the telephone numbers, facsimile number and e-mail addresses of the Firm and its attorneys' have not been affected by this change.

Dated: October 6, 2021                **BUCHANAN INGERSOLL & ROONEY PC**

> */s/ Geoffrey G. Grivner*
> Geoffrey G. Grivner (#4711)
> Mark Pfeiffer (admitted *pro hac vice*)
> 500 Delaware Avenue
> Suite 720
> Wilmington, DE 19801-7407
> Tel: (302) 552-4200
>
> *Attorneys for Nautilus Insurance Co.*