# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*, | Case No. 18-12491 (CTG) (Jointly Administered) |
| Debtors. | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| **DATE** | **TIME** |
|---|---|
| November 17, 2021 (Omnibus Hearing) | 1:00 p.m. prevailing Eastern Time |

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 19th, 2021**
**Wilmington, Delaware**

DOCS_DE:235373.3 72551/002