> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                      :
In re:                                :  Chapter 11
                                      :
PROMISE HEALTHCARE GROUP, LLC, et al.,²  :  Case No. 18-12491 (CTG)
                                      :
          Debtors.                    :  (Jointly Administered)
                                      :
                                      :  Objection Deadline: May 5, 2022 at 4:00 p.m. (ET)
-------------------------------------------------------------x  Hearing Date: June 1, 2022 at 1:00 p.m. (ET)
```

## NOTICE OF TRUSTEE'S NINTH (SUBSTANTIVE) OMNIBUS
## OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) AND HEARING

    **PLEASE TAKE NOTICE** that, on April 21, 2022, Robert N. Michaelson of Advisory Trust Group, LLC, as liquidating trustee of the Promise Healthcare Group Liquidating Trust, appointed in the chapter 11 cases of Promise Healthcare Group, LLC (together with its affiliated debtors in possession, the "***Debtors***") filed the attached *Trustee's Ninth (Substantive) Omnibus Objection to Claims (No Liability Claims)* (the "***Ninth Omnibus Objection***") with the United States Bankruptcy Court for the District of Delaware (the "***Court***"), objecting to your claim(s) in these bankruptcy cases. **Substantive rights may be affected. Your claim(s) may be disallowed, expunged, reclassified and/or reduced as a result of the Ninth Omnibus Objection. Therefore, you should read the attached Ninth Omnibus Objection carefully.** If you do not want the Court to disallow, expunge, reclassify and/or reduce your claim(s), as applicable, then you or your attorney must (i) file a written response (a "***Response***") to the Ninth Omnibus Objection

---

² The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

with the Court, as set forth in the Ninth Omnibus Objection, and (ii) serve the Response so that it is <u>actually received</u> by the undersigned counsel to the Liquidating Trustee on or before **May 5, 2022 at 4:00 p.m. (ET).**

 **PLEASE TAKE FURTHER NOTICE** that if no Response to the Ninth Omnibus Objection is timely filed, served, and received in accordance with the above procedures, an order may be entered granting the relief requested in the Ninth Omnibus Objection without further notice or hearing. If a Response to the Ninth Omnibus Objection is timely filed, served and received in accordance with the above procedures, a hearing on the Ninth Omnibus Objection and the Response will be held before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **June 1, 2022 at 1:00 p.m. (ET)** (the "*Hearing*"). Only a response made in writing and timely filed and received will be considered by the Court at the Hearing.

 **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NINTH OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 21, 2022
Wilmington, Delaware

DLA PIPER LLP (US)

/s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com
  Matthew.Sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
Courtney Stone (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
  Tyler.Layne@wallerlaw.com
  Cournty.Stone@wallerlaw.com

*Attorneys for the Trustee*