# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re: Promise Healthcare Group, LLC

§
§
§
§

Debtor(s)

Case No. 18-12491

Lead Case No. 18-12491

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2022

Petition Date: 11/04/2018

Plan Confirmed Date: 09/17/2020

Plan Effective Date: 10/01/2020

This Post-confirmation Report relates to: ○ Reorganized Debtor

○ Other Authorized Party or Entity: Advisory Trust Group

Name of Authorized Party or Entity

/s/ Colin Robinson

Signature of Responsible Party

04/21/2022

Date

Colin Robinson

Printed Name of Responsible Party

919 N Market St # 1700, Wilmington, DE 19801

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $990,963 | $11,451,109 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $990,963 | $11,451,109 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $41,818,625 | $0 | $41,818,625 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Crowe Horwath | Financial Professional | $0 | $2,095,058 | $0 | $2,095,058 |
| ii | DLA Piper | Local Counsel | $0 | $4,503,129 | $0 | $4,503,129 |
| iii | MJ Renick | Other | $0 | $357,704 | $0 | $357,704 |
| iv | Prime Clerk | Other | $0 | $2,433,527 | $0 | $2,433,527 |
| v | Province | Financial Professional | $0 | $2,375,442 | $0 | $2,375,442 |
| vi | Sills Cummins Gross PC | Other | $0 | $2,821,134 | $0 | $2,821,134 |
| vii | Waller Lansden Dortch & Davi | Lead Counsel | $0 | $5,637,571 | $0 | $5,637,571 |
| viii | Pachulski Stang Ziehl & Jones | Other | $0 | $978,006 | $0 | $978,006 |
| ix | FTI Consulting | Financial Professional | $0 | $9,025,277 | $0 | $9,025,277 |
| x | Berger Singerman | Other | $0 | $18,068 | $0 | $18,068 |
| xi | BlankRome | Other | $0 | $165,643 | $0 | $165,643 |
| xii | Breslin, Young & Slaughter | Other | $0 | $29,853 | $0 | $29,853 |
| xiii | Connolly Gallagher LLP | Other | $0 | $2,916 | $0 | $2,916 |
| xiv | Focus Management | Financial Professional | $0 | $753,992 | $0 | $753,992 |
| xv | Fowler White Burnett | Other | $0 | $23,370 | $0 | $23,370 |
| xvi | Gibbons P.C. | Other | $0 | $21,789 | $0 | $21,789 |
| xvii | Healthcare Finance Partners | Other | $0 | $95,000 | $0 | $95,000 |
| xviii | Houlihan Lokey | Financial Professional | $0 | $8,882,182 | $0 | $8,882,182 |
| xix | Katten Munchin Rosenman | Other | $0 | $129,413 | $0 | $129,413 |
| xx | Klehr Harrison Harvey Branzbu | Other | $0 | $38,712 | $0 | $38,712 |
| xxi | McGuire Woods | Other | $0 | $1,042,556 | $0 | $1,042,556 |
| xxii | Melanie L. Cyganowski | Other | $0 | $133,388 | $0 | $133,388 |
| xxiii | Richards, Layton & Finger | Other | $0 | $254,895 | $0 | $254,895 |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor _Aggregate Total_ | | $0 | $477,643 | $0 | $477,643 |
| | _Itemized Breakdown by Firm_ | | | | | |
| | Firm Name | Role | | | | |
| i | Miller Health Law Group | Special Counsel | $0 | $116,466 | $0 | $116,466 |
| ii | TFG Consulting | Other | $0 | $152,275 | $0 | $152,275 |
| iii | Cooley LLP | Special Counsel | $0 | $68,468 | $0 | $68,468 |
| iv | Hinshaw & Culbertson, LLP | Special Counsel | $0 | $7,729 | $0 | $7,729 |
| v | Casualty Actuarial Services, LL | Financial Professional | $0 | $10,500 | $0 | $10,500 |
| vi | Talbot Group, LLC | Financial Professional | $0 | $91,558 | $0 | $91,558 |

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | Judice & Adley, APLC | Special Counsel | $0 | $30,647 | $0 | $30,647 |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $42,296,268 | $0 | $42,296,268 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $4,554,399 | $0 | $0 | $4,554,399 | 0% |
| c. Priority claims | $2,033,556 | $0 | $0 | $2,033,556 | 0% |
| d. General unsecured claims | $16,805,943 | $0 | $0 | $512,123,900 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?      Yes ○   No ⦿

     If yes, give date Final Decree was entered: _____

     If no, give date when the application for Final Decree is anticipated: 12/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ⦿   No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Robert Michaelson                                    Robert Michaelson
_____                         _____
Signature of Responsible Party                          Printed Name of Responsible Party

Co-Managing Member                                      04/21/2022
_____                         _____
Title                                                   Date



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page