**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
PROMISE HEALTHCARE GROUP, LLC,            :    Case No. 18-12491 (CTG)
*et al.*,[1]                              :
                                          :    (Jointly Administered)
                        Debtors.          :
                                          x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**<u>AFFIDAVIT OF SERVICE</u>**

     I, Moheen Ahmad, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

     On April 22, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **<u>Exhibit A</u>**; and (2) the Claimants Service List attached hereto as **<u>Exhibit B</u>**:

- Liquidating Trustee's First Notice of Satisfaction of Claims and Scheduled Amounts [Docket No. 2657]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 28, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 28, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 61071

**<u>Exhibit A</u>**

## Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to AKF3 Yamato, LLC | Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com | Email |
| Counsel to Medline Industries, Inc. | Arent Fox LLP | Attn: Robert M. Hirsh<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | | First Class Mail |
| Counsel to Southland Management Group, Inc. | Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire<br>11022 Acaia Parkway<br>Suite D<br>Garden Grove CA 92840 | ralphascher@aol.com | Email |
| Counsel for Dell Financial Services, LLC | Austria Legal, LLC | Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington DE 19801 | maustria@austriallc.com | First Class Mail and Email |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine E. Etheridge<br>1738 Bass Road<br>Macon GA 31210 | | First Class Mail |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine E. Etheridge<br>P.O. Box 13708<br>Macon GA 31208-3708 | | First Class Mail |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg LLP | Attn: David M. Powlen & Kevin G. Collins, Thomas E. Hanson, Jr<br>1000 N. West Street<br>Suite 1500<br>Wilmington DE 19801 | david.powlen@btlaw.com<br>kevin.collins@btlaw.com<br>thanson@btlaw.com | Email |
| Counsel to Doctors Infection Control Services, Inc. | Barness & Barness LLP | Attn: Daniel I. Barness<br>11377 W. Olympic Blvd.<br>2nd Floor<br>Los Angeles CA 90064 | Daniel@BarnessLaw.com | Email |
| Counsel to Freedom Medical, Inc. | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Alamo Mobile X-Ray & EKG Services, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi 222 Delaware Avenue Suite 801 Wilmington DE 19801 | jhoover@beneschlaw.com kcapuzzi@beneschlaw.com | Email |
| Counsel to Creditor, Beckman Coulter Inc. | Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. Gulf Tower Suite 2200 Pittsburgh PA 15219 | lmartin@bernsteinlaw.com | First Class Mail and Email |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Bielli & Klauder, LLC | Attn: David M. Klauder 1204 N. King Street Wilmington DE 19801 | dklauder@bk-legal.com | Email |
| Counsel for CVP Loan | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham 10 South Riverside Plaza Suite 875 Chicago IL 60606 | kottaviano@blankrome.com ptinkham@blankrome.com | First Class Mail and Email |
| Counsel for CVP Loan | Blank Rome LLP | Attn: Victoria A. Guilfoyle 1201 N. Market Street Suite 800 Wilmington DE 19801 | guilfoyle@blankrome.com | First Class Mail and Email |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick One South Broad Street, Suite 1600 Philadelphia PA 19107 | RBovarnick@rbovarnick.com | Email |
| Counsel to Our Lady of the Lake Hospital, Inc. | Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone P.O. Box 3197 23rd Floor One American Place, 301 Main Street Baton Rouge LA 70801 | joseph.titone@bswllp.com | First Class Mail and Email |
| Interested Party (Case No. 18-12492). Counsel to KPC Promise Healthcare, LLC and Subsidiaries and Strategic Global Management, Inc. | Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq., Mary H. Rose, Paul S. Arrow 1000 Wilshire Boulevard Suite 1500 Los Angeles CA 90017 | pwebster@buchalter.com parrow@buchalter.com mrose@buchalter.com | Email |
| Counsel to Nautilus Insurance Company | Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner 919 N. Market Street Suite 990 Wilmington DE 19801 | | First Class Mail |

## Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Nautilus Insurance Company | Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer<br>50 S. 16th Street, Suite 200<br>Philadelphia PA 19102 | mark.pfeiffer@bipc.com | First Class Mail and Email |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire<br>1201 N. Market Street<br>Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel for National Health Investors, Inc. | Burr & Forman LLP | Attn: Patrick Warfield, Esquire<br>222 Second Avenue South<br>Suite 2000<br>Nashville TN 37201 | pwarfield@burr.com | Email |
| Counsel to California Dept. of Health Care Services | California Office of the Attorney General | Attn: Kenneth K. Wang<br>300 S. Spring Street<br>No. 1702<br>Los Angeles CA 90013 | kenneth.wanh@doj.ca.gov | Email |
| Top 30 Largest Unsecured Creditors | Cardinal Health Pharma | ATTN: TYRONZA WALTON<br>7000 CARDINAL PLACE<br>DUBLIN OH 43017 | Tyronza.Walton@cardinalhealth.com | First Class Mail and Email |
| Counsel to Efficient Management Resource Systems, Inc.. | Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq.<br>1299 Ocean Avenue<br>Suite 450<br>Santa Monica CA 90401 | acornelius@costell-law.com<br>ssaad@costell-law.com | Email |
| Counsel to Ally Bank | Cross & Simon, LLC | Attn: Joseph Grey, Esquire<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | jgrey@crosslaw.com | Email |
| Counsel to Select Medical Corporation | DECHERT LLP | Attn: Brian E. Greer, Esq.<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York NY 10036-6797 | | First Class Mail |
| Counsel to Select Medical Corporation | DECHERT LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq.<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104-2808 | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 North French Street , 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 North French Street<br>Wilmington DE 19801 | fasnotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to Debtors | DLA Piper LLP (US) | Attn: Stuart M. Brown and Kaitlin<br>MacKenzie Edelman<br>1201 N. Market Street<br>Suite 2100<br>Wilmington DE 19801 | stuart.brown@dlapiper.com<br>kaitlin.edelman@dlapiper.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | First Class Mail and Email |
| Counsel to PMA Insurance Group | Earp Cohn P.C. | Attn: Allen A. Etish, Esquire<br>20 Brace Road<br>Suite 400<br>Cherry Hill NJ 08034 | aetish@earpcohn.com | Email |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham, Esquire and<br>Sarah Morrissey, Esquire<br>10 Bank Street<br>Suite 700<br>White Plains NY 10606 | cgraham@eckertseamans.com<br>smorrissey@eckertseamans.com | Email |
| Counsel to PRIDEGLOBAL | Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esquire<br>222 Delaware Avenue<br>7th Floor<br>Wilmington DE 19801 | tlattomus@eckertseamans.com<br>boneill@eckertseamans.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Largest Unsecured Creditors | Efficient Management Resource Systems, Inc. | ATTN: WILLIAM PALLEY 19830 WEST SPLIT OAK ROAD CHATSWORTH CA 91311 | | First Class Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department 1650 Arch Street Philadelphia PA 19103-2029 | | First Class Mail |
| Top 30 Largest Unsecured Creditors | Freedom Medical, Inc. | ATTN: ERIC S. WENZEL 219 WELSH POOL ROAD EXTON PA 19341 | ewenzel@freedommedical.com | First Class Mail and Email |
| Debtors' Restructuring Advisors | FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff 214 North Tryon Street Suite 1900 Charlotte NC 28202 | andrew.hinkelman@fticonsulting.com jennifer.byrne@fticonsulting.com christopher.goff@fticonsulting.com | Email |
| Counsel to Efficient Management Resource Systems, Inc.. | Garner Health Law Corporation | Attn: Craig B. Garner, Esq. 13274 Fiji Way Suite 250 Marina del Rey CA 90292 | craig@garnerhealth.com | Email |
| Counsel to Viola Ovchar | Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis 5990 Sepulveda Blvd. #630 Sherman Oaks CA 91411 | srand-lewis@randandrand-lewisplcs.com grand@randandrand-lewisplcs.com | Email |
| Counsel for Renal Treatment Center – West, Inc., a subsidiary of DaVita, Inc. | Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. 3711 Kennett Pike, Suite 100 Wilmington DE 19807 | ddebruin@gawthrop.com | First Class Mail and Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Gibbons P.C. | Attn: Natasha Songonuga 300 Delaware Avenue Suite 1015 Wilmington DE 19801-1671 | nsongonuga@gibbonslaw.com | Email |
| Counsel to Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center a/k/a BMA Northwest Louisiana | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq. 40 Wall Street, 37th Floor New York NY 10005 | ahalperin@halperinlaw.net dcohen@halperinlaw.net | Email |
| Top 30 Largest Unsecured Creditors | Heb Ababa, Ronaldoe Gutierrez, and Yolanda Penney | ATTN: JOSEPH ANTONELLI, ESQ. and JANELLE CARNEY, ESQ. C/O LAW OFFICE OF JOSEPH ANTONELLI 14758 PIPELINE AVE, SUITE E, 2ND FLOOR CHINO HILLS CA 91709 | jantonelli@antonellilaw.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Healthcare Finance Partners, Corp. | Hogan ◆ McDaniel | Attn: Daniel K. Hogan, Esq.<br>1311 Delaware Avenue<br>Wilmington DE 19806 | dkhogan@dkhogan.com | Email |
| Counsel to IBM Credit LLC | IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator<br>Av. Pasteur 146 & 138<br>Rio de Janeiro RJ 22290-240 Brazil | cgoulart@br.ibm.com | Email |
| Counsel to IBM Credit LLC (Case No. 18-12499) | IBM Credit LLC | Attn: Paul Wearing<br>Special Handling Group<br>7100 Highlands Pkwy<br>Smyrna GA 30082 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to VFI KR SPE I, LLC and Varilease Finance, Inc. | Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford<br>27777 Franklin Road<br>Suite 2500<br>Southfield MI 48034-8214 | jwelford@jaffelaw.com | Email |
| Counsel to Rouge General Medical Center | Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin<br>445 N. Boulevard, Suite 300<br>P.O. Box 2997<br>Baton Rouge LA 70821-2997 | david@kswb.com | Email |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq.<br>919 Market Street<br>Suite 1000<br>Wilmington DE 19801-3062 | dpacitti@klehr.com | First Class Mail and Email |
| Counsel to City National Bank of Florida | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq.<br>1835 Market Street<br>Suite 1400<br>Philadelphia PA 19103 | mbranzburg@klehr.com | First Class Mail and Email |
| Counsel to Creditor Harbor Pointe Air Conditioning & Control Systems, Inc. | Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq.<br>100 Pacifica<br>Suite 370<br>Irvine CA 92618 | hallie@hannahlaw.com | Email |

In re:  Promise Healthcare Group LLC, et al.
Case No. 18-12491 (CTG)

Page 6 of 13

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Coastline Anesthesia and Pain Medical Group | Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq.<br>547 S. Marengo Avenue<br>Pasadena CA 91101 | bayleyco@me.com | First Class Mail and Email |
| Counsel to AGF Investment Fund 5, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq.<br>10250 Constellation Boulevard<br>Suite 1700<br>Los Angeles CA 90067 | GEK@lnbyb.com | First Class Mail and Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel for Aetna Health Inc. and certain affiliated entities | McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq.<br>405 N. King Street<br>8th Floor<br>Wilmington DE 19801 | mrifino@mccarter.com<br>kbuck@mccarter.com | Email |
| Proposed Special Counsel for the Silver Lake Debtors in Connection with the Sale of the Silver Lake Medical Center | McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker<br>444 West Lake Street<br>Suite 4000<br>Chicago IL 60606 | wsmith@mwe.com<br>jkapp@mwe.com<br>mpreusker@mwe.com | Email |
| Counsel to agent for prepetition credit facility | McGuireWoods LLP | Attn: Art Gambill<br>Promenade<br>1230 Peachtree Street, N.E., Suite 1200<br>Atlanta GA 30309-3534 | agambill@mcguirewoods.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, National Association | McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley<br>77 West Wacker Drive<br>Suite 4100<br>Chicago IL 60601-1818 | bswett@mcguirewoods.com<br>ashipley@mcguirewoods.com | First Class Mail and Email |
| Counsel to Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to AGF Investment Fund 5, LLC | Morris James LLP | Attn: Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | bfallon@morrisjames.com | First Class Mail and Email |
| Counsel for Concordia Bank & Trust Company | Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II<br>1201 N. Market St.<br>16th Floor<br>Wilmington DE 19899-1347 | aremming@mnat.com<br>jbarsalona@mnat.com | Email |
| Top 30 Largest Unsecured Creditors | Morrison Management Resources Systems, Inc. | ATTN: JERRY CARPENTER<br>4721 MORRISON DRIVE<br>SUITE 300<br>MOBILE AL 36609 | | First Class Mail |
| Counsel to DaVita, Inc. | Moye White LLP | Attn: Timothy M. Swanson<br>1400 16th Street<br>Sixth Floor<br>Denver CO 80202 | tim.swanson@moyewhite.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Benjamin Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | benjamin.a.hackman@usdoj.gov | First Class Mail and Email |
| Counsel to Melanie L. Cyganowksi, Patient Care Ombudsman | Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq.<br>230 Park Avenue<br>New York NY 10169 | jfeeney@otterbourg.com<br>ryan@otterbourg.com<br>mmaizel@otterbourg.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq.<br>919 N. Market Street<br>17th Floor<br>Wilmington DE 19801 | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Email |
| City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer<br>P.O. Box 8188<br>Wichita Falls TX 76307 | jbaer@pbfcm.com | First Class Mail and Email |
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |

## Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to KND Real Estate 40, L.L.C. | Polsinelli PC | Attn: Shanti M. Katona, Brenna A. Dolphin<br>222 Delaware Ave, Suite 1101<br>Wilmington DE 19801 | bdolphin@polsinelli.com | Email |
| Counsel to LADMC, LLC; Counsel to Amparo Figueroa and Brett Elliot Drier, in his capacity as Personal Representative of the Estate of Beatrice M. Drier | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Christopher M. Samis, D. Ryan Slaugh and R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>csamis@potteranderson.com<br>rslaugh@potteranderson.com | First Class Mail and Email |
| Counsel to Pacific Hospital Management, Inc., a California Corporation, dba Promise Hospital of San Diego, California | Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont<br>500 Hopyard Road<br>Suite 225<br>Pleasanton CA 94588 | pvermont@randicklaw.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, National Association | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com | First Class Mail and Email |
| Counsel to AmeriHealth Caritas Louisiana, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel to the SWC Landlords | Schulte Roth & Zabel LLP | Attn: Rose Cherson<br>919 Third Avenue<br>New York NY 10022 | rose.cherson@srz.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Spectrum a/k/a Charter Communications, Inc | Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq. 30 Rockefeller Plaza New York NY 10112 | etillinghast@sheppardmullin.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq. The Legal Center One Riverfont Plaza Newark NJ 07102 | asherman@sillscummis.com bmankovetskiy@sillscummis.com rbrennan@sillscummis.com | Email |
| Counsel for Symphony Diagnostic Services No. 1 d/b/a Mobilex | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Steven L. Walsh One Rodney Square P.O. Box 636 Wilmington DE 19899-0636 | steven.walsh@skadden.com | First Class Mail and Email |
| Counsel to Webb Shade Memorial Fund | Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield 500 Creek View Road Suite 304 Newark DE 19711 | lhatfield@sterneisenberg.com | First Class Mail and Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren 919 North Market Street Suite 1300 Wilmington DE 19801 | jhh@stevenslee.com ebc@stevenslee.com | Email |
| Counsel to Healthcare Services Group, Inc. | Stevens & Lee, P.C. | Attn: Robert Lapowsky 620 Freedom Business Center Suite 200 King of Prussia PA 19406 | rl@stevenslee.com | Email |
| Admitted Pro Hac Vice as Counsel for C. Randolph Tillman & Christopher H. Cheek | Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown 301 Main Street, Suite 1640 P. O. Box 2348 Baton Rouge LA 70821-2348 | dstewart@stewartrobbins.com bbrown@stewartrobbins.com | Email |
| Counsel for Dell Financial Services, LLC | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen 1801 S. Mopac Expressway, Suite 320 Austin TX 78746 | streusand@slollp.com nguyen@slollp.com | First Class Mail and Email |
| Top 30 Largest Unsecured Creditors | Surgical Program Development | ATTN: BRENDAN BAKIR 18000 STUDEBAKER ROAD SUITE 700 CERRITOS CA 90703 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Texas Health and Human Services Commission | Texas Attorney General's Office | Attn: J. Casey Roy<br>Bankruptcy & Collections Division<br>P.O. Box 12548- MC 008<br>Austin TX 78711-2548 | casey.roy@oag.texas.gov | Email |
| Counsel for the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | sherri.simpson@oag.texas.gov<br>christopher.murphy@oag.texas.gov | First Class Mail and Email |
| Counsel to Medline Industries, Inc. | The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | leonhardt@teamrosner.com<br>gibson@teamrosner.com | First Class Mail and Email |
| Counsel for The San Diego County Treasurer-Tax Collector of California | Treasurer-Tax Collector | Attn: Dan McAllister<br>Bankruptcy Desk<br>1600 Pacific Highway, Room 162<br>San Diego CA 92101 | | First Class Mail |
| United States Department of Justice | U.S. Department of Justice | Attn: General Counsel<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to the United States | U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | seth.shapiro@usdoj.gov | First Class Mail and Email |
| US Counsel to the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly<br>c/o Ellen Slights<br>1007 Orange Street, Suite 700, P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to LADMC, LLC | Valensi Rose, PLC | Attn: Gary F. Torrell, Esq.<br>1888 Century Park East<br>Suite 1100<br>Los Angeles CA 90067 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ally Bank | Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com | Email |
| Counsel to Debtors | Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne<br>511 Union Street<br>Suite 2700<br>Nashville TN 37219 | john.tishler@wallerlaw.com<br>katie.stenberg@wallerlaw.com<br>blake.roth@wallerlaw.com<br>Tyler.Layne@wallerlaw.com | Email |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association | Attn: Specialty Finance Loan Portfolio Manager<br>9665 Wilshire Blvd<br># 1000<br>Beverly Hills CA 90212 | | First Class Mail |
| Counsel to Concordia Bank & Trust Company | Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski<br>2312 S MacArthur Dr.<br>P.O. Box 13199<br>Alexandria LA 71315-3199 | steve@wheelis-rozanski.com | Email |
| Counsel to the SWC Landlords | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | csamis@wtplaw.com | First Class Mail and Email |
| Counsel to Amparo Figueroa and Brett Elliot Drier, in his capacity as Personal Representative of the Estate of Beatrice M. Drier | WILKES & ASSOCIATES, P.A. | Attn: Gary L. Wimbish, Esq.<br>One North Dale Mabry Highway, Suite 700<br>Tampa FL 33609 | gwimbish@yourcasematters.com | Email |
| Counsel to William A. Catlett, L.L.C. | William A. Catlett, L.L.C. | Attn: William A. Catlett<br>Dill Bamvakais Building<br>9939 Gravois Road<br>St. Louis MO 63123 | william@catlett.biz | Email |
| Top 30 Largest Unsecured Creditors | Wound Care Management, LLC D/B/A Medcentris | ATTN: PETE HARTLEY<br>16065 LAMONTE DRIVE<br>HAMMOND LA 70403 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Select Medical Corporation | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com | Email |

