# Avard Law
### O F F I C E S , P A

FILED

2022 MAY -4 PM 2:46

PO Box 101110 Cape Coral FL 33910-1110   Phone: 239.945.0808   Phone: 800.814.0808   Fax: 239.677.2687   AvardLaw.com

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CAROL A. AVARD**
*Licensed in FL & MA*

> Board Certified in
> Social Security
> Disability Law,
> National Board of
> Trial Advocacy

**DOUGLAS D. MOHNEY**
*Licensed in FL & MI*

> Board Certified in
> Social Security
> Disability Law,
> National Board of
> Trial Advocacy

**A. PORTER WINSTON**
*Licensed in FL*

**MARK ZAKHVATAYEV**
*Licensed in FL*

> Board Certified in
> Social Security
> Disability Law,
> National Board of
> Trial Advocacy

**MICHAEL SEXTON**
*Licensed in FL*

> Board Certified in
> Social Security
> Disability Law,
> National Board of
> Trial Advocacy

**CRAIG POLHEMUS**
*Licensed in FL & NY*

**DEBORAH A. WAINEY**
*Licensed in FL & OH*

**DENYS BEECHER**
*EDPNA*

**MAIN OFFICE**

375 SE 47th Terrace
Cape Coral FL 33904

**FLORIDA
SATELLITE
LOCATIONS**

Orlando - Naples
Fort Myers
Port Charlotte
Bradenton
Tampa – Sebring

May 4, 2022

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Re: Promise Healthcare Group, LLC, *et al.*,
Case No. 18-12491 (CTG)

To the Court,

Please find enclosed Creditor Patrick Wassman's Response to Trustee's Ninth (Substantive) Omnibus Objection to Claims.

Sincerely,

Michael Sexton

CC:

Walter Lansden Dortch & Davis, LLP
John Tishler
Tyler N. Lane
511 Union Street, Suite 2700
Nashville, TN 37219

DLA Piper, LLP
Stuart M. Brown
Kaitlin W. Mackenzie
Matthew S Sarna
1201 N. Market Street
Suite 2100
Wilmington, DE 19801

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                              Chapter 11

PROMISE HEALTHCARE GROUP, LLC, *et al.,*            Case No. 18-12491 (CTG)

      Debtors.

### CREDITOR PATRICK WASSMAN'S RESPONSE TO TRUSTEE'S NINTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS

Creditor Patrick Wassman (hereinafter referred to as "Creditor"), by and through his undersigned counsel, files this response to Trustee's Ninth (Substantive) Omnibus Objection to Claims (hereinafter referred to as "Objection").

1. The name of the claimant is Patrick Wassman, claim # 370.

2. The basis for the amount of the claim is the damages and injuries caused by the Promise Hospital of Lee, Inc.'s, (hereinafter referred to as "Debtor") negligent care of Creditor between March 15, 2017, and June 9, 2017.

3. Attached Complaint for Damages and Demand for Jury Trial (Exhibit A) provides the specific factual basis for opposing the Objection.

4. The attached Complaint was filed on June 13, 2019, alleging the Debtor caused the Creditor damages by negligent medical care between March 15, 2017, and June 9, 2017.

5. On March 19, 2019, the Creditor filed a Petition to Extend the Statute of Limitations pursuant to Florida Statute § 766.104(2) (Exhibit B).

6. Therefore, the applicable statute of limitations would have been September 8, 2019, per Florida Statutes §§ 95.11 and 766.104.

7. A search of www.floridahealthfinder.gov shows that Creditor was never a licensed nursing home in the State of Florida and therefore Florida Statutes Chapter 400 is not applicable.

8. Finally, per 11 USCS § 362(a)(1), the automatic stay only applies to a proceeding that was or could have been commenced before the commencement of the bankruptcy proceeding.

9. The Creditor's state court suit could not have been commenced before the commencement of this proceeding because of the Creditor's failure to provide medical records to the Debtor for a reasonable cost as defined by Florida Administrative Code § 64B8-10.003 (Exhibit C).

10. Per attached Exhibit D, as well as Exhibit A, the Creditor had been attempting to obtain his records from the Debtor since July 26, 2017, and the Debtor filed for Chapter 11 November 5, 2018.

11. Debtor's refusal to provide records to Creditor for a reasonable cost made it impossible for Creditor to file suit in the time prior to the initiation of the Chapter 11 proceeding.

**WHEREFORE**, the Creditor respectfully requests that the Court overrule the Trustee's Ninth (Substantive) Omnibus Objection to Claims as it relates to him.

May 3, 2022

Respectfully submitted,

Avard Law Offices, P.A.

