**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Promise Healthcare Group, LLC, et al.** | ) | **Case No. 18-12491-CTG** |
| | ) | |
| **Debtor.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **Objection Deadline:    May 6, 2022 at 4:00 pm (ET)** |

**CLAIMANT PACIFIC NATIONAL GROUP'S ("PNG") [CLAIM NO. 264]
RESPONSE RE: LIQUIDATING TRUSTEE'S CLAIMS OBJECTION/NOTICE OF
SATISFACTION OF CLAIM [ECF NO. 2657]; DECLARATION IN SUPPORT HEREOF**

Claimant, Pacific National Group ("PNG"), holder of Claim No. 264 for $294,964.03 files the following Response to the Liquidating Trustee's Claims Objection/Notice of Satisfaction of Claim (ECF No. 2657). Specifically, as detailed herein and supported by the admissible declaration testimony of PNG's President, Steve Mathison, contrary to the spreadsheet (ECF No. 2657-1) presented with the Claims Objection Motion, Claimant PNG's claim of $294,964.03 has neither been paid nor otherwise satisfied. Claimant PNG has no idea where the Liquidating Trustee obtained his information that Claimant PNG has been paid on Claim No. 264, and no detailed corroborating information is submitted with the Liquidating Trustee's Claims Objection Motion (ECF No. 2657) to support such a conclusion.

Consequently, consistent with the Declaration of Steve Mathison, Claimant Pacific National Group for Claim No. 264 objects to the Liquidating Trustee's position that its Claim No. 264 for $294,964.03 has either been paid or otherwise satisfied since that is simply not the case.

///

///

1

**I.**

**CLAIMANT PACIFIC NATIONAL GROUP'S FACTUAL STATEMENT RE: UNPAID CLAIM NO. 264 FOR $294,964.09**

1. Attached hereto as Exhibit "A" is a true and correct copy of Claimant Pacific National Group's Proof of Claim No. 264. As noted, PNG's Proof of Claim includes a complete copy of the pre-petition Settlement and Mutual Release Agreement between Claimant, Pacific National Group and the related "Success Defendants." The "Success Defendants" are defined as the Debtor, Promise Healthcare and its related entities that are all jointly administered with the Debtor's bankruptcy case.

2. As noted at pg. 2 (of 14) of the pre-petition Settlement Agreement, Paragraph F expressly provides:

> F. The total principal sum sought by PNG [Claimant herein] in the Success Action and the Promise Action is $1,154,252.10, comprised of the sum of $890,440.51 in the Success Action and the sum of $263,811.66 in the Promise Hospital Action. (Emphasis provided.)

3. Claimant PNG acknowledges that its related Proof of Claim, Claim No. 261 was in fact paid in March 2019. However, as noted herein, Claimant PNG has not been paid any amount of pending Claim No. 264 in the amount of $294,264.03.

**DATED: May 4, 2022**             **POLIS & ASSOCIATES, APLC**

By:   /s/ Thomas J. Polis
Thomas J. Polis, Esq. (Cal. SBN 119326)
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612
Tel: (949) 862-0040; Fax: (949) 862-0041
Email: tom@polis-law.com

Counsel for Pacific National Group

## **DECLARATION OF STEVE MATHISON**

I, Steve Mathison, hereby declare under the penalty of perjury as follows:

1. I am the President of Pacific National Group ("PNG"), creditor in the above-captioned chapter 11 case, *In re Promise Healthcare Group, LLC*.

2. In my capacity as President of Pacific National Group, I am required to become personally familiar with the manner in which PNG's financial books and records are prepared and maintained. PNG maintains its financial records of all its transactions in the regular course of business, and it is its regular course of business to create and maintain such financial records.

3. It is PNG's practice to record its financial transactions, acts, conditions, and events concerning PNG as those events occur. PNG maintains those financial records and relies upon its financial records in business dealings with third parties.

4. I have personally reviewed PNG's financial documents, books and records to the extent necessary to prepare this declaration.

5. I make this Declaration in support of PNG's Response to Liquidating Trustee's Claims Objection/Notice of Satisfaction of Claim (ECFR NO. 2657).

6. Attached to PNG's Response as Exhibit "A" is a true and correct copy of Claimant Pacific National Group's Proof of Claim No. 264. As noted, PNG's Proof of Claim includes a complete copy of the pre-petition Settlement and Mutual Release Agreement between Claimant, Pacific National Group and the related "Success Defendants." The "Success Defendants" are defined as the Debtor, Promise Healthcare and its related entities that are all jointly administered with the Debtor's bankruptcy case.

7. As noted at pg. 2 (of 14) of the pre-petition Settlement Agreement, Paragraph F expressly provides:

> F. The total principal sum sought by PNG [Claimant herein] in the Success Action and the Promise Action is <u>$1,154,252.10, comprised of the sum of $890,440.51 in the Success Action and the sum of $263,811.66 in the Promise Hospital Action</u>. (Emphasis provided.)

8. Claimant PNG acknowledges that its related Proof of Claim, Claim No. 261 was in fact paid in March 2019. However, as noted herein, Claimant PNG has not been paid any amount of pending Claim No. 264 in the amount of $294,264.03.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 4th, 2022

Respectfully submitted,

**Steve Mathison**

Digitally signed by Steve Mathison
DN: C=US, E=s.mathison@pacnatgroup.com, O=PNG Builders, CN="Steve Mathison"
Date: 2022.05.04 14:41:57-07'00'

Name: Steve Mathison
Title: President of Pacific National Group

4

## CERTIFICATE OF SERVICE

        I, Cristina Allen, hereby certify that on this 4th day of May, 2022, a copy of the foregoing **CLAIMANT PACIFIC NATIONAL GROUP'S ("PNG") [CLAIM NO. 264] RESPONSE RE: LIQUIDATING TRUSTEE'S CLIAMS OBJECTION/NOTICE OF SATISFACTION OF CLAIM [ECF NO. 2657]** was caused to be served on the following parties:

| **Via Federal Express** | **Via Federal Express** |
|---|---|
| *Counsel to the Official Committee of Unsecured Creditors* | *Counsel to the Official Committee of Unsecured Creditors* |
| Andrew Sherman, Esq. | Bradford J. Sandler, Esq. |
| Boris Mankovetsky, Esq. | Andrew Caine, Esq. |
| Lucas F. Hammonds, Esq. | Colin R. Robinson, Esq. |
| Gregory Kopacz, Esq. | Pachulski Stang Ziehl & Jones, LLP |
| Sills Cummis & Gross, PC | 919 N. Market Street, 17th Floor |
| One Riverfront Plaza | Wilmington, DE   19801 |
| Newark, NJ   07102 | |

Dated:   May 4, 2022            /s/ Cristina Allen
                               Cristina Allen