# LAW OFFICES OF LARRY E. BRAY, P.A.

| Larry E. Bray<br>Admitted FL & NY<br><br>Of Counsel<br>Steven Vann | Email: LBRAY@BRAY1.COM<br>Web: www.braylawoffices.com<br>(TEL) 561-296-5291<br>(FAX) 561-296-9966 | Mailing address:<br>6415 Lake Worth Road<br>Suite 209<br>Lake Worth, FL 33463 |



May 5, 2022

Office of the Clerk of the United States Bankruptcy Court
824 North Market Street
Wilmington, Delaware 19801

Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102

Pachulski Stang Ziehl & Jones, LLP
919 N. Market St., 17th Floor
Wilmington, Delaware 19801

**-RESPONSE AND OBJECTION TO TRUSTEE'S POSITION THAT CLAIM IS FULLY PAID-**

RE:   Case No.:   18-12491 (CTG)
         In Re: Promise Healthcare Group, LLC, et. Al.

Dear Sir/Madam:

I represent a creditor, Florida Linen Services, LLC. ("Florida Linen") respecting the above referenced proceeding.

Please note that my client does not agree that the Debtor has fully satisfied its obligation to Florida Linen. Although my client is in receipt of the sum of $26,726, that is not the full amount owed to my client. Florida Linen is owed an additional $7,084.69. Please see the attached trial balance.

Very truly yours,

Larry E. Bray

LEB/pc

By Appointment
1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432

801 Northpoint Parkway
West Palm Beach, FL 33407

| System: | 5/5/2022 | 4:28:53 PM | | | DETAIL HISTORICAL AGED TRIAL BALANCE | | | | | Page: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| User Date: | 5/5/2022 | | | | Florida Linen Services LLC | | | | | User ID: | abrownpatrice |
| | | | | | Receivables Management | | | | | | |

**Ranges:**

| | | | | |
| --- | --- | --- | --- | --- |
| Customer ID: | | User-Defined 1: | First - Last | |
| Customer Class: | 001065-00 - 001065-00 | Customer Name: | First - Last | State: First - Last |
| Salesperson ID: | First - Last | Short Name: | First - Last | Telephone: First - Last |
| Sales Territory: | First - Last | Posting Date: | First - 5/5/2022 | ZIP Code: First - Last |

Account Type: All
Aging Date: 5/5/2022

Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info

\*- Indicates an unposted credit document that has been applied.

Customer: 001065-00    Name: PROMISE HOSPITAL OF MIAMI    Account Type: Open Item

User-Defined 1:
Contact: DENNIS WACHTEL/TRAINER/SERGE    Salesperson:
Phone: (954) 610-7652 Ext. 0000    Territory:
Terms: Net 30    Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 72909 | SLS | 1/7/2018 | $2,312.97 | | | | | | $2,312.97 |
| 74119 | SLS | 3/25/2018 | $2,577.28 | | | | | | $2,577.28 |
| 77080 | SLS | 9/9/2018 | $2,194.44 | | | | | | $2,194.44 |
| | | | | | Totals: | $0.00 | $0.00 | $0.00 | $7,084.69 |

| | | | | | | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | $7,084.69 |

| Customer(s) | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
| --- | --- | --- | --- | --- | --- |
| Grand Totals: 1 | $0.00 | $0.00 | $0.00 | $7,084.69 | $7,084.69 |