LAW OFFICE OF
# Mitchell B. Hannah

MITCHELL B. HANNAH
HALLIE D. HANNAH

100 PACIFICA, SUITE 370
IRVINE, CALIFORNIA 92618

TELEPHONE (949) 477-9020
FACSIMILE (949) 477-9080

May 4, 2022

**TRANSMITTED VIA UPS OVERNIGHT COURIER**

Clerk of the United States Bankruptcy Court
for the District of Delaware
824 North Market Street
Wilmington, DE 19801

  In Re: PROMISE HEALTHCARE GROUP, LLC et al.
     Case No: 18-12491 (CTG)

Dear Sir and/or Madam:

Enclosed for filing by you is the original and two (2) copies of *Response of Creditor Harbor Pointe Air Conditioning & Control Systems, Inc. To Liquidating Trustee's First Notice of Satisfaction of Claims and Scheduled Amounts.*

**Please file this document upon receipt.** The deadline for filing is **May 6, 2022 at 4:00 p.m. (ET).**

Please conform the extra enclosed copy and return it to our office in the self-addressed, stamped envelope provided for your convenience.

Thank you for your assistance,

*Carol Faulkner*
CAROL FAULKNER
Legal Assistant

Enclosures: as noted

| | |
|---|---|
| MITCHELL B. HANNAH    CSB*138232<br>HALLIE D. HANNAH     CSB *158558<br>LAW OFFICE OF MITCHELL B. HANNAH<br>100 Pacifica, Suite 370<br>Irvine, CA 92618<br>Telephone: (949) 477-9020<br>Facsimile : (949) 477-9080<br>email: mhannah@hannahlaw.com<br>email: hallie@hannahlaw.com | **FILED**<br>2022 MAY -6  PM 2: 54<br>CLERK<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |

Attorneys for Creditor HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, et al.<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12491 (CTG)<br><br>(Jointly Administered)<br><br>**RESPONSE OF CREDITOR, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. TO LIQUIDATING TRUSTEE'S FIRST NOTICE OF SATISFACTION OF CLAIMS AND SCHEDULED AMOUNTS**<br><br>Objection Deadline: May 6, 2022 at 4:00 p.m. (ET) |

Creditor, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. (hereinafter "HARBOR POINTE"), hereby responds to the Liquidating Trustee's First Notice of Satisfaction of Claims and Scheduled Amounts filed on April 22, 2022 as follows:

1.  On December 18, 2020, HARBOR POINTE filed three (3) separate Proof of Claims as follows:

////

////

////

---

1

RESPONSE OF CREDITOR, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. TO LIQUIDATING TRUSTEE'S FIRST NOTICE OF SATISFACTION OF CLAIMS AND SCHEDULED AMOUNTS

| Proof of Claim Number | Item # Exhibit A of Liquidating Trustee's First Notice of Satisfaction of Claims and Scheduled Amounts | Amount | Pending/Withdrawn |
|---|---|---|---|
| 272 | Item #95 | 58,856.77 | Satisfied - Claim Withdrawn 05.07.19 |
| 273 | Item #96 | 27,832.56 | Not Satisfied - Pending |
| 278 | Item #94 | 22,892.04 | Satisfied - Claim Withdrawn 05.07.19 |
| | | | |

2. The Liquidating Trustee's Report reflects that all three (3) of HARBOR POINTE's Proof of Claims, as referenced above, have been satisfied and/or settled (per Debtor's Records and Books) as "Fully Satisfied Claim" and/or "Fully Satisfied Amounts".

3. HARBOR POINTE'S Claim Number 273 for $27,832.56 has not been settled, nor has it been satisfied and remains outstanding.

4. Based on the foregoing, HARBOR POINTE hereby submits this written response to the Liquidating Trustee's Notice.

Dated: May 4, 2022

LAW OFFICE OF MITCHELL B. HANNAH

HALLIE D. HANNAH,
Attorney for Creditor HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC.

**RESPONSE OF CREDITOR, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. TO LIQUIDATING TRUSTEE'S FIRST NOTICE OF SATISFACTION OF CLAIMS AND SCHEDULED AMOUNTS**

## PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 370, Irvine, CA 92618.

On **May 4, 2022**, I served the foregoing documents described as **RESPONSE OF CREDITOR, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. TO LIQUIDATING TRUSTEE'S FIRST NOTICE OF SATISFACTION OF CLAIMS AND SCHEDULED AMOUNTS** on the interested parties in this action placing true and correct copies thereof as follows:

| | |
|---|---|
| Clerk of the United States Bankruptcy Court for the District of Delaware 824 North Market Street Wilmington, DE 19801 | Sills Cummis & Gross P.C. One Riverfront Plaza Newark, New Jersey 07102 Attn: Andrew Sherman, Esq. Brois Mankovetskiy, Esq. Lucas F. Hammonds, Esq. Gregory Kopacz, Esq. |
| Pachulski Stang Ziehl & Jones LLP 919 N. Market Street, 17th Floor Wilmington, DE 19801 Attn: Bradford J. Sandler, Esq. Andrew Caine, Esq. Colin R. Robinson, Esq. | |

On **May 4, 2022**, I caused the above-mentioned item to be placed in a separate sealed UPS envelopes addressed as reflected and to be delivered by overnight courier to the above listed parties.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on **May 4, 2022**, Irvine, California.

*/s/ Carol Faulkner*
CAROL FAULKNER

**MITCHELL B. HANNAH    CSB*138232**
**HALLIE D. HANNAH      CSB *158558**
LAW OFFICE OF MITCHELL B. HANNAH
100 Pacifica, Suite 370
Irvine, CA 92618
Telephone: (949) 477-9020
Facsimile : (949) 477-9080
email: mhannah@hannahlaw.com
email: hallie@hannahlaw.com

Attorneys for Creditor HARBOR POINTE AIR
CONDITIONING & CONTROL SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> PROMISE HEALTHCARE GROUP, LLC, et al. ) <br> ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No.: 18-12491 (CTG) <br><br> (Jointly Administered) <br><br> **RESPONSE OF CREDITOR, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. TO LIQUIDATING TRUSTEE'S FIRST NOTICE OF SATISFACTION OF CLAIMS AND SCHEDULED AMOUNTS** <br><br> Objection Deadline: May 6, 2022 at 4:00 p.m. (ET) |

Creditor, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. (hereinafter "HARBOR POINTE"), hereby responds to the Liquidating Trustee's First Notice of Satisfaction of Claims and Scheduled Amounts filed on April 22, 2022 as follows:

1.   On December 18, 2020, HARBOR POINTE filed three (3) separate Proof of Claims as follows:

////

////

////

1

| Proof of Claim Number | Item # Exhibit A of Liquidating Trustee's First Notice of Satisfaction of Claims and Scheduled Amounts | Amount | Pending/Withdrawn |
|---|---|---|---|
| 272 | Item #95 | 58,856.77 | Satisfied - Claim Withdrawn 05.07.19 |
| 273 | Item #96 | 27,832.56 | Not Satisfied - Pending |
| 278 | Item #94 | 22,892.04 | Satisfied - Claim Withdrawn 05.07.19 |
|  |  |  |  |

2.  The Liquidating Trustee's Report reflects that all three (3) of HARBOR POINTE's Proof of Claims, as referenced above, have been satisfied and/or settled (per Debtor's Records and Books) as "Fully Satisfied Claim" and/or "Fully Satisfied Amounts".

3.  HARBOR POINTE'S Claim Number 273 for $27,832.56 has not been settled, nor has it been satisfied and remains outstanding.

4.  Based on the foregoing, HARBOR POINTE hereby submits this written response to the Liquidating Trustee's Notice.

Dated: May 4, 2022               LAW OFFICE OF MITCHELL B. HANNAH

*[signature]*

HALLIE D. HANNAH,
Attorney for Creditor HARBOR POINTE AIR
CONDITIONING & CONTROL SYSTEMS, INC.

2

## PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Pacifica, Suite 370, Irvine, CA 92618.

On **May 4, 2022**, I served the foregoing documents described as **RESPONSE OF CREDITOR, HARBOR POINTE AIR CONDITIONING & CONTROL SYSTEMS, INC. TO LIQUIDATING TRUSTEE'S FIRST NOTICE OF SATISFACTION OF CLAIMS AND SCHEDULED AMOUNTS** on the interested parties in this action placing true and correct copies thereof as follows:

| | |
|---|---|
| Clerk of the United States Bankruptcy Court<br>for the District of Delaware<br>824 North Market Street<br>Wilmington, DE 19801 | Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Attn: Andrew Sherman, Esq.<br>Brois Mankovetskiy, Esq.<br>Lucas F. Hammonds, Esq.<br>Gregory Kopacz, Esq. |
| Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Attn: Bradford J. Sandler, Esq.<br>Andrew Caine, Esq.<br>Colin R. Robinson, Esq. | |

On **May 4, 2022**, I caused the above-mentioned item to be placed in a separate sealed UPS envelopes addressed as reflected and to be delivered by overnight courier to the above listed parties.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on **May 4, 2022**, Irvine, California.

*Carol Faulkner*
CAROL FAULKNER