THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]

Debtors.

---------------------------------------------------------------x

: Chapter 11
:
: Case No. 18-12491 (CTG)
:
: (Jointly Administered)
:
: **Re: D.I. 2655**

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that on May 18, 2022, Robert Michaelson of Advisory Trust Group, LLC, solely in his capacity as liquidating trustee and debtor representative (the "**Trustee**") of the Promise Healthcare Group Liquidating Trust (the "**Liquidating Trust**") appointed in the Chapter 11 cases (collectively, the "**Chapter 11 Cases**") of Promise Healthcare Group, LLC (together with its affiliated debtors in possession, the "**Debtors**"), by and through his counsel, DLA Piper LLP (US), submitted copies of proofs of claim to the chambers of the Honorable Judge Craig T Goldblatt in connection with *Trustee's Ninth (Substantive) Omnibus Objection to Claims [D.I. 2655; Filed 4/21/22]*.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

Parties in interest may obtain copies of the proofs of claim upon request to the Debtors' undersigned counsel. Additionally, copies of all of the filings in the Debtors' chapter 11 cases are available free of charge on the website of the Court-appointed claims and noticing agent in these chapter 11 cases, Kroll Restructuring Administration LLC, at www. https://cases.ra.kroll.com/promisehealthcaregroup.

| | |
|---|---|
| Dated: May 19, 2022 | **DLA PIPER LLP (US)** |
| Wilmington, Delaware | /s/ *Stuart M. Brown* |

Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
        matthew.sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Courtney Stone (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
        Courtney.Stone@wallerlaw.com
        Tyler.Layne@wallerlaw.com

*Attorneys for the Liquidating Trustee Robert Michaelson*