Ref: Promise Hospital Healthcare 05/20/2022
Group LLC, et al,
Case # 18-12491 (CTG)

FILED 2022 MAY 25 AM 9:25 CLERK OF BANKR...

Please Your Honor do not allow the Motion of Michael Sexton to witdraw as Counsel for Patrick Wassmann # 370.

It would be an impossible task to find any counsel within time frame.

Frankly no one is interested after the five years it's been since our child's injuries. We are his caregivers and devoted Parents. We need Mr. Sexton to complete the process

thank you!!
  The Wassmann family

Ref: Promise Hospital Healthcare Group LLC etal   05/22/2022
Case # 18-12491 (CCTG)

Dear Honorable Court:

FILED
2022 MAY 25  AM 9:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Our names are Patrick Wassmann Sr. and Constance Wassmann, our Son Patrick Wassmann Jr. was critically injured causing paraylization after suffering a cardiac arrest after an unneccasary procedure while in the care of "Promise Hospital." He was 25 yrs young.

It came to our attention May 17th 2022 that our hired counsel is asking your honor to withdraw as counsel.

In the years he has been representing our non verbal parapelgic 30 yr old son, he never sent any letter head explaining where the case was in Ligigation or where it was not. Occaisionally we would reach out and ask, and it was difficult to reach MR. Sexton. He did call

us requesting a fee for an expert witness. We never heard again that was a suprise to us that it was never used to hire the expert.

Mr. Sexton told us in march the case was over. We thought! He never sent letters to us. We thought it in our childs best interest to let the Bar Assocation know how the case was handled by Avard Law (Michael Sexton.)

In Mr Sextons request to you it seems the case is moving in the Judical system. We had no knowledge of that. Please make him continue representation.

Thank you, your Honor,
Constance and Patrick Wassmann Sr.

2427 NW 25th Street
Cape Coral, Fl 33993
#239-841-3893




USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PRIORITY EXPRESS®

SCAN ME



UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

FROM: (PLEASE PRINT)  PHONE ( )



Patrick Wassmann Jr
2427 NW 25th St
Cape Coral, FL 33993

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )

United States Bankruptcy
For Distric of Delaware
824 Market St. 3rd Floor.
Wilmington, DE. 19801

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER



LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

SCAN ME

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 33915
Date Accepted (MM/DD/YY): 5/23
Time Accepted: 11:11 ☐ AM ☐ PM
Weight: 2 lbs 10 ozs ☐ Flat Rate
Scheduled Delivery Date: 5/24
Scheduled Delivery Time: ☐ 6:00 PM
Postage: $26.95

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM
Employee Signature

Total Postage & Fees: $26.95

EI 375 359 435 US

33990 MAY 23,22
AMOUNT
$26.95
R2304M111540-7

1007
19801

SCAN ME