# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Promise Healthcare Group, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>Jointly Administered<br><br>**Related Docket No. 2708** |

## ORDER GRANTING MOTION OF MICHAEL SEXTON TO WITHDRAW AS COUNSEL FOR CREDITOR PATRICK WASSMAN, CLAIM # 370

Upon consideration of the *Motion to Withdraw as Counsel for Creditor Patrick Wassman, Claim # 370*, and for the reasons set forth on the record on June 1, 2022,

IT IS HEREBY ORDERED THAT,

1. The Motion is granted as provided herein;

2. Counsel Michael Sexton and his firm Avard Law Offices, PA, are withdrawn as counsel of record for the Creditor Patrick Wassman;

3. Any further action with respect to Claim # 370 is abated until 60 days after the entry of this Order. This abatement is provided to permit the Claimant to retain counsel to respond to the objection to the claim. Pursuant to this Court's Local Rule 9010-1(e)(iii), counsel need not be admitted to the Bar of the Delaware District Court to represent a client in this claims allowance dispute; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: June 1st, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**