# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Promise Healthcare Group, LLC, *et al.*, | Case No. 18-12491 (CTG) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 2708** |

## ORDER GRANTING MOTION OF MICHAEL SEXTON TO WITHDRAW AS COUNSEL FOR CREDITOR PATRICK WASSMAN, CLAIM # 370

Upon consideration of the *Motion to Withdraw as Counsel for Creditor Patrick Wassman, Claim # 370*, and for the reasons set forth on the record on June 1, 2022,

IT IS HEREBY ORDERED THAT,

1. The Motion is granted as provided herein;

2. Counsel Michael Sexton and his firm Avard Law Offices, PA, are withdrawn as counsel of record for the Creditor Patrick Wassman;

3. Any further action with respect to Claim # 370 is abated until 60 days after the entry of this Order. This abatement is provided to permit the Claimant to retain counsel to respond to the objection to the claim. Pursuant to this Court's Local Rule 9010-1(e)(iii), counsel need not be admitted to the Bar of the Delaware District Court to represent a client in this claims allowance dispute; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: June 1st, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

In re:  Case No. 18-12491-CTG
Promise Healthcare Group, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 15
Date Rcvd: Jun 01, 2022     Form ID: pdfgen     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 17477675 | + | Patrick Wassmann, 2427 NW 25th Street, Cape Coral, FL 33993-8265 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandre Ian Cornelius | on behalf of Attorney Alexandre Ian Cornelius cornelius@thecalaw.com  alex.cornelius100@gmail.com |
| Alexandre Ian Cornelius | on behalf of Creditor Efficient Management Resource Systems  Inc. cornelius@thecalaw.com, alex.cornelius100@gmail.com |
| Allen Etish | on behalf of Creditor PMA Insurance Group clmontana@earpcohn.com |
| Allison Axenrod | on behalf of Creditor CRG Financial  LLC aaxenrod@crgfinancial.com, allison@ecf.inforuptcy.com;notices@crgfinancial.com |
| Amanda R. Steele | on behalf of Interested Party Wells Fargo Bank  National Association steele@rlf.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |

Amy D. Brown
    on behalf of Interested Party Southland Management Group Inc. abrown@gsbblaw.com

Andrew H. Sherman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com

Andrew H. Sherman
    on behalf of Plaintiff Robert Michaelson asherman@sillscummis.com

Andrew I. Silfen
    on behalf of Interested Party AKF3 Yamato LLC silfen.andrew@arentfox.com, beth.brownstein@arentfox.com;jackson.toof@arentfox.com;lisa.indelicato@arentfox.com;andy.kong@arentfox.com;jordana.renert@arentfox.com;david.mayo@arentfox.com

Andrew R. Remming
    on behalf of Creditor Concordia Bank & Trust Company aremming@mnat.com andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Andrew W. Caine
    on behalf of Plaintiff Robert Michaelson acaine@pszyjw.com

Andrew W. Caine
    on behalf of Plaintiff Robert Michaelson of Advisory Trust Group LLC acaine@pszyjw.com

Anh Nguyen
    on behalf of Creditor Dell Financial Services LLC nguyen@slollp.com, rangel@slollp.com

Benjamin A. Hackman
    on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin Joseph Steele
    on behalf of Other Prof. Prime Clerk LLC ecf@primeclerk.com

Benjamin Joseph Steele
    on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele
    on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele
    on behalf of Other Prof. Prime Clerk LLC ecf@primeclerk.com

Beth M. Brownstein
    on behalf of Interested Party AKF3 Yamato LLC beth.brownstein@arentfox.com

Boris I. Mankovetskiy
    on behalf of Plaintiff Robert Michaelson bmankovetskiy@sillscummis.com

Boris I. Mankovetskiy
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bmankovetskiy@sillscummis.com

Bradford J. Sandler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com

Bradford J. Sandler
    on behalf of Creditor Committee Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com

Bradford J. Sandler
    on behalf of Debtor Promise Healthcare Group LLC bsandler@pszjlaw.com

Bradford J. Sandler
    on behalf of Plaintiff Robert Michaelson bsandler@pszjlaw.com

Bradford J. Sandler
    on behalf of Plaintiff Robert Michaelson of Advisory Trust Group LLC bsandler@pszjlaw.com

