| | |
|---|---|
| Dan McAllister<br>San Diego County Tax Collector<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | FILED<br>2022 JUN 21  AM 9:02<br>CLERK<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| **UNITED STATES BANKRUPTCY COURT**<br>District of Delaware<br>824 Market St N. 3rd Floor<br>Wilmington, DE 19801 | |
| In Re:<br><br>**Promise Healthcare Group LLC**<br>999Yamato Road 3rd Floor<br>Boca Ranton, FL 33431 | BANKRUPTCY NO.: 18-12491/18-12497 |

## NOTICE OF SATISFACTION OF CLAIM BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA

**YOU ARE HEREBY NOTIFIED** that Dan McAllister, San Diego County Treasurer-Tax Collector, submits a SATISFACTION OF CLAIM. Claim NO. 1710, filed on 1/28/2020 for bill number 472-400-25-00 has been satisfied.

Dated: 06/13/2022

/s/ Jose Muñoz
_____
Jose Muñoz (Senior TTC Specialist)

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On June 13, 2022, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

**Stuart M. Brown**
**DLA Piper LLP (US)**
1201 N. Market St. Ste 2100
Wilmington, DE 19801

**Clerk's Office**
824 N Market St. 3rd Floor
Wilmington, DE 19801

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Jose Muñoz, declare that I am employed in the office at whose direction this mailing is made. Executed on June 13, 2022, in San Diego, California.

_____
Jose Muñoz

**DAN McALLISTER**
COUNTY TREASURER-TAX COLLECTOR
SAN DIEGO COUNTY ADMINISTRATION CENTER
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CALIFORNIA 92101-2477



UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market St N. 3rd Floor
Wilmington, DE 19801



FIRST-CLASS MAIL
AUTO
neopost
06/14/2022
US POSTAGE $000.46¹
ZIP 92123
041M12252320



EBAQSAB 19801