**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TPC GROUP INC., *et al.*, | § | Case No. 22-10493 (CTG) |
| | § | |
| Debtors. [1] | § | (Jointly Administered) |
| | § | |
| | § | |

**AFFIDAVIT OF SERVICE**

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 27, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Notice of Agenda for Hearing Scheduled for June 29, 2022 at 1:00 p.m. (ET) [Docket No. 302]

On June 27, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit B**; and (2) via first class mail on Trafigura Trading LLC (MMLID: 13320650) 5 Houston Center, 1401 Mckinney Street, Suite 1500 Houston, TX 77010 and Trafigura Trading LLC (MMLID: 13321202) c/o Kinder Morgan, 906 Clinton Dr Galena Park, TX 77547:

- Debtors' Motion for Entry of an Order (I) Approving the Debtors Assumption of a Sales Contract with Trafigura Trading, LLC and (II) Granting Related Relief [Docket No. 308]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

Dated: June 29, 2022

*/s/ Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 29, 2022, by Alain B. Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 62390

**Exhibit A**

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Wells Fargo Vendor Financial Services LLC fka GE Capital Information Technology Solutions | A Ricoh USA Program f/d/b/a IKON Financial Services | Attn: Christine R. Etheridge | Bankruptcy@Leasingconnection.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr., Lacy M. Lawrence | mbrimmage@akingump.com<br>llawrence@akingump.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin, Abid Qureshi, Arik Preis, Naomi Moss, Edan Lisovicz | pdublin@akingump.com<br>aqureshi@akingump.com<br>apreis@akingump.com<br>nmoss@akingump.com<br>elisovicz@akingump.com |
| Counsel to Debtors | Baker Botts L.L.P. | Attn: David R. Eastlake, Lauren N. Randle | david.eastlake@bakerbotts.com<br>lauren.randle@bakerbotts.com |
| Counsel to Debtors | Baker Botts L.L.P. | Attn: James R. Prince, Kevin Chiu | jim.prince@bakerbotts.com<br>kevin.chiu@bakerbotts.com |
| Counsel to Debtors | Baker Botts L.L.P. | Attn: Scott R. Bowling | scott.bowling@bakerbotts.com |
| Counsel to Mockingbird Credit Opportunities Company | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Gregory W. Werkheiser | gwerkheiser@beneschlaw.com |
| Counsel to Turn 2 Specialty Companies, LLC | Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscomblaw.com |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Brent Coon & Associates | Attn: Brent Coon, Eric Newell | brent@bcoonlaw.com<br>eric_newell@bcoonlaw.com |
| Counsel for Johnny Reed | Cain & Skarnulis PLLC | Attn: Ryan E. Chapple | rchapple@cstrial.com |
| Counsel for United Steelworkers | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com<br>mwoods@cwsny.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc., et al. | Cole Schotz P.C. | Attn: Justin Alberto, Patrick J. Reilley, Andrew Roth-Moore | jalberto@coleschotz.com<br>preilley@coleschotz.com<br>aroth-moore@coleschotz.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Kathy Jennings | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept | statetreasurer@state.de.us |
| Delaware U.S. Attorney | Delaware U.S. Attorney | Attn: President or General Counsel | USADE.Press@usdoj.gov |
| Counsel to Turner Industries Group, LLC | Donohue Patrick & Scott, PLLC | Attn: Kirk A. Patrick III | kpatrick@dps-law.com |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral agent | Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq. | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com |
| Counsel to Easton Energy Pipelines LLC | Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick, Jaclyn C. Marasco | Ian.bambrick@faegredrinker.com<br>Jaclyn.marasco@faegredrinker.com |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Farrar & Ball LLP | Attn: William R. Ogden | bill@fbtrial.com |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Ferguson Law Firm, LLP | Attn: Mark C. Sparks, Jane S. Leger, Paul F. Ferguson Jr., Cody A. Dishon | mark@thefergusonlawfirm.com<br>jleger@thefergusonlawfirm.com<br>cferguson@thefergusonlawfirm.com<br>cdishon@thefergusonlawfirm.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral agent | Foley & Lardner LLP | Attn: Alissa M. Nann, Esq. & Samantha Ruppenthal, Esq. | anann@foley.com sruppenthal@foley.com |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral agent | Foley & Lardner LLP | Attn: Mark L. Radtke, Esq. | mradtke@foley.com |
