# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1]

Debtors.

-------------------------------------------------------------x

:   Chapter 11
:
:   Case No. 18-12491 (CTG)
:
:   (Jointly Administered)
:
:

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## *ZOOM* HEARING ON JULY 27, 2022 AT 10:00 A.M. (ET)

## THIS HEARING HAS BEEN CANCELLED
## WITH THE PERMISSION OF THE COURT.

## MATTERS BEING ADJOURNED:

1.  Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting Related Relief [D.I. 2276; Filed 1/20/21].

    **Response Deadline:** February 3, 2021 at 4:00 p.m. (ET). Extended to March 15, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

**Related Documents:**

A.    Declaration of Donna Lee Talbot in Support of Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting related Relief [D.I. 2277; Filed 01/20/21].

B.    Declaration of Stuart M. Brown in Support of Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting related Relief [D.I. 2278; Filed 01/20/21].

**Responses Received**:  None.

**Status:**  This matter is being adjourned to allow the parties to work on resolving the issues without Court intervention.

2.    First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2297; Filed 3/8/21].

**Response Deadline:** March 22, 2021 at 4:00 p.m. (ET).  Extended for Surgical Program Development, LLC to April 23, 2021 pending discussions to resolve and will be adjourned to a future date.

**Related Documents:**

A.    Certification of Counsel Regarding First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2352; Filed 4/26/21].

B.    Order Sustaining First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2366; Filed 5/3/21].

**Responses Received**:  None.

**Status**:  An order was entered for this matter, however the objection to the claim of Surgical Program Development, LLC is adjourned while the parties continue to work towards resolution.

3.    Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [DI 2380; Filed 5/17/21].

**Response Deadline:** June 1, 2021 at 4:00 p.m. (ET).

2

**Related Documents:**

A.     Notice of Submission of Proof of Claim re Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [D.I. 2385; Filed 5/21/21].

B.     Notice of Withdrawal of Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims, Solely as It Relates to the Claims of Stanley Grabish and Richard Cohen [D.I. 2394; Filed 6/15/21].

C.     Certification of Counsel Regarding Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [DI 2397; Filed 6/21/21].

D.     Order Sustaining Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [DI 2399; Filed 6/22/21].

**Responses Received**:

A.     Response of Southland Management Group, Inc. to the Liquidating Trustee's Sixth Omnibus Objection (Substantive) to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [D.I. 2391; Filed 6/1/21]

**Status:**  This matter is adjourned with respect to (i) Oracle America, Inc. and (ii) Southland Management Group, Inc. while the parties continue to work towards resolution.

4.     Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2528; Filed 10/15/21].

**Response Deadline:** October 29, 2021 at 4:00 p.m. (ET).

**Related Documents:**

A.     Notice of Submission of Proof of Claim in Connection with the Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2531; Filed 10/20/21].

B.      Notice of Withdrawal of Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims, SOLELY AS IT RELATES TO THE CLAIM OF AMERIHEALTH CARITAS LOUISIANA, INC. [D.I. 2580; Filed 11/5/21].

C.      Certification of Counsel Regarding Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2583; Filed 11/12/21].

D.      Order Sustaining Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2584; Filed 11/15/21].

**Responses Received**:  None.

**Status:**  This matter is adjourned with respect to (i) State of California, (ii) Suzanne K. Sterling, and (iii) Utah Dept. of Health, Health Care Financing to allow the parties to work toward a resolution without Court intervention.

5.      Trustee's Ninth (Substantive) Omnibus Objection to Claims [D.I. No. 2655; Filed 4/21/22].

**Response Deadline:** April 21, 2022 at 4:00 p.m. (ET).

**Related Documents:**

A.      Notice of Submission of Proofs of Claim [D.I. 2709; Filed 5/19/22].

B.      Certificate of No Objection Regarding Trustee's Ninth (Substantive) Omnibus Objection to Claims [D.I. 2711; Filed 5/26/22].

C.      Order Sustaining Trustee's Ninth (Substantive) Omnibus Objection to Claims [D.I. 2712; Filed 5/26/22].

**Responses Received**:

A.      Response to Objection to Claim (Gonzalez) [D.I. 2702; Filed 5/4/22].

B.      Response to Objection to Claim (Wassman) [D.I. 2703; Filed 5/4/22].

**Status:**  This matter is adjourned with respect to (i) Gonzalez and (ii) Wassman while the parties continue to work towards resolution.

## MATTERS WITH CERTIFICATIONS OF COUNSEL (CNO/COC):

6.      Motion to Approve Settlement Agreement Between the Promise Healthcare Liquidating Trust and SA Hospital Acquisition Group LLC [D.I. 2724; Filed 7/19/22].

**Response Deadline:** July 5, 2022 at 4:00 p.m. (ET).

**Related Documents:**

A.      Certificate of No Objection Regarding Motion to Approve Settlement Agreement Between the Promise Healthcare Liquidating Trust and SA Hospital Acquisition Group LLC [D.I. 2727; Filed 07/14/22].

B.      Order Approving Settlement Agreement Between the Promise Healthcare Liquidating Trust and SA Hospital Acquisition Group LLC [D.I. 2728; Filed 07/15/22].

**Responses Received**:  None.

**Status:**  An order has been entered for this matter, therefore, no hearing is necessary.

Dated: July 21, 2022          **DLA PIPER LLP (US)**
          Wilmington, Delaware

                    /s/ Stuart M. Brown
                    Stuart M. Brown (#4050)
                    Kaitlin W. MacKenzie (#5924)
                    Matthew S. Sarna (#6578)
                    1201 N. Market Street, Suite 2100
                    Wilmington, DE 19801
                    Telephone: (302) 468-5700
                    Facsimile: (302) 394-2341
                    Email: stuart.brown@us.dlapiper.com
                           matthew.sarna@us.dlapiper.com
                           kaitlin.MacKenzie@us.dlapiper.com

                    -and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Courtney Stone (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
  Courtney.Stone@wallerlaw.com
  Tyler.Layne@wallerlaw.com

*Attorneys for the Liquidating Trustee Robert Michaelson*

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
  bsandler@pszjlaw.com
  crobinson@pszjlaw.com

-and-

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
  bmankovetskiy@sillscummis.com

*Counsel to the Liquidating Trustee*

EAST\194252881.2