## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

:     Chapter 11

In re:     :

:     Case No. 18-12491 (CTG)

PROMISE HEALTHCARE GROUP, LLC,     :

*et al.*,[1]     :     (Jointly Administered)

: 

Debtors.     :     **Related D.I.: 1956**

: 

---------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BY AND BETWEEN THE TRUSTEE AND FANNIE THOMAS, SANDRA JONES, AND CHARLEYANN WILLIAMS REGARDING PARTIAL LIFTING OF THE PLAN INJUNCTIONS

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as counsel to Robert Michaelson of Advisory Trust Group, LLC, in his capacity as Debtor Representative and Liquidating Trustee (the "***Trustee***") of the estates of Promise Healthcare Group, LLC and its debtor affiliates (collectively, the "***Debtors***"), hereby certifies the following:

1.     Fannie Thomas, Sandra Jones, and Charleyann Williams (individually and collectively the "***Claimant***", and together with the Trustee, the "***Parties***") has filed a lawsuit

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

against Promise Hospital LTAC, Case No. C-67838725, in the 19th Judicial District Court of Louisiana, East Baton Rouge Parish (the "***Lawsuit***"). Claimant's Lawsuit is subject to and enjoined by the injunctions contained in the *Second Amended Joint Plan of Liquidation* [D.I. 1956], confirmed by the Court on September 17, 2020.

2.      The Parties have entered into the *Stipulation by and Between the Trustee and Fannie Thomas, Sandra Jones, and Charleyann Williams Regarding Partial Lifting of the Plan Injunctions* (the "***Stipulation***"), which is annexed as **Exhibit 1** to the Proposed Order (defined below), pursuant to which, among other terms, the Claimant may only collect any final judgment or settlement against any Debtor from the applicable insurance policies of the Debtors and not from the Debtors, their estates, the Trustee or the Liquidating Trust and under no circumstances shall the Debtors, the estates, the Trustee, or the Liquidating Trust pay or be responsible for the payment of any amounts owed or awarded in connection with the Lawsuit or the defense thereof. The proposed order with the attached Stipulation, to which the Parties have agreed, is attached hereto as **Exhibit A** (the "***Proposed Order***").

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order, substantially in the form of the Proposed Order, approving the Stipulation, and grant such other and further relief as the Court deems just and proper.

Dated: September 27, 2022

DLA PIPER LLP (US)

/s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com
         Matthew.Sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
Tyler N. Layne (admitted *pro hac vice*)
Courtney K. Stone (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Tyler.Layne@wallerlaw.com
         Courtney.Stone@wallerlaw.com

*Attorneys for the Trustee*