# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC<br><br>                Debtors. | )<br>)  Chapter 7<br>)<br>)  Case No. 18-12491 (CTG)<br>)<br>)  (Jointly Administered)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ANDREW W. CAINE AND REQUEST TO BE REMOVED FROM ECF NOTIFICATION AND SERVICE LISTS

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Andrew W. Caine of Pachulski Stang Ziehl & Jones LLP hereby withdraws his appearance and requests removal from any further ECF notification and service lists in the above-referenced action.

Dated: October 26, 2022
       Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Andrew W. Caine*
Andrew W. Caine (CA Bar No. 110345)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  jpomerantz@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

-and-

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
The Legal Center
One Riverfront Plaza
Newark, NJ  07102
Telephone:  (973) 643-7000

Facsimile:  (973) 642-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel to the Liquidating Trustee*