IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*, | Case No. 18-12491 (CTG) (Jointly Administered) |
| Debtors. | |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| April 18, 2023 (Omnibus Hearing) | 11:00 a.m. prevailing Eastern Time |

Dated: March 6th, 2023
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:235373.4 72551/002