# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP LLC, *et al.*, | Case No. 18-12491 (CTG) |
| Reorganized Debtors. | (Jointly Administered) |

## ORDER TO SHOW CAUSE WHY CLAIM #370 SHOULD BE DISALLOWED

A claims objection hearing is scheduled for March 21, 2023, on claim #370. As the Court understands it, the plan provides that the liquidating trust may object to the allowance of any claim, but that the question of allowance is otherwise governed by Section 502 of the Bankruptcy Code. Counsel for the liquidating trustee is directed to be prepared to address the questions: (a) whether that understanding of the terms of the plan is correct; (b) if so, whether, as of the petition date, the claimant held a claim on which the statute of limitations had not yet run, and, (c) if so, whether (in light of the directive of section 502 of the Bankruptcy Code) that is sufficient reason to render it inappropriate to grant summary judgment in favor of the liquidating trustee on the pending claim objection.

Dated: March 15, 2023

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE