| | |
|---|---|
| Dan McAllister<br>San Diego County Tax Collector<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | FILED<br>2023 MAR 20 AM 10: 47<br>CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| **UNITED STATES BANKRUPTCY COURT**<br>District of Delaware<br>824 Market St N. 3rd Floor<br>Wilmington, DE 19801 | |
| In Re:<br><br>**Promise Healthcare Group LLC**<br>999 Yamato Road 3rd Floor<br>Boca Ranton, FL 33431 | BANKRUPTCY NO.: 18-12491/18-12497  CTG |

## NOTICE OF SATISFACTION OF CLAIM BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA

**YOU ARE HEREBY NOTIFIED** that Dan McAllister, San Diego County Treasurer-Tax Collector, submits a SATISFACTION OF CLAIM. Claim NO. 535, filed on 02/13/2019 for bill number's 472-400-25-00, 472-400-26-00, and 472-400-27-00 have been satisfied.

Dated: 03/15/2023

/s/ Damaris Villalobos
_____
Damaris Villalobos (TTC Specialist)

DAN McALLISTER
TREASURER-TAX COLLECTOR
ATTENTION: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101
Telephone (619) 531-5209
Facsimile (619) 685-2589

## Attachment

1. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim based on any further assessment of property taxes or investigation/audit of property taxes associated with the named debtor(s) in this bankruptcy case.

2. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim in accordance with any applicable federal and state law, including, but not limited to, modifying the claim as an administrative expense under 11 U.S.C. § 503, as a secured claim under 11 U.S.C. § 506, and as a priority unsecured claim under 11 U.S.C. § 507 throughout the administration of this bankruptcy case.

3. The San Diego County Treasurer-Tax Collector reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim under 11 U.S.C. § 507(a)(8)(B) in the event that the value of the collateral, to which secures the San Diego County Treasurer-Tax Collector's claim, be determined to be less than the amount of the secured claim or should the San Diego County Treasurer-Tax Collector's lien be avoided in whole or in part.

4. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim to add additional penalties and interest if legally permissible under the California Revenue & Tax Code, Bankruptcy Code, and other applicable state and federal law.

5. The San Diego County Treasurer-Tax Collector reserves the right to assess legal fees and costs incurred after this proof of claim is filed, if such fees and costs are legally permissible under applicable state and federal law.

6. This attachment shall not be deemed as a waiver of any rights or remedies which are not expressly reserved.

1

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On March 15, 2023, I served the within SATISFACTION OF CLAIM on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

**Linda J. Casey**

Office of United States Trustee

844 King Street

Suite 2207

Wilmington, DE 19801

**Stuart M. Brown**

DLA Piper LLP (US)

1201 North Market Street

Suite 2100

Wilmington, DE 19801

**Clerk's Office**

District of Delaware Bankruptcy Court

824 Market St. N. 3rd Floor

Wilmington, DE 19801

☒ **BY REGULAR MAIL:**    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:**    I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Damaris Villalobos, declare that I am employed in the office at whose direction this mailing is made. Executed on March 15, 2023, in San Diego, California.

_Dam villalobos_

Damaris Villalobos [TTC Specialist]