Promise Healthcare Group LLC
18-12491

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Boris | Mankovetskiy | Creditors Committee | Sills Cummis |
| connie | wassmann | Patrick Wassmann Jr. | |
| Trip | Nix | Liquidating Trustee | Holland & Knight |
| Matt | Sarna | Liquidating Trustee | DLA Piper LLP (US) |
| Colin | Robinson | Liquidating Trustee | Pachulski Stang Ziehl & Jones LLP |
| | | | |