# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | Case No. 18-12491 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 2939** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM
## IN CONNECTION WITH THE TWELFTH OMNIBUS OBJECTION
## (SUBSTANTIVE) OF THE LIQUIDATING TRUSTEE TO CERTAIN
## (A) OVERSTATED CLAIMS; (B) NO LIABILITY CLAIMS; (C) DUPLICATIVE
## OR OTHERWISE REDUNDANT CLAIMS; AND (D) MISCLASSIFIED CLAIMS

TO:  Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on March 24, 2023, Robert N. Michaelson of Advisory Trust Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust (the "Liquidating Trustee"), in the above-captioned cases, filed the *Twelfth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain (A) Overstated Claims; (B) No Liability Claims; (C) Duplicative or Otherwise Redundant Claims; and (D) Misclassified Claims* (the "Twelfth Omnibus Objection") [Docket No. 2939] with the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A hearing on the Twelfth Omnibus Objection is scheduled for May 9, 2023 at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Twelfth Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Liquidating Trustee.

| | |
|---|---|
| Dated: April 25, 2023<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: jpomerantz@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>-and-<br><br>SILLS CUMMIS & GROSS P.C.<br>Andrew H. Sherman, Esq.<br>Boris I. Mankovetskiy, Esq.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ  07102<br>Telephone:  (973) 643-7000<br>Facsimile:   (973) 643-6500<br>Email: asherman@sillscummis.com<br>            bmankovetskiy@sillscummis.com<br><br>*Counsel to the Liquidating Trustee* |