**IN THE UNITED STATES BANKRPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | ) | Case No. 18-12491 (CTG) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**NOTICE OF ENTRY OF APPEARNCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT** Patrick J. Wassmann, Jr. ("Mr. Wassmann") and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Mr. Wassmann (the "Guardians", and together with Mr. Wassmann, the "Wassmanns") hereby appear by their counsel, Sullivan Hazeltine Allinson LLC ("SHA") and Seitz, Van Ogtrop & Green, P.A. ("SVG"). SHA and SVG hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

and service lists in the chapter 11 cases of the above-captioned reorganized debtors (the "Reorganized Debtors"). Pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010(b) and Bankruptcy Code sections 342 and 1109(b), Q&B and SHA request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, or other documents, filed or entered in this case, be transmitted to:

| | |
|---|---|
| William D. Sullivan, Esq.<br>William A. Hazeltine, Esq.<br>Elihu E. Allinson, III<br>**SULLIVAN · HAZELTINE · ALLINSON** LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191 | R. Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Tel: 302.888.7604 |

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the Wassmanns or any other party in interest in this case, including (a) the Reorganized Debtors, (b) property of the Reorganized Debtors or the Reorganized Debtors' estates, or proceeds thereof, (c) claims against or interests in the Reorganized Debtors, (d) other rights or interests of creditors of the Reorganized Debtors or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of the Reorganized Debtors, the Wassmanns or others that the Reorganized Debtors may seek to use, or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Wassmanns or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any later appearance, pleading, claim, or suit shall waive any right of any of the Wassmanns (1) to have final orders in non-core matters entered only after de novo review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 31, 2023
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com
zallinson@sha-llc.com

and

R. Karl Hill (No. 2747)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: 302.888.7604
Email: khill@svglaw.com

*Attorneys for Patrick J. Wassmann, Jr. and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Patrick J. Wassmann, Jr.*