Promise Healthcare Group LLC

18-12491

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Tyler | Layne | Promise Healthcare Group Liquidating Trust | Holland & Knight LLP |
| Matthew | Sarna | Liquidating Trustee | DLA Piper LLP (US) |
| Stuart | Brown | Liquidating Trustee | DLA Piper LLP (US) |
| Trip | Nix | Liquidating Trustee | Holland & Knight |
| Uday | Gorrepati | N/A (ABI Project) | |
| Karl | Hill | Wassman | Seitz VanOgtrop & Green |
| William | Sullivan | Patrick Wassmann | Sullivan Hazeltine Allinson LLC |
| | | | |
| | | | |