United States Bankruptcy Court

District of Delaware

In re: Promise Healthcare Group, LLC            Chapter 11

Case No. 18-12491

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that The Next Level of Performance DBA NLP Aqua Solutions, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

<u>Former Address</u>
The Next Level of Performance DBA NLP Aqua Solutions
12610 Sorrento Way, Unit 203
Bradenton FL, 34211

<u>New Address</u>
The Next Level of Performance DBA NLP Aqua Solutions
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

The Next Level of Performance DBA NLP Aqua Solutions

By: *Troy Rackley*

Name: Troy Rackley

Title: CEO

Date: Jun 29 2023 05:28 EDT