## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
                                 :

In re:                              :       Chapter 11
                                   :

PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] :       Case No. 18-12491 (CTG)
                                   :

           Debtors.                :       (Jointly Administered)
                                   :

                                   :       **Objection Deadline: August 28, 2023 at 9:00 a.m. (ET)**
------------------------------------------------------------- x       **Hearing Date: August 28, 2023 at 11:00 a.m. (ET)**
                                        **Related Docket No.: 3087**

## LIQUIDATING TRUSTEE'S WITNESS AND EXHIBIT LIST

The Promise Healthcare Group Liquidating Trust (the "***Liquidating Trust***") and debtor representative (the "***Trustee***"), files this Witness and Exhibit List in connection with the hearing scheduled for August 28, 2023 at 11:00 a.m. EST (the "***Hearing***") on *Liquidating Trustee's Motion for Entry of an Order (I) Enforcing the Plan and (II) Awarding Costs and Fees* [D.I. 3087] (the "***Motion***"):

## WITNESSES

The Trustee may call any of the following witnesses at the Hearing:

1.  Tyler Layne;

---

[1]       The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

2. Trip Nix;

3. Ian Mackins

4. Any witnesses called or designated by any other party; and

5. Any witnesses necessary to rebut the testimony of any witness called or designated by any other party.

## **EXHIBITS**[2]

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Complaint for the case styled as *Esther Penny, an Individual vs. Success Healthcare 1, LLC d/b/a Silver Lake Medical Center, et. al,* Case No. 23STCV11008, in the Superior Court of California for the County of Los Angeles | | | |
| 2 | Letter from Tyler Layne, on behalf of the Trustee, to Ian Mackins, as counsel to Esther Penny, Re: In re Esther Penny, dated as of June 1, 2023. | | | |
| 3 | Amendment to the complaint for the case styled as *Esther Penny, an Individual vs. Success Healthcare 1, LLC d/b/a Silver Lake Medical Center, et. al,* Case No. 23STCV11008, in the Superior Court of California for the County of Los Angeles | | | |
| 4 | Letter from Tyler Layne, on behalf of the Trustee, to Ian Mackins, as counsel to Esther Penny, Re: In re Esther Penny, dated as of June 28, 2023 | | | |
| 5 | Response letter from Ian Mackins, as counsel to Esther Penny, to Tyler Layne, as counsel to Trustee, dated as of July 18, 2023, Esther Penny v. Silver Lake Medical Center, et al.—Los Angeles County Superior Court Case No. 23STCV11008 | | | |
| 6 | Declaration of Tyler Layne in Support of the Motion | | | |

---

[2]    Each designated exhibit shall also include any and all attachments and/or exhibits to such exhibit unless otherwise noted.

| Exhibit | Description | Offered | Objection | Admitted |
|---------|-------------|---------|-----------|----------|
|  | Any demonstrative exhibits as may be used in connection with the Hearing |  |  |  |
|  | Any pleading or exhibit previously filed with the Court |  |  |  |
|  | Any exhibit designated by any other party |  |  |  |
|  | Any exhibit necessary to rebut the testimony of witnesses called or designated by any other party |  |  |  |

The Trustee reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or other documents and to supplement or amend their Witness and/or Exhibit List at any time prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 25, 2023
      Wilmington, Delaware

Respectfully submitted,

DLA PIPER LLP (US)

/s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com
      Matthew.Sarna@us.dlapiper.com

-and-

HOLLAND & KNIGHT LLP
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Tyler.Layne@hklaw.com

*Attorneys for the Trustee*