**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
                                            :  Chapter 11
In re:                                      :
                                            :  Case No. 18-12491 (CTG)
PROMISE HEALTHCARE GROUP, LLC, et al.,[1]   :
                                            :  (Jointly Administered)
                   Debtors.                 :
                                            :
------------------------------------------------------------x
```

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 28, 2023, AT 11:00 A.M. (ET)**

***PLEASE NOTE: THIS HEARING WILL TAKE***
***PLACE ON THE 3RD FLOOR, COURTROOM #7***

**THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM. PARTICIPATION AT THE IN-PERSON COURT PROCEEDING USING ZOOM IS ALLOWED ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; OR (III) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE GOLDBLATT. ALL PARTICIPANTS OVER ZOOM MUST REGISTER IN ADVANCE. PLEASE REGISTER BY AUGUST 25, 2023, AT 4:00 P.M. (EST).**

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] **Amended items appear in bold.**

**REGISTRATION LINK:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-uorDktEm44eEGhbJNODxhGQKIj2fI

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**

**MATTERS BEING ADJOURNED:**

1. Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting Related Relief [D.I. 2276; Filed 1/20/21].

   **Response Deadline:** February 3, 2021 at 4:00 p.m. (ET). Extended to March 15, 2021 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Declaration of Donna Lee Talbot in Support of Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting related Relief [D.I. 2277; Filed 01/20/21].

   B. Declaration of Stuart M. Brown in Support of Liquidating Trustee's Motion to Compel Compliance with the Order Approving Sale of the Silver Lake Assets to LADMC and Granting related Relief [D.I. 2278; Filed 01/20/21].

   **Responses Received**: None.

   **Status:** This matter has been adjourned to allow the parties to work on resolving the issues.

2. First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2297; Filed 3/8/21].

   **Response Deadline:** March 22, 2021 at 4:00 p.m. (ET). Extended for Surgical Program Development, LLC to April 23, 2021 pending discussions to resolve and will be adjourned to a future date.

   **Related Documents:**

   A. Certification of Counsel Regarding First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2352; Filed 4/26/21].

   B. Order Sustaining First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Duplicate Claims [D.I. 2366; Filed 5/3/21].

   **Responses Received**: None.

**Status:** An order was entered for this matter, however the objection to the claim of Surgical Program Development, LLC is adjourned while the parties continue to work towards resolution.

3. Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [DI 2380; Filed 5/17/21].

   **Response Deadline:** June 1, 2021 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Notice of Submission of Proof of Claim re Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [D.I. 2385; Filed 5/21/21].

   B. Notice of Withdrawal of Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims, Solely as It Relates to the Claims of Stanley Grabish and Richard Cohen [D.I. 2394; Filed 6/15/21].

   C. Certification of Counsel Regarding Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [DI 2397; Filed 6/21/21].

   D. Order Sustaining Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [DI 2399; Filed 6/22/21].

   **Responses Received:**

   A. Response of Southland Management Group, Inc. to the Liquidating Trustee's Sixth Omnibus Objection (Substantive) to Certain: (I) No Liability Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, (IV) Overstated Claims, and (V) Misclassified and Overstated Claims [D.I. 2391; Filed 6/1/21]

   **Status:** This matter is adjourned with respect to (i) Oracle America, Inc. and (ii) Southland Management Group, Inc. while the parties continue to work towards resolution.

4. Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2528; Filed 10/15/21].

**Response Deadline:** October 29, 2021 at 4:00 p.m. (ET).

**Related Documents:**

A. Notice of Submission of Proof of Claim in Connection with the Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2531; Filed 10/20/21].

B. Notice of Withdrawal of Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims, SOLELY AS IT RELATES TO THE CLAIM OF AMERIHEALTH CARITAS LOUISIANA, INC. [D.I. 2580; Filed 11/5/21].

C. Certification of Counsel Regarding Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2583; Filed 11/12/21].

D. Order Sustaining Eighth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain: (I) Overstated Claims, (II) Duplicative or Otherwise Redundant Claims, (III) Misclassified Claims, and (IV) No Liability Claims [D.I. 2584; Filed 11/15/21].

**Responses Received:** None.

**Status:** This matter is adjourned with respect to (i) State of California, (ii) Suzanne K. Sterling, and (iii) Utah Dept. of Health, Health Care Financing to allow the parties to work toward a resolution without Court intervention.

