# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 7

CASE NUMBER: 18-12491    CASE NAME: Promise Healthcare Group, LLC DATE: 8/28/2023 (11:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Wix | Hollad & knight | Trustee |
| Stuart Brown / Matt Sarna | DLA Piper LLP | Trustee |
| Karl Hill | Seitz Vaneghta + gren | Wassmann Family |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Hannah | Berny | Promise Healthcare Group Liquidating Trust | Holland & Knight LLP |
| Tyler | Layne | Promise Healthcare Group Liquidating Trust | Holland & Knight LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Ian | Mackins | Complainant Esther Penny | Ian Mackins Attorney At Law |