# EXHIBIT B



**better health at every age.**

December 18, 2022

To Whom It May Concern:

Esther Penny (dob 03/25/1971) has been a patient of mine since May 2013. Esther has been incapacitated ever since 2016 due a long history of surgeries and related complications. Her unfortunate history began with a sleeve gastrectomy over 10 years ago and has included a well-documented history of multiple surgeries and procedures beginning in 2016 including a total gastrectomy, splenectomy, left lower pulmonary lobectomy and multiple other procedures almost too numerous to enumerate.

Ms. Penny lives with chronic pain, due to her altered digestive tract is frequently dehydrated, has great difficulty digesting food and as a result requires intravenous vitamin therapy, is frequently nauseous and has persistent diarrhea and vomiting if her diet is not extremely precise all of which has led to frequent and multiple trips to the ER. There is little doubt that her lifespan will have been shortened by her present condition.

If I may be of further assistance please contact my office at (805) 379-0254.

Sincerely,

Darren FX Clair, MD



August 28, 2023

To Whom It May Concern:

Esther Penny, DOB 3/25/1971, has been a patient of mine since May 2013. Ms. Penny has been incapacitated since the January 13, 2016 sleeve gastrectomy surgery by Dr. Houshmand Naim at Silver Lake Medical Center. Since that surgery, Ms. Penny has endured severe pain and suffering from a long history of surgeries and related complications related to the January 13, 2016 surgery. The severe pain and suffering, along with numerous procedures, all have caused/contributed to Ms. Penny's mental and physical incapacitation. Just months after the January 13, 2016 surgery, Ms. Penny began experiencing symptoms from sepsis due to the gastric leak caused by an opening in the staple line in her stomach that was created during the January 13, 2016 surgery. As evidence of Ms. Penny's incapacitation, from after the surgery in 2016 to present, Ms. Penny has undergone numerous procedures to correct the gastric sleeve leak. The following are some of the medical treatment that Ms. Penny has undergone as a result of the surgery, and which supports the fact that she was incapacitated during this period of time:

- April 25, 2016 – Ms. Penny presented to Encino Hospital Medical Center's ("Encino Hospital") Emergency Department due to a severe fever, abdominal pain, nausea, and vomiting. At Encino Hospital, physicians obtained a CT scan and determined that Ms. Penny had a disruption in her stomach's staple line causing her severe sepsis.;

- April 26, 2016 – Ms. Penny was admitted to Ronald Reagan UCLA Medical Center's ("UCLA Medical Center") Bariatric Surgery & Weight Management Services.;

- April 27, 2016 – Ms. Penny's gastric leak was treated with sutured closure and STENT placement at UCLA Medical Center. UCLA Medical Center physicians also performed percutaneous abdominal drainage, diagnostic laparoscopy, laparoscopic lysis of adhesions, laparoscopic I&D (incision and drainage) of intra-abdominal abscess, laparoscopic repair of gastric perforation (Graham patch), and laparoscopic abdominal washout/drain placement. Ms. Penny was later discharged with medications, including Oxycodone, that contributed to her physical/mental incapacitation.;

- May 10, 2016 – Ms. Penny had the gastric STENT removed at UCLA Medical Center.



- May 13, 2016 – Ms. Penny obtained an abdominal CT scan at UCLA Medical Center to further evaluate the gastric leak as Ms. Penny continued to experience symptoms of sepsis due to the persistent gastric leak.

- June 17, 2016 – Ms. Penny presented to UCLA Medical Center's Emergency Department with complaints of rib pain, nausea, and dizziness. UCLA Medical Center physicians obtained a CT scan of Ms. Penny's abdomen. The CT scan revealed a dense punctate structure in the left upper quadrant which appeared to be a displaced staple from the gastrectomy staple line. Furthermore, UCLA Medical Center physicians found a fistula at the gastrectomy staple line in the area of the previous leak. During those procedures, Ms. Penny received medications that contributed to her incapacitation.;

- August 1, 2016 – Ms. Penny had gastric leak revision surgery at UCLA Medical Center. The procedure included a laparoscopic Roux-en-Y gastric bypass, lysis of adhesions, and gastrocutaneous fistula repair. During the procedure, a surgical clip was found along the fistula track and behind Ms. Penny's spleen. The surgical clip was removed. Ms. Penny received medications that contributed to her incapacitation. Ms. Penny was later discharged with medications, including Norco, Dilaudid, and Oxycodone, that contributed to her physical/mental incapacitation.;

- December 2, 2016 – Ms. Penny presented to Cedars Sinai Medical Center's Emergency Department due to choking, fever, abdominal pain, nausea, vomiting, and diarrhea. Ms. Penny was treated by Cedars Sinai Medical Center gastroenterologists. She underwent a wound vac procedure, a Jejunostomy-tube (J-tube) placement, EndoVac placement, general procedure, endoluminal vac exchange, GI-fluoroscopy, GI-Argon plasma coagulation, GI-esophagogastroduodenoscopy, esophageal STENT placement, GI-esophagogastroduodenoscopy with fistula closure, pancreaticobiliary procedure, GI-esophageal STENT removal, GI-esophagogastroduodenoscopy, and another pancreaticobiliary. These procedures occurred over a time period of approximately one month. During those procedures, Ms. Penny received medications that contributed to her incapacitation.;

