# EXHIBIT C


**U.S. FOOD & DRUG**
ADMINISTRATION
OFFICE OF REGULATORY AFFAIRS
OFFICE OF PARTNERSHIPS
DIVISION OF INFORMATION DISCLOSURE

Reference:
FOIA Control #
**2021-7433**
dated **11/1/21**

**January 11, 2023**

Penny Esther Via email:  feefee17@aol.com

Dear Requestor,

After a diligent search of our files,  the Office of Regulatory Affairs (ORA), Office of
Partnerships, Division of Information Disclosure Programs (DIDP) – **FOIA Branch 2** was
unable to locate any records responsive to your request, referenced above, regarding:

**WE WERE GIVEN THE FOLLOWING BY THE FDA TO PROVIDE YOU IN OUR REQUEST. THE LOT
NUMBER IS K4CG8P AND WE ARE REQUESTING CONFIRMING DOCUMENTATION FOR THAT
LOT NUMBER THE FOLLOWING WAS PROVIDED BY THE FDA TO ASSIST YOU IN OUR
REQUEST. RES 6533, RECALL NUMBER Z-1530-2013. HTTPS://WWW.ACCESS
DATA.FDA.GOV/SCRIPTS/CDRH/CFDOCS/CFRES/RES.CFM?ID=118570 DOCUMENTATION
STATING WHICH LOT OF PRODUCT WAS DELIVERED TO SILVER LAKE HOSPITAL LOS
ANGELES CALIFORNIA.**

We do not have information as to when Lots of products are delivered to hospitals, and if we did such
information would "likely" be exempt from disclosure.  Your request is also pending a response from
CDRH.

DIDP FOIA Branch 2 response to this request is considered closed. Please be advised
that your request may have been submitted to one or more other component offices
within FDA, to include; Center for Devices and Radiological Health (CDRH) center's FOIA
office.

This is not the agency's final response, and you will receive additional appeal rights
with the final response, so you do not have to act at this time.

If you have any questions about this response, you may contact **Annette Ellis** at
Annette.Ellis@fda.hhs.gov.

**U.S. Food and Drug Administration**
**5630 Fishers Lane, Room 1035**
**Rockville, MD 20857**
www.fda.gov

2021-7433

Please do not submit payment until you receive an invoice.  The following charges for this request to date may be included in a monthly invoice:

| Fee | Count/Time | | Fee Total | Comments |
|---|---|---|---|---|
| Reproduction ($.10 a page): | 0 | pages | $0.00 | |
| Search ($46 hr.): | 1 | hour | $0.00 | |
| Review ($46 hr.): | 0 | hours | $0.00 | |
| Other Fee (see comments): | | | $0.00 | |
| **Total Estimated Fees:** | | | **$0.00** | |

Sincerely,

**Annette C. Ellis -S**  Digitally signed by Annette C. Ellis -S
Date: 2023.01.11 06:08:10 -08'00'

Government Information Specialist
U.S. Food and Drug Administration
Office of Regulatory Affairs (ORA)
Office of Partnership (OP)
Division of Information Disclosure Programs (DIDP)