# EXHIBIT E



1100 Town & Country Road, Suite 1250, Orange, CA 92868
(714) 858-8142
Ian@imattorneyatlaw.com

---

**SERVED VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Silver Lake Medical Center, Inc. dba L.A. Downtown  
Medical Center  
1711 West Temple St.,  
Los Angeles, CA 90026

Houshmand Naim, MD  
201 Homewood Road  
Los Angeles, CA 90026

L.A. Downtown Medical Center, LLC  
Agent for Service of Process: Robert N. Rigdon  
1019 Pier Avenue  
Santa Monica, CA 90405

May 10, 2023

Re:    **In re Esther Penny**

Dear Silver Lake Medical Center dba L.A. Downtown Medical Center, L.A. Downtown Medical Center, LLC, and Houshmand Naim, MD:

This law firm represents Esther Penny ("Mrs. Penny") concerning the medical negligence caused by your use of a defective stapler, ECHELON 60mm Black Reload (ECR60T). This letter serves as notice to you, in accordance with California *Code of Civil Procedure* section 364, that within 90 days of the expiration of the applicable medical malpractice statute of limitations, Mrs. Penny will file suit against you for your failure to adhere to the applicable standard of care in performing the laparoscopic revision of the vertical sleeve gastrectomy on January 13, 2016.

As a result of your breach of the applicable medical physician standard of care, Mrs. Penny has had to undergo numerous surgeries to attempt to restore her health. Due to Ms. Penny's serious medical conditions, Ms. Penny has been incapacitated, and unable to pursue her claims until after November 2022. Furthermore, Ms. Penny did not discover the cause of her injuries until March 14, 2023 when she discovered that the black Echelon stapler (ECHELON 60mm Black Reload (ECR60T) was defective and that the black Echelon stapler (ECHELON 60mm Black Reload (ECR60T) was the product that caused her injuries, which was communicated to Mrs. Penny from her medical physicians around that time.

In re Esther Penny
May 10, 2023
Page 2 of 2

The legal basis for this action will be your negligent care of Mrs. Penny that occurred on January 13, 2016 and actions/inactions thereafter. Mrs. Penny will prove these causes of action, which will entitle her to recovery of substantial economic and non-economic damages that Mrs. Penny sustained as a proximate result of your professional negligence.

Please feel free to contact us if you would like to discuss the contents of this letter.

        Sincerely,

        Ian Mackins
        **IAN MACKINS ATTORNEY AT LAW**
        Attorney for Esther Penny