# EXHIBIT H

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:**     STATE BAR NO: 315216 <br> NAME: Ian Mackins <br> FIRM NAME: Ian Mackins Attorney at Law <br> STREET ADDRESS: 1100 Town & Country Road, Suite 1250 <br> CITY: Orange     STATE: CA     ZIP CODE: 92868 <br> TELEPHONE NO.: 714-858-8142     FAX NO.: <br> E-MAIL ADDRESS: Ian@imattorneyatlaw.com <br> ATTORNEY FOR (Name): Esther Penny | Dept 15    **CIV-110** <br> *FOR COURT USE ONLY* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

Plaintiff/Petitioner: Esther Penny
Defendant/Respondent: Success Healthcare 1, LLC dba Silverlake Medical Center, et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: <br> 23STCV11008 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
       (3) ☐ Cross-complaint filed by (name):     on (date):
       (4) ☐ Cross-complaint filed by (name):     on (date):
       (5) ☐ Entire action of all parties and all causes of action
       (6) ☒ Other (specify):* Complaint Against Success Healthcare 1, LLC

2. *(Complete in all cases except family law cases.)*
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: August 29, 2023
Ian Mackins
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ *(signature)* Ian Mackins

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

*(To be completed by clerk)*
4. ☐ Dismissal entered as requested on *(date):*
5. ☐ Dismissal entered on *(date):*      as to only *(name):*
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
       ☐ a copy to be conformed    ☐ means to return conformed copy

Date:     Clerk, by _____, Deputy     Page 1 of 2

Electronically Received 08/29/2023 09:51 AM

CIV-110

| | |
|---|---|
| Plaintiff/Petitioner: Esther Penny<br>Defendant/Respondent: Success Healthcare 1, LLC dba Silverlake Medical Center, et al. | CASE NUMBER:<br>23STCV11008 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*:    Yes    No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: August 29, 2023

Ian Mackins

▶ *[signature]*

(TYPE OR PRINT NAME OF  [X] ATTORNEY  ☐ PARTY MAKING DECLARATION)    (SIGNATURE)