IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>Jointly Administered |

**ORDER GRANTING MOTION OF ESTHER PENNY FROM THE PLAN INJUNCTION**

Upon consideration of Ester Penny's ("Movant") Motion for Relief from the Second Amended Plan Injunction (the "Motion"); the Court having determined that the relief requested is supported by just cause; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b) et seq.; and upon the full record of the Chapter 11 Cases; it appearing that no other notice need be given; it further appearing that the legal and factual bases set forth in the Motion and the record of the Chapter 11 Cases establish just cause for the relief granted herein; and after due deliberation and sufficient cause therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is Granted.

2. Movant is granted relief from the Second Amended Plan Injunction, pursuant to 11 U.S.C. Section 362(d)(1) of Chapter 11 of the United States Code (the "Bankruptcy Code"), Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of

1

the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") in order to amend her ongoing California medical malpractice lawsuit, Case No. 23STCV11008 (the "California Action"), to include Success Healthcare 1, LLC ("Success"), a Debtor related entity, solely to the extent of recovering available insurance proceeds, for medical negligence and severe physical injuries suffered by Movant from January 13, 2016 through December 22, 2022.

3. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.