IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: To be Determined**<br>**Objections Due: September 26, 2023 at 4 P.M.** |

## NOTICE OF MOTION
## OF ESTHER PENNY FOR RELIEF FROM THE PLAN INJUNCTION

**PLEASE TAKE NOTICE** that on September 12, 2023, Esther Penny ("Movant") filed the *Motion of Esther Penny for Relief from the Plan Injunction* (the "Motion") with the United States Bankruptcy Court for the District of Delaware which seeks relief from the injunction contained in the Debtors' Second Amended Joint Plan of Liquidation.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **September 26, 2023, at 4 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movant's undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on a Date to be Determined before the Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, courtroom 7, Wilmington, Delaware 19801, if an objection is filed.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security interest.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF A HEARING.**

Dated: September 12, 2023
Wilmington, Delaware

    /s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

--and-

Ian Mackins, Esq.
**IAN MACKINS ATTORNEY AT LAW**
1100 Town & Country Road, Suite 1250
Orange, CA 92868
Telephone: (714) 858-8142
Email: Ian@imattorneyatlaw.com

*Counsel to Eshter Penny*