## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, I caused a true and correct copy of the foregoing *Motion of Esther Penny for Relief from the Plan Injunction* to be electronically filed the with the Clerk of Court in Case No. 18-12491 (CTG) and served on the parties below via electronic and first-class mail.

Dated: September 12, 2023

*/s/ Michael Joyce*
Michael J. Joyce

Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
DLA PIPER LLP (US)
1201 N. Market Street,
Suite 2100
Wilmington, DE 19801
 Email: Stuart.Brown@dlapiper.com
        Matthew.Sarna@dlapiper.com

Tyler N. Layne
HOLLAND & KNIGHT LLP
511 Union Street,
Suite 2700
Nashville, TN 37219
Email: Tyler.Layne@hklaw.com

Linda J. Casey
Office of the Untied States Trustee
844 King Street
Suite 2207
Wilmington, DE   19801
linda.casey@usdoj.gov