# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ian Mackins, Esq. to represent Esther Penny in the above-captioned case.

Dated: September 25, 2023

      */s/ Michael J. Joyce*
      Michael J. Joyce (No. 4563)
      **JOYCE, LLC**
      1225 King Street, Suite 800
      Wilmington, DE 19801
      (302)-388-1944
      mjoyce@mjlawoffices.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 25, 2023

            */s/ Ian Mackins*
            Ian Mackins Attorney at Law
            **IAN MACKINS ATTORNEY AT LAW**
            1100 Town & Country Road, Suite 1250
            Orange, CA 92868
            Telephone: (714) 858-8142
            Email: Ian@imattorneyatlaw.com