# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC,<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 18-12491 (CTG) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Brenna A. Dolphin, Esquire with Polsinelli PC; and

PLEASE ENTER the appearance of Christopher A. Ward, Esquire of Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware, 19801 as counsel on behalf of C. Randolph Tillman and Christopher H. Cheek.

In addition, please remove Brenna A. Dolphin, Esquire from all service lists.

Dated: November 27, 2023  
        Wilmington, Delaware

POLSINELLI PC

*/s/ Christopher A. Ward*  
Christopher A. Ward (Del. Bar No. 3877)  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921  
cward@polsinelli.com

*Counsel for C. Randolph Tillman and Christopher H. Cheek*

## **CERTIFICATE OF SERVICE**

I, Christopher A. Ward, Esquire, of Polsinelli PC, hereby certify that on November 27, 2023, I electronically filed the foregoing *Notice of Substitution of Counsel* with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties entitled to notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure and Local Rule 9010-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware.

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)