# SIGN-IN SHEET

**JUDGE:** Goldblatt   **COURTROOM:** 7

**CASE NUMBER:** 18-12491  **CASE NAME:** Promise Healthcare Group, LLC   **DATE:** 12/7/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Joyce | Joyce, LLC | Esther Perry |
| Ian Martins | Martins Law | " " |
| John Baur | Law Office of John Baur | " " |
| Matthew Sarna | DLA Piper | Liquidation Trustee |
| Trip Nix | Holland & Knight | Liquidating Trustee |
| Robert Michaelson | Advisory Group | Liquidating Trustee |

Promise Healthcare Group, LLC, et al.
18-12491

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Tyler | Layne | Robert Michaelson, in his capacity as Debtor Representative and Liquidating Trustee | Holland & Knight, LLP |
| Hannah | Berny | Robert Michaelson, in his capacity as Debtor Representative and Liquidating Trustee | Holland & Knight, LLP |