Promise Healthcare Group

18-12491

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| R. | Hill | Seitz, Van Ogtrop & Green | The Wassmans | Video and Audio |
| Robert | Hill | Seitz, Van Ogtrop & Green | Wassmans | Video and Audio |
| Tyler | Layne | Holland & Knight LLP | Liquidating Trustee | Video and Audio |
| William &quot;Trip&quot; | Nix | Holland & Knight LLP | Liquidating Trustee | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | Liquidating Trustee | Video and Audio |