IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PROMISE HEALTHCARE GROUP, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-12491 (CTG) <br> (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| August 1, 2024 (Omnibus Hearing) | 11:30 a.m. prevailing Eastern Time |

Dated: June 26th, 2024
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

DE:4874-3415-8990.6 72551.002