**ASM Capital**
**100 Jericho Quadrangle, Suite 230**
**Jericho, NY 11753**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
District of Delaware

_____
                                                                    )
In re:                                                              )
                                                                    )
St. Alexius Hospital Corporation #1            )        Chapter 11
                                                                    )        Case No. 18-12491
                                                                    )        Claim No. 68
                              Debtor                   )        Dockets # 3551,3554
_____)


NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

The following transfer has been withdrawn:

Transferor:     PRN HEALTH SERVICES, INC.
                      1101 E. SOUTH RIVER STREET
                      APPLETON, WI 54915

Transferee:    ASM Capital X, L.P.
                      100 Jericho Quadrangle, Ste 230
                      Woodbury, NY 11797


                                                                Dated:   May 12, 2025


                                                                /s/ Adam Moskowitz
                                                                Adam Moskowitz
                                                                ASM Capital X, LLC
                                                                516-224-6040