IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael Savetsky of Sills Cummis & Gross P.C. to represent the Liquidating Trustee, in the above-captioned cases and any related adversary proceedings.

Dated: June 16, 2025

/s/ *James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: joneill@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: June 16, 2025

/s/ *Michael Savetsky*
Michael Savetsky
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: msavetsky@sillscummis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 17th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**