IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*[1] | ) Case No. 18-12491 (CTG) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF NEW CREDITOR COUNSEL ADDRESS

**PLEASE TAKE NOTICE** of the following new creditor counsel address:

**EXPERIAN HEALTH, INC.**
**(Claim No. 1386)**

**OLD ADDRESS**

c/o Joseph D. Frank
FrankGecker LLP
1327 W. Washington Boulevard
Suite 5 G-H
Chicago, IL 60607
Ph. 312-276-1400
Fax 312-276-0035
jfrank@fgllp.com

**NEW ADDRESS**

c/o Joseph D. Frank
Brian P. Welch
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
Suite 2100
Chicago, IL 60611-3607
Ph. 312-840-7000

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).
ACTIVE\4930-4378-9903.v1-6/19/25

        Fax 312-840-7900
        jfrank@burkelaw.com
        bwelch@burkelaw.com

**CLAIM NUMBER**:        1386

        EXPERIAN HEALTH, INC.

        By:   */s/ Joseph D. Frank*
              One of its attorneys

Joseph D. Frank
Brian P. Welch
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
Suite 2100
Chicago, IL 60611-3607
Ph. 312-840-7000
Fax 312-840-7900
jfrank@burkelaw.com
bwelch@burkelaw.com