## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re: Promise Healthcare Group, LLC

Debtor(s)

Case No. 18-12491

Lead Case No. 18-12491

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2025

Petition Date: 11/04/2018

Plan Confirmed Date: 09/17/2020

Plan Effective Date: 10/01/2020

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Advisory Trust Group
   Name of Authorized Party or Entity

/s/ Bradford J. Sandler & Jamie O'Neill
Signature of Responsible Party

08/14/2025
Date

Bradford J. Sandler & Jamie O'Neill
Printed Name of Responsible Party

919 N Market St # 1700, Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/23/2022)        1

Debtor's Name Promise Healthcare Group, LLC          Case No. 18-12491

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,202,930 | $26,136,656 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,202,930 | $26,136,656 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $41,818,625 | $0 | $41,818,625 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| i | Crowe Horwath | Financial Professional | $0 | $2,095,058 | $0 | $2,095,058 |
| ii | DLA Piper | Local Counsel | $0 | $4,503,129 | $0 | $4,503,129 |
| iii | MJ Renick | Other | $0 | $357,704 | $0 | $357,704 |
| iv | Prime Clerk | Other | $0 | $2,433,527 | $0 | $2,433,527 |
| v | Province | Financial Professional | $0 | $2,375,442 | $0 | $2,375,442 |
| vi | Sills Cummins Gross PC | Other | $0 | $2,821,134 | $0 | $2,821,134 |
| vii | Waller Lansden Dortch & Davis | Lead Counsel | $0 | $5,637,571 | $0 | $5,637,571 |
| viii | Pachulski Stang Ziehl & Jones | Other | $0 | $978,006 | $0 | $978,006 |
| ix | FTI Consulting | Financial Professional | $0 | $9,025,277 | $0 | $9,025,277 |
| x | Berger Singerman | Other | $0 | $18,068 | $0 | $18,068 |
| xi | BlankRome | Other | $0 | $165,643 | $0 | $165,643 |
| xii | Breslin, Young & Slaughter | Other | $0 | $29,853 | $0 | $29,853 |
| xiii | Connolly Gallagher LLP | Other | $0 | $2,916 | $0 | $2,916 |
| xiv | Focus Management | Financial Professional | $0 | $753,992 | $0 | $753,992 |
| xv | Fowler White Burnett | Other | $0 | $23,370 | $0 | $23,370 |
| xvi | Gibbons P.C. | Other | $0 | $21,789 | $0 | $21,789 |
| xvii | Healthcare Finance Partners | Other | $0 | $95,000 | $0 | $95,000 |
| xviii | Houlihan Lokey | Financial Professional | $0 | $8,882,182 | $0 | $8,882,182 |
| xix | Katten Munchin Rosenman | Other | $0 | $129,412 | $0 | $129,412 |
| xx | Klehr Harrison Harvey Branzbu | Other | $0 | $38,712 | $0 | $38,712 |
| xxi | McGuire Woods | Other | $0 | $1,042,556 | $0 | $1,042,556 |
| xxii | Melanie L. Cyganowski | Other | $0 | $133,388 | $0 | $133,388 |
| xxiii | Richards, Layton & Finger | Other | $0 | $254,895 | $0 | $254,895 |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Promise Healthcare Group, LLC                                    Case No.  18-12491

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Promise Healthcare Group, LLC                                    Case No. 18-12491

