## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :  Chapter 11
In re:                                  :
                                        :  Case No. 18-12491 (CTG)
PROMISE HEALTHCARE GROUP, LLC, et al.,1 :
                                        :  (Jointly Administered)
                          Debtors.      :
                                        :
------------------------------------------------------------x
```

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 28, 2025 AT 10:00 A.M. (ET)[2]

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] The hearing will take place before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**RESOLVED MATTERS**

1.  **Objection to POC #205 of FirstPath** – Objection of the Liquidating Trustee to the Claim of FirstPath (Claim No. 205) [Filed: 9/22/25] ([Docket No. 3632](#)).

    Response Deadline:  October 14, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)  Notice of Submission of Proofs of Claim in Connection with the Objection of the Liquidating Trustee to the Claim of FirstPath (Claim No. 205) [Filed: 10/14/25] ([Docket No. 3640](#)).

    b)  Certification of No Objection Regarding Objection of the Liquidating Trustee to the Claim of FirstPath (Claim No. 205) [Filed: 10/21/25] ([Docket No. 3644](#)).

    c)  [Signed] Order Sustaining Objection of the Liquidating Trustee to the Claim of FirstPath (Claim No. 205) [Filed: 10/21/25] ([Docket No. 3645](#)).

    Status:  The order has been entered.  No hearing will be necessary.

2.  **10th Motion to Extend Claims Objection Deadline** – Tenth Motion of Liquidating Trustee for an Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Claims Objection Bar Date [Filed: 9/22/25] ([Docket No. 3633](#)).

    Response Deadline:  October 6, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)  Certification of No Objection Regarding Tenth Motion of Liquidating Trustee for an Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Claims Objection Bar Date [Filed: 10/7/25] ([Docket No. 3636](#)).

    b)  [Signed] Order Granting Tenth Motion of Liquidating Trustee for an Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Claims Objection Bar Date [Filed: 10/8/25] ([Docket No. 3637](#)).

    Status:  The order has been entered.  No hearing will be necessary.

**ADJOURNED MATTER**

3.    **16th Omnibus Objection to Claims** – Sixteenth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain (A) Reduce and Allow Claims; and (B) No Liability Claims [Filed: 9/22/25] (Docket No. 3630).

Response Deadline:  October 14, 2025 at 4:00 p.m. Eastern Time.  Extended to October 27, 2025 for Cardinal Health 110, LLC f/k/a Cardinal Health 110, Inc. ("Cardinal Health 110") and Cardinal Health 200, LLC ("Cardinal Health 200," together with Cardinal Health 110, the "Cardinal Entities").

Responses Received:  Informal responses from the Cardinal Entities.

Related Documents:

a)    Notice of Submission of Proofs of Claim in Connection with the Sixteenth Omnibus Objection (Substantive) of the Liquidating Trustee to Certain (A) Reduce and Allow Claims; and (B) No Liability Claims [Filed: 10/14/25] (Docket No. 3638).

Status:  This matter has been continued to the next omnibus hearing date.

**MATTERS FOR WHICH COCS HAVE BEEN FILED**

4.    **17th Omnibus Objection to Claims** – Seventeenth Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Insufficient Documentation Claims [Filed: 9/22/25] (Docket No. 3631).

Response Deadline:  October 14, 2025 at 4:00 p.m. Eastern Time.  Extended for Zurich American Insurance Company ("Zurich") and Steadfast Insurance Company ("Steadfast") to a date to be agreed upon.

Responses Received:  Informal responses from Zurich and Steadfast.

Related Documents:

a)    Notice of Submission of Proofs of Claim in Connection with the Seventeenth Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Insufficient Documentation Claims [Filed: 10/14/25] (Docket No. 3639).

b)    Certification of Counsel Regarding Seventeenth Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Insufficient Documentation Claims [Filed: 10/23/25] (Docket No. 3647).

Status:  A revised proposed order has been filed under certification of counsel.  The objection is being adjourned to a date to be determined with respect to the claims of Zurich and Steadfast.  The Liquidating Trustee requests entry of the revised proposed order attached to the certification of counsel.  No hearing is needed if the proposed order is acceptable to the Court.

5. **Motion to Terminate Kroll and Retain Stretto** – Promise Healthcare Group Liquidation Trust's Motion for Entry of Order (I) Terminating Kroll Restructuring LLC's Retention as Claims and Noticing Agent for Debtors and (II) Authorizing the Engagement of Stretto, Inc. as Replacement Claims and Noticing Agent [Filed: 10/7/25] (Docket No. 3635).

   Response Deadline:  October 21, 2025 at 4:00 p.m. Eastern Time.

   Responses Received:  Informal comments from Kroll Restructuring LLC ("Kroll").

   Related Documents:

   a) Certification of Counsel Regarding Promise Healthcare Group Liquidation Trust's Motion for Entry of Order (I) Terminating Kroll Restructuring LLC's Retention as Claims and Noticing Agent for Debtors and (II) Authorizing the Engagement of Stretto, Inc. as Replacement Claims and Noticing Agent [Filed: 10/23/25] (Docket No. 3648).

   Status:  A revised proposed order has been filed under certification of counsel.  The Liquidating Trustee requests entry of the revised proposed order attached to the certification of counsel.  No hearing is needed if the proposed order is acceptable to the Court.

Dated: October 24, 2025
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  jpomerantz@pszjlaw.com
         bsandler@pszjlaw.com
         joneill@pszjlaw.com

-and-

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email:  asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel to the Liquidating Trustee*