# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, et al<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

On February 25, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Supplemental Order Sustaining the Seventeenth Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain Insufficient Documentation Claims** (Docket No. 3746)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: March 3, 2026

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado    )
                     ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 3rd day of March 2026 by Alberto Romero Calderon.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | 1301 Avenue of the Americas | Floor 42 | New York | NY | 10019 | |
| Arent Fox LLP | Attn: Robert M. Hirsh | 1301 Avenue of the Americas | Floor 42 | New York | NY | 10019 | |
| Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire | 11022 Acaia Parkway | Suite D | Garden Grove | CA | 92840 | |
| Austria Legal, LLC | Attn: Matthew P. Austria | 1007 N. Orange Street, 4th Floor | | Wilmington | DE | 19801 | |
| Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge | 1738 Bass Road | | Macon | GA | 31210 | |
| Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge | P.O. Box 13708 | | Macon | GA | 31208-3708 | |
| Barness & Barness LLP | Attn: Daniel I. Barness | 11377 W. Olympic Blvd. | 2nd Floor | Los Angeles | CA | 90064 | |
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | |
| Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. | Gulf Tower Suite 2200 | | Pittsburgh | PA | 15219 | |
| Bielli & Klauder, LLC | Attn: David N. Klauder | 1204 N. King Street | | Wilmington | DE | 19801 | |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | 10 South Riverside Plaza | Suite 875 | Chicago | IL | 60606 | |
| Blank Rome LLP | Attn: Victoria A. Guilfoyle | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | |
| Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick | One South Broad Street, Suite 1600 | | Philadelphia | PA | 19107 | |
| Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone | P.O. Box 3197 | 23rd Floor One American Place, 301 Main Street | Baton Rouge | LA | 70801 | |
| Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq., Mary H. Rose, Paul S. Arrow | 1000 Wilshire Boulevard | Suite 1500 | Los Angeles | CA | 90017 | |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | 500 Delaware Avenue | Suite 720 | Wilmington | DE | 19801-7407 | |
| Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer | 50 S. 16th Street, Suite 200 | | Philadelphia | PA | 19102 | |
| Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire | 1201 N. Market Street | Suite 1407 | Wilmington | DE | 19801 | |
| Burr & Forman LLP | Attn: Patrick Warfield, Esquire | 222 Second Avenue South | Suite 2000 | Nashville | TN | 37201 | |
| California Office of the Attorney General | Attn: Kenneth K. Wang | 300 S. Spring Street | No. 1702 | Los Angeles | CA | 90013 | |
| Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq. | 1299 Ocean Avenue | Suite 450 | Santa Monica | CA | 90401 | |
| Cross & Simon, LLC | Attn: Joseph Grey, Esquire | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | |
| Dechert LLP | Attn: Brian E. Greer, Esq. | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036-6797 | |
| Dechert LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq. | Cira Centre | 2929 Arch Street | Philadelphia | PA | 19104-2808 | |
| Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 North French Street, 6th Floor | Wilmington | DE | 19801 | |
| Delaware Division of Revenue | Attn: Zillah Frampton | 820 North French Street | | Wilmington | DE | 19801 | |
| Delaware Secretary of State | Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | |
| DLA Piper LLP (US) | Attn: Peter J. Artese | 650 S. Exeter Street | Suite 1100 | Baltimore | MD | 21202 | |
| DLA Piper LLP (US) | Attn: Stuart M. Brown, Kaitlin MacKenzie Edelman and Matthew S. Sarna | 1201 N. Market Street | Suite 2100 | Wilmington | DE | 19801 | |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | 1979 Marcus Avenue | Suite 210E | Lake Success | NY | 11042 | |
| Earp Cohn P.C. | Attn: Allen A. Etish, Esquire | 20 Brace Road | Suite 400 | Cherry Hill | NJ | 08034 | |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham, Esquire and Sarah Morrissey, Esquire | 10 Bank Street | Suite 700 | White Plains | NY | 10606 | |
| Environmental Protection Agency | Attn: Bankruptcy Department | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick | 222 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe, Esq. & Kayla Britton, Esq. | 600 E. 96th Street, Suite 600 | | Indianapolis | IN | 46240 | |
| FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff | 201 S College Street | Suite 2350 | Charlotte | NC | 28244-0042 | |
| Garner Health Law Corporation | Attn: Craig B. Garner, Esq. | 13274 Fiji Way | Suite 250 | Marina del Rey | CA | 90292 | |
| Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis | 5990 Sepulveda Blvd. #630 | | Sherman Oaks | CA | 91411 | |
| Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. | 3711 Kennett Pike, Suite 100 | | Wilmington | DE | 19807 | |
| Gibbons P.C. | Attn: Natasha Songonuga | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | 19801-1671 | |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq. | 40 Wall Street, 37th Floor | | New York | NY | 10005 | |
| Hogan McDaniel | Attn: Daniel K. Hogan, Esq. | 1311 Delaware Avenue | | Wilmington | DE | 19806 | |
| IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator | Av. Pasteur 146 & 138 | | Rio de Janeiro | RJ | 22290-240 | Brazil |
| IBM Credit LLC | Attn: Paul Wearing | Special Handling Group | 7100 Highlands Pkwy | Smyrna | GA | 30082 | |
| Internal Revenue Service | Centralized Insolvency Operation | 111 Constitution Ave NW | | Washington | DC | 20224 | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034-8214 | |
| Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin | 445 N. Boulevard, Suite 300 | P.O. Box 2997 | Baton Rouge | LA | 70821-2997 | |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | 1835 Market Street | Suite 1400 | Philadelphia | PA | 19103 | |
| Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq. | 100 Pacifica | Suite 370 | Irvine | CA | 92618 | |
| Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq. | 547 S. Marengo Avenue | | Pasadena | CA | 91101 | |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq. | 2818 La Cienega Ave | Suite 200 | Los Angeles | CA | 90034-2646 | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel | P.O. Box 3064 | | Houston | TX | 77253-3064 | |
| McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq. | 405 N. King Street | 8th Floor | Wilmington | DE | 19801 | |
| McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker | 444 West Lake Street | Suite 4000 | Chicago | IL | 60606 | |
| McGuireWoods LLP | Attn: Art Gambill | Promenade | 1230 Peachtree St, N.E., Ste 1200 | Atlanta | GA | 30309-3534 | |
| McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley | 77 West Wacker Drive | Suite 4100 | Chicago | IL | 60601-1818 | |
| Missouri Department of Revenue | Attn: Sheryl L. Moreau | Bankruptcy Unit | P.O. Box 475 | Jefferson City | MO | 65105-0475 | |
| Morris James LLP | Attn: Brett D. Fallon, Esq. | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | 1201 N. Market St. | 16th Floor | Wilmington | DE | 19899-1347 | |
| Moye White LLP | Attn: Timothy M. Swanson | 1400 16th Street | Sixth Floor | Denver | CO | 80202 | |
| Office of the United States Trustee | Attn: Benjamin Hackman, Linda J. Casey | J. Caleb Boggs Federal Building | 844 King St, Ste 2207, Lockbox 35 | Wilmington | DE | 19801 | |
| Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq. | 230 Park Avenue | | New York | NY | 10169 | |
| Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq. | 919 N. Market Street | 17th Floor | Wilmington | DE | 19801 | |
| Pachulski Stang Ziehl & Jones LLP | Attn: Karina Yee | 919 North Market St, 17th Floor | | Wilmington | DE | 19801 | |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer | P.O. Box 8188 | | Wichita Falls | TX | 76307 | |
| Polsinelli PC | Attn: Jeremy R. Johnson | 600 Third Avenue, 42nd Floor | | New York | NY | 10016 | |
| Polsinelli PC | Attn: Shanti M. Katona | 222 Delaware Ave, Suite 1101 | | Wilmington | DE | 19801 | |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Christopher M. Samis, D. Ryan Slaugh and R. Stephen McNeill | 1313 North Market Street, Sixth Floor | P.O. Box 951 | Wilmington | DE | 19899 | |
| Promise Healthcare Group, LLC | Attn: President or General Counsel | 999 Yamato Road | 3rd Floor | Boca Raton | FL | 33431 | |
| Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont | 500 Hopyard Road | Suite 225 | Pleasanton | CA | 94588 | |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | |
| Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | |
| Schulte Roth & Zabel LLP | Attn: Rose Cherson | 919 Third Avenue | | New York | NY | 10022 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 | |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Boulevard, Suite 520 | Philadelphia | PA | 19103 | |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | |
| Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | |
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq. | The Legal Center | One Riverfont Plaza | Newark | NJ | 07102 | |
| Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield | 500 Creek View Road | Suite 304 | Newark | DE | 19711 | |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren | 919 North Market Street | Suite 1300 | Wilmington | DE | 19801 | |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | |
| Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown | 301 Main Street, Suite 1640 | P. O. Box 2348 | Baton Rouge | LA | 70821-2348 | |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen | 1801 S. Mopac Expressway, Suite 320 | | Austin | TX | 78746 | |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan, William A. Hazeltine, Elihu E. Allinson, III | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | |
| Texas Attorney General's Office | Attn: J. Casey Roy | Bankruptcy & Collections Division | P.O. Box 12548- MC 008 | Austin | TX | 78711-2548 | |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin | TX | 78711-2548 | |
| The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | |
| Treasurer-Tax Collector | Attn: Dan McAllister | Bankruptcy Desk | 1600 Pacific Highway, Room 162 | San Diego | CA | 92101 | |
| U.S. Attorney for Delaware | Attn: Charles Oberly | c/o Ellen Slights | 1007 Orange St Ste 700, PO Box 2046 | Wilmington | DE | 19899-2046 | |
| U.S. Department of Justice | Attn: General Counsel | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 | |
| U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | |
| Valensi Rose, PLC | Attn: Gary F. Torrell, Esq. | 1888 Century Park East | Suite 1100 | Los Angeles | CA | 90067 | |
| Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire | Nashville City Center | 511 Union Street, Suite 2700 | Nashville | TN | 37219 | |
| Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | |
| Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski | 2312 S MacArthur Dr. | P.O. Box 13199 | Alexandria | LA | 71315-3199 | |
| Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801 | |
| Wilkes & Associates, P.A. | Attn: Gary L. Wimbish, Esq. | 3550 Buschwood Park Dr | Ste 230 | Tampa | FL | 33618-4437 | |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| William A. Catlett, L.L.C. | Attn: William A. Catlett | Dill Bamvakais Building | 9939 Gravois Road | St. Louis | MO | 63123 | |
| Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | |
| Zurich American Insurance Company | | 8734 Paysphere Circle | | Chicago | IL | 60674 | |
| Zurich American Insurance Company | | PO Box 68549 | | Schaumburg | IL | 60196 | |
| Zurich American Insurance Company Steadfast Insurance Company | | Julianne Cook | 1299 Zurich Way | Schaumburg | IL | 60196 | |
| Zurich American Insurance Company Steadfast Insurance Company | Fox Swibel Levin & Carroll LLP | Margaret M. Anderson | 200 W. Madison Street., Suite 3000 | Chicago | IL | 60606 | |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 3 of 3

