**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
                                              :  Chapter 11
In re:                                        :
                                              :  Case No. 18-12491 (CTG)
PROMISE HEALTHCARE GROUP, LLC, et al.,¹       :
                                              :  (Jointly Administered)
                               Debtors.       :
                                              :
-----------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 2, 2026 AT 10:00 A.M. (ET)²**

> **THIS HEARING WILL BE CONDUCTED ONLY VIRTUALLY.**
> **Please refer to Judge Goldblatt's Chambers Procedures**
> **(https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website**
> **(http://www.deb.uscourts.gov/ecourt-appearances) for information on who may**
> **participate remotely, the method of allowed participation (video or audio), Judge**
> **Goldblatt's expectations of remote participants, and the advance registration**
> **requirements.  Registration is required by 4:00 p.m. (Eastern Time) the business day**
> **before the hearing unless otherwise noticed using the eCourtAppearances tool available**
> **on the Court's website.**

---

¹ The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc.  (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc.  (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

² The hearing will take place before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

4917-0140-1753.1 72551.002

**STATUS CONFERENCE:**

1.  **Renewed Wassmann Claim Objection** – Renewed Objection of Liquidating Trustee Seeking to Disallow the Wassmann Claim or, Alternatively, Estimate the Wassmann Claim at Zero Dollars Pursuant to Section 502(c) of the Bankruptcy Code [Filed: 3/3/26] (Docket No. 3748).

    Response Deadline:  March 24, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)   Notice of Filing of Statement of Claim [Filed: 3/13/26] (Docket No. 3755).

    b)   Response of Patrick Wassmann to Liquidating Trustee's Renewed Objection Seeking to Disallow the Wassmann Claim or Estimate It at Zero [Filed: 3/24/26] (Docket No. 3756).

    Related Documents:  None.

    Status:  This matter will go forward as a status conference.

Dated: March 31, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  jpomerantz@pszjlaw.com
        bsandler@pszjlaw.com
        joneill@pszjlaw.com

-and-

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email:  asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel to the Liquidating Trustee*

4917-0140-1753.1 72551.002

2