## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, et al | Case No. 18-12491 (CTG) |
| Debtors. [1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

On March 31, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on April 2, 2026 at 10:00 a.m. (ET)** (Docket No. 3761)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: April 2, 2026

*Alberto Romero Calderon*

_____
Alberto Romero Calderon

State of Colorado      )
                       ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 2nd day of April  2026 by Alberto Romero Calderon.

*Danielle Harnden*
_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A

Document Ref: 6TUDZ-AKSGT-XE8JG-GMCFJ



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amparo Figueroa et al | c/o Wilkes & Associates  P.A. | One N Dale Mabry Hwy Ste 700 | Attn: Gary L. Wimbish  Esq. | Tampa | FL | 33609 |
| R. Karl Hill Seitz Van Ogtrop et al | Attn: Legal Dept | 222 Delaware Ave | Ste 1500 | Wilmington | DE | 19801 |
| The Office of the UST for Region 3 | Attn: Legal Dept | NixFederalBldg 900 Market St Rm229 | Office of the U.S. Trustee | Philadelphia | PA | 19107-4228 |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Document Ref: 6TUDZ-AKSGT-XE8JG-GMCFJ

# <u>Exhibit B</u>

Document Ref: 6TUDZ-AKSGT-XE8JG-GMCFJ



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Amparo Figueroa by and through Ana Drumm, as Power of Attorney for Amparo Figueroa | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, R. Stephen McNeill, & D. Ryan Slaugh | csamis@potteranderson.com rmcneill@potteranderson.com rslaugh@potteranderson.com |
| Amparo Figueroa by and through Ana Drumm, as Power of Attorney for Amparo Figueroa | c/o Wilkes & Associates, P.A. | Attn: Gary L. Wimbish, Esq. | gwimbish@yourcasematters.com |
| Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | | andrew.silfen@arentfox.com beth.brownstein@arentfox.com |
| Delaware Attorney General | Attn: Bankruptcy Department | | attorney.general@state.de.us |
| Delaware Division of Revenue | Attn: Zillah Frampton | | fasnotify@state.de.us |
| Delaware Secretary of State | Corporations Franchise Tax | | dosdoc_ftax@state.de.us |
| Delaware State Treasury | Attn: Bankruptcy Department | | statetreasurer@state.de.us |
| DLA Piper LLP (US) | Attn: Stuart R. Brown and Matthew S. Sarna | | stuart.brown@us.dlapiper.com matthew.sarna@us.dlapiper.com |
| FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff | | andrew.hinkelman@fticonsulting.com christopher.goff@fticonsulting.com |
| Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. | | ddebruin@gawthrop.com |
| Loizides, P.A. | Attn: Christopher D. Loizides, Esq. | | loizides@loizides.com |
| Office of the United States Trustee | Attn: Benjamin Hackman, Linda J. Casey | | benjamin.a.hackman@usdoj.gov linda.casey@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Bradford J. Sandler, Colin R. Robinson, and James E. O'Neill | | jpomerantz@psjzlaw.com bsandler@pszjlaw.com crobinson@pszjlaw.com joneill@pszjlaw.com |
| Patrick J. Wassmann, Jr. and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Patrick J. Wassmann, Jr. | c/o Seitz, Van Ogtrop & Green, P.A. | | khill@svglaw.com bsullivan@snabhlaw.com whazeltine@snbhlaw.com zallinson@snbhlaw.com |
| Patrick J. Wassmann, Jr. and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Patrick J. Wassmann, Jr. | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan, William A. Hazeltine, Elihu E. Allinson, III | bsullivan@sha-llc.com whazeltine@sha-llc.com zallinson@sha-llc.com |
| Patrick Wassman | | | Email Address Redacted |
| Promise Healthcare Group, LLC | c/o FTI Consulting | Attn:  Andrew Hinkelman, Chief Restructuring Officer and Interim CFO, and Jennifer Byrne | andrew.hinkelman@fticonsulting.com |
| Sills Cummis & Gross, P.C | Attn: Andrew H. Sherman and Boris I. Mankovetskiy | | asherman@sillscummis.com bmankovetskiy@sillscummis.com |
| Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire | | david.lemke@wallerlaw.com melissa.jones@wallerlaw.com |
| Wassman, Patrick | | Avard Law Offices | msexton@avardlaw.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 1 of 1

Document Ref: 6TUDZ-AKSGT-XE8JG-GMCFJ

Page 6 of 6