# IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, et al | Case No. 18-12491 (CTG) |
| Debtors. [1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

On April 15, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on April 21, 2026 at 3:00 P.M. (ET)** (Docket No. 3766)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: April 16, 2026

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado      )
                             ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 16th day of April  2026 by Alberto Romero Calderon.

*Danielle Harnden*
(Notary's official signature)

> DANIELLE HARNDEN
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20224038481
> MY COMMISSION EXPIRES 2026-10-04

# Exhibit A

Document Ref: POK5Y-NEEYW-OTHEM-JRWD5

 **STRETTO**

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, & Gregory J. Flasser | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 |
| Burr & Forman LLP | Attn: Patrick Warfield, Esquire | 222 Second Avenue South | Suite 2000 | Nashville | TN | 37201 |
| California Office of the Attorney General | Attn: Kenneth K. Wang | 300 S. Spring Street | No. 1702 | Los Angeles | CA | 90013 |
| Costell & Cornelius Law Corp | Attn: Alexandre I. Cornelius, Esq. and Summer Saad, Esq. | 1299 Ocean Avenue | Suite 450 | Santa Monica | CA | 90401 |
| Cross & Simon, LLC | Attn: Joseph Grey, Esquire | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 |
| CVP Loan | c/o Blank Rome LLP | Attn: Victoria A. Guilfoyle | 1201 N. Market Street Suite 800 | Wilmington | DE | 19801 |
| Dechert LLP | Attn: Brian E. Greer, Esq. | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036-6797 |
| Department of Revenue | c/o Missouri Department of Revenue | Attn: Sheryl L. Moreau | Bankruptcy Unit P.O. Box 475 | Jefferson City | MO | 65105-0475 |
| Earp Cohn P.C. | Attn: Allen A. Etish, Esquire | 20 Brace Road | Suite 400 | Cherry Hill | NJ | 08034 |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham, Esquire and Sarah Morrissey, Esquire | 10 Bank Street | Suite 700 | White Plains | NY | 10606 |
| Environmental Protection Agency | Attn: Bankruptcy Department | 1650 Arch Street | | Philadelphia | PA | 19103-2029 |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe, Esq. & Kayla Britton, Esq. | 600 E. 96th Street, Suite 600 | | Indianapolis | IN | 46240 |
| Garner Health Law Corporation | Attn: Craig B. Garner, Esq. | 13274 Fiji Way | Suite 250 | Marina del Rey | CA | 90292 |
| Gibbons P.C. | Attn: Natasha Songonuga | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | 19801-1671 |
| IBM Credit LLC | IBM Credit LLC | Attn: Paul Wearing | Special Handling Group 7100 Highlands Pkwy | Smyrna | GA | 30082 |
| Internal Revenue Service | Centralized Insolvency Operation | 111 Constitution Ave NW | | Washington | DC | 20224 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Morris James LLP | Attn: Brett D. Fallon, Esq. | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 |
| Moye White LLP | Attn: Timothy M. Swanson | 1400 16th Street | Sixth Floor | Denver | CO | 80202 |
| Polsinelli PC | Attn: Shanti M. Katona | 222 Delaware Ave, Suite 1101 | | Wilmington | DE | 19801 |
| Schulte Roth & Zabel LLP | Attn: Rose Cherson | 919 Third Avenue | | New York | NY | 10022 |
| Texas Attorney General's Office | Attn: J. Casey Roy | Bankruptcy & Collections Division | P.O. Box 12548- MC 008 | Austin | TX | 78711-2548 |
| Treasurer-Tax Collector | Attn: Dan McAllister | Bankruptcy Desk | 1600 Pacific Highway, Room 162 | San Diego | CA | 92101 |
| U.S. Department of Justice | U.S. Department of Justice | Attn: General Counsel | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Valensi Rose, PLC | Attn: Gary F. Torrell, Esq. | 1888 Century Park East | Suite 1100 | Los Angeles | CA | 90067 |
| Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | c/o Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge | 1738 Bass Road | Macon | GA | 31210 |
| Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | c/o Bankruptcy Administration - Wells Fargo Vendor Financial Services, LLC fka GE Capital Information | Attn: Christine R. Etheridge | P.O. Box 13708 | Macon | GA | 31208-3708 |
| Wilkes & Associates, P.A. | Attn: Gary L. Wimbish, Esq. | 3550 Buschwood Park Dr | Ste 230 | Tampa | FL | 33618-4437 |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Page 1 of 1

