# UNITED STATES BANKRUPTCY COURT

FOR THE  DISTRICT OF  DELAWARE

In re:  Promise Healthcare Group, LLC

§
§
§
§
§

Debtor(s)

Case No.   18-12491

Lead Case No.   18-12491

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2026

Petition Date: 11/04/2018

Plan Confirmed Date: 09/17/2020

Plan Effective Date:  10/01/2020

This Post-confirmation Report relates to: ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Advisory Trust Group

Name of Authorized Party or
Entity

/s/ Bradford J. Sandler & Jamie O'Neill

Signature of Responsible Party

Bradford J. Sandler & Jamie O'Neill

Printed Name of Responsible Party

04/28/2026

Date

919 N Market St # 1700, Wilmington, DE 19801

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Promise Healthcare Group, LLC                Case No.   18-12491

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $5,225,594 | $32,233,893 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $5,225,594 | $32,233,893 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $41,818,625 | $0 | $41,818,625 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Crowe Horwath | Financial Professional | $0 | $2,095,058 | $0 | $2,095,058 |
| ii | DLA Piper | Local Counsel | $0 | $4,503,129 | $0 | $4,503,129 |
| iii | MJ Renick | Other | $0 | $357,704 | $0 | $357,704 |
| iv | Prime Clerk | Other | $0 | $2,433,527 | $0 | $2,433,527 |
| v | Province | Financial Professional | $0 | $2,375,442 | $0 | $2,375,442 |
| vi | Sills Cummins Gross PC | Other | $0 | $2,821,134 | $0 | $2,821,134 |
| vii | Waller Lansden Dortch & Davis | Lead Counsel | $0 | $5,637,571 | $0 | $5,637,571 |
| viii | Pachulski Stang Ziehl & Jones | Other | $0 | $978,006 | $0 | $978,006 |
| ix | FTI Consulting | Financial Professional | $0 | $9,025,277 | $0 | $9,025,277 |
| x | Berger Singerman | Other | $0 | $18,068 | $0 | $18,068 |
| xi | BlankRome | Other | $0 | $165,643 | $0 | $165,643 |
| xii | Breslin, Young & Slaughter | Other | $0 | $29,853 | $0 | $29,853 |
| xiii | Connolly Gallagher LLP | Other | $0 | $2,916 | $0 | $2,916 |
| xiv | Focus Management | Financial Professional | $0 | $753,992 | $0 | $753,992 |
| xv | Fowler White Burnett | Other | $0 | $23,370 | $0 | $23,370 |
| xvi | Gibbons P.C. | Other | $0 | $21,789 | $0 | $21,789 |
| xvii | Healthcare Finance Partners | Other | $0 | $95,000 | $0 | $95,000 |
| xviii | Houlihan Lokey | Financial Professional | $0 | $8,882,182 | $0 | $8,882,182 |
| xix | Katten Munchin Rosenman | Other | $0 | $129,412 | $0 | $129,412 |
| xx | Klehr Harrison Harvey Branzbu | Other | $0 | $38,712 | $0 | $38,712 |
| xxi | McGuire Woods | Other | $0 | $1,042,556 | $0 | $1,042,556 |
| xxii | Melanie L. Cyganowski | Other | $0 | $133,388 | $0 | $133,388 |
| xxiii | Richards, Layton & Finger | Other | $0 | $254,895 | $0 | $254,895 |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                    2

Debtor's Name Promise Healthcare Group, LLC                                    Case No.  18-12491

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

UST Form 11-PCR (12/01/2021)                    3

Debtor's Name Promise Healthcare Group, LLC                                                    Case No.  18-12491

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor     *Aggregate Total* | | $0 | $477,643 | $0 | $477,643 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Miller Health Law Group | Special Counsel | $0 | $116,466 | $0 | $116,466 |
| ii | TFG Consulting | Other | $0 | $152,275 | $0 | $152,275 |
| iii | Cooley LLP | Special Counsel | $0 | $68,468 | $0 | $68,468 |
| iv | Hinshaw & Culbertson, LLP | Special Counsel | $0 | $7,729 | $0 | $7,729 |
| v | Casualty Actuarial Services, LLP | Financial Professional | $0 | $10,500 | $0 | $10,500 |
| vi | Talbot Group, LLC | Financial Professional | $0 | $91,558 | $0 | $91,558 |

Debtor's Name Promise Healthcare Group, LLC                                    Case No.  18-12491

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| vii | Judice & Adley, APLC | Special Counsel | | $0 | $30,647 | $0 | $30,647 |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxviii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |

Debtor's Name Promise Healthcare Group, LLC                                        Case No.  18-12491

|  | xlix | | | | | |
|---|---|---|---|---|---|---|
|  | l | | | | | |
|  | li | | | | | |
|  | lii | | | | | |
|  | liii | | | | | |
|  | liv | | | | | |
|  | lv | | | | | |
|  | lvi | | | | | |
|  | lvii | | | | | |
|  | lviii | | | | | |
|  | lix | | | | | |
|  | lx | | | | | |
|  | lxi | | | | | |
|  | lxii | | | | | |
|  | lxiii | | | | | |
|  | lxiv | | | | | |
|  | lxv | | | | | |
|  | lxvi | | | | | |
|  | lxvii | | | | | |
|  | lxviii | | | | | |
|  | lxix | | | | | |
|  | lxx | | | | | |
|  | lxxi | | | | | |
|  | lxxii | | | | | |
|  | lxxiii | | | | | |
|  | lxxiv | | | | | |
|  | lxxv | | | | | |
|  | lxxvi | | | | | |
|  | lxxvii | | | | | |
|  | lxxviii | | | | | |
|  | lxxix | | | | | |
|  | lxxx | | | | | |
|  | lxxxi | | | | | |
|  | lxxxii | | | | | |
|  | lxxxiii | | | | | |
|  | lxxxiv | | | | | |
|  | lxxxv | | | | | |
|  | lxxxvi | | | | | |
|  | lxxxvii | | | | | |
|  | lxxxvii | | | | | |
|  | lxxxix | | | | | |
|  | xc | | | | | |

UST Form 11-PCR (12/01/2021)                        6

Debtor's Name Promise Healthcare Group, LLC                                          Case No.  18-12491

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $42,296,268 | $0 | $42,296,268 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $4,554,399 | $0 | $0 | $4,554,399 | 0% |
| c. Priority claims | $2,033,556 | $0 | $0 | $2,033,556 | 0% |
| d. General unsecured claims | $16,805,943 | $4,849,360 | $9,501,528 | $512,123,900 | 2% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                               Yes ◯    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:  12/31/2026

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ◯

UST Form 11-PCR (12/01/2021)                              7

Debtor's Name Promise Healthcare Group, LLC                                      Case No.  18-12491

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Robert Michaelson                                    Robert Michaelson
Signature of Responsible Party                           Printed Name of Responsible Party

Co-Managing Member                                       04/28/2026
Title                                                    Date

Debtor's Name Promise Healthcare Group, LLC                    Case No.  18-12491



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                    9

Debtor's Name Promise Healthcare Group, LLC                                    Case No.  18-12491



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                              10