**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>(Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| September 21, 2026 | 3:00 p.m. prevailing Eastern Time |

**Dated: August 26th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

4928-5290-6062.6 72551.002