**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, et al<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

On August 25, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Twelfth Motion of Liquidating Trustee for an Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Claims Objection Bar Date** (Docket No. 3861)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 26, 2026

Alberto Romero Calderon

Alberto Romero Calderon

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 26th day of August 2026 by Alberto Romero Calderon.

Danielle Harnden

(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**

STRETTO

# Exhibit A

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Arent Fox LLP | Attn: Robert M. Hirsh | | robert.hirsh@arentfox.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | | maustria@austriallc.com |
| Barness & Barness LLP | Attn: Daniel I. Barness | | daniel@barnesslaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi | | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com |
| Bernstein-Burkley, P.C. | Attn: Lara S. Martin, Esq. | | lmartin@bernsteinlaw.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | | kottaviano@blankrome.com<br>ptinkham@blankrome.com |
| Bovarnick and Associates, LLC | Attn: Robert M. Bovarnick | | rbovarnick@rbovarnick.com |
| Breazeale, Sachse & Wilson, LLP | Attn: Joseph P. Titone | | joseph.titone@bswllp.com |
| Buchalter, A Professional Corporation | Attn: Pamela K. Webster, Esq., Mary H. Rose, Paul S. Arrow | | pwebster@buchalter.com<br>parrow@buchalter.com<br>mrose@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | | geoffrey.grivner@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire | | jfalgowski@burr.com |
| Coastline Anesthesia and Pain Medical Group | c/o Law Offices of Guy R. Bayley | Attn: Guy R. Bayley, Esq. | bayleyco@me.com |
| Dechert LLP | Attn: Stephen M. Leitzell, Esq., Jonathan R. Stott, Esq. | | stephen.leitzell@dechert.com<br>jonathan.stott@dechert.com |
| Delaware Attorney General | Attn: Bankruptcy Department | | attorney.general@state.de.us |
| Delaware Division of Revenue | Attn: Zillah Frampton | | fasnotify@state.de.us |
| Delaware Secretary of State | Corporations Franchise Tax | | dosdoc_ftax@state.de.us |
| Delaware State Treasury | Attn: Bankruptcy Department | | statetreasurer@state.de.us |
| DLA Piper LLP (US) | Attn: Peter J. Artese | | peter.artese@us.dlapiper.com |
| DLA Piper LLP (US) | Attn: Stuart M. Brown, Kaitlin MacKenzie Edelman and Matthew S. Sarna | | stuart.brown@dlapiper.com<br>matthew.sarna@us.dlapiper.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick | | ian.bambrick@faegredrinker.com |
| FTI Consulting | Attn: Andrew Hinkelman, Jennifer Byrne and Christopher Goff | | andrew.hinkelman@fticonsulting.com<br>christopher.goff@fticonsulting.com |
| Gary Rand & Suzanne E. Rand-Lewis PLCS | Attn: Suzanne E. Rand-Lewis | | srand-lewis@randandrand-lewisplcs.com<br>grand@randandrand-lewisplcs.com |
| Gawthrop Greenwood, PC | Attn: David W. deBruin, Esq. | | ddebruin@gawthrop.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Debra J. Cohen, Esq. | | ahalperin@halperinlaw.net<br>dcohen@halperinlaw.net |
| Hogan McDaniel | Attn: Daniel K. Hogan, Esq. | | dkhogan@dkhogan.com |
| IBM Credit LLC | IBM Credit LLC | Attn: Cristina Lopes Goulart - Bankruptcy Coordinator | cgoulart@br.ibm.com |
| Jaffe Raitt Heuer & Weiss, P.C. | Attn: Jay L. Welford | | jwelford@jaffelaw.com |
| Kantrow Spaht Weaver and Blitzer (APLC) | Attn: David S. Rubin | | david@kswb.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | | mbranzburg@klehr.com |
| Law Office of Mitchell B. Hannah | Attn: Hallie D. Hannah, Esq. | | hallie@hannahlaw.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Esq. | | gek@lnbyb.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: President or General Counsel | | houston_bankruptcy@publicans.com |
| McCarter & English, LLP | Attn: Matthew J. Rifino, Esq. and Kate Roggio Buck, Esq. | | mrifino@mccarter.com<br>kbuck@mccarter.com |