**Exhibit B**

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|-------|------|-----------|-----------|-----------|-----------|------|-------|-------------|-------|-------------------|
| 7616240 | ABUBAKAR IBRAHIM, MD | 436 BREAMAR RD. | | | | SHREVEPORT | LA | 71106 | | First Class Mail |
| 7616252 | ACCOUNTABLE HEALTH CARE IPA | 1668 S GARFIELD AVE STE 202 | | | | ALHAMBRA | CA | 91801-5474 | | First Class Mail |
| 7072779 | Aetna OPT | c/o McCarter & English, LLP | Attn: Kate R. Buck, Esq. & Matthew J. Rifino, Esq. | Renaissance Centre | 405 N. King Street, Suite 800 | Wilmington | DE | 19801 | mrifino@mccarter.com | First Class Mail and Email |
| 7023901 | AGENCY FOR HEALTHCARE ADMINSTRATION | 2727 MAHAN DRIVE MS31 | | | | TALLAHASSEE | FL | 32308 | | First Class Mail |
| 7023891 | AIR MECHANICAL & SERVICE CORP | P.O. BOX 153179 | | | | TAMPA | FL | 33684 | | First Class Mail |
| 7616310 | AIRANDVAC.COM | 1954 FRIENDSHIP DRIVE | SUITE 103 | | | EL CAJON | CA | 92020 | | First Class Mail |
| 7616352 | ALLAN MATRIANO-LIM, MD | 8001 YOUREE DRIVE STE 720 | | | | SHREVEPORT | LA | 71115 | | First Class Mail |
| 7616358 | ALLIANCE LABS, LLC | PO BOX 733043 | | | | DALLAS | TX | 75373 | | First Class Mail |
| 7023959 | ALLIED MOBILE X-RAY, INC. | 8360 WEST FLAGLER STREET | | | | MIAMI | FL | 33144 | | First Class Mail |
| 7037130 | AMBULIFE AMBULANCE INC. | 6644 VAN NUYS BLVD., SUITE B | | | | VAN NUYS | CA | 91405 | | First Class Mail |
| 7037130 | AMBULIFE AMBULANCE INC. | GOURJIAN LAW GROUP P.C. | VARAND GOURJIAN | 101 NORTH BRAND BLVD., SUITE 1220 | | GLENDALE | CA | 91203 | varand@gourjianlaw.com | First Class Mail and Email |
| 7071618 | American Red Cross | Lori Polacheck, Esq. | 431 18th St. NW | | | Washington | DC | 20006 | lori.polacheck@redcross.org | First Class Mail and Email |
| 7616432 | AMERIPATH FLORIDA LLC | PO BOX 404938 | | | | ATLANTA | GA | 30384 | | First Class Mail |
| 7337775 | AMP STAFFING NETWORK, LLC | JOHN Y. IGARASHI, ESQ. | 18021 COWAN | | | IRVINE | CA | 92614 | | First Class Mail |
| 7616441 | AMTECH ELEVATOR SERVICES (DC) | ATTN: VIRGINIA | DEPT LA 21592 | | | PASADENA | CA | 91185-1592 | | First Class Mail |
| 7616442 | AMTECH ELEVATOR SERVICES (INGLESIDE) | 3041 ROSWELL ST | | | | LOS ANGELES | CA | 90065 | | First Class Mail |
| 7683898 | ANAND DESAI, MD | 9754 AIELLO LN | | | | SHREVEPORT | LA | 71106-7440 | | First Class Mail |
| 7616451 | ANDREW SEEVARATHAM | 646 SE 47TH LOOP | | | | OCALA | FL | 34480 | | First Class Mail |
| 7616459 | ANIL GOGINENI, M.D. | 4152 SW 46TH TERRACE | | | | OCALA | FL | 34474 | | First Class Mail |
| 7616487 | ARQUIMEDES LOSADA | PO BOX 160/760 | | | | HIALEAH | FL | 33016 | | First Class Mail |
| 7616534 | ATTILA BALOGH, MD | 2400 HOSPITAL DRIVE | SUITE 420 | | | BOSSIER CITY | LA | 71111 | | First Class Mail |
| 7616545 | B2 ENVIRONMENTAL | 4503 S 90TH ST | | | | OMAHA | NE | 68127 | | First Class Mail |
| 7045798 | Baxter Healthcare | 1 Baxter Pkwy, DF3-2E | | | | Deerfield | IL | 60015 | creditdept@baxter.com | First Class Mail and Email |
| 7616583 | BAXTER HEALTHCARE CORP | PO BOX 730531 | | | | DALLAS | TX | 75373 | | First Class Mail |
| 7077924 | Bio Medical Application of Florida, Inc. d/b/a Naples Inpatient Services | c/o Fresenius Medical Care North America | Attn: Russell P. Plato, Assistant General Counsel | 920 Winter Street | | Waltham | MA | 02451-1457 | lgu@halperinlaw.net | First Class Mail and Email |
| 7077924 | Bio Medical Application of Florida, Inc. d/b/a Naples Inpatient Services | Halperin Battaglia Benzija, LLP | Attn: Debra J. Cohen, Esq. | 40 Wall Street, 37th Floor | | New York | NY | 10005 | | First Class Mail |
| 7973469 | Bio-Medical Applications of Florida, Inc. d/b/a BMA Gainesville | C/o Fresenius Medical Care North America | Attn: Russell P. Plato, Assistant General Counsel | 920 Winter Street | | Waltham | MA | 02451-1457 | lgu@halperinlaw.net | First Class Mail and Email |
| 7825850 | Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center | c/o Halperin Battaglia Benzija, LLP | Attn: Debra J. Cohen, Esq. | 40 Wall Street, 37th Floor | | New York | NY | 10005 | | First Class Mail |
| 7825850 | Bio-Medical Applications of Louisiana, LLC d/b/a Shreveport Regional Dialysis Center | Fresenius Medical Care North America | Attn: Sharon Taher & Russell P. Plato | 920 Winter Street | | Waltham | MA | 02451 | lgu@halperinlaw.net; sharon.taher@fmc-na.com | First Class Mail and Email |
| 7616920 | BIOTRONIK,INC. | PO BOX 205421 | | | | DALLAS | TX | 75320 | | First Class Mail |
| 7023316 | CADDO PARISH SHERIFFS OFFICE | P.O. BOX 20905 | | | | SHREVEPORT | LA | 71120-0905 | | First Class Mail |
| 7616991 | CADDO SHREVEPORT SALES USE TAX | PO BOX 104 | | | | SHREVEPORT | LA | 71161 | | First Class Mail |
| 7024020 | CAPE CORAL HOSPITAL | 636 DEL PRADO BLVD | | | | CAPE CORAL | FL | 33990 | | First Class Mail |
| 7821382 | Carefusion 211, Inc | 26125 N Riverwoods | | | | Mettawa | IL | 60045 | Anne.Dameron@Vyaire.com | First Class Mail and Email |
| 7821382 | Carefusion 211, Inc | 88253 Expedite Way | | | | Chicago | IL | 60695 | | First Class Mail |
| 7617277 | CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS) | 900 42ND ST S | | | | FARGO | ND | 58103 | | First Class Mail |
| 7683855 | CENTRAL FL. ANESTHESIA PROVIDERS, LLC | PO BOX 4473 | | | | OCALA | FL | 34478-4473 | | First Class Mail |
| 7617082 | CENTRAL FLORIDA HEALTH ALLIANCE | ALLIANCE LABS, LLC | P.O. BOX 733043 | | | DALLAS | TX | 75373 | | First Class Mail |
| 7195783 | CenturyLink Communications, LLC | Attn: Legal - BKY | 1025 Eldorado Blvd. | | | Broomfield | CO | 80021 | bankruptcylegal@centurylink.com | First Class Mail and Email |
| 7586169 | Cerner Corporation | c/o Stinson LLP | Attn: Tracey M. Ohm | 1775 Pennsylvania Ave. NW, Suite 800 | | Washington | DC | 20006 | | First Class Mail |
| 7586169 | Cerner Corporation | Attn: Jeff O'Hair | 2800 Rockcreek Parkway | | | Kansas City | MO | 64117 | | First Class Mail |
| 9113687 | Change Healthcare Technologies, LLC | Jody Saeteune | 5995 Windward Parkway, MSTP 4901 | | | Alpharetta | GA | 30005 | | First Class Mail |
| 9113687 | Change Healthcare Technologies, LLC | PO Box 98347 | | | | Chicago | IL | 60693-8347 | | First Class Mail |