Douglas D. Mohney, Esq. (FBN 997500)
Michael G. Sexton, Esq. (FBN 0083407)
Carol A. Avard, Esq. (FBN 0834221)
Deborah A. Wainey, Esq. (FBN 0054556)
Attorneys for Plaintiff
Post Office Box 101110
Cape Coral, FL 33910
(239) 945-0808 Phone
(239) 627-2687 fax
dmohney@avardlaw.com
msexton@avardlaw.com
cavard@avardlaw.com
piwc@avardlaw.com

**Ex. A**

Filing # 91067176 E-Filed 06/13/2019 03:16:24 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, STATE OF FLORIDA
CIRCUIT CIVIL DIVISION

CONSTANCE WASSMANN as Co-
Guardian of the person and plenary
Co-Guardian of the property of
PATRICK J. WASSMANN, JR.; and
PATRICK J. WASSMANN, SR. as Co-
Guardian of the person and plenary
Co-Guardian of the property of
PATRICK J. WASSMANN, JR.
     Plaintiffs,

CASE NO.
DIVISION:

v.

PROMISE HOSPITAL OF LEE, INC.,
d/b/a PROMISE HOSPITAL OF FORT
MYERS,

     Defendant.

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiffs, CONSTANCE WASSMANN and PATRICK J. WASSMANN, SR. as Co-Guardians of the person and plenary Co-Guardians of the property of PATRICK J. WASSMANN, JR. (hereinafter referred to as "PATRICK") by and through their undersigned attorneys, file this Complaint for Damages and Demand for Jury Trial against the Defendant PROMISE HOSPITAL OF LEE, INC., d/b/a PROMISE HOSPITAL OF FORT MYERS (hereinafter "PROMISE") and allege:

## PRELIMINARY STATEMENT

1.    This is an action for damages in excess of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS.

2.    This is an action for damages within the jurisdiction of this Court.

3.    PROMISE has failed to provide copies of PATRICK's medical

1

Ex. A

records at a reasonable charge within 10 business days of Plaintiffs requesting said records, and therefore failed to comply with good faith discovery requirements and, pursuant to Florida Statute § 766.204 et seq., has waived the requirement of written medical corroboration by the Plaintiff.

4.      On January 16, 2019, the Plaintiffs, through their undersigned attorneys, requested PATRICK's medical records from PROMISE via fax (See attached Exhibit A).

5.      On February 15, 2019, PROMISE responded to Plaintiffs' request with an invoice for $3,971.95 for 3,961 total pages of records. Additionally, PROMISE provided a partially legible table detailing the number of pages in each respective part of PATRICK's chart (See attached Exhibit B).

6.      On February 28, 2019, Plaintiffs' responded to PROMISE advising that by virtue of charging more for records than is allowed under Florida Administrative Code § 64B8-10.003, PROMISE was not in compliance with Florida Statute § 766.204, and requesting PROMISE resend an invoice and legible chart table (See attached Exhibit C).

7.      PROMISE never responded to Plaintiffs' February 28, 2019 request, and has not provided the requested records or legible chart table.

8.      As detailed above, Plaintiffs have attempted to comply with all conditions precedent to bringing and maintaining this action and PROMISE failed to comply with good faith discovery requirements and, pursuant to Florida Statute § 766.204 et seq., has waived the requirement of written medical corroboration by the Plaintiff.

## **PARTIES**

9.      That Plaintiffs CONSTANCE WASSMANN and PATRICK J.

**Ex. A**

WASSMANN, SR. as Co-Guardians of the person and plenary Co-Guardians of the property of PATRICK J. WASSMANN, JR. are residents of Lee County, Florida now and at all times material hereto.

10.    That Defendant PROMISE is a foreign profit corporation and/or other lawful business entity authorized to and doing business in Lee County, Florida.

11.    At all times material hereto, Defendant PROMISE was subject to the provisions of Florida Statutes Chapter 400.

## STATEMENT OF FACTS

12.    At all times material hereto, PATRICK was a patient of Defendant PROMISE, which agreed to provide health care services and to supervise the provision of health care services performed by their physicians, nurses, CNAs, technicians and other personnel to patients such as PATRICK Pursuant to this agreement and in accordance with all applicable licensing and permitting regulations with all applicable government authorities, Defendant PROMISE held itself out to the public and patients such as PATRICK as an entity qualified to provide health care services.

13.    Defendant PROMISE employs or retains physicians, nurses, technicians and other personnel as its agents, servants or employees. In the alternative, the physicians, nurses, technicians and other personnel who provided health care to PATRICK were held out to the public and to PATRICK as being the apparent agents, servants or employees of Defendant PROMISE. At all times material hereto, the physicians, nurses and other personnel were acting within the course and scope of the agency or employment thereby rendering

Ex. A

Defendant PROMISE vicariously liable for their acts.