Brandon A. Brown
    on behalf of Creditor C. Randolph Tillman bbrown@gordonarata.com

Brandon Augustus Brown
    on behalf of Creditor C. Randolph Tillman bbrown@stewartrobbins.com bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;aleblanc@stewartrobbins.com;aleblanc@ecf.courtdrive.com

Brenna Anne Dolphin
    on behalf of Creditor C. Randolph Tillman bdolphin@polsinelli.com lsuprum@polsinelli.com

Brenna Anne Dolphin
    on behalf of Interested Party KND Real Estate 40 L.L.C. bdolphin@polsinelli.com, lsuprum@polsinelli.com

Brenna Anne Dolphin
    on behalf of Creditor Christopher H. Cheek bdolphin@polsinelli.com lsuprum@polsinelli.com

District/off: 0311-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 3 of 15
Date Rcvd: Jun 01, 2022　　　　　　　　　　　　Form ID: pdfgen　　　　　　　　　　　　Total Noticed: 1

| | |
|---|---|
| Brett D. Fallon | on behalf of Interested Party Dialysis Clinic Inc. brett.fallon@faegredrinker.com, beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com |
| Brett D. Fallon | on behalf of Interested Party AFG Investment Fund 5 LLC brett.fallon@faegredrinker.com, beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com |
| Brett D. Fallon | on behalf of Interested Party AGF Investment Fund 5 LLC brett.fallon@faegredrinker.com, beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com |
| Brian E Greer | on behalf of Interested Party Select Medical Corporation brian.greer@dechert.com brett.stone@dechert.com |
| Brian I Swett | on behalf of Interested Party Wells Fargo Bank National Association bswett@mcguirewoods.com, 2450533420@filings.docketbird.com |
| Brian M. Gottesman | on behalf of Creditor Theresa Williams bgottesman@gabellbeaver.com |
| Byron Z Moldo | on behalf of Defendant Southland Management Group Inc. bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com |
| Charles J. Brown, III | on behalf of Mediator Charles J. Brown III cbrown@gsbblaw.com |
| Christopher Murphy | on behalf of Creditor Texas Comptroller of Public Accounts bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov |
| Christopher Dean Loizides | on behalf of Defendant ITsavvy LLC loizides@loizides.com |
| Christopher Dean Loizides | on behalf of Creditor Midwest Emergency Department Services Inc. loizides@loizides.com |
| Christopher Dean Loizides | on behalf of Creditor Amparo Figueroa loizides@loizides.com |
| Christopher Dean Loizides | on behalf of Creditor Brett Elliot Drier in his Capacity as Personal Representative of the Estate of Beatrice M. Drier loizides@loizides.com |
| Christopher M. Samis | on behalf of Creditor Brett Elliot Drier in his Capacity as Personal Representative of the Estate of Beatrice M. Drier cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com |
| Christopher M. Samis | on behalf of Creditor Amparo Figueroa cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com |
| Christopher M. Samis | on behalf of Interested Party CAM-Mid America LLC and CAM-Dallas LLC, entities owned and managed by SWC Special Holdings, LLC cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com |
| Colin R. Robinson | on behalf of Plaintiff Robert Michaelson of Advisory Trust Group LLC crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Attorney Sills Cummis & Gross P.C. crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Plaintiff Robert Michaelson crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Liquidating Trustee Liquidating Trustee crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Committee Pachulski Stang Ziehl & Jones LLP crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Liquidating Trustee Robert Michaelson crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Financial Advisor Province Inc. crobinson@pszjlaw.com |
| Courtney K. Stone | on behalf of Debtor Promise Healthcare Group LLC john.tishler@wallerlaw.com, chris.cronk@wallerlaw.com |