| Counsel to Clean Harbors Industrial Services Inc. | Gibbons P.C. | Attn: Christopher Viceconte | cviceconte@gibbonslaw.com |
| Counsel to Clean Harbors Industrial Services Inc. | Gibbons P.C. | Attn: Dale E. Barney | dbarney@gibbonslaw.com |
| Counsel for Eclipse Business Capital LLC, as Administrative Agent and Collateral Agent for the ABL DIP Loans | Goldberg Kohn Ltd. | Attn: Dimitri G. Karcazes, Prisca M. Kim, Nicole P. Bruno | dimitri.karcazes@goldbergkohn.com prisca.kim@goldbergkohn.com nicole.bruno@goldbergkohn.com |
| Counsel for Johnny Reed | Goldstein & Mcclintock LLLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Counsel to the ABL Agent and Bank of America, N.A. | Haynes & Boone, LLP | Attn: Charles A. Beckham, Jr., Tim Johnston | charles.beckham@haynesboone.com Tim.Johnston@haynesboone.com |
| Counsel for Bank of America, N.A. | Haynes & Boone, LLP | Attn: J. Frasher Murphy, Thomas J. Zavala | frasher.murphy@haynesboone.com tom.zavala@haynesboone.com |
| Counsel for TPC Group Litigation Plaintiffs | Hogan McDaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel | dkhogan@dkhogan.com gfmcdaniel@dkhogan.com |
| Counsel to Cokinos Energy Corporation | Hunton Andrews Kurth LLP | Attn: Jason W. Harbour | jharbour@huntonak.com |
| Counsel to Indorama Ventures Oxides LLC and Indorama Ventures Olefins LLC | Husch Blackwell LLP | Attn: Randall A. Rios, Timothy A. Million | randy.rios@huschblackwell.com tim.million@huschblackwell.com |
| Counsel for Chevron Phillips Chemical Company LP | Jones Walker LLP | Attn: Laura F. Ashley | lashley@joneswalker.com |
| Counsel to the Supporting Sponsors | Latham & Watkins LLP | Attn: George A. Davis and David A. Hammerman | george.davis@lw.com david.hammerman@lw.com |
| Counsel to Kinder Morgan Texas Pipeline, LLC | Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt | patti@pprewittlaw.com |
| Counsel to Kinder Morgan Pipeline, L.P., Kinder Morgan Texas Pipeline, L.P. | Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt | Patti@pprewittlaw.com |
| Counsel for United Steelworkers | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Dallas County and Gregg County | Linebarger Goggan Blair & Sampson, LLP | Attn: Laurie A. Spindler | dallas.bankruptcy@lgbs.com |
| Counsel to Cypress-Fairbanks ISD, Polk County, Harris County, Jefferson County, Texas City ISD, Galveston County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to BASF TOTAL Petrochemicals LLC | Lowenstein & Sandler LLP | Attn: Wojciech F. Jung | wjung@lowenstein.com |
| Counsel to Southern Chemical Corp. | McCarter & English, LLP | Attn: Kate R. Buck | kbuck@mccarter.com |
| Counsel to Pine Tree Independent School District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon | lgordon@mvbalaw.com |
| Counsel to GLAS USA LLC and GLAS Americas LLC | Morris James LLP | Attn: Eric J. Monzo, Brya M. Keilson, Jason S. Levin | emonzo@morrisjames.com bkeilson@morrisjames.com |
| Counsel to Debtors | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Curtis S. Miller | RDehney@morrisnichols.com CMiller@morrisnichols.com |
| Counsel to the Texas Commission on Environmental Quality | Office of the Attorney General of Texas | Attn: Jason B. Binford & Abigail R. Ryan | Jason.Binford@oag.texas.gov Abigail.Ryan@oag.texas.gov |
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Richard L. Schepacarter, Rosa Sierra-Fox | richard.schepacarter@usdoj.gov rosa.sierra@usdoj.gov |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to NOVA Chemicals Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa, Jr., Mariya Naulo | rdaversa@orrick.com<br>mnaulo@orrick.com |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns | ljones@pszjlaw.com<br>tcairns@pszjlaw.com |
| Counsel to the Ad Hoc Noteholder Group | Paul Hastings LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Kenneth Pasquale, Erez E. Gilad, Gabriel E. Sasson | krishansen@paulhastings.com<br>joncanfield@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com |
| Pension Benefit Guaranty Corporation ("PBGC") | PBGC Office of the General Counsel | Attn: Danielle E. Rodriguez, Arthur C. Osueke | Rodriguez.Danielle1@pbgc.gov<br>Osueke.Arthur2@pbgc.gov<br>efile@pbgc.gov |