5. Trustee's Ninth (Substantive) Omnibus Objection to Claims [D.I. No. 2655; Filed 4/21/22].

**Response Deadline:** April 21, 2022 at 4:00 p.m. (ET).

**Related Documents:**

A. Notice of Submission of Proofs of Claim [D.I. 2709; Filed 5/19/22].

B. Certificate of No Objection Regarding Trustee's Ninth (Substantive) Omnibus Objection to Claims [D.I. 2711; Filed 5/26/22].

C. Order Sustaining Trustee's Ninth (Substantive) Omnibus Objection to Claims [D.I. 2712; Filed 5/26/22].

**Responses Received:**

A. Response to Objection to Claim (Gonzalez) [D.I. 2702; Filed 5/4/22].

B.    Response to Objection to Claim (Wassman) [D.I. 2703; Filed 5/4/22].

**Status:** This matter is adjourned with respect to Gonzalez while the parties continue to work towards resolution. The Wassman matter is being addressed in accordance with agenda item 6 below.

6. Trustee's Motion for Summary Judgment Regarding Objection to Patrick Wassman's Proof of Claim [D.I. 2908; Filed 2/17/23].

    **Response Deadline:** March 10, 2023 at 4:00 p.m. (ET).

    **Related Documents:**

    A.    Order To Show Cause Why Claim #370 Should Be Disallowed [D.I. 2922; Filed 03/15/23].

    B.    Memorandum Opinion regarding Motion for Summary Judgment [D.I. 2960; Filed 04/20/23].

    C.    Order Denying Motion for Summary Judgment [D.I. 2961; Filed 04/20/23].

    **Responses Received**: None.

    **Status:** An Order has been entered for this matter. On May 4, 2023, the Trustee filed a Notice of Appeal [D.I. 3008] and Trustee's Motion for Leave to Appeal [D.I. 3009] related to the Order.

7. Trustee's Objection (Substantive) to Claim of Patrick Wassman, Claim No. 370 [D.I. 3019; Filed 5/11/23].

    **Response Deadline:** June 1, 2023 at 4:00 p.m. (ET).

    **Related Documents:**

    A.    Order re: June 27, 2023 Claims Allowance Hearing [D.I. 3029; Filed 6/9/23].

    **Responses Received**:

    A.    Preliminary Response of Patrick Wassmann to Claim Objection [D.I. 3030; Filed 6/15/23].

    B.    Liquidating Trustee's Statement in Response to Order re: June 27, 2023 Claims Allowance Hearing [D.I. 3031; Filed 6/20/23].

    **Status:** On May 4, 2023, the Trustee filed a Notice of Appeal [D.I. 3008] and Trustee's Motion for Leave to Appeal [D.I. 3009] related to the Order.

**MATTERS GOING FORWARD:**

8. Motion of the Liquidating Trustee for Entry of an Order (I) Enforcing the Plan Injunction and (II) Awarding Costs and Fees [D.I. 3087; Filed 8/18/23].

    **Response Deadline:** August 25, 2023 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Motion of the Trustee for Entry of an Order Shortening Notice Periods in Connection with the Motion of the Liquidating Trustee for Entry of an Order (I) Enforcing the Plan Injunction and (II) Awarding Costs and Fees [D.I. 3088; Filed 08/24/23].

    B. **Order Shortening Notice and Objection Periods in Connection with the Motion of the Liquidating Trustee for Entry of an Order (I) Enforcing the Plan Injunction and (II) Awarding Costs and Fees [D.I. 3090; Filed 08/24/23].**

    C. **Liquidating Trustee's Witness and Exhibit List D.I. 3091; Filed 08/25/23].**

    D. **Liquidating Trustee's Amended Witness and Exhibit List D.I. 3092; Filed 08/27/23].**

    **Responses Received**:  None.

    **Status:**  This matter is going forward.

Dated: August 28, 2023  
Wilmington, Delaware

**DLA PIPER LLP (US)**

 /s/ *Stuart M. Brown*  
Stuart M. Brown (#4050)  
Matthew S. Sarna (#6578)  
1201 N. Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email:  stuart.brown@us.dlapiper.com  
           matthew.sarna@us.dlapiper.com

-and-

HOLLAND & KNIGHT LLP  
Tyler N. Layne (admitted *pro hac vice*)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804

ACTIVE\1602538830.1

Email: Tyler.Layne@hklaw.com

William "Trip" Nix
100 Congress Ave., Suite 1800
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Email: Trip.Nix@hklaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
         bsandler@pszjlaw.com
         crobinson@pszjlaw.com

-and-

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel to the Liquidating Trustee*

ACTIVE\1602538830.1