- Ms. Penny was also in line to receive a stomach transplant but she lost too much weight (weighed around 87 pounds) during COVID, and was advised not to proceed with the stomach transplant.;

- February 1, 2017 – Ms. Penny underwent a splenectomy (removal of her spleen) at Cedars Sinai Medical Center due to an infection in her spleen. She also underwent numerous other procedures due to her infected stomach. Ms. Penny was also placed on tube feeding and had a PICC line was inserted for administration of antibiotics. During the procedures, Ms. Penny received medications that contributed to her incapacitation. Ms. Penny was also discharged each time with medications that contributed to her

Case 18-12491-CTG    Doc 3101-2    Filed 09/12/23    Page 5 of 6



physical/mental incapacitation. After Ms. Penny's discharge, she continued to have abdominal pain and diarrhea, and was unable to tolerate food or drink by mouth, and had to return to Cedars Sinai Medical Center' Emergency Department several times.;

- May 2017 – Ms. Penny underwent a left lower pulmonary lobectomy (removal of her left lower lung lobe) procedure at Cedars Sinai Medical Center. Ms. Penny received medications that contributed to her incapacitation and she discharged with medications that contributed to her physical/mental incapacitation.;

- May 15, 2017 – Ms. Penny underwent an esophagoscopy, gastroscopy, duodenoscopy for pleural fistula, thoracotomy, video-assisted thoracoscopic surgery wedge resection bronchoscopy for pleural fistula esophagoscopy, gastroscopy, duodenoscopy for pleural fistula thoracotomy for pleural fistula, and a lobectomy for pleural fistula, all due to a fistula that had grown from Ms. Penny's stomach up into her lung. Ms. Penny received medications that contributed to her incapacitation. Ms. Penny was also discharged with medications that contributed to her physical/mental incapacitation.;

- September 28, 2017 – Ms. Penny had a bronchoscopy, esophagoscopy, gastroscopy, and duodenoscopy for a gastrointestinal anastomotic leak and fistula between Ms. Penny's trachea and innominate artery at Cedars Sinai Medical Center.;

- October 4, 2017 – Ms. Penny had a bronchoscopy, diagnostic laparoscopy, lysis of adhesions, repair of diaphragmatic hernia to repair a hernia that developed on Ms. Penny's diaphragm. Ms. Penny received medications that contributed to her incapacitation. Ms. Penny was also discharged with medications that contributed to her physical/mental incapacitation.;

- February 28, 2018 – Ms. Penny had a GI-flexible sigmoidoscopy, GI-Argon plasma coagulation, and fistula closure due to an esophago-tracheal fistula. Ms. Penny received medications that contributed to her incapacitation. Ms. Penny was also discharged with medications that contributed to her physical/mental incapacitation.;

- February 5, 2019 – Ms. Penny had a JAK2 mutation test. The test revealed that Ms. Penny had developed Leukocytosis, which her physicians attributed to the removal of Ms. Penny's spleen. As a result, Ms. Penny takes medication to treat her Leukocytosis. She also takes medication to increase her appetite so that she can eat food to stay alive.

- Thereafter to December 2022, Ms. Penny had frequent visits to various general acute care hospital emergency departments, including Los Robles Hospital, UCLA Medical Center, and Cedars Sinai Medical Center, due to complications from the gastric leak, and symptoms including fever, nausea, abdominal pain, and diarrhea. During those hospital admissions, Ms. Penny received medications that contributed to her

Westlake Village, CA   1.805.379.0254          Naples, FL   1.239.564.3867



incapacitation. Ms. Penny was also discharged each time with medications that contributed to her physical/mental incapacitation.;

- On March 4, 2023, Ms. Penny received the results of her stool sample, which was positive for malabsorption. As a result, Ms. Penny's physicians referred her to Cedars Sinai Medical Center's Gastrointestinal Motility Clinic. To date, Ms. Penny continues to receive medical treatment at the Cedars Sinai Medical Center's Gastrointestinal Motility Clinic.

Based on the foregoing, it is remarkable that Ms. Penny is still alive. Ms. Penny has stents in place that allow her esophagus to empty into her small intestine. Ms. Penny lives with daily chronic pain due to symptoms of severe nausea, abdominal pain, vomiting, irritable bowel, and diarrhea. Ms. Penny continues to receive medical treatment for her injuries, and she may require additional surgeries. Based on my review of the medical course of Ms. Penny, I have little doubt that Ms. Penny's lifespan has been shortened by her present conditions and that during the period described above, Ms. Penny was both physically and mentally incapacitated due to her symptoms from the gastric sleeve leak and the numerous and substantial procedures/surgeries, and resulting need for medications, which cause confusion and other cognitive limitations.

If I may be of further assistance, please feel free to contact my office at (805) 379-0254.

Sincerely,

*[signature]*

Darren FX Clair, MD