|   |         |   |   |   |   |   |
|---|---------|---|---|---|---|---|
|   | lxxii   |   |   |   |   |   |
|   | lxxiii  |   |   |   |   |   |
|   | lxxiv   |   |   |   |   |   |
|   | lxxv    |   |   |   |   |   |
|   | lxxvi   |   |   |   |   |   |
|   | lxxvii  |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |
|   | lxxix   |   |   |   |   |   |
|   | lxxx    |   |   |   |   |   |
|   | lxxxi   |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |
|   | lxxxiv  |   |   |   |   |   |
|   | lxxxv   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvii |   |   |   |   |   |
|   | lxxxvii |   |   |   |   |   |
|   | lxxxix  |   |   |   |   |   |
|   | xc      |   |   |   |   |   |
|   | xci     |   |   |   |   |   |
|   | xcii    |   |   |   |   |   |
|   | xciii   |   |   |   |   |   |
|   | xciv    |   |   |   |   |   |
|   | xcv     |   |   |   |   |   |
|   | xcvi    |   |   |   |   |   |
|   | xcvii   |   |   |   |   |   |
|   | xcviii  |   |   |   |   |   |
|   | xcix    |   |   |   |   |   |
|   | c       |   |   |   |   |   |
|   | ci      |   |   |   |   |   |

|    |                                                                                                     |                        | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|-----------------------------------------------------------------------------------------------------|------------------------|------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* |                        | $0               | $477,643            | $0                   | $477,643        |
|    | *Itemized Breakdown by Firm*                                                                        |                        |                  |                     |                      |                 |
|    | Firm Name                                                                                           | Role                   |                  |                     |                      |                 |
| i  | Miller Health Law Group                                                                             | Special Counsel        | $0               | $116,466            | $0                   | $116,466        |
| ii | TFG Consulting                                                                                      | Other                  | $0               | $152,275            | $0                   | $152,275        |
| iii| Cooley LLP                                                                                          | Special Counsel        | $0               | $68,468             | $0                   | $68,468         |
| iv | Hinshaw & Culbertson, LLP                                                                           | Special Counsel        | $0               | $7,729              | $0                   | $7,729          |
| v  | Casualty Actuarial Services, LLP                                                                    | Financial Professional | $0               | $10,500             | $0                   | $10,500         |
| vi | Talbot Group, LLC                                                                                   | Financial Professional | $0               | $91,558             | $0                   | $91,558         |

Debtor's Name Promise Healthcare Group, LLC                                        Case No. 18-12491

|   |        |                      |                 |     |          |     |          |
|---|--------|----------------------|-----------------|-----|----------|-----|----------|
|   | vii    | Judice & Adley, APLC | Special Counsel | $0  | $30,647  | $0  | $30,647  |
|   | viii   |                      |                 |     |          |     |          |
|   | ix     |                      |                 |     |          |     |          |
|   | x      |                      |                 |     |          |     |          |
|   | xi     |                      |                 |     |          |     |          |
|   | xii    |                      |                 |     |          |     |          |
|   | xiii   |                      |                 |     |          |     |          |
|   | xiv    |                      |                 |     |          |     |          |
|   | xv     |                      |                 |     |          |     |          |
|   | xvi    |                      |                 |     |          |     |          |
|   | xvii   |                      |                 |     |          |     |          |
|   | xviii  |                      |                 |     |          |     |          |
|   | xix    |                      |                 |     |          |     |          |
|   | xx     |                      |                 |     |          |     |          |
|   | xxi    |                      |                 |     |          |     |          |
|   | xxii   |                      |                 |     |          |     |          |
|   | xxiii  |                      |                 |     |          |     |          |
|   | xxiv   |                      |                 |     |          |     |          |
|   | xxv    |                      |                 |     |          |     |          |
|   | xxvi   |                      |                 |     |          |     |          |
|   | xxvii  |                      |                 |     |          |     |          |
|   | xxviii |                      |                 |     |          |     |          |
|   | xxix   |                      |                 |     |          |     |          |
|   | xxx    |                      |                 |     |          |     |          |
|   | xxxi   |                      |                 |     |          |     |          |
|   | xxxii  |                      |                 |     |          |     |          |
|   | xxxiii |                      |                 |     |          |     |          |
|   | xxxiv  |                      |                 |     |          |     |          |
|   | xxxv   |                      |                 |     |          |     |          |
|   | xxxvi  |                      |                 |     |          |     |          |
|   | xxxvii |                      |                 |     |          |     |          |
|   | xxxviii|                      |                 |     |          |     |          |
|   | xxxix  |                      |                 |     |          |     |          |
|   | xl     |                      |                 |     |          |     |          |
|   | xli    |                      |                 |     |          |     |          |
|   | xlii   |                      |                 |     |          |     |          |
|   | xliii  |                      |                 |     |          |     |          |
|   | xliv   |                      |                 |     |          |     |          |
|   | xlv    |                      |                 |     |          |     |          |
|   | xlvi   |                      |                 |     |          |     |          |
|   | xlvii  |                      |                 |     |          |     |          |
|   | xlviii |                      |                 |     |          |     |          |