Document Ref: ETVTE-K7MU6-TWICA-8ORAK

Page 6 of 11

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Arent Fox LLP | Attn: Robert M. Hirsh | robert.hirsh@arentfox.com |
| Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire | ralphascher@aol.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | maustria@austriallc.com |
| Barness & Barness LLP | Attn: Daniel I. Barness | daniel@barnesslaw.com |
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser | efay@bayardlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com |
| Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. | lmartin@bernsteinlaw.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | kottaviano@blankrome.com<br>ptinkham@blankrome.com |
| Blank Rome LLP | Attn: Victoria A. Guilfoyle | guilfoyle@blankrome.com |
| Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick | rbovarnick@rbovarnick.com |
| Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone | joseph.titone@bswllp.com |
| Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq., Mary H. Rose, Paul S. Arrow | pwebster@buchalter.com<br>parrow@buchalter.com<br>mrose@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer | mark.pfeiffer@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire | jfalgowski@burr.com |
| Burr & Forman LLP | Attn: Patrick Warfield, Esquire | pwarfield@burr.com |
| California Office of the Attorney General | Attn: Kenneth K. Wang | kenneth.wanh@doj.ca.gov |
| Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq. | acornelius@costell-law.com<br>ssaad@costell-law.com |
| Cross & Simon, LLC | Attn: Joseph Grey, Esquire | jgrey@crosslaw.com |
| Dechert LLP | Attn: Brian E. Greer, Esq. | brian.greer@dechert.com |
| Dechert LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq. | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com |
| Delaware Attorney General | Attn: Bankruptcy Department | attorney.general@state.de.us |
| Delaware Division of Revenue | Attn: Zillah Frampton | fasnotify@state.de.us |
| Delaware Secretary of State | Corporations Franchise Tax | dosdoc_ftax@state.de.us |
| Delaware State Treasury | Attn: Bankruptcy Department | statetreasurer@state.de.us |
| DLA Piper LLP (US) | Attn: Peter J. Artese | peter.artese@us.dlapiper.com |
| DLA Piper LLP (US) | Attn: Stuart M. Brown, Kaitlin MacKenzie Edelman and Matthew S. Sarna | stuart.brown@dlapiper.com<br>kaitlin.edelman@dlapiper.com<br>matthew.sarna@us.dlapiper.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 1 of 4