# Exhibit B

Document Ref: POK5Y-NEEYW-OTHEM-JRWD5



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Arent Fox LLP | Attn: Robert M. Hirsh | | robert.hirsh@arentfox.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | | maustria@austriallc.com |
| Barness & Barness LLP | Attn: Daniel I. Barness | | daniel@barnesslaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com |
| Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. | | lmartin@bernsteinlaw.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | | kottaviano@blankrome.com<br>ptinkham@blankrome.com |
| Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick | | rbovarnick@rbovarnick.com |
| Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone | | joseph.titone@bswllp.com |
| Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq., Mary H. Rose, Paul S. Arrow | | pwebster@buchalter.com<br>parrow@buchalter.com<br>mrose@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | | geoffrey.grivner@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire | | jfalgowski@burr.com |
| Coastline Anesthesia and Pain Medical Group | c/o Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq. | bayleyco@me.com |
| Dechert LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq. | | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com |
| Delaware Attorney General | Attn: Bankruptcy Department | | attorney.general@state.de.us |
| Delaware Division of Revenue | Attn: Zillah Frampton | | fasnotify@state.de.us |
| Delaware Secretary of State | Corporations Franchise Tax | | dosdoc_ftax@state.de.us |
| Delaware State Treasury | Attn: Bankruptcy Department | | statetreasurer@state.de.us |
| DLA Piper LLP (US) | Attn: Peter J. Artese | | peter.artese@us.dlapiper.com |
| DLA Piper LLP (US) | Attn: Stuart M. Brown, Kaitlin MacKenzie Edelman and Matthew S. Sarna | | stuart.brown@dlapiper.com<br>matthew.sarna@us.dlapiper.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick | | ian.bambrick@faegredrinker.com |
| FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff | | andrew.hinkelman@fticonsulting.com<br>christopher.goff@fticonsulting.com |
| Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis | | srand-lewis@randandrand-lewisplcs.com<br>grand@randandrand-lewisplcs.com |
| Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. | | ddebruin@gawthrop.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq. | | ahalperin@halperinlaw.net<br>dcohen@halperinlaw.net |
| Hogan McDaniel | Attn: Daniel K. Hogan, Esq. | | dkhogan@dkhogan.com |
| IBM Credit LLC | IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator | cgoulart@br.ibm.com |
| Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford | | jwelford@jaffelaw.com |
| Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin | | david@kswb.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | | mbranzburg@klehr.com |
| Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq. | | hallie@hannahlaw.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq. | | gek@lnbyb.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel | | houston_bankruptcy@publicans.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Document Ref: POK5Y-NEEYW-OTHEM-JRWD5



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq. | | mrifino@mccarter.com<br>kbuck@mccarter.com |
| McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker | | jkapp@mwe.com<br>mpreusker@mwe.com |
| McGuireWoods LLP | Attn: Art Gambill | | agambill@mcguirewoods.com |
| McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley | | bswett@mcguirewoods.com<br>ashipley@mcquirewoods.com |
| Medline Industries, Inc. | c/o The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson | leonhardt@teamrosner.com<br>gibson@teamrosner.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | | aremming@mnat.com |
| Nautilus Insurance Company | c/o Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer | mark.pfeiffer@bipc.com |
| Office of the United States Trustee | Attn: Benjamin Hackman, Linda J. Casey | | benjamin.a.hackman@usdoj.gov<br>linda.casey@usdoj.gov |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq. | | jfeeney@otterbourg.com<br>ryan@otterbourg.com<br>mmaizel@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq. | | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Karina Yee | | kyee@pszjlaw.com |
| Patrick J. Wassmann, Jr. and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Patrick J. Wassmann, Jr. | c/o Seitz, Van Ogtrop & Green, P.A. | | khill@svglaw.com<br>bsullivan@snabhlaw.com<br>whazeltine@snbhlaw.com<br>zallinson@snbhlaw.com |
| Patrick J. Wassmann, Jr. and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Patrick J. Wassmann, Jr. | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan, William A. Hazeltine, Elihu E. Allinson, III | bsullivan@sha-llc.com<br>whazeltine@sha-llc.com<br>zallinson@sha-llc.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer | | jbaer@pbfcm.com |
| Polsinelli PC | Attn: Jeremy R. Johnson | | jeremy.johnson@polsinelli.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Christopher M. Samis, D. Ryan Slaugh and R. Stephen McNeill | | rslaugh@potteranderson.com<br>jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>csamis@potteranderson.com |
| Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont | | pvermont@randicklaw.com |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli | | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire | | luke.murley@saul.com |
| Securities & Exchange Commission | Securities & Exchange Commission | | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq. | | etillinghast@sheppardmullin.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Document Ref: POK5Y-NEEYW-OTHEM-JRWD5



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq. | | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>rbrennan@sillscummis.com |
| Southland Management Group, Inc. | c/o Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire | ralphascher@aol.com |
| Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield | | lhatfield@sterneisenberg.com |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren | | jhh@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | | rl@stevenslee.com |
| Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown | | dstewart@stewartrobbins.com<br>bbrown@stewartrobbins.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen | | streusand@slollp.com<br>nguyen@slollp.com |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson | | sherri.simpson@oag.texas.gov<br>christopher.murphy@oag.texas.gov |
| U.S. Attorney for Delaware | Attn: Charles Oberly | | usade.ecfbankruptcy@usdoj.gov |
| U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | | seth.shapiro@usdoj.gov |
| Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire | | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com |
| Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne | | blake.roth@wallerlaw.com<br>tyler.layne@wallerlaw.com |
| Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski | | steve@wheelis-rozanski.com |
| Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis | | csamis@wtplaw.com |
| William A. Catlett, L.L.C. | Attn: William A. Catlett | | william@catlett.biz |
| Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher | | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com |

In re: Promise Healthcare Group, LLC et al.
Case No. 18-12491 (CTG)

Document Ref: POK5Y-NEEYW-OTHEM-JRWD5