STRETTO

# Exhibit A

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| McDermott Will & Emery LLP | Attn: William P. Smith, James W. Kapp and Megan Preusker | | jkapp@mwe.com<br>mpreusker@mwe.com |
| McGuireWoods LLP | Attn: Art Gambill | | agambill@mcguirewoods.com |
| McGuirewoods LLP | Attn: Brian I. Swett and Alexandra Shipley | | bswett@mcguirewoods.com<br>ashipley@mcquirewoods.com |
| Medline Industries, Inc. | c/o The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Jason A. Gibson | leonhardt@teamrosner.com<br>gibson@teamrosner.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | | aremming@mnat.com |
| Nautilus Insurance Company | c/o Buchanan Ingersoll & Rooney PC | Attn: Mark Pfeiffer | mark.pfeiffer@bipc.com |
| Office of the United States Trustee | Attn: Benjamin Hackman, Linda J. Casey | | benjamin.a.hackman@usdoj.gov<br>linda.casey@usdoj.gov |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Otterbourg P.C. | Attn: Jennifer S. Feeney, Robert C. Yan, Esq. and Michael R. Maizel, Esq. | | jfeeney@otterbourg.com<br>ryan@otterbourg.com<br>mmaizel@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq., Bradford J. Sandler, Esq. and Colin R. Robinson, Esq. | | jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Karina Yee | | kyee@pszjlaw.com |
| Patrick J. Wassmann, Jr. and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Patrick J. Wassmann, Jr. | c/o Seitz, Van Ogtrop & Green, P.A. | | khill@svglaw.com<br>bsullivan@snabhlaw.com<br>whazeltine@snbhlaw.com<br>zallinson@snbhlaw.com |
| Patrick J. Wassmann, Jr. and Patrick J. Wassmann, Sr. and Constance A. Wassmann, as guardians for Patrick J. Wassmann, Jr. | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan, William A. Hazeltine, Elihu E. Allinson, III | bsullivan@sha-llc.com<br>whazeltine@sha-llc.com<br>zallinson@sha-llc.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Jeanmarie Baer | | jbaer@pbfcm.com |
| Polsinelli PC | Attn: Jeremy R. Johnson | | jeremy.johnson@polsinelli.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Christopher M. Samis, D. Ryan Slaugh and R. Stephen McNeill | | rslaugh@potteranderson.com<br>jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>csamis@potteranderson.com |
| Randick O'Dea & Tooliatos, LLP | Attn: Phillip G. Vermont | | pvermont@randicklaw.com |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Amanda R. Steele and David T. Queroli | | knight@rlf.com<br>steele@rlf.com<br>queroli@rlf.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley, Esquire | | luke.murley@saul.com |
| Securities & Exchange Commission | Securities & Exchange Commission | | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq. | | etillinghast@sheppardmullin.com |
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. and Rachel E. Brennan, Esq. | | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>rbrennan@sillscummis.com |
| Southland Management Group, Inc. | c/o Ascher & Associates, P.C. | Attn: Ralph Ascher, Esquire | ralphascher@aol.com |
| Stern & Eisenberg Mid-Atlantic, PC | Attn: Lisa Hatfield | | lhatfield@sterneisenberg.com |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. and Evan B. Coren | | jhh@stevenslee.com |

STRETTO

# Exhibit A

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | | rl@stevenslee.com |
| Stewart Robbins & Brown LLC | Attn: Paul Douglas Stewart, Jr., Brandon A. Brown | | dstewart@stewartrobbins.com<br>bbrown@stewartrobbins.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand & Anh Nguyen | | streusand@slollp.com<br>nguyen@slollp.com |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson | | sherri.simpson@oag.texas.gov<br>christopher.murphy@oag.texas.gov |
| U.S. Attorney for Delaware | Attn: Charles Oberly | | usade.ecfbankruptcy@usdoj.gov |
| U.S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | | seth.shapiro@usdoj.gov |
| Waller Lansden Dortch & Davis, LLP | Attn: David E. Lemke, Esquire and Melissa W. Jones, Esquire | | david.lemke@wallerlaw.com<br>melissa.jones@wallerlaw.com |
| Waller Lansden Dortch & Davis, LLP | Attn: John Tishler, Katie G. Stenberg, Blake D. Roth, and Tyler Layne | | blake.roth@wallerlaw.com<br>tyler.layne@wallerlaw.com |
| Wheelis & Rozanski, APLC | Attn: Stephen D. Wheelis and Richard A. Rozanski | | steve@wheelis-rozanski.com |
| Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis | | csamis@wtplaw.com |
| William A. Catlett, L.L.C. | Attn: William A. Catlett | | william@catlett.biz |
| Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady and Sean T. Greecher | | bankfilings@ycst.com<br>rbrady@ycst.com<br>sgreecher@ycst.com |