Exhibit B

Claimants Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7617120 | CHRISTOPHER GEHA | 8800 STATE LINE ROAD | | | | LEAWOOD | KS | 66206 | | First Class Mail |
| 7023060 | CITY NATIONAL BANK | 1450 BRICKELL AVE | | | | MIAMI | FL | 33131 | | First Class Mail |
| 7617143 | CITY OF LOS ANGELES BUSINESS TAX | 200 NORTH MAIN STREET | ROOM 920 CITY HALL EAST | | | LOS ANGELES | CA | 90012 | | First Class Mail |
| 7683732 | COMCAST | One Comcast Center | | | | Philadelphia | PA | 19103 | | First Class Mail |
| 7037779 | Concordia Bank & Trust Company | P.O. Box 518 | | | | Vidalia | LA | 71373 | dseyfarth@concordiabank.com; mmaddox@mnat.com | First Class Mail and Email |
| 7024582 | CONTINUUM MED. ASSOC.-MALPRACTICE | 3315 OCEANFRONT WALK | | | | MARINA DEL REY | CA | 90292 | | First Class Mail |
| 7024396 | CONTINUUM MEDICAL ASSOC | 3315 OCEANFRONT WALK | | | | MARINA DEL REY | CA | 90292 | | First Class Mail |
| 7193235 | Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy. Ste. 1000 | Dallas | TX | 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| 7049977 | Daniels Sharpsmart, Inc | 111 W. Jackson Blvd | Suite 1900 | | | Chicago | IL | 60604 | amoore@danielshealth.com | First Class Mail and Email |
| 7615810 | DANIELS SHARPSMART, INC | P.O. BOX 7697 | | | | CAROL STREAM | IL | 60197-7697 | | First Class Mail |
| 7023248 | DELL FINANCIAL SERVICES | PAYMENT PROCESSING CENTER | P.O. BOX 6549 | | | CAROL STREAM | IL | 60197 | | First Class Mail |
| 7615859 | DEPARTMENT OF THE TREASURY | ACS SUPPORT | P.O. BOX 57 | | | BENSALEM | PA | 19020 | | First Class Mail |
| 7046154 | Department of the Treasury - Internal Revenue Service | 550 Main St., Rm. 3525 | | | | Cincinnati | OH | 45202 | | First Class Mail |
| 7046154 | Department of the Treasury - Internal Revenue Service | PO Box 7346 | | | | Philadelphia | PA | 19101-7346 | | First Class Mail |
| 7193443 | Diagnostic Mobile X-ray, Inc | 28100 Challenger Blvd #112 | | | | Punta Gorda | FL | 33982 | jgatz@diagnosticmobilexray.com | First Class Mail and Email |
| 7822425 | Diamond Diagnostics LLC | 1324 N. Farrell Ct. 102 | | | | Gilbert | AZ | 85233 | | First Class Mail |
| 7023835 | DIAMOND DIAGNOSTICS, LLC | Mike Factor | 1324 N FARRELL COURT | #102 | | GILBERT | AZ | 85233 | mcnola@hotmail.com | First Class Mail and Email |
| 7615924 | DYNAMIC INFUSION THERAPY, INC | 5156 Village Creek Dr. | Ste 102 | | | Plano | TX | 75093-4463 | | First Class Mail |
| 7043622 | Edger Associates, Inc. | Mobile Ultrasound Services, Inc. | 720 East Fletcher Ave. | Suite 101 | | Tampa | FL | 33612 | moblulta@verizon.net | First Class Mail and Email |
| 7037709 | EMPLOYMENT DEVELOPMENT DEPARTMENT | Bankruptcy Group MIC 92E | P.O. BOX 826880 | | | SACRAMENTO | CA | 94280 | CDBankruptcyGroup.Tax@edd.ca.gov | First Class Mail and Email |
| 7036904 | EMPLOYMENT DEVELOPMENT DEPT 290-4193-6 | PO. Box 989061 | | | | WEST SACRAMENTO | CA | 95798 | | First Class Mail |
| 7036906 | ENBIO, CORP | 150 EAST OLIVE AVENUE | SUITE 212 | | | BURBANK | CA | 91502 | | First Class Mail |
| 7037122 | ESP PERSONNEL | 72-877 DINAH SHORE DR. | SUITE 103 #232 | | | RANCHO MIRAGE | CA | 92270 | | First Class Mail |
| 7616028 | FALCK SOUTHEAST II, CORP. | PO BOX 538598 | | | | ATLANTA | GA | 30353 | | First Class Mail |
| 7023966 | FIRSTPATH | STACEY FERNANDEZ | 3141 W MCNAB RD | | | POMPANO BEACH | FL | 33069 | sfernandez@firstpathlab.com | First Class Mail and Email |
| 7616079 | FLORIDA LINEN SERVICES, LLC | 1407 SW. 8TH STREET | | | | POMPANO BEACH | FL | 33069 | | First Class Mail |
| 7023543 | FOOD MANAGEMENT GROUP, INC. | CRAIG P. BOUDREAUX, JR., CEO | 70 JESSE DUPONT MEMORIAL HWY | | | BURGESS | VA | 22432 | craigb@fmg.com | First Class Mail and Email |
| 7819218 | GE Precision Healthcare LLC aka GE Healthcare OEC | DeHaan & Bach, LPA | c/o Stephanie F. Gilley, Authorized Agent | 25 Whitney Drive, Suite 106 | | Milford | OH | 45150 | | First Class Mail |
| 7819208 | GE Precision LLC aka GE Healthcare Diagnostic Imaging | DeHaan & Bach, LPA | c/o Stephanie F. Gilley, Authorized Agent | 25 Whitney Drive, Suite 106 | | Milford | OH | 45150 | | First Class Mail |
| 7616150 | GERRY SAN PEDRO, MD | 401 TEALWOOD DR. | | | | BOSSIER CITY | LA | 71111 | | First Class Mail |
| 7616171 | GNYANDEV S. PATEL | 1045 EAST ANAHEIM ST | | | | LONG BEACH | CA | 90813 | | First Class Mail |
| 7616192 | GRIFF'S ELECTRIC, INC | 1403 E 28TH ST. | | | | SIGNAL HILL | CA | 90755 | | First Class Mail |
| 7035159 | HARBOR POINTE A/C CONTROLS (DC) | 720 Richfield Rd | | | | Placentia | CA | 92870-6760 | | First Class Mail |
| 7615401 | HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC | 720 S. RICHFIELD RD. | | | | PLACENTIA | CA | 92630 | | First Class Mail |
| 7614182 | HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. | 720 S. RICHFIELD ROAD | | | | PLACENTIA | CA | 92670 | | First Class Mail |
| 7614171 | HCI SYSTEMS INC. | 1354 S. PARKSIDE PL | | | | ONTARIO | CA | 91761 | | First Class Mail |
| 7036936 | IN SOO KIM, MD | 1711 W TEMPLE ST | | | | LOS ANGELES | CA | 90026 | | First Class Mail |