### COUNT I

### MEDICAL NEGLIGENCE OF DEFENDANT

14.    Defendant PROMISE, through its employees, agents or other personnel, owed a duty to PATRICK to treat, observe and otherwise provide competent medical care in accordance with the prevailing professional standard of care as acceptable and appropriate by reasonably prudent and similar health care providers.

15.    Defendant PROMISE breached its duty of care when the care and treatment rendered to PATRICK deviated from the appropriate standard of medical care in that Defendant PROMISE, its agents, servants, employees, and other related medical personnel, among other things:

   a. Failed to investigate the qualifications, competency and training of its agents, employees, contractors, or other personnel it permitted or authorized to provide health care services to its patient, PATRICK, between March 15, 2017 and June 9, 2017;

   b. Failed to train, supervise and control its employees, agents and/or other personnel whom it permitted or authorized to provide health care services to its patient, PATRICK;

   c. Failed to properly care for PATRICK and allowed and/or caused him to suffer from bruises, dehydration, soiling, cardiac arrest, bed sores, ripped off toe nails, foot fungus, infections, impacted cerumen, and paralysis;

   d. Failed to properly care for PATRICK by not providing appropriate care including skin care, body turning and repositioning, treatment

Ex. A

and daily assessments of his conditions;

e. Failed to properly care for PATRICK by not properly assessing and treating his dehydration;

f. Failed to properly care for PATRICK by allowing and/or causing cardiac arrest and paralysis by inserting a rectal catheter;

g. Failed to timely notify PATRICK's physician of changes in his condition and ensuring he received medical attention for his overall declining status, weight loss, worsening skin condition, cardiac arrest and paralysis;

h. Failed to report to the appropriate authorities the neglect of PATRICK;

i. Failed to track and document changes in the condition of PATRICK's overall deteriorating condition and worsening bed sores, infections, and dehydration; and

j. Failed to provide skilled services according to the physician's orders and plan of care.

WHEREFORE, the Plaintiffs demand judgment against Defendant PROMISE for damages, interest, cost and any other relief that this Court deems just and proper. Plaintiffs further demand a trial by jury on all issues triable as a matter of right.

**Ex. A**

RESPECTFULLY submitted this __13__ day of June, 2019.

AVARD LAW OFFICES, P.A.

Douglas D. Mohney, Esq (FBN 997500).
Michael G. Sexton, Esq. (FBN 83407)
Carol A. Avard, Esq. (FBN 0834221)
Deborah A. Wainey, Esq. (FBN 0054556)
Attorneys for Plaintiff
Post Office Box 101110
Cape Coral, FL 33910
(239) 945-0808 Phone
(239) 945-3332 FAX
dmohney@avardlaw.com
msexton@avardlaw.com
cavard@avardlaw.com
dwainey@avardlaw.com

**Ex. A**

P. 1

* * * Communication Result Report ( Jan. 16. 2019  8:25AM ) * * *

½}

Date/Time: Jan. 16. 2019  8:23AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7321 | Memory TX | 12392754812 | P.  1 | OK | |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                    E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size    E. 6) Destination does not support IP-Fax

EXHIBIT A

Ex. A



PO Box 101110 Cape Coral FL 33910-1110   Phone: 239.945.0808   Phone: 800.814.0808   Fax: 239.945.3332   AvardLaw.com

**CAROL A. AVARD**
*Licensed in FL & MA*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**DOUGLAS D. MOHNEY**
*Licensed in FL & MI*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**A. PORTER WINSTON**
*Licensed in FL*

**MARK ZAKHVATAYEV**
*Licensed in FL*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**MICHAEL SEXTON**
*Licensed in FL*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**CRAIG POLHEMUS**
*Licensed in FL & NY*

**DEBORAH A. WAINEY**
*Licensed in FL & OH*

**MATTHEW HOFFMAN**
*Licensed in FL & MN*

**MAIN OFFICE**

875 SE 47th Terrace
Cape Coral FL 33904

**FLORIDA
SATELLITE
LOCATIONS**

Orlando - Naples
Fort Myers
Port Charlotte
Bradenton
Tampa – Sebring



# Fax Cover Sheet

ATTN:   Health Information Management

TO:   Promise Hospital

FAX:   239-275-4812

PHONE:

DATE:   11/15/19

FROM:   Ana R.

RE:   **Patrick Wassmann**

SS:   ▉▉▉▉▉▉▉

ENCLOSED:

Per our conversation this afternoon, you requested that we send in a fax confirming we have requested a copy of the records for the above client/patient. You advised these were in closed boxes and would request the records from Iron Mountain.

We appreciate your time and consideration in this matter.
I look forward to receiving the records.