Case 18-12491-CTG    Doc 2720    Filed 06/03/22    Page 5 of 16

| District/off: 0311-1 | User: admin | Page 4 of 15 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1 |

| | |
|---|---|
| Daniel C. Kerrick | on behalf of Creditor Healthcare Finance Partners Corp. dckerrick@dkhogan.com |
| Daniel C. Kerrick | on behalf of Creditor LABORATORY CORPORATION OF AMERICA dckerrick@dkhogan.com |
| Daniel I. Barness | on behalf of Creditor Doctors Infection Control Services Inc. Daniel@BarnessLaw.com, dibarness@yahoo.com |
| Daniel K. Hogan | on behalf of Creditor Healthcare Finance Partners Corp. dkhogan@dkhogan.com, gdurstein@dkhogan.com, |
| David B. Anthony | on behalf of Creditor Marlynda Miller danthony@bergerharris.com mnicholls@bergerharris.com |
| David E. Lemke | on behalf of Creditor Ally Bank david.lemke@wallerlaw.com chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;Melissa.jones@wallerlaw.com |
| David M. Klauder | on behalf of Interested Party Bio-Medical Application of Florida Inc. dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Klauder | on behalf of Interested Party RCG Mississippi Inc. dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Klauder | on behalf of Interested Party Fresenius Medical Care Wichita Falls LLC dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Klauder | on behalf of Interested Party Bio-Medical Applications of Louisiana LLC dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Klauder | on behalf of Interested Party Bio-Medical Applications of Louisiana L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com |
| David Ryan Slaugh | on behalf of Interested Party LADMC LLC rslaugh@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| David Ryan Slaugh | on behalf of Creditor Brett Elliot Drier in his Capacity as Personal Representative of the Estate of Beatrice M. Drier rslaugh@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| David Ryan Slaugh | on behalf of Creditor Amparo Figueroa rslaugh@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| David S. Rubin | on behalf of Interested Party Baton Rouge General Medical Center drubin@kswb.com |
| David T Queroli | on behalf of Interested Party Wells Fargo Bank National Association Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David W deBruin | on behalf of Creditor Renal Treatment Center - West Inc. ddebruin@gawthrop.com, codonnell@gawthrop.com |
| Dennis A. Meloro | on behalf of Defendant MModal Services LTD. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Dennis A. Meloro | on behalf of Interested Party TGC LL8 LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Dennis A. Meloro | on behalf of Defendant 3M Health Information Systems Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Dennis A. Meloro | on behalf of Defendant 3M Company melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Derek C. Abbott | on behalf of Defendant Concentric Healthcare Solutions LLC dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Domenic E. Pacitti | on behalf of Interested Party City National Bank of Florida dpacitti@klehr.com |
| Douglas Schneller | on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com |
| Eboney Cobb | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 15 |
| Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party City of Wichita Falls  Wichita Falls Independent School District and Wichita County ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Edward H. Tillinghast, III | on behalf of Creditor Spectrum a/k/a Charter Communications  Inc. etillinghast@sheppardmullin.com, ny-docketing@sheppardmullin.com;mdriscoll@sheppardmullin.com;4205994420@filings.docketbird.com;NBhatt@sheppardmullin.com |
| Eric J. Monzo | on behalf of Creditor AKF3 Yamato  LLC emonzo@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Eric J. Monzo | on behalf of Creditor PFRS Yamato Corporation emonzo@morrisjames.com wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Eric J. Monzo | on behalf of Interested Party IHC Health Services  Inc. emonzo@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Erin R Fay | on behalf of Interested Party Freedom Medical  Inc. efay@bayardlaw.com, kmccloskey@bayardlaw.com |
| Evan C. Hollander | on behalf of Creditor Howard Koslow echollander@orrick.com |
| Evan T. Miller | on behalf of Creditor Southern Textile Services LLC emiller@bayardlaw.com  kmccloskey@bayardlaw.com |
| Florence Bonaccorso-Saenz | on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov |
| Frank F. McGinn | on behalf of Creditor Iron Mountain Information Management  LLC ffm@bostonbusinesslaw.com |
| Geoffrey G. Grivner | on behalf of Creditor Nautilus Insurance Company geoffrey.grivner@bipc.com sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com |
| Gregory Joseph Flasser | on behalf of Interested Party Freedom Medical  Inc. gflasser@bayardlaw.com, kmccloskey@bayardlaw.com |
| Gregory W. Hauswirth | on behalf of Defendant IV Access  Inc. ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dtomko@ch-legal.com;jbeers@ch-legal.com;ksteenland@ch-legal.com |
| Heather Berkowitz | on behalf of Creditor ASM Capital X LLC asm@asmcapital.com |
| Helen Elizabeth Weller | on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com |
| Ian Connor Bifferato | on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal  mstewart@tbf.legal;mferraro@tbf.legal |
| Ian J Bambrick | on behalf of Creditor Roche Diagnostics Corporation ian.bambrick@faegredrinker.com  rokeysha.ramos@faegredrinker.com |
| Jason A. Gibson | on behalf of Creditor Medline Industries  Inc. gibson@teamrosner.com |
| Jason Custer Powell | on behalf of Creditor Abbott Laboratories Inc. jpowell@delawarefirm.com  dtroiano@delawarefirm.com |
| Jason Daniel Angelo | on behalf of Creditor Blue Cross and Blue Shield of Texas jangelo@reedsmith.com glauer@reedsmith.com;jmarcolini@reedsmith.com |
| Jay L Welford | on behalf of Creditor Varilease Finance  Inc. jwelford@jaffelaw.com, ttorni@jaffelaw.com |
| Jay L Welford | on behalf of Creditor VFI KR SPE I  LLC jwelford@jaffelaw.com, ttorni@jaffelaw.com |
| Jennifer R. Hoover | on behalf of Creditor Alamo Mobile X-Ray & EKG Services  Inc. jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jeremy A. Oliver | on behalf of Debtor Promise Healthcare Group  LLC jeremy.oliver@wallerlaw.com, icenter3@wallerlaw.com |
| Jeremy A. Oliver | |