| Counsel to Galena Park Independent School District, Pasadena Independent School District, Clear Creek Independent School District, City Of Houston, Chambers County, Barbers Hill Independent School District, City Of Mt Belvieu, La Porte Independent School District, City Of La Porte And Spring Branch Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Counsel for Shintech Inc. | Porter Hedges LLP | Attn: Joshua W. Wolfshohl | jwolfshohl@porterhedges.com |
| Counsel for Eclipse Business Capital LLC, as Administrative Agent and Collateral Agent for the ABL DIP Loans | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Aaron H. Stulman | astulman@potteranderson.com<br>jryan@potteranderson.com |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP | Attn: David M. Hillman, Michael T. Mervis, Joshua A. Esses | DHillman@proskauer.com<br>MMervis@proskauer.com<br>JEsses@proskauer.com |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP | Attn: Peter J. Young | PYoung@proskauer.com |
| Counsel to GLAS USA LLC and GLAS Americas LLC | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Conrad K. Chiu | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>cchiu@pryorcashman.com |
| Counsel for Bank of America, N.A. | Richard, Layton & Finger, P.A. | Attn: Mark D. Collins, Zachary I. Shapiro | collins@rlf.com<br>shapiro@rlf.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Counsel to the Ad Hoc Group of Non-Consenting Noteholders | Selendy Gay Elsberg PLLC | Attn: Jennifer Selendy, Andrew R. Dunlap, Oscar Shine, Max H. Siegel | jselendy@selendygay.com<br>adunlap@selendygay.com<br>oshine@selendygay.com<br>msiegel@selendygay.com |
| Counsel to Westlake Chemical OpCo LP, Lyondell Chemical Company and Equistar Chemicals, LP | Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C. | Attn: Mark S. Finkelstein | mfinkelstein@smfadlaw.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Mockingbird Credit Opportunities Company | Sidley Austin LLP | Attn: Charles M. Persons, Maegan Quejada | cpersons@sidley.com<br>mquejada@sidley.com |
| Counsel to Southern Chemical Corp. | Spence, Desenberg & Lee, PLLC | Attn: Ross Spence | ross@sdllaw.com |
| Counsel to Westlake Chemical OpCo LP, Lyondell Chemical Company and Equistar Chemicals, LP | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |
| Counsel for TPC Group Litigation Plaintiffs | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Peter C. D'Apice | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Counsel to The Dow Chemical Company | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| Counsel for Formosa Plastics Corporation, Texas | Troutman Pepper Hamilton Sanders LLP | Attn: Henry J. Jaffe, Marcy J. McLaughlin Smith | henry.jaffe@troutman.com<br>marcy.smith@troutman.com |
| United States Environmental Protection Agency | U.S. Department of Justice | Attn: Asia A. McNeil-Womack | Asia.McNeil-Womack@usdoj.gov |
| United States Environmental Protection Agency | U.S. Department of Justice | Attn: Richard Gladstein | Richard.Gladstein@usdoj.gov |
| United States Environmental Protection Agency | U.S. Department of Justice | Attn: Richard Gladstein, Asia A. McNeil-Womack | Richard.Gladstein@usdoj.gov<br>Asia.McNeil-Womack@usdoj.gov |
| Counsel for United Steelworkers | United Steelworkers | Attn: Nathan Kilbert | nkilbert@usw.org |
| US Attorney for the District of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel for The Dow Chemical Company | Warner Norcross & Judd LLP | Attn: Rozanne M. Giunta | rgiunta@wnj.com |
| Counsel to Easton Energy Pipelines LLC | Wilkie Farr & Gallagher LLP | Attn: Jeffrey D. Pawlitz, Matthew V. Dunn | jpawlitz@willkie.com<br>mdunn@willkie.com |
| Counsel to Kinder Morgan Texas Pipeline, LLC | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | kevin.mangan@wbd-us.com |
| Counsel to Turn 2 Specialty Companies, LLC | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Lisa Bittle Tancredi | kevin.mangan@wbd-us.com<br>lisa.tancredi@wbd-us.com |
| Counsel for the Ad Hoc Noteholder Group | Young Conaway Stargatt & Taylor LLP | Attn: Matthew B. Lunn, Robert F. Poppiti, Jr. | bankfilings@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com |