UST Form 11-PCR (12/23/2022)                                        5

Debtor's Name Promise Healthcare Group, LLC                                                                                      Case No.   18-12491

|   |         |   |   |   |   |   |   |
|---|---------|---|---|---|---|---|---|
|   | xlix    |   |   |   |   |   |   |
|   | l       |   |   |   |   |   |   |
|   | li      |   |   |   |   |   |   |
|   | lii     |   |   |   |   |   |   |
|   | liii    |   |   |   |   |   |   |
|   | liv     |   |   |   |   |   |   |
|   | lv      |   |   |   |   |   |   |
|   | lvi     |   |   |   |   |   |   |
|   | lvii    |   |   |   |   |   |   |
|   | lviii   |   |   |   |   |   |   |
|   | lix     |   |   |   |   |   |   |
|   | lx      |   |   |   |   |   |   |
|   | lxi     |   |   |   |   |   |   |
|   | lxii    |   |   |   |   |   |   |
|   | lxiii   |   |   |   |   |   |   |
|   | lxiv    |   |   |   |   |   |   |
|   | lxv     |   |   |   |   |   |   |
|   | lxvi    |   |   |   |   |   |   |
|   | lxvii   |   |   |   |   |   |   |
|   | lxviii  |   |   |   |   |   |   |
|   | lxix    |   |   |   |   |   |   |
|   | lxx     |   |   |   |   |   |   |
|   | lxxi    |   |   |   |   |   |   |
|   | lxxii   |   |   |   |   |   |   |
|   | lxxiii  |   |   |   |   |   |   |
|   | lxxiv   |   |   |   |   |   |   |
|   | lxxv    |   |   |   |   |   |   |
|   | lxxvi   |   |   |   |   |   |   |
|   | lxxvii  |   |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |   |
|   | lxxix   |   |   |   |   |   |   |
|   | lxxx    |   |   |   |   |   |   |
|   | lxxxi   |   |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |   |
|   | lxxxiv  |   |   |   |   |   |   |
|   | lxxxv   |   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |   |
|   | lxxxvii |   |   |   |   |   |   |
|   | lxxxvii |   |   |   |   |   |   |
|   | lxxxix  |   |   |   |   |   |   |
|   | xc      |   |   |   |   |   |   |

Debtor's Name Promise Healthcare Group, LLC                                                            Case No. 18-12491

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $42,296,268 | $0 | $42,296,268 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $4,554,399 | $0 | $0 | $4,554,399 | 0% |
| c. Priority claims | $2,033,556 | $0 | $0 | $2,033,556 | 0% |
| d. General unsecured claims | $16,805,943 | $500,390 | $2,953,003 | $512,123,900 | 1% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                Yes ○    No ⦿
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated:     12/31/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?         Yes ⦿    No ○

Debtor's Name Promise Healthcare Group, LLC                              Case No.  18-12491

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Robert Michaelson                                                            Robert Michaelson
Signature of Responsible Party                                              Printed Name of Responsible Party

Co-Managing Member                                                          08/14/2025
Title                                                                                       Date

Debtor's Name Promise Healthcare Group, LLC                                          Case No.  18-12491


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Promise Healthcare Group, LLC                                                  Case No.  18-12491


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/23/2022)                           10