Document Ref: ETVTE-K7MU6-TWICA-8ORAK

Page 8 of 11



# Exhibit B
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Earp Cohn P.C. | Attn: Allen A. Etish, Esquire | aetish@earpcohn.com |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham, Esquire and Sarah Morrissey, Esquire | cgraham@eckertseamans.com<br>smorrissey@eckertseamans.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick | ian.bambrick@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe, Esq. & Kayla Britton, Esq. | jay.jaffe@faegredrinker.com<br>kayla.britton@faegredrinker.com |
| FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff | andrew.hinkelman@fticonsulting.com<br>christopher.goff@fticonsulting.com |
| Garner Health Law Corporation | Attn: Craig B. Garner, Esq. | craig@garnerhealth.com |
| Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis | srand-lewis@randandrand-lewisplcs.com<br>grand@randandrand-lewisplcs.com |
| Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. | ddebruin@gawthrop.com |
| Gibbons P.C. | Attn: Natasha Songonuga | nsongonuga@gibbonslaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq. | ahalperin@halperinlaw.net<br>dcohen@halperinlaw.net |
| Hogan McDaniel | Attn: Daniel K. Hogan, Esq. | dkhogan@dkhogan.com |
| IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator | cgoulart@br.ibm.com |
| Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford | jwelford@jaffelaw.com |
| Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin | david@kswb.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | mbranzburg@klehr.com |
| Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq. | hallie@hannahlaw.com |
| Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq. | bayleyco@me.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq. | gek@lnbyb.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel | houston_bankruptcy@publicans.com |
| McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq. | mrifino@mccarter.com<br>kbuck@mccarter.com |
| McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker | wsmith@mwe.com<br>jkapp@mwe.com<br>mpreusker@mwe.com |
| McGuireWoods LLP | Attn: Art Gambill | agambill@mcguirewoods.com |
| McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley | bswett@mcguirewoods.com<br>ashipley@mcguirewoods.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | aremming@mnat.com |
| Moye White LLP | Attn: Timothy M. Swanson | tim.swanson@moyewhite.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 2 of 4



# Exhibit B
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Office of the United States Trustee | Attn: Benjamin Hackman, Linda J. Casey | benjamin.a.hackman@usdoj.gov<br>linda.casey@usdoj.gov |
| Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq. | jfeeney@otterbourg.com<br>ryan@otterbourg.com<br>mmaizel@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq. | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Karina Yee | kyee@pszjlaw.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer | jbaer@pbfcm.com |
| Polsinelli PC | Attn: Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Christopher M. Samis, D. Ryan Slaugh and R. Stephen McNeill | jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>csamis@potteranderson.com<br>rslaugh@potteranderson.com |
| Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont | pvermont@randicklaw.com |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire | luke.murley@saul.com |
| Schulte Roth & Zabel LLP | Attn: Rose Cherson | rose.cherson@srz.com |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | khill@svglaw.com |
| Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq. | etillinghast@sheppardmullin.com |
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq. | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>rbrennan@sillscummis.com |
| Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield | lhatfield@sterneisenberg.com |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren | jhh@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | rl@stevenslee.com |
| Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown | dstewart@stewartrobbins.com<br>bbrown@stewartrobbins.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen | streusand@slollp.com<br>nguyen@slollp.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 3 of 4

Document Ref: ETVTE-K7MU6-TWICA-8ORAK

Page 10 of 11



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan, William A. Hazeltine, Elihu E. Allinson, III | bsullivan@sha-llc.com<br>whazeltine@sha-llc.com<br>zallinson@sha-llc.com |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson | sherri.simpson@oag.texas.gov<br>christopher.murphy@oag.texas.gov |
| The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson | leonhardt@teamrosner.com<br>gibson@teamrosner.com |
| U.S. Attorney for Delaware | Attn: Charles Oberly | usade.ecfbankruptcy@usdoj.gov |
| U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | seth.shapiro@usdoj.gov |
| Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com |
| Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne | john.tishler@wallerlaw.com<br>blake.roth@wallerlaw.com<br>tyler.layne@wallerlaw.com |
| Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski | steve@wheelis-rozanski.com |
| Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis | csamis@wtplaw.com |
| Wilkes & Associates, P.A. | Attn: Gary L. Wimbish, Esq. | gwimbish@yourcasematters.com |
| William A. Catlett, L.L.C. | Attn: William A. Catlett | william@catlett.biz |
| Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com |
| Zurich American Insurance Company | | julianne.cook@zurichna.com |
| Zurich American Insurance Company Steadfast Insurance Company | | panderson@foxswibel.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 4 of 4

Document Ref: ETVTE-K7MU6-TWICA-8ORAK

Page 11 of 11