Exhibit B

Claimants Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7683808 | INTERNAL REVENUE SERVICE | 7850 SW 6 CT | MS 5180 | | | FORT LAUDERDALE | FL | 33324 | | First Class Mail |
| 7023220 | INTERNAL REVENUE SERVICE | 7850 SW 6 CT | MS 5180 | | | PLANTATION | FL | 33324 | | First Class Mail |
| 7036939 | INTERSTATE REHAB, LLC. | 333 E. GLENOAKS BLVD | | | | GLENDALE | CA | 91207 | | First Class Mail |
| 7615633 | JOSEPH CLAYTON JONES, MD | 336 FLETCHER DRIVE | | | | BOSSIER CITY | LA | 71112 | | First Class Mail |
| 7615673 | KHANKHANIAN, MOIEZ MD | 815 SALISBURY RD | | | | LA CANADA | CA | 91011 | | First Class Mail |
| 7827535 | Kinetic Concepts, Inc. | KCI A Division of Acelity | c/o Martha G. Geraths | 12930 IH-10 West | | San Antonio | TX | 78249 | mvilla@pulmanlaw.com | First Class Mail and Email |
| 7827535 | Kinetic Concepts, Inc. | Pulman, Cappuccio & Pullen, LLP | Thomas Rice | 2161 NW Military Hwy, Suite 400 | | San Antonio | TX | 78213 | trice@pulmanlaw.com | First Class Mail and Email |
| 7614175 | LEE COUNTY, FL | 2480 THOMPSON ST | | | | FT. MYERS | FL | 33901 | | First Class Mail |
| 7615758 | LEHIGH REGIONAL MEDICAL CENTER | P.O. BOX 865367 | | | | ORLANDO | FL | 32886 | | First Class Mail |
| 7615781 | LIFESHARE BLOOD CENTERS | PO BOX 65270 | | | | SHREVEPORT | LA | 71136 | | First Class Mail |
| 7036965 | LORAINE DIEGO, MD, | 1711 W TEMPLE ST., 7463 | | | | LOS ANGELES | CA | 90026 | | First Class Mail |
| 7683727 | LOS ANGELES COUNTY TAX COLL | PO BOX 54027 | | | | LOS ANGELES | CA | 90054 | | First Class Mail |
| 7036966 | LOS ANGELES COUNTY TAX COLLECT | P.O. BOX 514818 | | | | LOS ANGELES | CA | 90051 | | First Class Mail |
| 7614176 | LOS ANGELES COUNTY TAX COLLECTOR | 500 W TEMPLE STREET | | | | LOS ANGELES | CA | 90012 | | First Class Mail |
| 7615019 | LSU HEALTH SCIENCES CENTER | PO BOX 33932 | | | | SHREVEPORT | LA | 71130 | | First Class Mail |
| 7023948 | Master Investigation & Security Inc. | Andres Perez | 14002 NW 82nd Ave | | | Miami Lakes | FL | 33016 | aperezjrmaster@aol.com | First Class Mail and Email |
| 7023948 | Master Investigation & Security Inc. | Millan Law Firm, PA | Stephen T. Millan, Esq. | 150 West Flagler Street | Suite 1675 | Miami Lakes | FL | 33130 | SMillan@Millanlawfirm.com | First Class Mail and Email |
| 7826098 | McInnis Brothers Construction, Inc | Attn: Ben Baldwin | 119 Pearl Street | | | Minden | LA | 71055 | bbaldwin@mcinnisbrothers.com | First Class Mail and Email |
| 7034058 | MCINNIS BROTHERS CONSTRUCTION, INC. | 119 PEARL STREET | | | | MINDEN | LA | 71055 | | First Class Mail |
| 7615085 | MCKESSON MEDICAL-SURGICAL, INC | LOCK BOX 2660266 | 2975 REGENT BLVD. | | | IRVING | TX | 75063 | | First Class Mail |
| 7615101 | MEDCOAST AMBULANCE SERVICE | 3951 MEDFORD STREET | | | | LOS ANGELES | CA | 90063 | | First Class Mail |
| 7615117 | MEDICAL IMAGING, INC | 5000 NW 27TH COURT | SUITE B | | | GAINESVILLE | FL | 32606 | | First Class Mail |
| 7974014 | Medline Industries, Inc. | c/o Arent Fox LLP | Attn: Robert M. Hirsh | 1301 Avenue of the Americas, Floor 42 | | New York | NY | 10019 | lisa.indelicato@arentfox.com | First Class Mail and Email |
| 7615153 | MEDREACH AMBULANCE SERVICE | P.O. BOX 3001 | | | | TORRANCE | CA | 90501 | | First Class Mail |
| 7461343 | Medtronic PLC | 4642 Collection Center Drive | | | | Chicago | IL | 60693 | | First Class Mail |
| 7461343 | Medtronic PLC | Schleen Archambeau | 800 53rd Ave NE, SLK27 | | | Columbia Heights | MN | 55421 | schleen.archambeau@medtronic.com | First Class Mail and Email |
| 7041659 | Merry X-Ray Corporation | 8020 Tyler Blvd | | | | Mentor | OH | 44060 | carol.tamburro@merryxray.com | First Class Mail and Email |
| 7615184 | METROPOLITAN ELEVATOR CO, INC | 3008 WILSHIRE BLVD | SUITE 201 | | | LOS ANGELES | CA | 90010 | | First Class Mail |
| 7615192 | MICHAEL ANGELO, MD | 10 STONEHAVEN DR | | | | BOSSIER CITY | LA | 71111 | | First Class Mail |
| 7023860 | MOBILE ULTRASOUND SERVICES | 720 E FLETCHER AVENUE | SUITE 101 | | | TAMPA | FL | 33612 | | First Class Mail |
| 7043302 | Neurology Mobile System Associates, Inc. | 10661 SW 88th St, Suite 104 | | | | Miami | FL | 33176 | nmsa@neurologymobile.com; sacchettoni@gmail.com | First Class Mail and Email |
| 7023988 | NEUROLOGY MOBILE SYSTEMS ASSOCIATES | 10661 SW 88TH ST #104 | | | | MIAMI | FL | 33176 | nmsa@beurologymobile.com; sacchettoni@gmail.com | First Class Mail and Email |
| 7929642 | Neurology Mobile Systems Associates, Inc | 10661 SW 88th St #104 | | | | Miami | FL | 33176 | | First Class Mail |
| 7228473 | One Blood, Inc. | 8669 Commodity Circle | | | | Orlando | FL | 32819 | pam.sawh@oneblood.org; robert.patterson@oneblood.org | First Class Mail and Email |
| 7614199 | ONEBLOOD INC | PO BOX 628342 | | | | ORLANDO | FL | 32862 | | First Class Mail |
| 7831527 | Oracle America, Inc | Doshi Legal Group, P.C. | c/o Amish R. Doshi, Esq | 1979 Marcus Ave., Suite 210E | | Lake Success | NY | 11042 | amish@doshilegal.com | First Class Mail and Email |
| 7684358 | PACIFIC MEDICAL IMAGING INC | 12041 MORA DRIVE | | | | SANTA FE SPRINGS | CA | 90670 | | First Class Mail |
| 7071308 | Pacific National Group | 2392 South Bateman Avenue | | | | Irwindale | CA | 91010 | s.mathison@pacnatgroup.com; tom@polis-law.com | First Class Mail and Email |
| 7071308 | Pacific National Group | c/o Polis & Associates, APLC | 19800 MacArthur Blvd., Suite 1000 | | | Irvine | CA | 92612 | | First Class Mail |
| 7033806 | PARAMOUNT GENERAL HOSPITAL COMPANY | 16415 SOUTH COLORADO AVE | | | | PARAMOUNT | CA | 90723 | | First Class Mail |