Number of Pages Including Cover ___1___

If you do not receive all pages or have transmission problems call the above number.

If this case has been denied consider this a formal request to appeal & reopen if applicable.

### NOTICE OF CONFIDENTIALITY

The information contained in this facsimile transmission is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication, and as such is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us by U.S. mail. Thank you.

ALSO SENT VIA U.S. MAIL ___

EXHIBIT A

**Ex. A**

Feb. 15. 2019  9:20AM    [illegible handwriting] 2/18/19    No. 0618    P. 1

<table>
<tr><td rowspan="5">PHONE 239-313-2918</td><td rowspan="5">Fax: 239-275-4812</td><td rowspan="5">Email: CAQUILA.MCNEIL@PROMISEHEALTHCARE.COM</td></tr>
</table>

# FAX

# PROMISE
### HOSPITAL OF FORT MYERS

| | |
|---|---|
| To: Avard Law **ATTN: Ana R.** | From: Caquila McNeil Promise Hospital Medical Records |
| Fax: 239-945-3332 | Pages:5 |
| Phone: 239-945-0808 | Date: 02/15/19 |
| Re: Wassmann Jr., Patrick | |
| Reason: MEDICAL RECORDS REQUEST | |
| Priority: **STAT** | |

Comments:

Good morning attached is an invoice regarding the medical records that were requested for the above-named patient. If you have any further questions, please feel free to contact me directly.

Kind regards,
Caquila McNeil, BSHSA, RHIA
**Health Information Management Coordinator**
**Promise Hospital of Fort Myers**
3050 Champion Ring Road
Fort Myers, Florida 33905
Phone: 239-313-2918
Fax: 239-275-4812

**PROMISE HEALTHCARE CONFIDENTIALITY NOTICE:**
This Fax communication and any attachments may contain confidential and privileged information including but not limited to Protected Health Information all of which is intended only for the use of the designated recipients. If you are not the intended recipient, or authorized to receive for the recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please destroy all copies of this communication and any attachments and contact the sender by reply fax/e-mail

EXHIBIT B

**Ex. A**



| | | Invoice No. | 24 |

**INVOICE**

| Requested Records on: | 1/28/2019 | Date: 2/8/2019 |

| Patient | Wassmann Jr., Patrick | MR# | PM0769 | Date of Birth | 1/18/1991 |
| Address | 235 Sabal Dr. | | | SS# | |
| City | North Fort Myers | State FL | ZIP 33917 | DOA | 3/16/2017 |
| Phone | | | | DOD | 6/7/2017 |

| Pages | Description | Fee | TOTAL |
|---|---|---|---|
| 3961 | Per Page | $  1.00 | $  3,961.00 |
| 1 | Postage fee (only if CD is excepted) | $  10.95 | $  10.95 |
| 3961 | Total Pages | | |
| | | SubTotal | $  3,971.95 |
| | | Postage | |
| | | | $  3,971.95 |

| Billed to: | | TOTAL |
|---|---|---|
| Name: | Avard Law Office | |
| Address | PO Box 101110 | |
| City | Cape Coral | State PL | ZIP 33910 |
| Phone | 239-945-0808 | Office Use Only |
| Fax | 239-945-3332 | |

**Fax          Mail          Pick up**

Services requested must be pre paid to:
Promise Hospital
3050 Champion Ring Road
Fort Myers, FL 33905

Revised 2014                                                    Tax ID 03-0506552

| PATIENT: | MR#: | DATE: |
|----------|------|-------|
| | REQUESTED: WHOLE CHART | |

| CHART LABEL | PAGES AMOUNT |
|-------------|--------------|
| FRONT OF CHART | 3 |
| | 0 |
| | 0 |
| PHYSICIAN ORDERS | 115 |
| PROGRESS NOTES | 1090 |
| HISTORY AND PHYSICAL/ADMIT/H&P | 3 |
| CONSULTS | 23 |
| | 3 |
| | 13 |
| | 31 |
| LABORATORY | 123 |
| | 35 |
| | 350 |
| | 6 |
| | 64 |
| | 20 |
| | 426 |
| WOUND CARE | 20 |
| RESPIRATORY | 170 |
| EKG / CARDIAC | 38 |
| | 10 |
| | 15 |
| | 1205 |
| | 0 |
| | 0 |
| OTHER FACILITY INFORMATION | 198 |  ← Itemized Billing
| **TOTAL** | **3961** |

EXHIBIT B

Feb. 15. 2019  9:21AM
Jan. 10. 2019  0.25AM

No. 0618  P. 4
NO. 1321  P. 1

**Ex. A**



PO Box 101110 Cape Coral FL 33910-1110  Phone: 239.945.0808  Phone: 800.814.0808  Fax: 239.945.3332  AvardLaw.com