Case 18-12491-CTG    Doc 2720    Filed 06/03/22    Page 7 of 16

| District/off: 0311-1 | User: admin | Page 6 of 15 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Robert Michaelson jeremy.oliver@wallerlaw.com icenter3@wallerlaw.com |
| Jeremy William Ryan | on behalf of Interested Party LADMC LLC jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| John C. Roy | on behalf of Interested Party Texas Health and Human Services Commission casey.roy@oag.texas.gov |
| John Henry Knight | on behalf of Interested Party Wells Fargo Bank National Association knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com |
| John P. Dillman | on behalf of Creditor Harris County houston_bankruptcy@publicans.com |
| Joseph Corrigan | on behalf of Creditor Iron Mountain Information Management LLC Bankruptcy2@ironmountain.com |
| Joseph Grey | on behalf of Creditor Ally Bank jgrey@crosslaw.com |
| Joseph Charles Barsalona II | on behalf of Creditor Concordia Bank & Trust Company jbarsalona@mnat.com joseph--barsalona-5332@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Joseph Charles Barsalona II | on behalf of Interested Party Hospital C-Suite Consultants Inc. jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Joseph H. Huston, Jr. | on behalf of Creditor Healthcare Services Group Inc. jhh@stevenslee.com |
| Joseph P. Titone | on behalf of Attorney Our Lady of the Lake Hospital Inc. jpt@bswllp.com |
| Justin Cory Falgowski | on behalf of Creditor National Health Investors Inc. jfalgowski@burr.com |
| Justin R. Alberto | on behalf of Interested Party Freedom Medical Inc. jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Dade Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Success Healthcare 2 LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor St. Alexius Properties LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Salt Lake Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP Properties of Vidalia LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Properties of Shreveport LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Rejuvenation Center at The Villages Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Overland Park Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor HLP of Los Angeles LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Properties of Dade Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Skilled Nursing Facility of Wichita Falls Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Healthcare Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | on behalf of Debtor Promise Hospital of Dallas Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |

District/off: 0311-1                         User: admin                              Page 7 of 15
Date Rcvd: Jun 01, 2022                      Form ID: pdfgen                          Total Noticed: 1

Kaitlin MacKenzie
 on behalf of Debtor Promise Hospital of Phoenix Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Skilled Nursing Facility of Overland Park Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Vidalia Real Estate Partners LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor HLP Properties at The Villages Holdings LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Professional Rehabilitation Hospital L.L.C. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Success Healthcare 1 LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor HLP HealthCare Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Hospital of East Los Angeles L.P. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Properties of Lee Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Hospital of Lee Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Behavioral Health Hospital of Shreveport Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor LH Acquisition LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor HLP of Shreveport Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Bossier Land Acquisition Corp. kaitlin.mackenzie@us.dlapiper.com cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Hospital of Ascension Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor St. Alexius Hospital Corporation #1 kaitlin.mackenzie@us.dlapiper.com cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor HLP Properties at The Villages L.L.C. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor PHG Technology Development and Services Company Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor HLP Properties Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Hospital of Florida at The Villages Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Healthcare of California Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Rejuvenation Centers Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Healthcare Group LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Healthcare #2 LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie
 on behalf of Debtor Promise Hospital of Louisiana Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com