## Exhibit B

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wells Fargo Vendor Financial Services LLC fka GE Capital Information Technology Solutions | A Ricoh USA Program f/d/b/a IKON Financial Services | Attn: Christine R. Etheridge P.O. Box 13708 Macon GA 31208-3708 | Bankruptcy@Leasingconnection.com | Email |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | Attn: Benny Agosto, Jr 800 Commerce St. Houston TX 77002 | | First Class Mail |
| Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr., Lacy M. Lawrence 2300 N. Field St., Suite 2300 Dallas TX 75201 | mbrimmage@akingump.com llawrence@akingump.com | Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin, Abid Qureshi, Arik Preis, Naomi Moss, Edan Lisovicz One Bryant Park New York NY 10036 | pdublin@akingump.com aqureshi@akingump.com apreis@akingump.com nmoss@akingump.com elisovicz@akingump.com | Email |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Bailey Cowan Heckaman PLLC | Attn: Aaron M. Heckaman 5555 San Felipe St., Ste. 900 Houston TX 77056 | | First Class Mail |
| Counsel to Debtors | Baker Botts L.L.P. | Attn: David R. Eastlake, Lauren N. Randle 910 Louisiana Street Houston TX 77002 | david.eastlake@bakerbotts.com lauren.randle@bakerbotts.com | Email |
| Counsel to Debtors | Baker Botts L.L.P. | Attn: James R. Prince, Kevin Chiu 2001 Ross Avenue, Suite 900 Dallas TX 75201-2980 | jim.prince@bakerbotts.com kevin.chiu@bakerbotts.com | Email |
| Counsel to Debtors | Baker Botts L.L.P. | Attn: Scott R. Bowling 30 Rockefeller Plaza New York NY 10112 | scott.bowling@bakerbotts.com | Email |
| Counsel to Mockingbird Credit Opportunities Company | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Gregory W. Werkheiser 1313 N. Market St Suite 1201 Wilmington DE 19801 | gwerkheiser@beneschlaw.com | Email |
| Counsel to Turn 2 Specialty Companies, LLC | Branscomb PLLC | Attn: Patrick H. Autry Lockhill Crossing, Suite 206 4630 North Loop 1604 W. San Antonio TX 78249 | pautry@branscomblaw.com | Email |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Brent Coon & Associates | Attn: Brent Coon, Eric Newell 215 Orleans Street Beaumont TX 77701 | brent@bcoonlaw.com eric_newell@bcoonlaw.com | Email |
| Counsel for Johnny Reed | Cain & Skarnulis PLLC | Attn: Ryan E. Chapple 303 Colorado Street, Suite 2850 Austin TX 78701 | rchapple@cstrial.com | Email |
| Counsel for United Steelworkers | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods 900 Third Avenue 21st Floor New York NY 10036 | rseltzer@cwsny.com mwoods@cwsny.com | Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors of TPC Group Inc., et al. | Cole Schotz P.C. | Attn: Justin Alberto, Patrick J. Reilley, Andrew Roth-Moore 500 Delaware Avenue, Suite 1410 Wilmington DE 19801 | jalberto@coleschotz.com preilley@coleschotz.com aroth-moore@coleschotz.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Kathy Jennings Carvel State Office Bldg 820 N French St 6th Fl Wilmington DE 19801 | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton 820 N French St Wilmington DE 19801 | FASNotify@state.de.us | Email |