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7024984 | PATTEN, TIMOTHY | Address on File | | | | | | | Email Address on File | First Class Mail and Email |
| 7917795 | Patten, Timothy R | Address on File | | | | | | | | First Class Mail |
| 7118652 | PICCS R Us Nursing Inc | 3553 ATLANTIC AVE #357 | | | | LONG BEACH | CA | 90807 | piccsrsus@yahoo.com | First Class Mail and Email |
| 7614347 | PRECISION ENVIRONMENTAL | 4350 TRANSPORT ST | STE 109 | | | VENTURA | CA | 93003-5647 | | First Class Mail |
| 7070471 | Precision Works, Inc. dba Precision Environmental | Kent W. Keating, Esq. | 199 W. Hillcrest Drive | | | Thousand Oaks | CA | 91360 | keatinglaw@msn.com | First Class Mail and Email |
| 7614363 | PRIME CARE NURSING | PO BOX 852 | | | | GREENVILLE | MS | 38702 | | First Class Mail |
| 7614423 | PUCHLIK DESIGN ASSOCIATES INC | 859 SOUTH RAYMOND AVENUE | | | | PASADENA | CA | 91105 | jpuchlik@puchlikdesign.com | First Class Mail and Email |
| 7455891 | Quest Diagnostics | Abigail Winston | 8403 Fallbrook Ave | | | West Hills | CA | 91304 | abigail.v.winston@questdiagnostics.com | First Class Mail and Email |
| 7614442 | QUEST DIAGNOSTICS | PO BOX 740709 | | | | ATLANTA | GA | 30374-0709 | | First Class Mail |
| 7614441 | QUEST DIAGNOSTICS - NDA | PO BOX 740709 | | | | ATLANTA | GA | 30374 | | First Class Mail |
| 7614511 | REYNA HEALTH TRUST, INC | 8915 NW. 171ST STREET | | | | HIALEAH | FL | 33018 | | First Class Mail |
| 7614536 | ROBERT W. TAYLOR JR., MD. | 2551 GREENWOOD RD. | SUITE 210 | | | SHREVEPORT | LA | 71103 | | First Class Mail |
| 7614148 | ROSS-LOOS REALTY PARTNERSHIP; POWER PROPERTIES; BLAIR A. ST. JOHN; BRENT KANALY; ROBERT E. POWER III | 1711 W TEMPLE STREET | | | | LOS ANGELES | CA | 90026 | | First Class Mail |
| 7614565 | RXBENEFITS, INC | 3599 BLUE LAKE DRIVE | SUITE 200 | | | BIRMINHAM | AL | 35243 | | First Class Mail |
| 7228516 | San Diego County Treasurer-Tax Collector | Attn: BK Desk | 1600 Pacific Highway, Rm 162 | | | San Diego | CA | 92101 | Leah.Cabling@sdcounty.ca.gov | First Class Mail and Email |
| 7046031 | Satish Chada, MD | Address on File | | | | | | | Email Address on File | First Class Mail and Email |
| 7037134 | ScImage Inc. | 4916 El Camino Real | | | | Los Altos | CA | 94022 | accountsreceivable@scimage.com | First Class Mail and Email |
| 7614605 | SECURE NURSING SERVICE, INC. | 3333 WILSHIRE BLVD., SUITE 625 | | | | LOS ANGELES | CA | 90010 | | First Class Mail |
| 7614645 | SIEMENS HEALTHCARE DIAGNOSTICS, INC | C/O JOANN MCDONOUGH | 40 LIBERTY BLVD | | | MALVERN | PA | 19355 | kim.nealy@siemens-healthineers.com | First Class Mail and Email |
| 7614645 | SIEMENS HEALTHCARE DIAGNOSTICS, INC | P. O BOX 121102 | | | | DALLAS | TX | 75312-1102 | josephine.mcdonough@siemens-healthcare.com | First Class Mail and Email |
| 7614648 | SIERRA FIREPROOFING INC | 5053 HEINTZ STREET | | | | BALDWIN PARK | CA | 91706 | | First Class Mail |
| 7614671 | SMITH EMERY LABORATORIES | 781 E. WASHINGTON BLVD. | | | | LOS ANGELES | CA | 90021 | | First Class Mail |
| 7614680 | SNYDER, ALAN | 1909 N. HILLHURST AVE | | | | LOS ANGELES | CA | 90027 | | First Class Mail |
| 7614722 | SOUTHLAND MEDICAL DIALYSIS | 102 S. ARDMORE AVE. | | | | LOS ANGELES | CA | 90004 | | First Class Mail |
| 7614149 | STATE OF CALIFORNIA EMPLOYMENT DEV DEPT | P.O. BOX 826880 | | | | SACRAMENTO | CA | 94280 | | First Class Mail |
| 7614841 | SUNCOAST ELEVATOR SOLUTIONS, INC. | 7238 NW 70TH STREET | | | | MIAMI | FL | 33166 | | First Class Mail |
| 7023213 | Talbot Group, LLC | 11741 W. ROMIN ROAD | | | | POST FALLS | ID | 83854-4716 | donnatalbot@msn.com | First Class Mail and Email |
| 7288500 | Telnet-Rx Inc. | 3940 Prospect Ave, Suite R | | | | Yorba Linda | CA | 92886 | contactus@telnetrx.com | First Class Mail and Email |
| 7068062 | The Advisory Board Company | Attn:CDM | 185 Asylum Street 03B | | | Hartford | CT | 06103 | jayson_ronning@uhc.com | First Class Mail and Email |
| 7023087 | THE GRAHAM COMPANIES | 6843 MAIN STREET | | | | MIAMI LAKES | FL | 33014 | | First Class Mail |
| 7024204 | THE INTENSIVIST GROUP | 9890 WALLACE LAKE ROAD | | | | SHREVEPORT | LA | 71106 | | First Class Mail |
| 7081360 | The Talbot Group LLC | 11741 W Romin Rd | | | | Post Falls | ID | 83854 | donnatalbot@msn.com | First Class Mail and Email |
| 7614964 | THOMAS RODSUWAN, MD | 9630 NORRIS FERRY RD | | | | SHREVEPORT | LA | 71106 | | First Class Mail |
| 7614970 | TIGER VALLEY MEDICAL GROUP | 1711 WEST TEMPLE STREET | | | | LOS ANGELES | CA | 90026 | | First Class Mail |
| 7081995 | Tirmizi, Syed Omar | Address on File | | | | | | | Email Address on File | First Class Mail and Email |
| 7614974 | TIRMIZI, SYED OMAR M.D. | PO BOX 34428 | | | | LOS ANGELES | CA | 90034 | | First Class Mail |
| 7616603 | TRANE U.S INC. DBA TRANE | 3253 E IMPERIAL HWY | | | | BREA | CA | 92821 | | First Class Mail |
| 7616604 | TRANE U.S., INC. | POB 845053 | | | | DALLAS | TX | 75284 | | First Class Mail |
| 7614141 | TRULINE CORPORATION | 1422 S. ALEC STREET | UNIT K | | | ANAHEIM | CA | 92805 | | First Class Mail |
| 7973156 | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services | CMS, Division of Accounting Operations | PO Box 7520 | | | Baltimore | MD | 21207 | | First Class Mail |
| 7973156 | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services | Eric Wolfish, HHS Ass't Regional Counsel | 801 Market Street, Suite 9700 | | | Philadelphia | PA | 19107 | charlotte.foster@cms.hhs.gov; eric.wolfish@hhs.gov | First Class Mail and Email |
| 7036651 | UNIVERSITY OF SOUTHERN CALIFORNIA | 2001 N. SOTO STREET | SUITE 305 | | | LOS ANGELES | CA | 90089 | | First Class Mail |
| 7616693 | URGENT NURSING RESOURCE, INC. | 14752 BEACH BLVD. | SUITE 101 | | | LA MIRANDA | CA | 90638 | | First Class Mail |
| 7023880 | UROLITH, LLC | 100 WEST THIRD AVENUE | SUITE 350 | | | COLUMBUS | OH | 43201 | | First Class Mail |
| 7616703 | US FOODS, INC | PO BOX 846079 | | | | DALLAS | TX | 85284-6079 | | First Class Mail |
| 7023069 | V.C. MEDICAL ENTERPRISES | VIRGINIA K. CASABAR | 2223 HILL DRIVE | | | LOS ANGELES | CA | 90041 | vkcasabar@yahoo.com | First Class Mail and Email |
| 7614142 | VFI CORPORATE FINANCE | 6340 SOUTH 3000 EAST | 4TH FLOOR | | | SALT LAKE CITY | UT | 84121 | | First Class Mail |
| 7614144 | VFI CORPORATE FINANCE | 88253 EXPEDITE WAY | | | | CHICAGO | IL | 60695 | | First Class Mail |