**CAROL A. AVARD**
*Licensed in FL & MA*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**DOUGLAS D. MOHNEY**
*Licensed in FL & MI*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**A. PORTER WINSTON**
*Licensed in FL*

**MARK ZAKHVATAYEV**
*Licensed in FL*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**MICHAEL SEXTON**
*Licensed in FL*

*Board Certified in
Social Security
Disability Advocacy,
National Board of
Trial Advocacy*

**CRAIG POLKEMUS**
*Licensed in FL & NY*

**DEBORAH A. WARREY**
*Licensed in FL & OH*

**MATTHEW HOFFMAN**
*Licensed in FL & MN*

**MAIN OFFICE**

875 SE 47th Terrace
Cape Coral FL 33904

**FLORIDA
SATELLITE
LOCATIONS**

Orlando - Naples
Fort Myers
Port Charlotte
Bradenton
Tampa — Sebring

## Fax Cover Sheet

ATTN:   Health Information Management

TO:     Promise Hospital

FAX:    239-275-4812

PHONE:

DATE:   01/18/19

FROM:   Ana R.

RE:     Patrick Wassmann

SS:     ▮▮▮▮▮▮▮▮

ENCLOSED:
Per our conversation this afternoon, you requested that we send in a fax confirming we have requested a copy of the records for the above client/patient. You advised these were in closed boxes and would request the records from Iron Mountain.

We appreciate your time and consideration in this matter.
I look forward to receiving the records.

Number of Pages Including Cover ___1___

If you do not receive all pages or have transmission problems call the above number.

If this case has been denied consider this a formal request to appeal & reopen if applicable.

### NOTICE OF CONFIDENTIALITY

The information contained in this facsimile transmission is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by U.S. mail. Thank you.

ALSO SENT VIA U.S. MAIL ___

EXHIBIT B

**Ex. A**

```
DATE: 01/15/19 @ 0955        Promise Hospital Fort Myers *MRI*          PAGE 1
USER: KBAUS                  RELEASE OF INFORMATION REQUEST DETAIL


REQUEST NUM 83                              STATUS: COMPLETE TYPE: ATT

Med Rec Num FM00000789
            WASSMANN JR., PATRICK J
                                           DATE NEEDED:              08/26/17
                                           LOGGED ON:               08/12/17
ID VERIFIED       COMMENTS                 LAST LETTER:
REQUESTER                                  COMPLETED BY: KBAUS      09/15/17
     NAME:  AVARD LAW OFFICES
  ADDRESS:  875 SE 47TH TERR
            CAPE CORAL  FL  33904
    PHONE:  (239) 645-3332
    EMAIL:
                                PAGES         FEE        PAID?       TOTAL



AMENDMENT ON FILE

HIPAA REQUIREMENT FOR INFORMING PATIENT?  N

REQUESTED INFO
            CR          COMPLETE RECORD

PROVIDER APPROVAL       PROVIDER MNEMONIC

ACTIVITY    DATE       TYPE            USER     LETTER
            08/12/17   STATUS LOGGED   KBAUS
            09/15/17   STATUS COMPLETE  KBAUS
```

Ex. A

P. 1

✻ ✻ ✻  Communication Result Report ( Feb. 28. 2019  4:37PM ) ✻ ✻ ✻

2)

Date/Time: Feb. 28. 2019  4:36PM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 8987 Memory TX | 12392754812 | P.  2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

## Avard Law
OFFICES, PA

PO Box 101110 Cape Coral FL 33910-1110  Phone: _____  Phone: 800.514.0038  Fax: 239.345.3583  AvardLaw.com

CAROL A. AVARD
*Licensed in FL & MI*

**Fax Cover Sheet**

ATTN: Camille McNeill

TO: Rosalen Hunsini

FAX: 239-271-4812

PHONE:

DATE: 4/2/2/2019

FROM: Michael Barnum, Esq.

RE: Patrick Wassman

SS:

ENCLOSED: Please see attached correspondence from Attorney.

Number of Pages Including Cover  2

If you do not receive all pages or have transmission problems call the above number.
If this case has been denied consider this a formal request to appeal & reopen if applicable.

*NOTICE OF CONFIDENTIALITY*

The information contained in this facsimile transmission is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the sender of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by U.S. mail. Thank you.