Kaitlin MacKenzie

| | |
|---|---|
| | on behalf of Debtor PH-ELA  Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |
| | on behalf of Debtor Quantum Health  Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |
| | on behalf of Debtor Success Healthcare  LLC kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |
| | on behalf of Debtor Quantum Properties  L.P. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |
| | on behalf of Debtor Promise Hospital of Wichita Falls  Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |
| | on behalf of Debtor Promise Hospital of Baton Rouge  Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |
| | on behalf of Debtor Promise Healthcare Holdings  Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Kaitlin MacKenzie | |
| | on behalf of Debtor Promise Hospital of Vicksburg  Inc. kaitlin.mackenzie@us.dlapiper.com, cathy.greer@faegredrinker.com |
| Karen B. Skomorucha Owens | |
| | on behalf of Creditor Howard Koslow kowens@ashbygeddes.com |
| Kate R. Buck | |
| | on behalf of Creditor Southern California Edison Company kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Aetna Health Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Florida Power & Light Company kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor American Electric Power kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Southern California Gas Company kbuck@mccarter.com |
| Katherine M Cook | |
| | on behalf of Interested Party Our Lady of the Lake Hospital  Inc. Katherine.Cook@bswllp.com |
| Kenneth J. Ottaviano | |
| | on behalf of Creditor Credit Value Partners  L.P. kottaviano@blankrome.com |
| Kenneth K. Wang | |
| | on behalf of Creditor California Department of Health Care Services kenneth.wang@doj.ca.gov |
| Kerri K. Mumford | |
| | on behalf of Interested Party Strategic Global Management  Inc. mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com |
| Kerri K. Mumford | |
| | on behalf of Interested Party KPC Promise Healthcare  LLC mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com |
| Kevin Gross | |
| | on behalf of Mediator Kevin Gross gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Kevin G. Collins | |
| | on behalf of Defendant Strategic Global Management  Inc. kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Interested Party KPC Promise Healthcare  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Interested Party KPC Promise Hospital of Dallas  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Interested Party KPC Promise Hospital of Overland Park  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Defendant KPC Promise Healthcare  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Interested Party Strategic Global Management  Inc. kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Interested Party KPC Promise Hospital of Wichita Falls  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin M. Capuzzi | |

Case 18-12491-CTG    Doc 2720    Filed 06/03/22    Page 10 of 16

| District/off: 0311-1 | User: admin | Page 9 of 15 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1 |

    on behalf of Creditor Alamo Mobile X-Ray & EKG Services Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
    on behalf of Creditor Ronald Amoroso Sr. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Creditor Marian Wethey kmann@crosslaw.com smacdonald@crosslaw.com

Kroll Restructuring Administration LLC
    info@ra.kroll.com

Layla Milligan
    on behalf of Interested Party Texas Health and Human Services Commission layla.milligan@oag.texas.gov

Linda J. Casey
    on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov

Lisa R. Hatfield
    on behalf of Creditor Webb Shade Memorial Fund lhatfield@sterneisenberg.com deecf@sterneisenberg.com;bkecf@sterneisenberg.com

Lucian Borders Murley
    on behalf of Creditor AmeriHealth Caritas Louisiana Inc. luke.murley@saul.com, robyn.warren@saul.com

Marc Wayne Judice
    on behalf of Creditor Judice & Adley APLC mwj@judice-adley.com

Mark Minuti
    on behalf of Creditor Cigna HealthCare of Florida Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor Connecticut General Life Insurance Company mark.minuti@saul.com robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor Cigna HealthCare of Arizona Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor CIGNA Behavioral Health Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor Cigna HealthCare of California Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor Cigna HealthCare of St. Louis Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor Cigna HealthCare of Texas Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark Pfeiffer
    on behalf of Creditor Nautilus Insurance Company mark.pfeiffer@bipc.com donna.curcio@bipc.com