In re: TPC Group Inc., et al.
Case No. 22-10493 (CTG)

Page 1 of 6

Exhibit B

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | Email |
| Delaware U.S. Attorney | Delaware U.S. Attorney | Attn: President or General Counsel<br>Hercules Building<br>1313 N Market Street<br>Wilmington DE 19801 | USADE.Press@usdoj.gov | First Class Mail and Email |
| Counsel to Turner Industries Group, LLC | Donohue Patrick & Scott, PLLC | Attn: Kirk A. Patrick III<br>450 Laurel Street<br>Suite 1600<br>Baton Rouge LA 70801 | kpatrick@dps-law.com | Email |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral  agent | Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq.<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington DE 19801 | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Counsel to Easton Energy Pipelines LLC | Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick, Jaclyn C. Marasco<br>222 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | Ian.bambrick@faegredrinker.com<br>Jaclyn.marasco@faegredrinker.com | Email |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Farrar & Ball LLP | Attn: William R. Ogden<br>1117 Herkimer Street<br>Houston TX 77008 | bill@fbtrial.com | Email |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Ferguson Law Firm, LLP | Attn: Mark C. Sparks, Jane S. Leger, Paul F. Ferguson Jr., Cody A. Dishon<br>350 Pine Street<br>Suite 1440<br>Beaumont TX 77701 | mark@thefergusonlawfirm.com<br>jleger@thefergusonlawfirm.com<br>cferguson@thefergusonlawfirm.com<br>cdishon@thefergusonlawfirm.com | Email |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral  agent | Foley & Lardner LLP | Attn: Alissa M. Nann, Esq. & Samantha Ruppenthal, Esq.<br>90 Park Avenue<br>New York NY 10016 | anann@foley.com<br>sruppenthal@foley.com | Email |
| Counsel to U.S. Bank Trust Company, National Association, as indenture trustee and collateral  agent | Foley & Lardner LLP | Attn: Mark L. Radtke, Esq.<br>321 North Clark Street, Suite 3000<br>Chicago IL 60665 | mradtke@foley.com | Email |
| Counsel to Clean Harbors Industrial Services Inc. | Gibbons P.C. | Attn: Christopher Viceconte<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801 | cviceconte@gibbonslaw.com | Email |
| Counsel to Clean Harbors Industrial Services Inc. | Gibbons P.C. | Attn: Dale E. Barney<br>One Gateway Center<br>Newark NJ 07102-5310 | dbarney@gibbonslaw.com | Email |
| Counsel for Eclipse Business Capital LLC, as Administrative Agent and Collateral Agent for the ABL DIP Loans | Goldberg Kohn Ltd. | Attn: Dimitri G. Karcazes, Prisca M. Kim, Nicole P. Bruno<br>55 East Monroe Street<br>Suite 3300<br>Chicago IL 60603-5792 | dimitri.karcazes@goldbergkohn.com<br>prisca.kim@goldbergkohn.com<br>nicole.bruno@goldbergkohn.com | Email |
| Counsel for  Johnny Reed | Goldstein & Mcclintock LLLP | Attn: Maria Aprile Sawczuk<br>501 Silverside Road, Suite 65<br>Wilmington DE 19809 | marias@goldmclaw.com | Email |
| Counsel to the ABL Agent and Bank of America, N.A. | Haynes & Boone, LLP | Attn: Charles A. Beckham, Jr., Tim Johnston<br>1221 McKinney Street, Suite 4000<br>Houston TX 77010 | charles.beckham@haynesboone.com<br>Tim.Johnston@haynesboone.com | Email |