In re:  Promise Healthcare Group LLC, et al.
Case No. 18-12491 (CTG)

Exhibit B
Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7830755 | VHS2008, LLC | c/o Lee C. Kantrow and David S. Rubin | Kantrow Spaht Weaver & Blitzer, APLC | 445 N. Blvd. Suite 300 | | Baton Rouge | LA | 70802 | | First Class Mail |
| 7830755 | VHS2008, LLC | Daniel Brown | Manager | P O Box 800 | | St. Francisville | LA | 70775 | | First Class Mail |
| 7616750 | VITAL SOURCE | PO BOX 800 | | | | ST. FRANCISVILLE | LA | 70775 | | First Class Mail |
| 7047506 | VSH2008, LLC | c/o David S. Rubin | PO Box 2997 | | | Baton Rouge | LA | 70821-2997 | | First Class Mail |
| 7047506 | VSH2008, LLC | Daniel D. Brown, Manager | PO Box 800 | | | St. Francisville | LA | 70775 | | First Class Mail |
| 7616768 | WASTE MANAGEMENT | PO BOX 9001054 | | | | LOUISVILLE | KY | 40290 | | First Class Mail |
| 7037137 | WESTCOM RADIOLOGY MEDICAL GROUP | 1711 WEST TEMPLE ST | | | | LOS ANGELES | CA | 90026 | | First Class Mail |
| 7041684 | WICHITA COUNTY | 600 SCOTT AVENUE SUITE 103 | | | | WICHITA FALLS | TX | 76301 | | First Class Mail |
| 7041684 | WICHITA COUNTY | PERDUE,  BRANDON, FIELDER, COLLINS & MOTT, LLP | JEANMARIE BAER | PO BOX 8188 | | WICHITA FALLS | TX | 76307 | JBAER@PBFCM.COM | First Class Mail and Email |
| 7041675 | WICHITA COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | PO BOX 8188 | | | WICHITA FALLS | TX | 76307 | jbaer@pbfcm.com | First Class Mail and Email |
| 7616811 | WILLIAM F. MARANTO, MD | 469 KINGSTON PLANTATION BLVD. | | | | BENTON | LA | 71006 | | First Class Mail |