ALSO SENT VIA U.S. MAIL.___

EXHIBIT C

Ex. A



PO Box 101110 Cape Coral FL 33910-1110  Phone: 239.945.0808  Phone: 800.814.0808  Fax: 239.945.3332  AvardLaw.com

**CAROL A. AVARD**
*Licensed in FL & MA*

> *Board Certified in
> Social Security
> Disability Advocacy,
> National Board of
> Trial Advocacy*

**DOUGLAS D. MOHNEY**
*Licensed in FL & MI*

> *Board Certified in
> Social Security
> Disability Advocacy,
> National Board of
> Trial Advocacy*

**A. PORTER WINSTON**
*Licensed in FL*

**MARK ZAKHVATAYEV**
*Licensed in FL*

> *Board Certified in
> Social Security
> Disability Advocacy,
> National Board of
> Trial Advocacy*

**MICHAEL SEXTON**
*Licensed in FL*

> *Board Certified in
> Social Security
> Disability Advocacy,
> National Board of
> Trial Advocacy*

**CRAIG POLHEMUS**
*Licensed in FL & NY*

**DEBORAH A. WAINEY**
*Licensed in FL & OH*

**MATTHEW HOFFMAN**
*Licensed in FL & MN*

**MAIN OFFICE**

875 SE 47th Terrace
Cape Coral FL 33904

**FLORIDA
SATELLITE
LOCATIONS**

Orlando - Naples
Fort Myers
Port Charlotte
Bradenton
Tampa - Sebring



# Fax Cover Sheet

ATTN: Caquilla McNeill

TO: Promise Hospital

FAX: 239-275-4812

PHONE:

DATE:  :02/28/2019

FROM:   Michael Sexton, Esq

RE:    **Patrick Wassmann**

SS:  ▮▮▮▮▮▮

ENCLOSED: Please see attached correspondence from Attorney.

Number of Pages Including Cover __2__

If you do not receive all pages or have transmission problems call the above number.

If this case has been denied consider this a formal request to appeal & reopen if applicable.

## NOTICE OF CONFIDENTIALITY

The information contained in this facsimile transmission is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication, and as such is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us by U.S. mail. Thank you.

ALSO SENT VIA U.S. MAIL ___

EXHIBIT C

**Ex. A**



PO Box 101110 Cape Coral FL 33910-1110  Phone: 239.945.0808  Phone: 800.814.0808  Fax: 239.945.3332  AvardLaw.com

**CAROL A. AVARD**
*Licensed in FL & MA*
  *Board Certified in*
  *Social Security*
  *Disability Advocacy,*
  *National Board of*
  *Trial Advocacy*

**DOUGLAS D. MOHNEY**
*Licensed in FL & MI*
  *Board Certified in*
  *Social Security*
  *Disability Advocacy,*
  *National Board of*
  *Trial Advocacy*

**A. PORTER WINSTON**
*Licensed in FL*

**MARK ZAKHVATAYEV**
*Licensed in FL*
  *Board Certified in*
  *Social Security*
  *Disability Advocacy,*
  *National Board of*
  *Trial Advocacy*

**MICHAEL SEXTON**
*Licensed in FL*
  *Board Certified in*
  *Social Security*
  *Disability Advocacy,*
  *National Board of*
  *Trial Advocacy*

**CRAIG POLHEMUS**
*Licensed in FL & NY*

**DEBORAH A. WAINEY**
*Licensed in FL & OH*

**MATTHEW HOFFMAN**
*Licensed in FL & MN*

**MAIN OFFICE**

875 SE 47th Terrace
Cape Coral FL 33904

**FLORIDA SATELLITE
LOCATIONS**

Orlando - Naples
Fort Myers
Port Charlotte
Bradenton
Tampa – Sebring

February 28, 2019

Promise Hospital
3050 Champion Ring Road
Fort Myers, FL 33905

Attn: Caqulla McNeil, BSHSA, RHIA

RE:    Wassmann Jr., Patrick

Dear Ms. McNeil:

We are in receipt of your 02/15/2019 invoice for the above referenced patient. Please be advised that our request for these records is for the purpose of investigating a potential medical malpractice lawsuit.

Per Florida Statute section 766.204 Availability of medical records for presuit investigation of medical negligence claims and defenses; penalty.-

(1) Copies of any medical record relevant to any litigation of a medical negligence claim or defense shall be provided to a claimant or a defendant, or to the attorney thereof, at a reasonable charge within 10 business days of a request for copies, except that an independent special hospital district with taxing authority which owns two or more hospitals shall have 20 days. It shall not be grounds to refuse copies of such medical records that they are not yet completed or that a medical bill is still owing.

(2) Failure to provide copies of such medical records, or failure to make the charge for copies a reasonable charge, shall constitute evidence of failure of that party to comply with good faith discovery requirements and shall waive the requirement of written medical corroboration by the requesting party.