Mark W. Eckard
    on behalf of Defendant National Staffing Solutions LLC meckard@reedsmith.com, jmarcolini@reedsmith.com

Mary Harris Rose
    on behalf of Interested Party Strategic Global Management Inc. mrose@buchalter.com

Matthew Rifino
    on behalf of Creditor Aetna Health Inc. mrifino@mccarter.com kmcdonnell@mccarter.com

Matthew B. Harvey
    on behalf of Interested Party Mary Ann Cowen mharvey@mnat.com matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew P. Austria
    on behalf of Defendant Interstate Rehabilitation Services LLC maustria@austriallc.com

Matthew P. Austria
    on behalf of Defendant CONTINUUM MEDICAL ASSOCIATES A PROFESSIONAL MEDICAL CORPORATION maustria@austriallc.com

Matthew P. Austria
    on behalf of Creditor Dell Financial Services LLC maustria@austriallc.com

Matthew P. Austria
    on behalf of Creditor California Physicians' Service dba Blue Shield of California maustria@austriallc.com

Matthew R Pierce
    on behalf of Interested Party Strategic Global Management Inc. Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com

Matthew R Pierce

District/off: 0311-1 | User: admin | Page 10 of 15
Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party KPC Promise Healthcare LLC Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com |
| Matthew R Pierce | |
| | on behalf of Defendant Willis-Knighton Medical Center Pierce@lrclaw.com Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;snyder@lrclaw.com |
| Matthew Steven Sarna | |
| | on behalf of Liquidating Trustee Robert Michaelson matthew.sarna@us.dlapiper.com matthew-sarna-0643@ecf.pacerpro.com |
| Maxim B. Litvak | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors mlitvak@pszjlaw.com |
| Megan Preusker | |
| | on behalf of Interested Party Silver Lake Debtors mpreusker@mwe.com |
| Michael G. Busenkell | |
| | on behalf of Defendant Southland Management Group Inc. mbusenkell@gsbblaw.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Shellee Renaud mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Darren Brown mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Richard Brown Jr. mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Derek Brown mjoyce@mjlawoffices.com |
| Michael L. Vild | |
| | on behalf of Creditor Lee Memorial Health System mvild@crosslaw.com smacdonald@crosslaw.com |
| Morton R. Branzburg | |
| | on behalf of Interested Party City National Bank of Florida mbranzburg@klehr.com jtaylor@klehr.com |
| Natasha M. Songonuga | |
| | on behalf of Debtor Promise Healthcare Group LLC nsongonuga@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Natasha M. Songonuga | |
| | on behalf of Health Care Ombudsman Melanie L. Cyganowski nsongonuga@gibbonslaw.com nmitchell@gibbonslaw.com |
| Paige Barr Tinkham | |
| | on behalf of Creditor Credit Value Partners L.P. ptinkham@blankrome.com, gfaulkner@blankrome.com |
| Paige Noelle Topper | |
| | on behalf of Interested Party Mary Ann Cowen ptopper@mnat.com brendan-cornely-7012@ecf.pacerpro.com |
| Pamela K. Webster | |
| | on behalf of Creditor Buchalter A Professional Corporation pwebster@buchalter.com, smartin@buchalter.com |
| Paul Douglas Stewart, Jr. | |
| | on behalf of Creditor Christopher H. Cheek dstewart@stewartrobbins.com dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;aleblanc@stewartrobbins.com;aleblanc@ecf.courtdrive.com |
| Paul Douglas Stewart, Jr. | |
| | on behalf of Creditor C. Randolph Tillman dstewart@stewartrobbins.com dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;aleblanc@stewartrobbins.com;aleblanc@ecf.courtdrive.com |
| Paul S. Arrow | |
| | on behalf of Interested Party Strategic Global Management Inc. parrow@buchalter.com, smartin@buchalter.com |
| R. Stephen McNeill | |
| | on behalf of Creditor Brett Elliot Drier in his Capacity as Personal Representative of the Estate of Beatrice M. Drier rmcneill@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| R. Stephen McNeill | |
| | on behalf of Interested Party LADMC LLC bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| R. Stephen McNeill | |
| | on behalf of Creditor Amparo Figueroa rmcneill@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| Raeann C Warner | |
| | on behalf of Attorney Teresa Phelps raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | |
| | on behalf of Attorney Bret Bergstrom raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |

District/off: 0311-1 User: admin Page 11 of 15
Date Rcvd: Jun 01, 2022 Form ID: pdfgen Total Noticed: 1

| | |
|---|---|
| Raeann C Warner | on behalf of Attorney Jeremy Anderson raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Mauri Montierth raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Rebecca Adams deceased raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Bart Bergstrom raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Raeann C Warner | on behalf of Attorney Connie Tait deceased raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com |
| Ralph Ascher | on behalf of Interested Party Southland Management Group Inc. ralphascher@aol.com |
| Robert Lapowsky | on behalf of Creditor Healthcare Services Group Inc. rl@stevenslee.com |
| Robert M. Hirsh | on behalf of Creditor Medline Industries Inc. rhirsh@lowenstein.com, jrenert@lowenstein.com |
| Robert S. Brady | on behalf of Interested Party Select Medical Corporation bankfilings@ycst.com |
| Robert S. Brady | on behalf of Interested Party Lexmark Holdings LLC bankfilings@ycst.com |
| Ronald J. Drescher | on behalf of Creditor MedCoast Medservices Inc. dba MedCoast Ambulance ecfdrescherlaw@gmail.com, 284@notices.nextchapterbk.com,ron@clegolftour.com |
| S. Alexander Faris | on behalf of Creditor Frederick and Erika Pringley bankfilings@ycst.com |
| S. Alexander Faris | on behalf of Creditor Ruben Gonzalez bankfilings@ycst.com |
| Sabrina L. Streusand | on behalf of Creditor Dell Financial Services LLC streusand@slollp.com, prentice@slollp.com |
| Scott J. Leonhardt | on behalf of Creditor Medline Industries Inc. leonhardt@teamrosner.com |
| Sean M. Brennecke | on behalf of Interested Party Michael S. Webb M.D. sbrennecke@klehr.com, state@klehr.com |
| Sean T. Greecher | on behalf of Interested Party Select Medical Corporation bankfilings@ycst.com |
| Seth B. Shapiro | on behalf of Creditor United States Department of Health and Human Services and the Centers for Medicare & Medicaid Services seth.shapiro@usdoj.gov |
| Shannon Dougherty Humiston | on behalf of Creditor Southern California Edison Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Southern California Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor American Electric Power shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Florida Power & Light Company shumiston@mccarter.com |
| Sheryl L. Moreau | on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov |
| Stephen D. Wheelis | on behalf of Creditor Concordia Bank & Trust Company steve@wheelis-rozanski.com jennifer@wheelis-rozanski.com |
| Steven Walsh | on behalf of Interested Party Symphony Diagnostic Services No. 1 SWalsh@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |

| | |
|---|---|
| Steven G. Polard | on behalf of Other Prof. Jeong Lee steven.polard@ropers.com loriann.zullo@ropers.com,calendar-lao@ropers.com,anthony.arriola@ropers.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Overland Park  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Ascension  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Louisiana  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP of Shreveport  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Quantum Health  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor PHG Technology Development and Services Company  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Properties of Lee  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP Properties at The Villages Holdings  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP Properties  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Dallas  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Professional Rehabilitation Hospital  L.L.C. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor LH Acquisition  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Counter-Defendant Robert Michaelson stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Rejuvenation Centers  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Success Healthcare  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Success Healthcare 1  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Healthcare Group  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Skilled Nursing Facility of Overland Park  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Properties of Shreveport  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Plaintiff Promise Healthcare  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Healthcare of California  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP HealthCare  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Plaintiff HLP of Los Angeles  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Vidalia Real Estate Partners  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Phoenix  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |

District/off: 0311-1 | User: admin | Page 13 of 15
Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1

| | |
|---|---|
| Stuart M. Brown | on behalf of Debtor Quantum Properties  L.P. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP of Los Angeles  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Salt Lake  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Plaintiff Success Healthcare 1  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Plaintiff Robert Michaelson stuart.brown@dlapiper.com stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor St. Alexius Hospital Corporation #1 stuart.brown@dlapiper.com stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Liquidating Trustee Robert Michaelson stuart.brown@dlapiper.com stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Rejuvenation Center at The Villages  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP Properties of Vidalia  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of East Los Angeles  L.P. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Wichita Falls  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Skilled Nursing Facility of Wichita Falls  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Baton Rouge  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor PH-ELA  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Interested Party Stuart M. Brown stuart.brown@dlapiper.com stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Bossier Land Acquisition Corp. stuart.brown@dlapiper.com stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Florida at The Villages  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Healthcare #2  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Properties of Dade  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Success Healthcare 2  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Lee  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Behavioral Health Hospital of Shreveport  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor St. Alexius Properties  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Dade  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Hospital of Vicksburg  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor Promise Healthcare Holdings  Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |

Case 18-12491-CTG   Doc 2720   Filed 06/03/22   Page 15 of 16

| District/off: 0311-1 | User: admin | Page 14 of 15 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1 |

| | |
|---|---|
| Stuart M. Brown | on behalf of Debtor Promise Healthcare Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Plaintiff Success Healthcare LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | on behalf of Debtor HLP Properties at The Villages L.L.C. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Tara L. Lattomus | on behalf of Creditor PRIDEGLOBAL delawarebankruptcy@eckertseamans.com tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com |
| Thomas Rice | on behalf of Creditor KCI USA Inc. trice@pulmanlaw.com, mvilla@pulmanlaw.com |
| Thomas E. Hanson, Jr. | on behalf of Defendant KPC Promise Healthcare LLC thanson@btlaw.com, mcecilio@btlaw.com |
| Thomas E. Hanson, Jr. | on behalf of Defendant Strategic Global Management Inc. thanson@btlaw.com, mcecilio@btlaw.com |
| Thomas G. Macauley | on behalf of Defendant Brendan Bakir bk@macdelaw.com |
| Thomas G. Macauley | on behalf of Defendant Surgical Program Development LLC bk@macdelaw.com |
| Thomas J. Polis | on behalf of Interested Party Pacific National Group tom@polis-law.com |
| Thomas M. Horan | on behalf of Creditor Surgical Program Development LLC thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com |
| Timothy Swanson | on behalf of Creditor DaVita Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com |
| Timothy Swanson | on behalf of Creditor Renal Treatment Center - West Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com |
| Tyler Layne | on behalf of Debtor Promise Healthcare Group LLC tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com;Tina.boone@wallerlaw.com |
| Tyler Layne | on behalf of Plaintiff Success Healthcare 1 LLC tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com;Tina.boone@wallerlaw.com |
| Tyler Layne | on behalf of Plaintiff Promise Healthcare Inc. tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com;Tina.boone@wallerlaw.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Victoria A. Guilfoyle | on behalf of Interested Party CVP SPV LLC Series I guilfoyle@blankrome.com |
| Victoria A. Guilfoyle | on behalf of Creditor Credit Value Partners L.P. guilfoyle@blankrome.com |
| Victoria A. Guilfoyle | on behalf of Interested Party FP Offshore Ltd. f/k/a Founding Partners Global Fund Inc. guilfoyle@blankrome.com |
| Victoria A. Guilfoyle | on behalf of Interested Party CVP SPV LLC Series III guilfoyle@blankrome.com |
| Ward W. Benson | on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |
| William E. Chipman, Jr. | on behalf of Interested Party Estate of Roberto Rodriguez chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com |
| William E. Chipman, Jr. | on behalf of Interested Party Maria Cordova as Guardian Ad Litem for Alexander Cordova chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com |
| William F. Taylor, Jr. | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 15 of 15 |
| Date Rcvd: Jun 01, 2022 | Form ID: pdfgen | Total Noticed: 1 |

| | |
|---|---|
| William F. Taylor, Jr. | on behalf of Creditor Southern California Edison Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Southern California Gas Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor American Electric Power bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Florida Power & Light Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William P. Smith | on behalf of Interested Party Silver Lake Debtors wsmith@mwe.com |
| William Pierce Bowden | on behalf of Creditor Howard Koslow wbowden@ashby-geddes.com ahrycak@ashbygeddes.com |

TOTAL: 341