| Counsel for Bank of America, N.A. | Haynes & Boone, LLP | Attn: J. Frasher Murphy, Thomas J. Zavala<br>2323 Victory Avenue, Suite 700<br>Dallas TX 75219 | frasher.murphy@haynesboone.com<br>tom.zavala@haynesboone.com | Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for TPC Group Litigation Plaintiffs | Hogan McDaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel<br>1311 Delaware Avenue<br>Wilmington DE 19806 | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com | Email |
| Counsel to Cokinos Energy Corporation | Hunton Andrews Kurth LLP | Attn: Jason W. Harbour<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond VA 23219 | jharbour@huntonak.com | Email |
| Counsel to Indorama Ventures Oxides LLC and Indorama Ventures Olefins LLC | Husch Blackwell LLP | Attn: Randall A. Rios, Timothy A. Million<br>600 Travis St., Suite 2350<br>Houston TX 77002 | randy.rios@huschblackwell.com<br>tim.million@huschblackwell.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel for Chevron Phillips Chemical Company LP | Jones Walker LLP | Attn: Laura F. Ashley<br>201 St. Charles Avenue<br>49th Floor<br>New Orleans LA 70170 | lashley@joneswalker.com | Email |
| Counsel to the Supporting Sponsors | Latham & Watkins LLP | Attn: George A. Davis and David A. Hammerman<br>1271 Avenue of the Americas<br>New York NY 10020 | george.davis@lw.com<br>david.hammerman@lw.com | Email |
| Counsel to Kinder Morgan Texas Pipeline, LLC | Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota TX 77868 | patti@pprewittlaw.com | Email |
| Counsel to Kinder Morgan Pipeline, L.P., Kinder Morgan Texas Pipeline, L.P. | Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt<br>2456 FM 112<br>Taylor TX 76574 | Patti@pprewittlaw.com | Email |
| Counsel for United Steelworkers | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman<br>919 N. Market Street<br>Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to Dallas County and Gregg County | Linebarger Goggan Blair & Sampson, LLP | Attn: Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Cypress-Fairbanks ISD, Polk County, Harris County, Jefferson County, Texas City ISD, Galveston County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to BASF TOTAL Petrochemicals LLC | Lowenstein & Sandler LLP | Attn: Wojciech F. Jung<br>1251 Avenue of the Americas<br>New York NY 10020 | wjung@lowenstein.com | Email |
| Counsel to Southern Chemical Corp. | McCarter & English, LLP | Attn: Kate R. Buck<br>405 N. King Street<br>8th Floor<br>Wilmington DE 19801 | kbuck@mccarter.com | Email |
| Counsel to Pine Tree Independent School District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon<br>P. O. Box 1269<br>Round Rock TX 78680 | lgordon@mvbalaw.com | Email |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Mitchell A. Toups, Ltd. | Attn: Mitchell A. Toups<br>2615 Calder Ave., Ste. 400<br>Beaumont TX 77702 | | First Class Mail |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to GLAS USA LLC and GLAS Americas LLC | Morris James LLP | Attn: Eric J. Monzo, Brya M. Keilson, Jason S. Levin<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| Counsel to Debtors | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Curtis S. Miller<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington DE 19899-1347 | RDehney@morrisnichols.com<br>CMiller@morrisnichols.com | Email |