Your invoice is for the amount $3,971.95 at $1 per page. Per Florida Administrative Code Rule 64B8-10.003, $1 per page is not a reasonable charge. Additionally, page 3 of your 02/15/2019 fax contains the various Chart Labels and how many pages there are for each label. Unfortunately, many of the labels are too dark to read, which prevents me from knowing whether all of those pages are necessary for our investigation.

Please resend us an invoice which is compliant with Florida Administrative Code 64B8-10.003. The invoice and Chart Labels should be sent either by email as a scanned document or by mail, so that it is legible.

Very truly yours,

*Michael Sexton*
                    EXHIBIT C

Filing # 86151046 E-Filed 03/11/2019 10:08:06 AM

**Ex. B**

IN THE TWENTIETH JUDICIAL CIRCUIT COURT
IN AND FOR LEE COUNTY, FLORIDA

In re the possible medical negligence claim of

PATRICK WASSMANN,

        Petitioner

_____/

## PETITION TO EXTEND STATUTE OF LIMITATIONS

COMES NOW the Petitioner, pursuant to Florida Statute §766.104(2) and petitions the Clerk of
the Court for a 90-day extension of the Statute of Limitations, as set forth in Florida Statutes
§95.11, to allow the reasonable investigation of a medical malpractice claim as required by
Florida Statute §766.104 and alleges that a 90-day extension at this time is necessary to obtain
sufficient information to establish liability among several possible defendants.

WHEREFORE, Petitioner requests the automatic 90-day extension of time authorized by Florida
Statute § 766.104(2).

DATED __11__ of March, 2019.

Signed: _____

        Douglas D. Mohney, Esq., (FBN: 997500)
        Michael Sexton, Esq., (FBN: 0083407)
        Carol A. Avard, Esq., (FBN: 0834221)
        Deborah A. Wainey, Esq., (FBN: 0054556)
        Avard Law Offices, P.A.
        P.O. Box 101110
        Cape Coral, FL 33909
        dmohney@avardlaw.com
        msexton@avardlaw.com
        cavard@avardlaw.com
        dwainey@avardlaw.com
        Tel. (239) 945-0808
        Fax (239) 945-3332

Ex. C

**64B8-10.003 Costs of Reproducing Medical Records.**

Recognizing that patient access to medical records is important and necessary to assure continuity of patient care, the Board of Medicine urges physicians to provide their patients a copy of their medical records, upon request, without cost, especially when the patient is economically disadvantaged. The Board, however, also recognizes that the cost of reproducing voluminous medical records may be financially burdensome to some practitioners. Therefore, the following rule sets forth the permitted costs for the reproduction of medical records.

(1) Any person licensed pursuant to chapter 458, F.S., required to release copies of patient medical records may condition such release upon payment by the requesting party of the reasonable costs of reproducing the records.

(2) For patients and governmental entities, the reasonable costs of reproducing copies of written or typed documents or reports shall not be more than the following:

(a) For the first 25 pages, the cost shall be $1.00 per page.

(b) For each page in excess of 25 pages, the cost shall be 25 cents.

(3) For other entities, the reasonable costs of reproducing copies of written or typed documents or reports shall not be more than $1.00 per page.

(4) Reasonable costs of reproducing x-rays, and such other special kinds of records shall be the actual costs. The phrase "actual costs" means the cost of the material and supplies used to duplicate the record, as well as the labor costs and overhead costs associated with such duplication.

*Rulemaking Authority 456.057(17), 458.309 FS. Law Implemented 456.057(17) FS. History–New 11-17-87, Amended 5-12-88, Formerly 21M-26.003, 61F6-26.003, 59R-10.003, Amended 3-9-09.*

**Ex. D**

July 26, 2017

Promise Hospital
Attn: Medical Records Dept.
3050 Champion Ring Rd
Fort Myers, FL 33905

Patrick Wassmann
238 Sable Drive
Fort Myers FL 33917
DOB: 4/18/1991

Dear Records Custodian,
I am a patient of the medical facility listed above. I request copies of my medical records limited to the medical facility listed above and **DATED 03/01/2017 THROUGH PRESENT.** Provide these records in electronic form on CD in the Adobe Acrobat .pdf format and in accordance 42 U.S.C. 17935(e) -HITECH Act and 45 C.F.R. 164.524 (c)(4) (copy below). I have attached a signed HIPAA compliant release for these records.