| Counsel to the Texas Commission on Environmental Quality | Office of the Attorney General of Texas | Attn: Jason B. Binford & Abigail R. Ryan<br>Bankruptcy & Collections Division<br>P. O. Box 12548- MC 008<br>Austin TX 78711-2548 | Jason.Binford@oag.texas.gov<br>Abigail.Ryan@oag.texas.gov | Email |
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Richard L. Schepacarter, Rosa Sierra-Fox<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | richard.schepacarter@usdoj.gov<br>rosa.sierra@usdoj.gov | First Class Mail and Email |
| Counsel to NOVA Chemicals Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa, Jr., Mariya Naulo<br>51 West 52nd Street<br>New York NY 10019-6142 | rdaversa@orrick.com<br>mnaulo@orrick.com | Email |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Email |
| Counsel to the Ad Hoc Noteholder Group | Paul Hastings LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Kenneth Pasquale, Erez E. Gilad, Gabriel E. Sasson<br>200 Park Avenue<br>New York NY 10166 | krishansen@paulhastings.com<br>joncanfield@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Email |
| Pension Benefit Guaranty Corporation ("PBGC") | PBGC Office of the General Counsel | Attn: Danielle E. Rodriguez, Arthur C. Osueke<br>1200 K Street, N.W.<br>Washington DC 20005 | Rodriguez.Danielle1@pbgc.gov<br>Osueke.Arthur@pbgc.gov<br>efile@pbgc.gov | Email |
| Counsel to Galena Park Independent School District, Pasadena Independent School District, Clear Creek Independent School District, City Of Houston, Chambers County, Barbers Hill Independent School District, City Of Mt Belvieu, La Porte Independent School District, City Of La Porte And Spring Branch Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel for Shintech Inc. | Porter Hedges LLP | Attn: Joshua W. Wolfshohl<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | jwolfshohl@porterhedges.com | Email |
| Counsel for Eclipse Business Capital LLC, as Administrative Agent and Collateral Agent for the ABL DIP Loans | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Aaron H. Stulman<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801-3700 | astulman@potteranderson.com<br>jryan@potteranderson.com | Email |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP | Attn: David M. Hillman, Michael T. Mervis, Joshua A. Esses<br>Eleven Times Square<br>New York NY 10036 | DHillman@proskauer.com<br>MMervis@proskauer.com<br>JEsses@proskauer.com | Email |
| Counsel for the Ad Hoc Group of Non-Consenting Noteholders | Proskauer Rose LLP | Attn: Peter J. Young<br>2029 Century Park East, Suite 2400<br>Los Angeles CA 90067-3010 | PYoung@proskauer.com | Email |
| Plaintiffs' Co-Lead Counsel for the TPC Group Litigation Plaintiffs | Provost Umphrey Law Firm | Attn: Edward Fisher<br>490 Park Street<br>Beaumont TX 77701 | | First Class Mail |
| Counsel to GLAS USA LLC and GLAS Americas LLC | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Conrad K. Chiu<br>7 Times Square<br>New York NY 10036 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>cchiu@pryorcashman.com | Email |