Please send the records to me as follows:

Patrick Wassmann
c/o Avard Law Offices, P.A.
PO Box 101110
Cape Coral FL 33910-1110

_(signature)_                                        ___7/26/17___
Patrick Wassmann                                        Date

42 U.S.C. 17935(e) -HITECH Act -Access to health information in electronic format

**(e) Access to certain information in electronic format**
In applying section **164.524 of title 45, Code of Federal Regulations,** in the case that a covered entity uses or maintains an electronic health record with respect to protected health information of an individual-
(1) the individual shall have a right to obtain from such covered entity a copy of such information in an electronic format and, if the individual chooses, to direct the covered entity to transmit such copy directly to an entity or person designated by the individual, provided that any such choice is clear, conspicuous, and specific; and
(2) notwithstanding paragraph (c)(4) of such section, any fee that the covered entity may impose for providing such individual with a copy of such information (or a summary or explanation of such information) if such copy (or summary or explanation) is in an electronic form shall not be greater than the entity's labor costs in responding to the request for the copy (or summary or explanation).

45 C.F.R. 164.524(c)(4) .

**(4) Fees.** If the individual requests a copy of the protected health information or agrees to a summary or explanation of such information, the covered entity may impose a reasonable, cost-based fee, provided that the fee includes only the cost of:
(i) Labor for copying the protected health information requested by the individual, whether in paper or electronic form;
(ii )Supplies for creating the paper copy or electronic media if the individual requests that the electronic copy be provided on portable media;
(iii) Postage, when the individual has requested the copy, or the summary or explanation, be mailed; and
(iv) Preparing an explanation or summary of the protected health information, if agreed to by the individual as required by paragraph (c)(2)(iii) of this section.

Ex. D



**Avard Law**
O F F I C E S   P A

PO Box 101110 Cape Coral FL 33910-1110   Phone: 239.945.0808   Phone: 800.814.0808   Fax: 239.945.3332   AvardLaw.com

**CAROL A. AVARD**
*Licensed in FL & MA*

*Board Certified in Social Security Disability Advocacy, National Board of Trial Advocacy*

**DOUGLAS D. MOHNEY**
*Licensed in FL & MI*

*Board Certified in Social Security Disability Advocacy, National Board of Trial Advocacy*

**A. PORTER WINSTON**
*Licensed in FL*

**MARK ZAKHVATAYEV**
*Licensed in FL*

**CRAIG POLHEMUS**
*Licensed in FL & NY*

**MATTHEW HOFFMAN**
*Licensed in FL & MN*

**MAIN OFFICE**
875 SE 47th Terrace
Cape Coral FL 33904

**FLORIDA SATELLITE LOCATIONS**

Orlando – Naples
Fort Myers
Port Charlotte
Bradenton
Tampa – Sebring

## H.I.P.A.A. AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

By signing this authorization, I hereby authorize ___Promise Hospital___
to use or disclose certain information as set forth below pertaining to the following patient:

**Patient:**                                    **DOB:**

1. I authorize this information to be disclosed to the attorney with the following name and address: Carol Avard, Douglas D. Mohney, Michael Sexton, Mark Zakhvatayev, Matthew Hoffman, Craig Polhemus and A. Porter Winston of Avard Law Offices, P.A., PO Box 101110, Cape Coral, Florida 33910, or any associate of Avard Law Offices, P.A.

2. The specific information that may be disclosed is:
   ☐ Office notes                                  ☑ Itemization bill for services
   ☑ Psychiatric reports                           ☑ X-ray reports and/or imaging reports
   ☑ Psychological evaluations and reports         ☑ Information, if any, regarding substance abuse
   ☑ Discharge summaries ~~only~~                  ☑ Information, if any, regarding HIV and/or AIDS
   ☐ Abstract of hospital records                  ☐ Complete hospital records
   ☑ Other: _Discharge Summaries, ER Reports, billing etc._

3. I authorize this information to be disclosed to the attorney named above for the purpose of assisting with certain legal matters.

4. I authorize the release of any and all protected medical information, including information regarding drug or alcohol abuse, psychological notes, or HIV treatment.

5. I understand that I have the right to revoke this Authorization at any time in writing, except to the extent that the above referenced Avard Law Offices, P.A. has already acted in reliance on the Authorization. I can revoke this Authorization by providing a written revocation to ___Promise Hospital___ at the following address: _3050 Champion Ring Rd Ft Myers FL 33905_
   Attention: Privacy Officer

6. I understand that ___Promise Hospital___ may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

7. I understand that information used or disclosed pursuant to this Authorization may be subject to redisclosure by the recipient and no longer subject to applicable privacy laws.

8. This Authorization shall be effective for two years or until I revoke it in writing.

9. Florida Administrative Code – Rule: 64B8-10.003 – …the Board of Medicine urges physicians to provide their patients a copy of their medical records, upon request, without cost, especially when the patient is economically disadvantaged.

**Authorization from Patient**

_____
Signature of

_____
Printed Name of

_____
Date

**Authorization from Person other than Patient**

_C Wassman_
Signature of Person other than Patient

_C Wassman – mother_
Printed name of Person and legal relationship

_JUL 2 6 2017_
_____
Date