Exhibit B

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Bank of America, N.A. | Richard, Layton & Finger, P.A. | Attn: Mark D. Collins, Zachary I. Shapiro<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>shapiro@rlf.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulelvard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to the Ad Hoc Group of Non-Consenting Noteholders | Selendy Gay Elsberg PLLC | Attn: Jennifer Selendy, Andrew R. Dunlap, Oscar Shine, Max H. Siegel<br>1290 Avenue of the Americas<br>New York NY 10104 | jselendy@selendygay.com<br>adunlap@selendygay.com<br>oshine@selendygay.com<br>msiegel@selendygay.com | Email |
| Counsel to Westlake Chemical OpCo LP, Lyondell Chemical Company and Equistar Chemicals, LP | Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C. | Attn: Mark S. Finkelstein<br>1001 McKinney Street<br>Suite 1100<br>Houston TX 77002-6424 | mfinkelstein@smfadlaw.com | Email |
| Counsel to Mockingbird Credit Opportunities Company | Sidley Austin LLP | Attn: Charles M. Persons, Maegan Quejada<br>2021 McKinney Avenue<br>Suite 2000<br>Dallas TX 75201 | cpersons@sidley.com<br>mquejada@sidley.com | Email |
| Counsel to Southern Chemical Corp. | Spence, Desenberg & Lee, PLLC | Attn: Ross Spence<br>1770 St. James Place<br>Suite 625<br>Houston TX 77056 | ross@sdllaw.com | Email |
| Counsel to Westlake Chemical OpCo LP, Lyondell Chemical Company and Equistar Chemicals, LP | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr.<br>919 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | joseph.huston@stevenslee.com | Email |
| Counsel for TPC Group Litigation Plaintiffs | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Peter C. D'Apice<br>2323 Bryan Street<br>Suite 2200<br>Dallas TX 75201 | esserman@sbep-law.com<br>dapice@sbep-law.com | Email |
| Counsel to The Dow Chemical Company | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 North Market Street<br>Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel for Formosa Plastics Corporation, Texas | Troutman Pepper Hamilton Sanders LLP | Attn: Henry J. Jaffe, Marcy J. McLaughlin Smith<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19801 | henry.jaffe@troutman.com<br>marcy.smith@troutman.com | Email |
| United States Environmental Protection Agency | U.S. Department of Justice | Attn: Asia A. McNeil-Womack<br>Environmental Enforcement Section<br>150 M Street, N.E. Rm 2.900<br>Washington DC 20002 | Asia.McNeil-Womack@usdoj.gov | Email |
| United States Environmental Protection Agency | U.S. Department of Justice | Attn: Richard Gladstein<br>Environmental Enforcement Section<br>150 M Street, N.E. Rm 6111<br>Washington DC 20002 | Richard.Gladstein@usdoj.gov | Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Environmental Protection Agency | U.S. Department of Justice | Attn: Richard Gladstein, Asia A. McNeil-Womack<br>Environmental Enforcement Section<br>P.O. Box 7611<br>Washington DC 20044-7611 | Richard.Gladstein@usdoj.gov<br>Asia.McNeil-Womack@usdoj.gov | Email |
| Counsel for United Steelworkers | United Steelworkers | Attn: Nathan Kilbert<br>60 Boulevard of the Allies<br>Room 807<br>Pittsburgh PA 15222 | nkilbert@usw.org | Email |
| US Attorney for the District of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | Email |
| Counsel for The Dow Chemical Company | Warner Norcross & Judd LLP | Attn: Rozanne M. Giunta<br>715 E. Main Street, Suite 110<br>Midland MI 48640 | rgiunta@wnj.com | Email |
| Counsel to Easton Energy Pipelines LLC | Wilkie Farr & Gallagher LLP | Attn: Jeffrey D. Pawlitz, Matthew V. Dunn<br>787 Seventh Avenue<br>New York NY 10019 | jpawlitz@willkie.com<br>mdunn@willkie.com | Email |
| Counsel to Kinder Morgan Texas Pipeline, LLC | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan<br>1313 North Market Street<br>Suite 1200<br>Wilmington DE 19801 | kevin.mangan@wbd-us.com | Email |
| Counsel to Turn 2 Specialty Companies, LLC | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Lisa Bittle Tancredi<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | kevin.mangan@wbd-us.com<br>lisa.tancredi@wbd-us.com | Email |
| Counsel for the Ad Hoc Noteholder Group | Young Conaway Stargatt & Taylor LLP | Attn: Matthew B. Lunn, Robert F. Poppiti, Jr.<br>1000 North King Street<br>Wilmington DE 19801 | bankfilings@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com | Email |